## PENALTY SLIP

DEFENDANT NAME: **JESE DAVID CARILLO CASILLAS**

TOTAL NO. COUNTS:    1

VIO:   21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(I) and (viii), 846
Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms of Cocaine

PENALTY:  CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

CASE NO.   4:15-CR-6049-EFS-2

AUSA INITIAL   SAV

P51015JJ.SAV.IHC.PS.docx