## PENALTY SLIP

DEFENDANT NAME: **ROSA GRANADOS, a.k.a La Chuna**

TOTAL NO. COUNTS:     1

VIO:  **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(I) and (viii), 846**
Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms of Cocaine

PENALTY: **CAG not less than 10 years nor more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
**21 U.S.C. §§ 862 and 862a**

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

CASE NO. __4:15-CR-6049-EFS-3__

AUSA INITIAL____SAV____

P51015JJ.SAV.IHC.PS.docx