MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

12/16/15

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
ALEXIS JOEL GARCIA PALOMINO, and
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Defendants.

4:15-CR-06049-EFS-4

INDICTMENT

Vio: 21 U.S.C. § 846
Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of Cocaine

Notice of Criminal Forfeiture Allegations

The Grand Jury Charges:

Beginning on a date unknown, but by on or about January 2010, and continuing until on or about December 15, 2015, in the Eastern District of Washington and elsewhere, the Defendants, ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
ALEXIS JOEL GARCIA PALOMINO, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

INDICTMENT – 1
P51210JJ.SAV.IHC.Indictment.docx

1  did knowingly and intentionally combine, conspire, confederate and agree together
2  with each other and other persons, both known and unknown to the Grand Jury, to
3  commit the following offense against the United States, to wit:  distribution of 500
4  grams or more of a mixture or substance containing a detectable amount of
5  Methamphetamine and 5 kilograms or more of a mixture or substance containing a
6  detectable amount of Cocaine, Schedule II controlled substances, in violation of 21
7  U.S.C. § 841(a)(1), (b)(1)(A)(ii)(I) and (viii); all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 846, ALEXIS JOEL GARCIA PALOMINO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided

INDICTMENT – 2
P51210JJ.SAV.IHC.Indictment.docx

without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 15th day of December 2015.

                                            A TRUE BILL

                                            Foreperson

_____
MICHAEL C. ORMSBY
United States Attorney

_____
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 3
P51210JJ.SAV.IHC.Indictment.docx