# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. JESE DAVID CARILLO CASILLAS**          Case No.     4:15-CR-06049-EFS-2

**Arraignment/Initial Appearance on Indictment:**          08/17/2016

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Alvin Guzman, US Atty |
| | | ☒ | Robin Emmans, Defense Atty |
| ☒ | Erica Helms & Carrie Valencia, US Probation / Pretrial Services Officer | ☒ | Interpreter – Estela Castro |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Jese David Casillas Carillo.

Defense advises Defendant indicates he believes his wife will be making arrangements for an attorney.

"Not guilty" plea entered.

The Court will appoint CJA counsel, Robin Emmans to assist the Defendant until his family retains counsel. If they are not able to retain counsel, Defendant is to file a financial affidavit.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
**08/19/2016 @ 2:00 p.m. [Y/MKD]**