1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERICA,

8

Plaintiff,

9

vs.

10

JESE DAVID CARILLO CASILLAS,

11

Defendant.

No. 4:15-CR-6049-EFS-2

ORDER FOLLOWING INITIAL
APPEARANCE AND
ARRAIGNMENT

**ACTION REQUIRED**

12    On Wednesday, August 17, 2016, the Defendant made his initial appearance

13  and was arraigned based on the Indictment (ECF No. 20).  The Defendant

14  appeared, in custody, with attorney Robin Emmans and was assisted by federal

15  court-certified interpreter Estela Castro.  Assistant United States Attorney Alvin

16  Guzman represented the United States.

17    Defendant was advised of, and acknowledged the charge against him and the

18  penalties he faces.

19    Defendant was advised of, and acknowledged Defendant's rights.

20    Defendant pled not guilty.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 1

1       A member of the Criminal Justice Act Panel was appointed to represent the

2 Defendant.  Defendant expects his wife to retain counsel for him.  **If the**

3 **Defendant does not retain counsel in the next seven (7) days, the Defendant**

4 **shall complete and file a financial affidavit.**

5       The United States moved for detention (ECF No. 22).  A pretrial services

6 report was ordered and a detention hearing was set before **Judge Dimke in**

7 **Yakima, Washington, on Friday, August 19, 2016, at 2:00 PM.**

8       The Court directs the parties to review the Local Criminal Rules governing

9 discovery and other issues in this case.  http://www.waed.uscourts.gov/court-

10 info/local-rules-and-orders/general-orders.

11       Until further order of this Court, the Defendant shall be committed to the

12 custody of the Attorney General for confinement in a corrections facility separate,

13 to the extent practicable, from persons awaiting or serving sentences or being held

14 in custody pending appeal.  Defendant shall be afforded reasonable opportunity for

15 private consultation with counsel.  On order of a court of the United States or on

16 request of an attorney for the United States, the person in charge of the corrections

17 facility in which the Defendant is confined shall deliver the Defendant to a United

18

19

20

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 2

1  States Marshal for the purpose of an appearance in connection with a court

2  proceeding.

3      DATED this August 17, 2016.

4                    s/*Mary K. Dimke*
                   MARY K. DIMKE
5           UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 3