AO 442 (Rev. 12/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>JESE DAVID CARILLO CASILLAS<br><br>*Defendant* | )<br>)<br>)  Case No.  4:15-CR-6049-EFS-2<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JESE DAVID CARILLO CASILLAS ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE AND 5 KILOGRAMS OR MORE OF COCAINE

Date: Dec 16, 2015, 2:15 pm

CLERK OF COURT
By: *(signature)*
SEAN F. McAVOY, Clerk

City and state:   Spokane, Washington

BY HONORABLE:   MAGISTRATE JUDGE JOHN T. RODGERS          BAIL FIXED AT:   AUSA SEEKS DETENTION

### Return

This warrant was received on *(date)* 12/16/15 , and the person was arrested on *(date)* 8/17/16
at *(city and state)* Richland, WA .

Date: 8/17/16

Arrested within the E/WA
By: FBI
(Agency)
Executed On: 8/17/16
Sign: Reagan K Davey USMS
*Printed name and title*