# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

| | |
|---|---|
| **USA v.  JESE DAVID CARILLO CASILLAS** | **Case No.    4:15-CR-06049-EFS-2** |

**Bail Hearing:**                                                                                             **08/19/2016**

---

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy | ☒ | Alvin Guzman, US Atty |
| | | ☒ | Robin Emmans, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services | ☒ | Interpreter – Estela Castro |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

    USA proffered the pretrial services bail report and agreed with its recommendation of continued detention of Defendant, and argued there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.
    Defense counsel argued that Defendant should be released.

**The Court ordered:**
    1.  Defendant shall be detained by the U. S. Marshal until further order of the Court.