# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO CASILLAS,<br>Defendant. | 4:15-CR-06049-EFS<br><br>Order Granting United States Motion for Extension of Time to Meet and Confer with Counsel and File a Joint Status Report |

Upon Motion of the United States,

IT IS ORDERED that the motion brought by the United States to Extend time to meet and confer with Counsel and file joint status report until September 2, 2016, is granted.

DATED this _____ day of August, 2016.

_____
Edward F. Shea
Senior United States District Court Judge

Order Granting United States Motion for Extension of Time to Meet and Confer with Counsel and File a Joint Status Report - 1

Casillas.order extension.docx