MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO CASILLAS.<br><br>　　　　　　　　Defendant. | 4:15-CR-06049-EFS<br><br>United States Motion to Expedite hearing on United States Motion for Extension of Time to Meet and Confer with Counsel and File a Joint Status Report<br><br>Without Oral Argument 8/26/16 @ 6:30 pm |

　　　　Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney, for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following motion to expedite hearing on United States motion for extension of time to meet and confer with counsel and file a joint status report.

　　　　Dated: August 26, 2016.

　　　　　　　　　　　　　　　　　　　　MICHAEL C. ORMSBY
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*s/ Stephanie Van Marter*
　　　　　　　　　　　　　　　　　　　　Stephanie Van Marter
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

United States Motion to Expedite hearing on United States Motion for Extension of Time to Meet and Confer with Counsel and File a Joint Status Report - 1
Casillas.mtn expedite.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robin Collett Emmans
Robin.emmons@secondstreetlaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States Motion to Expedite hearing on United States Motion for Extension of Time to Meet and Confer with Counsel and File a Joint Status Report - 2
Casillas.mtn expedite.docx