# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 4:16-mj-07126 |
| FRANCISCO DUARTE FIGUEROA | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the 15th day of August 2016, in the county of Benton in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1(A)(i) | Possession with Intent to Distribute 1 kilogram or more of a Mixture or Substance Containing a Detectable Amount of Heroin |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Jason Gilbert, Federal Bureau of Investigation
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2016

_____
*Judge's signature*

Mary K. Dimke, United States Magistrate Judge
_____
*Printed name and title*

City and state: Yakima, Washington

Figueroa.Complaint.docx