PENALTY SLIP

DEFENDANT NAME: **FRANCISCO DUARTE FIGUEROA**

TOTAL NO. COUNTS:      **1**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(i)**
**Distribution of 1 kilogram or more of a Mixture or Substance Containing a Detectable Amount of Heroin**

PENALTY: **CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a**

CASE NO.    4:16-mj-07126

AUSA INITIAL        SAV

Figueroa.PS.docx