FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG 17 2016
SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,

vs.

FRANCISCO DUARTE FIGUEROA
Defendant's Printed Name.

No. 4:16-MJ-7126-MKD

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - CRIMINAL COMPLAINT

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Criminal Complaint;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge. I am entitled to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

7. My right to have a preliminary hearing;

8. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

[signature]
Interpreter Signature

Date: 8/17/16

L. Jauregui Gutierrez
Interpreter Printed Name

[signature]
Defendant Signature