# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K Dimke
Yakima

**USA v. FRANCISCO DUARTE FIGUEROA**  **Case No.   4:16-MJ-07126-MKD-1**

**Initial Appearance on Complaint:**  **08/17/2016**

☒  Pam Howard, Courtroom Deputy [Y]  ☒  Alvin Guzman, US Atty
☒  Jeremy Sporn, Defense Atty

☒  Erica Helms, US Probation / Pretrial Services Officer  ☒  Interpreter – Lourdes Gutierrez, Federally Certified Interpreter employed by the Federal Defenders Office.

☒  Defendant present in custody USM

---

☒  USA Motion for Detention  ☒  Rights given
☐  USA not seeking detention  ☒  Acknowledgment of Rights filed
☒  Financial Affidavit (CJA 23) filed  ☒  Defendant received copy of charging document
☒  The Court will appoint the Federal Defenders  ☒  Defendant waived reading of charging document
☐  Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney  ☐  Charging document read in open court
☐  PRE-Trial Services Report ordered  ☒  POST Pre-Trial Services Report ordered

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

Court learned Defendant required the services of a Spanish interpreter but the Court's interpreter had already been dismissed for travel to Richland for court appointments there. Federal Defender interpreter, Lourdes Gutierrez was utilized for purposes of today's hearing.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Bail Hrg:** | **Probable Cause Hrg:** |
|---|---|
| *Waived by Defendant*; **USA's Motion for Detention is** *granted*. *Subject to right to return before the Court should circumstances change.* | 08/26/2016 @ 10:00 a.m. [Y/MKD] |

FTR/Y-102    Time:  2:52 p.m. – 3:03 p.m.    Page 1