UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO DUARTE FIGUEROA,<br><br>Defendant. | No. 4:16-MJ-7126-MKD-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT AND GRANTING THE UNITED STATES' MOTION FOR DETENTION<br><br>**ECF No. 4** |

On Wednesday, August 17, 2016, the Defendant made his initial appearance on the Complaint (ECF No. 1). The Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn and was assisted by federal court-certified interpreter Lourdes Gutierrez. Assistant United States Attorney Alvin Guzman represented the United States.

Defendant was advised of, and acknowledged the charge against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT AND
GRANTING THE UNITED STATES' MOTION FOR DETENTION - 1

The Office of the Federal Defenders was appointed to represent the Defendant.

The United States moved for detention (ECF No. 4).  The Defendant, personally and through counsel, waived his right to a detention hearing.

Accordingly, **IT IS SO ORDERED**:

1. The United States' Motion for Detention (**ECF No. 4**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the court.  If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

5. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which the

Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

7. The United States Probation / Pretrial Services Offices shall complete a post-bail, pretrial services report.

8. A probable cause hearing was set for **Friday, August 26, 2016, at 10:00 AM, before Judge Dimke in Yakima, Washington.**

DATED this August 17, 2016.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE