| | |
|---|---|
| 1 | Rick L. Hoffman |
| 2 | Federal Defenders of Eastern Washington & Idaho |
|   | 306 E. Chestnut Ave. |
| 3 | Yakima, WA 98901 |
|   | (509) 248-8920 |
| 4 | |
|   | Attorney for Defendant |
| 5 | Francisco Duarte Figueroa |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

United States of America,

　　　　　　　　Plaintiff,

　　v.

Francisco Duarte Figueroa,

　　　　　　　　Defendant.

No.  4:16-CR-7126-MKD

**Notice of Appearance**

　　Please take notice that Rick L. Hoffman of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter.  All future correspondence and court filings should be forwarded directly to the address listed above.

Notice of Appearance:  1

Dated: August 18, 2016.

By s/ Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for Francisco Duarte Figueroa
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Rick_Hoffman@fd.org

## Certificate of Service

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Rick L. Hoffman
Rick L. Hoffman

Notice of Appearance: 2