AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 18, 2016**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:16-mj-07126 |
| FRANCISCO DUARTE FIGUEROA | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* FRANCISCO DUARTE FIGUEROA who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

The offense is briefly described as follows:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(A)(i) | Possession with Intent to Distribute 1 kilogram or more of a Mixture or Substance Containing a Detectable Amount of Heroin |

Date: August 17, 2016

Aug 17, 2016, 12:50 pm

*Issuing officer's signature*  M. K. Dimke

City and state: Yakima, Washington

Mary K. Dimke, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on 8/17/16, and the person was arrested on 8/17/16
at *(city and state)* Richland, WA.                 Arrested within the E/WA
                                                    By: FBI
Date: 8/17/16                                       (Agency)
                                                    Executed Arresting officer's signature
                                                    Sign: Reagan K. Haines, USMS

Figueroa.Warrant.docx