# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

| | |
|---|---|
| USA v.  FRANCISCO DUARTE FIGUEROA | Case No.    4:16-MJ-07126-MKD-1 |

**Probable Cause Hearing**                                                                 **08/26/2016**

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy | ☒ | Tom Hanlon, US Atty |
| | | ☒ | Rick Hoffman, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services | ☒ | Interpreter – Glenna White |
| ☒ | Defendant present in custody USM | | |

## REMARKS

USA proffered the affidavit in support of the Criminal Complaint.

William Leahy, FBI Supervisor, was sworn in and testified.
Direct examination by Mr. Hanlon
Cross examination by Mr. Hoffman
The witness was excused by the Court.

The matter was submitted to the Court on the testimony and evidence proffered.

**The Court ordered:**
1. The Court found probable cause to believe that the charged offense was committed and Defendant committed it.  Defendant is bound over to the United States District Court for trial.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.