UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANCISCO DUARTE FIGUEROA,<br><br>　　　　　　Defendant. | No. 4:16-MJ-7126-MKD-1<br><br>ORDER FINDING PROBABLE CAUSE |

On Friday, August 26, 2016, the Defendant appeared, in custody, with attorney Rick Hoffman and was assisted by federal court-certified interpreter Glenna White.  Assistant United States Attorney Thomas Hanlon represented the United States.  FBI Supervisory Agent William Leahy testified and was cross examined.

Defendant is charged with possessing with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin on August 15, 2016, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(I).  Based on the

ORDER OF PROBABLE CAUSE - 1

1  testimony, the Court finds that probable cause exists to believe that the charged

2  offense has been committed and to believe the Defendant committed it.

3      A status conference is set before **Judge Dimke on Wednesday, September**

4  **14, 2016, at 1:00 PM, in Yakima, Washington.**

5      DATED this August 26, 2016.

6                    s/*Mary K. Dimke*
                      MARY K. DIMKE

7         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF PROBABLE CAUSE - 2