PENALTY SLIP
SUPERSEDING INDICTMENT

DEFENDANT NAME: **ALEXIS JOEL GARCIA PALOMINO**

TOTAL NO. COUNTS:    1

VIO: 21 U.S.C. § 846
Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)

PENALTY: CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.    4:15-CR-6049-EFS

AUSA INITIAL    SAV

SUPERSEDING INDICTMENT

IHC.PS.Superseding.docx