PENALTY SLIP - SUPERSEDING INDICTMENT

DEFENDANT NAME: **FRANCISCO DUARTE FIGUEROA**

TOTAL NO. COUNTS: 2

VIO: **VIO: 21 U.S.C. § 846**
**Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

VIO: **21 U.S.C. § 841(a)(1), (b)(1(A)(i) and (vi)**
**Possession with the Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing Heroin and 400 grams or More of a Mixture or Substance Containing N-phenyl-N Propanamide**
**(Count 2)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO. _____4:15-CR-6049-EFS_____
AUSA INITIAL_____SAV_____

SUPERSEDING INDICTMENT

IHC.PS.Superseding.docx