```
1
2  MICHAEL C. ORMSBY
   United States Attorney
3  Eastern District of Washington
4  Stephanie A. Van Marter
   Assistant United States Attorney
5  Post Office Box 1494
6  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
7
8              UNITED STATES DISTRICT
9        FOR THE EASTERN DISTRICT OF WASHINGTON
10
   UNITED STATES OF AMERICA,    4:15-CR-6049-EFS
11
12              Plaintiff,       SUPERSEDING INDICTMENT
           vs.
13                               Vio: 21 U.S.C. § 846
14 JESE DAVID CARILLO CASILLAS,  Conspiracy to Distribute 500 Grams
   ROSA GRANADOS, a.k.a. La China, or More of a Mixture or Substance
15                               Containing a Detectable Amount of
16                               Methamphetamine, 5 Kilograms or
                                 More of Cocaine, 1 Kilogram or More
17                               of Heroin and 400 grams or More of
18 FRANCISCO DUARTE FIGUEROA,    N-phenyl-N Propanamide
19                               (Count 1)

20                               Vio: 21 U.S.C. § 841(a)(1),
              Defendants.
21                               (b)(1)(A)(i) and (vi)
                                 Possession with the Intent to
22                               Distribute 1 Kilogram or More of a
23                               Mixture or Substance Containing
                                 Heroin and 400 grams or More of a
24                               Mixture or Substance Containing N-
25                               phenyl-N Propanamide
                                 (Count 2)
26
27                               Notice of Criminal Forfeiture
28                               Allegations
```

INDICTMENT – 1
IHC.SupersedingIndictment.docx

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing until present time, here in the Eastern District of Washington and elsewhere, the Defendants, JESE DAVID CARILLO CASILLAS, ROSA GRANADOS, a.k.a. La Chuna, ███████, and FRANCISCO DUARTE FIGUEROA, did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: distribution of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, 1 kilograms or more of a mixture or substance containing a detectable amount of Heroin and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N Propanamide, all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about August 15th 2016, in the Eastern District of Washington, the Defendants, JESE DAVID CARILLO CASILLAS and FRANCISCO DUARTE

INDICTMENT – 2
IHC.SupersedingIndictment.docx

FIGUEROA, did knowingly and intentionally possess with intent to distribute approximately 10 kilograms of a substance which contained 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N Propanamide and 1 kilogram or more of a mixture or substance containing a detectable amount of Heroin, Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), (vi) and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 846, JESE DAVID CARILLO CASILLAS, ROSA GRANADOS, a.k.a. La Chuna, ███████████████████████████, and FRANCISCO DUARTE FIGUEROA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

INDICTMENT – 3
IHC.SupersedingIndictment.docx

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of September 2016.

A TRUE BILL

_____
Foreperson

_____
MICHAEL C. ORMSBY
United States Attorney

_____
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 4
IHC.SupersedingIndictment.docx