Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) 4:15-CR-6049-EFS |
| JESE DAVID CARILLO CASILLAS, and<br>FRANCISCO DUARTE FIGUEROA, | )<br>) Joint Status Report<br>) |
| Defendants. | )<br>)<br>) |

    Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submit the following Joint Status Report pursuant to the Court's Order Requiring Meet-and-Confer and Setting Pretrial Conference and Trial (ECF No. 31) and granted extension (ECF No. 34).

    The United States presented a superseding indictment to the grand jury on September 7, 2016. Counsel apologizes for the one delay in this filing, in part with the intent to be able to update counsel and the Court as to the grand jury

JOINT STATUS REPORT - 1
Casillas.Status.docx

matter. The United States is preparing the following motions relative to Discovery:  Motion for Protective Order and Motion for Disclosure to Defense Counsel but not Unsealing for pre-indictment pleadings. Although those motions are still pending, the United States is gathering discovery to provide to counsel while awaiting the Court's Order. The United States anticipates voluminous discovery to be provided in various batches with the next batch to be provided within a week. The United States further would proffer to the Court this case is complex and will involve additional charges and Defendants.

Since counsel is just now getting discovery, the parties have not yet addressed whether there are any additional issues relative to discovery. However, the parties do agree that additional time is needed for counsel to conduct a meaningful review of the discovery.  Both counsel for Defendant Figueroa and Casillas intend to seek a continuance in this matter.  At this time, all parties agree that the best course of action in order to avoid multiple continuances is to discuss realistic dates at the time of the currently set September 27, 2016 Pre-Trial conference.  At that time, counsel will have a more realistic picture as to length of continuance needed and the corresponding deadlines.

DATED this 8th day of September, 2016.

                Michael C. Ormsby
                United States Attorney


                *s/Stephanie Van Marter*

                Stephanie Van Marter
                Assistant United States Attorney

JOINT STATUS REPORT - 2
Casillas.Status.docx

## CERTIFICATION

I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, robin_emmans@secondstreetlaw.com
Rick Hoffman, rick_hoffman@fd.org

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

JOINT STATUS REPORT - 3
Casillas.Status.docx