1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
3  Stephanie Van Marter
   Assistant United States Attorney
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767
6
7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
8
9  UNITED STATES OF AMERICA,        )
                                    )
10              Plaintiff,          )   4:15-CR-6049-EFS
                                    )
11      vs.                         )   Motion To Expedite Hearing
12                                  )
13 JESE DAVID CARILLO CASILLAS,     )   Date: 09/15/2016
   and                              )   Without Oral Argument
14 FRANCISCO DUARTE FIGUEROA,       )
                                    )
15                                  )
                                    )
16              Defendants.         )

17
18      Plaintiff, United States of America, by and through MICHAEL C. ORMSBY,
19 United States Attorney for the Eastern District of Washington, and Stephanie Van
20 Marter, Assistant United States Attorney for the Eastern District of Washington,
21 submits the following Motion To Expedite Hearing without oral argument on United
22 States' Motion to Disclose Pre-Indictment Pleadings for Discovery but Not Unsealing
23 and for Protective Order.
24      DATED September 8, 2016.
                                        MICHAEL C. ORMSBY
25                                      United States Attorney
26
                                        *s/ Stephanie Van Marter*
27                                      Stephanie Van Marter
                                        Assistant United States Attorney
28
   Motion to Expedite Hearing - 1
   P60908JJ.SAV.Casillas.MotionX.docx

# CERTIFICATION

I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, Robin_Emmans@secondstreetlaw.com
Rick Hoffman, Rick_Hoffman@fd.org

> *s/ Stephanie Van Marter*
> Stephanie Van Marter
> Assistant United States Attorney

Motion to Expedite Hearing - 2
P60908JJ.SAV.Casillas.MotionX.docx