UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESE DAVID CARILLO CASILLAS (2)<br>and FRANCISCO DUARTE FIGUEROA (6),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-6<br><br>**ORDER GRANTING THE USAO'S MOTION FOR DISCLOSURE AND FOR PROTECTIVE ORDER AND GRANTING USAO'S RELATED MOTION TO EXPEDITE** |

     Before the Court, without oral argument, are the U.S. Attorney's Office's (USAO) Motion to Disclose Pre-Indictment Pleadings for Discovery But Not Unsealing and for Protective Order, ECF No. 72, and related Motion to Expedite Hearing, ECF No. 73.  The USAO seeks permission to disclose certain sealed documents to defense counsel without unsealing the documents and to set parameters for the parties' use of sealed documents during discovery and court hearings. ECF No. 72.  In support of its request, the USAO points out that the sealed documents pertain to an ongoing investigation and there is a need to protect the safety and security of any cooperating witnesses, defendants, confidential informants, and undercover law enforcement officers. ECF No. 72.  The USAO also seeks a protective order regarding sealed information. ECF No. 72.  Because resolution of this issue is necessary to further discovery in this case, which is set for trial on

ORDER - 1

1  October 17, 2016, the Court finds good cause to expedite consideration
2  of these motions.
3      The investigation that resulted in the Indictment in this case
4  involved a number of warrants filed under seal in the U.S. Magistrate
5  Court. *See* ECF No. 72. Although these documents should remain sealed
6  to protect any cooperators and to avoid jeopardizing an ongoing
7  investigation, Defendants and their counsel must have access to these
8  documents to prepare their defense. Further, the USAO avers that it
9  has contacted the Defendants' counsel and there are no objections.
10 Therefore, the Court finds good cause to grant the USAO's motions and
11 notes that the parties are expected to be vigilant in protecting the
12 identity of any cooperators referenced in sealed documents.
13     Accordingly, **IT IS HEREBY ORDERED**:
14 1.  The USAO's Motion to Disclose Pre-Indictment Pleadings for
15     Discovery But Not Unsealing and for Protective Order, **ECF**
16     **No. 72**, is **GRANTED**. The USAO is permitted to disclose related
17     pre-indictment pleadings that are currently sealed by the
18     Court (hereinafter "Protective Discovery") to counsel for
19     the above referenced Defendants' pursuant to its discovery
20     obligations; such applications, orders and warrants shall
21     otherwise remain sealed.
22 2.  The USAO's Motion to Expedite Hearing, **ECF No. 73**, is
23     **GRANTED**.
24 ///
25 //
26 /

ORDER - 2

3. A **protective order is entered** as follows:

    a. The USAO will provide discovery materials (including Protective Discovery) on an ongoing basis to defense counsel;

    b. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

    c. Defense counsel may show to, and discuss with the Defendants the discovery material, including sealed documents;

    d. Defense counsel shall not provide original or copies of discovery materials directly to the Defendants;

    e. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

    f. The USAO and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

ORDER - 3

          g.    The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to Magistrate Judge Dimke.

**DATED** this __12th__ day of September 2016.

```
                  _____s/Edward F. Shea___
                       EDWARD F. SHEA
                Senior United States District Judge
```

Q:\EFS\Criminal\2015\15CR6049-2,6.Grant.Disclosure.PO.LC1.docx

ORDER - 4