UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-2 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| vs. | |
| Jese David Carillo Casillas, | |
| Defendant. | |

On Monday, September 12, 2016, the Defendant was arraigned on the Superseding Indictment (ECF No. 65).  The Defendant appeared, in custody, with his attorney, Robin Collett Emmans, and was assisted by federal court-certified interpreter Estella Castro.  Assistant United States Attorney Alvin Guzman represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1    The Court appointed counsel to represent the Defendant (ECF No. 35) and
2    addressed detention (ECF No. 29) in previous orders.
3    The Defendant is bound over to Judge Edward F. Shea for further
4    proceedings.
5    The Court directs the parties to review the Local Criminal Rules governing
6    discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
7    info/local-rules-and-orders/general-orders.
8    DATED this September 12, 2016.

                                    s/*Mary K. Dimke*
                                  MARY K. DIMKE
                    UNITED STATES MAGISTRATE JUDGE