UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-6049-EFS-6 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| vs. | |
| FRANCISCO DUARTE FIGUEROA, | |
| Defendant. | |

On Wednesday, September 14, 2016, the Defendant was arraigned on the Superseding Indictment (ECF No. 69). The Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1    The Court appointed counsel to represent the Defendant (ECF No. 44) and

2 addressed detention (ECF No. 49) in previous orders.

3    The Defendant is bound over to Judge Edward F. Shea for further

4 proceedings.

5    The Court directs the parties to review the Local Criminal Rules governing

6 discovery and other issues in this case.  http://www.waed.uscourts.gov/court-

7 info/local-rules-and-orders/general-orders.

8    DATED this September 14, 2016.

9                    s/*Mary K. Dimke*
                    MARY K. DIMKE
10              UNITED STATES MAGISTRATE JUDGE