# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. ROSA GRANADOS**                    Case No.     4:15-CR-06049-EFS-3

**Arraignment/Initial Appearance on Superseding Indictment:**                    09/26/2016

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Ian Garriques, US Atty |
| | | ☒ | Rick Hoffman, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☒ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

  USA is not seeking Defendant's detention but would ask for the Court's standard release conditions plus electronic monitoring.
  Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
  "Not guilty" plea entered.
  Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Conditions of release imposed upon Defendant which were read to her in Court. Order forthcoming.
2. The Court did not impose electronic monitoring at this time but will review the matter on Wednesday.

**Bail Hearing:**
**9/28/2016 @ 1:00 p.m. [Y/MKD]**

FTR/Y-102          Time: 1:11 p.m. – 1:24 p.m.          Page 1