UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 26 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSA GRANADOS,<br><br>Defendant's Printed Name. | No. 4:15-CR-6049-EFS-3<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |
|---|---|

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☐ Indictment

    ☑ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____        Date: __9/26/16_____
Interpreter Signature

_____        _____
Interpreter Printed Name                Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2