# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>JESE DAVID CASILLAS CARRILLO (2); and<br>FRANCISCO DUARTE FIGUEROA (6)<br><br>          Defendant. | Case No. 4:15-CR-6049-EFS<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 09/27/2016  **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/<br>MOTION HEARING** |

| | | | |
|---|---|---|---|
| | **Senior Judge Edward F. Shea** | | |
| Cora Vargas | 01 | Dulce Bustamante | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br><br><br>**Plaintiff's Counsel** | | Robin C. Emmans for Jese David Casillas Carrillo<br>Rick Hoffman for Francisco Duarte Figueroa<br><br>**Defendant's Counsel** | |

**[XX]  Open Court**

Defendants present in custody of the US Marshal and being assisted by the Court's interpreter

Ms. Van Marter advises the Court of status of case: co-defendant, Rosa Granados, has been arrested and made her initial appearance on September 26, 2016; Government anticipates another superseding indictment will be issued in November 2016; voluminous discovery is anticipated and it is a complex investigation.

Ms. Van Marter requests the trial in this matter be reset to the spring of 2017

Ms. Emmans advises her client's true name is Jese David Casillas Carrillo and that she will need more time to adequately prepare for trial, although her client doesn't want it continued for a long period of time

Mr. Hoffman agrees that a continuance is necessary

Court and counsel discuss potential trial dates

Defense counsel confers with Defendants regarding trial dates

**Recess: 9:52 am**
**Reconvene: 9:58 am**
**All parties present**

Statement of Reasons in Support of the Motion to Continue Trial signed by each defendant and filed

Court and counsel agree on the following pretrial and trial dates:

1st Pretrial Conference:     12/13/2016 at 1:30 pm
2nd Pretrial Conference:    02/21/2017 at 1:30 pm
3rd Pretrial Conference:    03/28/2017 at 1:30 pm
Jury Trial:                 04/17/2016 at 9:00 am

**All hearings will be held in Richland**

**[XX] ORDER FORTHCOMING**

| CONVENED: 9:33 AM  9:58 AM | ADJOURNED: 9:52 AM  10:04 AM | TIME: 19 MINS  6 MINS | TOTAL: 25 MINS |
|---|---|---|---|