AO 442 (Rev. 12/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 27, 2016**

SEAN F. McAVOY, CLERK

United States of America
v.
ROSA GRANADOS a.k.a. La China

Case No. 4:15-CR-6049-EFS-3

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROSA GRANADOS a.k.a. La China,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE AND 5 KILOGRAMS OR MORE OF COCAINE

Date: Dec 16, 2015, 2:16 pm

CLERK OF COURT
By: _____
SEAN F. McAVOY, Clerk

City and state: Spokane, Washington

BY HONORABLE: MAGISTRATE JUDGE JOHN T. RODGERS     BAIL FIXED AT: AUSA SEEKS DETENTION

### Return

This warrant was received on *(date)* 12/16/15, and the person was arrested on *(date)* 9/24/16
at *(city and state)* Yakima, WA

Date: 9/24/16

Arrested within the E/WA
By: ICE
(Arresting officer's signature)
Executed On: 9/24/16
Sign: _____
*Printed name and title*