AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 27, 2016**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROSA GRANADOS, aka La Chuna | ) | Case No. 4:15-CR-6049-EFS-3 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROSA GRANADOS, aka La Chuna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR
SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5
KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF
N-PHENYL-N PROPANAMIDE

Date: Sep 08, 2016, 8:13 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/16, and the person was arrested on *(date)* 9/24/16
at *(city and state)* Yakima, WA.

Date: 9/24/16

Arrested within the E/WA
By: ICE
*(Agency)*  *Arresting officer's signature*
Executed On: 9/24/16
Sign: Ryan [illegible], USMS
*Printed name and title*