UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                        Plaintiff,      )<br>                                                    )    4:15-CR-6049-EFS-3<br>        vs.                                      )<br>                                                    )    Order Granting United States'<br>ROSA GRANADOS,                    )    Motion Withdraw Motion for<br>                                                    )    Electronic Monitoring and to<br>                        Defendant.   )    Strike Hearing | |

THIS MATTER coming before the Court upon motion by the United States to Withdraw Motion for Electronic Monitoring and to Strike Hearing in this cause, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Oral Motion to Withdraw Motion for Electronic Monitoring is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled September 28, 2016, in this cause is stricken.

IT IS SO ORDERED this _____day of September 2016.

_____
Mary K. Dimke
United States Magistrate Judge

Order Granting United States' Motion Withdraw Motion for Electronic Monitoring and to Strike Hearing - 1
Granados.Order.docx