UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS-3 |
| vs. ) | |
| ) | Order Granting United States' |
| ROSA GRANADOS, ) | Motion To Expedite Hearing |
| ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion to Withdraw Motion for Electronic Monitoring and to Strike Hearing, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____day of September 2016.


_____
Mary K. Dimke
United States Magistrate Judge

Order Granting United States' Motion To Expedite Hearing - 1
Granados.OrderX.docx