PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **JESE DAVID CARILLO CASILLAS**

TOTAL NO. COUNTS:      11

VIO:  21 U.S.C. § 846
   **Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY:  CAG not less than 10 years nor more than life;
   and/or $10,000,000 fine;
   not less than 5 years nor more than life supervised release;
   a $100 special penalty assessment; and
   denial of certain federal benefits pursuant to
   21 U.S.C. §§ 862 and 862a

VIO:  18 U.S.C. § 1956(h)
   **Conspiracy to Commit Money Laundering (Count 2)**

PENALTY: CAG not more than 20 years;
   and/or up to greater of $500,000 fine or 2X the amount of $$ laundered;
   not more than 3 years supervised release; and
   a $100 special penalty assessment

VIO:  18 U.S.C. § 1956(a)(1)(B)(i)
   **Money Laundering (Counts 4, 5, 7, 10, 11)**

PENALTY: CAG not more than 20 years;
   and/or up to greater of $500,000 fine or 2X the amount of $$ laundered;
   not more than 3 years supervised release; and
   a $100 special penalty assessment

VIO:  21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
   **Possession with the Intent to Distribute 50 grams or more of Actual Methamphetamine**
   **(Count 8)**

 PENALTY:  CAG not less than 10 years no more than life;
   and/or $10,000,000 fine; not less than 5 years nor more than life supervised release;
   a $100 special penalty assessment; and

        denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

VIO: **18 U.S.C. 1956(a)(1)(B)(i)**
**International Money Laundering (Counts 9, 13)**

PENALTY: CAG not more than 20 years;
    and/or up to greater of $500,000 fine or 2X the amount of $$ laundered;
    not more than 3 years supervised release; and
    a $100 special penalty assessment

VIO: **21 U.S.C. § 841(a)(1), (b)(1(A)(i) and (vi)**
**Possession with the Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing Heroin and 400 grams or More of a Mixture or Substance Containing N-phenyl-N Propanamide**
**(Count 15)**

PENALTY: CAG not less than 10 years nor more than life;
    and/or $10,000,000 fine;
    not less than 5 years nor more than life supervised release;
    a $100 special penalty assessment; and
    denial of certain federal benefits pursuant to
    21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO. _____ 4:15-CR-6049-EFS -2 _____
AUSA INITIAL _____ SAV _____

SECOND SUPERSEDING INDICTMENT