PENALTY SLIP
SUPERSEDING INDICTMENT

DEFENDANT NAME: **ROSA ARACELI GRANADOS, a.k.a. La China**

TOTAL NO. COUNTS:    1

VIO: **21 U.S.C. § 846**
   **Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: CAG not less than 10 years nor more than life;
   and/or $10,000,000 fine;
   not less than 5 years nor more than life supervised release;
   a $100 special penalty assessment; and
   denial of certain federal benefits pursuant to
   21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.    4:15-CR-6049-EFS -3

AUSA INITIAL    SAV

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx