1  MICHAEL C. ORMSBY
2  United States Attorney
   Eastern District of Washington
3  Stephanie A. Van Marter
   Assistant United States Attorney
4
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7

8            UNITED STATES DISTRICT
9    FOR THE EASTERN DISTRICT OF WASHINGTON

10  UNITED STATES OF AMERICA,          4:15-CR-6049-EFS
11
12                      Plaintiff,     SECOND SUPERSEDING
                vs.                    INDICTMENT
13
14  ████████████████████              Vio: 21 U.S.C. § 846
15  ██████████████████████            Conspiracy to Distribute 500
                                       Grams or More of a Mixture or
16  █████                              Substance Containing a
    ALEXIS JOEL GARCIA PALOMINO,       Detectable Amount of
17  ███████████████████████           Methamphetamine, 5 Kilograms
18  ████████████████████              or More of Cocaine, 1 Kilogram
                                       or More of Heroin and 400 grams
19  ████████████████████              or More of N-phenyl-N
20  ██████████████████████            Propanamide
                                       (Count 1)
21  ███████████████
22  ████████████████                  Vio: 18 U.S.C. § 1956(h)
23  ████████████████                  Conspiracy to Commit Money
                                       Laundering (Count 2)
24  ██████████████████
25  █████████████,                    Vio: 21 U.S.C. § 841(a)(1),
                                       (b)(1)(A)(ii)
26  ███████████                       Possession with the Intent to
27  █████████                         Distribute 5 Kilograms or more of
                                       Cocaine (Count 3)
28  ██████████████████████

    █████████

SECOND SUPERSEDING INDICTMENT – 1
Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10                          Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Vio: 18 U.S.C. § 1956(a)(1)(B)(i)
Money Laundering
(Counts 4, 5, 6, 7, 10, 11, 12, 14)

Vio: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with the Intent to
Distribute 50 grams or more of
Actual Methamphetamine
(Count 8)

Vio: 18 U.S.C. 1956(a)(1)(B)(i)
International Money Laundering
(Counts 9, 13)

Vio:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(i), (vi)
Possession with the Intent to
Distribute 1 Kilogram or More of
a Mixture or Substance
Containing Heroin and
400 grams or More of a Mixture
or Substance Containing N-
phenyl-N Propanamide
(Count 15)

Notice of Criminal Forfeiture
Allegations

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing

until on or about December 6, 2016, in the Eastern District of Washington and

elsewhere, the Defendants,

SECOND SUPERSEDING INDICTMENT – 2
Second Superseding.Indictment.docx

1    ████████████████████ ALEXIS JOEL GARCIA

2    PALOMINO, ██████████████████████████

3

4    █████████████████████████████████████

5    █████████████████████████████

6

7    █████████████████████████████

8    █████████████████████████████████████

9

10   ████████████████████████████████████

11   ████████████████████████████

12   ██████████████████████████████████

13

14   ███████████████████████████████████,

15   did knowingly and intentionally combine, conspire, confederate and agree together

16

17   with each other and other persons, both known and unknown to the Grand Jury, to

18

19   commit the following offense against the United States, to wit: distribution of 500

20   grams or more of a mixture or substance containing a detectable amount of

21   Methamphetamine, 5 kilograms or more of a mixture or substance containing a

22

23   detectable amount of Cocaine, 1 kilograms or more of a mixture or substance

24   containing a detectable amount of heroin and 400 grams or more of a mixture or

25   substance containing a detectable amount of N-phenyl-N Propanamide, all

26

27   Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1),

28   (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3
Second Superseding.Indictment.docx

1

**COUNT TWO**

2

3

4

5

6

7

8                                                                    ,

9

10

11                                                                ,

12

13

14

15                               **(1956(a)(1))**

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 4
Second Superseding.Indictment.docx

1

2

3

4

5    **(1956(a)(2))**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    **COUNT THREE**

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 5
Second Superseding.Indictment.docx

## COUNT FOUR

███████████████████████████████████████████████████,
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████

## COUNT FIVE

████████████████████████████████████████████████████████
████████████████████████████████████████████████,
█████████████████████████████████████████████
████████████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 6
Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**COUNT SIX**

