PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **FRANCISCO DUARTE FIGUEROA**

TOTAL NO. COUNTS:	2

VIO: **VIO: 21 U.S.C. § 846**
Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)

PENALTY: CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

VIO: **21 U.S.C. § 841(a)(1), (b)(1(A)(i) and (vi)**
Possession with the Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing Heroin and 400 grams or More of a Mixture or Substance Containing N-phenyl-N Propanamide
(Count 15)

PENALTY: CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.	4:15-CR-6049-EFS-6
AUSA INITIAL	SAV

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx