PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **JULIO CESAR ROSALES SAUCEDO**

TOTAL NO. COUNTS:     3

VIO: 21 U.S.C. § 846
**Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

VIO: 18 U.S.C. § 1956(h)
**Conspiracy to Commit Money Laundering (Count 2)**

PENALTY: **CAG not more than 20 years;**
and/or up to greater of $500,000 fine or 2X the amount of $$ laundered;
not more than 3 years supervised release; and
a $100 special penalty assessment

VIO: 21 U.S.C. § 841(a)(1), (b)(1(A)(i) and (vi)
**Possession with the Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing Heroin and 400 grams or More of a Mixture or Substance Containing N-phenyl-N Propanamide (Count 15)**

PENALTY: **CAG not less than 10 years nor more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and

**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

CASE NO. _____4:15-CR-6049-EFS -9_____

AUSA INITIAL_____SAV_____

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx