PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **BRITTNEY LEE ZARAGOZA**

TOTAL NO. COUNTS:          **3**

VIO:  **18 U.S.C. § 1956(h)**
      **Conspiracy to Commit Money Laundering (Count 2)**

PENALTY: **CAG not more than 20 years;**
         **and/or up to greater of $500,000 fine or 2X the amount of $$**
         **laundered;**
         **not more than 3 years supervised release; and**
         **a $100 special penalty assessment**

VIO:  **18 U.S.C. § 1956(a)(1)(B)(i)**
      **Money Laundering (Counts 12, 14)**

PENALTY: **CAG not more than 20 years;**
         **and/or up to greater of $500,000 fine or 2X the amount of $$**
         **laundered;**
         **not more than 3 years supervised release; and**
         **a $100 special penalty assessment**

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE
NO. _____ 4:15-CR-6049-EFS -10 _____

AUSA
INITIAL_____ SAV _____

SECOND SUPERSEDING INDICTMENT