1  MICHAEL C. ORMSBY
2  United States Attorney
   Eastern District of Washington
3  Stephanie A. Van Marter
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767
7

8              UNITED STATES DISTRICT
9      FOR THE EASTERN DISTRICT OF WASHINGTON

10  UNITED STATES OF AMERICA,            4:15-CR-6049-EFS
11
12                        Plaintiff,     SECOND SUPERSEDING
                vs.                      INDICTMENT
13
14  ███████████████████                  Vio: 21 U.S.C. § 846
15  ████████████████████                 Conspiracy to Distribute 500
16  ████                                 Grams or More of a Mixture or
                                         Substance Containing a
17  █████████████████                    Detectable Amount of
    ████████████████████                 Methamphetamine, 5 Kilograms
18  ████████████████                     or More of Cocaine, 1 Kilogram
19  ████████████████                     or More of Heroin and 400 grams
20  █████████████████                    or More of N-phenyl-N
    ███████████████████,                 Propanamide
21  BRITTNEY LEE ZARAGOZA,               (Count 1)
22  █████████████                        Vio: 18 U.S.C. § 1956(h)
23  █████████████                        Conspiracy to Commit Money
24  ███████████████                      Laundering (Count 2)
25  ████████████
    ███████████,                         Vio: 21 U.S.C. § 841(a)(1),
26  ███████████████                      (b)(1)(A)(ii)
27  ███████                              Possession with the Intent to
                                         Distribute 5 Kilograms or more of
28  ████████████████████                 Cocaine (Count 3)
    ███████

SECOND SUPERSEDING INDICTMENT – 1
Second Superseding.Indictment.docx

1

2

3    ██████████████████.

4

5

6

7

8                            Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Vio: 18 U.S.C. § 1956(a)(1)(B)(i)
Money Laundering
(Counts 4, 5, 6, 7, 10, 11, 12, 14)

Vio: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with the Intent to
Distribute 50 grams or more of
Actual Methamphetamine
(Count 8)

Vio: 18 U.S.C. 1956(a)(1)(B)(i)
International Money Laundering
(Counts 9, 13)

Vio:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(i), (vi)
Possession with the Intent to
Distribute 1 Kilogram or More of
a Mixture or Substance
Containing Heroin and
400 grams or More of a Mixture
or Substance Containing N-
phenyl-N Propanamide
(Count 15)

Notice of Criminal Forfeiture
Allegations

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing

until on or about December 6, 2016, in the Eastern District of Washington and

elsewhere, the Defendants, ██████████████████████████

SECOND SUPERSEDING INDICTMENT – 2
Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14



did knowingly and intentionally combine, conspire, confederate and agree together

with each other and other persons, both known and unknown to the Grand Jury, to

commit the following offense against the United States, to wit:  distribution of 500

grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, 5 kilograms or more of a mixture or substance containing a

detectable amount of Cocaine, 1 kilograms or more of a mixture or substance

containing a detectable amount of heroin and 400 grams or more of a mixture or

substance containing a detectable amount of N-phenyl-N Propanamide, all

Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1),

(b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3

Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT TWO

Beginning on a date unknown but by on or about January 2010 continuing until present time, in the Eastern District of Washington and elsewhere, the Defendants, ██████████████████████████████ ████████████████████████████████████████ ████, BRITTNEY LEE ZARAGOZA, ████████████████████████, ████████████████████████████████, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to commit certain money laundering offenses under 18 U.S.C. § 1956, as follows:

### (1956(a)(1))

The Defendants named in this count: did conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing that the property involved in the financial transactions represents the proceeds of some form of unlawful activity, knowing that the transactions are designed in whole or in part to

SECOND SUPERSEDING INDICTMENT – 4

Second Superseding.Indictment.docx

conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

### (1956(a)(2))

The Defendants named in this count: did transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846; in violation of 18 U.S.C. § 1956(a)(2)(A).

The Grand Jury further alleges this offense was committed during and in furtherance of the conspiracy charged in Count One, above.

All in violation of 18 U.S.C. § 1956(h).

### COUNT THREE

███████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

████████████████████████

SECOND SUPERSEDING INDICTMENT – 5
Second Superseding.Indictment.docx

**COUNT FOUR**

**COUNT FIVE**

SECOND SUPERSEDING INDICTMENT – 6

Second Superseding.Indictment.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT SIX**

SECOND SUPERSEDING INDICTMENT – 7

Second Superseding.Indictment.docx

1
2
3
4
5
6
7
8
9
10

**COUNT SEVEN**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND SUPERSEDING INDICTMENT – 8
Second Superseding.Indictment.docx

1
2
3
4
5

**COUNT EIGHT**

6
7
8
9
10
11
12
13

**COUNT NINE**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND SUPERSEDING INDICTMENT – 9

Second Superseding.Indictment.docx

1
2
3
4

**COUNT TEN**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND SUPERSEDING INDICTMENT – 10
Second Superseding.Indictment.docx

1

## COUNT ELEVEN

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

23

## COUNT TWELVE

24

25      On or about May 17, 2016 and continuing until on or about May 18, 2016,

26  in the Eastern District of Washington and elsewhere, the Defendant, BRITTNEY

27  LEE ZARAGOZA, did conduct and attempt to conduct a financial transaction

28  affecting interstate and foreign commerce, to wit: a money wire transfer of U.S.

SECOND SUPERSEDING INDICTMENT – 11
Second Superseding.Indictment.docx

1  funds to a Wells Fargo account in the name of Brittney Zaragoza located in

2
3  Kennewick, Washington; which involved the proceeds of a specified unlawful

4  activity, that is conspiracy to distribute and the distribution of controlled

5  substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing
6
7  that the transaction was designed in whole or in part to conceal and disguise the

8  nature, the location, the source, the ownership, and the control of the proceeds of
9
10  the specified unlawful activity, and that while conducting and attempting to

11  conduct such financial transaction knew that the property involved in the financial
12
13  transaction, that is funds in the amount of $3,000 represented the proceeds of some

14  form of unlawful activity in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

15
16                              **COUNT THIRTEEN**



SECOND SUPERSEDING INDICTMENT – 12
Second Superseding.Indictment.docx

1

2

3

4

5

6                            **COUNT FOURTEEN**

7          On or about May 26, 2016, and continuing until on or about June 3, 2016, in

8
9   the Eastern District of Washington and elsewhere, the Defendant, BRITTNEY

10  LEE ZARAGOZA, did conduct and attempt to conduct a financial transaction

11
12  affecting interstate and foreign commerce, to wit: a money wire transfer of U.S.

13  currency to a Wells Fargo account in the name of Brittney Zaragoza located in

14
15  Kennewick, Washington; which involved the proceeds of a specified unlawful

16  activity, that is conspiracy to distribute and the distribution of controlled

17
18  substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing

19  that the transaction was designed in whole or in part to conceal and disguise the

20  nature, the location, the source, the ownership, and the control of the proceeds of

21
22  the specified unlawful activity, and that while conducting and attempting to

23  conduct such financial transaction knew that the property involved in the financial

24
25  transaction, that is funds in the amount of $3,000 represented the proceeds of some

26  form of unlawful activity in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

27

28

SECOND SUPERSEDING INDICTMENT – 13
Second Superseding.Indictment.docx

1

**COUNT FIFTEEN**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17    **NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

18    The allegations contained in this Indictment are hereby re-alleged and

19

20    incorporated by reference for the purpose of alleging forfeitures.

21    Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of

22    21 U.S.C. § 846,

23

24

25                                                           ,

26

27

28                                      BRITTNEY LEE ZARAGOZA,

SECOND SUPERSEDING INDICTMENT – 14

Second Superseding.Indictment.docx

1  ██████████████████████████████████████████ ,

2  ████████████████████████████████████

3

4  ██████████████████████████████████████

5  ████████████████████████████████████████

6

7  ████████████████████████████████████████

8  ██████████████████████████████████

9  ████████████████████████ , and, shall forfeit to the United

10

11  States of America, any property constituting, or derived from, any proceeds

12  obtained, directly or indirectly, as the result of such offense(s) and any property

13

14  used or intended to be used, in any manner or part, to commit or to facilitate the

15  commission of the offense(s).

16

17  If any forfeitable property, as a result of any act or omission of the

18  Defendants:

19

20  (a) cannot be located upon the exercise of due diligence;

21  (b) has been transferred or sold to, or deposited with, a third party;

22

23  (c) has been placed beyond the jurisdiction of the court;

24  (d) has been substantially diminished in value; or

25

26  (e) has been commingled with other property which cannot be divided

27  without difficulty;

28

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

1  the United States of America shall be entitled to forfeiture of substitute property

2  pursuant to 21 U.S.C. § 853(p).

3

4      DATED this _____ day of December 2016.

5

6                          A TRUE BILL

7

8

9                          Foreperson

10

11

12  MICHAEL C. ORMSBY
    United State Attorney
13

14

15

16  Stephanie A. Van Marter
    Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx