PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **SALVADOR GUDINO CHAVEZ**

TOTAL NO. COUNTS:        **2**

VIO: **21 U.S.C. § 846**
**Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

VIO: **18 U.S.C. § 1956(h)**
**Conspiracy to Commit Money Laundering (Count 2)**

PENALTY: **CAG not more than 20 years;**
**and/or up to greater of $500,000 fine or 2X the amount of $$ laundered;**
**not more than 3 years supervised release; and**
**a $100 special penalty assessment**

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE
NO. _____4:15-CR-6049-EFS –ΙΙ_____

AUSA
INITIAL_____SAV_____

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx