MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:15-CR-6049-EFS |
|---|---|
| Plaintiff, vs. | SECOND SUPERSEDING INDICTMENT |
| ▮▮▮▮▮ | Vio: 21 U.S.C. § 846 Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams or More of N-phenyl-N Propanamide (Count 1) |
| ADAM BENJAMIN GOLDRING, ▮▮▮▮▮ | Vio: 18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering (Count 2) |
| | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) Possession with the Intent to Distribute 5 Kilograms or more of Cocaine (Count 3) |

SECOND SUPERSEDING INDICTMENT – 1
Second Superseding.Indictment.docx

|  |  |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Vio: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Counts 4, 5, 6, 7, 10, 11, 12, 14) |
|  | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with the Intent to Distribute 50 grams or more of Actual Methamphetamine (Count 8) |
| Defendants. | Vio: 18 U.S.C. 1956(a)(1)(B)(i) International Money Laundering (Counts 9, 13) |
|  | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), (vi) Possession with the Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing Heroin and 400 grams or More of a Mixture or Substance Containing N-phenyl-N Propanamide (Count 15) |
|  | Notice of Criminal Forfeiture Allegations |

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing until on or about December 6, 2016, in the Eastern District of Washington and elsewhere, the Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SECOND SUPERSEDING INDICTMENT – 2
Second Superseding.Indictment.docx

1
2
3
4
5
6
7  ███████, ADAM BENJAMIN GOLDRING, ████████
8
9
10
11
12
13
14  ████████████████████████████████████████,

15 did knowingly and intentionally combine, conspire, confederate and agree together

16 with each other and other persons, both known and unknown to the Grand Jury, to

17 commit the following offense against the United States, to wit: distribution of 500

18 grams or more of a mixture or substance containing a detectable amount of

19 Methamphetamine, 5 kilograms or more of a mixture or substance containing a

20 detectable amount of Cocaine, 1 kilograms or more of a mixture or substance

21 containing a detectable amount of heroin and 400 grams or more of a mixture or

22 substance containing a detectable amount of N-phenyl-N Propanamide, all

23 Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1),

24 (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3
Second Superseding.Indictment.docx

# COUNT TWO

Beginning on a date unknown but by on or about January 2010 continuing until present time, in the Eastern District of Washington and elsewhere, the Defendants, ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, ADAM BENJAMIN GOLDRING, ████████████████████████████, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to commit certain money laundering offenses under 18 U.S.C. § 1956, as follows:

## (1956(a)(1))

The Defendants named in this count: did conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing that the property involved in the financial transactions represents the proceeds of some form of unlawful activity, knowing that the transactions are designed in whole or in part to

SECOND SUPERSEDING INDICTMENT – 4
Second Superseding.Indictment.docx

conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

### (1956(a)(2))

The Defendants named in this count: did transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846; in violation of 18 U.S.C. § 1956(a)(2)(A).

The Grand Jury further alleges this offense was committed during and in furtherance of the conspiracy charged in Count One, above.

All in violation of 18 U.S.C. § 1956(h).

### COUNT THREE

[redacted]

SECOND SUPERSEDING INDICTMENT – 5
Second Superseding.Indictment.docx

## COUNT FOUR

1
2  ███████████████████████████████████████████████████████████████,
3
4  ██████████████████████████████████████████████████████████████████
5  ██████████████████████████████████████████████████████████████████
6
7  ███████████████████████████████████████████████████████
8  ███████████████████████████████████████████████████████
9
10 ████████████████████████████████████████████████████████████
11 ██████████████████████████████████████████████
12
13 ██████████████████████████████████████████████████████████████
14 ██████████████████████████████████████████████████████████████
15
16 ████████████████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████
18 ██████████████████████████████████████████████████████████████████
19
20 ██████████████████████████████████████████████████████████████████
21 ███████████████████████████████████████████████████
22

## COUNT FIVE

23
24 ████████████████████████████████████████████████████████████████████
25
26 ██████████████████████████████████████████████████████████████████,
27 ███████████████████████████████████████████████████
28

SECOND SUPERSEDING INDICTMENT – 6
Second Superseding.Indictment.docx

1  █████████████████████████████████████
2 █████████████████████████████████████
3
4 █████████████████████████████████████
5 █████████████████████████████████████
6
7 █████████████████████████████████████
8 █████████████████████████████████████
9
10 █████████████████████████████████████
11 █████████████████████████████████████
12
13 █████████████████████████████████████
14 █████████████████████████████████████
15 ████████████████
16
17                         **COUNT SIX**
18       ███████████████████████████████
19
20 █████████████████████████████████████
21 █████████████████████████████████████
22
23 █████████████████████████████████████
24 █████████████████████████████████████
25
26 █████████████████████████████████████
27 █████████████████████████████████████
28 █████████████████████████████████████

1  ██████████████████████████████████████████████████████
2
3  ████████████████████████████████████████████████████████████
4  ██████████████████████████████████████████████████████
5
6  ██████████████████████████████████████████████████████████████
7
8  ██████████████████████████████████████████████████████
9  ████████████████████████████████████
10

**COUNT SEVEN**

12 ████████████████████████████████████████████
13
14 ████████████████████████████████████████████████████████████
15
16 ████████████████████████████████████████████████████████
17
18 ████████████████████████████████████████████████████
19
20 ██████████████████████████████████████████████████████
21
22 ██████████████████████████████████████████████████████████
23
24 ████████████████████████████████████████████████████████
25
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████████
28 ██████████████████████████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 8
Second Superseding.Indictment.docx

1
2
3
4

## COUNT EIGHT

5
6
7
8
9
10
11
12
13

## COUNT NINE

14
15
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
17
18
19
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
21
22
23
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
25
26
27 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
28

SECOND SUPERSEDING INDICTMENT – 9
Second Superseding.Indictment.docx

1 ███████ █ ████████████████████████████ █
2 ████████████████
3
4                              **COUNT TEN**
5     ████████████████████████████████████████
6
7 ██████████████████████████████████████████
8 ██████████████████████████████████████████
9
10 ███████████████████████████████████████████
11 ████████████████████████████████████
12
13 ██████████████████████████████████████
14 █████████████████████████████████████████
15 ████████████████████████████████ █ ██████
16
17 ██████████████████████████████████████████
18 ██████████████████████████████████████████
19
20 ███████████████████████████████████
21 ████████████████████████████████████████
22
23 ██████████████████████████████████████
24 ████████████████████████████████████
25 █████████████ █ ███████████████
26
27
28

SECOND SUPERSEDING INDICTMENT – 10
Second Superseding.Indictment.docx

## COUNT ELEVEN

[redacted]

## COUNT TWELVE

[redacted]

SECOND SUPERSEDING INDICTMENT – 11
Second Superseding.Indictment.docx

1  ███████████████████████████████████████
2  
3  ███████████████████████████████████████████
4  ██████████████████████████████████████
5  
6  ███████████████████████████████████████████
7  
8  ███████████████████████████████████████████
9  ███████████████████████████████████████████
10 
11 ███████████████████████████████████████████
12 
13 ███████████████████████████████████████████
14 ██████████████████████████████████████████

## COUNT THIRTEEN

17 ████████████████████████████████████
18 
19 ███████████████████████████████████████████
20 █████████████████████████████████████
21 
22 ███████████████████████████████████████
23 ███████████████████████████████████████████
24 ██████████████████████████████████████
25 
26 █████████████████████████████████████████ █
27 
28 ███████████████████████████████████████████

███████████████████████████████████████████,

SECOND SUPERSEDING INDICTMENT – 12
Second Superseding.Indictment.docx

1 ▮
2 ▮
3
4 ▮
5
6 **COUNT FOURTEEN**
7 ▮
8
9 ▮
10 ▮
11
12 ▮
13 ▮
14
15 ▮
16 ▮
17 ▮
18
19 ▮
20 ▮
21
22 ▮
23 ▮
24
25 ▮
26 ▮
27
28

SECOND SUPERSEDING INDICTMENT – 13
Second Superseding.Indictment.docx

## COUNT FIFTEEN

[redacted]

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 846, [redacted]

SECOND SUPERSEDING INDICTMENT – 14
Second Superseding.Indictment.docx

1    ███████████████████████████████, ADAM BENJAMIN GOLDRING,
2
3    ██████████████████████████████████████████████████,
4    ████████████████████████████████████████████████████
5    ████████████████████████████████████████████████████
6
7    ████████████████████████████████████████████████████
8    ████████████████████████████████████████████
9
10   ████████████████████████████████ and, shall forfeit to the United
11   States of America, any property constituting, or derived from, any proceeds
12   obtained, directly or indirectly, as the result of such offense(s) and any property
13
14   used or intended to be used, in any manner or part, to commit or to facilitate the
15   commission of the offense(s).
16
17        If any forfeitable property, as a result of any act or omission of the
18   Defendants:
19
20        (a) cannot be located upon the exercise of due diligence;
21        (b) has been transferred or sold to, or deposited with, a third party;
22
23        (c) has been placed beyond the jurisdiction of the court;
24        (d) has been substantially diminished in value; or
25        (e) has been commingled with other property which cannot be divided
26
27        without difficulty;
28

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ____ day of December 2016.

                                            A TRUE BILL

                                            Foreperson

MICHAEL C. ORMSBY
United State Attorney

Stephanie A. Van Marter
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx