PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **JUVENAL LANDA SOLANO**

TOTAL NO. COUNTS:    2

VIO: **21 U.S.C. § 846**
  **Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: CAG not less than 10 years nor more than life;
  and/or $10,000,000 fine;
  not less than 5 years nor more than life supervised release;
  a $100 special penalty assessment; and
  denial of certain federal benefits pursuant to
  21 U.S.C. §§ 862 and 862a

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
  **Possession with the Intent to Distribute 50 grams or more of Actual Methamphetamine**
  **(Count 8)**

PENALTY: CAG not less than 10 years no more than life;
  and/or $10,000,000 fine;
  not less than 5 years nor more than life supervised release;
  a $100 special penalty assessment;
  denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.    4:15-CR-6049-EFS -14

AUSA INITIAL    SAV

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx