```
1   MICHAEL C. ORMSBY
    United States Attorney
2   Eastern District of Washington
3   Stephanie A. Van Marter
    Assistant United States Attorney
4   Post Office Box 1494
5   Spokane, WA 99210-1494
6   Telephone: (509) 353-2767
7
```

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:15-CR-6049-EFS |
|---|---|
| Plaintiff, vs. ███████████ | SECOND SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. § 846<br>Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams or More of N-phenyl-N Propanamide<br>(Count 1)<br><br>Vio: 18 U.S.C. § 1956(h)<br>Conspiracy to Commit Money Laundering (Count 2)<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)<br>Possession with the Intent to Distribute 5 Kilograms or more of Cocaine (Count 3) |

SECOND SUPERSEDING INDICTMENT – 1
Second Superseding.Indictment.docx

| | |
|---|---|
| ███████████████████████<br>████<br>██████████████████<br>MARCIAL BRAVO ZAMBRANO,<br>██████████████████<br>████████████████████████<br>██████████████████<br>██████████████████<br><br><br>Defendants. | Vio: 18 U.S.C. § 1956(a)(1)(B)(i)<br>Money Laundering<br>(Counts 4, 5, 6, 7, 10, 11, 12, 14)<br><br>Vio: 21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii)<br>Possession with the Intent to<br>Distribute 50 grams or more of<br>Actual Methamphetamine<br>(Count 8)<br><br>Vio: 18 U.S.C. 1956(a)(1)(B)(i)<br>International Money Laundering<br>(Counts 9, 13)<br><br>Vio: 21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(i), (vi)<br>Possession with the Intent to<br>Distribute 1 Kilogram or More of<br>a Mixture or Substance<br>Containing Heroin and<br>400 grams or More of a Mixture<br>or Substance Containing N-<br>phenyl-N Propanamide<br>(Count 15)<br><br>Notice of Criminal Forfeiture<br>Allegations |

The Grand Jury Charges:

**COUNT ONE**

Beginning on a date unknown but by on or about January 2010 continuing until on or about December 6, 2016, in the Eastern District of Washington and elsewhere, the Defendants, ████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 2
Second Superseding.Indictment.docx



MARCIAL BRAVO ZAMBRANO,

did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: distribution of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, 1 kilograms or more of a mixture or substance containing a detectable amount of heroin and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N Propanamide, all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3
Second Superseding.Indictment.docx

## COUNT TWO

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**(1956(a)(1))**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1 ███████████████████████████████████████
2
3 ███████████████████████████████████████
4 ██████████
5                          **(1956(a)(2))**
6
7    ████████████████████████████████████
8 ███████████████████████████████████████
9
10 ██████████████████████████████████████
11 ██████████████████████████████████████
12
13 ██████████████████████████████████████
14 ██████████████████████████████████████
15
16    ████████████████████████████████████
17 ████████████████████████████
18    ██████████████████████████
19
20                      **COUNT THREE**
21
22    ████████████████████████████████████
23 ██████████████████████████████████████
24
25 ████████████████████████████████████
26 ████████████████████████████████████████
27 ████████████████████████████
28

SECOND SUPERSEDING INDICTMENT – 5
Second Superseding.Indictment.docx

## COUNT FOUR

[redacted]

## COUNT FIVE

[redacted]

SECOND SUPERSEDING INDICTMENT – 6
Second Superseding.Indictment.docx

1 ██████████████████████████████████████████████████████████
2 
3 ██████████████████████████████████████████████████████████
4 ██████████████████████████████████████████████████████████
5 ██████████████████████████████████████████████████████████
6 
7 ██████████████████████████████████████████████████████████
8 ██████████████████████████████████████████████████████████
9 
10 ████████████████████████████████████████████████████████
11 ██████████████████████████████████████████████████████████
12 
13 ███████████████████████████████████████████████████████
14 ██████████████████████████████████████████████████████
15 ████████████████████████
16 

**COUNT SIX**

18 ████████████████████████████████████████████████████
19 
20 ████████████████████████████████████████████████
21 ████████████████████████████████████████████████
22 
23 ██████████████████████████████████████████████████████
24 ████████████████████████████████████████████
25 ██████████████████████████████████████████████████████████
26 
27 ██████████████████████████████████████████████████████
28 ██████████████████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 7
Second Superseding.Indictment.docx

1  ██████████████████████████████████████████████
2
3  ██████████████████████████████████████████████████
4  ████████████████████████████████████████████████
5  ████████████████████████████████████████████████████
6
7  ██████████████████████████████████████████████████
8  ████████████████████████████████████████████████
9
10 ████████████████████
11                            **COUNT SEVEN**
12
13 ██████████████████████████████████████████████████
14 ████████████████████████████████████████████████████
15 ██████████████████████████████████████████████████
16
17 ████████████████████████████████████████████
18 ██████████████████████████████████████████████████
19
20 ██████████████████████████████████████████████████
21 ████████████████████████████████████████████████████
22
23 ██████████████████████████████████████████████████
24 ██████████████████████████████████████████████████
25 ██████████████████████████████████████████████████
26
27 ████████████████████████████████████████████
28 ██████████████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 8
Second Superseding.Indictment.docx

██████████████████████████████████████████

████████████████████████████████████████████
█

**COUNT EIGHT**

████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

**COUNT NINE**

██████████████████████████████████████████ ,
████████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████ ,

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████ ,
████████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 9
Second Superseding.Indictment.docx

COUNT TEN

## COUNT ELEVEN

[redacted]

## COUNT TWELVE

[redacted]

SECOND SUPERSEDING INDICTMENT – 11
Second Superseding.Indictment.docx

1  ████████████████████████████████████████
2
3  ████████████████████████████████████████████
4  ███████████████████████████████████
5
6  █████████████████████████████████████████████
7
8  █████████████████████████████████████████████
9  █████████████████████████████████████████████
10
11 █████████████████████████████████████████████
12
13 █████████████████████████████████████████████
14 ██████████████████████████████████████████

**COUNT THIRTEEN**

17 ████████████████████████████████████████

19 █████████████████████████████████████████████
20 ██████████████████████████████████████

22 █████████████████████████████████████████████
23 █████████████████████████████████████████████
24 █████████████████████████████████████████████

26 █████████████████████████████████████████████▎
27
28 █████████████████████████████████████████████,

SECOND SUPERSEDING INDICTMENT – 12
Second Superseding.Indictment.docx

1  ▮
2  ▮
3
4  ▮ ▮
5
6              **COUNT FOURTEEN**
7  ▮
8
9  ▮
10 ▮
11
12 ▮
13 ▮
14
15 ▮
16 ▮
17 ▮
18
19 ▮
20 ▮
21
22 ▮
23 ▮
24
25 ▮
26 ▮
27
28

SECOND SUPERSEDING INDICTMENT – 13
Second Superseding.Indictment.docx

# COUNT FIFTEEN

# NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 846,

SECOND SUPERSEDING INDICTMENT – 14
Second Superseding.Indictment.docx

1   ███████████████████████████████████████████████,

2   ███████████████████████████████████████████

3

4   ████████████████████████████████████████████████),

5   ████████████████████████████████████████████████

6

7   ████████████████████████████████████, MARCIAL BRAVO

8   ZAMBRANO, ███████████████████████████████████████

9   ███████████████████████████████████ and, shall forfeit to the United

10

11  States of America, any property constituting, or derived from, any proceeds

12  obtained, directly or indirectly, as the result of such offense(s) and any property

13

14  used or intended to be used, in any manner or part, to commit or to facilitate the

15  commission of the offense(s).

16

17       If any forfeitable property, as a result of any act or omission of the

18  Defendants:

19
     (a) cannot be located upon the exercise of due diligence;
20

21   (b) has been transferred or sold to, or deposited with, a third party;

22
     (c) has been placed beyond the jurisdiction of the court;
23

24   (d) has been substantially diminished in value; or

25
     (e) has been commingled with other property which cannot be divided
26
     without difficulty;
27

28

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this \_\_\_\_\_ day of December 2016.

A TRUE BILL

███████████████

Foreperson

*/s/ Michael C. Ormsby*

MICHAEL C. ORMSBY
United State Attorney

*/s/ Stephanie A. Van Marter*

Stephanie A. Van Marter
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx