# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

USA v.  
**JESE DAVID CARILLO CASILLAS-2;**  
**ROSA ARACELI GRANADOS-3; and**  
**FRANCISCO DUARTE FIGUEROA-6**

Case No.   4:15-CR-06049-EFS

**Arraignments on Second Superseding Indictment:**            12/13/2016

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Robin Emmans, Defense Atty Def #2<br>James Egan, Defense Atty Def #3<br>Rick Hoffman, Defense Atty Def #6 |
| ☒ | Defendants #2 & 6 present ☒ in custody USM<br>Defendant #3 ☒ out of custody | ☒ | Interpreter – Estela Castro for Def #2 & 6<br>Interpreter **NOT REQUIRED** for Def #3 |
| | | ☐ | Defendant not present / failed to appear |
| ☒ | Rights given to all Defendants | ☒ | Defendants #2 & 6 continued detained |
| ☒ | Acknowledgment of Rights filed by each Defendant | ☒ | Conditions of release as previously imposed as to Defendant #3 |
| ☒ | All Defendants received copy of charging document | | |
| ☒ | All Defendants waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

All Defendants appeared and were assisted by counsel and advised of their rights and the allegations contained in the charging document.

Defendant #2 advises his true and correct name is Jese David Casillas Carillo.

"Not guilty" plea entered on behalf of each Defendant.

Discovery to be provided pursuant to the local rule on discovery.

FTR/R-189        Time:  2:02 p.m. – 2:18 p.m.        Page 1