# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>vs.<br><br>JESE DAVID CASILLAS CARILLO (2);<br>ROSA ARACELI GRANADOS (3); and<br>FRANCISCO DUARTE FIGUEROA (6),<br><br>                                Defendants. | **Case No.** 4:15-CR-6049-EFS-2,3,6<br><br>**CRIMINAL MINUTES**<br><br>**DATE**: 12/13/2016   **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE** |
|---|---|

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 01 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br><br><br>**Plaintiff's Counsel** | | Robin Emmans for Jese David Carillo Casillas (2)<br>James Egan for Rosa Araceli Granados (3)<br>Rick Hoffman for Francisco Duarte Figueroa (6)<br>**Defense Counsel** | |

**[XX]  Open Court**

Defendant Jese David Casillas Carillo present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Rosa Araceli Granados present, not in custody of the US Marshal
Defendant Francisco Duarte Figueroa present in custody of the US Marshal, being assisted by the Court's interpreter

Ms. Van Marter advises the Second Superseding Indictment has been filed and the Defendants were arraigned immediately preceding this hearing.

All counsel concur there are no pending matters before the Court at this time and the case should proceed as scheduled

Second Pretrial Conference remains set for **2/21/2017 at 1:30 pm in Richland**

| CONVENED: 2:35 PM | ADJOURNED:  2:47 PM | TIME:   12 MINS | |
|---|---|---|---|