1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

| UNITED STATES OF AMERICA, | No. 4:15-CR-6049-EFS-2 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| vs. | |
| JESE DAVID CARILLO CASILLAS, | |
| Defendant. | |

12    On Tuesday, December 13, 2016, the Defendant was arraigned on the

13  Superseding Indictment (ECF No. 105). The Defendant appeared, in custody, with

14  his attorney Robin Emmans.  Assistant United States Attorney Stephanie Van

15  Marter represented the United States.

16    Defendant was advised of, and acknowledged the charges against him and

17  the penalties he faces.

18    Defendant was advised of, and acknowledged Defendant's rights.

19    Defendant pled not guilty.

20

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1     The Court appointed counsel to represent the Defendant (ECF No. 35) and

2   addressed detention (ECF No. 29) in previous orders.

3     The Defendant is bound over to Judge Edward F. Shea for further

4   proceedings.

5     The Court directs the parties to review the Local Criminal Rules governing

6   discovery and other issues in this case.  http://www.waed.uscourts.gov/court-

7   info/local-rules-and-orders/general-orders.

8     DATED this December 13, 2016.

9                 *s/Mary K. Dimke*
                  MARY K. DIMKE
10          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 2