UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO DUARTE FIGEROA,<br><br>Defendant. | No. 4:15-CR-6049-EFS-6<br><br>ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |

On Tuesday, December 13, 2016, the Defendant was arraigned on the Superseding Indictment (ECF No. 105). The Defendant appeared, in custody, with Assistant Federal Defender Rick Hoffman, and was assisted by court-certified interpreter Estela Castro.  Assistant United States Attorney Stephanie Van Marter represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1    The Court appointed counsel to represent the Defendant (ECF No. 44) and addressed detention (ECF No. 49) in previous orders.

    The Defendant is bound over to Judge Edward F. Shea for further proceedings.

    The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case.  http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

    DATED this December 13, 2016.

> s/*Mary K. Dimke*
> MARY K. DIMKE
> UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 2