```
                                          FILED IN THE
                                       U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON

                                          DEC 13 2016

                                       SEAN F. McAVOY, CLERK
                                    _____ DEPUTY
                                       RICHLAND, WASHINGTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs. *Jese David Casillas-Carrillo*<br>Jese David Carillo Casillas<br><br>Defendant's Printed Name. | No. 15-cr-06049-EFS(2)<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

   ☐ Indictment

   ☑ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____    Date: 12/13/16
Interpreter Signature

Levi Enriquez            Jesé D Casillas C.
Interpreter Printed Name        Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2