# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Richland

**USA v. JUAN BRAVO ZAMBRANO**       **Case No.**       **4:15-CR-06049-EFS-19**

Richland Video Conference (JTR @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Second Superseding       12/16/2016
Indictment:**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/Tele] | ☒ | Stephanie Van Marter, US Atty in Spokane |
| ☒ | Cora Vargas, Courtroom Deputy [R] Melissa Orosco, Courtroom Depty [S] | ☒ | Richard A. Smith, Defense Atty |
| ☒ | Erica Helms (tele), US Probation / Pretrial Services Officer | ☒ | Interpreter – Amelia Uvalle |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

<u>REMARKS</u>

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**

1.  Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
**12/20/2016 @ 9:30 a.m.**
**[S/JTR] (Video Conf)**