UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN BRAVO ZAMBRANO,<br><br>  Defendant. | No. 4:15-CR-6049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |

At Defendant's December 16, 2016, arraignment on Second Superseding Indictment by video conference, based on an Indictment, Defendant appeared, in custody, with counsel Richard A. Smith and assisted by Spanish interpreter Amelia Uvalle. He was advised of, and acknowledged, his rights. Assistant U.S. Attorney Stephanie Van Marter appeared in Spokane and represented the United States.

Defendant, on his plea of not-guilty, is bound over to the United States District Court for trial.

A bail hearing is set for **December 20, 2016, at 9:30 a.m.,** by video conference, (parties in Richland, set on Judge Dimke calendar, Judge Rodgers presiding). Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report

ORDER - 1

prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

**IT IS SO ORDERED.**

DATED December 16, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2