UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA MARIA SOLIS,<br><br>Defendant. | No. 4:15-CR-06049-EFS-15<br><br>ORDER FOLLOWING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT<br><br>**\*Action Required\*** |

On Friday, December 16, 2016, the Defendant was arraigned on the Second Superseding Indictment (ECF No. 105). The Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn.  Assistant United States Attorney Laurel Holland represented the United States.

Defendant was advised of, and acknowledged the charges against her and the penalties she faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT- 1

1  A member of the Criminal Justice Act Panel was appointed to represent the
2  Defendant.

3  The United States moved for detention (ECF No. 192).  A pretrial services
4  report was ordered and a detention hearing was set before **Judge Dimke in**
5  **Richland, Washington, on Tuesday, December 20, 2016, at 10:00 AM.**

6  The Court directs the parties to review the Local Criminal Rules governing
7  discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
8  info/local-rules-and-orders/general-orders.

9  Until further order of this Court, the Defendant shall be committed to the
10 custody of the Attorney General for confinement in a corrections facility separate,
11 to the extent practicable, from persons awaiting or serving sentences or being held
12 in custody pending appeal.  Defendant shall be afforded reasonable opportunity for
13 private consultation with counsel.  On order of a court of the United States or on
14 request of an attorney for the United States, the person in charge of the corrections
15 facility in which the Defendant is confined shall deliver the Defendant to a United
16 States Marshal for the purpose of an appearance in connection with a court
17 proceeding.

18 DATED this December 16, 2016.

19                     s/*Mary K. Dimke*
                    MARY K. DIMKE
20              UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT- 2