UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-16 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| vs. | |
| EDGAR OMAR HERRERA FARIAS, | **\*Action Required\*** |
| Defendant. | |

On Friday, December 16, 2016, the Defendant was arraigned on the Second Superseding Indictment (ECF No. 105). The Defendant appeared, in custody, with his attorney Samuel Swanberg. Assistant United States Attorney Laurel Holland represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1    A member of the Criminal Justice Act Panel, Samuel Swanberg, was
2    appointed to represent the Defendant.
3    The United States moved for detention (ECF No. 193).  A supplemental
4    pretrial services report was ordered and a detention hearing was set before **Judge**
5    **Dimke in Richland, Washington, on Thursday, December 22, 2016, at 8:30**
6    **AM.**
7    The Court directs the parties to review the Local Criminal Rules governing
8    discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
9    info/local-rules-and-orders/general-orders.
10   Until further order of this Court, the Defendant shall be committed to the
11   custody of the Attorney General for confinement in a corrections facility separate,
12   to the extent practicable, from persons awaiting or serving sentences or being held
13   in custody pending appeal.  Defendant shall be afforded reasonable opportunity for
14   private consultation with counsel.  On order of a court of the United States or on
15   request of an attorney for the United States, the person in charge of the corrections
16   facility in which the Defendant is confined shall deliver the Defendant to a United

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 2

States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this December 16, 2016.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 3