# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

| | |
|---|---|
| USA v.<br>**GABRIELA MENDOZA VASQUEZ-7;**<br>**ERICA MARIA SOLIS-15;**<br>**EDGAR OMAR HERRERA FARIAS-16; and**<br>**JOSE ADRIAN MENDOZA-23.** | Case No.    **4:15-CR-6049-EFS** |

| | |
|---|---|
| **Arraignments/Initial Appearances on Second Superseding Indictment as to all Defendants & Bail Hearing as to Jose Adrian Mendoza:** | **12/16/2016** |

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Laurel Holland, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Jeremy Sporn, Defense Atty for #7 & 15<br>Samuel Swanberg, Defense Atty for #16<br>Deric Orr for Scott Johnson, Defense Atty for #23 |
| ☒ | Erica Helms (tele) & David McCary, US Probation / Pretrial Services Officer | ☒ | Interpreter – Amelia Uvalle for #16<br>Interpreter **NOT REQUIRED** for #7, 15 or 23 |
| ☒ | All Defendants present ☒ in custody USM | ☐ | Defendant not present / failed to appear |
| ☒ | USA Motion for Detention on all Defendants | ☒ | Rights given to all Defendants |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed by each Defendant |
| ☒ | Financial Affidavit (CJA 23) filed by each Defendant | ☒ | All Defendants received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | All Defendants waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorneys to all Defendants | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Reports ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed for Jose Arian Mendoza |

## REMARKS

All Defendants appeared and were assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" pleas entered on behalf of all Defendants.

Discovery to be provided pursuant to the local rule on discovery.

**Bail Hearing Re Defendant #23 – Jose Adrian Mendoza:**

      USA argues for Detention.  If the Court is inclined to release, USA requests additional condition of a significant bond.
      Defense counsel argues for release on the conditions as recommended in the pretrial services bail report.  Defense counsel argues a bond should not be required.
      USA presents rebuttal argument.

**The Court ordered:**
1. Defendants #7, 15 & 16 shall be detained by the U. S. Marshal until further order of the Court.

**The Court ordered:**
1. USA's Motion for Detention as to Jose Adrian Mendoza, Defendant #23 is **denied**.
2. $10,000 Percentage Bond – with $1,000 to be posted with the District Court Clerk's Office.
3. The bond must be posted prior to the Defendant's release.
4. Conditions of release imposed upon Defendant which were read to him in Court.  Order forthcoming.

**Bail Hearing as to Defendants #7 & 15:**
**12/20/2016 @ 10:00 a.m. [R/MKD]**

**Bail Hearing as to Defendant #16:**
**12/22/2016 @ 8:30 a.m. [R/MKD]**
