FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF WASHINGTON

6

7    UNITED STATES OF AMERICA,              No.  4:15-CR-6049-EFS-7

8                    Plaintiff,
                                            ACKNOWLEDGMENT OF NOTICE
9    vs.                                    OF RIGHTS - INDICTMENT

10   GABRIELA MENDOZA VASQUEZ,

11               Defendant's Printed Name.

12        The undersigned defendant does hereby acknowledge: I appeared on this date

13   and was advised as follows:

14
         1. Of the charge or charges placed against me, and I acknowledge receipt of
15          a copy of the:

16               ☐ Indictment

17               ☑ First/Second/Third/Fourth Superseding Indictment

18
         2. Of the maximum penalty provided by law;
19

20       3. My right to remain silent at all times and if I make a statement it can be
21          used against me;

22       4. My right to retain my own counsel; and if I am without funds, to have
23          counsel appointed to represent me in this matter;

24       5. My right to a jury trial before a United States District Judge, to be
25          confronted by the United States' witnesses and to have witnesses attend
            on my behalf;
26

27       6. My right to a bail hearing, if I am in custody;
28


ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7. My right, if I am not a United States citizen, to request a Government
   attorney or law enforcement official notify my country's consulate of my
   arrest or detention.

_____

Interpreter Signature

_____

Interpreter Printed Name

Date: _____12/16/16_____

Gabriela M.

Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2