```
                                                                    FILED IN THE
                                                                U.S. DISTRICT COURT
                                                           EASTERN DISTRICT OF WASHINGTON

                                                                  DEC 16 2016
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON              SEAN F. McAVOY, CLERK
                                                              _____ DEPUTY
                                                                 RICHLAND, WASHINGTON
```

UNITED STATES OF AMERICA,                )
                                         )
    Plaintiff,                           )   4:15-CR-6049-EFS-7
                                         )
vs.                                      )   Defendant's Assertion of
                                         )   Fifth and Sixth Amendment
GABRIELA MENDOZA VASQUEZ,                )
                                         )
    Defendant.                           )
_____)

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

    I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

    DATED this _16_ day of _Dec._, 201_6_

                                             Respectfully Submitted,

                                             _/s/ Gabriela M._____
                                             DEFENDANT

Defendant's Assertion of
Fifth and Sixth Amendment Rights

1