FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

United States District Court
Eastern District of Washington

United States of America,

    Plaintiff,

v.

Jose Adrian Mendoza,
Defendant's Printed Name

4:15-cr-60049-EFS

Acknowledgment of
Notice of Rights

**(Indictment)**

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1) Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:
   - ☐ **Indictment**
   - ☐ **Superseding Indictment**
   - ☒ _2nd_ **Superseding Indictment**

   which specifically sets forth the allegations;

2) That I have been advised of the maximum penalty provided by law;

3) My right to remain silent at all times and if I make a statement it can be used against me;

4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

5) My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6) My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

Date: 12-16-2016

_____
Interpreter Signature

_____
Interpreter Printed Name

_____
Defendant Signature

Acknowledgment of Notice of Rights
Revised: 4/4/2016