# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
## Richland

### USA v. JUAN BRAVO ZAMBRANO    Case No.    4:15-CR-06049-EFS-19

Richland Video Conference (JTR @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Bail Hearing:**                                                                                 **12/20/2016**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] Cora Vargas, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Richard A. Smith, Defense Atty |
| ☒ | Erica Helms [tele], US Probation / Pretrial Services | ☒ | Interpreter – Rosie Arteaga |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

    USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.  USA proffered the pretrial services bail report and does not concur with its recommendation of continued detention of the Defendant.
    Defense counsel argued why the Defendant should be released.  Defense objects to the additional information that was disclosed by USA during the hearing.
    Court colloquy with defense regarding possible continuance
    USA addressed the court regarding pretrial services bail report.
    Defense presents rebuttal argument.
    Defense counsel motions to continue the bail hearing.

**The Court ordered:**
1. Defense counsel's oral Motion to Continue is **granted**.

**Bail Hearing (1st Cont.):**

**12/28/2016 @ 9:30 a.m.**
**[S/JTR](Video Conf)**