# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. GABRIELA MENDOZA VASQUEZ**      Case No.    **4:15-CR-06049-EFS-7**

**Bail Hearing:**      **12/20/2016**

---

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Ricardo Hernandez, Defense Atty |
| ☒ | Erica Helms [tele], US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defense counsel orally motions to continue this hearing.
Court colloquy with Defense and USA regarding scheduling

**The Court ordered:**
1. Defense oral Motion to Continue Bail Hearing is **granted**.

**Bail Hearing (1st Cont.):**

**12/28/2016 @ 9:00 a.m. [R/MKD]**

FTR/R-189      Time: 10:14 a.m. – 10:20 a.m.      Page 1