# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. ERICA MARIA SOLIS**                     Case No.    4:15-CR-06049-EFS-15

**Bail Hearing:**                                                          12/20/2016

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Troy Lee, Defense Atty by video from Yakima |
| ☒ | Erica Helms [Tele], US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

　　　　USA proffered the pretrial services bail report and would ask for the posting of a bond as an additional condition.
　　　　Defense counsel agrees with the conditions proposed in the report and cannot argue as to family's ability to post bond.
　　　　USA argued a bond should be required.
　　　　Erica Helms addressed the Court regarding Defendant's reporting instructions to Probation in Richland.

**The Court ordered:**
1. USA's Motion for Detention is **denied**.
2. Conditions of release imposed upon Defendant which were read to her in Court. Order forthcoming.

FTR/R-189        Time: 10:20 a.m. – 10:34 a.m.                                Page 1