## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-6049-EFS-19<br><br>ORDER GRANTING MOTION TO CONTINUE BAIL HEARING |

At Defendant's December 19, 2016, bail hearing by video-conference, Assistant U.S. Attorney Stephanie A. Van Marter appeared for the United States. Defendant was present, in custody, with counsel Richard A. Smith and assisted by Spanish interpreter Rosie Arteaga.

Following argument of the parties, defense counsel requested a continuance of the bail hearing. The oral Motion to continue, **ECF No. 227**, is **GRANTED.** The bail hearing is **continued** to **December 28, 2016, at 9:30 a.m.,** by video-conference (Judge Dimke calendar, Judge Rodgers presiding).

**IT IS SO ORDERED.**

DATED December 20, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1