1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIELA MENDOZA VASQUEZ,<br><br>Defendant. | No. 4:15-CR-6049-EFS-7<br><br>ORDER CONTINUING DETENTION HEARING<br><br>**\*Action Required\*** |
|---|---|

On Tuesday, December 20, 2016, the Defendant appeared, in custody, with her attorney Ricardo Hernandez for a detention hearing. Assistant United States Attorney Stephanie Van Marter represented the United States.

The Defendant, though her counsel, moved to continue the detention hearing.

IT IS ORDERED:

1. The detention hearing is reset for Wednesday, December 28, 2016 at 9:00 AM in Richland, Washington before Judge Dimke.

ORDER CONTINUING DETENTION HEARING- 1

2. The Pretrial Services Office is directed to produce a supplemental pretrial services report if information about Defendant's proposed release address is verified or if Defendant provides information for the Court's consideration.

DATED this December 20, 2016.

s/<u>*Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
