AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2016**

SEAN F. McAVOY, CLERK

United States of America
v.
EDGAR OMAR HERRERA FARIAS, aka Burro

Defendant

Case No. 4:15-CR-6049-EFS-16

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   EDGAR OMAR HERRERA FARIAS, aka Burro,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE

Date: Dec 07, 2016, 10:14 am

_Issuing officer's signature_

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
_Printed name and title_

### Return

This warrant was received on (date) 12/7/16, and the person was arrested on (date) 12/15/16
at (city and state) Kennewick, WA.

Arrested within the E/WA
By: FBI
(Agency)

Date: 12/15/16

Executed on: 12/15/16
Sign: Elazar Alvarez, USMS
_Printed name and title_