AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2016**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| ERICA MARIA SOLIS | ) Case No. 4:15-CR-6049-EFS-15 |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ERICA MARIA SOLIS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE
21 U.S.C. 841(a)(1), (b)(1)(A)(ii) POSSESSION WITH THE INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE

Date: Dec 07, 2016, 10:13 am

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/7/16, and the person was arrested on *(date)* 12/15/16
at *(city and state)* Pasco, WA

Date: 12/15/16

Arrested within the E/WA
By: FBI
*(Agency)* *Arresting officer's signature*
Executed On: 12/15/16
Sign: Reagan R. [illegible] USMS
*Printed name and title*