

# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

December 21, 2016

**CLERK, US DISTRICT COURT**
William O. Douglas Federal Building
25 South Third Street, 2nd Floor
Yakima, WA 98901-2742

Re: Veronica Elvira Cortez

Your No: 4:15-CR-6049-EFS-24
Our No: MJ16-537

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 12/20/2016, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Emily Jensen,
Deputy Clerk