# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  EDGAR OMAR HERRERA FARIAS**         Case No.    4:15-CR-06049-EFS-16

**Bail Hearing:**                                                                            12/22/2016

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Meghan McCalla, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Samuel Swanberg, Defense Atty |
| ☒ | Erica Helms [tele], US Probation / Pretrial Services | ☒ | Interpreter – Dulce Busamante |
| ☒ | Defendant present ☒ in custody USM ☐out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   USA is invoking the rebuttable presumption of detention in this case.   USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.
   Defense counsel argued why the Defendant should be released including family in the area and an employment history.  Defense counsel proposes conditions of release the Court could impose.
   Court colloquy with defense regarding what residence Defendant could be released to.
   USA presents rebuttal argument.

   **The Court ordered:**
   1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
   2. Defendant has not overcome the rebuttable presumption of detention as to a risk of flight or danger to the community.
   3. Defendant shall be detained by the U.S. Marshal until further order of the Court.