UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-6049-EFS-24 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE |
| vs. | |
| VERONICA ELVIRA CORTEZ, | |
| Defendant. | |

On Friday, December 23, 2016, the Defendant was arraigned on the Superseding Indictment (ECF No. 105). The Defendant appeared with Assistant Federal Defender Rick Hoffman.  Assistant United States Attorney Megan McCalla represented the United States.

Defendant was advised of, and acknowledged the charges against her and the penalties she faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 1

A member of the Criminal Justice Act Panel, Lee Edmond, was appointed to represent the Defendant.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

**IT IS ORDERED:**

1. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

2. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

3. The Defendant is bound over to Judge Lonny R. Suko for further proceedings.

4. Defendant shall complete and sign A.O. Form 199C and, upon release, abide by the following conditions at all times:

**CONDITIONS OF RELEASE**

**(1)** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 2

defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the above captioned matter.

**(2)** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**(10)** Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 3

**SPECIAL CONDITIONS**

**(1)** Defendant shall remain in the Eastern District of Washington and the Western District of Washington while the case is pending.  On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

**(2)** Defendant shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

**(3)** Defendant shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

DATED this December 23, 2016.

<u>s/*Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 4