UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15-CR-06049-EFS-24 |
| vs. | ) | Defendant's Assertion of |
| | ) | Fifth and Sixth Amendment |
| VERONICA ELVIRA CORTEZ, | ) | |
| Defendant. | ) | |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

DATED this 23 day of Dec., 2016

Respectfully Submitted,

/s/ Veronica Cortez
DEFENDANT

Defendant's Assertion of
Fifth and Sixth Amendment Rights

1