# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
## Richland

**USA v. JUAN BRAVO ZAMBRANO**     Case No.   **4:15-CR-06049-EFS-19**

Richland Video Conference (JTR @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Bail Hearing:**                                                                                                           **12/28/2016**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Stephanie Van Marter, US Atty [S] |
| ☒ | Penny Lamb, Courtroom Deputy [S]; Debbie Brasel, Courtroom Deputy [R] | ☒ | Richard A. Smith, Defense Atty |
| ☒ | David McCary & Erica Helms [tele], US Probation / Pretrial Services | ☒ | Interpreter – Estela Castro |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.  USA advises U. S. Pretrial Services has changed the recommendation of release based on further information provided by USA and the case agent.
   Defense counsel argued why the Defendant should be released.
   Court colloquy with Defense regarding amount of bond.
   USA presents rebuttal argument.
   Court colloquy with USA regarding drugs seized during search warrant at Defendant's residence.

   **The Court ordered:**
   1. This matter taken under advisement.
   2. Defendant shall be detained by the U.S. Marshal until further order of the Court.