# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. GABRIELA MENDOZA VASQUEZ**  Case No.   **4:15-CR-06049-EFS-7**

**Bail Hearing:**                                                                                        **12/28/2016**

---

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/tele] | ☒ | Stephanie Van Marter, US Atty by video [S] |
| ☒ | Debbie Brasel, Courtroom Deputy [R] Penny Lamb, Courtroom Deputy [S] | ☒ | Ricardo Hernandez, Defense Atty |
| ☒ | David McCary and Erica Helms [tele], US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

     USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required.  USA is invoking the rebuttable presumption of detention.
     Court colloquy with USA regarding bank accounts and wire transfers that occurred.
     Defense counsel argued why the Defendant should be released.  Defense agrees with the conditions of release proposed in the bail report.
     Court colloquy with Defense regarding possible co-signers to a proposed bond.  The Court would contemplate a $100,000 percentage bond with 10% down, signed by a family member who is a US Citizen.
     USA presents rebuttal argument.  USA would request additional conditions of EHM and curfew and a larger percentage bond.

     **The Court ordered:**
1. USA's Motion for Detention is **denied**.
2. $100,000 Percentage Bond - with $10,000 to be posted with the District Court Clerk's Office - signed by the Defendant and a family member who is a U. S. Citizen and who can meet with AND be screened US Probation.  Another hearing may be scheduled to address the issue before release.
3. The Bond must be posted prior to the Defendant's release.
4. Conditions of release imposed upon Defendant which were read to her in Court.  Order forthcoming.

---

FTR/R-189            Time:  9:03 a.m. – 9:34 a.m.                    Page 1