# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  BRITTNEY LEE ZARAGOZA**                    Case No.    4:15-CR-06049-EFS-10

Richland Video Conference (MKD @ Yakima; Counsel and Defendant @ Richland)
Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Second Superseding Indictment:**                    01/09/2017

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy [Y] | ☒ | Laurel Holland, US Atty [R] |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Samuel Swanberg, Defense Atty standing in for Federal Defenders [R] |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer   [Y] | | Interpreter  - **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM [R]  ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    "Not guilty" plea was entered.
    Discovery is to be provided pursuant to the local rule.

**The Court ordered:**
1. Victor Lara will be appointed to represent Ms. Zaragoza.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
**Thursday 01/12/2017 @ 12:00 p.m. [R/MKD]**

FTR/R-189        Time:    2:49 – 3:02  p.m.                    Page 1