UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>Defendant. | No. 4:15-CR-6049-EFS-10<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT AND DIRECTING THE UNITED STATES TO FILE A CORRECTED DETENTION MOTION<br><br>**\*\*ACTION REQUIRED\*\*** |

On Monday, January 09, 2017, Defendant made her initial appearance and was arraigned based on the Second Superseding Indictment (ECF No. 267). Defendant appeared, in custody, with attorney Samuel Swanberg, who made a limited appearance for the purpose of this hearing. Assistant United States Attorney Laurel Holland represented the United States.

Defendant was advised of, and acknowledged the charges against her and the penalties she faces.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT SUPERSEDING INDICTMENT - 1

1. Defendant was advised of, and acknowledged Defendant's rights.

2. Defendant pled not guilty.

3. A member of the Criminal Justice Act Panel, Victor Lara, was appointed to represent the Defendant.

4. The United States moved for detention (ECF No. 269). A pretrial services report was ordered and a detention hearing was set before **Judge Dimke in Richland, Washington, on Thursday, January 12, 2017, at 12:00 PM.**

5. The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

6. Until further order of this Court, the Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT SUPERSEDING INDICTMENT - 2

**IT IS SO ORDERED:**

1. The United States is directed to file a corrected Motion for Detention that reflects the Defendant's charged offenses.

DATED this January 9, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT SUPERSEDING INDICTMENT - 3