AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 09, 2017**

SEAN F. McAVOY, CLERK

United States of America
v.
BRITTNEY LEE ZARAGOZA

) Case No. 4:15-CR-6049-EFS-10
)
)
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRITTNEY LEE ZARAGOZA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING
18 U.S.C. 1956(a)(1)(B)(i) MONEY LAUNDERING

Date: Dec 07, 2016, 10:06 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on (date) 12/7/16, and the person was arrested on (date) 1/9/17
at (city and state) Richland, WA

Date: 1/9/17

Arrested within the E/WA
By: FBI
(Agency) *Arresting officer's signature*
Executed On: 1/9/17
Sign: [signature] Wendel K. Havey, USM
*Printed name and title*