# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  BRITTNEY LEE ZARAGOZA**                    Case No.    **4:15-CR-06049-EFS-10**

Richland Video Conference
Judge, Defendant and defense attorney in Richland; USA attorney in Spokane

**Bail Hearing:**                                                              **01/10/2017**

☒  Melissa Orozco, Courtroom Deputy [S]          ☒  Stephanie Van Marter, USA Atty [S]
☒  Cora Vargas, Courtroom Deputy [R]             ☒  Victor Lara, Defense Atty [R]
    Karen White, Courtroom Deputy [by phone]
☒  Erica Helms, US Probation [by phone]              Interpreter  -  **NOT REQUIRED**

☒  Defendant present ☒ in custody USM [R]        ☐  Defendant not present / failed to appear
                      ☐ out of custody

☐  Defendant continued detained                  ☒  Conditions of Release imposed
                                                 ☒  199C Advice of Penalties/Sanctions

## REMARKS

USA orally withdrew its Motion for Detention.
Comments by Mr. Lara regarding Defendant's release.

**The Court ordered:**
1.  Defendant shall be released, to reside in Tri-cities, on conditions as listed in the pretrial
    services report and as read to Defendant in open court.