AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 13, 2017**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRITTNEY LEE ZARAGOZA | ) | Case No.  4:15-CR-6049-EFS-10 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRITTNEY LEE ZARAGOZA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING
18 U.S.C. 1956(a)(1)(B)(i) MONEY LAUNDERING

Date: Dec 07, 2016, 10:06 am

*Issuing officer's signature*

City and state:  Spokane, Washington          Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/7/16 , and the person was arrested on *(date)* 1/9/17
at *(city and state)*  Richland, WA .

Date: 1/9/17

Arrested within the E/WA
By: FBI
(Agency) *Arresting officer's signature*
Executed On: 1/9/17
Sign: [signature] USM
*Printed name and title*