UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVENAL LANDA SOLANO,<br><br>Defendant. | No. 4:15-CR-6049-EFS-14<br><br>ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |

On Friday, January 13, 2017, the Defendant was arraigned on the Second Superseding Indictment (ECF No. 105). The Defendant appeared, in custody, with Assistant Federal Defender Rick Hoffman and was assisted by federal court-certified interpreter Cristina Perez Lopez.  Assistant United States Attorney Meghan McCalla represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1    A member of the Criminal Justice Act Panel, Amanda Stevens, was

2 appointed to represent the Defendant.

3    The United States moved for detention (ECF No. 283).  A pretrial services

4 report was ordered and a detention hearing was set before **Judge Dimke in**

5 **Yakima, Washington, on Wednesday, January 18, 2017, at 1:00 PM.**

6    The Court directs the parties to review the Local Criminal Rules governing

7 discovery and other issues in this case.  http://www.waed.uscourts.gov/court-

8 info/local-rules-and-orders/general-orders.

9    Until further order of this Court, the Defendant shall be committed to the

10 custody of the Attorney General for confinement in a corrections facility separate,

11 to the extent practicable, from persons awaiting or serving sentences or being held

12 in custody pending appeal.  Defendant shall be afforded reasonable opportunity for

13 private consultation with counsel.  On order of a court of the United States or on

14 request of an attorney for the United States, the person in charge of the corrections

15 facility in which the Defendant is confined shall deliver the Defendant to a United

16 States Marshal for the purpose of an appearance in connection with a court

17 proceeding.

18    DATED this January 13, 2017.

19              s/*Mary K. Dimke*
              MARY K. DIMKE
20         UNITED STATES MAGISTRATE JUDGE