# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v. JUVENAL LANDA SOLANO    Case No.    4:15-CR-6049-EFS-14**

**Initial Appearance / Arraignment on Second Superseding Indictment:**    01/13/2017

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy | ☒ | Meghan McCalla, US Atty |
| | | ☒ | Rick Hoffman, Defense Atty |
| ☒ | Erica Helms, US Probation/Pretrial Services | ☒ | Interpreter standing by – Cristina Perez Lopez - **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

At the beginning of the hearing, Defendant chose to use the services of the interpreter; however, later in the hearing he elected to proceed with the hearing in English only, and the remainder of the hearing was conducted in English only.

"Not guilty" plea was entered.

Amanda Stevens will be appointed to represent Defendant.

Discovery is to be provided pursuant to the local rule.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
**Wed. 01/18/2017 @ 1:00 p.m. [Y/MKD]**