# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v. JUVENAL LANDA SOLANO**     Case No.     **4:15-CR-06049-EFS-14**

**Bail Hearing:**                                             **01/18/2017**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Amanda Stevens, Defense Atty |
| ☒ | Erica Helms Steve Krous, and Jon Barcom, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM    ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   Defense counsel advised the Court they need more time to gather information and motions to continue today's hearing.
   Court colloquy with Defendant who agrees to a continuance.

**The Court ordered:**
1. Defendant's oral motion to continue the bail hearing is granted.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Bail Hearing (1st Cont.):**

**01/27/2017@ 10:00 a.m. [Y/MKD]**

FTR/Y-102        Time: 1:08 p.m. – 1:12 p.m.                              Page 1