# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. MIGUEL REYES GARCIA**       Case No.    **4:15-CR-06049-EFS-21**

Richland Video Conference (MKD @ Yakima; Defense Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Second Superseding Indictment:**       01/18/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty [Y] |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | James Egan, Defense Atty standing in for Federal Defenders [R] |
| ☒ | Erica Helms & Jon Barcom, US Probation / Pretrial Services Officer [Y] | ☒ | Interpreter – Estela Castro [Y] |
| ☒ | Defendant present ☒ in custody USM in Richland | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney Kenneth Therrien | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
Interpreter translated for Defendant via telephone.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
**01/20/2017 @ 10:00 a.m. [Y/MKD]**