UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL REYES GARCIA,<br><br>Defendant. | No. 4:15-CR-6049-EFS-21<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SUPERSEDING INDICTMENT<br><br>**ACTION REQUIRED** |
|---|---|

On Wednesday, January 18, 2017, the Defendant made his initial appearance and was arraigned based on the Second Superseding Indictment (ECF No. 160). The Defendant appeared, in custody, with Attorney James Egan, who represented the Defendant for the purposes of this hearing only and was assisted by federal court-certified interpreter Estela Castro. Assistant United States Attorney Thomas Hanlon represented the United States.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 1

1  Defendant was advised of, and acknowledged the charges against him and

2 the penalties he faces.

3  Defendant was advised of, and acknowledged Defendant's rights.

4  Defendant pled not guilty.

5  A member of the Criminal Justice Act Panel, Ken Therrien, was appointed

6 to represent the Defendant.

7  The United States moved for detention (ECF No. 293). A pretrial services

8 report was ordered and a detention hearing was set before **Judge Dimke in**

9 **Yakima, Washington, on Friday, January 20, 2017, at 10:00 AM.**

10  The Court directs the parties to review the Local Criminal Rules governing

11 discovery and other issues in this case. http://www.waed.uscourts.gov/court-

12 info/local-rules-and-orders/general-orders.

13  Until further order of this Court, the Defendant shall be committed to the

14 custody of the Attorney General for confinement in a corrections facility separate,

15 to the extent practicable, from persons awaiting or serving sentences or being held

16 in custody pending appeal. Defendant shall be afforded reasonable opportunity for

17 private consultation with counsel. On order of a court of the United States or on

18 request of an attorney for the United States, the person in charge of the corrections

19 facility in which the Defendant is confined shall deliver the Defendant to a United

20

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 2

States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this January 18, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 3