UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVENAL LANDA SOLANO,<br><br>Defendant. | No. 4:15-CR-6049-EFS-14<br><br>ORDER CONTINUING THE DETENTION HEARING<br><br>**ACTION REQUIRED**<br><br>ECF No. 299 |

On Wednesday, January 18, 2017, Defendant appeared, in custody, with his attorney Amanda Stevens. Assistant United States Attorney Thomas Hanlon represented the United States.

It is ORDERED:

1. Defendant's oral motion to continue the detention hearing, ECF No. 299, is GRANTED.

2. Defendant's detention hearing is reset before **Judge Dimke in Yakima, Washington on Friday, January 27, 2017 at 10:00 AM**.

DATED January 18, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING THE DETENTION HEARING - 1