FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 18 20??

SEAN F. McAVOY
RICHLAND ??

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MIGUEL REYES GARCIA<br>Defendant's Printed Name. | No. 4:15-CR-6049-EFS-21<br><br>ACKNOWLEDGMENT OF NOTICE<br>OF RIGHTS - INDICTMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☐ Indictment

    ☑ First/<u>Second</u>/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____  Date: 01/18/2017
Interpreter Signature

Estela Castro                                    X_____
Interpreter Printed Name                         Defendant Signature

                                                 Witness
                                                 _____
                                                 1/18/2017

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2