# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. MIGUEL REYES GARCIA**     Case No.     **4:15-CR-06049-EFS-21**

**Bail Hearing:**                                                                                                       **01/20/2017**

---

☒ Pam Howard, Courtroom Deputy [Y]         ☒ Laurel Holland, US Atty
                                                                                  ☒ Kenneth Therrien, Defense Atty
☒ Jon Barcom, US Probation / Pretrial Services    ☒ Interpreter – Estela Castro

☒ Defendant present ☒ in custody USM         ☐ Defendant not present / failed to appear
         ☐ out of custody

---

☒ Defendant continued detained         ☐ Conditions of Release imposed
                                                                     ☐ 199C Advice of Penalties/Sanctions

## REMARKS

Defense counsel advised the Court they need more time to have the Defendant interviewed for the bail report and orally motions to continue the bail hearing. Defendant agrees to a continuance.

**The Court ordered:**
1. Defense Oral Motion to Continue Bail Hearing is **granted**.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Bail Hearing (1st Cont.):**

**01/25/2017 @ 1:00 p.m. [Y/MKD]**

FTR/Y-102        Time: 10:05 a.m. – 10:09 a.m.                    Page 1