UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-6049-EFS-21 |
| Plaintiff, | ORDER |
| vs. | |
| MIGUEL REYES GARCIA, | |
| Defendant. | |

On Friday, January 20, 2017, the Defendant appeared, in custody, with his attorney Ken Therrien and was assisted by federally court-certified interpreter Estela Castro. Assistant United States Attorney Laurel Holland represented the United States.

ORDER - 1

**IT IS ORDERED:**

1. Defendant's Oral Motion to Continue Bail Hearing (ECF No. 310) is **GRANTED.**

2. Defendant's Detention Hearing is reset **before Judge Dimke on Wednesday, January 25, 2017 at 1:00 PM in Yakima, Washington.**

DATED this January 20, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2