UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>JUVENAL LANDA SOLANO (14),<br><br>               Defendant. | No.  4:15-CR-6049-EFS-14<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is a Motion to Withdraw as Counsel, ECF No. 313, filed by Amanda J. Stevens, counsel for Defendant Juvenal Landa Solano (14). Ms. Stevens seeks an order allowing her to withdraw due to a conflict of interest, and also asks that new counsel be appointed to represent Defendant in this matter. The Court finds good cause to allow Ms. Stevens to withdraw and refers this matter to the magistrate judge for appointment of counsel. A bail hearing in this matter is scheduled for January 27, 2017, at 10:00 a.m. in Yakima, and new counsel must appear at that time.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw as Attorney, **ECF No. 313**, is **GRANTED**. Ms. Stevens is to promptly forward Defendant's file to newly appointed counsel.

ORDER - 1

1    2.    This matter is **REFERRED** to Magistrate Judge Mary K. Dimke
2         to appoint new counsel to represent Defendant in this
3         matter.
4    3.    New counsel must be available to appear at the January 27,
5         2017 bail hearing and shall appear on behalf of Defendant
6         at that time.
7    **IT IS SO ORDERED.**    The Clerk's Office is directed to enter this
8  Order and provide copies to both counsel and Magistrate Judge Dimke.
9    **DATED** this   20th   day of January 2017.

                          s/Edward F. Shea
                          EDWARD F. SHEA
                Senior United States District Judge

C:\Users\LISA_H~1\AppData\Local\Temp\notes952E43\6049.Solano.wdraw.appoint.lc02.docx

ORDER - 2