# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v.  MIGUEL REYES GARCIA**        Case No.    4:15-CR-06049-EFS-21

**Bail Hearing:**                                        01/25/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Kenneth Therrien, Defense Atty |
| ☒ | Erica Helms & Jon Barcom, US Probation / Pretrial Services | ☒ | Interpreter – Estela Castro |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

    USA proffered the pretrial services bail reports and concurs with its recommendation of continued detention of the Defendant.  USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.
    Court colloquy with USA regarding issue of ICE detainer.
    Defense counsel argued Defendant has a residence and ties to the community.  Defense argues Defendant does not pose a threat to the community or a flight risk and proposes conditions which the Court could impose.

    **The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that defendant is not a risk of flight.
3. The Court finds Defendant does not pose a danger to the community.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.