# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. GABRIELA MENDOZA VASQUEZ**                **Case No.   4:15-CR-06049-EFS-7**

## Bond Review Hearing:                             01/26/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/Tele] | ☒ | Laurel Holland, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Ricardo Hernandez, Defense Atty |
| ☒ | Erica Helms [tele] and David McCary, US Probation / Pretrial Services | ☒ | Interpreter – Cristina Perez Lopez interpreting for Defendant's uncle Abraham Mendoza Ramos |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

    The Court set a hearing to review Defendant's bond.
    Defense counsel advised the Court as to status of potential funds for the bond.
    USA argues it is concerned where these funds are coming from and argues the proposed arrangement should not be approved for the posting of the bond.
    Court colloquy with Defendant's uncle Abraham Mendoza Ramos, using the services of the Spanish interpreter and with Defendant's sister, Jennifer Vasquez regarding the posting the bond.
    Court colloquy with Defendant
    The Defendant addressed the Court.

    Court brought the parties back before the Court to question Abraham Mendoza Ramos again due to Defendant's being visibly upset.
    Court colloquy with Mr. Ramos who indicates he does not have concerns regarding Ms. Vasquez' appearing for future court proceedings.
    Court colloquy with Defense and Defendant regarding conditions of release.

**The Court ordered:**
1. $100,000 Percentage Bond - with $10,000 to be posted with the District Court Clerk's Office - signed by the Defendant and Defendant's sister, Jennifer Vasquez is approved.
2. The Bond must be posted prior to the Defendant's release.