UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR GUDINO CHAVEZ,<br><br>Defendant. | No. 4:15-CR-6049-EFS-11<br><br>ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE |

On Friday, January 27, 2017, the Defendant was arraigned on the Second Superseding Indictment (ECF No. 131). The Defendant appeared with his attorney Greg Scott and was assisted by federal court-certified interpreter Cristina Perez Lopez.  Assistant United States Attorney Thomas Hanlon represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 1

1    A member of the Criminal Justice Act Panel, Greg Scott, was appointed to
2 represent the Defendant.
3    The Defendant is bound over to Judge Edward F. Shea for further
4 proceedings.
5    The Court directs the parties to review the Local Criminal Rules governing
6 discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
7 info/local-rules-and-orders/general-orders.

**IT IS SO ORDERED:**

1. Defendant's bond conditions and sureties set by the Central District of California (ECF No. 279) are transferred to the Eastern District of Washington.

DATED this January 27, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT AND SETTING CONDITIONS OF RELEASE- 2