# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v.  JUVENAL LANDA SOLANO   Case No.   4:15-CR-06049-EFS-14**

**Bail Hearing:**                                                                 **01/27/2017**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | John Gregory Lockwood, Defense Atty |
| ☒ | Erica Helms & Steve Krous, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

      USA proffered the pretrial services bail report and concurs with its recommendation of continued detention of the Defendant.  USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

      Defense counsel argued why the Defendant should be released.  Defense indicates Defendant can reside with his mother in Pasco.  Defendant's family does not have the means to post a cash bond.

      **The Court ordered:**

1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. Defense has not overcome the rebuttable presumption of detention as to risk of non-appearance.
3. The Court finds Defendant does not pose a danger to the community.
4. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that defendant is not a risk of flight.
5. Defendant shall be detained by the U.S. Marshal until further order of the Court.

---