# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. SALVADOR GUDINO CHAVEZ**  Case No.  **4:15-CR-06049-EFS-11**

**Arraignment/Initial Appearance on Second Superseding Indictment:**  01/27/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Gregory Scott, Defense Atty |
| ☒ | Erica Helm, US Probation / Pretrial Services Officer | ☒ | Interpreter – Cristina Perez Lopez |
| ☒ | Defendant present ☐ in custody USM     ☒ out of custody | ☐ | Defendant not present / failed to appear |
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) previously filed in California | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney Gregory Scott | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

Defense advises Defendant lives in the Central District of California and will travel for court appearances.

**The Court ordered:**
1. The Defendant will be maintained under all prior conditions of release imposed upon Defendant at his appearances in the Central District of California. Order forthcoming.