UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )          4:15-CR-6049-EFS
      vs.                          )
                                   )          Order Granting United States'
JESE CASILLAS CARILLO (2),         )          Motion for Extension of Time File
ROSA ARACELI GRANADOS (3),         )          Rule 16 Expert Summaries
FRANCISCO FIGUEROA (6),            )
GABRIELA VAZQUEZ (7),              )
BRITTNEY LEE ZARAGOZA (10),        )
SALVADOR GUDINO CHAVEZ (11),       )
JUVENAL LANDA SOLANO (14),         )
ERICA MARIA SOLIS (15),            )
EDGAR OMAR FARIAS (16),            )
JUAN BRAVO ZAMBRANO (19),          )
JOSE ADRIAN MENDOZA (23), and      )
VERONICA ELVIRA CORTEZ (24).       )

            Defendants.

      THIS MATTER coming before the Court upon motion by the United States
for an order extending time to file its Rule 16 expert summaries, the Court having
considered the motion and the Court being fully advised in the premises,

      IT IS HEREBY ORDERED that the United States' Motion for Extension of
Time to File Rule 16 Expert Summaries is granted.

      IT IS SO ORDERED this _____day of January 2017.


                              _____
                              Edward F. Shea
                              Senior United States District Judge

Order Granting United States' Motion for Extension of Time File Rule 16 Expert
Summaries- 1
Casillas.OrderE.docx