AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2017**

SEAN F. McAVOY, CLERK

United States of America
v.
SALVADOR GUDINO CHAVEZ

Case No. 4:15-CR-6049-EFS-11

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SALVADOR GUDINO CHAVEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE
18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING

Date: Dec 07, 2016, 10:08 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/7/16, and the person was arrested on *(date)* 1/27/17
at *(city and state)* Spokane, WA

Date: 1/27/17

Arrested within the E/WA
By: FBI
(Agency)
Executed On: 1/27/17
Sign: _____
*Arresting officer's signature*
Regan R. Navey, USMS
*Printed name and title*