```
                                              FILED IN THE
                                          U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF WASHINGTON

                                             JAN 27 2017

                                          SEAN F. McAVOY, CLERK
                                         _____ DEPUTY
                                          YAKIMA, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SALVADOR GUDINO CHAVEZ,<br><br>  Defendant | ) Case No.: 4:15-CR-06049-EFS-11<br>)<br>) DEFENDANT'S ASSERTION OF FIFTH AND<br>) SIXTH AMENDMENT RIGHTS<br>)<br>)<br>)<br>) |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel.  I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel.  I do not want the government or others acting on the government's behalf to question me, or contact me seeking a waiver of any rights, unless my counsel is present.  The Government should instruct its agents.

DATED this 27th day of January, 2017.

Respectfully Submitted,

_Salvador gudino_
DEFENDANT

DEFENDANT'S ASSERTION OF FIFTH AND
SIXTH AMENDMENT RIGHTS- 1