UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JESE DAVID CASILLAS CARRILLO (2); ROSA GRANADOS (3); FRANCISCO DUARTE FIGUEROA(6); Gabriela Mendoza Vasquez (7); Brittney Lee Zaragoza (10); Juvenal Landa Solano (14); Erica Maria Solis (15); Edgar Omar Herrera Farias (16); Juan Bravo Zambrano (19); Miguel Reyes Garcia (21); Jose Adrian Mendoza (23); and Veronica Elvira Cortez (24)<br><br>　　　　　　　　　　Defendants. | Nos. 4:15-CR-06049-EFS-2<br>　　　4:15-CR-06049-EFS-3<br>　　　4:15-CR-06049-EFS-6<br>　　　4:15-CR-06049-EFS-7<br>　　　4:15-CR-06049-EFS-10<br>　　　4:15-CR-06049-EFS-14<br>　　　4:15-CR-06049-EFS-15<br>　　　4:15-CR-06049-EFS-16<br>　　　4:15-CR-06049-EFS-19<br>　　　4:15-CR-06049-EFS-21<br>　　　4:15-CR-06049-EFS-23<br>　　　4:15-CR-06049-EFS-24<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND DEADLINE AS AMENDED**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

Before the Court, without oral argument, are the United States Attorney's Office's Motion for Extension of Time to File Rule 16 Expert Summaries, ECF No. 330, and related Motion to Expedite, ECF No. 331. United States Attorney Stephanie Van Marter requests that the deadline for Government Rule 16 expert disclosures be extended from January 27, 2017 to March 14, 2017. Ms. Van Marter indicates that this extension is necessary because the Government has not yet received the information necessary for Rule 16 disclosures. Ms. Van Marter also

---

[1] This Order amends the deadlines in the Court's prior Case Management Orders, ECF Nos. 101, 258, 281 & 308.

CASE MANAGEMENT ORDER - 1

notes that it is likely that defense counsel will request a continuance of the April 2017 trial date. Ms. Van Marter represents that she has been in contact with defense counsel and is not aware of any objection to an extension. Based on this explanation, the Court finds good cause to grant the Government's Motion.

The Court finds, however, that the Government's proposed disclosure date of March 14, 2017, would not allow sufficient time for pretrial motions practice prior to the March 28, 2017 final pretrial conference. Accordingly, the Court instead imposes a Government Rule 16 disclosure deadline of March 3, 2017 and enters the following updated Summary of Deadlines. All counsel are expected to carefully read and abide by this Order and such provisions of the prior Case Management Orders, ECF Nos. 101, 258, 281 & 308, which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED**:

1. The U.S. Attorney's Office's Motion to Expedite, **ECF No. 331**, is **GRANTED.**

2. The U.S. Attorney's Office's Motion for Extension of Time to File Rule 16 Expert Summaries, **ECF No. 330,** is **GRANTED AS AMENDED.**

3. **Original Case Management Order.** <u>Counsel must review the procedures in the prior Case Management Orders, ECF Nos. 101, 258, 281 & 308, and abide by those procedures except for the new compliance deadlines in the following amended Summary of Deadlines</u>.

CASE MANAGEMENT ORDER - 2

**4.   Summary of Deadlines**

| | |
|---|---|
| **PRETRIAL CONFERENCE** | **February 21, 2017**<br>**1:30 P.M. - RICHLAND** |
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>     USAO's Experts<br>     Defendants' Experts<br>     USAO's Rebuttal Experts | **March 3, 2017**<br>**March 6, 2017**<br>**March 10, 2010** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed with the Court | **March 17, 2017** |
| **FINAL PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **March 28, 2017**<br>**1:30 P.M. - YAKIMA** |
| CIs' identities, *Giglio* disclosures, and willingness to be interviewed disclosed to Defendants (if applicable) | **March 31, 2017** |
| Grand jury transcripts produced to Defendants | **March 31, 2017** |
| Exhibit and witness lists filed and emailed to the Court | **April 7, 2017** |
| Requested voir dire, trial briefs, jury instructions, and verdict forms filed and emailed to the Court | **April 7, 2017** |
| Exhibits delivered to all other parties | **April 7, 2017** |
| Whether any witness likely to exercise Fifth Amendment rights and requires appointed counsel | **April 7, 2017** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **April 7, 2017** |
| Trial notices filed with the Court | **April 7, 2017** |
| Exhibit binders delivered to the Court | **April 10, 2017** |
| Technology readiness meeting (in-person) | **April 10, 2017** |
| **JURY TRIAL** | **April 17, 2017**<br>**9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this   27th   day of January 2017.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Document1

CASE MANAGEMENT ORDER - 3