Law Office of J. Gregory Lockwood, PLLC
421 W. Riverside, Ste. 960
Spokane WA 99201
Telephone: (509) 624-8200
Facsimile: (509) 623-1491
jgregorylockwood@hotmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 15-CR-6049-EFS-14 |
|---|---|
| Plaintiff, | ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND MOTION SCHEDULE |
| vs. | |
| JUVENAL LANDA SOLANO (14), | |
| Defendant. | |

ORDER

This matter came on for hearing without oral argument before the Court on March 1, 2016 pursuant to the Defendant's Motion to Continue Trial and Motion Schedule, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Defendant's Motion to Continue Trial and Motion Schedule is GRANTED.

Dated this _____ day of February, 2017.

_____
EDWARD F. SHEA
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO
CONTINUE TRIAL - 1