Law Office of J. Gregory Lockwood, PLLC
421 W. Riverside, Ste. 960
Spokane WA 99201
Telephone: (509) 624-8200
Facsimile: (509) 623-1491
jgregorylockwood@hotmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 15-CR-6049-EFS-14 |
|---|---|
| Plaintiff, | ORDER ON MOTION TO EXPEDITE HEARING OF DEFENDANT'S MOTION TO CONTINUE TRIAL AND MOTION SCHEDULING |
| vs. | |
| JUVENAL LANDA SOLANO (14), | |
| Defendant. | |

ORDER

This matter came on for hearing without oral argument before the Court on February 9, 2017 pursuant to Defendant's motion for an order to expedite the hearing of the Defendant's Motion to Continue Trial and motion scheduling, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the motion to expedite the hearing for the Defendant's Motion to Continue Trial and motion scheduling is GRANTED.

Dated this _____ day of February, 2017.

_____
EDWARD F. SHEA
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO EXPEDITE MOTION TO
CONTINUE TRIAL - 1