UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESE DAVID CASILLAS CARRILLO (2); ROSA GRANADOS (3); FRANCISCO DUARTE FIGUEROA(6); GABRIELA MENDOZA VASQUEZ (7); BRITTNEY LEE ZARAGOZA (10); SALVADOR GUDINO CHAVEZ (11); JUVENAL LANDA SOLANO (14); ERICA MARIA SOLIS (15); EDGAR OMAR HERRERA FARIAS (16); JUAN BRAVO ZAMBRANO (19); MIGUEL REYES GARCIA (21); JOSE ADRIAN MENDOZA (23); AND VERONICA ELVIRA CORTEZ (24),<br>                    Defendants. | Nos. 4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-3<br>     4:15-CR-06049-EFS-6<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-14<br>     4:15-CR-06049-EFS-15<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br>     4:15-CR-06049-EFS-24<br><br>**ORDER DENYING MOTION TO EXPEDITE AND DIRECTING PREPARATION FOR PRETRIAL CONFERENCE** |

On February 2, 2017, Defendant Juvenal Landa Solano filed a Motion to Continue, ECF No. 338, and a related Motion to Expedite, ECF No. 339. A Pretrial Conference in this matter is currently scheduled for February 21, 2017, at 1:30 p.m. Based on the number of defendants and the complexity of the case, the Court finds that it is appropriate to provide all counsel with an opportunity to contribute to the discussion as to whether a continuance is appropriate and when future hearings should be held. Accordingly, the Court will consider the Motion to Continue at the February 21, 2017 Pretrial Conference. The Motion to Expedite is denied.

ORDER - 1

In order to facilitate discussion, the Court proposes the following pretrial conference dates:

April 25, 2017;

June 27, 2017;

August 29, 2017;

October 10, 2017 (Final PTC).

These proposed dates would be in addition to the already-scheduled pretrial conferences. The Court proposes a new trial date of October 23, 2017. All counsel should be prepared to discuss these dates at the February 21, 2017 Pretrial Conference.

In addition, counsel shall be prepared to discuss whether this case is complex. To ensure the orderly preparation of this case by appointed defense counsel in this multidefendant case, while also seeking to ensure that attorney fees and costs relating to investigative, expert, and other services are not excessively incurred, appointed defense counsel should also be prepared to discuss budgeting at the February 21, 2017 Pretrial Conference.

**IT IS HEREBY ORDERED**:

1. Defendant Juvenal Landa Solano's (14) Motion to Expedite, **ECF No. 339,** is **DENIED.**

2. Defendant Juvenal Landa Solano's (14) Motion to Continue, **ECF No. 338,** will be considered at the February 21, 2017 Pretrial Conference. The hearing date shall be **RESET** to February 21, 2017.

ORDER - 2

3. No later than **February 17, 2017**, appointed defense counsel[1] shall confer (by telephone or in person) regarding (a) discovery, including any translation issues, document review and management, and expert witnesses; and (b) motions practice. Appointed defense counsel shall appoint amongst themselves attorney(ies) responsible for serving as lead counsel as to Criminal Justice Act (CJA) budgetary matters, discovery matters and management, expert testimony, and motions practice.

4. No later than **February 17, 2017**, a notice shall be filed advising the Court as to which attorney(ies) are serving as lead counsel on these matters.

5. No later than **March 10, 2017**, appointed defense counsel shall confer (by telephone or in person) with the Ninth Circuit budget attorney, Blair Perilman, 415-355-8982.

6. **Seven days** following the conference with the Ninth Circuit budget attorney, the lead counsel for CJA budgetary matters shall file (ex parte) a proposed CJA budget for both attorney hours and other services.

7. Immediately following the **March 28, 2017** pretrial conference, an ex parte hearing will be held with the

---

[1] Retained defense counsel may choose also to confer with appointed defense counsel. If any retained defense counsel seeks payment of investigative, expert, or other services under 18 U.S.C. § 3006A, such counsel is obligated to confer with appointed counsel.

ORDER - 3

Defendants and their counsel to discuss the CJA budget. Retained counsel shall also be present at this hearing and be prepared to discuss pretrial and trial preparations.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  2nd  day of February 2017.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Criminal\2015\6049.deny.exp.budget.cont..docx

ORDER - 4