Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | NOTICE OF INTENT TO JOIN IN MOTIONS |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

Defendant Veronica Elvira Cortez, through counsel, joins in codefendant Juvenal Landa Solano's Motion to Continue Trial and Motion Schedule [ECF No. 338].

Ms. Cortez is prepared to execute a Speedy Trial Waiver and Statement of Reasons and agrees that the ends of justice to be served by the requested continuance outweigh the interest of the public and the defendants in a speedy trial and that the requested continuance is

PAGE 1

excludable from speedy trial calculation pursuant to 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv).

Furthermore, she gives notice that she joins in all future motions filed by co-defendants unless she specifically opts out of a particular motion.

RESPECTFULLY SUBMITTED this 7th day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
(888) 842-3803 (fax)
ledmond.esq@gmail.com

PAGE 2

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the Defendant's Notice of Joinder with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Stephanie Van Marter, Assistant United States Attorney, and to the attorneys of record in the above-entitled case.

DATED this 7th day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
edmond.esq@gmail.com

PAGE 3

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

PAGE 4

**Edmond Law, PLLC**
**2615 11th Avenue W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**