Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | DEFENDANT'S MOTION FOR WAIVER OF RIGHT TO ATTEND PRETRIAL HEARING AND DECLARATION OF COUNSEL IN SUPPORT THEREOF |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

## MOTION

Defendant Veronica Elvira Cortez, through her attorney of record, Lee Edmond, moves this Court for permission to waive her presence at the Pretrial Conference presently scheduled for February 21, 2017 at 1:30, p.m., in Richland, Washington. Ms. Cortez resides in Sedro-Woolley, Washington, approximately 268 miles from the federal courthouse and has limited means of transportation.

Wherefore, defendant moves this Court for permission to waive her

PAGE 1
Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

presence at the pretrial conference.

s/Lee Edmond
Lee Edmond, WSBA # 34693
Attorney for Defendant

## DECLARATION OF COUNSEL

I, Lee Edmond, declare:

1. I am the court-appointed attorney for Veronica Elvira Cortez.

2. I have discussed with Ms. Cortez her right to be present at the Pretrial Conference scheduled for February 21, 2017 at 1:30 p.m. s

3. Ms. Cortez knowingly, voluntarily and intelligently waives her right to be present at the hearing after consultation with me.

4. Ms. Cortez understands that I will represent her interests at the scheduled hearing. Having thoroughly discussed whether to attend the hearing in-person or to waive her right to be present, Ms. Cortez has knowingly and voluntarily chosen to waive her presence at this hearing.

5. I have consulted with Assistant United States Attorney Stephanie Van Marter and she has no objection to Ms. Cortez' waiver of her presence at the hearing.

PAGE 2
Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

                                                           s/Lee Edmond
                                      Lee Edmond, WSBA # 34693
                                      Attorney for Defendant

PAGE 3

Defendant's Statement of Reasons in Support of Motion to Continue Trial

**Edmond Law, PLLC**
**2615 11th Avenue W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**

# CERTIFICATE OF SERVICE

I hereby certify that on February  7 , 2017, I electronically filed the Defendant's Notice of Joinder with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Stephanie Van Marter, Assistant United States Attorney, and to the attorneys of record in the above-entitled case.

DATED this   7 th  day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
edmond.esq@gmail.com

PAGE 4
Defendant's Statement of Reasons in Support of Motion to Continue Trial

**Edmond Law, PLLC**
**2615 11th Avenue W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**