Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | DEFENDANT'S MOTION FOR WAIVER OF RIGHT TO ATTEND PRETRIAL HEARING AND DECLARATION OF COUNSEL IN SUPPORT THEREOF |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

COMES NOW defendant Veronica Elvira Cortez, by and through her attorney, Lee Edmond, and moves the Court for an Order to Expedite Defendant's Motion for Waiver of Right to Attend Pretrial Hearing.

The ground for this motion is that the date set for the pretrial conference is February 21, 2017.

Dated this 7th day of February, 2017.

s/Lee Edmond
Lee Edmond, WSBA # 34693
Attorney for Defendant

PAGE 1

Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2017, I electronically filed the Defendant's Notice of Joinder with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Stephanie Van Marter, Assistant United States Attorney, and to the attorneys of record in the above-entitled case.

DATED this __7th__ day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
edmond.esq@gmail.com

PAGE 2
Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)