1  Lee Edmond
2  EDMOND LAW, PLLC
3  2615 11th Avenue W
   Seattle, WA 98119
4  (206) 428-7734
5
   Attorney for Veronica Elvira Cortez
6
7              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
8
9  UNITED STATES OF AMERICA,          ]
                                      ]
10     Plaintiff,                     ]   15-CR-6049-EFS-24
11                                    ]
       vs.                            ]   DEFENDANT'S STATEMENT
12                                    ]   OF REASONS IN SUPPORT OF
13 VERONICA ELVIRA CORTEZ,            ]   MOTION TO CONTINUE TRIAL
                                      ]
14     Defendant.                     ]
15 _____    ]

16
17     My attorney has advised me of my right under the Speedy Trial Act,
18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney
19
20 has also advised me that a continuance of the trial is needed and we have
21 discussed the reasons for a continuance. A Motion to Continue the trial has
22 been filed. I ask this Court to grant that Motion to Continue and reset the
23
24 trial date from its current date of April 17, 2017 to a date of October 23,
25 2017, or another date that the Court considers just and proper, and the
26
27 pre-trial be reset for the following reasons under 18 U.S.C. § 3161:
28

PAGE 1                                          Edmond Law, PLLC
Defendant's Statement of Reasons in Support of Motion    2615 11th Avenue W
to Continue Trial                                        Seattle, WA 98119
                                                         (206) 428-7734
                                                         (888) 842-3803 (fax)

My attorney advises that there is a large amount of material to review in my case and reviewing that and preparing for trial will require additional time. I want my attorney to be prepared and believe a continuance is necessary to accomplish this.

I understand that if the Court grants the Motion to Continue that all time between the date the Motion to Continue was filed and the new date for trial will be excluded from the speedy trial period under the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

*Veronica Lofty*
Defendant

Date: 02/08/17

I have read this form and discussed the contents with my client.

s/Lee Edmond
Counsel for Defendant

Date: February 8, 2017

PAGE 2
Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2017, I electronically filed the Defendant's Notice of Joinder with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Stephanie Van Marter, Assistant United States Attorney, and to the attorneys of record in the above-entitled case.

DATED this _____ day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
edmond.esq@gmail.com

PAGE 3
Defendant's Statement of Reasons in Support of Motion to Continue Trial

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)