Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | DEFENDANT'S WAIVER OF RIGHT TO BE PRESENT AT PRETRIAL HEARING |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

## DECLARATION

I, Veronica Elvira Cortez, declare:

1. I am a defendant in the above-entitled action and Lee Edmond is my court-appointed counsel.

2. I have discussed with Mr. Edmond my right to be present at the Pretrial Conference scheduled for February 21, 2017 at 1:30 p.m.

3. I understand that Mr. Edmond will represent my interests at the scheduled hearing. Having thoroughly discussed whether to attend the

PAGE 1
Defendant's Waiver of Right to be Present at Hearing

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

1  hearing in-person or to waive my right to be present, I knowingly and

2  voluntarily waive my right to be present at this hearing.

3     I declare under penalty of perjury under the laws of the State of

4  Washington that the foregoing is true and correct.

*[signature]*
Veronica Elvira Cortez
Defendant

PAGE 2
Defendant's Waiver of Right to be Present at Hearing

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I electronically filed the Defendant's Waiver of Right to Be Present at Pretrial Hearing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Stephanie Van Marter, Assistant United States Attorney, and to the attorneys of record in the above-entitled case.

DATED this 13th day of February, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Elvira Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
ledmond.esq@gmail.com

PAGE 3
Defendant's Waiver of Right to be Present at Hearing

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)