Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff;<br><br>v.<br><br>ROSA GRANADOS (3),<br><br>Defendant. | 4:15-CR-6049-EFS-3<br><br>Memorandum in Support of Declaring this Case Complex |

    Come now defendant Rosa Granados and moves the Court to declare the instant case "complex" in accordance with Appendix I and III of the Criminal Justice Act Plan for the United States District Court for the Eastern District of Washington.  "When appropriate, counsel should seek a ruling from the presiding judge

as soon as feasible as to whether a case is 'complex' or 'extended.'" U.S. DISTRICT COURT, E.D. WASH., Criminal Justice Act Plan 19 (2013). The presiding judge directed counsel to "be prepared to discuss whether this case is complex" at the February 21, 2017 Pretrial Conference. *Order Denying Motion to Expedite and Directing Preparation for Pretrial Conference*, at 2:11-12 (ECF 341).

The maximum compensation CJA attorneys can earn per case is capped by statute. 18 U.S.C. § 3006A(d)(2). This cap can be waived for cases requiring "extended or complex representation" if the presiding judge certifies the "excess payment is necessary to provide fair compensation" and the decision is approved by the chief judge of the circuit or his designee. 18 U.S.C. § 3006A(d)(3).

Representation is *extended* "[i]f more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings..." CJA Guideline § 230.30.40(b). Representation is *complex* "[i]f the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill, and effort by the lawyer than would normally be required in an average case..." *Id.* '

MEMORANDUM IN SUPPORT OF
DECLARING THIS CASE COMPLEX - 2

This case should be declared extended due to the volume of discovery. To date, the Government has disclosed more the 400 gigabytes of data (mostly video) and more than 2100 pages of discovery. It anticipates disclosing an additional 30 CDs. The Government represents that they still have substantial audio recordings to disclose. The amount of time required to review this discovery, isolate relevant evidence, conduct an investigation, consult with experts, and prepare for trial makes reasonably probable the total processing time for this case will exceed the average case.

This case should be declared complex because the factual issues are unusual requiring counsel to expend more time, skill and effort than usual. This case involves an alleged conspiracy spanning 13 defendants and an unknown number of uncharged individuals. The case spans more than six years of investigation and initial prosecution. Furthermore, this case involves tracing financial transactions through the alleged conspiracy (viz. the defendants charged with money laundering). Connecting-the-dots, so to speak, for these transactions will require additional time and skill for counsel.

MEMORANDUM IN SUPPORT OF
DECLARING THIS CASE COMPLEX - 3

1    For these reasons, the Court should declare this case complex
2 and extended.

3    Dated: February 16, 2017        Respectfully Submitted,

4                                    s/Adam R. Pechtel
                                     Adam R. Pechtel/WSBA #43743
5                                    Pechtel Law PLLC
                                     21 N Cascade St
6                                    Kennewick, WA 99336
                                     Email: adam@pechtellaw.com
7                                    Telephone: (509) 586-3091

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Bradley Scarp, Attorney for Defendant, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

> s/Adam R. Pechtel
> Adam R. Pechtel/WSBA #43743
> Pechtel Law PLLC
> 21 N Cascade St
> Kennewick, WA 99336
> Email: adam@pechtellaw.com
> Telephone: (509) 586-3091