UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>VERONICA ELVIRA CORTEZ (24),<br><br>               Defendant. | No. 4:15-CR-6049-EFS-24<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR WAIVER OF RIGHT TO ATTEND PRETRIAL HEARING** |

Before the Court, without oral argument, are Defendant Veronica Elvira Cortez's (24) Motion for Waiver of Right to Attend Pretrial Hearing, ECF No. 343, and related Motion to Expedite, ECF No. 344. Defendant asserts that she resides approximately 268 miles from Richland and has limited means of transportation. She therefore requests permission to waive her right to be present at the February 21, 2017 pretrial conference. Defense counsel avers that the Government has no objection. The pretrial conference is not anticipated to involve questions of fact, *see* Fed. R. Crim. P. 43(b)(3) (A defendant need not be present for a "proceeding involv[ing] only a conference or hearing on a question of law."), and Defendant Cortez has submitted a signed declaration indicating that she knowingly and voluntarily waives her right to be present, ECF

**ORDER** - 1

No. 347. Therefore, the Court finds good cause to accept Defendant's waiver of presence at the pretrial conference.

Accordingly, **IT IS HEREBY ORDERED:**

   **1.** Defendant Veronica Elvira Cortez's Motion for Waiver of Right to Attend Pretrial Hearing, **ECF No. 343**, is **GRANTED.**

   **2.** Defendant Veronica Elvira Cortez's Motion to Expedite, **ECF No. 344,** is **GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this ___16th___ day of February 2017.


                              s/Edward F. Shea
                              EDWARD F. SHEA
                     Senior United States District Judge