**Ken Therrien**
**413 NORTH SECOND STREET**
**Yakima, WA 98901**

<u>**Attorney for Defendant**</u>
Miguel Reyes-Garcia

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　Plaintiff, )<br>　　vs. )<br>MIGUEL REYES GARCIA, )<br>　　　　　　　　　Defendant. ) | NO.  CR-15-6049-EFS-21<br><br>NOTICE OF LEAD COUNSEL |

　　　The Court has ordered defense counsel to meet and confer regarding the topics and issues set forth in the Order Requiring Counsel to Confer [ECF 341]. Defense Counsel have met and conferred as instructed by the Court. Pursuant to paragraph 4 of the Court's Order defense counsel files this Notice of Lead Counsel in compliance with the Courts instructions contained therein.

<u>Budgetary Matters</u>
Lee Edmond

<u>Discovery Matters</u>
Scott Johnson
Robbin Emmons

<u>Expert Witnesses</u>
Rick Smith

NOTICE OF LEAD COUNSEL　　　　　　　　　**KEN THERRIEN, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　413 North Second Street
　　　　　　　　　　　　　　　　　　　　　　　Yakima, WA 98901
　　　　　　　　　　　　　　　　　　　　　　　(509) 457-5991

Rick Hernandez

<u>Generic Motions Practice</u>
Ken Therrien
Troy Lee

All defense counsel shall handle those motions that are particular to their respective client's case and situation.

Potential issues may arise as the case progresses. Attorneys' who have been designated as lead counsel for a particular topic/matter may no longer be actively pursuing resolution of the case for trial. This may result in cases where plea agreements have been reached or co-defendants have agreed to serve as cooperating witnesses against other co-defendants. If this should happen then the attorneys still actively preparing the case for trial will have to assume the responsibility for completing the duties of the withdrawing attorney.

      DATED this 17$^h$ day of February 2017.

                                            *s/ Ken Therrien*
                                        Ken Therrien WSBA #20291
                                        Attorney for Miguel Reyes Garcia

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury of the laws of the State of Washington that on February 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Stephanie Van Marter<br>U.S. Attorney's Office | Robbin Emmans<br>robin_emmans@secondstreetlaw.com |
| Lee Edmond<br>ledmond.esq@gmail.com | Jim Egan<br>jim.egan@owt.com |
| Ricardo Hernandez<br>hloffice@basinis.com | Richard A. Smith<br>rasmith@house314.com |
| Rick Hoffman<br>rick_hoffman@fd.org | Troy Lee<br>troylee@qwestoffice.net |
| Victor Lara<br>vh_lara@hotmail.com | Adam Pechtel<br>adam@pechtellaw.com |
| Gregory L. Scott<br>gregory@scottlaw.net | John Gregory Lockwood<br>jgregorylockwood@hotmail.com |
| Samuel Swanberg<br>2lawyers@owt.com | Scott W. Johnson<br>scott@johnsonorr.com |

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Miguel Reyes Garcia
413 NORTH SECOND STREET
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
Email: kentherrien@msn.com

NOTICE OF LEAD COUNSEL

**KEN THERRIEN, PLLC**
413 North Second Street
Yakima, WA 98901
(509) 457-5991