Gregory L. Scott
Attorney at Law
208 Larson Building - P.O. Box 701
Yakima, WA  98907
Phone (509) 574-0991

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:15-CR-06049-EFS-11 |
| Plaintiff, | MOTION FOR WAIVER OF RIGHT TO ATTEND PRETRIAL HEARING |
| vs. | |
| SALVADOR GUDINO CHAVEZ, | WITHOUT ORAL ARGUMENT (February 17, 2017 at 6:30 p.m.) |
| Defendant | |

COMES NOW the Defendant, Salvador Gudino Chavez, by and through his attorney of record, Gregory L. Scott, and requests permission to waive his presence at the pretrial conference currently scheduled for February, 21, 2017 at 1:30 p.m. in Richland, Washington.  Mr. Chavez lives in Inglewood, California.  The expense and time needed to travel for this hearing presents a hardship for Mr. Chavez.  Therefore, we respectfully request that his presence be waived.

RESPECTFULLY SUBMITTED this 17th day of February, 2017.

                                           s/Gregory L. Scott
                                           WSBA #17433
                                           Attorney for Salvador G. Chavez

MOTION FOR WAIVER OF APPEARANCE - 1

DECLARATION OF COUNSEL

I, Gregory L. Scott, am competent to testify to the matters contained herein and do so of my own personal knowledge.

I am the Court-appointed attorney for the Defendant in the above-entitled matter. I have discussed with Mr. Chavez his right to be present at the pretrial conference scheduled on February 21, 2017. Mr. Chavez understands that I will represent his interests at this hearing and he knowingly and voluntarily waives his right to be present at this hearing.

I, Gregory L. Scott, hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 17th day of February, 2017.

                                     s/Gregory L. Scott
                                     WSBA #17433
                                     Attorney for Salvador G. Chavez

I hereby certify that on February 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Stephanie Van Marter
Assistant United States Attorney
United States Attorneys Office
920 W. Riverside, Suite 300
P.O. Box 1494
Spokane, WA  99210-1491

                                       s/Gregory L. Scott
                                       WSBA #17433
                                       Attorney for Salvador G. Chavez
                                       Scott Law Office
                                       6 S. 2nd Street, Suite 208
                                       Yakima, WA  98901
                                       Telephone: (509) 574-0991
                                       Fax: (509)574-3177
                                       Email: gregory@scottlaw.net

MOTION FOR WAIVER OF APPEARANCE - 3