```
 1 │ Gregory L. Scott
   │ Attorney at Law
 2 │ 208 Larson Building - P.O. Box 701
   │ Yakima, WA  98907
 3 │ Phone (509) 574-0991
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| UNITED STATES OF AMERICA, | ) Case No.: 4:15-CR-06049-EFS-11 |
|---|---|
| Plaintiff, | ) WAIVER OF APPEARANCE |
| vs. | ) |
| SALVADOR GUDINO CHAVEZ, | ) |
| Defendant | ) |

I, Salvador Gudino Chavez, have been advised of my right to appear at the pretrial hearing currently scheduled for February 21, 2017. I have discussed this with my attorney and respectfully request that my presence be waived. I also understand that a Motion to Continue has been filed by one of my co-defendants. I do not have any objection to that request.

*[signature]*
Salvador G. Chavez, Defendant
Date: 02/17/17

*[signature]*
Gregory L. Scott, WSBA #17433
Attorney for Salvador G. Chavez
Date: 17 FEB 2017

WAIVER OF APPEARANCE- 1