Gregory L. Scott
Attorney at Law
208 Larson Building - P.O. Box 701
Yakima, WA 98907
Phone (509) 574-0991

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 4:15-CR-06049-EFS-11 |
| Plaintiff, | ) MOTION TO EXPEDITE |
| vs. | ) WITHOUT ORAL ARGUMENT |
| SALVADOR GUDINO CHAVEZ, | ) (February 17, 2017 at 6:30 p.m.) |
| Defendant | ) |

    COMES NOW the Defendant, Salvador Gudino Chavez, by and through his attorney of record, Gregory L. Scott, and asks the Court to expedite the hearing on the Defendant's Motion for Waiver of Right to Attend Pretrial Hearing.

    This motion is based upon the files and records herein and the attached declaration of Gregory L. Scott.

    DATED this 17th day of February, 2017.

                                                  s/Gregory L. Scott
                                                  WSBA #17433
                                                  Attorney for Salvador G. Chavez

MOTION TO EXPEDITE- 1

DECLARATION OF GREGORY L. SCOTT

I, Gregory L. Scott, am competent to testify to the matters contained herein and do so on the basis of information and belief.

The pretrial hearing on this matter is currently scheduled for February 21, 2017.  Therefore we request an expedited hearing on our motion for waiver of presence.

I declare under penalty of perjury pursuant to the laws of the State of Washington that the foregoing statements are true and correct.

DATED this 17th day of February, 2017.

                          s/Gregory L. Scott
                          WSBA #17433
                          Attorney for Salvador G. Chavez

MOTION TO EXPEDITE- 2

I hereby certify that on February 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Stephanie Van Marter
Assistant United States Attorney
United States Attorneys Office
920 W. Riverside, Suite 300
P.O. Box 1494
Spokane, WA  99210-1491

                                              s/Gregory L. Scott
                                              WSBA #17433
                                              Attorney for Salvador G. Chavez
                                              Scott Law Office
                                              6 S. 2nd Street, Suite 208
                                              Yakima, WA  98901
                                              Telephone: (509) 574-0991
                                              Fax: (509)574-3177
                                              Email: gregory@scottlaw.net

MOTION TO EXPEDITE- 3