UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br> SALVADOR GUDINO CHAVEZ (11), <br><br>    Defendant. | No. 4:15-CR-6049-EFS-11 <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR WAIVER OF RIGHT TO ATTEND PRETRIAL HEARING** |

Before the Court, without oral argument, are Defendant Salvador Gudino Chavez's (11) Motion for Waiver of Right to Attend Pretrial Hearing, ECF No. 352, and related Motion to Expedite, ECF No. 354. Defendant asserts that he lives in Inglewood, California, and it would be a hardship for him to travel to Washington for the hearing. He therefore requests permission to waive his right to be present at the February 21, 2017 pretrial conference. The Government has no objection.

The pretrial conference is not anticipated to involve questions of fact, *see* Fed. R. Crim. P. 43(b)(3) (A defendant need not be present for a "proceeding involv[ing] only a conference or hearing on a question of law."), and Defendant Chavez has submitted a signed declaration indicating that he knowingly and voluntarily waives his right to be present, ECF No. 353. Therefore, the Court finds good

**ORDER** - 1

cause to accept Defendant's waiver of presence at the pretrial conference.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Salvador Gudino Chavez's Motion for Waiver of Right to Attend Pretrial Hearing, **ECF No. 352**, is **GRANTED.**
2. Defendant Salvador Gudino Chavez's Motion to Expedite, **ECF No. 354,** is **GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  17th  day of February 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Chavez.ord.grant.waive.pres.lc02.docx

**ORDER** – 2