# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JESE DAVID CARILLO CASILLAS (2);<br>ROSA ARACELI GRANADOS (3);<br>FRANCISCO DUARTE FIGUEROA (6);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>JUVENAL LANDA SOLANO (14);<br>ERICA MARIA SOLIS (15);<br>EDGAR OMAR HERRERA FARIAS (16);<br>JUAN BRAVO ZAMBRANO (19);<br>MIGUEL REYES GARCIA (21);<br>JOSE ADRIAN MENDOZA(23); and<br>VERONICA ELVIRA CORTEZ (24),<br><br>                    Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 3, 6, 7, 10,<br>        11, 14, 15, 16, 19, 21, 23, 24<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 02/21/2017  **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/<br>MOTION HEARING** |

| | | | |
|---|---|---|---|
| | **Senior Judge Edward F. Shea** | | |
| Cora Vargas | 02 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | Robin Emmans for Jese David Carillo Casillas (2)<br>James Egan and Adam Pechtel for Rosa Araceli Granados (3)<br>Rick Hoffman for Francisco Duarte Figueroa (6)<br>Ricardo Hernandez for Gabriela Mendoza Vasquez (7)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Gregory Scott for Salvador Gudino Chavez (11)<br>Troy Lee for Erica Maria Solis (15)<br>Samuel Swanberg for Edgar Omar Herrera Farias (16)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23)<br>Lee Edmond for Veronica Elvira Cortez (24)<br><br>**Defendant's Counsel** | | |

**[XX]  Open Court**

Defendant Jese David Carillo Casillas (2) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Rosa Araceli Granados (3) present, not in custody of the US Marshal
Defendant Francisco Duarte Figueroa (6) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Gabriela Mendoza Vasquez (7) present, not in custody of the US Marshal
Defendant Brittney Lee Zaragoza (10) present, not in custody of the US Marshal
Defendant Salvador Gudino Chavez (11) not present, having previously waived his appearance
Defendant Juvenal Landa Solano (14) present in custody of the US Marshal
Defendant Erica Maria Solis (15) present, not in custody of the US Marshal
Defendant Edgar Omar Herrera Farias (16) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Juan Bravo Zambrano (19) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal
Defendant Veronica Elvira Cortez (24) not present, having previously waived her appearance


Ms. Van Marter advises the Court of discovery status

Court and defense discovery coordinator, Scott Johnson, discuss status of discovery and discovery coordinator

Mr. Smith advises his client, Juan Bravo Zambrano (19), opposes a continuance of the April 17, 2017 trial date and does not require the services of a discovery master

Mr. Pechtel moves to declare case complex
No objection from Ms. Van Marter
No objection from any defense counsel
**Court**: motion **GRANTED**

Ms. Van Marter and Court discuss extension of Rule 16 summary disclosures, given anticipated continuance
Ms. Emmons requests clarification regarding expert disclosure deadline

Mr. Lockwood moves to continue trial (ECF No. 338)

Mr. Therrien objects to continuance on behalf of Miguel Reyes Garcia (21)
**Court**: Motion to Continue (ECF No. 338) is **GRANTED**

Court provides counsel with new proposed trial and pretrial dates

**Court**: Counsel shall meet and confer within two weeks and file a status report advising if all counsel are available on the following proposed dates:

Jury Trial:                10/23/2017
1st Pretrial Conference:   04/25/2017
2nd Pretrial Conference:   06/27/2017
3rd Pretrial Conference:   08/29/2017
Final Pretrial Conference: 10/10/2017

In the alternative, counsel shall submit new proposed jury and pretrial dates if all counsel are not available on the above noted dates.  Counsel shall also provide proposed pretrial and discovery deadlines.

The Ex Parte Budget Hearing set on March 28, 2017 at 1:30 in Yakima remains set

**[XX] ORDER FORTHCOMING**

| CONVENED:  1:47 PM | ADJOURNED:   2:24 PM | TIME:    37 MINS | |
|---|---|---|---|