Rick L. Hoffman
Federal Defenders of Eastern Washington & Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
Francisco Duarte Figueroa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15-CR-6049-EFS-6 |
| vs. | ) | Joint Proposed Case Management Deadlines |
| Jese David Casillas Carrillo (2); Rosa Araceli Granado (3); Francisco Duarte Figueroa (6); Gabriela Mendoza Vasquez (7); Brittney Lee Zaragoza (10); Salvador Gudino Chavez (11); Juvenal Landa Solano (14); Erica Maria Solis (15); Edgar Omar Herrera Farias (16); Juan Bravo Zambrano (19); Miguel Reyes Garcia (21); Jose Adrian Mendoza (23); and Veronica Elvira Cortez (24), | ) | |
| Defendants. | ) | |

Defense counsel have met and consulted and submit the following proposed dates and deadlines in this matter. These dates have been submitted to AUSA Van Marter without agreement or expressed objection at this time.

Joint Proposed Case
Management Deadlines      1

|  | **Recommended Dates** |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>　　USAO's Experts<br>　　Defendant's Experts<br>　　USAO's Rebuttal Experts | <br><br><br>May 3, 2017<br>May 10, 2017<br>May 17, 2017 |
| All pretrial motion, including discovery motion, *Daubert* motions, and motions *in limine*, filed | August 15, 2017 |
| **PRETRIAL CONFERENCE** | **March 28, 2017**<br>1:30 p.m. - Yakima |
| 1st **PRETRIAL CONFERENCE** | **April 25, 2017**<br>Richland |
| 2nd **PRETRIAL CONFERENCE** | **July 11, 2017**<br>Richland |
| 3rd **PRETRIAL CONFERENCE** | **August 29, 2017**<br>Richland |
| **FINAL PRETRIAL CONFERENCE**<br>*(Deadline for motions to continue trial)* | **October 10, 2017**<br>Richland |
| CI's identities, Giglio disclosures and willingness to be interviewed disclosed to Defendant (if applicable) | August 2, 2017 |
| Grand jury transcripts disclosed to Defendant:<br>　　Case Agent<br>　　CIs (if applicable)<br>　　Other witnesses | <br><br>August 2, 2017<br>August 2, 2017<br>August 2, 2017 |
| Exhibit lists filed and emailed to the Court | October 2, 2017 |
| Witness Lists filed and emailed to the Court | October 2, 2017 |

| | | |
|---|---|---|
| | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | October 2, 2017 |
| | Exhibit binders delivered to all other parties | October 2, 2017 |
| | Whether any witness likely to exercise Fifth Amendment rights and requires appointed counsel | October 2, 2017 |
| | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | October 2, 2017 |
| | Trial notices filed with Court | October 2, 2017 |
| | Exhibit binders delivered to the Court | October 14, 2017 |
| | Technology readiness meeting (in-person) | October 14, 2017 |
| | **JURY TRIAL** | **November 1, 2017 RICHLAND** |

Dated:       March 6, 2017.

Respectfully Submitted,

s/Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for Francisco Duarte Figueroa
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Rick_Hoffman@fd.org

Joint Proposed Case
Management Deadlines                3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/Rick L. Hoffman