Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:15-CR-6049-EFS |
| JESE DAVID CARILLO CASILLAS (2), ROSA ARACELI GRANADOS (3), FRANCISCO DUARTE FIGUEROA (6), GABRIELA MENDOZA VAZQUEZ (7), BRITTNEY LEE ZARAGOZA (10), SALVADOR GUDINO CHAVEZ (11), JUVENAL LANDA SOLANO (14), ERICA MARIA SOLIS (15), EDGAR OMAR HERERRA FARIAS (16), JUAN BRAVO ZAMBRANO (19), MIGUEL REYES GARCIA (21), JOSE ADRIAN MENDOZA (23); and VERONICA ELVIRA CORTEZ (24), Defendants. | United States' Proposed Case Management Deadlines |

United States' Proposed Case Management Deadlines - 1
Casillas.Status.Deadlines.docx

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Proposed Case Management Order pursuant to the Court's request at the recent pretrial conference (*See Minutes,* ECF No. 356).

On Friday March 3rd, Defense counsel emailed to the assigned AUSA States a proposed joint scheduling order to which the United States objected. In an effort to resolve the disputed matters, the United responded that it would prepare and email a revised draft to counsel which was done Monday morning, March 6, 2017. Despite the United States' effort to propose a joint scheduling Order, defense counsel filed their proposed scheduling order over our objection and without advising the United States. The United States hereby proposes this scheduling order to preserve its position and for discussion at the next Pre-trial conference:

- Pre-Trial Conference: April 25, 2017- Discovery related issues. Therefore, any pre-trial discovery motions be filed two weeks prior to this PTC conference date.

- Pre-Trial Conference: June 27, 2017- Case status and any additional discovery related motions. Any additional pre-trial discovery motions be filed two weeks prior to this PTC conference date.

- Pre-Trial Conference: August 29, 2017- Substantive motion hearings- any substantive pre-trial matters be filed three weeks prior to this proposed PTC conference date, responses due 10 days after filing. If a hearing is anticipated, notify the Court as to length and potential witnesses two weeks prior to PTC conference date.

- Final Pre-Trial Conference: October 10, 2017- Trial related matters and *Daubert* related issues- Trial related motions in limine or

United States' Proposed Case Management Deadlines - 2
Casillas.Status.Deadlines.docx

exclusion motions to be filed three weeks prior to this PTC date. If a hearing is anticipated, notify the Court as to length and potential witnesses two weeks prior to PTC conference date.

- <u>Rule 16 expert summaries:</u>  The parties are not in agreement as to the deadline for proposed Rule 16 expert materials. Per prior case management orders, this Court typically requires these materials due four weeks prior to the pre-trial conference and any objections to be filed two weeks prior to the pre-trial conference. However, in this case the parties agree a standard order may not be appropriately applied here. The parties therefore propose that this issue along with CI disclosures be addressed at the April 25, 2017 Pre-Trial conference.

- <u>Deadline to disclose CIs' identities and willingness to be interviewed</u>: The parties are not in agreement as to this deadline. The parties therefore propose that this issue be addressed at the April 25, 2017 Pre-Trial conference.

- <u>Disclosure of Grand Jury transcripts</u>: As the United States indicated to the parties, a number of cooperating Defendants testified before the grand jury in this matter. The United States also presented a power point to aid the grand jury in this matter. The United States intends to disclose the power point *redacted*[1] in discovery to counsel. The United States proposes to address the additional transcript disclosure at the next pre-trial conference as it will likely depend on CI disclosure deadlines.

---

[1] The United States will disclose this material redacted because the PowerPoint does identify by name and photo several cooperating defendants. Should those individuals end up testifying in trial, the United States will provide an un-redacted copy prior to trial dependent upon disclosure deadlines set by the court.

United States' Proposed Case Management Deadlines - 3
Casillas.Status.Deadlines.docx

- Exhibit and Witness Lists:  The parties propose these be provided one week prior to trial;

- Trial briefs, jury instructions, verdict forms, and requested voir dire: The parties propose these be provided one week prior to trial;

- Exhibit binders:  The parties propose binders be provided the Friday before trial;

- JERS-compatible digital evidence:  The parties propose this be accomplished one week prior to trial;

- Technology readiness meeting:  The parties propose this meeting occur the Friday before trial.

DATED this 6th day of March 2017.

                                  Michael C. Ormsby
                                  United States Attorney

                                  *s/Stephanie Van Marter*

                                  Stephanie Van Marter
                                  Assistant United States Attorney

# CERTIFICATION

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, robin_emmans@secondstreetlaw.com
Jim Egan, jim.egan@owt.com
Adam Pechtel, adam@pechtellaw.com
Rick Hoffman, rick_hoffman@fd.org
Ricardo Hernandez, hloffice@basinis.com
Victor H. Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net
John Gregory Lockwood, jgregorylockwood@hotmail.com
Troy Joseph Lee, troylee@qwest.office.net
Samuel Swanberg, 2lawyers@owt.com
Richard A. Smith, rasmith@house314.com
Kenneth D. Therrien, kentherrien@msn.com
Scott W. Johnson, scott@johnsonorr.com
Lee Edmond, ledmond.esq@gmail.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

United States' Proposed Case Management Deadlines - 5
Casillas.Status.Deadlines.docx