UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>ROSA ARACELI GRANADO (3);<br>FRANCISCO DUARTE FIGUEROA (6);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>JUVENAL LANDA SOLANO (14); ERICA MARIA SOLIS (15); EDGAR OMAR HERRERA FARIAS (16); JUAN BRAVO ZAMBRANO (19); MIGUEL REYES GARCIA (21); JOSE ADRIAN MENDOZA (23); AND VERONICA ELVIRA CORTEZ (24),<br><br>Defendants. | No.  4:15-CR-06049-EFS-2<br>4:15-CR-06049-EFS-3<br>4:15-CR-06049-EFS-6<br>4:15-CR-06049-EFS-7<br>4:15-CR-06049-EFS-10<br>4:15-CR-06049-EFS-11<br>4:15-CR-06049-EFS-14<br>4:15-CR-06049-EFS-15<br>4:15-CR-06049-EFS-16<br>4:15-CR-06049-EFS-19<br>4:15-CR-06049-EFS-21<br>4:15-CR-06049-EFS-23<br>4:15-CR-06049-EFS-24<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE**<br><br>**PARTIAL AMENDED[1] CASE MANAGEMENT ORDER** |

A pretrial conference occurred in the above-captioned matter on February 21, 2017.  Defendants Carillo Casillas (2), Granados (3), Figueroa (6), Mendoza Vasquez (7), Zaragoza (10), Solano (14), Solis (15), Herrera Farias (16), Zambrano (19), Reyes Garcia (21), and Mendoza (23) were present, represented by counsel.  Counsel for Defendants

---

[1] This Order amends the deadlines in the Court's previous Case Management Orders, ECF Nos. 101, 258, 281, 308, 336 & 340.

AMENDED CASE MANAGEMENT ORDER - 1

Chavez (11) and Cortez (24) were also present. Assistant U.S. Attorneys Stephanie Van Marter and Caitlin Baunsgard appeared on behalf of the U.S. Attorney's Office (USAO).

Before the Court was Defendant Juvenal Landa Solano's Motion to Continue Trial and Motion Schedule, ECF No. 338.  Defense counsel John Gregory Lockwood requested a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Defendant Veronica Elvira Cortez (24) had previously joined in the Motion. ECF No. 342. The USAO did not oppose the request. Counsel for Defendant Reyes Garcia (21) objected to a continuance and counsel for Defendant Zambrano (19) also indicated that his client did not support a continuance.

At the hearing, the Court granted the motion to continue and ordered the parties to submit jointly proposed case management dates. Apparently, the parties could not agree on the dates, as Defendants and the Government submitted separate proposals, *see* ECF Nos. 358 & 359. Having considered the proposed case schedule submitted by Defendants, ECF No. 358, and the proposed case schedule submitted by the Government, ECF No. 359, the Court now enters the following Amended Case Management Order setting four pretrial conferences.  Due to disagreement between the parties as to the proposed dates and variance between the proposed dates and the Court's normal case schedule, the Court will address all other deadlines at the March 28, 2017 pretrial conference, and a full Case Management Order will follow. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

AMENDED CASE MANAGEMENT ORDER - 2

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Juvenal Landa Solano's (14) Motion to Continue Trial and Motion Schedule, **ECF No. 338**, is **GRANTED.**

2. **Original Case Management Order.** <u>Counsel must review the procedures in the prior Case Management Orders, ECF Nos. 101, 258, 281, 308, 336 & 340, and abide by those procedures except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

3. **Pretrial Conference**

    A. A pretrial conference **REMAINS SET** for **March 28, 2017**, at **1:30 p.m.** in **Yakima**. At this hearing, the Court will address case management deadline disputes. Following the pretrial conference, the Court will hold an ex parte budgeting hearing.

    B. A pretrial conference is **SET** for **April 25, 2017** at **1:30 p.m.** in **Richland**.

    C. A pretrial conference will be set for EITHER June 13, 2017 at 1:30 p.m.; June 19, 2017 at 10:00 a.m.; or June 21, 2017 at 10:00 a.m. All options would take place in Richland. The final date for this hearing will be determined at the March 28, 2017 pretrial conference.

    D. A pretrial conference is **SET** for **August 29, 2017**, at **10:00 a.m.** in **Richland**.

    E. The final pretrial conference is **SET** for **October 10, 2017**, at **10:00 a.m.** in **Richland**. All outstanding pretrial motions will be heard at this conference.

1     **F.** All pretrial conferences are scheduled to last no more
2     than **30 minutes**, with each side allotted **15 minutes** to
3     present their own motions and resist motions by
4     opposing counsel. If any party anticipates requiring
5     longer than 15 minutes, that party must notify the
6     Courtroom Deputy at least seven days prior to the
7     hearing. **<u>Any party who fails to provide this notice</u>**
8     **<u>will be limited to 15 minutes.</u>**

9     **4. Trial**. A jury trial **REMAINS SET** for **November 1, 2017**, at
10     **9:00 a.m.** in **RICHLAND**. Counsel and Defendants shall be
11     prepared to meet with the Court at least 30 minutes prior to
12     the commencement of the trial.

13     **5. Summary of Deadlines**

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    USAO's Experts<br>    Defendants' Experts<br>    USAO's Rebuttal Experts | **To be determined**<br>**To be determined**<br>**To be determined** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed the Court | **To be determined** |
| **PRETRIAL CONFERENCE**<br>**Followed by Budgeting Hearing** | **March 28, 2017**<br>**1:30 P.M. - YAKIMA** |
| **PRETRIAL CONFERENCE** | **April 25, 2017**<br>**1:30 P.M. - RICHLAND** |
| **PRETRIAL CONFERENCE** | **June 13, 2017**<br>**1:30 p.m. – RICHLAND**<br>OR<br>**June 19, 2017**<br>**10:00 a.m. – RICHLAND**<br>OR<br>**June 21, 2017**<br>**10:00 a.m. - RICHLAND** |
| **PRETRIAL CONFERENCE** | **August 29, 2017**<br>**10:00 A.M. - RICHLAND** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **October 10, 2017**<br>**10:00 A.M. - RICHLAND** |

AMENDED CASE MANAGEMENT ORDER - 4

| | | |
|---|---|---|
| 1, 2 | CIs' identities, *Giglio* disclosures, and willingness to be interviewed disclosed to Defendants (if applicable) | **To be determined** |
| 3 | Grand jury transcripts produced to Defendants | **To be determined** |
| 4 | Exhibit & Witness lists filed and emailed to the Court | **To be determined** |
| 5, 6 | Notice of any witness likely to exercise Fifth Amendment rights and/or require appointed counsel filed with the Court | **To be determined** |
| 7 | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **To be determined** |
| 8 | Exhibits delivered to all other parties | **To be determined** |
| 9 | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **To be determined** |
| 10 | Trial notices filed with the Court | **To be determined** |
| | Exhibit binders delivered to the Court | **To be determined** |
| 11 | Technology readiness meeting (in-person) | **To be determined** |
| 12 | **JURY TRIAL** | **November 1, 2017 9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this   15th   day of March 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge