SAM SWANBERG
7014 W. Okanogan Place
Kennewick, WA 99336

Attorney for:
Edgar Omar Herrera Farias

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>VS.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>                Defendant. | NO. 4:15-CR-06049–EFS-16<br><br>PROPOSED ORDER |

BEFORE THIS COURT is Defendant's Motion to Allow Counsel to Appear Telephonically at the Pretrial and Ex Parte Hearings on March 18, 2017 (Ct. Rec._____). For the reasons set forth in Defendant's Motion, IT IS HEREBY ORDRED that the Defendant's Motion to Allow Counsel to Appear Telephonically at the Pretrial and Ex Parte Hearings on March 18, 2017 is **GRANTED**. The District Court executive is directed to enter this order and provide copies to Counsel.

        DATED THIS _____ day of March, 2013.

                                                _____
                                                EDARD F. SHEA
                                                United States District Court Judge