UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>EDGAR OMAR HERRERA FARIAS (16),<br><br>                    Defendant. | No.  4:15-CR-6049-EFS-16<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |

Before the Court, without oral argument, is defense counsel Samuel Swanberg's Motion to Allow Counsel to Appear Telephonically at the Pretrial and Ex Parte Hearings on 03/28/2017, ECF No. 363. Mr. Swanberg requests permission to appear telephonically at the March 28, 2017 pretrial conference and budgeting hearing due to a scheduling oversight resulting in him being out of town on that date. Mr. Swanberg represents that the Government does not object. Having reviewed counsel's submission, and given the limited topics to be addressed at the March 28, 2017 hearing, the Court finds good cause to grant Mr. Swanberg leave to appear telephonically.

Accordingly, **IT IS HEREBY ORDERED:** At the time designated for the hearing, Mr. Swanberg is to call into the Court's public conference line, **1-888-363-4749**. When prompted, he is to enter Access Code 7621230, and Security Code 0130.

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this    22nd    day of March 2017.

                        s/Edward F. Shea
                         EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Herrera Farias.ord.grant.app.tele.lc02.docx

ORDER - 2