# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>  vs.<br><br>JESE DAVID CARILLO CASILLAS (2);<br>ROSA ARACELI GRANADOS (3);<br>FRANCISCO DUARTE FIGUEROA (6);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>JUVENAL LANDA SOLANO (14);<br>ERICA MARIA SOLIS (15);<br>EDGAR OMAR HERRERA FARIAS (16);<br>JUAN BRAVO ZAMBRANO (19);<br>MIGUEL REYES GARCIA (21);<br>JOSE ADRIAN MENDOZA(23); and<br>VERONICA ELVIRA CORTEZ (24),<br><br>                       Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 3, 6, 7, 10,<br>              11, 14, 15, 16, 19, 21, 23, 24<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 03/28/2017  **LOCATION:** Yakima<br><br>**PRETRIAL CONFERENCE** |

| | | | |
|---|---|---|---|
| | **Senior Judge Edward F. Shea** | | |
| Cora Vargas | 02 | Estela Castro | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter appearing telephonically<br><br>**Plaintiff's Counsel** |  | Robin Emmans for Jese David Carillo Casillas (2)<br>James Egan and Adam Pechtel for Rosa Araceli Granados (3)<br>Rick Hoffman for Francisco Duarte Figueroa (6)<br>Ricardo Hernandez for Gabriela Mendoza Vasquez (7)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Gregory Scott for Salvador Gudino Chavez (11)<br>Troy Lee for Erica Maria Solis (15)<br>Samuel Swanberg appearing telephonically for Edgar Omar<br>    Herrera Farias (16)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23)<br>Lee Edmond for Veronica Elvira Cortez (24)<br><br>**Defendant's Counsel** | |

**[XX]  Open Court**

Defendant Jese David Carillo Casillas (2) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Rosa Araceli Granados (3) present, not in custody of the US Marshal
Defendant Francisco Duarte Figueroa (6) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Gabriela Mendoza Vasquez (7) present, not in custody of the US Marshal
Defendant Brittney Lee Zaragoza (10) present, not in custody of the US Marshal
Defendant Salvador Gudino Chavez (11) present, not in custody of the US Marshal
Defendant Juvenal Landa Solano (14) present in custody of the US Marshal
Defendant Erica Maria Solis (15) present, not in custody of the US Marshal
Defendant Edgar Omar Herrera Farias (16) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Juan Bravo Zambrano (19) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal
Defendant Veronica Elvira Cortez (24) present, not in custody of the US Marshal

Colloquy between Court and Ms. Van Marter regarding status of discovery disclosures

Colloquy between Court and counsel regarding trial and pretrial dates

Mr. Hernandez advises he doesn't feel an April pretrial conference is necessary

Ms. Emmons and Ms. Van Marter provide status update on production of discovery to discovery master, Behind the Gavel.  Ms. Emmons believes Behind the Gavel's proposed budget will most likely have to be revised

Colloquy between Court and counsel regarding setting of additional pretrial conferences

Court and counsel agree to reset the April 25, 2017 **pretrial conference** to **July 10, 2017 at 10:30 am in Richland**.

Mr. Smith addresses concerns regarding deadlines set in the Partial Amended Case Management Order

**Court**: Amended Case Management Order will issue with amended deadlines and dates

**[XX] ORDER FORTHCOMING**

| Convened: 1:50 pm | Adjourned:  2:40 pm | Time: 50  mins | |
|---|---|---|---|