UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>               v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>ROSA ARACELI GRANADO (3);<br>FRANCISCO DUARTE FIGUEROA (6);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO  CHAVEZ (11);<br>JUVENAL LANDA SOLANO (14); ERICA<br>MARIA SOLIS (15); EDGAR OMAR<br>HERRERA FARIAS(16); JUAN BRAVO<br>ZAMBRANO (19); MIGUEL REYES GARCIA<br>(21); JOSE ADRIAN MENDOZA (23);<br>AND VERONICA ELVIRA CORTEZ (24),<br><br>                              Defendants. | No.  4:15-CR-06049-EFS-2<br>        4:15-CR-06049-EFS-3<br>        4:15-CR-06049-EFS-6<br>        4:15-CR-06049-EFS-7<br>        4:15-CR-06049-EFS-10<br>        4:15-CR-06049-EFS-11<br>        4:15-CR-06049-EFS-14<br>        4:15-CR-06049-EFS-15<br>        4:15-CR-06049-EFS-16<br>        4:15-CR-06049-EFS-19<br>        4:15-CR-06049-EFS-21<br>        4:15-CR-06049-EFS-23<br>        4:15-CR-06049-EFS-24<br><br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

A pretrial conference occurred in the above-captioned matter on March 28, 2017.  Defendants Carillo Casillas (2), Granados (3), Figueroa (6), Mendoza Vasquez (7), Zaragoza (10), Chavez (11), Solano (14), Solis (15), Herrera Farias (16), Zambrano (19), Reyes Garcia (21), Mendoza (23), and Cortez (24) were present, represented by counsel. Assistant U.S. Attorney Stephanie Van Marter appeared telephonically on behalf of the U.S. Attorney's Office (USAO).  The

---

[1]  This Order amends the deadlines in the Court's prior Case Management Orders, ECF Nos. 101, 258, 281, 308, 336, 340 & 361.

AMENDED CASE MANAGEMENT ORDER - 1

1  Court had previously granted Defendant Solano's motion to continue,

2  *see* ECF Nos. 338 & 361, but due to disagreement between the parties

3  regarding case management deadlines, the Court set March 28, 2017, as

4  the time to discuss and set additional deadlines.

5      To ensure defense counsel is afforded adequate time to review

6  discovery, prepare any pretrial motions, conduct investigation, and

7  prepare for trial, the Court sets the following deadlines, extends the

8  pretrial motion deadline, and resets one of the currently scheduled

9  pretrial conference dates. Given the designation of this case as a

10 complex case — due to the number of Defendants and the substantial

11 discovery involved — the Court finds that the continuance is necessary

12 for adequate preparation by defense counsel. Although two Defendants

13 objected to continuing trial, the Court finds that the ends of justice

14 served by granting a continuance outweigh the best interest of the

15 public and all Defendants in a speedy trial.  The delay resulting from

16 the continuance is therefore excluded under the Speedy Trial Act as to

17 all Defendants.

18     Having considered the parties' proposed case schedules, ECF

19 Nos. 358 & 359, the Court now enters the following Amended Case

20 Management Order.  All counsel are expected to carefully read and

21 abide by this Order and such provisions of the prior Case Management

22 Orders, ECF Nos. 101, 258, 281, 308, 336, 340 & 361, which have not been

23 superseded hereby.  The Court will grant relief from the requirements

24 in this Order only upon motion and good cause shown.

25 //

26 /

AMENDED CASE MANAGEMENT ORDER - 2

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court finds, given the complexity of this case and defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(6), (7)(B)(i), (iii). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and all Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2. **Original Case Management Order.** Counsel must review the procedures in the prior Case Management Orders, ECF Nos. 101, 258, 281, 308, 336, 340 & 361, and abide by those procedures except for the new compliance deadlines in the following Summary of Amended Deadlines.

3. **Pretrial Conference**

   A. The April 25, 2017 pretrial conference is **RESET** to **July 10, 2017**, at **1:30 P.M.** in **RICHLAND**. At this hearing, the Court will hear motions regarding discovery.

   B. A pretrial conference **REMAINS SET** for August 29, 2017, at 10:00 a.m. in Richland. At this hearing, the Court will hear all *Daubert* motions.

AMENDED CASE MANAGEMENT ORDER - 3

| | |
|---|---|
| 1 | **C.** The final pretrial conference **REMAINS SET** for October |
| 2 | 10, 2017, at 10:00 a.m. in Richland. At this hearing, |
| 3 | the Court will hear all outstanding pretrial motions. |
| 4 | **D.** All Pretrial Conferences are scheduled to last no |
| 5 | more than **30 minutes**, with each side allotted **15** |
| 6 | **minutes** to present their own motions and resist |
| 7 | motions by opposing counsel. If any party |
| 8 | anticipates requiring longer than 15 minutes, that |
| 9 | party must notify the Courtroom Deputy at least seven |
| 10 | days prior to the hearing. **Any party who fails to** |
| 11 | **provide this notice will be limited to 15 minutes.** |
| 12 | **4. Trial**. This matter **REMAINS SET** for jury trial on **November** |
| 13 | **1, 2017**, at **9:00 a.m.** in **RICHLAND**. Counsel and Defendants |
| 14 | shall be prepared to meet with the Court at least 30 |
| 15 | minutes prior to the commencement of the trial. |
| 16 | **5.** Pursuant to 18 U.S.C. § 3161(h)(6), (7)(B)(i), and (iii), |
| 17 | the Court **DECLARES EXCLUDABLE from Speedy Trial Act** |
| 18 | **calculations** the period from **February 21, 2017**, the date |
| 19 | this case was declared complex, through **November 1, 2017,** |
| 20 | the new trial date, as the period of delay granted for |
| 21 | adequate preparation by counsel. |
| 22 | **6. Summary of Deadlines** |

| PRETRIAL CONFERENCE | July 10, 2017<br>1:30 P.M. - Richland |
|---|---|
| Rule 16 expert summaries produced to<br>other parties and emailed to Court:<br>    USAO's Experts<br>    Defendants' Experts<br>    USAO's Rebuttal Experts | <br><br>**July 14, 2017**<br>**July 21, 2017**<br>**July 28, 2017** |

AMENDED CASE MANAGEMENT ORDER - 4

| | |
|---|---|
| All *Daubert* motions filed | **August 7, 2017** |
| **PRETRIAL CONFERENCE** | **August 29, 2017**<br>**10:00 A.M. - RICHLAND** |
| **All pretrial motions filed, including motions in limine and discovery motions** | **September 18, 2017** |
| CIs' identities, *Giglio* disclosures, and willingness to be interviewed disclosed to Defendants (if applicable) | **October 2, 2017** |
| Grand jury transcripts produced to Defendants | **October 2, 2017** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **October 10, 2017** |
| Exhibit & Witness lists filed and emailed to the Court | **October 20, 2017** |
| Notice of any witness likely to exercise Fifth Amendment rights and/or require appointed counsel filed with the Court | **October 20, 2017** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **October 20, 2017** |
| Exhibits delivered to all other parties | **October 20, 2017** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **October 20, 2017** |
| Trial notices filed with the Court | **October 20, 2017** |
| Exhibit binders delivered to the Court | **October 23, 2017** |
| Technology readiness meeting (in-person) | **October 23, 2017** |
| **JURY TRIAL** | **November 1, 2017**<br>**9:00 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this __29th__ day of March 2017.

s/Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.ord.acmo.lc02.docm

AMENDED CASE MANAGEMENT ORDER – 5