JOHN P. NOLLETTE
Attorney at Law
1408 W. BROADWAY AVE.
SPOKANE, WA 99201
(509) 701-0566

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 4:15-CR-06049-EFS-12 |
| Plaintiff, | ) | |
| | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ADAM B. GOLDRING, | ) | |
| | ) | |
| Defendant. | ) | |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that JOHN P. NOLLETTE, the undersigned appears for and on behalf of Adam B. Goldring, the named Defendant in the above-captioned matter, and demands notice of all further proceedings in this matter.

Dated this 15th day of April, 2017.

/s/John P. Nollette
John P. Nollette, WSBA # 5474
Attorney for Defendant Goldring

NOTICE OF APPEARANCE - 2

JOHN P. NOLLETTE
ATTORNEY AT LAW
1408 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566
Fax: (509) 324-9029

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States postal Service the document to the following non-CM-ECF participant(s):

Stephanie Van Marter
Assistant United States Attorney
910 W. Riverside, Rm. 300
Spokane, WA  99201

/s/*John P. Nollette*
JOHN P. NOLLETTE, WSBA #5474
Attorney for Defendant Goldring

NOTICE OF APPEARANCE - 2

JOHN P. NOLLETTE
ATTORNEY AT LAW
1408 W. Broadway Ave.
Spokane, WA  99201
Ph: (509) 701-0566
Fax: (509) 324-9029