AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>ADAM BENJAMIN GOLDRING<br><br>_Defendant_ | )<br>)<br>)  Case No.  4:15-CR-6049-EFS-12<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     ADAM BENJAMIN GOLDRING,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE
18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING

Date: Dec 07, 2016, 10:09 am

_Issuing officer's signature_

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
_Printed name and title_

### Return

This warrant was received on _(date)_ 12/7/2016, and the person was arrested on _(date)_ 3/23/17
at _(city and state)_ Houston, TX.

Date: 3/23/17

Arrested within the S/TX
By: FBI
_(Agency)_   _Arresting officer's signature_
Executed On: 3/23/17
Sign: Reagan R. Navey, USMS
_Printed name and title_