George P. Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Ste. 100
Yakima, WA 98901
(509) 452-7777

**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  vs.<br><br><br>JESE DAVID CARILLO CASILLAS,<br><br>                Defendant. | No. 4:15-cr-6049-EFS-2<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:  ROBIN C. EMMANS, ATTORNEY AT LAW;
TO:  UNITED STATES DISTRICT COURT CLERK;
TO:  STEPHANIE VAN MARTER, ASSISTANT U.S. ATTORNEY;

    NOTICE IS HEREBY GIVEN that court appointed counsel for the defendant, ROBIN C. EMMANS in the above-captioned action, herewith substitutes GEORGE P. TREJO, JR. as attorney for defendant in the above entitled cause of action and requests that all further papers and pleadings, exclusive of original process, be served upon THE TREJO LAW FIRM, at 701 N. 1st Street, Suite 100, Yakima, Washington 98901.

    DATED this 21st day of April, 2017.

                                <u>S/Robin C. Emmans approved telephonically</u>
                                ROBIN C. EMMANS
                                Withdrawing Attorney

Approved:
**THE TREJO LAW FIRM**
<u>S/George Paul Trejo, Jr.</u>
GEORGE PAUL TREJO, JR.
Retained Counsel for Defendant

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL

GEORGE PAUL TREJO, JR.
THE TREJO LAW FIRM
701 NO. 1ST STREET, SUITE 100
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie Van Marter, AUSA

Robin C. Emmans, Attorney at Law

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

DATED this 21st day of April, 2017, in Yakima, Washington.

>THE TREJO LAW FIRM
>S/George P. Trejo, Jr.
>George P. Trejo Jr.
>Attorney at Law

-2-
NOTICE OF SUBSTITUTION OF COUNSEL

GEORGE PAUL TREJO, JR.
THE TREJO LAW FIRM
701 NO. 1ST STREET, SUITE 100
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM