# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. ADAM BENJAMIN GOLDRING**     Case No.    4:15-CR-06049-EFS-12

**Arraignment/Initial Appearance on 2ⁿᵈ Superseding Indictment:**     04/21/2017

☒ Pam Howard, Courtroom Deputy [Y]     ☒ Benjamin Seal, US Atty
                                        ☒ John Nollette, Defense Atty

☒ Erica Helms, US Probation / Pretrial Services Officer     ☒ Interpreter **NOT REQUIRED**

☒ Defendant present ☒ in custody USM     ☐ Defendant not present / failed to appear
    ☐ out of custody

---

☒ USA Motion for Detention     ☒ Rights given
☐ USA not seeking detention     ☒ Acknowledgment of Rights filed
☒ Financial Affidavit (CJA 23) filed     ☒ Defendant received copy of charging document
☐ The Court will appoint the Federal Defenders     ☒ Defendant waived reading of charging document
☒ Based upon conflict with Federal Defenders, the Court will maintain the appointment of CJA Panel Attorney John Nollette     ☐ Charging document read in open court
☐ PRE-Trial Services Report ordered     ☐ POST Pre-Trial Services Report ordered
                                         ☐ AO199c Advice of Penalties & Sanctions filed

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
   "Not guilty" plea entered.
   Discovery to be provided pursuant to the local rule on discovery.

   Colloquy between the parties regarding discovery and Defendant's next court dates.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing:**
*Waived by Defendant;*
**USA's Motion for Detention is** *granted.*
*Subject to right to return before the Court should circumstances change.*

---

FTR/Y-102     Time: 1:37 p.m. – 1:46 p.m.     Page 1