# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>FRANCISCO DUARTE FIGUEROA,<br>                            Defendant. | Case No.  4:15-CR-6049-EFS-6<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 04/25/2017  **LOCATION:** Richland<br><br>**CHANGE OF PLEA HEARING** |

| | Senior Judge Edward F. Shea | | |
|---|---|---|---|
| Cora Vargas<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk** | Estela Castro<br><br>**Interpreter** | Kim Allen<br><br>**Court Reporter** |
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | | Rick L. Hoffman<br><br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, in custody of the US Marshal; being assisted by the Court's interpreter

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for August 8, 2017 at 11:00 AM in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDER FORTHCOMING**

| CONVENED:  11:04 AM | ADJOURNED:  11:40 AM | TIME: 36 MINS | |
|---|---|---|---|