UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>ROSA ARACELI GRANADO (3);<br>FRANCISCO DUARTE FIGUEROA (6);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11); ADAM<br>BENJAMIN GOLDRING (12); JUVENAL<br>LANDA SOLANO (14); ERICA MARIA<br>SOLIS (15); EDGAR OMAR HERRERA<br>FARIAS(16); JUAN BRAVO ZAMBRANO<br>(19); MIGUEL REYES GARCIA (21);<br>JOSE ADRIAN MENDOZA (23); AND<br>VERONICA ELVIRA CORTEZ (24),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-3<br>     4:15-CR-06049-EFS-6<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-12<br>     4:15-CR-06049-EFS-14<br>     4:15-CR-06049-EFS-15<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br>     4:15-CR-06049-EFS-24<br><br>**EX PARTE**<br><br>**ORDER REGARDING BUDGETING AND CJA VOUCHERS** |

On March 28, 2017, the Court held a budgeting hearing in this matter, at which Defendants Carillo Casillas (2), Granados (3), Figueroa (6), Mendoza Vasquez (7), Zaragoza (10), Chavez (11), Solano (14), Solis (15), Herrera Farias (16), Zambrano (19), Reyes Garcia (21), Mendoza (23), and Cortez (24) were present, each represented by counsel. Assistant U.S. Attorney Stephanie Van Marter appeared telephonically on behalf of the U.S. Attorney's Office (USAO). Since that time, Defendant Adam Benjamin Goldring (12) has been taken into

AMENDED CASE MANAGEMENT ORDER - 1

custody and made his initial appearance in this matter. At this time, the Court enters orders related to the March 28, 2017 hearing that will aid in the efficient processing of budgeting issues and payment requests in this case.

At the hearing, the Court approved the use of Behind the Gavel as a discovery coordinator, based on a quote indicating that its services would cost approximately $46,600. Discovery Lead Counsel Robin C. Emmans had previously submitted a CJA Funding Application that included a request for $45,000 for the Behind the Gavel service, and the Court also approved that request. All other budgeting requests have been addressed through individual approval requests submitted by counsel, and the Court will continue to address budgeting requests in this way.

At the March 28, 2017 hearing, the Court directed counsel to update the Court as to Behind the Gavel's progress within 30 days of the hearing. The Court now orders that Discovery Lead Counsel or Budgeting Lead Counsel shall provide monthly updates to the Court regarding Behind the Gavel's progress, beginning May 5, 2017. In the event the cost of the Behind the Gavel service increases beyond the $45,000 amount pre-approved by the Court, Budgeting or Discovery Lead Counsel shall submit a timely motion with good cause shown for approval of additional CJA funds.

In addition, to ensure efficient and timely processing of CJA payment vouchers, the Court now directs counsel to submit payment vouchers by no later than the 15th day of every other month, beginning May 15, 2017.

AMENDED CASE MANAGEMENT ORDER - 2

Accordingly, **IT IS HEREBY ORDERED:**

1. CJA counsel shall file payment vouchers by no later than the 15th day of **every other month, beginning May 15, 2017**.

2. Budgeting or Discovery Lead Counsel shall update the Court as to Behind the Gavel's progress **every 30 days, beginning May 5, 2017**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all defense counsel.

**DATED** this  27th  day of April 2017.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge