UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESE DAVID CARILLO CASILLAS (2),<br><br>                    Defendant. | No.  4:15-CR-6049-EFS-2<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW** |

Before the Court, without oral argument, is defense counsel George Paul Trejo, Jr.'s Motion to Allow Counsel to Withdraw, ECF No. 398. Mr. Trejo seeks an order allowing him to withdraw from representation of Defendant Jese David Carillo Casillas. Mr. Trejo also requests that his previously filed Notice of Withdrawal and Substitution of Counsel, ECF No. 381, be withdrawn. Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Attorney Robin C. Emmans was previously appointed to represent Mr. Carillos Casillas. *See* ECF No. 35. The Court did not approve Mr. Trejo's substitution and Ms. Emmans's appointment was never terminated. Ms. Emmans has thus remained Mr. Carillo Casillas's counsel of record, and, upon Mr. Trejo's termination, will continue to represent Mr. Carillos Casillas.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Attorney George Paul Trejo, Jr.'s Motion to Allow Counsel to Withdraw, **ECF No. 398**, is **GRANTED.**
2. The related ex parte hearings set for May 16, 2017 are **STRICKEN.**
3. The Notice of Withdrawal and Substitution filed by Mr. Trejo, **ECF No. 381**, is **WITHDRAWN** and **STRICKEN.**
4. The Clerk's Office is directed to **TERMINATE** George Paul Trejo, Jr. as counsel for Defendant Jese David Carillo Casillas, **effective May 4, 2017**, the date Defendant's motion was filed.
5. Robin C. Emmans shall continue to serve as Mr. Carillo Casillas's attorney.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to George Paul Trejo, Jr., Robin C. Emmans, and all counsel.

**DATED** this  5th  day of May 2017.

        s/Edward F. Shea
        EDWARD F. SHEA
     Senior United States District Judge