UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | *PROPOSED* ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| BRITTNEY LEE ZARAGOZA, | ) ) | |
| Defendant. | ) | |

BEFORE THIS COURT is Defendant's Motion to Modify Conditions of Release. For the reasons set forth in Defendant's motion, IT IS HEREBY ORDERED that Defendant's Motion to Modify Conditions of Release is GRANTED, and Ms. Zaragoza is allowed to move out of the Eastern District of Washington to the Western District of Washington. All other conditions of the Order Establishing Conditions of Release (ECF 269) shall remain in full force and effect.

The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED this _____ day of May, 2017.

_____
MARY K. DIMKE
United States Magistrate Judge

ORDER GRANTING MOTION TO
MODIFY CONDITIONS OF RELEASE

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282