AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>JULIO CESAR ROSALES SAUCEDO<br><br>*Defendant* | )<br>)  Case No.  4:15-CR-6049-EFS-9<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JULIO CESAR ROSALES SAUCEDO                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE
18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING
21 U.S.C. 841(a)(1), (b)(1)(A)(i), (vi) POSSESSION WITH THE INTENT TO DISTRIBUTE 1 KILOGRAM OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING HEROIN AND 400 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING N-PHENYL-N PROPANAMIDE

Date: Dec 07, 2016, 10:06 am

*Issuing officer's signature*

City and state:   Spokane, Washington         Sean F. McAvoy, Clerk of Court/DCE
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/7/16 , and the person was arrested on *(date)* 4/28/17
at *(city and state)* Los Angeles, CA .

Date: 5/2/17

Arrested within the C/CA
By: FBI
(Agensting *officer's signature*)
Executed On 5/2/17
Sign: [signature]
*Printed name and title*