# Exhibit 4

14

05/10/2017

To whom this may concern I Georgina Rincon have been having money problems and issues with my husband and going through court. My mother came from Mexico for 6 months and I have a full house. As much as I would love to have Brittney Zaragoza stay with me, it is becoming a little difficult with everything I'm going through emotionally and financially.

Thank you

15