JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 4:15-CR-6049-EFS-10 |
| vs. | ) |
| | ) United States' Response to |
| BRITTNEY LEE ZARAGOZA, | ) Defendant's Motion to Modify |
| | ) Conditions of Release |
| Defendant. | ) |

    Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following response to Defendant's Motion to Modify Conditions or Release (ECF Nos. 401, 408).

    On January 11, 2017, the Defendant was released pending trial under both standard and special conditions which included the following: the Defendant shall remain in the Eastern District of Washington, obtain mental health and substance abuse evaluations and follow those recommendations.  *See*, ECF No.

United States' Response to Defendant's Motion to Modify Conditions
of Release - 1
Zaragoza.Response[401].docx

277. Since the Court imposed those conditions, the Defendant has reported that she is pregnant and that her pregnancy is high risk. Defendant now seeks to modify her conditions of release to allow her to move to the west side of the state to live in Renton WA with her current boyfriend and expectant father. After conferring with Probation Officer David McCary, the United States joins his objection to this requested modification.

The United States echoes several concerns raised by Probation and further submits that the Defendant has failed to present sufficient information that would overcome those substantial concerns. First, the Defendant has already struggled on pre-trial release. As reported by probation, prior to the pregnancy the Defendant was having difficulty with transportation and getting to her required appointments and meetings. Now with the added concern of a high risk pregnancy, there appears to be inconsistent information as to the difficulty additional travel in a vehicle will cause her and the baby. Living on the west side most certainly complicates that issue. The United States respectfully submits the information from her Doctor is incomplete and vague and certainly does not resolve the inconsistent information provided by the Defendant to probation regarding this issue.

Moreover, the Defendant reported to Officer McCary just over a week ago that her boyfriend was a long haul trucker and as a result, could reside anywhere. As a result, the Defendant told probation that he was looking for housing here in this district. Officer McCary was surprised to hear of the instant motion and even more concerned as this modification removes the Defendant from the existing services she has in place, takes her farther away from her existing medical care to a location with less stability. The new proposed residence has not been reviewed for suitability and according to probation creates

United States' Response to Defendant's Motion to Modify Conditions
of Release - 2
Zaragoza.Response[401].docx

even more of a transportation difficulty.  The United States understands that the Defendant's boyfriend has offered to drive her to appointments but the practicality of that remains an issue.

Lastly, probation has also been advised that a move to the west side is not supported by the Defendant's immediate family and further there is great concern for the lifestyle surrounding the Defendant not only for her health and sobriety but for the health of her baby.  This concern is even greater when there is a report as to her mental health declining.

The Defendant's pre-trial release has already faced instability and difficulty.  A move to the west side of the state under these circumstances is likely setting up the Defendant for failure and will create more of an impediment to her access to much needed medical and mental health treatment.  The United States objects to the proposed modification and will offer more in support of its objection at the hearing.

DATED this 16th day of May 2017.

                        Joseph H. Harrington
                        Acting United States Attorney

                        *s/Stephanie Van Marter*

                        Stephanie Van Marter
                        Assistant United States Attorney

United States' Response to Defendant's Motion to Modify Conditions of Release - 3
Zaragoza.Response[401].docx

# CERTIFICATION

I hereby certify that on May 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Victor H. Lara, vh_lara@hotmail.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney