RICHARD J. TROBERMAN, P.S.
Attorney at Law
WSBA No. 6379
520 Pike Street, Suite 2500
Seattle, WA 98101-1385
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
E-Mail: tmanlaw@aol.com

Attorney for Defendant
Adam Benjamin Goldring

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:15-cr-6049-EFS-12 |
| vs. | **MOTION TO EXPEDITE HEARING ON MOTION TO SUBSTITUTE COUNSEL** |
| ADAM BENJAMIN GOLDRING, | |
| Defendant. | [Without Oral Argument]<br>Hearing Date: May 24, 2017 |

COMES NOW the defendant, ADAM BENJAMIN GOLDRING, by and through RICHARD J. TROBERMAN, P.S., and moves the Court for an order expediting the time for hearing on counsel's Motion to Substitute Counsel in this matter and to permit the withdrawal of attorney John Nollette. This motion is based on the pleadings, records, and files herein, and for the reasons set forth below.

MOTION TO EXPEDITE HEARING ON
MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

An expedited hearing is necessary in this matter. This is a complex case in which 15 defendants have appeared to date, and it is anticipated that additional defendants who have been named in the indictment but have not yet been arrested may appear in the future.

Defendant Adam Goldring was arrested on March 23, 2017. On April 15, 2017, Attorney John Nollette was appointed to represent Mr. Goldring pursuant to the Criminal Justice Act. Dkt. # 375. Mr. Goldring made his initial appearance in this district on April 21, 2017. Dkt. # 382. He was ordered detained on the same date. Dkt. # 385. On April 24, 2017, the Court issued an Order Setting Pretrial Conferences and Trial to Coincide with Co-Defendants. DKT. # 387.

The discovery in this case is voluminous, and a Discovery Coordinator has been appointed. The case involves a conspiracy alleged to have commenced in 2011, and alleges conduct occurring in both the Eastern District of Washington and in Canada. Mr. Goldring has been joined for trial with 15 other defendants, many who have been involved in the case since August and September, 2016. In order to provide effective assistance of counsel and to adequately prepare for trial given the current schedule, it is incumbent upon counsel to formally appear in this case and begin preparation of Mr. Goldring's

MOTION TO EXPEDITE HEARING ON
MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

defense as quickly as possible.

Accordingly, defendant requests that the hearing on Defendant's Motion to Substitute Counsel be expedited. No oral argument is requested on this motion.

DATED this 19 day of May. 2017.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA #6379
Proposed Substituting Attorney
for Defendant Adam Goldring

MOTION TO EXPEDITE HEARING ON
MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I electronically filed the foregoing "MOTION TO EXPEDITE HEARING ON MOTION TO SUBSTITUTE COUNSEL" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

MOTION TO EXPEDITE HEARING ON
MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 4

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111