RICHARD J. TROBERMAN, P.S.
Attorney at Law
WSBA No. 6379
520 Pike Street, Suite 2500
Seattle, WA 98101-1385
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
E-Mail: tmanlaw@aol.com

Attorney for Defendant
Adam Benjamin Goldring

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | No. 4:15-cr-6049-EFS-12 |
| ) | |
| vs. ) | **MOTION TO SUBSTITUTE COUNSEL** |
| ) | |
| ADAM BENJAMIN GOLDRING, ) | |
| ) | [Without Oral Argument] |
| *Defendant.* ) | |
| _____ ) | Hearing Date: May 24, 2017 |

COMES NOW the defendant, ADAM BENJAMIN GOLDRING, by and through his proposed attorney, RICHARD J. TROBERMAN, P.S., and moves the Court for leave to substitute RICHARD J. TROBERMAN, P.S. as his counsel of choice in this matter, and to permit the withdrawal of his current counsel, JOHN NOLLETTE.

MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

DATED this 19 day of May. 2017.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA #6379
Proposed Substituting Attorney
for Defendant Adam Goldring

MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I electronically filed the foregoing "MOTION TO SUBSTITUTE COUNSEL" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

MOTION TO SUBSTITUTE COUNSEL;
Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111