# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  BRITTANY LEE ZARAGOZA**               Case No.    4:15-CR-06049-EFS-10

**Defendant's Motion to Modify Conditions of Release (ECF 401) Hearing:**               05/22/2017

- ☒ Pam Howard, Courtroom Deputy [Y/tele]
- ☒ Cora Vargas, Courtroom Deputy [R]
- ☒ David McCary, US Probation / Pretrial Services

- ☒ Stephanie Van Marter, US Atty
- ☒ Victor Lara, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

- ☒ Defendant present ☐ in custody USM  ☒out of custody
- ☐ Defendant not present / failed to appear

---

## REMARKS

Defense counsel argued for a modification of the Defendant's release conditions to allow Defendant to move to the Renton area.  Defense that there are conditions will reasonably assure Defendant's appearance as required.

Court colloquy with Defense regarding Defendant's boyfriend employment and residence.  The Defendant addressed the Court.

USA argued that if Defendant would sign releases of information with DSHS, the probation officer could work on getting housing for Defendant.  USA argues there concerns with Defendant's move to the west side.  USA suggests this hearing be continued for another week.

Defense counsel presents reply argument.

**The Court ordered:**
1. USA's Motion to Continue the hearing is **granted**.  Hearing is continued to Thursday, June 1 at 12:30 p.m.
2. Defendant is to sign release of information forms for Probation Office McCary to obtain information from DSHS.
3. Probation is to check out the proposed residence of Defendant's boyfriend and report to the Court.

### Continuance of Bail Review Hearing:

### 06/01/2017 @ 12:30 p.m. [R/MKD]

---