UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ADAM BENJAMIN GOLDRING (12),<br><br>                Defendant. | No.  4:15-CR-06049-EFS-12<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL** |

Before the Court, without oral argument, is Defendant Adam Benjamin Goldring's (12) Motion to Substitute Counsel, ECF No. 411, and related Motion to Expedite, ECF No. 410. Defendant seeks the withdrawal of appointed counsel John Patrick Nollette and the substitution of retained counsel Richard J. Troberman as counsel of record in this matter. Mr. Nollette was appointed to represent Defendant on April 10, 2017. ECF No. 372. Defendant made his initial appearance in this case on April 21, 2017. ECF No. 382. Mr. Nollette was recently appointed, and he has not yet appeared before this Court on behalf of Defendant, nor has he filed briefing on behalf of Defendant. As such, the Court finds that no prejudice or delay will result from this substitution. The Court therefore finds good cause to grant Defendant's motion, which results in the termination of one law office and the appearance of a new law office. *See* LR 83.2(d)(3).

ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Adam Benjamin Goldring's Motion to Substitute Counsel, **ECF No. 411**, is **GRANTED.**
2. Defendant Adam Benjamin Goldring's Motion to Expedite, **ECF No. 410,** is **GRANTED.**
3. The Clerk's Office is directed to **TERMINATE** John Patrick Nollette as counsel for Defendant and to **SUBSTITUTE** Richard J. Troberman as new counsel for Defendant Goldring (12), effective May 19, 2017, the date Defendant's motion was filed.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, including Mr. Nollette and Mr. Troberman.

**DATED** this 22nd day of May 2017.

                        _____   s/Edward F. Shea   _____
                                EDWARD F. SHEA
                  Senior United States District Judge