Law Office of J. Gregory Lockwood, PLLC
421 W. Riverside, Ste. 960
Spokane WA 99201
Telephone: (509) 624-8200
Facsimile: (509) 623-1491
jgregorylockwood@hotmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 15-CR-6049-EFS-14 |
|---|---|
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| JUVENAL LANDA SOLANO (14), | |
| Defendant. | |

PLEASE TAKE NOTICE that attorney J. Gregory Lockwood, attorney for Defendant, in the above entitled matter, hereby comes and gives notice to the Court, the opposing party, opposing counsel, and all other parties of record that the undersigned will be unavailable from **June 8, 2017 through June 18, 2017.**

The undersigned will be unavailable for contact or court appearances during the above mentioned dates, and respectfully requests that no matters be scheduled, or correspondence issued that requires direct response or which will require attention during the above mentioned time period. This notice is to inform the above referenced parties and the Clerk of the Court that no court hearings or depositions should be scheduled during the above-mentioned dates.

NOTICE OF UNAVAILABILITY - 1

Dated this 23rd day of May, 2017.

        LAW OFFICE OF
        J. GREGORY LOCKWOOD, PLLC

        /s/ *J. Gregory Lockwood*
        J. GREGORY LOCKWOOD, WSBA 20629
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I, LORRIE HODGSON, hereby certify that on May 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, United States Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

        /s/ *Lorrie Hodgson*
        Paralegal to J. GREGORY LOCKWOOD,
        Law Office of J. Gregory Lockwood
        421 West Riverside, Suite 960
        Spokane, WA 99201
        Phone: (509) 624-8200
        Fax: (509) 623-1491

NOTICE OF UNAVAILABILITY - 2