# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSA GRANADOS,<br><br>Defendant | Case No.: 4:15-CR-6049-EFS-3<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Defendant moves to substitute new appointed counsel. Defendant requests that appointed counsel Jim Egan and Adam Pechtel withdraw and that new counsel be appointed. Defendant believes that her telephone calls to counsel have not been timely answered and that communications have broken down to a point that defendant has no confidence in Jim Egan or Adam Pechtel.

Attorney Jim Egan and mentee Adam Pechtel agree that communication has broken down and that a new attorney should be appointed in the interests of justice.

Dated this 25th day of May, 2017.

James E. Egan,   WSBA #3393
Attorney at Law

Adam R. Pechtel WSBA #43743
Attorney at Law

MOTION TO SUBSTITUTE COUNSEL - 1
JAMES E. EGAN, P.S.

ATTORNEY AT LAW
21 NORTH CASCADE STREET
KENNEWICK, WA 99336
(509) 586-3091

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I electronically filed the foregoing with the clerk of the court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Stephanie A. Van Marter, USAWAE.SVanMarterECF@usdoj.gov

James E. Egan, P.S.  WSBA #3393
Attorney at Law

MOTION TO SUBSTITUTE COUNSEL - 2
JAMES E. EGAN, P.S.

ATTORNEY AT LAW
21 NORTH CASCADE STREET
KENNEWICK, WA  99336
(509) 586-3091