**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

# MAGISTRATE JUDGE JOHN T. RODGERS

**4:15-CR-6049-EFS-9**
**USA v JULIO CESAR ROSALES SAUCEDO**

**ARRAIGNMENT / INITIAL APPEARANCE: 5/30/17**

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Caitlin Baunsgard, USAtty |
| [ X ] | Melissa Orosco, Courtroom Deputy | [ X ] | Ron Van Wert, Defense Counsel |
| [ X ] | Stephanie Cherney, Pretrial / Probation | [ X ] | Bea Rump, Interpreter |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and with the assistance of federally certified Spanish interpreter, Bea Rump.  Defendant was advised of his rights and the allegations contained in the Indictment.  "Not guilty" plea was entered.  Counsel was previously appointed to represent defendant and that appointment shall continue.

The Government has filed a motion for detention. Defendant waived his right to a bail hearing, but reserved the right to revisit the matter should circumstances change.  Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

FTR/S-740 * 1:33 - 1:46 pm
ARRAIGNMENT / INITIAL APPEARANCE: 5/30/17