UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR ROSALES-SAUCEDO,<br><br>Defendant. | No. 4:15-CR-06049-EFS-9<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 421)** |

At Defendant's May 30, 2017 initial appearance and arraignment based on an Indictment, Defendant appeared, in custody, with his counsel, Ronald A. Van Wert, and was assisted by federally-certified interpreter Bjelava Ana Rump. He was advised of, and acknowledged, his rights. Assistant U.S. Attorney Caitlin A. Baunsgard represented the United States.

Defendant, on his plea of not-guilty, is bound over to the United States District Court for trial.

Defendant, personally and through counsel, waived the right to a bail hearing. Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

If a party desires this Court to reconsider detention status or conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in detention status or conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument, and will set a hearing or issue other orders as may be appropriate.

The United States' motion for detention, **ECF No. 421**, is **GRANTED**.

**IT IS SO ORDERED.**

DATED May 30, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2