UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ROSA ARACELI GRANADOS (3),<br><br>                              Defendant. | No.  4:15-CR-6049-EFS-3<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW** |

Before the Court is a Motion to Substitute Counsel, ECF No. 418, filed by James E. Egan, counsel for Defendant Rosa Araceli Granados (3). Mr. Egan seeks an order allowing him to withdraw due to a breakdown in communication, and also asks that new counsel be appointed to represent Defendant in this matter. The Court finds good cause to allow Mr. Egan to withdraw and refers this matter to the magistrate judge for appointment of counsel. Adam Pechtel is assigned to this matter as a CJA mentee, and he may remain on the case if that arrangement is suitable to Mr. Pechtel and Defendant's new attorney.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Substitute Counsel, **ECF No. 418**, is **GRANTED**. Mr. Egan is to promptly forward Defendant's file to newly appointed counsel.

ORDER - 1

2. This matter is **REFERRED** to Magistrate Judge Mary K. Dimke to appoint new counsel to represent Defendant in this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to both counsel and Magistrate Judge Dimke.

**DATED** this 31st day of May 2017.

> s/Edward F. Shea
> EDWARD F. SHEA
> Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Granados.wdraw.appoint.lc02.docx

ORDER - 2