UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-10 |
|---|---|
| Plaintiff, | ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| BRITTNEY LEE ZARAGOZA, | **ECF No. 401, 402** |
| Defendant. | |

On Thursday, June 01, 2017, the Defendant appeared with her Attorney Victor Lara for a continuation of the hearing on Defendant's motion to modify conditions of release. Assistant United States Attorney Stephanie Van Marter represented the United States.

Defendant withdrew her Motion to Modify Conditions of Release (ECF No. 401).

ORDER - 1

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (ECF No. 401) is WITHDRAWN.

2. Motion to Expedite (ECF No. 402) is GRANTED.

DATED June 1, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2