# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. BRITTANY LEE ZARAGOZA**                    Case No.    **4:15-CR-06049-EFS-10**

**Continuance of Defendant's Motion to Modify**                    06/01/2017
**Conditions of Release (ECF 401) Hearing:**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/Tele] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Debbie Brasel, Courtroom Deputy [R] | ☒ | Victor Lara, Defense Atty |
| ☒ | David McCary, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☐ in custody USM ☒ out of custody | ☐ | Defendant not present / failed to appear |

---

## REMARKS

Defense counsel withdraws their motion.

**The Court ordered:**
1. Defendant's Motion to Modify Conditions of Release (ECF 401) is **withdrawn**.