UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) |
| vs. | ) *PROPOSED* |
| | ) ORDER GRANTING 2nd MOTION TO |
| | ) MODIFY CONDITIONS OF RELEASE |
| BRITTNEY LEE ZARAGOZA, | ) |
| Defendant. | ) |

BEFORE THIS COURT is Defendant's 2nd Motion to Modify Conditions of Release. For the reasons set forth in Defendant's motion, IT IS HEREBY ORDERED that Defendant's 2nd Motion to Modify Conditions of Release is GRANTED; IT IS FURTHER ORDERED as follows:

All other conditions of the Order Setting Conditions of Release (ECF 77) shall remain in full force and effect.

The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Probation/Pretrial Services Office.

ORDER GRANTING DEFENDANT'S 2ND MOTION
TO MODIFY CONDITIONS OF RELEASE

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

DATED this _____ day of June, 2017.

_____
MARY K. DIMKE
United States Magistrate Judge

ORDER GRANTING DEFENDANT'S 2ND MOTION
TO MODIFY CONDITIONS OF RELEASE

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282