AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>ALFREDO MAGANA GARIBAY, aka Freddy<br><br>_____<br>*Defendant* | )<br>)  Case No.  4:15-CR-6049-EFS-18<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ALFREDO MAGANA GARIBAY, aka Freddy                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE

Date:  Dec 07, 2016, 10:15 am                     _____
                                                  *Issuing officer's signature*

City and state:  Spokane, Washington              Sean F. McAvoy, Clerk of Court/DCE
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 12/7/16 , and the person was arrested on *(date)* 6/7/17
at *(city and state)* Richland, WA .

Date: 6/7/17

Arrested within the E/WA
By: FBI
(Agency)

Executed On: 6/7/17
Sign: Reagan R. Tavey, USMS
*Printed name and title*