# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. ALFREDO MAGANA GARIBAY**          Case No.   4:15-CR-6049-EFS-18

**Initial Appearance/Arraignment on Second Superseding Indictment/Bail Hearing:**          06/08/2017

| | | | |
|---|---|---|---|
| ☒ | Cora Vargas, Courtroom Deputy /R | ☒ | Earl Hicks, US Atty /S |
| ☒ | Melissa Orosco, Courtroom Deputy /S | ☒ | Michael Lynch, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | | Interpreter   -   **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | Supplemental Pretrial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea was entered.

The Court will appoint Michael Lynch to represent Defendant Garibay.

Discovery is to be provided pursuant to the local rule.

Oral motion for continuance of the bail hearing and argument by Mr. Hicks.

**The Court ordered:**
1. Bail hearing to be continued on Monday, June 12, at 10:30 in Richland.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Bail Hearing continued:**
**06/12/2017   10:30   MKD / R**

FTR/R-189   Time: 12:00–12:12 and 12:24-12:32 p.m.   Page 1