1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF WASHINGTON

10 | UNITED STATES OF AMERICA, | No. 4:15-CR-6049-EFS-18
11 | Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
12 | vs. |
13 | ALFREDO MAGANA GARIBAY, | **ECF No. 443**
14 | Defendant. | **\*\*ACTION REQUIRED\*\***

16   On Thursday, June 08, 2017, the Defendant made his initial appearance and

17 was arraigned based on the Second Superseding Indictment (ECF No. 152). The

18 Defendant appeared, in custody, with his attorney Mike Lynch.  Assistant United

19 States Attorney Earl Hicks represented the United States.

20

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT - 1

1  Defendant was advised of, and acknowledged the charge against him and the

2  penalties he faces.

3  Defendant was advised of, and acknowledged Defendant's rights.

4  Defendant pled not guilty.

5  A member of the Criminal Justice Act Panel, Mike Lynch, was appointed to

6  represent the Defendant.

7  The United States moved for detention (ECF No. 436).  The United States

8  moved for a three day continuance of the detention hearing (ECF No 443).  The

9  Court **GRANTED the United States' Motion for Continuance (ECF No. 443)**.

10  A detention hearing was set before **Judge Dimke in Richland, Washington, on**

11  **Monday, June 12, 2017, at 10:30 AM.**

12  The Court directs the parties to review the Local Criminal Rules governing

13  discovery and other issues in this case.  http://www.waed.uscourts.gov/court-

14  info/local-rules-and-orders/general-orders.

15  Until further order of this Court, the Defendant shall be committed to the

16  custody of the Attorney General for confinement in a corrections facility separate,

17  to the extent practicable, from persons awaiting or serving sentences or being held

18  in custody pending appeal.  Defendant shall be afforded reasonable opportunity for

19  private consultation with counsel.  On order of a court of the United States or on

20  request of an attorney for the United States, the person in charge of the corrections

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT - 2

facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this June 8, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT - 3