# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

| | |
|---|---|
| USA v. ALFREDO MAGANA GARIBAY | Case No.   4:15-CR-6049-EFS-18 |

**Continuance of Bail Hearing:**  06/12/2017

- ☒ Pam Howard, Courtroom Deputy [Y/tele]
- ☒ Cora Vargas, Courtroom Deputy [R] and Melissa Orosco, Courtroom Deputy [S/video]
- ☒ Erica Helms, US Probation / Pretrial Services [Y/tele]
- ☒ Defendant present ☒ in custody USM ☐ out of custody

- ☒ Stephanie Van Marter and Earl Hicks, US Atty by video from Spokane
- ☒ Michael Lynch, Defense Atty
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☒ Defendant continued detained
- ☐ Conditions of Release imposed
- ☐ 199C Advice of Penalties/Sanctions

## REMARKS

  Mr. Hicks argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.
  Mr. Hicks presented 2 documents from Homeland Security, USCIS concerning the Defendant. Ms. Van Marter addressed the Court.
  Court colloquy with Mr. Hicks regarding this Defendant's role in this case.
  Defense counsel requested a continuance in light of immigration documents presented today.

**The Court ordered:**
1. Defense Oral Motion to Continue is **granted**.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Bail Hearing (2nd Cont.)**

**06/15/2017 @ 2:30 p.m. [R/MKD]**
**(Video Conf)**