1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF WASHINGTON

11 | UNITED STATES OF AMERICA,

No. 4:15-CR-6049-EFS-18

12 |              Plaintiff,

ORDER GRANTING UNITED
STATES' MOTION FOR
DETENTION

13 | vs.

14 | ALFREDO MAGANA GARIBAY,

**ECF No. 436**

15 |              Defendant.

16

On Thursday, June 15, 2017, the Defendant appeared, in custody, with his

17

attorney Mike Lynch for a continuation of Defendant's detention hearing.

18

19
Assistant United States Attorney Earl Hicks represented the United States.

The United States moved for detention (ECF No. 436). The Defendant,

20

personally and through counsel, waived his right to a detention hearing.

ORDER GRANTING UNITED STATES' MOTION FOR DETENTION - 1

1      Accordingly, **IT IS SO ORDERED**:

2      1.      The United States' Motion for Detention (**ECF No. 436**) is

3  **GRANTED.**

4      2.      Defendant shall be committed to the custody of the Attorney General

5  for confinement in a corrections facility separate, to the extent practicable, from

6  persons awaiting or serving sentences or being held in custody pending appeal.

7      3.      Defendant shall be committed to the custody of the Attorney General

8  pending disposition of this case or until further order of the court.  If a party desires

9  this Court to reconsider conditions of release because of material and newly

10  discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion

11  with the court, served upon the United States Attorney, stating what circumstances

12  are new, how they are established, and the requested change in conditions of

13  release.

14      4.      Defendant shall be afforded reasonable opportunity for private

15  consultation with counsel.

16      5.      On order of a court of the United States or on request of an attorney

17  for the United States, the person in charge of the corrections facility in which the

18  Defendant is confined shall deliver the Defendant to a United States Marshal for

19  the purpose of an appearance in connection with a court proceeding.

20

ORDER GRANTING UNITED STATES' MOTION FOR DETENTION - 2

6.     If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

7.     The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

8.     The Defendant is bound over to Judge Edward F. Shea for further proceedings.

DATED this June 15, 2017.

_s/*Mary K. Dimke*_
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNITED STATES' MOTION FOR DETENTION - 3