# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

USA v.  ALFREDO MAGANA GARIBAY                    Case No.    4:15-CR-6049-EFS-18

**Bail Hearing:**                                                                            06/14/2017

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/Tele] | ☒ | Stephanie Van Marter and Earl Hicks, US Atty appearing by video [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S]  Debbie Brasel, Courtroom Deputy [R] | ☒ | Michael Lynch, Defense Atty |
| ☒ | David McCary, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM  ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   **Bail hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

   **The Court ordered:**
   1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
   2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

FTR/R-189        Time:  8:34 a.m. – 8:36 a.m.                    Page 1