MICHAEL W. LYNCH
Attorney for Defendant
24 N. 2nd St.
Yakima, WA 98901
(509)575-8961

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> ALFREDO MAGANA GARIBAY, ) <br> ) <br>     Defendant ) | No. 4:15-CR-06049-EFS-18 <br><br> MOTION FOR EXPEDITED HEARING <br><br> Hearing: 6/22/2017 @ 12:00 p.m. <br> Richland <br> (With oral argument) |

COMES NOW the defendant, through counsel, and moves the Court to consider on an expedited basis his separately filed Motion to Reopen.

<u>GOOD CAUSE.</u>

Counsel requests an expedited hearing on the motion pursuant to Local Rule 7.1(h)(2)(C).

<u>POSITION OF OPPOSING PARTY</u>.

MOTION FOR EXPEDITED HEARING-1

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961

AUSA Stephanie Van Marter has advised that she does not object to the expedited hearing if she can appear by video conference.

DATED: 6/16/17

/S/MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant

MOTION FOR EXPEDITED HEARING-2

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961

CERTIFICATE OF SERVICE

I hereby certify that on <u>6/16/17</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>STEPHANIE VAN MARTER, AUSA</u>; and I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

    N/A

/S/ MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant
24 N. 2nd St.
Yakima WA 98901
Telephone: (509) 575-8961
Fax: (509) 575-1426
Email: mwlynch@yvn.com

MOTION FOR EXPEDITED HEARING-3

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961