# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

| USA v. ALFREDO MAGANA GARIBAY | Case No. 4:15-CR-6049-EFS-18 |
|---|---|

| **Bail Hearing:** | **06/22/2017** |
|---|---|

| ☒ Debbie Brasel, Courtroom Deputy [R] | ☒ Stephanie Van Marter, US Atty by video [S] |
| ☒ Melissa Orosco, Courtroom Deputy [S] | ☒ Michael Lynch, Defense Atty [R] |
| ☒ Janie Coronado, US Probation [R] | Interpreter - **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☐ Defendant not present / failed to appear |

| ☐ Defendant continued detained | ☒ Conditions of Release imposed |
| | ☒ 199C Advice of Penalties/Sanctions |

## REMARKS

ECF No. 453, Defendant's Motion to Reopen; in the Alternative, Motion to Withdraw Waiver of Detention Hearing:

ECF No. 454, Defendant's Amended Motion to Reopen; in the Alternative, Motion to Withdraw Waiver of Detention Hearing:

COURT advised that this matter will be heard as an original bail hearing.

Argument by Ms. Van Marter for detention of Defendant

Recess 12:21 to 12:35

Argument by Mr. Lynch for Defendant's release on conditions

Rebuttal by Ms. Van Marter

U S Probation Officer Janie Coronado addressed the court.

Homeland Security Immigration and Customs Enforcement Officer Shawn Miller was sworn in and testified.
Direct examination by Ms. Van Marter
Cross examination by Mr. Lynch
Re-direct by Ms. Van Marter
Officer Miller was excused from the witness stand.

Additional argument by Mr. Lynch

**The Court ordered:**
1. Defendant shall be released on conditions, including $50,000 Percentage Bond, with $5,000 to be posted with U. S. District Court Clerk's Office.
2. The Bond must be posted prior to Defendant's release.
3. Prior to Defendant's release the following matters must be resolved: a) Arrest warrant for 4th degree assault; b) Proposed residence to be reviewed and approved by U S Probation; c) Firearm removed from Defendant's possession or potential possession.
4. If Defendant is taken into ICE custody, Defendant shall not take steps to voluntary deport or remove himself to Mexico.
5. If Defendant is taken into ICE custody, he shall be made available in the Eastern District of Washington for all criminal proceedings as are set throughout the course of this case.
6. Additional conditions of release were imposed upon Defendant as read to him in open court; order forthcoming.