MICHAEL W. LYNCH
Attorney for Defendant
24 N. 2nd St.
Yakima, WA  98901
(509)575-8961

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALFREDO MAGANA GARIBAY,<br><br>　　　　Defendant | 4:15-CR-6049-EFS-18<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT<br><br>(W/OUT ORAL ARGUMENT)<br><br>Hearing 7/26/17 @ 6:30 PM |

　　COMES NOW the Michael Lynch, counsel for defendant, and moves the Court for an order allowing him to withdraw as the attorney for defendant and to have alternate counsel appointed to represent the defendant in this matter.

FACTS.

　　The Defendant has been found to be indigent.  Current counsel was appointed on 6/8/17.  Doc. 441.  A possible government witness herein was a former client of defense counsel, and the government has confirmed that counsel's withdrawal is necessary.

CONCLUSION.

    Defense counsel seeks leave to withdraw in this matter.

DATED: 6/26/17

/S/MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant

MOTION TO WITHDRAW-2

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961

CERTIFICATE OF SERVICE

I hereby certify that on 6/26/2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, AUSA; and I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

N/A

/S/ MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant
24 N. 2nd St.
Yakima WA 98901
Telephone: (509) 575-8961
Fax: (509) 575-1426
Email: mwlynch@yvn.com

MOTION TO WITHDRAW-3

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961