MICHAEL W. LYNCH
Attorney for Defendant
24 N. 2nd St.
Yakima, WA 98901
(509)575-8961

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:15-CR-06049-EFS-18 |
| ) | |
| vs. ) | MOTION FOR EXPEDITED |
| ) | HEARING |
| ALFREDO MAGANA GARIBAY, ) | |
| ) | Hearing: 7/3/2017 @ 6:30 p.m. |
| Defendant ) | Richland |
| ) | (W/out oral argument) |

COMES NOW counsel for the defendant, and moves the Court to consider on an expedited basis his separately filed motion to withdraw in this matter.

GOOD CAUSE.

Counsel requests an expedited hearing on the motion pursuant to Local Rule 7.1(h)(2)(C).

POSITION OF OPPOSING PARTY.

MOTION FOR EXPEDITED HEARING-1

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961

AUSA Stephanie Van Marter has advised that she agrees with the motion to withdraw.

DATED: 6/26/17

/S/MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant

MOTION FOR EXPEDITED HEARING-2

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961

## CERTIFICATE OF SERVICE

I hereby certify that on 6/26/17, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: STEPHANIE VAN MARTER, AUSA; and I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

N/A

/S/ MICHAEL W. LYNCH
MICHAEL W. LYNCH, WSBA 6820
Attorney for Defendant
24 N. 2nd St.
Yakima WA 98901
Telephone: (509) 575-8961
Fax: (509) 575-1426
Email: mwlynch@yvn.com

MOTION FOR EXPEDITED HEARING-3

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961