UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALFREDO MAGANA GARIBAY (18),<br><br>                    Defendant. | No.  4:15-CR-6049-EFS-18<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW** |

     Before the Court is a Motion to Withdraw as Counsel for Defendant, ECF No. 458, filed by Michael W. Lynch, counsel for Defendant Alfredo Magana Garibay (18), and a related Motion to Expedite, ECF No. 459. Mr. Lynch seeks an order allowing him to withdraw due to a conflict of interest, and also asks that new counsel be appointed to represent Defendant in this matter. The Court finds good cause to allow Mr. Lynch to withdraw and refers this matter to the magistrate judge for appointment of counsel. A pretrial conference in this matter is scheduled for July 10, 2017, at 1:30 p.m. in Richland, and new counsel must appear at that time.

     Accordingly, **IT IS HEREBY ORDERED:**

     1.   Defendant's Motion to Withdraw as Attorney, **ECF No. 458**, is **GRANTED**. Mr. Lynch is to promptly forward Defendant's file to newly appointed counsel.

ORDER - 1

2. Defendant's Motion to Expedite, **ECF No. 459,** is **GRANTED.**

3. This matter is **REFERRED** to Magistrate Judge Mary K. Dimke to appoint new counsel to represent Defendant in this matter.

4. New counsel must be available to appear at the **July 10, 2017** pretrial conference and shall appear on behalf of Defendant at that time.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, including Mr. Lynch, and to Magistrate Judge Dimke.

**DATED** this  26th  day of June 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Magana Garibay.wdraw.appoint.lc02.docx

ORDER - 2