Rick L. Hoffman
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Francisco Duarte Figueroa

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Francisco Duarte Figueroa, <br><br> Defendant. | No. 4:15-CR-6049-EFS-6 <br><br> **Order Granting Motion to Extend Deadlines** <br><br> (Proposed) |

Before the Court is Defendant's Motion to Extend Deadlines (ECF No. __). For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Motion (ECF No. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ___ day of _____, 20__.

_____
Edward F. Shea
UNITED STATES DISTRICT JUDGE

Order: 1