UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANCISCO DUARTE FIGUEROA (6),<br><br>                    Defendant. | No.  4:15-CR-6049-EFS-6<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MATERIALS** |
|---|---|

   Before the Court, without oral argument, is Defendant Francisco Duarte Figueroa's Motion to Extend Deadlines, ECF No. 462. Defense counsel asks for an 11-day extension of the deadline for filing sentencing materials because he will be out of the country. Defense counsel indicates that Assistant U.S. Attorney Stephanie Van Marter does not object to this request. Based on defense counsel's representations, the Court finds good cause to extend Defendant's deadline for filing sentencing materials from July 17, 2017, to July 28, 2017. As a result of this extension, the Court must also extend the deadline for the probation officer to submit the final presentence report. Accordingly, the probation officer shall submit the presentence report by no later than Friday, August 4, 2017, at 12:00 p.m.

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Francisco Duarte Figueroa's Motion to Extend Deadlines, **ECF No. 462,** is **GRANTED.** Defendant's sentencing materials are to be filed **by no later than Friday, July 28, 2017.**

2. **By no later than Friday, August 4, 2017, at 12:00 p.m.,** the probation officer shall submit to the Court the final presentence report, along with an accompanying addendum and the probation officer's recommendation.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this   29th   day of June 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Figueroa.ord.ext.sent.docs.lc02.docx

ORDER **-** 2