AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>MIGUEL REYES GARCIA<br><br>Defendant | )<br>)  Case No.  4:15-CR-6049-EFS-21<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MIGUEL REYES GARCIA                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE
18 U.S.C. 1956(a)(1)(B)(i) MONEY LAUNDERING

Date: Dec 07, 2016, 10:17 am

*Issuing officer's signature*

City and state:    Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 12/7/16, and the person was arrested on *(date)* 1/15/2017
at *(city and state)* Richland, WA

Date: 1/15/17

Arrested within the E/WA
By: FBI
        *(Agency)*
Executed On: 1/15/2017
Sign: Reegan R. Havey, USMS
        *Printed name and title*