UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JESE DAVID CASILLAS CARRILLO (2); ROSA ARACELI GRANADO (3); GABRIELA MENDOZA VASQUEZ (7); BRITTNEY LEE ZARAGOZA (10); SALVADOR GUDINO CHAVEZ (11); ADAM BENJAMIN GOLDRING (12); ERICA MARIA SOLIS (15); EDGAR OMAR HERRERA FARIAS(16); ALFREDO MAGANA GARIBAY (18); JUAN BRAVO ZAMBRANO (19); MIGUEL REYES GARCIA (21); JOSE ADRIAN MENDOZA (23); AND VERONICA ELVIRA CORTEZ (24),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-3<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-12<br>     4:15-CR-06049-EFS-15<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br>     4:15-CR-06049-EFS-24<br><br>**ORDER REGARDING SHACKLING AT PRETRIAL CONFERENCE**<br><br>**\*\*U.S. Marshals Action Required\*\*** |

A pretrial conference will be held in this matter on July 10, 2017. The U.S. Marshals have requested permission to restrain in-custody defendants using leg shackles during that hearing. The Court finds that there is a compelling government interest in ensuring the safety of all individuals in the courtroom, including defendants, counsel, and courthouse staff. There will be seven in-custody defendants present at the hearing, along with seven out-of-custody defendants. The U.S. Marshals also expect that family members or other members of the public may be present. In addition, all in-custody

AMENDED CASE MANAGEMENT ORDER - 1

defendants are facing a mandatory minimum sentence of ten years' imprisonment based on the conspiracy charge reflected in count one of the superseding indictment in this matter. Due to the security risks presented by the large number of defendants and other individuals who will be present in the courtroom and the nature of the charges in this case, the Court finds that using leg shackles is the least restrictive means possible for maintaining security and order in the courtroom and accomplishing the Court's compelling interest in ensuring the safety of everyone in the courtroom. In addition, because this hearing is a pretrial conference, there is no possibility of jurors being biased based on shackling, and the Court therefore finds that any prejudice to Defendants' rights will be limited and is justified by the compelling security interests at stake.

Accordingly, **IT IS HEREBY ORDERED: At the July 10, 2017 pretrial conference, the U.S. Marshals shall place all in-custody defendants in leg shackles during the hearing.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all defense counsel.

**DATED** this  10th  day of July 2017.

                    s/Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge

Q:\EFS\Criminal\2015\6049.ord.ptc.shackling.lc02.docm

AMENDED CASE MANAGEMENT ORDER - 2