# ATTACHMENT A-1



**Minh Chau Nguyen, M.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, California

---

## AREA OF EXPERTISE

**Forensic Discipline**

Conducts analysis of the controlled substances in drug evidence that was submitted by the law enforcement and serves as an expert witness in court.

**Expert Testimony**
- Testified more than 20 times as an expert witness in forensic chemistry (Federal, State, and County).

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist at Western Laboratory, since October 2002*
- Analyze the controlled substances.
- Testify in court.
- Assist agents at the clandestine laboratory.
- Provide training to the law enforcement.

*Training*
- UFMS Training: Purchase Card Holder and Field Contracting Officer, (Seattle, WA), 2009
- Liquid Chromatography Mass Spectrometry (LC-MS), (San Francisco), CA, 2008
- Liquid Chromatography (LC), (Chicago, IL), 2008
- Management Institute Training, (Quantico, Virginia), 2006
- Basic Chemist School, (Quantico, Virginia), 2003

**Medtox Laboratory,**
*Laboratory Technician (New Brighton, Minnesota), 2001 - 2002*
- Conducted analysis of prescription drugs in body fluids.

**University of Minnesota Duluth - Department of Chemistry/Biochemistry**
*Teaching Assistant and Research Assistant , Duluth, Minnesota (1997-2000)*
- Instructed Instrumentation and Organic laboratories.
- Proctor and graded exams.
- Synthesized new organic compounds.

## PRESENTATIONS AND LECTURES

- Presenter, Drug Enforcement Administration: Forensic Chemist Career and Opportunities, UMD - Department of Chemistry/Biochemistry Seminar, (Duluth, Minnesota), 2011
- Lecturer, Methods application for GC-MS and GC-FID on controlled substances analysis - Ministry of Public Security, (Hanoi, Vietnam), 2011.
- Presenter, N-Acetylbenzocaine: Formation via Transacetylation of Benzocaine and Acetylsalicylic Acid in a Cocaine Exhibit - CAC Meeting, (Oakland, California), 2010.

## PUBLICATIONS

- "N-Acetylbenzocaine: Formation via Transacetylation of Benzocaine and Acetylsalicylic Acid in a Cocaine Exhibit", Microgram Journal, Volume 7, Number 1 (March 2010) 7.
- "u-Alkyne Dicolbalt Hexacarbonyl Complexes of Conjugated Enynes as Substrates in the Arylthio-mediated Stepwise AdE Reactions", Mendeleev Commun. 224, 2001 - Master thesis, 2000.

# ATTACHMENT A-2



Suk In Fullbright, M.S.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, CA

## AREA OF EXPERTISE

Forensic Discipline

Controlled Substances Analysis

Expert Testimony
- Qualified in federal court as an expert witness in the discipline of controlled substance analysis
- Testified in federal court 2 times

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*FORENSIC CHEMIST, Western Laboratory, Pleasanton, CA, 2015 - present*
- Analyze evidence for the presence or absence of controlled substances
- Provide testimony to the results of analyses
- Assist law enforcement personnel when necessary

*Training*
- Basic Forensic Chemist Training, DEA Academy (Quantico, VA), 2015
- Basic Clandestine Laboratory Certification School, DEA Academy (Quantico, VA), 2016
- LTM Theory and Operational Concepts, Agilent (Pleasanton, CA), 2016
- LTM Method Development, DEA Special Testing and Research Laboratory (Pleasanton, CA), 2016
- First Aid/CPR/AED Training (Pleasanton, CA), 2016
- Fentanyl Trends, Recent Seizures, and Safe Analysis Practices, Western Laboratory (Pleasanton, CA), 2016
- Closed Loop Extraction of Butane Hash Oil, Western Laboratory (Pleasanton, CA), 2016
- Butane Extraction of Cannabis, Western Laboratory (Pleasanton, CA), 2016

## EDUCATION AND CERTIFICATIONS

George Mason University, (Fairfax, VA)
- M.S. in Forensic Science, 2014

Augusta State University, (Augusta, GA)
- B.S. in Chemistry, 2012

*Certification(s)*
- DEA Clandestine Laboratory Investigation/Safety, 2015 - Present

# ATTACHMENT A-3



**Christopher Benintendo, B.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
Northeast Laboratory
New York, NY

## AREA OF EXPERTISE

**Forensic Discipline**

Drug Chemistry

**Expert Testimony**
- Qualified as an expert witness in the identification of controlled substances and testified on more than 22 occasions.
- Testified in State and Federal Districts in Maine, Massachusetts, New York, Pennsylvania and Delaware

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, Northeast Laboratory, New York, NY, 2008-present*
*Forensic Chemist, Northeast Laboratory, New York, NY, 2002-2008*
- Analysis and identification of controlled and non-controlled substances, prepare reports, testify in court and assist agents in clandestine laboratory investigations.
- Conduced the analysis of over 3,000 exhibits.
- Conduct training in the field to include: Basic Drug Identification and Field Testing, Clandestine Laboratory Certification/Recertification Training, Evidence Packaging and Submission.

*Training*
- DEA Northeast Laboratory Forensic Chemist training program (New York, NY), 2003
- DEA Basic Forensic Chemist Class #13 (Quantico, VA), 2003
- Network Environmental Systems (NES) Clandestine Laboratory Certification Training (Quantico, VA), 2003
- Completed various in-house and out-of-house training courses including but not limited to; Gas Chromatography / Mass Spectroscopy (GC/MS), Gas Chromatography / Flame Ionization detection (GC/FID), Fourier Transform Infrared Spectroscopy (FTIR), Fourier Transform Raman Spectroscopy, High Performance Liquid Chromatography (HPLC), Liquid Chromatography / Mass Spectroscopy (LC/MS), Capillary Electrophoresis (CE), Nuclear magnetic Resonance Spectrometry (NMR) and IONSCAN.

**NEW YORK POLICE DEPARTMENT**
*FORENSIC INVESTIGATION DIVISION-CRIME LABORATORY*
*Criminalist I , Jamaica, NY, 2002*
- Trace Evidence unit: trace analysis and identification to include hair and fiber, paint chips, gun shot residue and explosives; prepare reports and testify in court.

*Training*
- In-house training (New York, NY), 2002

## EDUCATION AND CERTIFICATIONS

John Jay College of Criminal Justice City University of New York (New York, NY)
- Bachelor of Science in Forensic Science, 2001

## PROFESSIONAL AFFILIATIONS

- Northeastern Association of Forensic Scientists (NEAFS) 2008 - present

## PRESENTATIONS AND LECTURES

- Instructor, Basic Drug Identification and Field Testing
  - Multiple presentations in the Northeast Laboratory 10 state region, 2004-present
- Instructor, Clandestine Laboratory Recertification Training
  - Multiple presentations in the four DEA Field Divisions covered by the Northeast Laboratory, 2004-present
- Instructor, State and Local Clandestine Certification Schools
  - Multiple times (Quantico, VA) 2005-present

2 of 2 (9/2/2016)

# ATTACHMENT B-1

<u>**Curriculum Vitae**</u>

William J. Leahy
Special Agent
United States Department of Justice
Federal Bureau of Investigation
Seattle Division, Richland RA
P.O. Box 367
Richland, WA   99352
(509) 539-0290


<u>**Employment/Experience:**</u>

1997 - Present:    Federal Bureau of Investigation Richland RA
1994 – 1997        Federal Bureau of Investigation Stockton, CA RA
1992 – 1994        Federal Bureau of Investigation Portland, OR

   Duties: Investigation of criminal enterprises and the debriefing of current and former members of criminal enterprises as well as the investigation of criminal offenses committed by members of such organizations in relation to violations of Title 18 and Title 21 of the United States Code.   Executing search/arrest warrants involving drug offenses, gathering drug and non-drug evidence, supervision and utilization of cooperating individuals, smuggling, money laundering, monitoring drug related conversations, and testifying in state and federal court.   Have participated in over one hundred criminal investigations involving drug trafficking.   This participation includes acting as the case agent and assisting other law enforcement officers.   Through this participation, I have gained an understanding of the manner in which controlled substances are imported, manufactured, and/or distributed, and the various roles members of such organizations serve in furtherance of the organization's drug trafficking and money laundering activities.

1

**Education:**

1989 – BA Oregon State University (Accounting and Finance)

**Training:**

See Attached - (Training is not listed prior to 1/1/2003, prior to 1/1/2003 training records were not automated)

**Awards/Accommodations:**

| | |
|---|---|
| 06/08/1993 | On the Spot Award |
| 11/01/1993 | Incentive/Special Achievement Award |
| 12/14/1998 | Incentive/Special Achievement Award |
| 05/14/1999 | Incentive/Special Achievement Award |
| 05/24/1999 | Commendation |
| 06/11/1999 | Service Award/Sustained Performance |
| 04/17/2001 | Incentive/Special Achievement Award |
| 04/20/2003 | Quality Step Increase |
| 06/10/2007 | Quality Step Increase |
| 08/15/2008 | Incentive/Special Achievement Award |
| 12/20/2009 | Quality Step Increase |
| 08/12/2011 | Incentive/Special Achievement Award |
| 06/08/2012 | Incentive/Special Achievement Award |

02/05/2013        Incentive/Special Achievement Award

3

# ATTACHMENT B-2

**DAVID SCOTT BARLOW, SERGEANT**

Regimental # 48262 / HRMIS 000087995

Scott.barlow@rcmp-grc.gc.ca

778-290-4054

## Police Service History

**Royal Canadian Mounted Police "E" Division Federal & Serious Organized Crime, Group 6**

Investigator / Supervisor

February 2013 – Present

### Project E-Padronism (2016-3775) Money Laundering / Drug Trafficking

Team Commander for Project E-Padronism, an international joint undercover investigation with the U.S. Department of Homeland Security targeting a Transnational Organized Crime Group operating in Central America, the U.S. and Canada. I coordinated undercover money pickup scenarios that identified an criminal organization and resulted in the seizure of cash, cocaine and the recommendation of money laundering charges / drug trafficking charges.

### Project E-Nascent (2014-6632) Money Laundering / Drug Trafficking

The primary investigator for Project E-Nascent, an international joint undercover investigation with the U.S. Drug Enforcement Agency / Federal Bureau of Investigation targeting a Transnational Organized Crime group operating in Mexico, the U.S. and Canada. As a trained undercover cover person, I coordinated approx 15 undercover operations where bulk cash was collected from various criminal organizations and distributed through north america.

I addition to the above noted project, I have also held the role as Team Commander on several international money laundering investigations over the past two years with both the U.S. Department of Homeland Security and Drug Enforcement Agency.

### Project E-Phototaxis (2013-4933) Heroin Importation

I authored the Report to Crown Counsel for an International undercover Part VI heroin importation investigation. Targets are currently imprisoned in South Africa in relation to this investigation.

**Royal Canadian Mounted Police "E" Division Border Integrity Program, Passport & Immigration**

Investigator / Supervisor

July 2007 – February 2013

### Project E-Nightfall (2011-11389) – Human Smuggling

I was the primary investigator for Project E-Nightfall, a joint human smuggling investigation with the U.S. Department of Homeland Security. I coordinated surveillance and undercover operations where Indian and Korean migrants were smuggled into the U.S. from Canada. Throughout the investigation a total of 66 illegal migrants were intercepted entering the U.S. and we were able to identify the criminal organization responsible in Canada, the U.S. and Korea. Twelve people were arrested in the U.S. and one Canadian and Korean National are being sought through extradition.

### Project E-Naira (2011-4271) – Human Smuggling

I was the cover person assigned to coordinate all the international undercover operations for Project E-Naira. Over a period of approximately 8 months I developed over 20 undercover scenarios meeting the investigative objectives while considering operator safety and security concerns. Ten undercover operators were successfully smuggled into Canada from the U.S. allowing the investigative team to identify the criminal organization.

As the investigation was undercover driven, a One Party Consent was required to intercept all the communications of the accused to produce the best evidence. I mentored and provided guidance to the affiant with preparing Part VI affidavits and applications as they had no previous experience.

At the conclusion of the investigation I authored the electronic Report to Crown and prepared all disclosure packages for Crown and Defense.

### Project E-Panurgic (2009-12649) – Human Smuggling

I was a Primary Investigator for Project E-Panurgic, the arrival of 76 illegal Tamil migrants onboard the MV Ocean Lady. The international scope of the investigation coupled by the sensitivity of dealing with refugee claimants and possibility of terrorism was a complex matter. I coordinated the several hundred interviews of migrants in order to establish a timeline to identify suspects involved who organized the voyage in order to gather elements of the offence for human smuggling. I prepared the Report to Crown Counsel and assisted with disclosure. The matter is before the courts and I continue to conduct witness management as the investigation was statement driven and relies heavily on their testimony in court.

### Project E-Pyrometer (2009-6174) – Human and Drug Trafficking

I was the cover person assigned to coordinate all undercover operations for Project E-Pyrometer. The investigation entailed approximately 30 scenarios requiring detailed objectives, surveillance cover teams and contingency plans to maintain operator safety. Several operations included substantial purchases of ecstasy and ketamine. Two scenarios required additional support for which I coordinated the Emergency Response

30

Team and several additional resources as it included a large $100,000 credibility flash roll and purchase of a prohibited stolen firearm.

I authored the electronic Report to Crown and prepared all disclosure packages for Crown and Defense.

### Project E-Poesy (2008-8637) – Human Smuggling

I was the File Coordinator for Project E-Poesy, an international human smuggling investigation involving undercover operations. I coordinated the investigation using the Adobe platform to maintain all investigative material allowing for successful disclosure. At the conclusion of the investigation I prepared an electronic report to Crown and disclosure package for the Department of Homeland Security resulting in a guilty plea in the U.S. by all parties to the offence.

### Project (2007-31515) – Canada Immigration Corruption

I was assigned to the Primary Investigator role to investigate allegations of corruption at Vancouver International Airport after several work permit documents went missing. I was able to identify associates in Canada who assisted in the foreign residents being issued authorizations to work in Canada and the information was provided to Canada Immigration for enforcement action.

**Royal Canadian Mounted Police "E" Division Border Integrity Program, Customs & Excise**

Investigator

December 2004 – July 2007

### Project E-Paltry (2007-29110) – Firearms Smuggling

I was assigned to mentor another member in preparing a Part VI One Party Consent Application because of my experience and training. The individual had no previous experience or knowledge with Part VI affidavits so I provided guidance where he successfully prepared a One Party Consent to capture communications between an undercover operator and target involved with smuggling guns into Canada. The individual now has the understanding and ability to prepare future authorizations without assistance.

### Project E-Pell (2006-1711) – CBSA Corruption

After successfully completing the Part VI Interception to Private Communications Course I was assigned to the Affiant Team for Project E-Pell, an investigation into the corrupt activities of a Canadian Border Services Officer. I assisted the main affiant in preparing several Part VI affidavits and authored variance orders to support same. Three Authorizations were successfully sworn resulting in the successful interception of the targets communications. The three accused were all found guilty and sentenced.

### Project E-Palatal (2006-971) – Firearms Smuggling Investigation

I was the primary Investigator for E-Palatal, a joint investigation with the Victoria Police Department and U.S. Bureau of Alcohol, Tobacco and Firearms. As a result of a recovered stolen firearm from the U.S., a warrant was executed and approximately 576 prohibited weapons were seized from the accused`s residence in Victoria. Through analysis of the seized computers, 1900 gigabytes of electronic information, and the examination of prohibited weapons I was able to assist in identifying a criminal network in the U.S. purchasing firearms for resale. As a result, several U.S. residents were arrested and charged with firearms related offences by the A.T.F..

### Project E-Parfleche (2006-952) – Conspiracy to Smuggle

I was assigned to the Affiant role and prepared a tracking warrant to monitor the accused`s activities as it related to building hidden compartments in vehicles for criminal organizations to smuggle contraband into Canada and the U.S. At the conclusion of the investigation I prepared a search warrant ITO resulting in the collection of evidence to support charges against the accused.

In addition to my duties as affiant I also participated in surveillance.

### Project E-Patch (2005-2019) – Human Smuggling Investigation

I was assigned to the Affiant Team of an International human smuggling investigation. I assisted in the preparation of a Part VI Affidavit where several targets were intercepted over a period of 120 days. During that time I also authored a General Warrant for a surreptitious entry into a targets residence to confirm it was being used as a staging area for illegal migrants upon their arrival to Canada. In addition to my affiant role I participated in surveillance, coordinated the installation of listening devices in the target vehicles and prepared a search warrant action plan at the conclusion of the investigation to search several residences to gather evidence to support charges of human smuggling.

## Royal Canadian Mounted Police "E" Division Agassiz Detachment

General Duty Police Investigator

February 2001 – December 2004

## Canada Immigration, Pacific Region

Senior Immigration Investigative Officer / Migrant Vessel Interdiction Team

November 1996 – September 2000

## Police Training / Development

February 2014- Human Source Management Course
March 2012 - MCM: Team Commanders Course

Jun 2009 – Operational Undercover Course (Cover)
March 2009 – Major Crimes Investigative Techniques Course
November 2008 – Supervisor Development Program
April 2008 – Immigration & Passport Investigations Course
Jun 2007 – Interception to Private Communications Course
February 2006 – Customs & Excise Investigators Course
November 2005 – Search Warrant Drafting Course
May 2005 – Intermediate Surveillance Techniques Course
March 2004 – Investigators Course
October 2003 – Advanced Sex Crime/Child Abuse Investigators Course
May 2003 – Field Couches' Course

**Education**

1995 - Criminal Justice Diploma, University of the Fraser Valley
2001 – Royal Canadian Mounted Police "Depot" Training Division

# ATTACHMENT B-3

# Curriculum Vitae

## Constable Eric KIMURA

## Regimental No. 50649

## Royal Canadian Mounted Police

Engaged as a regular member of the Royal Canadian Mounted Police (R.C.M.P.) in October 2003. I am currently working in the E Division (British Columbia) Federal Serious and Organized Crime, Group 6.

**February 2013 – Present            Federal Serious and Organized Crime – E Division R.C.M.P.**

Federal Serious and Organized Crime (FSOC) is focused on the threats to Canada posed by transnational organized crime groups. FSOC works in partnership with a variety of domestic and international law enforcement agencies, financial intelligence agencies and other stakeholders in the community. Key responsibilities and mandates for the current job include; Investigating Provincial Threat Assessment (PTA)/National Threat Assessment (NTA) priority organized crime targets / groups with respect to Criminal Code and CDSA offences.

During my time in FSOC I have investigated several money laundering files that conducted several money laundering transactions both where an undercover operator was posing as a crime figure who would launder money for other criminal entities and as a undercover operator posing as a crime figure who would have their money laundered (reverse) through an individual. Most of these operations were in files that included international policing partners (DEA/HSI/FBI).

Relevant Training:

Proceed of Crime/Money Laundering course.

Major Crime Investigative Techniques

**February 2008 – February 2013            Greater Vancouver Drug Section (GVDS) – E Division R.C.M.P.**

GVDS was a Federal Drug Enforcement Unit focused on international drug trafficking threats to Canada based out of the Greater Vancouver area. Mandates for the position included investigating importing/exporting controlled substances as identified by the Canadian Drug and Substances Act (CDSA), Production/cultivation of controlled substances.

Within GVDS I was also assigned to a "Covert Asset Support Team" for 2 years. Responsibilities included identifying and recruiting Confidential Informants and Police Agents.

During my time with GVDS I had been involved in many drug investigations and transactions including undercover operations to purchase and sell narcotics at the kilogram level as well as investigating high level importer/exporter of narcotics.

Relevant Training:

Agent Source Management

Major Case Management

Intermediate Surveillance Techniques

Intro to Human Sources

Human Source management

Search Warrant Drafting

Drug Identification

Attended 2 Outlaw Motorcycle Gang Investigators conferences

**October 2003 – February 2008          General Duties - Ridge Meadows R.C.M.P.**

Uniform Policing, duties include responding to calls from the public for police services of a general nature.

# ATTACHMENT C-1



# Casey K. Quigley

2501 Investigation Parkway
Quantico, VA  22135
Office: (703) 632-8469    Fax: (703) 632-7397

## PROFESSIONAL EXPERIENCE

**Physical Scientist / Forensic Examiner**
Aug 2011 – Present     FBI Laboratory – Latent Print Operations Unit – Quantico, VA

Examine evidence for latent prints and compare those latent prints with the prints of known individuals.

Have been qualified as an expert witness in the discipline of latent prints and testified in Federal and State court.

**Fingerprint Examiner**
May 2007 - Aug 2011     FBI Criminal Justice Information Services (CJIS) Division – Clarksburg, WV

Examined known cards for proper sequence and compared prints from known individuals.

**Fingerprint Technician Senior**
Aug 2003 – May 2007     Virginia Department of State Police – Richmond, VA

Examined and compared known prints. Obtained legible known prints from individuals for civilian purposes.

**Police Intern**
May 2002 – Aug 2002     Henrico County Division of Police – Richmond, VA

Assisted latent print examiner with examinations of latent lifts and with other daily duties.

## EDUCATION

**West Virginia University**
Aug 1999 – May 2003     Morgantown, WV

Bachelor of Science (BS) Degree, Forensic Identification (Forensic and Investigative Science – Forensic Examiner Track)

## PROFESSIONAL ORGANIZATIONS

**Chesapeake Bay Division of the International Association for Identification**
2001 – Present          Member

## PROFESSIONAL TRAINING RECEIVED

**Logical Latent Analysis**
Jun 2017                Quantico, VA

**Forensic ISO/IEC 17025 Assessor Training (Testing)**, ANSI-ASQ National Accreditation Board
Jun 2017                Vienna, VA

**Casey K. Quigley**
Page 2 of 2

PROFESSIONAL TRAINING RECEIVED (continued)

**Palm Print Comparison Techniques**
    Sept 2016          Quantico, VA

**Hazardous Materials Operations and Introduction to Weapons of Mass Destruction Science**
    Jul 2016          Fredericksburg, VA

**Analysis of Distortion in Latent Prints**
    Jun 2016          Quantico, VA

**Probabilistic Approach to Evidence Interpretation**
    Sept 2015          Quantico, VA

**Exclusionology: Standards and Reducing Errors**
    Mar 2015          Quantico, VA

**Cognitive Factors in Making Forensic Comparisons**
    Apr 2014          Quantico, VA

**Evidence Response Team Basic Course for Laboratory Personnel**
    Feb 2014          Fredericksburg, VA

**Latent Print Physical Scientist/Forensic Examiner Training Program,** Federal Bureau of Investigation
    Aug 2011 – Apr 2013    Quantico, VA

**Defense Perspective on Latent Print Testimony**
    Apr 2013          Quantico, VA

**Fundamental Concepts in the Vision and Cognitive Sciences**
    May 2012          Quantico, VA

**Evidentiary Law Perspective on the Scientific Foundation of Fingerprint Testimony**
    Apr 2012          Quantico, VA

**CBD-IAI Educational Conference,** Chesapeake Bay Division – International Association for Identification
    Mar 2012          Cambridge, MD
    Apr 2004          Williamsburg, VA
    Apr 2003          Roanoke, VA
    Nov 2002          Ocean City, MD
    Apr 2002          Williamsburg, VA

**Fingerprint Examiner Training,** Federal Bureau of Investigation
    May 2007 – July 2007    Clarksburg, WV

PROFESSIONAL TRAINING PROVIDED

**Assist with *Recording Major Case Prints* (New Agent Training)**
    Oct 2011 – Present    Quantico, VA

# ATTACHMENT C-2



**Michael M. Hall**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Fingerprint Specialist
Western Regional Laboratory
Pleasanton, California

## AREA OF EXPERTISE

Forensic Discipline

    Latent fingerprint processing and comparison

Expert Testimony
- Latent fingerprint development and comparison (146)
- Crime scene investigation (40)
- Physical matches. (5)
- Shoe impressions (3)

## PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION
*Senior Fingerprint Specialist Western Laboratory (Pleasanton, CA), 1992-present*
- Developed and retain latent finger and palm prints using physical, chemical and lighting techniques in the laboratory and in the field.
- Compare developed latent prints to known fingerprints.
- Operate State and FBI Automated Fingerprint Identification Systems (AFIS) to search latent prints against known databases.
- Photograph crimes scene and other off-site physical evidence
- Use specialized computer systems to digitally photograph and process developed latent prints.
- Examined over 7,900 exhibits involving more than 59,000 specimens developing over 18,700 latent finger and palm prints.
- Compared developed latent prints to more than 11,050 subjects involving over 605,500 individual comparisons identifying approximately 4,700 latent prints to over 16,65 subjects.
- Provide training for Special Agents and other law enforcement personnel in evidence handling and latent print preservation.

*Training*
- International Association for Identification (IAI) annual educational seminars, 1992-2015
- International Association for Identification-California State Division (IAI-CSD) annual educational seminars, 1992-2015
- Northern California Forensic Study Group bi-monthly meetings
- American Society of Crime Laboratory Directors-Laboratory Accreditation Board
- (ASCLD/LAB) International Assessor Training Course, 2010
- NEC AFIS21 Latent User Methods and Operations, 2001
- Other in-service training from the FBI and other government agencies related to crime scene investigation and latent print development and comparison

41

1 of 3 (10/28/2016)

**FRESNO POLICE DEPARTMENT**

*Supervising Identification Technician-Identification Bureau, Fresno, CA 1989-1992*

- Supervision and participation in crime scene investigations
- Scheduling staff and performing employee evaluations
- Evidence collection and preservation
- Forensic photography,
- Latent print processing and comparison
- AFIS computer operation
- Other duties as they relate to criminalistics and supervision of Identification Bureau staff.

*Training*
- Fresno City Supervisors Course, Fresno CA 1989
- Police Supervisors Training Course, Concord, CA 1990

**FRESNO POLICE DEPARTMENT**

*Identification Technician-Identification Bureau, Fresno, CA 1985-1989*

- Evidence collection and preservation
- Forensic photography,
- Latent print processing and comparison
- AFIS computer operation
- Other duties as they relate to criminalistics

*Training*
- Field Evidence Investigation, San Diego, CA 1985
- Field Evidence Technician Course, Long Beach, CA 1986
- FBI Advanced Latent Print Comparison Course, 1988

## EDUCATION AND CERTIFICATIONS

Lincoln Land Community College (Springfield, IL)
- Criminalistics (1977)

USAF Security Police Academy-Community College of the Air Force (San Antonio, TX)
- Police Science (1979)

Fresno Community College (Fresno, CA)
- Awarded Associates in Science -Criminalistics/Police Science (1984)

Kensington University (Glendale, CA)
- Awarded Bachelor's in Administration of Justice/Police Science (1990)

*Certification(s)*
- DEA Clandestine Laboratory Safety Certification, 1994-present
- ASCLD/LAB Certified Technical Assessor, 2010-present
- International Association for Identification (IAI) Certified Latent Print Examiner 1989- present

## PROFESSIONAL AFFILIATIONS

2 of 3 (10/28/2016)

- International Association for Identification (IAI) Active member 1987-present (Awarded Life Member status 2012)
- International Association for Identification-California State Division (IAI-CSD) 1990- present (Awarded Life Member status 2014)
- IAI Latent Print Certification Board (1995-1998)
- Northern California Forensic Identification Study Group
- Scientific Working Study Group for Imaging Technology (SWGIT) 2001-2003
- California Friction Ridge Study Group

## PRESENTATIONS AND LECTURES

- Presenter, Unusual Latent Fingerprints in the DEA
  - International Association for Identification (IAI) Annual Training Seminar(Boston, MA) 1997
- Presenter, Best Practices-Latent Print Processing on Drug Packaging
  - International Association for Identification-California State Division (IAI-CSD) Annual Training Seminar (Monterey, CA) 2002
- Instructor, Fingerprint Analysis and Court Testimony
  - Regional Forensic Chemist Seminar (Managua, Nicaragua) 2002
- Presenter, Best Practices- Latent Print Processing on Drug Packaging
  - Northern California Forensic Identification Study Group (Concord, CA) 2012
- Presenter, A Case of Fingerprint Alteration
  - California Friction Ridge Study Group (State-wide webinar, San Francisco, CA) 2013

## PUBLICATIONS

- Ridge Detail Through Latex Gloves" Journal of Forensic Identification (ISSN 0895- 173X), Vol.41 No.6

## DISTINCTIONS

- DEA Administrator's Award for Distinguished Service (2001)
- DEA Administrator's Award for Outstanding Group Achievement (2006)
- DEA Exceptional Performance Awards 1994, 1997, 1998, 2000, 2002, 2003, 2004, 2005, 2007, 2008, 2010, 2011, 2013, 2014
- DEA Special Act or Service Award 1995, 2015
- Numerous letters of appreciation and commendation from Agents, Police Officials, US Attorneys and the public

# ATTACHMENT C-3

# Curriculum Vitae



## FIA Lindsay Anne NOWACK

Forensic Identification Assistant
Regimental # C9568
*Royal Canadian Mounted Police*
*E Division*
*Integrated Forensic Identification Services*
*Federal Section*

**Lindsay NOWACK**
Forensic Identification Assistant
RCMP E Division
Integrated Forensic Identification Services

# Curriculum Vitae

I am a civilian member of the Royal Canadian Mounted Police with the E Division Integrated Forensic Identification Services, posted to the Federal Section at the Royal Canadian Mounted Police E Division Headquarters in Surrey, British Columbia. I conduct forensic examinations of crimes scenes, vehicles and exhibits to recover physical evidence such as fingerprints, footwear impressions and DNA.

## CURRENT EMPLOYMENT

**Royal Canadian Mounted Police**
Forensic Identification Assistant
*January 2011- Present*

Duties include:

- Attend crime scene, motor vehicle and exhibit files; use forensic methods to examine, document, collect and preserve physical evidence, including fingerprints
- Use of photography, note taking and sketches to document evidence
- Document the seizure, transfer and disposition of evidence and exhibits
- Provide written reports and supporting documentation to investigators after each case examination

*Since May 2015-Present*

In addition to the duties above:

- Analyze, compare and evaluate physical evidence, including fingerprints

## PREVIOUS EMPLOYMENT

**Ontario Provincial Police**
Forensic Identification Services, Peterborough, Ontario
*May-September 2008*

Bloodstain pattern analysis research and assisted with the development of a collaborative literature library collection project with the Federal Bureau of Investigation (FBI) and the Scientific Working Group on Bloodstain Pattern Analysis (SWGSTAIN).

C V  U p d a t e d  2 0 1 7 - 0 7 - 1 1

**Lindsay NOWACK**
Forensic Identification Assistant
RCMP E Division
Integrated Forensic Identification Services

# Curriculum Vitae

## FORENSIC COURSES AND DEVELOPMENT

**Property Crime Examiners Course**
*January 2011*
Pacific Regional Training Centre, Chilliwack, British Columbia

I successfully completed all theoretical and practical forensic exercises and examinations in:

- Crime scene, exhibit, and vehicle examination including photography and note taking
- Detection, development, collection and preservation of fingerprint, footwear and physical evidence
- Fingerprint pattern type, digit determination and friction ridge terminology

**Physical Comparison Aptitude Test**
*July 2012, November 2014*
Surrey RCMP Detachment, Surrey, British Columbia

I successfully completed the exam on both occasions. The timed exam was administered to test my aptitude for fingerprint pattern recognition.

**Forensic Identification Suitability Assessment**
*October 2012, November 2014*
Lower Mainland Integrated Forensic Identification Services, Surrey, British Columbia

I successfully completed all theoretical and practical forensic exercises and examinations of the forensic identification suitability assessment. Throughout the forensic identification suitability assessment, I received instruction from qualified forensic specialists and technicians and was evaluated on my skills, knowledge and aptitude for forensic identification duties. The following theoretical and practical exercises were covered:

- Crime scene, motor vehicle and exhibit photography and examination
- Detection, development and preservation of fingerprints and physical evidence
- Completion of an online forensic identification pre-course module on the Canadian Police Knowledge Network (CPKN)
- Oral examination and a fingerprint illustration examination
- A moot trial was conducted of a simulated crime scene

**Lindsay NOWACK**
Forensic Identification Assistant
RCMP E Division
Integrated Forensic Identification Services

# Curriculum Vitae

---

**Forensic Identification Course (FIC 15-02)**
*March 2015-April 2015*
Canadian Police College, Ottawa, Ontario

I successfully completed all theoretical and practical forensic exercises and examinations in the following areas of instruction and training throughout the 8 week course led by qualified forensic identification members.

- *Ridgeology*

    - Fingerprint researchers
    - Development and structure of human friction skin
    - Uniqueness and persistency of friction skin
    - Fingerprint pattern recognition and digit determination
    - Friction ridge analysis methodology; Analysis, Comparison, Evaluation and Verification (ACE-V) and the friction ridge identification process
    - The philosophy of fingerprint identification
    - Fingerprint comparisons:

        - An exercise in which 80 fingerprints had to be manually compared and identified against a collection of 100 fingerprint forms, all of which were identified successfully
        - A final fingerprint comparison exam was administered where 8 fingerprints had to be compared and identified against a collection of fingerprint forms, all of which were identified successfully

- Photography and Digital Imaging

    - Functions of the camera
    - Flash and fluorescence photography
    - Crime scene, exhibit, fingerprint and physical evidence photography
    - Digital Imaging theory, resolution and software

- Crime Scene Examination

    - Processing mock crime scenes and crime vehicle
    - Documenting, detecting, collecting and preserving evidence, including tire tracks
    - Physical evidence analysis, comparison and evaluation, including footwear
    - Scene measurements, plan drawing and crime scene video
    - Introduction to bloodstain pattern analysis

---

48

**Lindsay NOWACK**
Forensic Identification Assistant
RCMP E Division
Integrated Forensic Identification Services

# Curriculum Vitae

### Forensic Identification Apprentice Training Program (FIATP)
*May 2015-Present*
Lower Mainland District Integrated Forensic Identification Services, Surrey, British Columbia

The apprenticeship training program is a structured program that allows further training and development in all aspects of the forensic identification discipline under the supervision of a forensic identification member while maintaining my full operational forensic identification duties.

To date, I have completed the following FIATP requirements:

- All three Forensic Knowledge Assessments (FKA)
- Monthly fingerprint comparisons
- Fingerprint analysis notes
- Physical evidence comparisons
- Research projects
- Completion of moot trials
- Completion of a final fingerprint exam

### Expert Witness Course
*December 2015*
Canadian Police College, Ottawa Ontario

I successfully completed all the practical exercises and examinations:

- Legal requirements of expert evidence pertaining to the Criminal Code of Canada
- Presentation of expert forensic identification opinion evidence
- Curriculum Vitae (CV) drafting

## EDUCATION

### Pre-Health Science
*September 2003-May 2004*
Fanshawe College, London, Ontario

Lectures and laboratory based curriculum including courses in human anatomy, biology and chemistry

### Honours Bachelor of Science in Forensic Science
*September 2004-June 2008*
Trent University, Peterborough, Ontario

Lectures and laboratory based curriculum including courses in anthropology, biology, chemistry, criminal code, crime scene investigation and a research dissertation in bloodstain pattern analysis.

49

**Lindsay NOWACK**
Forensic Identification Assistant
RCMP E Division
Integrated Forensic Identification Services

# Curriculum Vitae

## PUBLICATIONS

Nowack, L.A., Collins, R., Li, G., Carter, A.L., Illes, M.,  Gorman, V., Larocque, S., Stoesbury, T.  And Yamashita, B. Computer Analysis of Bloodstain Patterns on Angled Surfaces. Journal of Bloodstain Pattern Analysis. 2011, 27 (3), 17-28.

## PROFESSIONAL FORENSIC CONFERENCES

**International Association of Bloodstain Pattern Analysts Conference**
*October 2008*
Boulder, Colorado
Presenter at the Workshop; Use of a Computer in Bloodstain Pattern Analysis

**Canadian Society of Forensic Science Conference**
*May 2012*
Burnaby, British Columbia
Presenter at the Crime Scene Forensic Workshop; Publication in Journal of Bloodstain Pattern Analysis

**Canadian Identification Society 39th Annual Educational Conference**
*September 2016*
Edmonton, Alberta
Conference Participant

## FORENSIC EXAMINATIONS

- Completed 529 case investigations
  - Assisted with 27 case investigations
- 1169 fingerprints developed
  - 336 fingerprints identified by other qualified forensic identification members (January 2011-April 2015)
  - I have identified 291 fingerprints
- I have located 40 footwear impressions
- Taken over 258 DNA swabs from 60 crime scenes

## PROFESSIONAL ASSOCIATIONS

Active Member of the International Association for Identification (IAI), member *since 2015*

50