| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 4:15-CR-6049-EFS-10 |
| Plaintiff, | | ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR BAIL REVIEW HEARING |
| vs. | | |
| BRITTNEY LEE ZARAGOZA, | | **ECF No. 434, 435** |
| Defendant. | | |

Before the Court is Defendant's Motion for Bail Review Hearing. Shortly after Defendant filed her motion, U.S. Probation modified their urinalysis procedure to accommodate Defendant's concerns, as raised in the motion before the Court. At that time, the Probation Office removed Defendant from the color line and began conducting urinalysis testing during in person meetings at the Probation Office.

ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR BAIL REVIEW HEARING - 1

**IT IS ORDERED:**

1. Defendant's Motion for a Bail Review Hearing **(ECF No. 434) is DENIED AS MOOT.**

2. Defendant's Motion to Expedite Hearing is **(ECF No. 435) is DENIED AS MOOT.**

DATED July 17, 2017.

<em>s/Mary K. Dimke</em><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR BAIL REVIEW HEARING - 2