# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>　vs. 　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>MIGUEL REYES GARCIA, )<br>　　　　　　　Defendant. )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>_____ ) | NO.  CR-15-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE EXPERT WITNESS LIST (PROPOSED)** |

Before the Court is Defendant's Motion for Extension of Time to File Expert Witness List (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Time to File Expert Witness List (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2017.


_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER