UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO DUARTE FIGUEROA,<br><br>Defendant. | 4:15-CR-06049-EFS-6<br><br>Order Granting Joint Motion for Extension of Time to File Notice of Review of Pre-Sentence Investigation Report and Sentencing Recommendation |

Upon Motion of the United States,

IT IS ORDERED that the entered in the above-entitled matter that the parties shall file their notice of review of pre-sentence investigation report and sentencing recommendations no later than July 28, 2017.

DATED this _____ day of July, 2017.

_____
Edward F. Shea
Senior United States District Court Judge

Order Granting Joint Motion for Extension of Time to File Notice of Review of Pre-Sentencing Investigation Report and Sentencing Recommendation - 1