1 JOSEPH H. HARRINGTON
Acting United States Attorney
2 Eastern District of Washington
Stephanie Van Marter
3 Assistant United States Attorney
Post Office Box 1494
4 Spokane, WA 99210-1494
Telephone: (509) 353-2767
5

6

7 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | 4:15-CR-06049-EFS-6 |
| 10               Plaintiff, | |
| 11      vs. | Motion to Expedite Joint Motion for Extension of Time to File Notice of Review of Pre-Sentence Investigation Report and Sentencing Recommendation |
| 12  FRANCISCO DUARTE FIGUEROA, | |
| 13               Defendant. | |
| 14 | |
| 15 | Without Oral Argument 7/27/17 @ 6:30 pm |

16
17    Plaintiff, United States of America, by and through Joseph H. Harrington,
18 Acting United States Attorney, for the Eastern District of Washington, and Stephanie
19 Van Marter, Assistant United States Attorneys for the Eastern District of Washington,
20 submits the following motion to expedite hearing on joint motion for extension of
21 time to file notice of review of pre-sentence investigation report and sentencing
22 recommendation.
23    Dated: July 20, 2017.
24                                            JOSEPH H. HARRINGTON
                                              Acting United States Attorney
25

26                                            *s/ Stephanie Van Marter*
                                              Stephanie Van Marter
27                                            Assistant United States Attorney

28 United States Motion to Expedite hearing on United States Motion for Disclosure to
Defense Counsel But Not Unsealing  - 1
Robles.mtn expedite.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rick Hoffman
Rick_hoffman@fd.org

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States Motion to Expedite hearing on United States Motion for Disclosure to Defense Counsel But Not Unsealing - 2
Robles.mtn expedite.docx