UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>FRANCISCO DUARTE FIGUEROA (6),<br><br>                     Defendant. | No.  4:15-CR-6049-EFS-6<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MATERIALS** |

Before the Court, without oral argument, are the U.S. Attorney's Office's Motion for Extension of Time to File Notice of Review of Pre-Sentence Investigation Report and Sentencing Recommendation, ECF No. 478, and related Motion to Expedite, ECF No. 479. Assistant U.S. Attorney Stephanie Van Marter asks for an extension of the deadline for filing sentencing materials, to correspond with the extension granted to Defendant, because she will be in trial next week in another case and has been engaged in trial preparation. Ms. Van Marter indicates that defense counsel does not object to this request. Based on the Government's representations, the Court finds good cause to extend the Government's deadline for filing sentencing materials from July 17, 2017, to July 28, 2017.

//

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The U.S. Attorney's Office's Motion for Extension of Time to File Notice of Review of Pre-Sentence Investigation Report and Sentencing Recommendation, **ECF No. 478,** and the related Motion to Expedite, **ECF No. 479**, are **GRANTED.**

**2.** The Government's sentencing materials are to be filed **by no later than Friday, July 28, 2017.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this   21st   day of July 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Figueroa.ord.ext.sent.docs.gov.lc02.docx

ORDER **-** 2