UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Miguel Reyes Garcia (21),<br><br>　　　　　　　　Defendant. | No.  4:15-CR-06049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE AS AMENDED** |

　　　Before the Court, without oral argument, are Defendant Miguel Reyes Garcia's Motion for Extension of Time to File Expert Witness List, ECF No. 476, and related Motion to Expedite, ECF No. 477. Defendant requests that the deadline for Rule 16 expert disclosures be extended from July 21, 2017, to August 18, 2017. Defendant indicates that this extension is necessary because the Government has not yet disclosed fingerprint evidence to Defendant, so the Defendant's fingerprint expert has not had an opportunity to examine the evidence. The Government has no objection. Based on Defendant's explanation, the Court finds good cause to grant Defendant's Motion.

　　　The Court finds, however, that Defendant's proposed disclosure date of August 18, 2017, would not allow sufficient time for pretrial motions practice prior to the August 29, 2017 pretrial conference. Accordingly, **as to Defendant Miguel Reyes Garcia's fingerprint expert**

CASE MANAGEMENT ORDER - 1

1  **only**, the Court imposes a Rule 16 disclosure deadline of Friday,
2  August 11, 2017. Expert reports for any Government rebuttal expert
3  regarding Mr. Reyes Garcia's fingerprint expert must be disclosed by
4  no later than Monday, August 14, 2017. Any *Daubert* motions related to
5  this fingerprint expert must be filed by no later than Wednesday,
6  August 16, 2017. All counsel are expected to carefully read and abide
7  by this Order and such provisions of the prior Case Management Orders,
8  ECF Nos. 101, 258, 281, 308, 340, 370, 387, 428 & 448, which have not
9  been superseded hereby. The Court will grant relief from the
10 requirements in this Order only upon motion and good cause shown.

11      Accordingly, **IT IS HEREBY ORDERED**:

12      **1.**  Defendant Miguel Reyes Garcia's Motion to Expedite, **ECF No. 477**, is **GRANTED.**

14      **2.**  Defendant Miguel Reyes Garcia's Motion for Extension of Time to File Expert Witness List, **ECF No. 476,** is **GRANTED AS AMENDED.**

17      **3.**  The deadline for expert disclosures **as to Defendant Miguel Reyes Garcia's fingerprint expert** is extended to **Friday, August 11, 2017.**

20      **4.**  Expert reports for any Government rebuttal experts regarding Mr. Reyes Garcia's fingerprint expert must be disclosed **by no later than Monday, August 14, 2017**.

23      **5.**  Any *Daubert* motions related to Mr. Reyes Garcia's fingerprint expert are to be filed **by no later than Wednesday, August 16, 2017.**

26

CASE MANAGEMENT ORDER - 2

**6.**     All other expert disclosure deadlines and the general deadline for *Daubert* motions remain **UNCHANGED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this   24th    day of July 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

C:\Users\CORA_V~1\AppData\Local\Temp\notes035864\6049.Reyes Garcia.grant.ext.R16.lc02.docx

CASE MANAGEMENT ORDER - 3