

Francisco Duarte Figueroa, his wife, children and nephew



Mr. Figueroa's children




Mr. Figueroa's wife and children

8

USA vs. Francisco Duarte Figueroa
4:15-CR-6049-EFS-6

 

Mr. Figueroa's wife and children

9

USA vs. Francisco Duarte Figueroa
4:15-CR-6049-EFS-6



Mr. Figueroa's children

10

USA vs. Francisco Duarte Figueroa
4:15-CR-6049-EFS-6