1  RICHARD J. TROBERMAN, P.S.
   Attorney at Law
2  WSBA No. 6379
3  520 Pike Street, Suite 2500
   Seattle, WA 98101-1385
4  Telephone: (206) 343-1111
   Facsimile: (206) 340-1936
5  E-Mail: tmanlaw@aol.com

6
   Attorney for Defendant
7  Adam Benjamin Goldring

8

9  # UNITED STATES DISTRICT COURT
   # FOR THE EASTERN DISTRICT OF WASHINGTON
10

11 | UNITED STATES OF AMERICA, | ) |
   |                            | ) |
12 |                  Plaintiff, | ) | No. 4:15-cr-6049-EFS-12
   |                            | ) |
13 |                       vs.  | ) | **NOTICE OF UNAVAILABILITY**
   |                            | ) | **OF COUNSEL**
14 | ADAM BENJAMIN GOLDRING,    | ) |
15 |                            | ) |
   |                  Defendant. | ) |
16 |                            | ) |

17 TO:  THE UNITED STATES OF AMERICA, Plaintiff, and
18
19 TO:  JOSEPH H. HARRINGTON, Acting United States Attorney, and
        Stepahie VanMarter, Assistant United States Attorney; and
20
        YOU WILL PLEASE TAKE NOTICE that Richard J. Troberman, counsel for
21
22 Defendant ADAM BENJAMIN GOLDRING, will be out of the country and unavailable

23 beginning Friday, August 25, 2017, through Monday, September 11, 2017

24
25
26
27
28

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

1  DATED this 28 day of July, 2017.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA #6379
Attorney for Defendant
Adam Benjamin Goldring

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I electronically filed the foregoing "NOTICE OF UNAVAILABILITY OF COUNSEL" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111