# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:15-CR-6049-EFS-6 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 08/08/2017  **LOCATION:** Richland |
| FRANCISCO DUARTE FIGUEROA, | **SENTENCING HEARING** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Rick Hoffman | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**                              **[XX] US Probation Officer:** SanJuanita Coronado

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Argument by Ms. Van Marter regarding Defendant's objections to the Presentence Investigation Report

Argument by Mr. Hoffman regarding Defendant's objections to the Presentence Investigation Report

The Court rules on and accepts the Presentence Investigation Report

Argument and recommendation by Mr. Hoffman

Argument and recommendation by Ms. Van Marter

US Probation Officer, SanJuanita Coronado, Sworn to Testify
Examination of witness by Court
Witness steps down

Defendant addresses the Court on his own behalf

**Imprisonment: 120 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at a BOP facility in Arizona

**Supervised Release: 5 years** with standard conditions and the following special conditions:

1. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

4. You shall have no contact with codefendants or witnesses involved in this case.

**Special Penalty Assessment**: $100
**Fine:** waived

Ms. Van Marter moves to dismiss all remaining counts
Court: GRANTED

Appeal rights waived pursuant to the Plea Agreement previously executed by the Defendant and filed with the Court.

| CONVENED: 11:01 AM | ADJOURNED: 11:53 AM | TIME: 52 MINS | |
|---|---|---|---|