IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br><br>MIGUEL REYES GARCIA,<br><br>              Defendant. | NO. CR-15-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME EXPERT WITNESS LIST (PROPOSED)** |

Before the Court is Defendant's Motion for Extension of Time to File Expert Witness List, (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Time to File Expert Witness List, (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2017.

                                                                                       _____
                                                                                       EDWARD F. SHEA
                                                                                       UNITED STATES JUDGE

ORDER