# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>MIGUEL REYES GARCIA,<br>　　　　　　Defendant. | NO. CR-15-6049-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE MOTION FOR EXTENSION OF TIME TO FILE (PROPOSED)** |

Before the Court is Defendant's Motion to Expedite (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion to Expedite (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2017.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER