UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>Miguel Reyes Garcia (21),<br><br>                    Defendant. | No.  4:15-CR-06049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TIME TO FILE EXPERT WITNESS LIST** |

   Before the Court, without oral argument, are Defendant Miguel Reyes Garcia's Motion to Continue Time to File Expert Witness List, ECF No. 489, and related Motion to Expedite, ECF No. 490. Defendant previously requested that the deadline for expert disclosures related to his fingerprint expert be extended from July 21, 2017, to August 18, 2017. ECF No. 476. In order to allow time for pretrial motions practice prior to the August 29, 2017 pretrial conference — when all *Daubert* motions will be addressed — the Court granted Defendant's request for an extension but required that his expert disclosures be provided by August 11, 2017, rather than the requested date of August 18, 2017. ECF No. 481. Defendant now requests that the deadline be extended to August 18, 2017, as previously requested.

   Defendant indicates that this extension is necessary to allow sufficient time for Defendant's fingerprint expert to examine the

CASE MANAGEMENT ORDER - 1

fingerprint evidence. Defendant represents that the Government has no objection. Based on Defendant's explanation, and because the Government does not object, the Court finds good cause to grant Defendant's Motion. Accordingly, **as to Defendant Miguel Reyes Garcia's fingerprint expert only**, the Court imposes a Rule 16 disclosure deadline of Friday, August 18, 2017, at 12:00 p.m.

The Court finds, however, that an expedited briefing schedule is necessary to complete motions practice prior to the August 29, 2017 pretrial conference. Expert reports for any Government rebuttal expert regarding Mr. Reyes Garcia's fingerprint expert must be submitted by no later than Monday, August 21, 2017. Any *Daubert* motions related to Mr. Reyes Garcia's fingerprint expert must be filed by no later than Monday, August 21, 2017. Any *Daubert* motions related to any Government rebuttal expert to Mr. Reyes Garcia's expert must be filed by no later than Tuesday, August 22, 2017. Any responses to any *Daubert* motions challenging Mr. Reyes Garcia's fingerprint expert or a related rebuttal expert must be filed by no later than Thursday, August 24, 2017. All counsel are expected to carefully read and abide by this Order and such provisions of the prior Case Management Orders, which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Miguel Reyes Garcia's Motion to Expedite, **ECF No. 490**, is **GRANTED.**
2. Defendant Miguel Reyes Garcia's Motion to Continue Time to File Expert Witness List, **ECF No. 489,** is **GRANTED.**

CASE MANAGEMENT ORDER - 2

**3.** The deadline for expert disclosures **as to Defendant Miguel Reyes Garcia's fingerprint expert** is extended to **Friday, August 18, 2017, at 12:00 p.m.**

**4.** Expert reports for any Government rebuttal experts regarding Mr. Reyes Garcia's fingerprint expert must be disclosed **by no later than Monday, August 21, 2017**.

**5.** Any *Daubert* motions related to Mr. Reyes Garcia's fingerprint expert are to be filed **by no later than Monday, August 21, 2017.**

**6.** Any *Daubert* motions related to any Government rebuttal experts to Mr. Reyes Garcia's fingerprint expert must be filed **by no later than Tuesday, August 22, 2017.**

**7.** Any responses to any *Daubert* motions challenging Mr. Reyes Garcia's fingerprint expert or any related Government rebuttal expert must be filed **by no later than Thursday, August 24, 2017.**

**8.** All other expert disclosure deadlines and the general deadline for *Daubert* motions remain **UNCHANGED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this ___9th___ day of August 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.Reyes Garcia.grant.ext.R16.II.lc02.docx

CASE MANAGEMENT ORDER - 3