RICHARD J. TROBERMAN, P.S.
Attorney at Law
WSBA No. 6379
520 Pike Street, Suite 2500
Seattle, WA 98101-1385
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
E-Mail: tmanlaw@aol.com

Attorney for Defendant
Adam Benjamin Goldring

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-cr-6049-EFS-12 |
| Plaintiff, | |
| vs. | **CONSENT TO PROCEED WITH STAND-IN COUNSEL AT AUGUST 29, 2017 PRETRIAL CONFERENCE** |
| ADAM BENJAMIN GOLDRING, | |
| Defendant. | |

I understand that I have the right to be represented by counsel at every stage of this proceeding. I have been advised by my attorney, Richard J. Troberman, that he will be out of the country and unavailable to attend the Pretrial Conference scheduled in this matter on August 29, 2017. I was aware at the time I retained Mr. Troberman that he would be unavailable to attend the August 29, 2017 Pretrial Conference.

I hereby consent to be represented at the Pretrial Conference on August 29, 2017, by one of the attorneys representing a co-defendant, to be designated by Mr. Troberman, and I waive any possible conflict of interest that might arise from such limited representation.

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

DATED this 3 day of August, 2017.

_____
ADAM GOLDRING, Defendant

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA #6379
Attorney for Defendant
Adam Benjamin Goldring

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August _11_, 2017, I electronically filed the foregoing "CONSENT TO PROCEED WITH STAND-IN COUNSEL" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111