IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MIGUEL REYES GARCIA, <br> Defendant. | NO. CR-15-6049-EFS-21 <br><br> **ORDER GRANTING DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME EXPERT WITNESS LIST AND MOTION TO CONTINUE DAUBERT HEARING (PROPOSED)** |

Before the Court is Defendant's Motion for Extension of Time to File Expert Witness List, Pre-trial Motions and Continuance of Trial Date (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Time to File Expert Witness List, Pre-Trial Motions and Continuance of Trial Date (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2017.

                                                          EDWARD F. SHEA
                                                          UNITED STATES JUDGE

ORDER