SAM SWANBERG
7014 W. Okanogan Place
Kennewick, WA  99336

Attorney for:
Edgar Omar Herrera Farias

United States District Court
Eastern District of Washington

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Edgar Omar Herrera Farias,<br><br>              Defendant. | No.  4:15-CR-06049–EFS-16<br><br>Proposed Order |

    Before this Court is Defendant's **Motion to Allow Counsel to Withdraw and for Appointment of New Counsel** (Ct. Rec._____).  For the reasons set forth in Defendant's motion, it is hereby ordered that the Defendant's **Motion to Allow Counsel to Withdraw and for Appointment of New Counsel** is granted.

    The District Court executive is directed to enter this order and provide copies to counsel.

    DATED THIS _____ day of August, 2013.

                                                         _____
                                                                    Edward F. Shea

Proposed Order page 1

United States District Court Judge