UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDGAR OMAR HERRERA FARIAS (16),<br><br>                Defendant. | No. 4:15-CR-6049-EFS-16<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW** |

Before the Court is a Motion to Allow Counsel to Withdraw and for Appointment of New Counsel, ECF No. 502, filed by Samuel P. Swanberg, counsel for Defendant Edgar Omar Herrera Farias (16). Mr. Swanberg seeks an order allowing him to withdraw due to his appointment to the Superior Court and asks that new counsel be appointed to represent Defendant in this matter. The Court finds good cause to allow Mr. Swanberg to withdraw and refers this matter to the magistrate judge for appointment of counsel. A pretrial conference in this matter is scheduled for August 29, 2017, at 10:00 a.m. in Richland, and new counsel must appear at that time.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw as Attorney, **ECF No. 502**, is **GRANTED**. Mr. Swanberg is to promptly forward Defendant's file to newly appointed counsel.

ORDER - 1

2. This matter is **REFERRED** to Magistrate Judge Mary K. Dimke to appoint new counsel to represent Defendant in this matter.

3. New counsel must be available to appear at the **August 29, 2017** pretrial conference and shall appear on behalf of Defendant at that time.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, including Mr. Swanberg, and to Magistrate Judge Dimke.

**DATED** this   18th   day of August 2017.

                       s/Edward F. Shea
                     EDWARD F. SHEA
            Senior United States District Judge

ORDER - 2