UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JESE DAVID CASILLAS CARRILLO (2); ROSA ARACELI GRANADO (3); GABRIELA MENDOZA VASQUEZ (7); JULIO CESAR ROSALES SAUCEDO (9); BRITTNEY LEE ZARAGOZA (10); SALVADOR GUDINO CHAVEZ (11); ADAM BENJAMIN GOLDRING (12); ERICA MARIA SOLIS (15); EDGAR OMAR HERRERA FARIAS(16); ALFREDO MAGANA GARIBAY (18); JUAN BRAVO ZAMBRANO (19); MIGUEL REYES GARCIA (21); JOSE ADRIAN MENDOZA (23); AND VERONICA ELVIRA CORTEZ (24),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-3<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-9<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-12<br>     4:15-CR-06049-EFS-15<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br>     4:15-CR-06049-EFS-24<br><br>**ORDER REGARDING DEFENSE EXPERT DISCLOSURES** |

   Under the Court's Case Management Order, Defendants' Expert Disclosures were due on July 21, 2017. ECF Nos. 370, 387, 428 & 448. The Government filed its expert disclosures on July 14, 2017, in compliance with the Court's Case Management Order. ECF No. 474. The Court has received no expert disclosures from Defendants.

   Only Defendant Miguel Reyes Garcia (21) has filed a motion to extend the expert disclosure deadline. *See* ECF Nos. 476, 489 & 497. The Court granted Mr. Reyes Garcia's motions. *See* ECF Nos. 481, 493 &

ORDER **-** 1

1  501. Defendant Jese David Carillo Casillas (2) now indicates that he
2  "did not join [Mr. Reyes Garcia's motion], thinking that joinder was
3  automatic." ECF No. 494 at 3.
4     The Court finds that Mr. Reyes Garcia's motions expressly
5  applied only as to an expert for Mr. Reyes Garcia. *See, e.g.*, ECF
6  No. 476 at 2 ("Additional time is necessary for Mr. Reyes Garcia's
7  expert to review the Governments fingerprint evidence."); ECF No. 489
8  at 2 ("Defense counsel is in the process of obtaining expert services
9  on behalf of Mr. Reyes Garcia."); ECF No. 497 at 1 ("COMES NOW, Ken
10 Therrien the attorney for the defendant Miguel Reyes Garcia and moves
11 the court for an order continuing the time to file expert witness list
12 concerning only the fingerprint evidence allegedly attributed to
13 Miguel Reyes-Garcia . . . .").
14    Further, the Court's orders expressly state that the extensions
15 applied only to Mr. Reyes Garcia's fingerprint expert. *See, e.g.*, ECF
16 No. 481 at 1–2 ("Accordingly, **as to Defendant Miguel Reyes Garcia's**
17 **fingerprint expert only,** the Court imposes a Rule 16 disclosure
18 deadline of Friday, August 11, 2017." (emphasis in original)); ECF No.
19 493 at 2 ("Accordingly, **as to Defendant Miguel Reyes Garcia's**
20 **fingerprint expert only**, the Court imposes a Rule 16 disclosure
21 deadline of Friday August 18, 2017, at 12:00 p.m." (emphasis in
22 original)); ECF No. 501 at 2 ("Accordingly, **as to Miguel Reyes**
23 **Garcia's fingerprint expert only,** the Court imposes a Rule 16
24 disclosure deadline of Friday, September 8, 2017." (emphasis in
25 original)); ECF No. 481 at 3 ("All other expert disclosure deadlines
26 and the general deadline for *Daubert* motions remain **UNCHANGED.**"

ORDER **-** 2

(emphasis in original)); ECF No. 493 at 3 (same); ECF No. 501 at 3 (same).

Accordingly, Defendant Carillo Casillas (2) and any other Defendant — apart from Defendant Miguel Reyes Garcia (21) — intending to call expert witnesses at trial shall be prepared to address at the August 29, 2017 pretrial conference why such experts should be permitted.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   23rd   day of August 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6049.ord.exp.disc.lc02.docx

ORDER **‐** 3