1  VICTOR H. LARA
2  HURLEY & LARA
   411 North 2nd Street
3  Yakima, WA  98901
4  (509)248-4282
5  Attorney for Defendant

6

7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF WASHINGTON

10
   UNITED STATES OF AMERICA,          )   NO.  CR-15-06049-EFS-10
11                                     )
12            Plaintiff,               )   *PROPOSED*
13       vs.                           )
                                       )   ORDER GRANTING MOTION
14  BRITTNEY LEE ZARAGOZA,             )   TO EXPEDITE HEARING
15                                     )
16            Defendant.               )
   _____)

17

18       Before the Court is Defendant's Motion to Expedite Time for Hearing Defendant's

19  Motion for Order Waiving Presence at Pretrial Hearing, and the Court having considered

20  the file and record herein and otherwise being advised, finds good cause to grant the

21  Motion. Accordingly, it is

22       **ORDERED** that the date of August 29, 2017 is hereby set for hearing

23  Defendant's Motion for Order Waiving Presence at Pretrial Hearing, without oral

24  argument; and it is further

25       **ORDERED** that the Court is directed to enter this order and provide copies to

26  defense counsel.

27       DATED:

28

29                                  _____
30                                  EDWARD F. SHEA, Senior Judge
                                    United States District Court
31

32

33  ORDER GRANTING MOTION TO EXPEDITE                   HURLEY & LARA
34  HEARING                                            Attorneys at Law
                                                     411 North 2nd Street
35                                                    Yakima, WA  98901
                                                        (509)248-4282