```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>                    Defendant. | No. 4:15-CR-6049-EFS-10<br><br>**ORDER GRANTING MOTION TO WAIVE DEFENDANT'S PRESENCE AT PRETRIAL HEARING AND MOTION TO EXPEDITE** |

Before the Court, without oral argument, is Defendant Brittney Lee Zaragoza's Motion to Waive Defendant's Presence at Pretrial Hearing, ECF No. 507, and related Motion to Expedite, ECF No. 508. Because of medical issues, Defendant seeks to waive her presence at the pretrial conference scheduled on August 29, 2017, at 10:00 a.m. in Richland, Washington. *See* ECF No. 507. Defense counsel avers that counsel for the Government could not be reached to determine whether it objects to expediting the hearing of said motion. ECF No. 508.

Having reviewed Defendant's motions and attachments thereto, the Court is fully informed and finds good cause to grant the requested waiver.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Brittney Lee Zaragoza's Motion to Expedite, **ECF No. 508,** is **GRANTED.**

ORDER WAIVING DEFENDANT'S APPEARANCE - 1

**2.** Defendant Brittney Lee Zaragoza's Motion to Waive Defendant's Presence at Pretrial Hearing, **ECF No. 507**, is **GRANTED**. Defendant need not attend the August 29, 2017 pretrial conference. Defense counsel, Victor H. Lara, is still required to attend.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** this  28th day of August 2017.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge