# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>     vs.<br><br>JESE DAVID CARILLO CASILLAS (2);<br>ROSA ARACELI GRANADOS (3);<br>GABRIELA MENDOZA VASQUEZ (7);<br>JULIO CESAR ROSALES SAUCEDO (9);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>ADAM BENJAMIN GOLDRING (12)<br>ERICA MARIA SOLIS (15);<br>EDGAR OMAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18);<br>JUAN BRAVO ZAMBRANO (19);<br>MIGUEL REYES GARCIA (21);<br>JOSE ADRIAN MENDOZA(23); and<br>VERONICA ELVIRA CORTEZ (24),<br><br>                     Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 3, 7, 9, 10,<br>               11, 12, 15, 16, 18, 19, 21, 23, 24<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 08/29/2017  **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/**<br>**MOTION HEARING** |

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| | |
|---|---|
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | Robin Emmans for Jese David Carillo Casillas (2) |
| | Terry Ryan and Adam Pechtel for Rosa Araceli Granados (3) |
| | Ricardo Hernandez for Gabriela Mendoza Vasquez (7) |
| | Ronald Van Wert for Julio Cesar Rosales Saucedo (9) |
| | Victor Lara for Brittney Lee Zaragoza (10) |
| | Gregory Scott present for Salvador Gudino Chavez (11) (at 10:23 am) |
| | Lee Edmond on behalf of Richard Troberman for Adam Benjamin Goldring (12) |
| | Troy Lee for Erica Maria Solis (15) |
| | Peter Schweda for Edgar Omar Herrera Farias (16) |
| | Michael Felice not present for Alfredo Magana Garibay (18) |
| | Richard Smith for Juan Bravo Zambrano (19) |
| | Kenneth Therrien for Miguel Reyes Garcia (21) |
| | Scott Johnson for Jose Adrian Mendoza (23) |
| | Lee Edmond for Veronica Elvira Cortez (24)<br><br>**Defendant's Counsel** |

**[XX]  Open Court**

Defendant Jese David Carillo Casillas (2) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Rosa Araceli Granados (3) present, not in custody of the US Marshal
Defendant Gabriela Mendoza Vasquez (7) present, not in custody of the US Marshal
Defendant Julio Cesar Rosales Saucedo (9) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Brittney Lee Zaragoza (10) not present, having previously waived her presence
Defendant Salvador Gudino Chavez (11) present, not in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Adam Benjamin Goldring (12) present in custody of the US Marshal
Defendant Erica Maria Solis (15) present, not in custody of the US Marshal
Defendant Edgar Omar Herrera Farias (16) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alfredo Magana Garibay (18) present in custody of the US Marshal
Defendant Juan Bravo Zambrano (19) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal
Defendant Veronica Elvira Cortez (24) present, not in custody of the US Marshal

Ms. Van Marter provides discovery status update

Mr. Johnson provides status update regarding discovery provided to Behind the Gavel

Ms. Emmans moves to continue trial date and extend time for filing (ECF No. 494) on behalf of Jese David Carillo Casillas (2)
No objection by Mr. Schweda on behalf of Defendant Edgar Omar Herrera Farias (16) – Statement of Reasons in Support of Motion to Continue Trial Date signed by Defendant Herrera Farias and filed
No objection by Mr. Felice on behalf of Alfredo Magana Garibay (18)
No objection by Mr. Edmond on behalf of Defendant Goldring (12) – Mr. Edmond advises Mr. Troberman is not available for trial during the time period of March 1 – 12, 2018
Objection by Mr. Smith on behalf of Defendant Juan Bravo Zambrano (19)
Objection by Mr. Therrien on behalf of Defendant Miguel Reyes Garcia (21)

**Court**: Defendant Carillo Casillas' Motion to Continue Trial Date and Extend Time for Filing (ECF No. 494) is **GRANTED**

Court sets the follows hearing dates:

**Pretrial Conference:**      12/19/2017 at 10:00 am in Richland
**Pretrial Conference:**      03/06/2018 at 10:00 am in Richland
**Jury Trial:**               03/26/2018 at 09:00 am in Richland


All time between this date and new trial date of 03/26/2018 shall be excluded from the speedy trial act time

Ms. Van Marter requests the Court set a new deadline for defense disclosure of experts and pretrial motions
**Court**: All counsel shall confer and provide the Court with new proposed dates within two weeks.

| CONVENED: 10:06 AM | ADJOURNED: 10:27 AM | TIME: 21 MINS | |