JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:15-CR-6049-EFS-24 |
| Plaintiff, | INFORMATION SUPERSEDING INDICTMENT |
| vs. | |
| VERONICA ELVIRA CORTEZ, | Vio: 18 U.S.C. § 4 |
| Defendant. | Misprision of a Felony |

The United States Attorney Charges:

Beginning on a date unknown but by on or about January 2010, continuing until on or about December 6, 2016, in the Eastern District of Washington and elsewhere, the Defendant, VERONICA ELVIRA CORTEZ, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 5 kilograms or more of cocaine, 1 kilogram or more of heroin and 400 grams or more of n-phenyl-n propanamide did conceal the

INFORMATION SUPERSEDING INDICTMENT - 1
Cortez.Information.docx

same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

Dated this 29 day of August 2017.

JOSEPH H. HARRINGTON
Acting United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INFORMATION SUPERSEDING INDICTMENT - 2
Cortez.Information.docx