PENALTY SLIP
INFORMATION SUPERSEDING INDICTMENT

DEFENDANT NAME: **VERONICA ELVIRA CORTEZ**

TOTAL NO. COUNTS:       1

VIO:  **18 U.S.C. § 4**
       **Misprision of a Felony**

PENALTY:  **CAG not more than 3 years;**
          **and/or up to a $250,000 fine;**
          **not more than 1 year of supervised release;**
          **a $100 special penalty assessment**

CASE NO.    <u>4:15-CR-6049-EFS-24</u>

AUSA INITIAL    <u>     SAV          </u>