AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:15-CR-6049-EFS-24 |
| VERONICA ELVIRA CORTEZ | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lee Edmond
*Printed name of defendant's attorney*

_____
*Judge's signature*

Edward F. Shea, Senior United States Judge
*Judge's printed name and title*