FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

1

2

3

4

5                  **UNITED STATES DISTRICT COURT**

6                  **EASTERN DISTRICT OF WASHINGTON**

7    UNITED STATES OF AMERICA,              )
                                            )
8             Plaintiff,                    )       NO.15:CR-    -06049-EFS- 16
                                            )
9             v.                            )       DEFENDANT'S STATEMENT
     EDGAR                                  )       OF REASONS IN SUPPORT
10   OMAR HERRARA FARIAS         ,          )       OF THE MOTION TO
                                            )       CONTINUE TRIAL
11            Defendant.                    )

12

13        My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to

14   go to trial within a seventy-day period. My attorney has also advised me that a continuance of the

15   trial is needed, and we discussed the reasons for a continuance.

16        A motion to continue the trial has been filed.

17        My attorney has advised me, and I understand that, if the Court grants the motion to

18   continue that all time between the date the motion to continue was filed and the new date for trial

19   will be excluded from the speedy-trial period under the Speedy Trial Act.

20        After reviewing the motion and discussing the reasons for the requested continuance with

21   my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset

22   the trial date from its current date of _Nov 1, 2017_ to a date not later than _Mar. 26 2018_

23   for the following reasons as found in 18 U.S.C. § 3161: _I have a new_

24   _attorney appointed to represent me_

25   _and he needs additional time to_

26   _prepare my defense_

27

28   Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1      Rev. 3/8/2016

1

2 _____

3 _____

4 _____.

5

6   I declare under penalty of perjury that the foregoing is true and correct.

7   _____
    Defendant
    Date: 8/29/17

8

9   I have read this form and discussed the contents with my client.

10  _____
    Counsel for Defendant
    Date: 8/29/17

11

12  I have translated this form into a language in which the Defendant is conversant. If
    questions have arisen, I have notified the Defendant's counsel of the questions and have
13  not offered not given advice nor personal opinions.

14  _____
    Interpreter (printed name)

15  _____
    Interpreter (signature)

16  Date: 8/29/2017

17

18

19

20

21

22

23

24

25

26

27

28  Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2        Rev. 3/8/2016