UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:15-CR-6049-EFS-24 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 08/29/2017  **LOCATION:** Richland |
| VERONICA CORTEZ, | **CHANGE OF PLEA HEARING** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Lee Edmond | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, not in custody of the US Marshal

Oath administered to defendant for change of plea

Information Superseding Indictment filed
Waiver of Indictment signed and filed
Plea Agreement signed and filed

Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for December 5, 2017 at 2:00 pm in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDER FORTHCOMING**

| CONVENED: 10:45 AM | ADJOURNED: 11:13 AM | TIME: 28 MINS | |