IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　vs.<br><br>MIGUEL REYES GARCIA,<br>　　　　　　　Defendant. | NO.  CR-15-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DATE TO FILE EXPERT WITNESS LIST (PROPOSED)** |

Before the Court is Defendant's Motion to Extend Date to File Expert Witness List, (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion to Extend Date to File Expert Witness List, (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

　　　DATED this ____ day of _____, 2017.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　　　UNITED STATES JUDGE

ORDER