IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br><br> MIGUEL REYES GARCIA, <br> Defendant. | NO. CR-15-6049-EFS <br><br> ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE <br><br> (PROPOSED) |

Before the Court is Defendant's Motion to Expedite (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion to Expedite (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2017.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER