RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

Attorneys for Defendant
Juan Bravo Zambrano

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Jese David Casillas Carrillo (2); Rosa Araceli Grandado (3); Francisco Duarte Figueroa (6); Gabriela Mendoza Vasquez (7); Brittney Lee Zaragoza (10); Salvador Gudino Chavez (11); Juvenal Landa Solano (14); Erica Maria Solis (15); Edgar Omar Herrera Farias (16); Juan Bravo Zambrano (19); Miguel Reyes Garcia (21); Jose Adrian Mendoza (23); and Veronica Elvira Cortez (24),<br><br>　　　　　　Defendants. | NO. 4:15-cr-06049-EFS-19<br><br>JOINT PROPOSED CASE MANAGEMENT DEADLINES |

TO: Clerk, U.S. District Court, Eastern District of Washington; and
TO: Stephanie A. Van Marter, Assistant United States Attorney.

JOINT PROPOSED CASE MANAGEMENT DEADLINES -
Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

Pursuant to the Court's order of August 31, 2017 to meet and confer regarding proposed amended deadlines, counsel for Juan Zambrano (19) prepared a proposed Amended Case Management Order and distributed the same on September 7, 2017 to all defense counsel for review, objections or corrections. At the same time defense counsel distributed the same to Assistant United States Attorney Stephanie Van Marter on September 7, 2017 requesting her review, revisions, objections or correction.

Having received no objections, corrections or revisions from defense counsel or Assistant United States Attorney Van Marter, defense counsel submits the following proposed dates and deadlines in this matter:

|  | **Recommended Dates** |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br><br>USAO's Experts (not previously disclosed)<br>Defendant's Experts<br>USAO's Rebuttal Experts | November 15, 2017<br>December 15, 2017<br>January 2, 2018 |
| 1st Pretrial Conference | December 19, 2017 |
| Final Pretrial Conference *(Deadline for motions to continue trial)* | March 6, 2018 |
| CI's identities, Giglio disclosures and willingness to be interviewed disclosed to Defendant (if applicable) | January 2, 2018 |
| Grand Jury transcripts disclosed to Defendant: |  |

| | |
|---|---|
| Case Agent | January 2, 2018 |
| CIs (if applicable) | January 2, 2018 |
| Other witnesses | January 2, 2018 |
| Exhibit lists filed and emailed to the Court | February 26, 2018 |
| Witness Lists filed and emailed to the Court | February 26, 2018 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | February 26, 2018 |
| Exhibit binders delivered to all other parties | February 26, 2018 |
| Whether any witness likely to exercise Fifth Amendment rights and requires appointed counsel | February 26, 2018 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | February 26, 2018 |
| Trial notices filed with Court | February 26, 2018 |
| Exhibit binders delivered to the Court | March 12, 2018 |
| Technology readiness meeting (in-person) | March 12, 2018 |
| **JURY TRIAL** | **March 26, 2018**<br>**Richland** |

DATED this 12th day of September, 2017.

Presented by: *Smith Law Firm*

/s/ *RICHARD A. SMITH*
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Zambrano (19)

JOINT PROPOSED CASE MANAGEMENT DEADLINES -
Page 3

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie A. Van Marter, Assistant United States Attorney; and
Defense Counsel

*/s/ Lugene M. Borba*
LUGENE M. BORBA