Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | NOTICE OF UNAVAILABILITY |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

PLEASE TAKE NOTICE that Lee Edmond, attorney for Defendant Veronica Cortez, will be out of the state and unavailable from September 15, 2017 through October 9, 2017, and requests that no court

/

/

/

/

/

/

/

Notice of Unavailability
PAGE 1

1 | hearings be scheduled during that time.

RESPECTFULLY SUBMITTED this 12th day of September, 2017.

s/ Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
(888) 842-3803 (fax)
ledmond.esq@gmail.com

Notice of Unavailability
PAGE 2

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I electronically filed the attached document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record in the above-entitled case, including AUSA Benjamin Seal.

DATED this 12th day of September, 2017.

      s/Lee Edmond
Lee Edmond, WSBA #34693
Attorney for Veronica Cortez
2615 11th Avenue W
Seattle, Washington 98119
Telephone Number: (206) 428-7734
ledmond.esq@gmail.com

Notice of Unavailability
PAGE 3

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)