JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:15-CR-6049-EFS |
| vs. | ) | |
| | ) | United States Status Report and |
| JESE DAVID CARILLO CASILLAS (2), | ) | Proposed Scheduling Order |
| ROSA ARACELI GRANADOS (3), | ) | |
| GABRIELA MENDOZA VAZQUEZ (7), | ) | |
| JULIO CESAR ROSALES SAUCEDO (9) | ) | |
| BRITTNEY LEE ZARAGOZA (10), | ) | |
| SALVADOR GUDINO CHAVEZ (11), | ) | |
| ADAM BENJAMIN GOLDRING (12), | ) | |
| JUVENAL LANDA SOLANO (14), | ) | |
| ERICA MARIA SOLIS (15), | ) | |
| EDGAR OMAR HERERRA FARIAS | ) | |
| (16), | ) | |
| ALFREDO MAGANA GARIBAY (18); | ) | |
| JUAN BRAVO ZAMBRANO (19), | ) | |
| MIGUEL REYES GARCIA (21), | ) | |
| JOSE ADRIAN MENDOZA (23); and | ) | |
| VERONICA ELVIRA CORTEZ (24), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

United States Status Report and Proposed Scheduling Order  - 1
Casillas.Status.docx

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following proposed case management deadlines pursuant to the Court's Order (ECF No. 521).

The United States has attempted to contact counsel and seek further discussion but has not received a response.  Counsel for Defendant Zambrano filed Joint Proposed Case Management Deadlines on 09/12/2017 (ECF NO. 526). Counsel for the United States does not recall being contacted or consulted on those proposed dates and the United States objects to the proposed dates.

Here is the United States proposed scheduling Order subject to modification:

| Rule 16 expert summaries[1]: | |
| --- | --- |
| USAO's Experts | October 30, 2017 |
| Defendant's Experts | November 6, 2017 |
| USAO's Rebuttal Experts | December 4, 2017 |
| All pretrial motions, including discovery motions, Daubert motions, and motions in limine, filed | December 5, 2017 |
| PRETRIAL CONFERENCE | December 19, 2017 at 10:00 am<br>Richland |
| Any additional pretrial motions, including discovery motions, Daubert motions, and motions in limine, filed | February 20, 2017 |
| PRETRIAL CONFERENCE | March 6, 2018 at 10:00 am |

United States Status Report and Proposed Scheduling Order  - 2
Casillas.Status.docx

| | Richland |
|---|---|
| CI's identities, and willingness to be interviewed disclosed to Defendant | March 12, 2017 |
| Grand jury transcripts disclosed to Defendants: | March 12, 2017 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | March 19, 2017 |
| Exhibit Lists and Witness Lists filed and emailed to the Court | March 19, 2017 |
| Exhibit binders delivered to parties and to the Court | March 23, 2017 |
| Delivery of JERS – compatible digital evidence files to the Courtroom deputy | March 19, 2017 |
| Technology readiness meeting (in-person) | March 23, 2017 |
| JURY TRIAL | March 26, 2017 at 9:00 a.m. Richland |

DATED this 12th day of September 2017.

Joseph H. Harrington
Acting United States Attorney

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States Status Report and Proposed Scheduling Order  - 3

Casillas.Status.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION

I hereby certify that on August 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

John Gregory Lockwood, jgregorylockwood@hotmail.com, hodgsonlorrie@hotmail.com

Lee Edmond, ledmond.esq@gmail.com

Rick Lee Hoffman, rick_hoffman@fd.org, maria_deleon@fd.org

Robin Collett Emmans robin.emmans@secondstreetlaw.com, marcie@secondstreetlaw.com

Adam R Pechtel adam@pechtellaw.com, erin@pechtellaw.com

Terence Michael Ryan, tryan@prh.comcastbiz.net kricco@prh.comcastbiz.net Ricardo Hernandez hloffice@basinis.com, hloffice1039@gmail.com Ronald A Van Wert rvw@ettermcmahon.com jody@ettermcmahon.com

Victor H Lara, vh_lara@hotmail.com

Gregory Lee Scott, gregory@scottlaw.net keila.scott@scottlaw.net

Richard J Troberman tmanlaw@aol.com

Troy Joseph Lee troylee@troyleelaw.net

Peter Steven Schweda, pschweda@wsmattorneys.com kschroeder@wsmattorneys.com

Michael V Felice, mike@mvfelicelaw.com legal1@axtellbriggs.com

Richard A Smith, rasmith@house314.com smithone@house314.com

Kenneth D Therrien, kentherrien@msn.com  jmora.ktlaw@outlook.com

martha.ktlaw@outlook.com

Scott W Johnson, scott@johnsonorr.com

                                    *s/Stephanie J. Van Marter*
                                    Stephanie Van Marter
                                    Assistant United States Attorney

United States Status Report and Proposed Scheduling Order  - 5

Casillas.Status.docx