# ATTACHMENT A

## Assistant - Smith Law Firm

**From:** Assistant - Smith Law Firm [smithone@house314.com]
**Sent:** Thursday, September 7, 2017 4:53 PM
**To:** 'Van Marter, Stephanie A. (USAWAE)'
**Subject:** USA vs. Defendants; Cause No. 4:15-CR-06049-EFS
**Attachments:** Proposed CM Deadlines 9-7-17.doc

Dear Ms. Van Marter:

Attached please find a proposed Joint Case Management Deadline for your review and comment. Please advise if you have any revisions or objections to the deadlines.

Sincerely,

*Lugene M. Borba*
Legal Assistant to Richard A. Smith

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
Phone: (509) 457-5108
Fax: (509) 452-4601
Email: smithone@house314.com
Legal Assistants: Lugene M. Borba and Jocelyn Palomares

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.



1