UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jese David Casillas Carrillo (2); Rosa Araceli Granado (3); Gabriela Mendoza Vasquez (7); Julio Cesar Rosales Saucedo (9); Brittney Lee Zaragoza (10); Salvador Gudino Chavez (11); Adam Benjamin Goldring (12); Erica Maria Solis (15); Edgar Omar Herrera Farias(16); Alfredo Magana Garibay (18); Juan Bravo Zambrano (19); Miguel Reyes Garcia (21); and Jose Adrian Mendoza (23),<br><br>　　　　　　　　　Defendants. | No.　4:15-CR-06049-EFS-2<br>　　　4:15-CR-06049-EFS-3<br>　　　4:15-CR-06049-EFS-7<br>　　　4:15-CR-06049-EFS-9<br>　　　4:15-CR-06049-EFS-10<br>　　　4:15-CR-06049-EFS-11<br>　　　4:15-CR-06049-EFS-12<br>　　　4:15-CR-06049-EFS-15<br>　　　4:15-CR-06049-EFS-16<br>　　　4:15-CR-06049-EFS-18<br>　　　4:15-CR-06049-EFS-19<br>　　　4:15-CR-06049-EFS-21<br>　　　4:15-CR-06049-EFS-23<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

　　A pretrial conference occurred in the above-captioned matter on August 29, 2017. Defendants Carillo Casillas (2), Granados (3), Mendoza Vasquez (7), Rosales Saucedo (9), Zaragoza (10), Chavez (11), Goldring (12), Solis (15), Herrera Farias (16), Garibay (18), Zambrano (19), Reyes Garcia (21), and Mendoza (23) were present, represented by counsel. Assistant U.S. Attorney Stephanie Van Marter appeared on

---

[1] This Order amends the deadlines in the Court's prior Case Management Orders, ECF Nos. 101, 258, 281, 308, 336, 340, 361, 370, 387, 428, & 448.

AMENDED CASE MANAGEMENT ORDER - 1

1  behalf of the U.S. Attorney's Office (USAO). At the hearing, the Court
2  heard argument regarding Defendant Casillas Carillo's (2) Motion to
3  Continue, ECF No. 494, which the Court granted.
4  　　　To ensure defense counsel is afforded adequate time to review
5  discovery, prepare any pretrial motions, conduct investigation, and
6  prepare for trial, the Court sets the following deadlines, extends the
7  pretrial motion deadline, and resets one of the currently scheduled
8  pretrial conference dates. Given the designation of this case as a
9  complex case — due to the number of Defendants and the substantial
10 discovery involved — the Court finds that the continuance is necessary
11 for adequate preparation by defense counsel. Although two Defendants
12 objected to continuing trial, the Court finds that the ends of justice
13 served by granting a continuance outweigh the best interest of the
14 public and all Defendants in a speedy trial.  The delay resulting from
15 the continuance is therefore excluded under the Speedy Trial Act as to
16 all Defendants.
17 　　　On August 31, 2017, the Court issued a text order directing the
18 parties to meet and confer regarding proposed deadlines and to file
19 proposed amended deadlines no later than September 12, 2017. ECF No.
20 521. Having considered the parties' proposed case schedules, ECF Nos.
21 526, 529, & 531, the Court now enters the following Amended Case
22 Management Order.  All counsel are expected to carefully read and
23 abide by this Order and such provisions of the prior Case Management
24 Orders, ECF Nos. 101, 258, 281, 308, 336, 340, 361, 370, 387, 428, &
25 448, which have not been superseded hereby.  The Court will grant
26

AMENDED CASE MANAGEMENT ORDER - 2

relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Jese David Casillas Carillo's (2) Motion to Continue, **ECF No. 494**, is **GRANTED.**

2. Because the Court has extended all expert disclosure deadlines, Defendant Miguel Reyes Garcia's (21) Motion for Extension of Time to File Expert Witness List, **ECF No. 523**, is **DENIED AS MOOT.**

3. The Court finds, given the complexity of this case and defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(6), (7)(B)(i), (iii-iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and all Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

4. **Original Case Management Order.** <u>Counsel must review the procedures in the original Case Management Order, ECF No. 101 and abide by those procedures except for the new compliance deadlines in the following Summary of Amended Deadlines.</u>

AMENDED CASE MANAGEMENT ORDER - 3

**5.    Pretrial Conferences**

    **A.**   A pretrial conference **IS SET** for **December 19, 2017, at 10:00 a.m. in Richland**. At this hearing, the Court will hear all *Daubert* motions.

    **B.**   The final pretrial conference **IS RESET** from October 10, 2017, to **March 6, 2018, at 10:00 A.M. in Richland**. At this hearing, the Court will hear all outstanding pretrial motions.

    **C.**   All Pretrial Conferences are scheduled to last no more than **30 minutes**, with each side allotted **15 minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than 15 minutes, that party must notify the Courtroom Deputy at least seven days prior to the hearing. <u>**Any party who fails to provide this notice will be limited to 15 minutes.**</u>

**6.    Trial**. This matter **IS RESET** for jury trial from November 1, 2017, to **March 26, 2018, at 9:00 A.M. in Richland.** Counsel and Defendants shall be prepared to meet with the Court at least 30 minutes prior to the commencement of the trial.

**7.**   Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (iii), and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **August 10, 2017**, the date defense counsel moved to continue, through **March 26, 2018,**

AMENDED CASE MANAGEMENT ORDER - 4

the new trial date, as the period of delay granted for adequate preparation by counsel.

**8.  Summary of Deadlines**

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    USAO's Experts<br>    Defendants' Experts<br>    USAO's Rebuttal Experts | <br><br>**November 3, 2017**<br>**November 10, 2017**<br>**November 17, 2017** |
| All *Daubert* motions filed | **November 28, 2017** |
| **PRETRIAL CONFERENCE** | **December 19, 2017**<br>**1:30 P.M. - Richland** |
| Reciprocal discovery provided and supplemented | **January 30, 2018** |
| **All pretrial motions filed, including motions in limine and discovery motions** | **February 6, 2018** |
| CIs' identities, *Giglio* disclosures, and willingness to be interviewed disclosed to Defendants (if applicable) | **February 23, 2018** |
| Grand jury transcripts produced to Defendants | **February 23, 2018** |
| **FINAL PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **March 6, 2018**<br>**10:00 A.M. - Richland** |
| Exhibit & Witness lists filed and emailed to the Court | **March 16, 2018** |
| Notice of any witness likely to exercise Fifth Amendment rights and/or require appointed counsel filed with the Court | **March 16, 2018** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **March 16, 2018** |
| Exhibits delivered to all other parties | **March 16, 2018** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **March 16, 2018** |
| Trial notices filed with the Court | **March 16, 2018** |
| Exhibit binders delivered to the Court | **March 19, 2018** |
| Technology readiness meeting (in-person) | **March 19, 2018** |
| **JURY TRIAL** | **March 26, 2018**<br>**9:00 A.M. - Richland** |

/

//

///

AMENDED CASE MANAGEMENT ORDER - 5

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
2 Order and provide copies to all counsel, the U.S. Probation Office,
3 and the U.S. Marshals Service.
4    **DATED** this __14th__ day of September 2017.

5                  s/Edward F. Shea
                   EDWARD F. SHEA
6          Senior United States District Judge

Q:\EFS\Criminal\2015\15-6049;ord acmo lc02.docm

AMENDED CASE MANAGEMENT ORDER - 6