Rick Hernandez
Hernandez Law Offices, LLC
P.O. Box 1039
Sunnyside, WA 98944
(509) 837-3184

Attorney for GABRIELA MENDOZA VASQUEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GABRIELA MENDOZA VASQUEZ,<br><br>　　　　　Defendant. | No. 4:15-CR-06049-EFS-7<br><br>ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS<br><br>**PROPOSED** |

A Motion to Modify Release Conditions was presented on October 20, 2017. This order memorializes the Court's decision.

IT IS HEREBY ORDERED:

1. Defense counsel's Motion to Modify Release Conditions hearing is GRANTED.

DATED this 20th day of October 2017.

_____
Magistrate Judge

ORDER (PROPOSED)