1
2   Rick Hernandez
    Hernandez Law Offices, LLC
3   440 S. 6th St. P.O. Box 1039
    Sunnyside, WA 98944
4   (509) 837-3184
5
    Attorney for Gabriela Mendoza Vasquez
6
7
                        **UNITED STATES DISTRICT COURT**
8                      **EASTERN DISTRICT OF WASHINGTON**
9
10  UNITED STATES OF AMERICA,        }
                                     }
11                  Plaintiff,       }   No. 4:15-CR-06049-EFS-7
                                     }
12  vs.                              }
                                     }   **DECLARATION OF**
13                                   }   **RICARDO HERNANDEZ**
    GABRIELA MENDOZA VASQUEZ,        }
14                                   }
                                     }
15                  Defendant.       }
16
17          RICARDO HERNANDEZ, being first duly sworn upon oath, deposes
18      and states as follows:
19
20      1.    Curt Hare of the United State Probation, who is currently supervising
              Ms. Mendoza Vasquez, advised me today that he has no objection to
21            remove Ms. Mendoza Vasquez from both the electronic home
              monitoring and location monitoring.
22
        2.    For this reason, we would amend our request for the modification of
23            conditions of release to include removing both electronic home
24            monitoring and location monitoring as part of Ms. Mendoza Vasquez
              pretrial release conditions.
25
26
        3.    We would request that all of the other pretrial release conditions remain
27            the same.
28

    DECLARATION OF RICARDO HERNANDEZ
                                        - 1 -

1

2

3        I declare under penalty of perjury under the laws of the State of

4   Washington that the foregoing is true and correct to the best of my knowledge.

5        DATED this 17th day of October 2017.

6

7

                                        s/ Ricardo Hernandez
8                                       Ricardo Hernandez

9
    I hereby certify that on October 17, 2017 I electronically filed the foregoing with the
10  Clerk of the Court using the CM/ECF System which will send notification of such
    filing to the following: Stephanie VanMarter, Assistant United States Attorney
11

12

13
                                        s/ Ricardo Hernandez
14                                      Ricardo Hernandez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RICARDO HERNANDEZ
                                    - 2 -