JOSEPH H. HARRINGTON
Acting United States Attorney
Stephanie Van Marter
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIELA MENDOZA VAZQUEZ, <br><br> Defendant. | 4:15-CR-06049-EFS-7 <br><br> United States Response to Defendant's Motion to Modify Release Conditions  (ECF No. 542) |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following response to Defendant's Motion to Modify Release Conditions (ECF No. 542).

The United States has had the opportunity to speak to Probation Officer Hare as well as review the requested modification with those involved in this investigation.  The

United States Response to Defendant's Motion to Continue Trial - 1
Vazquez.Response[542].docx

United States has no objection to the requested modification to remove the electronic monitoring device and the condition of home confinement.

DATED October 19, 2017.

JOSEPH H. HARRINGTON
UNITED STATES ATTORNEY

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

## **CERTIFICATION**

I hereby certify that on October 19, 2017, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

Rick Hernandez, hloffice@basinis.com, hloffice1039@gmail.com, rick@rickhernandez.lawyer

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States Response to Defendant's Motion to Continue Trial - 2
Vazquez.Response[542].docx