UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIELA MENDOZA VASQUEZ,<br><br>Defendant. | No. 4:15-CR-06049-EFS-7<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY<br><br>**MOTION GRANTED**<br>**(ECF No. 542)** |

Before this Court is Defendant's Motion to Modify Release Conditions. ECF No. 542. Defendant requested modification of Special Release Condition No. 4, requiring electronic home monitoring, to permit her to travel to local restaurants and parks with her children. Subsequently Defendant constructively amended her request, and asked that Special Condition No. 4 be deleted altogether. ECF 545.

Defendant, through the declaration of counsel, ECF No. 545, recites that U.S. Probation has no objection to the request. *Id*. at 1. The United States' in its response, ECF No. 546, recites that it also has no objection to the request.

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 542**, is **GRANTED AS AMENDED**, and that Defendant is relieved from compliance with Special Condition No. 4.

ORDER - 1

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED October 20, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2