Lee Edmond
EDMOND LAW, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734

Attorney for Veronica Elvira Cortez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff, | ] | 15-CR-6049-EFS-24 |
| vs. | ] | NOTICE OF UNAVAILABILITY |
| VERONICA ELVIRA CORTEZ, | ] | |
| Defendant. | ] | |

PLEASE TAKE NOTICE that Lee Edmond, attorney for Defendant Veronica Cortez, will be out of the country and unavailable from November 1, 2017 through November 10, 2017, and requests that no court hearings be scheduled during that time.

    s/ Lee Edmond
    Lee Edmond, WSBA #34693
    Attorney for Veronica Cortez
    2615 11th Avenue W
    Seattle, Washington 98119
    Telephone Number: (206) 428-7734
    ledmond.esq@gmail.com

Notice of Unavailability
PAGE 1

Edmond Law, PLLC
2615 11th Avenue W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I electronically filed the attached document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record in the above-entitled case, including AUSA Stephanie Van Marter.

DATED this 30th day of October, 2017.

          s/Lee Edmond
          Lee Edmond, WSBA #34693
          Attorney for Veronica Cortez
          2615 11th Avenue W
          Seattle, Washington 98119
          Telephone Number: (206) 428-7734
          ledmond.esq@gmail.com

Notice of Unavailability
PAGE 2

**Edmond Law, PLLC**
**2615 11th Avenue W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**