# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>vs.<br><br>ADAM BENJAMIN GOLDRING,<br><br>                                Defendant. | Case No.  4:15-CR-6049-EFS-12<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 10/31/2017  **LOCATION:** Richland<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk** | <br><br>**Interpreter** | Kim Allen<br><br>**Court Reporter** |
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | | Richard Troberman<br><br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed

Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for March 27, 2018 at 1:30 pm in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDER FORTHCOMING**

| CONVENED:  11:48 AM | ADJOURNED:   12:15 PM | TIME:  27 MINS | |
|---|---|---|---|