# EXHIBIT A

Latent Print Examiner (Retired)           Phone:  206 300-4444
Independent Fingerprint Consultant     E-mail:  connietoda@yahoo.com
Pacific Northwest Fingerprint Services    or
                                      pnwfingerprintservices@gmail.com
P.O. Box 78643
Seattle, Washington  98178

# Connie Toda

| | |
|---|---|
| **Areas of Expertise** | Analysis, comparison and identification of known and latent fingerprints |
| | Crime scene and evidence processing for latent prints |
| | Expert witness testimony |

**Work Experience**

01/2014 – Present      **Pacific Northwest Fingerprint Services**
Seattle, Washington
**Latent Print Examiner/Forensic Consultant**
Self-employed, provide fingerprint analysis services and casework review for public defenders, law offices and private investigators.  Have done contractual work for King County Department of Public Defense, Pierce County Department of Assigned Counsel, and defense counsel representing clients in Kitsap, Yakima, Chelan, Thurston, Benton and Clark counties.  Have been retained by the Federal Public Defender's Offices in the Western District of Washington, Eastern Washington/Idaho, and District of Alaska

09/2013 – Present      **Green River College**      Auburn, Washington

**Adjunct Faculty/Criminal Justice Instructor**
Teach introductory class in basic fingerprint identification, theory, and evidence processing techniques.  Class is offered as a five-credit course that is open to both non majors as well criminal justice majors.

05/1993 – 03/2013      **Seattle Police Department** Seattle, Washington
**Latent Print Examiner**
Located, processed and preserved latent fingerprints found at crime scenes and on evidence for analysis in criminal investigations.  Compared and identified latent fingerprint impressions to known persons.  Conducted fingerprint searches through the Automated Fingerprint Identification System (AFIS) computer databases.  Trained and instructed police personnel in basic latent print processing techniques.  Developed and implemented training program for newly hired examiners.  Provided testimony as an expert witness in criminal trials.  Successfully passed yearly proficiency exams given from 2000 to 2012.

07/1991 – 05/1993      Seattle Police Department   Seattle, Washington
**Identification Technician**
Analyzed and compared known fingerprints from a variety of sources to determine identity.  Obtained inked fingerprints from arrestees in the King County Jail and other subjects detained by police.  Entered inked fingerprints and ran searches through the AFIS computer database.

e

**Specialized Training**

- An Introduction to Statistical Thinking for Forensic Practitioners (5 hours) April 24, 2017, Hal S. Stern, Ph.D., Center for Statistics and Applications in Forensic Evidence, Bellevue, Washington
- Pacific Northwest Division International Association for Identification Education and Training Conference (28 hours) June 7-10, 2016, Tulalip, Washington
- International Association for Identification Educational Conference (40 hours) August 2-8, 2015, Sacramento, California
- Understanding Probability, Statistics, and their Application to Impression Evidence (3.75 hours) May 12, 2014, and Standardization of Latent Print "Suitability" (3.75 hours) M Henry Swofford, U.S. Army Criminal Investigation Laboratory, sponsored by Pacific Northwest Division/International Association for Identification (PNWD/IAI), Coeur d'Alene, Idaho
- Evolution of Tenprint Identification (4 hours) May 11, 2014, Deneen Flowers/Ben Murciego, King County Regional AFIS, sponsored by Pacific Northwest Division/International y 12, 2014Association for Identification (PNWD/IAI), Coeur d'Alene, Idaho
- Footwear Examination (4 hours) May 11, 2014, Lesley Hammer, Hammer Forensics, sponsored by PNWD/IAI, Coeur d'Alene, Idaho
- Friction Ridge Sufficiency: The Threshold? (4 hours) May 15, 2013, Julie Brownfield, Spokane County Sheriff's Office, sponsored by the Pacific Northwest Division/International Association for Identification (PNWD/IAI), Tacoma, Washington
- Courtroom for Fingerprint Examiners A-Z (8 hours) May 16, 2013, Leanne Gray, sponsored by the PNWD/IAI, Tacoma, Washington
- The Detection of Fabricated and Forged Latent Fingerprints Workshop (8 hours) October 9, 2012, Rachelle Babler/Tom Washington, Seattle, Washington
- Orientation and Search Clues Workshop (8 hours)  May 2, 2012, Cynthia Zeller, Boise, Idaho, sponsored by the PNWD/IAI
- ISO 17020 Accreditation Workshop (8 hours) November 15, 2011, Terry Mills, Forensic Quality Services, Seattle, Washington
- Universal Latent Workstation (ULW) Software Training Program (16 hours, October 19, 2011, Marian Price, F.B.I./CJIS, Seattle, Washington
- Henry Classification Refresher Course (8 hours) September 13, 2011, Alan Christensen, sponsored by the PNWD/IAI, Vancouver, Washington
- Intermediate Photo Shop:  Charting Latent Prints  (16 hours) January 24-25, 2011, Steve Everist, King County Sheriff's Office, Seattle, Washington
- Maximizing Latent Accuracy (16 hours) January 12-13, 2011, Luc Bornes, MorphoTrak, Seattle, Washington
- MetaMorpho Latent Processing (16 hours) January 4-5, 2011; Yvonne Fann, MorphoTrak. Seattle, Washington
-  Probability and Fingerprints Workshop (8 hours) July 22, 2010, Paul Chamberlain, Forensic Science Service London Laboratory, Seattle, Washington
- Latent Print Daubert Testimony Workshop (16 hours) October 8-9, 2010, Melissa Gische/Heather Webster, FBI, Seattle, Washington, sponsored by King County Sheriff's Office
- Analysis of Distortion in Latent Prints (16 hours) July 22-23, 2009, Alice Maceo, Seattle, Washington, sponsored by King County Sheriff's Office
- Current Issues and Advanced Latent Print Training (16 hours) May 26-27, 2009, Jon Byrd, Seattle, Washington, sponsored by King County Sheriff's Office
- Intermediate Comparison of Friction Ridge Impressions (8 hours) May 19, 2009, Jon Stimac, Walla Walla, Washington, sponsored by the PNWD/IAI
- Universal Latent Workstation (16 hours) May 20, 2008, Marian Price, FBI, Criminal Justice Information Services Division, Seattle, Washington

- Fingerprint Expert Witness Testimony Techniques (16 hours) May 1-2, 2008, Washington State Criminal Justice Training Center, Burien, Washington, Ron Smith & Associates, Inc.
- Ridgeology Science Workshop (40 hours) August 14-18, 2006, Glenn Langenburg, Forensic Consulting & Training Services, Seattle, Washington
- Scientific Analysis: The Facts Behind ACE-V and Daubert (16 hours) April 5-6, 2006, Michele Triplett, Washington State Criminal Justice Training Center, Burien, Washington
- Forensic Courtroom Testimony and Demeanor School - FBI (24 hours) September 22-23, 1999, Robert Moran, FBI, Washington State Criminal Justice Training Center, Burien, Washington
- Advanced Ridgeology Comparison Techniques (40 hours) September 15-19, 1997, Pat Wertheim, Forensic Identification Training Seminars, Gresham, Oregon
- Latent Print Identification Techniques – FBI (24 hours) May 7-9, 1996, Albert F. Lewis, FBI, Washington State Criminal Justice Training Commission, Seattle, Washington
- Latent Print Development Techniques – FBI (24 hours) April 25-27, 1995, C. Ron Kopacko, FBI, Washington State Criminal Justice Training Commission, Seattle, Washington
- Advanced Palm Print Identification (Refresher Course) (24 hours) February 22-24, 1995, Ron Smith, sponsored by International Association for Identification, Pacific Northwest Division, Tacoma, Washington
- Advanced Latent Fingerprint Techniques – FBI (40 hours) November 2-6, 1992, Harless Cummings, FBI, sponsored by Pierce County Sheriff's Department, Tacoma, Washington
- Advanced Palm Print Identification (24 hours) August 31 – September 2, 1992, Ron Smith, sponsored by International Association for Identification, Pacific Northwest Division, Yakima, Washington
- Advanced Latent Fingerprinting (40 hours) September 1991 – December 1991, Robin Powell, Green River Community College, Auburn, Washington
- Basic Fingerprint Identification – FBI (80 hours) October 8, 1990 – October 19, 1990, Charles Duke, Washington State Criminal Justice Training Commission, Seattle, Washington

**Professional Organizations**

Pacific Northwest Division/International Association for Identification – Member 1992 to Present, Board of Directors 2009-2011, Sergeant at Arms 2011-2013

International Association for Identification – Member 2010 to Present

**Teaching Experience (Past)**

- **General Instructor,** 04/1999-09/2000, Washington State Criminal Justice Training Commission, Seattle, Washington, Fingerprinting Course, 72 hours
- **Instructor,** 11/02/2000-12/14/2000, Green River Community College, Auburn, Washington, Fingerprinting Course, 27 hours
- **Fingerprint Instructor,** 05/1999-08/2000, Seattle Police Department Training Academy, Seattle, Washington, 20 hours

**Courtroom Experience**

Have testified over 40 times in King County Superior Court, United States District Court, and Seattle Municipal Court

**Education**

University of Washington, 1976-80, General Studies (50 credits)