UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIO CESAR ROSALES SAUCEDO (9),<br><br>　　　　Defendant. | No. 4:15-CR-6049-EFS-24<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE RULE 16 EXPERT WITNESS SUMMARY** |

Before this Court is Defendant Saucedo's Motion for an Extension of Time to file a Rule 16 Expert Witness Summary without oral argument. Having reviewed the relevant record, good cause exists to grant Defendant's Motion. Accordingly, it is hereby ordered that Defendant Saucedo's Motion for an Extension of Time to File a Rule 16 Expert Witness Summary no later than December 10, 2017, is GRANTED.

　　Dated this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Edward F. Shea
　　　　　　　　　　　　　　　　　　　United States District Court

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO FILE RULE 16
EXPERT WITNESS SUMMARY - 1