UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-06019-EFS-24 |
| vs. ) | |
| ) | Order Granting United States' |
| VERONICA CORTEZ, ) | Motion for Extension of Time to |
| ) | File Sentencing Documents |
| Defendant. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order extending time to file sentencing documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion for Extension of Time to File Sentencing Documents is granted as to both parties.  Sentencing materials shall be filed by both parties no later than November 21, 2017.

IT IS SO ORDERED this _____day of November 2017.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Extension of Time to File Sentencing Documents - 1
Cortez.OrderE.docx