1
2
3     UNITED STATES DISTRICT COURT
4     EASTERN DISTRICT OF WASHINGTON

5  UNITED STATES OF AMERICA,           )
6                                      )
         Plaintiff,                    )
7                                      )   4:15-CR-06019-EFS-24
8        vs.                           )
                                       )   Order Granting United States'
9  VERONICA CORTEZ,                    )   Motion for Extension of Time to
                                       )   File Sentencing Documents
10                                     )
         Defendant.                    )
11
12

13    THIS MATTER coming before the Court upon motion by the United States
14 for an order extending time to file sentencing documents, the Court having
15 considered the motion and the Court being fully advised in the premises,
16    IT IS HEREBY ORDERED that the United States' Motion for Extension of
17 Time to File Sentencing Documents is granted as to both parties.  Sentencing
18 materials shall be filed by both parties no later than November 21, 2017.
19    IT IS SO ORDERED this _____day of November 2017.
20
21
22
23                                          _____
24                                          Edward F. Shea
                                            Senior United States District Judge
25
26
27

Order Granting United States' Motion for Extension of Time to File Sentencing Documents - 1
Cortez.OrderE.docx