UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JULIO CESAR ROSALES SAUCEDO (9),<br><br>                Defendant. | No. 4:15-CR-06049-EFS-9<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RULE 16 EXPERT WITNESS SUMMARY** |

    Before the Court, without oral argument, is Defendant Julio Cesar Rosales Saucedo's Motion for an Extension of Time to File Rule 16 Expert Witness Summary, ECF No. 562. Defendant moves the Court to extend the deadline for him to file an expert witness summary as to fingerprint expert Connie Toda. Defendant asserts that he received discovery from the Government, including fingerprint evidence related him, on November 7, 2017, and that Ms. Toda requires additional time to review the evidence and formulate her opinions. *See* ECF No. 562 at 4.

    Defendant accordingly asks the Court to grant a 30-day extension to the present November 10, 2017 deadline so that he may file a summary as to expert Connie Toda no later than December 10, 2017. Defendant avers the Government has no objection to such an extension.

ORDER - 1

ECF No. 562 at 4. The Court therefore finds good cause to grant such an extension.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Julio Cesar Rosales Saucedo's Motion for an Extension of Time to File Rule 16 Expert Witness Summary, **ECF No. 562**, is **GRANTED.**

2. **As to Defendant Saucedo's expert Connie Toda only,** Defendant may file an expert witness summary by no later than **December 10, 2017.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   14th   day of November 2017.

                              s/Edward F. Shea
                              EDWARD F. SHEA
              Senior United States District Judge