

Harvest Vision Ministries
Mail : PO Box 733, Sedro Woolley, Wa. 98284
Office : 9467 Pierce Lane, Sedro Woolley, Wa.
U.S.A. (360) 421-8811 or (360) 421-8812
harvestvision21@msn.com
www.harvestvisionministries.org

November 1, 2017

To Whom It May Concern:

   I am thankful to be able to share on behalf of Veronica Cortez and her family. My wife, Linda, and myself have been involved in ministry in our community in Sedro Woolley for over 40 years and recently celebrated our 40th wedding anniversary. Our first 20+ years was focused primarily on alcohol and drug recovery and expanded to include Christian ministry locally and in Mexico and six countries in Central Africa. I retired as an operations supervisor at the Tesoro Oil refinery after 25 years in 2003 to devote myself fully to the ministry. Along with house church fellowships in our community, our local outreach includes the homeless, hospital and home-bound, children, youth and family ministry. Although we have lived in Sedro Woolley for 50 years, over 5 years ago we were led to purchase a property and set up our home and begin a fellowship center adjacent to 4 trailer parks in our town. Although we work with different church families in and around our community, we choose to do the majority of our ministry from our homes. Feel free to visit the www.harvestvisionministries.org website for more information.

   We met Veronica and her three children over 4 years ago. She lives with her family in a trailer a block from our home. The majority of the people that live in the trailer park she lives in are Hispanic and Veronica and her family have become the spokesman for the ministry into the lives of all the people in that park. Veronica and the kids have been deeply involved with all aspects of the ministry and they help with many of our activities. We do a lot of ministry at her trailer in the park that she lives in. Veronica is one of the three leaders of our Harvest Kids ministry that brings local children together. Even though many of the children are from broken families, one of their primary projects is to collect and recycle aluminum cans to provide basic needs for vulnerable children in central Africa. They also do many other projects to involve the children and youth in reaching out to others in the community. Veronica also helps with keeping the fellowship center open during the day for people to stop by and fellowship. Her daughter, Laly, who is 8 years old practically lives with us, especially when our great grandchildren (7 & 9) and here to visit. They have been on mission trips in the area and her two children, Victor and Laly, have both been on mission trips to Mexico. Laly will be going again over the Christmas school holidays.

   We have many people, including pastors, who are helping her with the kids and helping meet some of her needs. Linda and I were able to co-sign for her to be able to qualify to be a renter in the park. One of our families will be helping Veronica pay off her ticket that is keeping her from having her driver's license. We are also acquainted with all the other issues that are in her life and provide support and good mentorship for her children, including her older son, Juan.

We have personally been involved with the situation that she is now facing from the day after she was arrested and I have provided transportation and have been at every hearing she has been at during this last year. We are also acquainted with her probation officer and have enjoyed working with her. Veronica is remorseful about the decisions she made during the months that she lived in eastern Washington during the time in question and has demonstrated in these last 4 years by her choices that she wants to be the best person, parent and citizen that she can be. We have also been blessed to know her fiancé, Lazro, who has also attended many of our activities and fully supports Veronica, financially, and the kids respect and love him very much. We don't get to see him as much as we would like, because he lives and works in Everett about an hour from here. I am blessed to have been asked to officiate at their wedding planned for the spring of this next year.

I am very aware of the responsibility that the judicial system has to ensure the safety of our communities and the people that live in them. I believe and support that the primary objective for anyone that breaks the law should be their rehabilitation and restoration before exposing them or the community to any threat of re-occurrence and that introduction back into society should be done with the best possibility of success for the good of the person, their family and the community. My personal observation, and those in our fellowship, is that we have witnessed that in the three years prior to her arrest on her own volition and even more so, since her arrest a year ago, and under the conditions of her probation, she has fully cooperated with every request. We are fully in and around her home on a regular basis and have been encouraged by her willingness to receive help and counsel and to extend that to everyone in her family and community.

We are committed to Veronica and her family for continued support because they are part of our family. I personally do not see any value on imposing any further burdens on her and her family, but that is the decision of the court and we will respect and absolutely support whatever is required of her. I am blessed that I will have the privilege of being with her for her sentencing on December 5th and know that whatever decision that is given will be what the Lord wants for her in this season of her life. Please feel free to contact me anytime day or night if you need any more information.

With respect and for your prayerful consideration,
In love and service,

*George M Henson*

Pastor George M. Henson
Senior Pastor, Harvest Vision Church Fellowship
President, Harvest Vision Ministries
E-mail: harvestvision21@msn.com
Mobile: (360) 421-8811

October 31, 2017

To whom it may concern;

I am writing this letter today in order to share the knowledge that I have about Veronica Cortez in the time that I have known her. I have been working with Harvest Vision Ministries for approximately 10 years working largely with the youth. Additionally, I am Department of Fish and Wildlife habitat biologist and have a children's fishing ministry called Fellowship Ministry. It was about 3 1/2 years ago when Veronica came into our sphere of influence and her children became involved in a group called Harvest Kids. Since that time I have seen Veronica step up to the plate and become really involved with our Harvest Kids ministry. I have seen her develop greatly over the past couple of years and over the course of time has become a mentor for many of the children. It has been powerful to watch Veronica change her life while changing the lives of others around her.

As a pastor and leader of our youth, as well as a board member of Harvest Vision Ministries, I would like whoever is reading this to know that I have confidence that Veronica will continue in the path she has chosen that has helped her change her life. I understand that in her past she had some problems, and from my understanding they were not all her choice. It is my belief that she found herself in a bad place, stepped out of that and moved to our area and turned her life around.

 I thank you for the opportunity to speak on behalf of Veronica. If you have any questions, please do not hesitate to call or email me. My contact information is below.

Have a blessed day!

Wayne Watne
18686 Jolly Road
Burlington, WA 98233
Mobile: 360-707-1981
Email: watne_ws@hotmail.com

To Whom it may concern,
- we are submitting this letter on behalf of Miss Veronica Cortez. We have known her approximately 4 - 4½ years. We met her through Harvest Vision Ministries. The more time we spent with her and her children, they've become family to both of us. She has become a source of inspiration to us as our relationship has grown with her. If ever there was a person proactively making positive change in their life it is Veronica. We would trust this young lady with anything, as we have in the past. Prior to my mothers recent passing, Veronica assisted with her care at times in our home. My mother grew close to her during this period as well. She sets a fine standard for her children to follow. We would vouch for Veronica's character in any circumstance, she would be a great asset to any organization she wishes to be part of. Please accept this letter of reference on behalf of Miss Cortez and feel free to contact either of us in reference to her in the future.

Bruce P. Savage
BRUCE P. Savage
(C) 360-391-5456
(H) 360-856-2573

Cassie Savage
Cassandra D. Savage
(C) 360-391-8095
(H) 360-856-2573

Date:        October 29, 2017

Regarding:    Veronica Cortez


To: Whom It May Concern

I'm writing this letter in regards to Veronica Cortez from Sedro Woolley, Washington.  I've known Veronica for the past 3 ½ years and she is a personal friend of mine.  Since becoming friends with Veronica in 2014, I have also gotten to know her three children, Juan, Victor and Lolli.

It was through Harvest Vision Ministries (Christian organization that does mission work primarily in Washington, Mexico and Africa) that I got to know Veronica and her children. I'm one of the Harvest Vision Ministries Board members and Veronica is active in the ministry also. In recent years Veronica has helps with the ministry by feeding the homeless in Skagit County, sewed clothes for children in Mexico and Africa, helped with teaching children's programs, volunteered to staff the rest area/coffee stand along the I-5 corridor, helped with carwashes and garage sale fund raisers and other ministry activities/outreaches.

In the past couple years, I have seen Veronica on a weekly basis and I have witnessed her leading a life of good moral and values, serving others sacrificially and working hard to do the right thing.  She is also an outstanding mother and her commitment to her children is evident in the good qualities she has instilled within them. I have also had the opportunity to fellowship and share meals in her home with her family, her neighbors and others in the ministry. Veronica is a great person and I'm glad she is active in the ministry and our community.  I'm blessed to have her as a friend that I can depend upon.

In closing just a brief Bio on me: Besides being on the Board of Harvest Vision Ministries, I'm also the Board Chair for Hospice of the Northwest, Board Chair for Foundation of District #304 in Skagit County, Board member for the Burlington Chamber and currently employed as the Superintendent/CFO for United General District #304 in Sedro Woolley (employed at United since May 1999).

 If I can be of assistance in any way, please don't hesitate to contact me at 360-391-4413 or ted.brockmann@yahoo.com.

Sincerely,

*Ted Brockmann*

Ted Brockmann