# Attachment A

## Benton County Sheriff's Office
## Bureau of Corrections
## OFFICERS REPORT

| Officer: E Weddle<br><br>BS #:904<br>Total Inmates Involved: 4 | Date: 11/7/17<br>Time: Approx. 2015<br>Location: 204 | Type of Report<br>Use of Force<br>Documentation<br>Disciplinary<br>Contraband<br>Other |
|---|---|---|
| Inmate(s)<br>Casillas, Jese<br>Lawly, Larry<br>Bradford, Kevin<br>Reyes, Miguel | Booking Number<br>2017-003143<br>2017-010266<br>2017-009547<br>2017-001384 | |

On the above date and time, I was working as pod officer in 204 and two separate physical altercations occurred. The first, between inmates Bradford, Kevin ( Jacket #96446) and Reyes, Miguel ( Jacket #95068). The second, between inmates Casillas, Jese ( Jacket# 93819) and Larry, Lawley ( Jacket #87002).

While sitting at the officer station, talking to an inmate, I noticed a commotion in the bathroom. I looked over to see inmate Bradford come running out of the door and inmate Reyes running behind him. I ordered Bradford to come over to me and Reyes to stay where he was. I had not seen what occurred in the restroom or if a fight happened. Both complied. I radioed for the second-floor rover to step into the pod as the situation was under control and I was not fully aware of what had transpired. I then noticed swelling on the jaw of inmate Reyes and red marks on the left eye of inmate Bradford. I directed Bradford to place his hands behind his back and I secured him in restraints. At this point, Corporal Bell and Officer Garza were in the sally port waiting for master control to open the inner pod door. I began escorting Bradford to the sally port as the inner door was opening and then heard another commotion in the dayroom of the pod. Officer Garza and Corporal Bell ran by me and inmate Bradford to the new commotion. As I looked over to see what was going on, Inmate Casillas, Jese was standing next to a dayroom table with marks around his mouth indicating that he had just been assaulted. In the commotion of everything, we were not able to get a visual confirmation of who the aggressor was or who assaulted him. Officer Garza and Cpl. Bell stepped into the dayroom to disperse everyone to their bunks and separate Casillas. Lieutenant Combs took control of Bradford for me in the sally port so that I could return to my pod. Officer Montelongo took control of the pod so that Cpl. Bell and I could remove both inmates Casillas and Reyes and speak them in the hallway. Casillas informed us that he had been assaulted by Inmate Lawley, Larry. He pointed him out in the pod picture book and told us that he had accused Lawley of stealing his commissary. He guessed that was why Lawley had hit him. Inmate Reyes was spoken to and stated he did not know why inmate Bradford had punched him in the restroom. Both Inmates Reyes and Casillas wished to press charges on their alleged attackers.

Officer Weddle, BS904

*[signature]* 904

# Benton County Sheriff's Office
## Bureau of Corrections
## OFFICERS REPORT

| | | |
|---|---|---|
| **Officer**: Cpl. Bell<br>**BS #**: 817<br>**Total Inmates Involved**: 4 | **Date**: 11/07/17<br>**Time**: 2015<br>**Location**: Pod 204<br>**Case Number**: 17 - | **Type of Report**<br>Assault |
| **Inmate(s)**<br>Casillas, Jese<br>Lawley, Larry JR<br>Reyes, Miguel<br>Bradford, Kevin | **Booking Number(s)**<br>2017003143<br>2017010266<br>2017001384<br>2017009547 | |

On November 7th, 2017, I was assigned as a lateral rover at the Benton County Jail. At about 2015 hours, Officer Weddle, assigned to Pod 204, called out over the radio for the floor rover to step into his pod. Both Officer Garza and I entered his pod sally port. I saw Officer Weddle placing an inmate later identified as Kevin Bradford into handcuffs. Officer Weddle had his back toward the dayroom and I could see a large group of inmates crowded around the far back tables. It appeared to be a disturbance going on and inmates were running about. I called for master control to open the inner door of the pod. As Officer Garza and I entered the pod, I called out to the inmates in the pod to bunk in and made my way towards the large group that had gathered. I saw a few inmates helping an inmate later identified as Jese Casillas walk towards me. I could see that Inmate Casillas had several red welts on his face and a slightly bloody lip. I escorted him out of the pod to speak to him in the hallway.

While the additional staff secured Pod 204, I spoke to Officer Weddle in the hallway. He stated he saw Inmate Kevin Bradford run out of the restrooms with Inmate Miguel Reyes chasing after him. He stated that he ordered them to stop, they complied and radioed for an additional officer. He stated when he noticed Inmate Reyes had a large welt to his jaw line, he placed Bradford in handcuffs. We spoke to both inmates Reyes and Casillas separately. Casillas stated he noticed a commotion in the restrooms and the next thing he knew, he was being punched several times by Inmate Larry Lawley. Inmate Casillas stated that Lawley was a cellmate of his and suspected of stealing other's commissary items. To include a candy bar from him. Inmate Casillas requested to press charges on Inmate Lawley.

Inmate Reyes stated that Inmate Bradford asked him to play cards and he stated he would, but when he went to the restroom, Bradford punched him for no reason. Inmate Reyes also requested to press charges on Inmate Bradford. Both Inmates Reyes and Casillas were examined by Nurse Mariah and treated for their injuries. After taking photos of them, they stated they were friends and the two were celled together in Pod 202.

Inmate Bradford and Lawley were moved to ad-seg units by other staff. I contacted them both separately and asked if they were injured or needed to see Medical. Inmate Bradford stated he had a scratch on his cheek but was okay and did not need Medical to examine him. Inmate Lawley stated he was not hurt and I did not observe any injury to him. Photos were taken of them. They both notified staff they did not wish to press charges on their accusers.

Inmates Reyes and Bradford were infracted for fighting and Inmate Lawley was infracted for fighting. A Zone 2 deputy was contacted to take assault reports from Reyes and Casillas.

Cpl. Bell, BS817

B. Bell