VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA  98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR-15-06049-EFS-10 |
| ) | |
| Plaintiff, ) | *PROPOSED* |
| vs. ) | |
| ) | ORDER GRANTING 2nd MOTION TO |
| BRITTNEY LEE ZARAGOZA, ) | WAIVE DEFENDANT'S PRESENCE |
| ) | AT PRETRIAL HEARING |
| Defendant. ) | |

Before the Court is Defendant's 2nd Motion for Order Waiving Defendant's Presence at Pretrial Hearing, and the Court having considered the file and record herein and otherwise being advised, finds good cause to grant the Motion. Accordingly, it is

**ORDERED** that the Defendant's presence at the pretrial hearing scheduled December 19, 2017 is hereby waived.

DATED:

_____
EDWARD F. SHEA, Senior Judge
United States District Court

ORDER GRANTING MOTION FOR WAIVER
OF DEFENDANT'S PRESENCE AT PRETRIAL

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA  98901
(509)248-4282