VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA  98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) |
| vs. | ) WAIVER OF APPEARANCE |
| BRITTNEY LEE ZARAGOZA, | ) |
| Defendant. | ) |

I, BRITTNEY ZARAGOZA, have been advised of my right to attend all court hearings in my case, including the pretrial hearing currently scheduled on December 19, 2017. I have discussed this right with my attorney and, knowingly and voluntarily, respectfully request that the court waive my presence.

*See signature on attached page*

_____
BRITTNEY ZARAGOZA, Defendant
Date: _____

_____
VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza
Date: 11/29/17

WAIVER OF APPEARANCE            1                    HURLEY & LARA
                                                     Attorneys at Law
                                                     411 North 2nd Street
                                                     Yakima, WA  98901
                                                     (509)248-4282

```
1  VICTOR H. LARA
2  HURLEY & LARA
   411 North 2nd Street
3  Yakima, WA 98901
4  (509)248-4282
5  Attorney for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) ) | DEFENDANT'S 2ND |
| vs. | ) ) | WAIVER OF APPEARANCE |
| BRITTNEY LEE ZARAGOZA, | ) ) | |
| Defendant. | ) | |

I, BRITTNEY ZARAGOZA, have been advised of my right to attend all court hearings in my case, including the pretrial hearing currently scheduled on December 19, 2017. I have discussed this right with my attorney and, knowingly and voluntarily, respectfully request that the court waive my presence.

_____
BRITTNEY ZARAGOZA, Defendant
Date: 11/29/17

_____
VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza
Date:_____

DEFENDANT'S 2ND WAIVER OF APPEARANCE    1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant U.S. Attorney STEPHANIE VAN MARTER, and counsel for co-defendants; I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): n/a.

Gail M. Kunz, Secretary to Victor H. Lara

HURLEY & LARA, Attorneys at Law
411 N 2nd Street, Yakima WA 98901
(509)248-4282

WAIVER OF APPEARANCE            2                    HURLEY & LARA
                                                     Attorneys at Law
                                                     411 North 2nd Street
                                                     Yakima, WA  98901
                                                     (509)248-4282