FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>                Defendant. | No. 4:15-CR-6049-EFS-10<br><br>**ORDER GRANTING MOTION TO WAIVE DEFENDANT'S PRESENCE AT PRETRIAL HEARING AND MOTION TO EXPEDITE** |

Before the Court, without oral argument, are Defendant Brittney Lee Zaragoza's Second Motion to Waive Defendant's Presence at Pretrial Hearing, ECF No. 581, and related Motion to Expedite, ECF No. 582. Defendant moves the Court to waive her presence at the pretrial conference scheduled for December 19, 2017. *See* ECF No. 581. The Court previously granted Defendant a waiver of appearance for a August 29, 2017 pretrial conference. *See* ECF No. 510. Defendant requested the first waiver due to her pregnancy. *See* ECF No. 581 at 2.

Defense counsel Victor Lara expresses that it would be difficult for Defendant to travel to Richland from Montana, and that it would cost Defendant money that she would prefer to use on Christmas presents for her children. *Id*. Further, defense counsel avers that Defendant knowingly waives her right to appear and that the Government has no objection.

ORDER WAIVING DEFENDANT'S PRESENCE - 1

Having reviewed Defendant's motions, the Court is fully informed and finds good cause to grant the requested waiver.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Brittney Lee Zaragoza's Motion to Expedite, **ECF No. 582,** is **GRANTED.**

2. Defendant Brittney Lee Zaragoza's Second Motion to Waive Defendant's Presence at Pretrial Hearing, **ECF No. 581**, is **GRANTED**. Defendant need not attend the December 19, 2017 pretrial conference. Mr. Lara must still appear on behalf of Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** this 1st day of December 2017.

```
            s/Edward F. Shea
            EDWARD F. SHEA
     Senior United States District Judge
```