# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:15-CR-6049-EFS-24 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 12/5/2017  **LOCATION:** Richland |
| VERONICA CORTEZ, | **SENTENCING HEARING - continued** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Lee Edmond | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[XX] Open Court                           [XX] US Probation Officer: SanJuanita Coronado

Defendant present, not in custody of the US Marshal

Ms. Van Marter advises the government would like to confer with defense counsel regarding the government's recommendation

**Recess:** 2:08 pm
**Reconvene:** 2:20 pm

Ms. Van Marter requests a continuance of the sentencing hearing
Mr. Edmond concurs with request
**Court: sentencing is RESET to April 24, 2018 at 1:30 pm in Richland**

[XX]   ORDER FORTHCOMING

| CONVENED: 2:03 PM | ADJOURNED: 2:08 PM | TIME: 5 MINS | TOTAL: 6 MINS |
|---|---|---|---|
| 2:20 PM | 2:21 PM | 1 MINS | |