JOSEPH H. HARRINGTON
Acting United States Attorney
Stephanie Van Marter
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-6049-EFS |
| v. | Supplement as to the Proposed Modus Operandi Expert |
| JESE DAVID CARILLO CASILLAS (2), GABRIELA MENDOZA VAZQUEZ (7), JULIO CESAR ROSALES SAUCEDO (9), BRITTNEY LEE ZARAGOZA (10), SALVADOR GUDINO CHAVEZ (11), EDGAR OMAR HERERRA FARIAS (16), ALFREDO MAGANA GARIBAY, aka FREDDY (18) JUAN BRAVO ZAMBRANO (19), MIGUEL REYES GARCIA (21), and JOSE ADRIAN MENDOZA (23) | |
| Defendants. | |

Plaintiff, United States of America, by and through Joseph H. Harrington,

Supplement as to the Proposed Modus Operandi Expert - 1
Supplement.Modus.Expert.docx

Acting United States Attorney for the Eastern District of Washington and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Supplement to its Notice of Modus Operandi Experts.

## DRUG MODUS OPERANDI EXPERT

In response to counsel's request for additional information as to which proposed expert is going to offer which testimony, the United States offers this supplement to its earlier notice of expert.

The Government expects this expert testimony to encompass various topics about transnational drug trafficking organizations to include the following:

1) *Importance and use of multiple geographic locations*:

SA Leahy will provide testimony that it is common for transnational drug trafficking organizations to utilize various geographic areas within the United States and Canada. SA Leahy will explain to the jury the basic need to get the product from its source location, Mexico, to their distribution hubs, much like any successful international business. SA Leahy will further testify that for organizations operating on the west coast of the United States, it is common to have a "halfway" location, which is typically in the Los Angeles CA area or Phoenix AZ area depending on the origination source of the drugs. The purpose of that halfway point location is to have a safe area to unload the bulk shipments secreted within vehicles. The bulk shipment is then broken down into smaller shipments destined for the distribution hubs. This testimony will be offered by

Supplement as to the Proposed Modus Operandi Expert - 2
Supplement.Modus.Expert.docx

SA Leahy.

SA Leahy will further testify that areas in the Eastern District of Washington (EDWA) to include Yakima and the Tri-Cities, are distribution hubs for these organizations. From the distribution hubs, the shipments are broken down again for particular customers depending on the product. As will be discussed more fully below, financial profit drives which drugs are distributed where from the distribution hubs. From the distribution hubs in this district, the common locations that receive the shipments include North Dakota, Minnesota, Illinois, Idaho, Montana, Vancouver BC and locally to the Spokane area.

### 2) *Transportation Methods, Quantities and Pricing of Cocaine, Methamphetamine, Heroin and Fentanyl in the United States and Canada relative to Transactional Drug Trafficking Organizations*

The expert testimony from these witnesses will also include an understanding of what quantities and kinds of controlled substances are typically trafficked as well as their frequency of shipment. The United States anticipates the testimony from SA Leahy will be that the bulk shipments from the source location (Mexico) typically contain upwards of 50 pounds of mixed product to include methamphetamine, cocaine, heroin and now Fentanyl. SA Leahy will further testify that those bulk shipments are then broken down to 10-20 pound shipments at the halfway point locations and transported in various ways to the distribution hubs. The methods of transportation include vehicles with secreted compartments and the use of commercial bus lines. Once at the distribution hub, the

Supplement as to the Proposed Modus Operandi Expert - 3
Supplement.Modus.Expert.docx

shipments are then prepared for distribution. These shipments typically come from the source city several times per week.

SA Leahy, Sgt. Scott Barlow and Constable Erik Kimura will further testify as to the importance of the location of sale in the distribution network. As indicated above, the distribution hubs further break down bulk shipments after they have already gone through the halfway point cities. Sgt. Scott Barlow and Constable Erik Kimura will explain why these distribution hubs typically send the product into Vancouver BC area and SA Leahy will testify as why the product is also sent east as noted above. Specifically Sgt. Scott Barlow and Constable Erik Kimura will testify that a majority of the cocaine shipped to the distribution hubs will go north into Canada as a kilogram of cocaine will sell anywhere from $55,000 to $70,000 per kilo (US dollars). SA Leahy will testify that a majority of the methamphetamine is typically sent east to locations in North Dakota and Minneapolis because one pound of methamphetamine in those locations can sell anywhere from $15,000 to $20,000 per pound whereas on the west coast, you can only sell a pound for approximately $3,500 to $6000.

SA Leahy, Sgt. Scott Barlow and Constable Erik Kimura will also testify as to the pricing and trafficking pattern of heroin and a new opiate to the drug scene, Fentanyl.

### 3) *Flow of Cash Drug Proceeds*

The proposed expert testimony will also address what happens to the cash drug proceeds in these transitional organizations. Specifically, SA Leahy is expected to

Supplement as to the Proposed Modus Operandi Expert - 4
Supplement.Modus.Expert.docx

testify that like any international business, there is overhead and daily expenses that must be paid. These overhead expenses include but are not limited to the following: housing costs at the halfway point and distribution hub locations; vehicle costs to include the costs associated with building secret compartments or "Clavos"; payments to various workers in the organization to include transporters who drive the shipments from the source locations all the way to the distribution cities; and costs associated with lost shipments that are either robbed or seized by law enforcement.

SA Leahy will further testify that commonly, the leader/organizers that are located at the distribution hubs and source locations, will direct the flow of the cash drugs proceeds. SA Leahy and Sgt. Barlow will testify that the cash drug proceeds are then disbursed directly into bank accounts via wire transfer or transported back in bulk cash shipments to the source locations. SA Leahy will also address the importance of having access to legitimate businesses who can "launder" or wash the drug cash proceeds. It is only through these front companies that the organizations can utilize bank accounts for wire transfers. A majority of the wire transfers within the United States' are directed to pay the above referenced overhead costs while the majority of the "profits" are sent to the source location via bulk cash or wire transfer.

4) ***Various Roles of those involved in the Transnational organization***:

As referenced above, the proposed expert testimony will further explain the various roles members of these organizations assume in order for the entire venture to be

Supplement as to the Proposed Modus Operandi Expert - 5
Supplement.Modus.Expert.docx

successful.  For example, SA Leahy will testify that there are leader/organizers, distributors, facilitators and transporters:

*Leader/organizers* are typically placed at the source locations, halfway points and distribution hubs.  They are typically family members of those in charge at the source city locations, but not always.  As indicated, they typically have a larger breadth of knowledge as to the larger organization and with that, greater responsibility and control over the drug shipments and cash flow.  They are also responsible for recruiting transporters, facilitators and distributors.

*Distributors* are those that are actually selling the product and collecting the cash that is turned over to the leader/organizer.  The expert testimony will include an understanding of the pressure placed upon distributors and their respective boss (leader/organizer) as they are responsible for moving a specific amount of product as dictated by the organization. As a result, they are typically tasked with developing a customer base in multiple distribution cities.

*Facilitators* are utilized to rent houses, cars, open funnel bank accounts and at times, collect money.  The expert testimony will further explain to the jury that they are typically not directly involved in the drug distribution however, do have some scope of knowledge as to the distribution activities.  The testimony will also be that facilitators are often from the same geographical area as the distributors and sometimes related to or involved with the distributors.

Supplement as to the Proposed Modus Operandi Expert - 6
Supplement.Modus.Expert.docx

*Transporter*s- The expert testimony will explain that these individuals are often recruited by the distributors and leader/organizers who are tasked with transporting the drug and money shipments to and from the source cities, halfway points or distribution hubs.  Transporters typically do not have a broad scope of knowledge and are tasked with not only transporting drug shipments but also drug cash proceeds.  They are paid nominally for their involvement.  Often transporters are promoted to distributors once they have established themselves as trustworthy.

The basis of the expert opinion sought, is the background and experience of each witness in investigating transnational drug trafficking organizations.  As noted in the attached Curriculum Vitae's, each of the proposed experts has extensive experience in investigating these organizations over the last 20 plus years.  Aside from extensive training, this background would include the knowledge gained from the number of investigations they have participated in, the hundreds of witness and Defendant interviews of members of these organizations who have detailed the organizations and their operations.  Their basis of knowledge has also been developed through the use of confidential sources who have infiltrated these organizations and provided reliable and verified intelligence as to their operations.  It also includes the knowledge gained form working with various law enforcement entities both within and outside the United States.

//

//

Supplement as to the Proposed Modus Operandi Expert - 7
Supplement.Modus.Expert.docx

## Conclusion

The foregoing expert testimony will assist the trier of fact in understanding the evidence and determining material facts in issue.  The United States also invites counsel for the Defendants to schedule an appointment wherein they can ask any specific questions of these proposed modus operandi experts.

DATED December 15, 2017.

                                            JOSEPH H. HARRINGTON
                                            Acting United States Attorney

                                            *s/Stephanie Van Marter*
                                            Stephanie Van Marter
                                            Assistant United States Attorney

# **CERTIFICATION**

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

Robin Collett Emmans robin.emmans@secondstreetlaw.com, marcie@secondstreetlaw.com
Ricardo Hernandez hloffice@basinis.com, hloffice1039@gmail.com
Victor H Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net  keila.scott@scottlaw.net
Peter Steven Schweda, pschweda@wsmattorneys.com  kschroeder@wsmattorneys.com
Michael V Felice, mike@mvfelicelaw.com  legal1@axtellbriggs.com
Richard A Smith, rasmith@house314.com  smithone@house314.com
Kenneth D Therrien, kentherrien@msn.com  jmora.ktlaw@outlook.com  martha.ktlaw@outlook.com
Scott W Johnson, scott@johnsonorr.com

          *s/Stephanie Van Marter*
          Stephanie Van Marter
          Assistant United States Attorney

Supplement as to the Proposed Modus Operandi Expert - 9
Supplement.Modus.Expert.docx