# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO CASILLAS (2)<br>GABRIELA MENDOZA VASQUEZ (7)<br>JULIO CESAR ROSALES SAUCEDO (9)<br>BRITTNEY LEE ZARAGOZA (10)<br>SALVADOR GUDINO CHAVEZ (11)<br>EDGAR OMAR HERRERA FARIAS (16)<br>ALFREDO MAGANA GARIBAY (18)<br>JUAN BRAVO ZAMBRANO (19)<br>MIGUEL REYES GARCIA (21)<br>JOSE ADRIAN MENDOZA (23)<br><br>Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 7, 9, 10, 11, 16, 18, 19, 21, 23<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 12/19/2017  **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE** |

| | Senior Judge Edward F. Shea | |
|---|---|---|
| Cora Vargas | 02           Cristina Perez-Lopez | Kim Allen |
| **Courtroom Deputy** | **Law Clerk**           **Interpreter** | **Court Reporter** |

| | |
|---|---|
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | Robin Emmans for Jese David Carillo Casillas (2)<br>Ricardo Hernandez for Gabriela Mendoza Vasquez (7)<br>Ronald Van Wert for Julio Cesar Rosales Saucedo (9)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Gregory Scott present for Salvador Gudino Chavez (11)<br>Peter Schweda for Edgar Omar Herrera Farias (16) and<br>Alfredo Magana Garibay (18) (stand-in counsel for Michael Felice)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23)<br><br>**Defendant's Counsel** |

**[XX]  Open Court**

Defendant Jese David Carillo Casillas (2) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Gabriela Mendoza Vasquez (7) present, not in custody of the US Marshal
Defendant Julio Cesar Rosales Saucedo (9) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Brittney Lee Zaragoza (10) not present, having previously waived her presence
Defendant Salvador Gudino Chavez (11) present, not in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Edgar Omar Herrera Farias (16) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alfredo Magana Garibay (18) present in custody of the US Marshal
Defendant Juan Bravo Zambrano (19) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal

Ms. Van Marter provides discovery status update
Colloquy between Court and Ms. Van Marter regarding discovery

Mr. Schweda advises he doesn't intend to call an expert at this time and will notify the government and Court immediately if he decides he will call an expert after review of all discovery
Colloquy between Court and Mr. Schweda regarding expert witness deadline

Court advises counsel that trial will proceed on March 26, 2018 - no continuances will be granted; Pretrial Conference remains set for March 6, 2018 at 10:00 am in Richland

Mr. Schweda expresses concerns regarding not receiving unredacted narrative reports prior to February 23, 2018
Response by Ms. Van Marter

| | | | |
|---|---|---|---|
| CONVENED:  10:02 AM | ADJOURNED:  10:20 AM | TIME:  18 MINS | |