# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:15-CR-6049-EFS-9 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 12/19/2017  **LOCATION:** Richland |
| JULIO CESAR ROSALES SAUCEDO, | **CHANGE OF PLEA HEARING** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Ronald Van Wert | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, not in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for March 20, 2018 at 11:00 am in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDERS FORTHCOMING**

| CONVENED: 11:05 AM | ADJOURNED: 11:36 AM | TIME: 31 MINS | |
|---|---|---|---|