# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br><br>MIGUEL REYES GARCIA,<br>　　　　　　Defendant. | NO. 4:15-CR-6049-EFS-21<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS (PROPOSED) |

Before the Court is Defendant's Motion for Extension of Time to File Pre-trial Motions (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Time to File Pre-Trial Motions (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

　　　DATED this ____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　　　　　UNITED STATES JUDGE

ORDER