Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>     Plaintiff,                                        )<br>                                                              )<br>vs.                                                          )<br>                                                              )<br>EDGAR OMAR HERRERA FARIAS,  )<br>                                                              )<br>     Defendant.                                      )<br>                                                              )<br>_____) | No. 4:15-cr-6049-EFS-15<br><br>NOTICE OF JOINDER TO DEFENDANT GARCIA'S MOTOIN FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS (ECF NO. 609)<br>Hearing; February 2, 2018 @ 6:30 p.m. at Yakima; without oral argument |

The Defendant, Edgar Omar Herrera Farias, does hereby join in Defendant Garcia's Motion for Extension of Time to File Pre-Trial Motions, ECF No. 609.

The undersigned needs additional time to investigate and research potential suppression issues that may be applicable to Mr. Farias' case.

RESPECTFULLY submitted this 1st day of February 2018.

WALDO, SCHWEDA<br>
& MONTGOMERY, P.S.<br>
By: /s/ Peter S. Schweda<br>
PETER S. SCHWEDA<br>
Attorney for Defendant Herrera Farias

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on February 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
     Legal Assistant to Peter S. Schweda