Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>        Plaintiff,                         )<br>                                                      )<br>vs.                                              )<br>                                                      )<br>EDGAR OMAR HERRERA FARIAS, )<br>                                                      )<br>        Defendant.                       )<br>_____) | No. 4:15-cr-6049-EFS-15<br>AMENDED<br>NOTICE OF JOINDER TO DEFENDANT GARCIA'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS (ECF NO. 609)<br>Hearing: February 2, 2018 @ 6:30 p.m. at Yakima; without oral argument |

The Defendant, Edgar Omar Herrera Farias, does hereby join in Defendant Garcia's Motion for Extension of Time to File Pre-Trial Motions, ECF No. 609.

The undersigned needs additional time to investigate and research potential suppression issues that may be applicable to Mr. Farias' case. AUSA Stephanie Van Marter has no objection to extending the motion deadline as to Mr. Herrera Farias to February 13, 2018.

RESPECTFULLY submitted this 2nd day of February 2018.

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

WALDO, SCHWEDA
& MONTGOMERY, P.S.
By: /s/ Peter S. Schweda
PETER S. SCHWEDA
Attorney for Defendant Herrera Farias

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on February 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

                                        By: /s/ KATHLEEN SCHROEDER
                                           Legal Assistant to Peter S. Schweda

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*