FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO  CHAVEZ (11);<br>EDGAR OMAR HERRERA FARIAS(16);<br>ALFREDO MAGANA GARIBAY (18); JUAN<br>BRAVO ZAMBRANO (19); MIGUEL REYES<br>GARCIA (21); AND JOSE ADRIAN<br>MENDOZA (23),<br><br>                Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |

     Before the Court, without oral argument, are Defendant Miguel Reyes Garcia's (21) Motion and Declaration for Extension of Time to File Pretrial Motions, ECF No. 609, and related Motion to Expedite, ECF No. 610. Defense counsel Kenneth Therrien represents that he requires additional time to investigate and research potential suppression issues and has an upcoming trial in another federal criminal case. Defendant Garcia therefore asks the Court to extend the pretrial motions deadline from February 6, 2018, to February 13, 2018. Peter Schweda, counsel for

ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS - 1

Edgar Omar Herrera Farias (16), joined Mr. Therrien's motion. ECF No. 611.

This is Defendant Garcia's fifth request for an extension of time to meet a case deadline, each filed concurrently with a motion to expedite. *See* ECF Nos. 476, 489, 497, 523, 609. The previous four motions requested to extend the deadlines to file Rule 16 expert summaries. *Id*. The Court granted three of Defendant Garcia's prior motions and denied one as moot after granting a continuance. *See* ECF Nos. 481, 493, 501, 525, 532. Even so, Defendant Garcia did not file any expert materials.

The Court finds Defendant Garcia has not shown good cause to grant an extension of the pretrial motions deadline. The Court issued the most recent Case Management Order in this matter on September 14, 2017. *See* ECF No. 532. That Order set a trial date of March 26, 2018, and a pretrial motion deadline of February 6, 2018. *Id*. Accordingly, Defendant Garcia has had more than four months to analyze discovery for potential suppression issues. Further, he has not asserted that he recently received any new discovery or other unforeseen circumstances have arisen that would warrant such an extension. Given the current state of the record, the posture of the case, and the multiple extensions already granted to Defendant Garcia, the Court denies his motion. Similarly, the Court finds no basis in the record to grant an extension of the pretrial motions deadline as to Defendant Farias (16).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Miguel Reyes Garcia's (21) Motion to Expedite, ECF No. 610, is **GRANTED.**

1       **2.** Defendant Miguel Reyes Garcia's (21) Motion for Extension of
2            Time to File Pretrial Motions, ECF No. 609, is **DENIED**.
3       **3.** Defendant Edgar Omar Herrera Farias' (16) Joinder, ECF No. 611,
4            to Defendant Garcia's Motion, ECF No. 609, is **DENIED**.
5       **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
6  Order and provide copies to all counsel.
7       **DATED** this __2nd__ day of February 2018.

                           s/Edward F. Shea_____
                                EDWARD F. SHEA
                       Senior United States District Judge

Q:\EFS\Criminal\2015\15-6049.ord.deny.ext.lc02.docm

ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS - 3