# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                  Plaintiff, <br>   vs. <br><br> MIGUEL REYES GARCIA, <br>                  Defendant. | NO. 4:15-CR-6049-EFS-21 <br><br> **ORDER GRANTING DEFENDANT'S MOTION IN LIMINE** <br><br> (PROPOSED) |

Before the Court is Defendant's Motion in Limine (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion in Limine (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2018.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER