IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br> vs.<br><br>MIGUEL REYES GARCIA,<br>     Defendant. | NO. 4:15-CR-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR BILL OF PARTICULARS (PROPOSED)** |

Before the Court is Defendant's Motion for Bill of Particulars, (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Bill of Particulars, (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2018.

              _____
              EDWARD F. SHEA
              UNITED STATES JUDGE

ORDER