UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GABRIELA MENDOZA VAZQUEZ (7), ) <br> EDGAR OMAR HERERRA FARIAS ) <br> (16), ) <br> JUAN BRAVO ZAMBRANO (19), and ) <br> MIGUEL REYES GARCIA (21), <br> <br> Defendants. | No. 4:15-CR-06049-EFS <br> <br> Order Granting United States' <br> Motion for Extension of Time to <br> Response to Pretrial MOtions |

THIS MATTER coming before the Court upon motion by the United States for an order granting the United States Motion for Extension of Time to Respond to Pretrial Motions, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States Motion for Extension of Time to Pretrial Motions is granted.  The United States shall file its response to Defendants pretrial motions on or before February 16, 2018

IT IS SO ORDERED this _____day of February 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Extension of Time to Respond to Pretrial Motions - 1
Casillas.OrderE.docx