UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-06049-EFS |
| vs. ) | |
| ) | Order Granting United States' |
| GABRIELA MENDOZA VAZQUEZ (7), ) | Motion To Expedite Hearing |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), ) | |
| JUAN BRAVO ZAMBRANO (19), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| ) | |
| Defendants. | |

    THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion for Extension of Time to Respond to Pretrial Motions, the Court having considered the motion and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

    IT IS SO ORDERED this _____day of February 2018.

 

                                                                     _____
                                                                     Edward F. Shea
                                                                       Senior United States District Judge