Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDGAR OMAR HERRERA FARIAS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 4:15-cr-6049-EFS-16 <br><br> NOTICE OF JOINDER TO PRE-TRIAL MOTIONS <br><br><br> Hearing: March 6, 2018 @ 10:00 a.m. at Richland <br> WITH ORAL ARGUMENT |

The Defendant, Edgar Omar Herrera Farias, by counsel, hereby joins the following Pre-Trial Motions made by other Defendants in this matter:

1. Motion and Memorandum in Support of Motions in Limine filed by Gabriela Vasquez Mendoza, ECF No. 618;

2. Defendant's Motion in Limine filed by Miguel Reyes Garcia, ECF No. 619;

3. Motion for Bill of Particulars filed by Miguel Reyes Garcia, ECF No. 620;

DEFENDANT'S NOTICE OF JOINDER -1

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

4.  Defendant's Motions in Limine filed by Juan Bravo Zambrano, ECF No. 623;

Each of those Motions are restated herein and brought in the interests of Defendant, Edgar Omar Herrera Farias as if he made these Motions for his.

RESPECTFULLY submitted this 8th day of February 2018.

>   WALDO, SCHWEDA
>   & MONTGOMERY, P.S.
>   By: /s/ Peter S. Schweda
>   PETER S. SCHWEDA
>   Attorney for Defendant Herrera Farias

*DEFENDANT'S NOTICE OF JOINDER -2*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on February 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant to Peter S. Schweda

DEFENDANT'S NOTICE OF JOINDER -3

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*