1 JOSEPH H. HARRINGTON
2 United States Attorney
  Eastern District of Washington
3 Caitlin Baunsgard
4 Assistant United States Attorney
  Post Office Box 1494
5 Spokane, WA 99210-1494
6 Telephone:  (509) 353-2767

7
8
9               UNITED STATES DISTRICT
         FOR THE EASTERN DISTRICT OF WASHINGTON
10

11 UNITED STATES OF AMERICA,
12
              Plaintiff,
13                                          Case No.: 4:15-CR-06049-EFS
14      vs.
15 DEFENDANTS, et al.,                      Notice Of Appearance Of Counsel
16                                          For The United States
              Defendants.
17

18    Plaintiff, United States of America, by and through JOSEPH H.
19 HARRINGTON, United States Attorney for the Eastern District of Washington,
20 and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of
21 Washington, hereby enters this Notice of Appearance on behalf of the United
22 States of America.
23
      Dated:  February 9, 2018.
24
                                            JOSEPH H. HARRINGTON
25                                          United States Attorney

26
                                            *s/ Caitlin Baunsgard*
27                                          Caitlin Baunsgard
28                                          Assistant United States Attorney


Notice Of Appearance Of Counsel For The United States – 1
Notice.CAB

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Gregory Lockwood, jgregorylockwood@hotmail.com, hodgsonlorrie@hotmail.com
Lee Edmond, ledmond.esq@gmail.com
Rick Lee Hoffman, rick_hoffman@fd.org, maria_deleon@fd.org
Robin Collett Emmans robin.emmans@secondstreetlaw.com, marcie@secondstreetlaw.com
Adam R Pechtel adam@pechtellaw.com, erin@pechtellaw.com
Terence Michael Ryan, tryan@prh.comcastbiz.net kricco@prh.comcastbiz.net  Ricardo Hernandez hloffice@basinis.com, hloffice1039@gmail.com  Ronald A Van Wert rvw@ettermcmahon.com jody@ettermcmahon.com
Victor H Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net  keila.scott@scottlaw.net
Richard J Troberman tmanlaw@aol.com
Troy Joseph Lee troylee@troyleelaw.net
Peter Steven Schweda, pschweda@wsmattorneys.com kschroeder@wsmattorneys.com
Michael V Felice, mike@mvfelicelaw.com  legal1@axtellbriggs.com
Richard A Smith, rasmith@house314.com  smithone@house314.com
Kenneth D Therrien, kentherrien@msn.com  jmora.ktlaw@outlook.com martha.ktlaw@outlook.com
Scott W Johnson, scott@johnsonorr.com

        *s/ Caitlin Baunsgard*
        Caitlin Baunsgard
        Assistant United States Attorney