RICHARD J. TROBERMAN, P.S.
Attorney at Law
WSBA No. 6379
520 Pike Street, Suite 2500
Seattle, WA 98101-1385
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
E-Mail: tmanlaw@aol.com

Attorney for Defendant
Adam Benjamin Goldring

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-cr-6049-EFS-12 |
| Plaintiff, | |
| vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| ADAM BENJAMIN GOLDRING, | |
| Defendant. | |

TO: THE UNITED STATES OF AMERICA, Plaintiff, and

TO: JOSEPH H. HARRINGTON, Acting United States Attorney, and Stepahie VanMarter, Assistant United States Attorney; and

YOU WILL PLEASE TAKE NOTICE that Richard J. Troberman, counsel for Defendant ADAM BENJAMIN GOLDRING, will be out of the country and unavailable beginning Friday, March 2, 2018, through Monday, March 12, 2018.

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

Case 4:15-cr-06049-EFS   ECF No. 633   filed 02/09/18   PageID.2633   Page 2 of 3

```
 1    DATED this ___ day of February, 2018.
 2
                                    RICHARD J. TROBERMAN, P.S.
 3
 4                                  By: _____
                                        RICHARD J. TROBERMAN
 5                                      WSBA #6379
                                        Attorney for Defendant
 6                                      Adam Benjamin Goldring
 7
 ...
28
```

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9th, 2018, I electronically filed the foregoing "NOTICE OF UNAVAILABILITY OF COUNSEL" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

*/s/ Richard J. Troberman*
RICHARD J. TROBERMAN

NOTICE OF UNAVAILABILITY OF COUNSEL;
Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111