FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>GABRIELA MENDOZA VASQUEZ (7);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>EDGAR OMAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18); JUAN<br>BRAVO ZAMBRANO (19); MIGUEL REYES<br>GARCIA (21); AND JOSE ADRIAN<br>MENDOZA (23),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-7<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br><br><br>**ORDER REGARDING MARCH 6, 2018**<br>**PRETRIAL CONFERENCE** |

Yesterday, the Court issued a notice resetting the March 6, 2018 pretrial conference from 10:00 a.m. to 9:30 a.m. *See* ECF No. 639. This Order memorializes and further develops that notice. Because of the large number of motions set for hearing on March 6, 2018, *see* ECF Nos. 614, 617–25, the Court finds good cause to reset the hearing from 10:00 a.m. to 9:30 a.m.

///

//

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. All counsel shall be present in Richland at the March 6, 2018 pretrial conference, which has been reset to **9:30 a.m.**
2. All defense counsel **must be prepared** to present arguments in support of **any and all motions that they have either filed or joined**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this __14th__ day of February 2018.

> __s/Edward F. Shea__
> EDWARD F. SHEA
> Senior United States District Judge

Q:\EFS\Criminal\2015\15-6049.ord.not.of.3-6-18.hearing.lc02.docm

ORDER - 2