TERENCE M. RYAN
Attorney at Law
1304 West College Ave.
Spokane, WA 99201
(509) 325-5466
email: tryan@prh.comcastbiz.net
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 4:15-CR-06049-EFS-3 |
| Plaintiff, | ) | |
| | ) | NOTICE OF UNAVAILABILITY |
| vs. | ) | OF COUNSEL |
| | ) | |
| ROSA ARACELI GRANADOS, (3) | ) | |
| | ) | |
| Defendant. | ) | |

TO: The Clerk of the above-entitled court; and

TO: Plaintiff, and the Office of the United States Attorney for the Eastern District of Washington, and Stephanie A. Vanmarter, Assistant United States Attorney.

YOU WILL PLEASE TAKE NOTICE that Terence M. Ryan, will be unavailable for any purpose relating to the pendency of this matter beginning, Thursday, March 15, 2018, through Monday, March 19, 2018; and from Tuesday, April 3, 2018 through Wednesday, April 18, 2018; and from Wednesday, August 8th through August 12, 2018.

NOTICE OF UNAVAILABILITY OF COUNSEL - 1

**TERENCE M. RYAN**
ATTORNEY AT LAW
WEST 1304 COLLEGE AVE.
SPOKANE, WASHINGTON 99201-2013
(509) 325-5466

DATED this 15 day of February, 2018.

/s/ TERENCE M. RYAN
TERENCE M. RYAN
Attorney for Defendant
1304 West College Ave.
Spokane, WA 99201
(509) 325-5466

**CERTIFICATE**

I hereby certify that on February 15, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie A. Vanmarter
Assistant United States Attorney
U.S. Attorney's Office
920 W. Riverside, Suite 300
Spokane, WA 99201

| 2/15/18 | Spokane | /s/ Kami Ricco |
|---------|---------|----------------|
| DATE    | PLACE   | KAMI RICCO     |

NOTICE OF UNAVAILABILITY OF COUNSEL - 2

**TERENCE M. RYAN**
ATTORNEY AT LAW
WEST 1304 COLLEGE AVE.
SPOKANE, WASHINGTON 99201-2013
(509) 325-5466