VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) |
| vs. | ) NOTICE OF JOINDER TO |
| | ) PRE-TRIAL MOTIONS |
| BRITTNEY LEE ZARAGOZA, | ) |
| Defendant. | ) |

The Defendant, BRITTNEY ZARAGOZA, by counsel, hereby joins the following Pre-Trial Motions made by other Defendants in this matter:

1. Defendant Edgar Omar Herrera Farias's Motion in Limine regarding admissibility of expert witness testimony (ECF 617);

2. Motion and Memorandum in Support of Motions in Limine filed by Gabriela Vasquez Mendoza (ECF 618);

3. Defendant's Motion in Limine filed by Miguel Reyes Garcia (ECF 619); and

4. Defendant's Motions in Limine filed by Juan Bravo Zambrano, except No. 3 (ECF 623).

NOTICE OF JOINDER TO PRE-TRIAL
MOTIONS                                    1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Each of those Motions are restated herein and brought in the interests of Defendant, Brittney Zaragoza, as if she made these Motions for her benefit.

Respectfully submitted this 15 day of February, 2018.

VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant U.S. Attorney STEPHANIE VAN MARTER, and counsel for co-defendants; I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): n/a.

Gail M. Kunz, Secretary to Victor H. Lara

HURLEY & LARA, Attorneys at Law
411 N 2nd Street, Yakima WA 98901
(509)248-4282

NOTICE OF JOINDER TO PRE-TRIAL MOTIONS    2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282