Attachment A



**U. S. Department of Justice**

*United States Attorney*

*Eastern District of Washington*

Suite 340 Thomas S. Foley U. S. Courthouse  (509) 353-2767
P. O. Box 1494                          Fax  (509) 353-2766
Spokane, Washington 99210-1494

January 16, 2018

Robin Collett Emmans
217 N. 2nd Street
Yakima, WA  98901
Attorney for Jese David Carillo Casillas (2)

Terence Michael Ryan
1304 West College Avenue
Spokane, WA  99201
Adam Pechtel
21 North Cascade Street
Kennewick, WA  99336
Attorneys for Rosa Granados (3)

Rick Hoffman
306 E. Chestnut Ave
Yakima, WA  98901
Attorney for Francisco Figueroa (6)

Ricardo Hernandez
440 S 6th Street, PO Box 1039
Sunnyside, WA  98944-2272
Attorney for Gabriela Mendoza Vazquez (7)

Ronald Van Wert
Bank of Whitman Bldg.
618 West Riverside 2nd Floor
Attorney for J. Cesar Rosales Saucedo (9)

Victor H. Lara
411 North Second Street
Yakima, WA  98901
Attorney for Brittney Lee Zaragoza (10)

Gregory Lee Scott
P.O. Box 701
6 South Second Street, Suite 208
Yakima, WA  98907-0701
Attorney for Salvador Gudino Chavez (11)

Richard J. Troberman
520 Pike Street, Suite 2500
Seattle, WA  98101-1385
Attorney for Benjamin Goldring (12)

John Gregory Lockwood
421 West Riverside, Suite 960
Spokane, WA  99201
Attorney for Juvenal Landa Solano (14)

Troy Joseph Lee
6 South 2nd Street, Suite 304
Yakima, WA  98901
Attorney for Erica Maria Solis (15)

Peter Steven Schweda
2206 N Pines Road
Spokane, WA  99206
Attorney for Edgar Omar H. Farias (16)

Michael V. Felice
621 West Mallon Avenue, Suite 509
Spokane, WA  99201
Attorney for Alfredo Magana Garibay (18)

Richard A. Smith
314 North Second Street
Yakima, WA  98901
Attorney for Juan Bravo Zambrano (19)

Kenneth D. Therrien
413 North Second Street
Yakima, WA  98901
Attorney for Miguel Reyes Garcia (21)

Scott W. Johnson
1038 Jadwin Avenue
Richland, WA  99352
Attorney for Jose Adrian Mendoza (23)

Lee Edmond
2615 11th Avenue West
Seattle, WA  98119
Attorney for Veronica Cortez (24)

Behind the Gavel (Coordinator)

Discovery Letter (21)  Revised.011618.docx

Page 2

      Re:    United States v. Defendants, et al., 4:15-CR-6049-EFS- Discovery
               Disclosure #21

Dear Counsel:

      The following table details **in bold** what is being disclosed as part of this disclosure. If the disclosure contains separate CDs/DVDs, the table below further details the format of the files, some of which further provide instruction on how to open and view the information. The disclosures are detailed as follows:

| Discovery Disclosure | Description | Date of Notification |
|---|---|---|
| 1 | Bates Numbered Pages: 00000001-543<br>  Containing pre-indictment pleadings | USAfx<br>09/20/2016 |
| 2 | Bates Numbered Pages: 10000002-103<br>  Agency Reports | USAfx<br>09/23/2016 |
| 3 | Bates Numbered Pages: 10000104-126; 135-334<br>  Agency Reports | USAfx<br>10/21/2016 |
| 4 | Bates Numbered Pages: 00000544-985; 000000982-992; 993-1022; 10000335-889; 930; 939-1027; 20000001-131 | USAfx<br>01/10/2017 |
| 5 | Bates Numbered Pages: 00001023-1052; 10001028-1263; 30000001-36; CD1_0001-20; CD2_0001-2; CD3_0001-13; CD4_0001-16; CD5_0001-13; CD6_0001- 6; | USAfx<br>02/16/2017 |
| 5 | Tracking Data – Provided in the following folders:<br><br>Phone GPS Tracking Data (Hurtado-8226, Jurado-9166, Casillas-7759, Casillas-2189)<br><br>BMW 02_25_15-04_04_15<br><br>Chrysler Sebring 06_05_15-11_21_15<br><br>2002 Accord 07_27_16-09_05_16<br><br>Mini Cooper 12_24_14-01_15_15<br><br>Mini Cooper Extension 03_27_15-06_15_15<br><br>2002 Mini Cooper 10_29_15-02_03_16 | USAfx<br>02/16/2017 |

Page 3

| | | | |
|---|---|---|---|
| | ***Please note:  These folders hold a substantial amount of data and are provided to you through the USAfx system.  They will only be available for you to download through April 15, 2017, before the system discards them.  Please download and copy as needed prior to that time. | |
| 5 | Telephone Toll Records – Provided in the following folders:<br><br>DEA Boston<br><br>DEA Administrative Subpoenas – 1 of 2<br><br>DEA Administrative Subpoenas – 2 of 2<br><br>FBI Administrative Subpoenas – 1 of 2<br><br>FBI Administrative Subpoenas – 2 of 2<br><br>***Please note:  These folders hold a substantial amount of data and are provided to you through the USAfx system.  They will only be available for you to download through April 15, 2017, before the system discards them.  Please download and copy as needed prior to that time. | USAfx 02/16/2017 |
| 5 | Bank Records from GJ Returns – Provided in the following folders:<br><br>Gabriela Vazquez BofA<br><br>Daisy JP Chase<br><br>Salvador Gudino Wells Fargo<br><br>Julio Rosales JP Morgan<br><br>Brittney Z. Wells Fargo<br><br>Jennifer Vazquest BofA<br><br>Jese Wells Fargo<br><br>Luis De Dios (HAPO<br><br>***Please note:  These records are personal in nature containing personal identifiers and private information and they are specifically covered under the protective order entered in this case. | USAfx 02/16/2017 |
| 5 | Audio_Video_Images -  Provided in the following folders:<br><br>UC Audio & Calls 11_23_2015  (T-76)<br><br>DEA UC Body Wire – LA $ Drop – Australia 06_29_2016 (N-2) | USAfx 02/16/2017 |

Page 4

| | | | |
|---|---|---|---|
| | DEA UC Body Wire – LA $ Drop – Australia 06_29_2016 (N-3)<br><br>DEA UC Body Wire – LA $ Drop – Atlanta 11_04_2015 (N-5)<br><br>DEA UC Phone Calls – LA $ Drop – Atlanta 11_12_2015 (N-7)<br><br>DEA UC Body Wire – LA $ Drop – KC 03_01_2016 (N-8)<br><br>DEA UC Body Wire – LA $ Drop – KC 03_11_2016 (N-9)<br><br>Video and Surveillance Photos – 11_07_2015 (N-130) … 01_29_2016 (N-132) … 05_17_2016 (N-139)<br><br>Surveillance Photos – 01_29_2016 (N-133)<br><br>***Please note:  These folders hold a substantial amount of data and are provided to you through the USAfx system.  They will only be available for you to download through April 15, 2017, before the system discards them.  Please download and copy as needed prior to that time. | | |
| 6 | The items listed below have been downloaded to a hard drive provided by Behind the Gavel and available for pickup at the front desk of the USAO's office<br><br>EX-N93  BB-TELL CALLS-TEXT comms wit…    3/14/2017 3:35 PM    File folder<br>LA Transaction 75    2/24/2017 2:26 PM    File folder<br>Money Drop Transactions 66 and 75    2/24/2017 2:41 PM    File folder<br>New York Money Pick Up    2/21/2017 11:15 A…    File folder<br>Phone Download 1B198- Zambrano arrest    3/14/2017 3:22 PM    File folder<br>Pole Camera 8 N. Palouse    1/5/2017 3:38 PM    File folder<br>RCMP Files    1/5/2017 12:10 PM    File folder<br>SAV CASILLAS ET AL Whats up Communi…    2/16/2017 7:20 AM    File folder<br>Traffic Stop Erica Solis    3/14/2017 3:01 PM    File folder | | Provided on hard drive and available for pickup at USAO's office. |
| 7 | Bates Numbered Pages:<br>00001053-1258;1259-1648<br>10001395-1595; 1599-1648; 1649-60; 1663-84; 1688-91; 1709-14; 1720-31; 1740-68; 1797-1805; 1814-21<br>CD1_0021-36; CD2_0003-11; CD4_0017-29, CD6_0007-15; CD9_0001-8; 11-26, CD10_0001-5; CD11_0001-15; CD12_0001-14; CD13_0001-2; 3-5; CD14_0001-4 | | USAfx<br>04/07/2017<br>Expires:  06/06/17 |
| 7 | RCMP Supplemental Disclosure (Crown reports) | | USAfx |

Page 5

| | | |
|---|---|---|
| | | 04/07/2017<br>Expires:  06/06/17 |
| 7 | Landa Jeep Surveillance Photos | USAfx<br>04/07/2017<br>Expires:  06/06/17 |
| 7 | Zambrano Chrysler 300 Tracker Record | USAfx<br>04/07/2017<br>Expires:  06/06/17 |
| 8 | Cell Phone Exam Reports – <u>PLEASE NOTE – SOME OF THESE PHONES CONTAIN GRAPHIC IMAGES – USE APPROPRIATE CAUTION</u><br>Contains Reports Labeled:  1B198 Apple A1349 Phone, 16 Samsung SM-G360T1, 15 Samsung SM-G360T1, #5 LG VS 990, #1 Samsung SM-S920L, 1B199 Samsung SM-B311V, 1B196 Motorola XT1028, 1B195 Samsung SM-B311V, 1B192 Samsung SM-B311V, 1B182 Samsung SM-B311V, 1B181 Samsung SM-B311V, 6 Samsung SM-G920L | USAfx<br>04/10/2017<br>Expires:<br>06/09/2017 |
| 8 | Bates Numbered Reports (40000 Series folder):<br>Contains Reports Numbered:  40000036-37, 40000068-71, 40000127-129, 40000132-140, 40000166-169, 40000195-197, 40000223-243, 40000267-269, 40000274-277, 40000280-281, 40000286-292, 40000297-298, 40000303-311, 40000340-344, 40000402-403, 40000428-429, 40000450-452. 40000481-182, 40000508-509, 40000531-533, 40000574-576, 40000615-617, 40000651-652. 40000654-655, 40000657-658, 40000660-661, 40000663-664, 40000666-667, 40000669-670, 40000672-674, 40000677-678, 40000680-682, 40000685-693, 40000697-707, 40000711-717, 40000720-722, 40000725-727, 40000733-755, 40000738-741, 40000744-755, 40000759-762, 40000765-772, 40000775-776, 40000778-783, 40000786-787, 40000789-800 | USAfx<br>04/10/2017<br>Expires:<br>06/09/2017 |
| 8 | PPT Slides (Grand Jury Presentation) | USAfx<br>04/10/2017<br>Expires:<br>06/09/2017 |
| 9 | Bates Numbered Reports:<br><br>00001649-1704; 10001830-1848; 40000808-813 | USAfx<br>05/26/2017<br>(60 day<br>expiration) |
| 10 | Bates Numbered Reports:<br><br>00001705-1710; 10001860-2060; 60000001-4 | USAfx<br>06/26/2017 |
| 11 | Bates Numbered Lab Reports:<br><br>60000005-10 | USAfx<br>07/12/2017 |
| 12 | Bates Numbered Pages (Supplemental Rule 16 Materials)<br><br>60000011-221 | USAfx<br>08/07/2017 |

Page 6

| 13 | Supplemental Rule 16 Materials Re Canadian Fingerprint Examination (509 pages-RCMP) | USAfx 08/21/2017 |
|---|---|---|
| 13 | Bates Numbered Pages: 00001711-1729; 10002061-2062; 2066; 2068-2078; 60000222; CANINE_0001-1377 | USAfx 08/21/2017 |
| 14 | Bates Numbered Pages: 70000001-360  Side-By-Side Transcription/Translations | USAfx 08/28/2017 |
| 15 | Bates Numbered Pages: 60000223-224 Additional Lab Reports | USAfx 08/28/2017 |
| 16 | Bates Numbered Pages: 60000225 Additional Lab Reports | USAfx 09/01/2017 |
| 17 | Bates Numbered Pages: 70000361-483 Side-By-Side Transcription/Translations | USAfx 09/11/2017 |
| 18 | Bates Numbered Pages 70000484-648 | USAfx 09/28/2017 |
| 19 | Bates Numbered Pages: 60000226-227; 70000649-777 | USAfx 10/12/2017 |
| 20 | Bates Numbered Pages: 10002081-2108 | USAfx 11/17/2017 |
| **21** | **Bates Numbered Pages:** **10002109-2112; 40000814-819; 60000228-232; CD4_0030-31; CD6_0048; CD16_0001-3** **Also 100002113 (erroneously disclosed as CD6_0007, should have been disclosed under different number series as general discovery)** | **USAfx 01/16/2018** |

Please cross-check this letter with the information provided in USAfx and any the actual CDs and DVDs that have been provided.  **Please note:  USAfx is only a delivery system, it is not a storage receptacle.  You are allowed to preview and to download.  It is important that you download the discovery as soon as possible, because the link is only available for a certain period of time.** If you are unable to download the discovery or are missing any of the above referenced CDs and/or DVDs, please contact the U.S. Attorney's Office as soon as possible.  Likewise, if you have any difficulty with viewing any of the discovery items, please contact the office. If you do no not contact this office, we will presume that you have received and were able to view/download all of the above referenced discovery.

Page 7

At this time, the United States anticipates additional discovery materials will be provided as they are received and processed by the U.S. Attorney's Office.  Additional discovery material is likely to include, but may not be limited to, transcripts, lab reports, fingerprint reports, longitude/latitude data from GPS warrants, law enforcement reports, and other documents (including but not necessarily limited to any <u>Giglio</u> / <u>Henthorn</u> material) that may be relevant to this matter.

Any physical evidence is available for your inspection by contacting Assistant United States Attorney Stephanie Van Marter to arrange a mutually convenient date and time. This discovery is provided under the terms of the Order Regarding Disclosure and Protective Order issued on September 12, 2016 (ECF No. 75).

Very truly yours,

Joseph H. Harrington
United States Attorney

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney