UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESE DAVID CARILLO CASILLAS ) <br> (2), ) <br> GABRIELA MENDOZA VASQUEZ ) <br> (7), ) <br> BRITTANY LEE ZARAGOZA (10), ) <br> SALVADOR GUDINO CHAVEZ (11), ) <br> EDGAR OMAR HERRERA FARIAS ) <br> (16), ) <br> ALFREDO MAGANA GARIBAY (18), ) <br> JUAN BRAVO ZAMBRANO (19), ) <br> MIGUEL REYES GARCIA (21), and ) <br> JOSE ADRIAN MENDOZA (23), ) <br> ) <br> Defendants. ) <br> ) | No. 4:15-CR-6049-EFS <br><br> Order Granting United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts |

THIS MATTER coming before the Court upon motion by the United States for an order granting the United States Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts, the Court having considered the motion and the Court being fully advised in the premises,

Order Granting United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 1

1
2
IT IS HEREBY ORDERED that the United States Motion for Extension of Time to Provide Disclosures and Grand Jury Transcripts is granted.

3
4
IT IS SO ORDERED this _____day of February 2018.

5
6
7
8
9
_____
Edward F. Shea
Senior United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
Order Granting United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 2