```
RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA  98901
Telephone:  509-457-5108
```

Attorneys for Defendant
Juan Bravo Zambrano

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN BRAVO ZAMBRANO,<br><br>　　　　　Defendant. | NO.  4:15-cr-06049-EFS-19<br><br>NOTICE OF JOINDER TO DEFENDANT GARCIA'S OBJECTION TO UNITED STATES MOTION FOR EXTENSION OF TIME [ECF 654] AND [ECF 655] |

TO:  Clerk, U.S. District Court, Eastern District of Washington; and
TO:  Stephanie A. Van Marter, Assistant United States Attorney; and
　　　Caitlin Baunsgard, Assistant United States Attorney.

　　　The Defendant JUAN BRAVO ZAMBRANO does hereby join in Defendant Garcia's Objection to United States Motion for Extension of Time [ECF 654] and [ECF 655] filed as ECF 656.

NOTICE OF JOINDER TO DEFENDANT GARCIA'S
OBJECTION TO UNITED STATES MOTION FOR
EXTENSION OF TIME [ECF 654] AND [ECF 655] - Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA  98901
(509) 457-5108

DATED this 23rd day of February, 2018.

Presented by: ***Smith Law Firm***

/s/ *RICHARD A. SMITH*
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Zambrano
314 North Second Street
Yakima, WA 98901
rasmith@house314.com
Phone: (509) 457-5108
Fax: (509) 452-4601

NOTICE OF JOINDER TO DEFENDANT GARCIA'S OBJECTION TO UNITED STATES MOTION FOR EXTENSION OF TIME [ECF 654] AND [ECF 655] - Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on February 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie A. Van Marter, Assistant United States Attorney;
Caitlin Baunsgard, Assistant United States Attorney;
Lee Edmond, ledmond.esq@gmail.com;
Ricardo Hernandez, hloffice@basinis.com;
Rick Hoffman, rick_hoffman@fd.org;
Victor Lara, vh_lara@hotmail.com;
Gregory L. Scott, Gregory@scottlaw.net;
Samuel Swanberg, 2lawyers@owt.com;
Robbin Emmans, robin_emmans@secondstreetlaw.com;
Jim Egan, jim.egan@owt.com;
Ken Therrien, kentherrien@msn.com;
Troy Lee, troylee@qwestoffice.net;
Adam Pechtel, adam@pechtellaw.com;
John Gregory Lockwood, jgregorylockwood@hotmail.com;
Scott W. Johnson, scott@johnsonorr.com

/s/ Lugene M. Borba
LUGENE M. BORBA

NOTICE OF JOINDER TO DEFENDANT GARCIA'S OBJECTION TO UNITED STATES MOTION FOR EXTENSION OF TIME [ECF 654] AND [ECF 655] - Page 3

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108