Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>EDGAR OMAR HERRERA FARIAS,  )<br>  )<br>  Defendant.  )<br>  )<br>_____) | No. 4:15-cr-6049-EFS-16<br><br>NOTICE OF JOINDER TO DEFENDANT GARCIA'S OBJECTION TO UNITED STATES MOTION FOR EXTENSION OF TIME [ECF 654] AND [ECF 655] |

The Defendant, Edgar Omar Herrera Farias, by counsel, hereby joins in Defendant Garcia's Objection to United States Motion for Extension of Time ECF No. 654 and ECF No. 655.

RESPECTFULLY submitted this 22nd day of February 2018.

>    WALDO, SCHWEDA
>    & MONTGOMERY, P.S.
> By: /s/ Peter S. Schweda
>    PETER S. SCHWEDA
>    Attorney for Defendant Herrera Farias

*DEFENDANT'S NOTICE OF JOINDER -1*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant to Peter S. Schweda

*DEFENDANT'S NOTICE OF JOINDER -2*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196*