# Exhibit A-4

Attachment A

# CURRICULUM VITAE

**JASON J. TRIGG**
Washington State Patrol
Kennewick Crime Laboratory
143302 East Law Lane
Kennewick, WA 99337
(509) 734-5822 - phone
(509) 734-5848 - fax
jason.trigg@wsp.wa.gov

**EDUCATIONAL HISTORY**

Western Oregon University (Monmouth, Oregon)
Bachelor of Science in Chemistry with a minor in Biology
Attended Fall 1994 to Spring 1997; Graduated June 14th, 1997

Relevant Coursework: Physical Chemistry, Nuclear Chemistry, Experimental Chemistry, Biochemistry, Quantitative Analysis, Instrumental Analysis, Organic Chemistry, General Chemistry, Principles of Biology, Genetics, Evolution, and Molecular Biology.

Oregon Institute of Technology (Klamath Falls, Oregon)
Attended Fall 1993 to Spring 1994

Relevant Coursework: Human Anatomy & Physiology, Psychology, American History, Trigonometry, Differential Calculus, Fundamentals of Speech, English Composition.

**PROFESSIONAL EXPERIENCE**

Washington State Patrol Crime Laboratory (Kennewick, Washington)
Forensic Scientist
June 17th, 2002 to present

Duties: Identification of controlled substances using color tests, thin layer chromatography, microcrystal tests, infrared spectroscopy, and gas chromatography/mass spectrometry (GC/MS). Analysis of clandestine laboratory-related items. Testify in court.

Linn-Benton Community College (Albany, Oregon)
Instructional Specialist
October, 1997 to June, 2002

Duties: Prepare materials and equipment needed for laboratory experiments, aid in the disposal of hazardous waste, assist in the purchase of materials and equipment, supervise and train work-study students, maintain safety of equipment, represent the physical science department as a member of the safety committee, and assist in developing working protocols with analytical instrumentation for student laboratory experiments.

Page 1 of 2

Attachment A

| | |
|---|---|
| TRAINING/WORKSHOPS | In-house training in the analysis of controlled substances and clandestine laboratory analysis, June 2002 to August 2005. |
| | Courtroom Testimony Techniques, January 2003, two-day course. |
| | Infrared Spectroscopy, March 2003, one-day course (training received from crime laboratory staff). |
| | Forensic Microscopy, June 2003, three-day course (training received from crime laboratory staff). |
| | DEA Forensic Chemist Seminar, September 2003, five-day course. |
| | Clandestine Laboratory Interdiction, June 2004, five-day course. |
| | Clandestine Laboratory Investigating Chemists Technical Training Seminar, September 2004, four-day seminar. |
| | Northwest Association of Forensic Scientists Fall Meeting, November 2005, five-day seminar including workshops. |
| | Clandestine Laboratory Investigating Chemists Technical Training Seminar, September 2011, four-day seminar. |
| | Northwest Association of Forensic Scientists Fall Meeting, September 2015, five-day seminar including workshops. |
| | Northwest Association of Forensic Scientists Fall Meeting, September 2016, five-day seminar including workshops. |
| | Clandestine Laboratory Investigating Chemists Technical Training Seminar, September 2017, four-day seminar. |
| PROFESSIONAL ORGANIZATIONS | Clandestine Laboratory Investigating Chemists Association (CLIC), member since 2004. |
| | Northwest Association of Forensic Scientists (NWAFS), member since 2005. |
| | American Board of Criminalistics (ABC), Fellow in Drug Analysis since July 2011. |
| PUBLICATIONS | Heegel, Robert A., Trigg, Jason J.; "Different Approaches to the Separation of 1–Benzylpiperazine and 1–[3–(Trifluoromethyl)phenyl]–piperazine Found in Illicit Ecstasy Tablets". Journal of the Clandestine Laboratory Investigating Chemists 2008;18(3):9-16. |