Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>EDGAR OMAR HERRERA FARIAS,  )<br>                                                              )<br>            Defendant.                        )<br>                                                              )<br>_____) | No. 4:15-cr-6049-EFS-16<br><br>DEFENDANT EDGAR OMAR HERRERA FARIAS' REPLY TO RESPONSE TO MOTION TO SUPPRESS<br><br>Hearing: March 6, 2018 @ 9:30 a.m. at Richland<br>WITH ORAL ARGUMENT |

The Defendant, Edgar Omar Herrera Farias, replies to the Government's Response to Defendant's Motion to Suppress, ECF NO. 647.

The Government states "it does not intend to enter into evidence the cellular telephones seized from the Defendant's bedroom or the backpacks seized from the residence." *Id.*, at 13. However, the Government "<u>does</u> intend to introduce photographs of the residence taken during this search of the residence, to likely include a photograph of the backpacks and cellular phones and question the officers present about the items they observed." *Id.*, at 14 (Emphasis in the original).

*DEFENDANT'S REPLY TO ERSPONSE TO MOTION TO SUPPRESS* -1

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

To date, the undersigned has not received any photographs in discovery from the Government that pertains to the search and seizure in question. It is impossible to take a position on what has not yet been seen.

The Government admits the cellular phone and backpacks were not things described as things to be seized in the search warrant. Therefore, seizure of these items should be suppressed. *Marron v. United States,* 275 U.S. 192, 196 (1927).

Displaying photographs of these items to the jury would only exploit the illegal seizure and should not be permitted.

The officers should have sought a second search warrant to seize the cellular phone and backpacks. The home could have been sealed off and the determination of the probable cause made by a magistrate, notwithstanding the articles were in plain sight. See *United States v. Gillman,* 684 F.2d 616. 619 (9th Cir. 1982).

Moreover, the officers should have obtained a second warrant after they discovered there were multiple residents with separate bedrooms. The officers failed to realize the overbreadth of the John Doe warrant before invading the reasonable expectation of privacy of the several occupants. Even the "search of a guest room in a single-family home, which is rented or used by a third party and, to the extent that the third party acquires a reasonable expectation of privacy requires a warrant." *United States v. Cannon,* 264 F.3d 875, 879 (9th Cir. 2001), citing *Rakas v. Illinois,* 439 U.S. 128 140 (1978).

*DEFENDANT'S REPLY TO ERSPONSE TO MOTION TO SUPPRESS* -2

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

All the evidence seized should be suppressed.

RESPECTFULLY submitted this 27th day of February 2018.

>WALDO, SCHWEDA
>& MONTGOMERY, P.S.
>By: /s/ Peter S. Schweda
>PETER S. SCHWEDA
>Attorney for Defendant Herrera Farias

*DEFENDANT'S REPLY TO ERSPONSE TO MOTION TO SUPPRESS -3*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on February 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
     Legal Assistant to Peter S. Schweda

*DEFENDANT'S REPLY TO ERSPONSE TO MOTION TO SUPPRESS -4*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*