KEN THERRIEN
413 NORTH 2nd STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
Miguel Reyes Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　vs.<br>MIGUEL REYES GARCIA,<br>　　　　　　　　Defendant. | NO.  4:15-CR-6049-EFS-21<br><br>MIGUEL REYES-GARCIA<br>REPLY TO GOVERNMENTS<br>RESPONSE BRIEF (ECF 650)<br><br>Date:  March 26, 2018 at 9:30 a.m. Richland Wa. |

COMES NOW the defendant, MIGUEL REYES GARCIA, and files this reply to the Governments response (ECF 650) to his bill of Particulars (ECF 620).

<u>The Government finds the request for a Bill of Particulars concerning given the amount of discovery and that this case has been pending "approximately two (2) years."</u>

Miguel Reyes Garcia was arranged on January 18, 2017, counsel was not present at the arrangement (ECF 303). Counsel was appointed

MIGUEL REYES GARCIA REPLY TO
GOVERNMENTS RESPONSE BRIEF (ECF 650)
Page 1 of 4

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

later in the day to represent Mr. Reyes Garcia (ECF 300). Mr. Reyes Garcia has never requested or agreed to a continuance of his trial date since he has been in custody. The only extensions filed by Miguel Reyes-Garcia were extensions of time to file his pre-trial motions.

In the summer/fall of 2017, Mr. Reyes Garcia had to request, at the minimum, two extensions of the pre-trial motions deadline to obtain fingerprint evidence from the Government. This was necessary because counsel for Mr. Reyes-Garcia was subsequently advised by the Government that the FBI was not going to re-test the fingerprint evidence. This required the Government to obtain the fingerprint evidence directly from the RCMP.

January 18, 2018 would make one-year since Mr. Reyes Garcia was indicted. Even if Mr. Reyes-Garcia was involved in this case for two years what does it matter? FRCrP 7(f) allows the defendant to move for a bill of particulars "at a later time if the Court permits." Mr. Reyes-Garcia's request for a bill of particulars is timely. The motion involves 3 areas of inquiry with 3 questions. Each of the questions are simple and straight forward. None of the anonymous controlled human sources or controlled informants identified in the discovery provide particular instances or evidence for the defense to determine what role Mr. Reyes-Garcia allegedly held the Casillas Drug Trafficking Organization during the material time periods alleged. Much of the alleged evidence deals with second hand knowledge and speculation.

<u>The Bill of Particulars is an attempt by Miguel Reyes-Garcia to identify sources of information and cooperating defendant's identities prior to the Court's Ordered disclosure</u>

MIGUEL REYES GARCIA REPLY TO
GOVERNMENTS RESPONSE BRIEF (ECF 650)
Page 2 of 4

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

The motion for a bill of particulars was filed on February 6, 2018 pursuant to the Court's order (ECF 620). The motion was noted argument for March 6, 2018, the date of the pre-trial conference. This was done in compliance pursuant to the Court's Case Management Order (ECF 532). The disclosures of the controlled informant's identities, Giglio disclosures and grand jury transcripts were due on February 23, 2018. It was the Government which filed an eleventh-hour motion on February 22, 2018 (ECF 654) requesting an extension of the previously agreed disclosure date of February 23, 2018. It is somewhat disingenuous for the Government to now argue that the defense filed its motion for bill of particulars in order to circumvent the case management order previously agreed by the parties and ordered by the Court.

## Conclusion

Mr. Reyes-Garcia respectfully request that this Court grant his Motion for a Bill of Particulars.

DATED: February 27, 2018.

                                     *s/ Ken Therrien*
                                     KEN THERRIEN, WSBA#20291
                                     Attorney for Miguel Reyes Garcia
                                     413 North Second Street
                                     Yakima, WA 98901
                                     (509) 457-5991
                                     Fax: (509) 457-6197

MIGUEL REYES GARCIA REPLY TO
GOVERNMENTS RESPONSE BRIEF (ECF 650)
Page 3 of 4

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on February 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Stephanie Van Marter<br>U.S. Attorney's Office | Robbin Emmans<br>robin_emmans@secondstreetlaw.com |
| Lee Edmond<br>ledmond.esq@gmail.com | Jim Egan<br>jim.egan@owt.com |
| Ricardo Hernandez<br>hloffice@basinis.com | Richard A. Smith<br>rasmith@house314.com |
| Rick Hoffman<br>rick_hoffman@fd.org | Troy Lee<br>troylee@qwestoffice.net |
| Victor Lara<br>vh_lara@hotmail.com | Adam Pechtel<br>adam@pechtellaw.com |
| Gregory L. Scott<br>gregory@scottlaw.net | John Gregory Lockwood<br>jgregorylockwood@hotmail.com |
| Samuel Swanberg<br>2lawyers@owt.com | Scott W. Johnson<br>scott@johnsonorr.com |
| Caitlin Baunsgard<br>U.S. Attorney's Office | |

      _s/ Ken Therrien_
      KEN THERRIEN, WSBA#20291
      Attorney for Miguel Reyes Garcia

MIGUEL REYES GARCIA REPLY TO
GOVERNMENTS RESPONSE BRIEF (ECF 650)
Page 4 of 4

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991