1  RICHARD J. TROBERMAN, P.S.
2  Attorney at Law
   WSBA No. 6379
3  520 Pike Street, Suite 2500
4  Seattle, WA 98101-1385
   Telephone:  (206) 343-1111
5  Facsimile:  (206) 340-1936
6  E-Mail: tmanlaw@aol.com

7
   Attorney for Defendant
8  Adam Benjamin Goldring

9          **UNITED STATES DISTRICT COURT**
10    **FOR THE EASTERN DISTRICT OF WASHINGTON**

11 UNITED STATES OF AMERICA,      )
12                                )
                                  )
13              *Plaintiff,*      )      No. 4:15-cr-6049-EFS-12
                                  )
14         vs.                    )      **DEFENDANT'S SENTENCING**
                                  )      **EXHIBITS**
15                                )
   ADAM BENJAMIN GOLDRING,        )
16                                )
                                  )
17              *Defendant.*      )
                                  )
18 ─────────────────────────────  )

19      Defendant Adam Goldring submits the following exhibits in connection
20
   with his sentencing hearing scheduled at 1:30 p.m. on March 27, 2018.
21
22     DATED this *1ˢᵗ* day of March, 2018.

23                          RICHARD J. TROBERMAN, P.S.
24
25                          By: _____
                               RICHARD J. TROBERMAN
26                             WSBA #6379
27                             Attorney for Defendant
                               Adam Benjamin Goldring
28

DEFENDANT'S SENTENCING EXHIBITS;
Case No. 4:15-CR-6049-EJS - 1

# EXHIBITS

A.   Letter from Adam Goldring (to be submitted).

B.   Letter from Peter Malakoane (soccer coach and youth counselor).

C.   Letter from Simon Goldring (brother).

D.   Letter from Thomas Goldring (brother).

E.   Letter from Debra Goldring (mother).

F.   Letter from Chris Goldring (father).

G.   Letter from Doug Sharp (former employer).

H.   Letter from Dufton Lewis (future employer).

I.   Harold and Tamlynn Einarsson (neighbors).

J.   Dr. Neil Humble (neighbor).

DATED this _15_ day of March, 2018.

RICHARD J. TROBERMAN, P.S.

By: _____

RICHARD J. TROBERMAN
WSBA #6379
Attorney for Defendant
Adam Benjamin Goldring

DEFENDANT'S SENTENCING EXHIBITS;
Case No. 4:15-CR-6049-EJS - 2

# EXHIBIT A

**[TO BE SUBMITTED]**

# EXHIBIT B

**TO WHOM IT MAY CONCERN**

This letter is to confirm my knowledge of Adam Goldring and his family.

I first met Adam and family in my capacity / role as his soccer coach over 17 years ago (Calgary, Alberta Canada); and as years went by, as a family friend.

In all my interactions with the family, I have known the Goldrings to be the kind of family anyone would love to have as neighbours, and their children (Adam included) to be well behaved, disciplined and very respectful of rules and others.

I relocated to Vancouver Canada in late 2013, and I later learned from the Goldrings that Adam moved there with a job about a year or two after.
To put it bluntly, Vancouver is a city with "glitter and fast limelight life" where one could easily find themselves (at times unintentionally) in the wrong place, with some questionable friends. It is therefore my opinion that this is a situation Adam was faced with; especially in a new city where the young man was trying to find his way and be a model citizen as taught by his parents.

Adam is a young man with many productive years ahead of him; he has never been in trouble with the law - well, until now. I understand from Mrs and Mr. Goldring in their communications with Adam that he continues to express his remorse, and how "stupid" he was to fall in with this "lifestyle", and taint their family name.

Working with youth, I understanding the impact of peer-pressure, especially in a city like Vancouver, and the influence this may have had on Adam, despite his model up-bringing by the Goldrings.

I humbly request whoever may be involved in deciding this case to kindly take my submission of Adam's past known conduct into account, to provide him a second chance to "do right" to himself, community at large, and his family.

Sincerely,

Peter Malakoane, M.Sc.(C.Ed.), ChPC, MLF
*Director of Coaching & Player Development*
*Central City Breakers FC*
*604 _____*
*www.centralcitybreakers.com*
*e-mail: _____nail.com*
*Skype: _____*
*"We are what we repeatedly do. Excellence, therefore, is not an act but a habit" - Aristotle*

# EXHIBIT C

February 19, 2018

To whom it may concern,

My name is Simon Goldring and I am Adam Goldring's older brother. Growing up,
Adam was a shy yet an outgoing kid. He would often put others' wants / needs
above his own, even if it meant that he would suffer for it. In my opinion Adam is
too kind for his own good, but I'm also glad he is because that is what makes my
brother who he is. From the few conversations I've been lucky enough to have with
him during his time in prison, Adam has told me how sorry he is for what he has
done and for the effect it has had on his family.  I'm proud he's still positive and
focused on the future.

 Since I am only 13 months older than Adam, we were best friends growing up and
did absolutely everything together. When we were kids our schedules were full of
extracurricular activities. Being athletic and competing was what Adam and I lived
for. We loved to play any type of sport from hockey, mountain biking, to
snowboarding, but our favourite was soccer. Together we played competitively for
16 years so that was a huge part of our childhood. Another big part of our youth
was church. Every Sunday, Adam and I would altar serve at our parish church, St.
Anthony's even though we were not fond of the 07:30 Mass. At church we also
took part in many group events and occasionally sang in the choir with our Dad.

I know my brother makes mistakes like all humans, but he is smart and has a bright
future ahead of him. I believe Adam has learned through his failures and will do
his best to improve. I miss him very much and hope to see him back in Canada
soon.

Thank you for your time,


Simon Goldring

# EXHIBIT D

To whom it may concern:

I grew up as the youngest child under three older siblings, one being Adam Goldring (second oldest). Most of my time growing up was spent towards soccer, often 5 days a week with more than 2 hours of devotion to the game. Adam, who also played for most of his life, was my inspiration to get better everyday and slowly achieve what he had. He would often drive me to play soccer at the nearest high-school field, where we would often spend hours just playing some soccer, whether it be a game or just listen to him teaching me new things. In which afterwards he would drive me to McDonalds for some ice-cream for my hard work, showing me new music and teaching me about life. Music that I still listen to today as inspiration to strive to become a man that Adam would approve of. I know that Adam, living in the environment he was, was either peer-pressured or did the things he did because he wanted to help. Growing up, I've known Adam to be the "kid who always found a way to help anyone". He is an extremely compassionate and caring brother (even though he did pick on my growing up, but what older brother doesn't) who was always there if I needed any help, whether school work or a weird 12 year old life question. I understand his situation as I have talked to my parents about it and have talked to Adam multiple times on the phone. We usually end up planning about how we are going to spend time when he is back to make up this lost time and him apologizing for hurting the family so.

Private Thomas Zachary Goldring

KOCR Armored Rec

# EXHIBIT E

The Honorable Edward F. Shea
United States District Court Judge

Our son Adam Goldring was born 1 year after his older brother Simon and
is 4 and 8 years older than his natural younger siblings. He has never
ceased to amaze and entertain us with his energy and love for sports and a
passion for quick learning. When five years ago we adopted a little 3-1/2
year old boy, Adam was first to jump into line and take him under his wing.
Adam is his idol, we have not told the youngest where his brother is
because it would break his heart, Adam knows this too and has had to live
with this.

Adam has never been a leader, more a follower, but always first in line if
someone needed help or encouragement. Our children were always raised
to accept the consequences when they did anything wrong and to try and
learn from their mistakes.

Not a phone call from him in jail goes by that Adam doesn't tell us that he is
sorry for what he has done and how grateful he is to have us stand behind
and support him. He is very remorseful and humble and I am sure that this
is a stepping stone in his life that he will learn and grow from and not
repeat.

After moving away from home Adam always managed to get back home
with the family for holidays and a few adventure outings with his new
younger brother, so being incarcerated has been very stressful on both him
and the family.

We have all accepted that Adam has done something wrong; he is paying
for his errors but when he comes home we will do everything in our power
to help him move forward.


Debra Goldring

# EXHIBIT F

Re: Adam Benjamin Goldring

To whom it may concern:

February 19, 2018

I'd like to sketch a brief outline of Adam's life from early days to the recent present. He was born 13 months after his brother Simon, our oldest, and the two of them were typical boys, cute as all get out and enjoyed a normal relationship with each other. At 3 and 4 years of age, people used to say how wonderful they were. I always answered, "Talk to me when they're 25"! Well, here we are.

Adam was competitive and an excellent soccer player, sometimes playing on the same team as Simon; they clicked well together. He had what I think was a normal, active childhood; good schools, a stable home life, trips and vacations. He met and enjoyed good relationships with his grandparents, who lived in Nova Scotia and England, as well as other family members.

A challenging streak began to appear in Adam's teen years and while he continued to excel at soccer and had friends on the team, he began to be more of a follower than a leader. His open heart and natural generosity led him to help a friend and move to Vancouver, where the lure of a materially easier life led to his present predicament. During his incarceration he has consistently and repeatedly taken ownership of his actions and calls this a "speed bump on the road of life". He never ends our phone conversations without an "I love you guys" and often an "I'm so sorry for what I am putting you through". The most important thing to me as his father though is that he has not complained once or moaned about his situation, particularly to his mother. I did get the opportunity to thank him wholeheartedly for that in person (well, via TV monitor hook-up in Benton County Jail last November). I told him I know that every day in there is not a sunny one, but I really appreciate that he has spared that anguish for his mum and is taking this period of his life as a man.

I look forward to the helping him post-incarceration and deepening our relationship for the remainder of my years.


Sincerely,

Chris Goldring

# EXHIBIT G



**coregeomatics**

Feb 16th 2018

*Delivered Electronically*

To Whom It May Concern:

**Re: Letter of Reference for Adam Goldring**

Please accept this letter as a positive reference for Adam's tenure with CORE Geomatics.  Adam was very dependable while handling a field survey role for CORE, generally in northern Alberta.

Adam always had a positive attitude, willingness to learn, and good work ethic.  Despite his current legal problems, if given the opportunity, CORE would be happy to have Adam back.

Should you have any questions, please do not hesitate to contact me (403.988.5802).

Sincerely,

Doug Sharp, P.Eng, ALS
President

# EXHIBIT H

# Dufton H. Lewis

S.W.
Calgary, Alberta T3H 1E9

February 7, 2017

<u>**RE: Reference – Adam Goldring**</u>

To Whom It May Concern

In June of 2001 I moved to the residential area of Coach Hills located in the South West area of Calgary, Alberta, Canada. I was quickly greeted by my next door neighbors the Goldring family, father Chris, mother Debra and sons Simon and Adam. The boys were about seven and eight and were your typical youths with an inquisitive mind and boundless energy. Adam though had a love for soccer and quickly rose through the ranks for his age group.

Adam, as was his brother Simon, were always respectful towards me and our friendship grew stronger as the years progressed. I watched from a close distance as Adam progressed through the formative years. By the time Adam was a teenager I admired this young person as he grew into a fine man that any father would be proud to call a son. Adan was always there for me when my lawn needed cutting or my sidewalk needed shoveling.

As Adam grew into his early twenties he decided to spread his wings and decided to move out of the family home. This was a big decision for Adam and he moved into one of my extra bedrooms. I guess that you can take the boy out of the family home but not take the family out of one's heart. While living with me Adam did not cause a single problem and respected the house rules I placed on him. At no time did I see or hear of any signs of Adam being in trouble, so it was a huge surprise to hear of his incarceration.

Adam was not interested in the professional trades but instead chose the tradesman path as his vocation. He tried several different trades but seemed to enjoy carpentry the most. He was presented with the opportunity to apprentice with a master carpenter, which necessitated a move west to Vancouver, British Columbia. It appears at this point he made a life altering decision which led to his incarceration. We have all made bad decisions while growing up and this was Adam's.

I am confident of his strong desire to rehabilitate and I am prepared to offer him employment with the oil company that I own when he has paid his debt to society.

If you have any questions regarding Adam please feel to contact me electronically at <u>dh-lewis@shaw.ca</u>.

Regards,

Dufton H. Lewis

# EXHIBIT I



# GEOPHYSICAL  SERVICE  INCORPORATED

_____ ue S.W.
Calgary, Alberta  T2P 1J2
Phone: (403) _____    Fax: _____

®Trade Mark Register to Geophysical Service  Incorporated

RE: Reference Letter Adam Goldring                           February 2, 2018

To Whom it may Concern,

I have known Adam Goldring for over 20 years, most of his life.  He was a friend of my son and often at our home and they played on the same soccer team for more than a decade, winning the provincial championships of Alberta. More than once Adam was the MVP!  Our family also attended the same Catholic Church St. Anthony's and Adam is well schooled in his religion having also attended Catholic schools. Adam is very athletic and artistically talented with a bright future ahead of him.  Adam has a loving and supportive family we are very close to, with loving and principled parents,  Chris and Debra. Adam is the third child of 5 in the family, with three brothers and a sister who are all very close.

My wife Tamlynn Rae Einarsson and myself Harold Paul Einarsson are American citizens living in Henderson Nevada with one of our businesses  located in Calgary Alberta Canada.  My nephew (David) because of health issues striking both of his parents (my brother) had nowhere to go and so Chris and Debra Goldring generously offered to adopt him.  We could not think of a better home and loving family for my nephew David to go to and we were so happy to assist the Goldrings to adopt him.  David is the youngest Goldring and is now 8 year old.  To say the Goldrings are law abiding, principled, disciplined, and generous people would be an understatement, otherwise we would have made other choices with our nephew.

 I understand Adam got involved with the wrong types of people when he moved to British Columbia but I am sure his strong family values now make this all crystal clear and has taught him a lesson he will never forget.  I believe Adam is not destined f to be a repeat criminal, will never get into trouble again, will avoid these improper associations he had, and has learned his lesson.

Based on the long time I have known Adam, my close and long association with his family, my observations of his character, and understanding of his potential, I ask for all possible accommodation and leniency to allow this young man to get back to work in productive society.

I would be pleased to testify further and answer any questions as needed on Adams behalf.

Yours Very Truly

Harold Paul Einarsson                          Tamlynn Rae Einarsson

Chairman

**EXHIBIT J**



Dr. R. Neil Humble
Doctor of Podiatric Medicine

Dr. Eureka N.T. Nakai
Member, International Association of Dance Medicine & Science
Associate, American Academy of Podiatric Sports Medicine

PHONE 403-          ╰ FAX                                W   CALGARY, ALBERTA   T3A 2N1
                              MARKET  MALL  PROFESSIONAL  BLDG.

February 19, 2018

Re: Adam Benjamin Goldring

D.O.B July 8, 1993

To whom it may concern:

As a method of clarity, I have been asked by Debra Goldring, Adam's mother, to provide a
character reference for Adam Goldring of Calgary, Alberta, Canada. I am Dr. Robert Neil
Humble, a practicing podiatric physician in Calgary for the past 27 years. I have been an across
the street neighbour of the Goldring family since 1997 and have been both directly and indirectly
involved with the Goldring family through the Calgary Rangers Soccer Club. I am happily
married with my first and only wife for 32 years and have three adult children of similar ages to
the Goldrings'.

In making a character reference, one must consider from a parental perspective what makes up a
foundation of good character. As a parent it has always been my belief that if you provide the
foundation for stable moral character, your children will always gravitate back to that foundation
as the roller coaster of life is put in from of them. It is without reservation that I can say in the 21
years that I have known Chris and Debra Goldring that they have provided this foundation for
their children.

There are three important aspects to a stable foundation for children: home, spirituality and community. It is my opinion that Adam Goldring has received a rock solid basis in all three areas.

I have had the pleasure of being a 21 year neighbour to the Goldring family. Adam Goldring has benefited greatly from a stable home life with two happily married parents, and a consistent place to call HOME. Over the years I have had the privilege to watch a young man grow and show his neighbourly responsibility. He would always come over on a minute's notice to provide any assistance needed, whether it was help move something or taking care of one of our many animals. My front door will always be open to Adam, which shows my appreciation to his character. Even as an adult and living away from Calgary, Adam would always show up for our traditional Christmas Eve dinner. Adam Goldring has a strong home and family foundation that has helped mold his character foundation.

I am not a religious man, but I do firmly believe that spirituality, in whatever form it takes, is an important building block for a young man's character. Chris and Debra Goldring have provided this foundation to Adam through church and the sacrifices they made putting him through private school in elementary and junior high. This foundation of a proper moral compass that they have provided for Adam will go a long way in ensuring that the decisions he makes in life moving forward will be morally sound. I feel strongly that Adam has a stable spiritual foundation that will contribute strongly to his decision making moving forward.

The third aspect that lays a foundation for strong character is the understanding of community. The Goldring family has always been involved. As a coach for the Calgary Rangers Soccer Club, I have seen the volunteer spirit of the Goldrings. I believe that this spirit of community was instilled as a foundation in Adam at a young age. His soccer skills and ability were always evident at a young age, but as he matured it was clear to see his appreciation for teammates and the importance of the community around him. It is the foundation of community responsibility that will be a positive cornerstone in Adam's character moving forward.

It is every parent's worst nightmare that their children will veer off the pathway we set before them. Despite a constant worry for my own children, and the unpredictable nature of raising a child, I sleep easy at night knowing that if my kids do veer off the path, that I have done my best to lay a foundation of home, spiritual morality and appreciation of community. It is without reservation, and with firsthand experience, that Chris and Debra Goldring have laid down this foundation for Adam, and I know his character will positively shine through as he proceeds to veer back onto the path.

Written with great sincerity,

Neil Humble

(Dr. R. Neil Humble)

## CERTIFICATE OF SERVICE

I   hereby certify that on March ⟂ , 2018, I electronically filed the foregoing "DEFEDANT'S SENTENCING EXHIBITS" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANT'S SENTENCING EXHIBITS;**
**Case No. 4:15-CR-6049-EJS - 3**

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111