# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 4:15-CR--06049-EFS |
| ) | |
| vs. ) | ORDER GRANTING |
| ) | UNOPPOSED MOTION |
| JESE DAVID CARILLO CASILLAS, ) | TO CONTINUE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is Defendant's Unopposed Motion to Continue Jury Trial and Extend all Document Deadlines (ECF ___). After reviewing Defendant's Motion, **IT IS HEREBY ORDERED** that the Unopposed Motion to Continue Jury Trial and Extend Document Deadlines, and the same is hereby, **GRANTED**.

The Jury Trial will be reset at a date and time convenient to both the Court and counsel at least six (6) months from today's date. Additionally, all pretrial document due dates will be extended accordingly.

DATED this ____ day of March, 2018.

_____
EDWARD F. SHEA
United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**