Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 4:15-cr-6049-EFS-16 |
| Plaintiff, ) | |
| ) | MOTION TO EXPEDITE |
| vs. ) | |
| ) | Hearing: March 6, 2018 at 9:30 |
| EDGAR OMAR HERRERA FARIAS, ) | A.M. at Richland |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Defendant, Edgar Omar Herrera Farias, by his appointed counsel, moves the Court to expedite the hearing of the Defendant's Motion to Continue on Defendant Edgar Omar Herrera Farias' Motion to Suppress ECF No. 614 for hearing on March 6, 2018 at 9:30 a.m. at Richland. It is necessary to expedite this Motion based upon the Government's late disclosure of 956 pages that deal with the subject matter of the search and issues pertaining thereto and the Government's late FRE 609 Notice of intent to use a prior conviction resulting from an alleged act in furtherance of the conspiracy charged. The undersigned has discussed this Motion with AUSA Caitlin

DEFENDANT'S MOTION TO EXPEDITE - 1

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

Baunsgard who stated the Government does not take position on the Motion but will be ready to present evidence on the Motion to Suppress on March 6, 2018 at the scheduled hearing.

RESPECTFULLY submitted this 5th day of March 2018.

>WALDO, SCHWEDA
>& MONTGOMERY, P.S.
>By: /s/ Peter S. Schweda
>PETER S. SCHWEDA
>Attorney for Defendant Herrera Farias

*DEFENDANT'S MOTION TO EXPEDITE - 2*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on March 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

                                          By: /s/ KATHLEEN SCHROEDER
                                              Legal Assistant to Peter S. Schweda

*DEFENDANT'S MOTION TO EXPEDITE - 3*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*