# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIELA MENDOZA VASQUEZ, Defendant. | Case No. 4:15-CR-6049-EFS-7<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 03/06/2018   **LOCATION:** Richland<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 02<br>**Law Clerk**          **Interpreter** | Kim Allen<br>**Court Reporter** |
| Stephanie Van Marter<br>**Plaintiff's Counsel** | Ricardo Hernandez<br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, not in custody of the US Marshal

Ms. Van Marter indicates Defendant disputes a fact stated in Plea Agreement

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for June 12, 2018 at 2:00 pm in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDERS FORTHCOMING**

| CONVENED: 8:45 AM | ADJOURNED: 9:19 AM | TIME: 34 MINS | |
|---|---|---|---|