FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>EDGAR OMAR HERRERA FARIAS(16);<br>ALFREDO MAGANA GARIBAY (18); JUAN BRAVO ZAMBRANO (19); MIGUEL REYES GARCIA (21); AND JOSE ADRIAN MENDOZA (23),<br><br>                   Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-11<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br><br>**ORDER REGARDING SHACKLING AT PRETRIAL CONFERENCE**<br><br>**\*\*U.S. Marshals Action Required\*\*** |

A pretrial conference will be held in this matter on March 6, 2018. The U.S. Marshals have requested permission to restrain in-custody defendants using leg shackles during that hearing. The Court finds that there is a compelling government interest in ensuring the safety of all individuals in the courtroom, including defendants, counsel, and courthouse staff. There will be five in-custody defendants present at the hearing, along with three out-of-custody defendants. The U.S. Marshals also expect that family members or other members of the public may be present.

In addition, all in-custody defendants are facing a mandatory minimum sentence of ten years' imprisonment based on the conspiracy

ORDER - 1

charge reflected in count one of the superseding indictment in this matter. Due to the security risks presented by the many defendants and other individuals who will be present in the courtroom and the nature of the charges in this case, the Court finds that using leg shackles is the least restrictive means possible for maintaining security and order in the courtroom and accomplishing the Court's compelling interest in ensuring the safety of everyone in the courtroom.

Accordingly, **IT IS HEREBY ORDERED: At the March 6, 2018 pretrial conference, the U.S. Marshals shall place all in-custody defendants in leg shackles during the hearing.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all defense counsel.

**DATED** this  6th  day of March 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2