| | |
|---|---|
| **WITNESS LIST** | |
| **UNITED STATES OF AMERICA**<br>vs.<br>**JESE DAVID CARILLO CASILLAS (2)**<br>**BRITTNEY LEE ZARAGOZA (10)**<br>**SALVADOR GUDINO CHAVEZ (11)**<br>**EDGAR OMAR HERRERA FARIAS (16)**<br>**ALFREDO MAGANA GARIBAY (18)**<br>**JUAN BRAVO ZAMBRANO (19)**<br>**MIGUEL REYES GARCIA (21)**<br>**JOSE ADRIAN MENDOZA(23)**<br><br>**Case No**. 4:15-CR-6049-EFS-2, 10, 11, 16, 18, 19, 21, 23 | **United States District Court Eastern District of Washington** |
| **Plaintiff's Attorney:**<br>Stephanie Van Marter<br><br><br>**Defendants' Attorneys:**<br>Nicolas Vieth for Jese David Carillo Casillas (2)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Gregory Scott present for Salvador Gudino Chavez (11)<br>Peter Schweda for Edgar Omar Herrera Farias (16)<br>Michael Felice for Alfredo Magana Garibay (18)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23) | **Motion Hearing Date:**<br>03/06/2018 |
| **Presiding Judge**<br>Edward F. Shea | **Court Reporter:**<br>Kim Allen<br><br>**Courtroom Deputy:**<br>Cora Vargas |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 03/06/2018 | 1, 2, 3, 4, 5, 6 | Government | Robert Tucker, Sergeant |
| 03/06/2018 | | Government | William Leahy, Retired Special FBI Agent |
| 03/06/2018 | | Government | Doug Stanley, Task Force Officer |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |