1 | **NICOLAS V. VIETH**
Bar Nos. ID 8166 / WA 34196
2 | Vieth Law Offices, Chtd.
912 East Sherman Avenue
3 | Coeur d' Alene   ID   83814
Telephone:   208.664.9494
4 | Facsimile:    208.664.9448
Email: nick@viethlaw.com
5 |
6 | Attorney for Defendant - Jese David Carillo Casillas

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 6 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**
(The Honorable Edward F. Shea)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 4:15-CR-06049-EFS-2 |
| vs. | ) | **DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL** |
| JESE DAVID CARILLO CASILLAS, | ) | |
| Defendant. | ) | |

My attorney has advised me of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

**Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1**

1  My attorney has advised me, and I understand that, if the Court grants the
2  motion to continue that all time between the date the motion to continue is filed
3  and the new date for trial will be excluded from the speedy-trial period under the
4  Speedy Trial Act.

5  After reviewing the motion and discussing the reasons for the requested
6  continuance with my attorney, I knowingly and voluntarily ask this Court to
7  grant that motion to continue and reset the trial date from its current date of
8  March 26, 2018, to a date not later than __10/10/2018__, for the
9  following reasons as found in 18 § U.S.C. 3161: (1) Defense counsel was only
10 recently appointed on February 14, 2018, and needs additional time to review the
11 record and discovery; (2) Defense counsel needs additional time to retain
12 experts; (3) Defense counsel requires the use of a Spanish-English interpreter to
13 communicate with the Defendant; and (4) Discovery was received by Defense
14 counsel on February 22, 2018, and appears to be rather voluminous.

15 I declare under penalty of perjury that the foregoing is true and correct.

17 _Jese D Casillas C._                     _/s/ Nicolas V. Vieth_
   JESE CARILLO CASSILAS                    NICOLAS V. VIETH
18 DEFENDANT                                COUNSEL FOR DEFENDANT
   Date: March 06, 2018                     Date: March 06, 2018

20 **Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

USAWAE.CBaunsgardECF@usdoj.gov
USAWAE.SVanMarterECF@usdoj.gov

/s/ Nicolas V. Vieth
NICOLAS V. VIETH

**Defendant's Statement of Reasons in Support of Motion to Continue Trial - 3**