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 7

Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10

11    **COUNT SEVEN**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 8
Second Superseding.Indictment.docx

1  ████████████████████████████████████████

2  ████████████████████████████████████████

3

4  █

5

**COUNT EIGHT**

6

7     ██████████████████████████████████████

8  ███████████████████████████████████

9

10 ████████████████████████████████████

11 █████████████████████████████████████████

12

13 ██████████████████████████████████

14

**COUNT NINE**

15

16    █████████████████████████████████████ ,

17 █████████████████████████████████████

18

19 █████████████████████████████████████████

20 ████████████████████████████████████

21

22 ██████████████████████████████████████

23 █████████████████████████████████████████

24 ██████████████████████████████████████

25

26 █████████████████████████████████████████

27 ███████████████████████████████████████ ,

28

█████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 9

Second Superseding.Indictment.docx

1  ██████ █ ████████████████████████ █
2  ██████████
3
4                    **COUNT TEN**
5      ████████████████████████████
6
7  ████████████████████████████████
8  █████████████████████████████████
9
10 ██████████████████████████████████
11 ██████████████████████████
12
13 ██████████████████████████████
14 ██████████████████████████████
15 ████████████████████████ █ ████████
16
17 ██████████████████████████████████
18 ███████████████████████████████████
19
20 █████████████████████████████
21 ████████████████████████████████
22
23 ███████████████████████████████
24 ██████████████████████████████
25 ████████████ █ ████████████
26
27
28

SECOND SUPERSEDING INDICTMENT – 10
Second Superseding.Indictment.docx

## COUNT ELEVEN

## COUNT TWELVE

SECOND SUPERSEDING INDICTMENT – 11
Second Superseding.Indictment.docx

1 ████████████████████████████████████

2

3 ████████████████████████████████████████

4 █████████████████████████████████

5 ██████████████████████████████████████████

6

7 ██████████████████████████████████████████

8 ████████████████████████████████████████████

9

10 ██████████████████████████████████████

11 ████████████████████████████████████████████████

12

13 █████████████████████████████████████████████████

14 ████████████████████████████████████████

15

16 **COUNT THIRTEEN**

17 ████████████████████████████████████████████████████

18

19 ███████████████████████████████████████████████

20 █████████████████████████████████████

21

22 █████████████████████████████████████████

23 ████████████████████████████████████████████████

24

25 ███████████████████████████████████████████

26 ███████████████████████████████████████ █

27 ████████████████████████████████████████████████

28

████████████████████████████████████████████████ ,

SECOND SUPERSEDING INDICTMENT – 12

Second Superseding.Indictment.docx

1

2

3

4

5

6 **COUNT FOURTEEN**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 13
Second Superseding.Indictment.docx

1

## COUNT FIFTEEN

2

3 ████████████████████████████████████

4 ████████████████████████████████

5 ████████████████████████████████

6 ████████████████████████████████

7 ██████████████████████████████████████

8 ████████████████████████████████

9 ██████████████████████████████

10 ██████████████

11

16

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

17

18    The allegations contained in this Indictment are hereby re-alleged and

19

20 incorporated by reference for the purpose of alleging forfeitures.

21    Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of

22

23 21 U.S.C. § 846, ██████████████████████████

24 ████████████████ ALEXIS JOEL GARCIA PALOMINO, ████████

25 ██████████████████████████████

26

27 ████████████████████████████████████,

28 ████████████████████████████████,

SECOND SUPERSEDING INDICTMENT – 14
Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10 ████████████████████████ and, shall forfeit to the United

11 States of America, any property constituting, or derived from, any proceeds

12

13 obtained, directly or indirectly, as the result of such offense(s) and any property

14 used or intended to be used, in any manner or part, to commit or to facilitate the

15 commission of the offense(s).

16

17      If any forfeitable property, as a result of any act or omission of the

18 Defendants:

19

20      (a) cannot be located upon the exercise of due diligence;

21      (b) has been transferred or sold to, or deposited with, a third party;

22

23      (c) has been placed beyond the jurisdiction of the court;

24      (d) has been substantially diminished in value; or

25      (e) has been commingled with other property which cannot be divided

26

27      without difficulty;

28

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of December 2016.

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United State Attorney

Stephanie A. Van Marter
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx