*EXHIBIT 2*

Dear Judge

Hello my name is Sindy Alvarado I am Julio Rosales's wife. I would like to tell you many things about Julio but to be brief, he is a very hard working man, and very responsible at the jobs he held.  Most of his jobs have been in produce and as a forklift driver. He is very intelligent and I know that the reason he is incarcerated is due to a mistake he made in a moment of need but we are all human and we make mistakes and like he says I will never make that mistake again because I am having a bad time here because here I don't have a family and I imagine we all need our family by our side and that makes him feel bad, but he recognizes  that what he did was wrong and he thinks positively to feel good and knowing that he has to serve time  he has positive thoughts to do something like to study and obtain his GED when he is inside.

Although personally I miss him as a person and would like him to be outside with me and my children I hope you see and realize that this is the first mistake he has made in his life and that the time he is doing in prison be reduced. I imagine that all human beings make mistakes and have the right to be forgiven and we know that all our mistakes have consequences and the consequence he is paying now is being away from us because I cannot go visit him all the way to Washington because it's far away from Los Angeles California. Something else we know is that he will serve time in prison and I would like to ask you that if he's sent to prison he would be sent close to California so I can visit him at least once a month because I work seven days a week to be able to raise my children and to be able to deposit money so he can call me. I know this is too much to ask but you as a human being you know what it means not to have family near us. I ask you with my heart to give him another second chance.

Sincerely,    Sindy Alvarado

Translated by: Bea Rump
Federally Certified Interpreter
03/03/2018

Querido Juez

Hola mi nombre es Sindy Alvarado soy la
esposa de Julio Rosales yo quisiera cortarle muchas
cosas hacerca del Julio pero sere breve el es
un hombre trabajador y muy responsable en los
trabajos que a traido que la mayoria de sus
trabajos an sido en verduras y de driver en
forklif. El es muy inteligente y yo se que
por la razon que el esta preso es por un
error que el cometio en un momento de
necesidad pero todos somos humanos y cometemos
errores y como el dice jamas volvere a
cometer ese error porque la estoy pasando
mal aqui porque aqui no tengo familia y
me imagino que todos necesitamos a nuestra
familia a nuestro lado y eso lo pone mal a el
pero el esta consiente que lo que iso esta
mal y el piensa positivo para poder esta bien
y el al saber que ara tiempo en el tiene
su pensamiento positivo en aser algo como estudiar
y sacar su GED cuando el este adentro. Aunque
en lo personal lo extraño a el como persona y
kisiera que el estuviera afuera conmigo y con mis
hijos espero que usted vea y reconosca que es el
primer error que el a cometido en su vida

y le reduscan El tiempo que el estara pagando
en prisión me imagino que todo Ser humano
Comet errores y tienen derecho a Ser perdonados
y Sabemos que todos nuestros errores tienen
Consecuencia y la Consecuencias que el esta
pagando es estar alejado de nosotros porque
pues yo no lo puedo visitar asta Washington
porque esta retirado de aki de los Angeles
California. Otra Cosa que Sabemos que el
ara tiempo en prision y yo le kisiera
pedir Si lo mandan a Prision lo mandaran
Serca de aki de Califonia para poder
Visitarlo aunque sea una vez al mes
ya que yo trabajo los Sirte dias a
la Semana Para poder Sacar a mis hijos
adelante y poder ponerle dinero para que el
me able yo se que es mucho pedir pero
usted como Ser humano usted sabe lo que
es no tener la familia al lado de nosotros.
yo le Pido de Corazon que le de otra segunda
oportunidad.
      Att. Sindy Alvarado.

03/02/2018  09:28AM  3232350567                    PHOENIX CHECK CASH                                    PAGE 02/12

Dear to whom this may correspond,

I Laura Saucedo aunt of Julio Saucedo declare that my nephew has good sentiments. Julio is
very responsible and hardworking. He is very respectful and well behaved; he is
charismatic and enjoys helping those in need of help. Judge, I plead with all my heart that
you have consideration of my nephew and dictate fewer years on him. I am positive that my
nephew is fully aware of his actions and is sorry for it. I am sure that he while try to
makeup for his wrong doings. He is young and has a whole future ahead of him, and he
deserves to be given a second opportunity. Please do everything you can to help him.

Sincerely,

Laura Saucedo
Laura Saucedo

To Whom It May Concern,                    02-28-2018

I write to you in  the most respectful way  to let you know that I am Jose Saucedo,  Julio Saucedo's uncle.

Since he was a little boy, and I and the entire family are very sad and concerned for my nephew's

situation. We are very surprised he is in this situation because he is very hardworking and honest. He is

very responsible in all his affairs, unfortunately, he let himself be influenced by bad company but at this

time he is very regretful he allowed  himself to be lead by his friends.

I beg you Mister Judge to have consideration for him I ask you please that you have consideration for

him when you impose his sentence because we miss him very much and we are worried about his mom

who is not in good health.

Thank you very much.


Sincerely,   Jose Saucedo




Translated By: Bea Rump

Federally Certified Interpreter

03/03/2018

A quien corresponda
                                                    02-28-18
me dirijo a usted de la manera mas
atenta Para informale que Yo Jose Saucedo
tio, de Julio Saucedo. desde que el era un
niño Y ami Y atoda la Familia estamos muy
tristes y Preocupados Por la situacion en la que
esta mi Sobrino. nos sorprende mucho esta situacio
enla que el esta Ya que el es muy buena Perso
a es muy trabajador, Y honrrado, es muy Responsabe
en todas sus cosa, desgraciadamente. Se dejo
Influenciar Por las malas compañias, que el —
tenia Pero en estos momentos el esta muy
Arrepentido Por averse dejado Yebar Por sus
amistades. Yo le suPlico Señor Juez que tenga
Consideracion de el Yo le Pido Por Fabor que
tenga consideracion de el al dictar su sentencia Ya
que lo estrañamos mucho Y nos Preocupa su
mama Ya que ella no esta bien de su Salud.
muchas gracias.

          Atmt Jede Saucedo

Feb/13/2018

Honorable Judge who handles my brother Julio Saucedo Rosales's case, I want to tell you about him. When he lived with us, his family, he was always a responsible respectful hardworking person a good son a good brother always committed to his work, he was always a good hearted person of good character this is why I ask you to give him a chance I know he made a mistake and I know he is acknowledging that he has made mistakes and I know that he can change for the better because we all learn from mistakes he is a good man and I know he is always going to be a good person although he did some things by mistake.

Sincerely: Diana Rosales

Translated by: Bea Rump

Federally Certified Interpreter

03/03/2018

13/Feb/2018

honorable Juez que lleva el caso
de mi hermano Julio Saucedo Rosales quiero
Platicarle Acerca de el, el cuando vivia
Con nosotros Su Familia Siempre Fue
una Persona Responsable Respetuosa
Trabajador un buen hijo un buen hermano
Siempre dedicado a su trabajo Siempre a sido
una Persona de buen corazon de buenos
Sentimientos es Por eso Le Pido Le de una
Oportunidad Se que el se equivoco y se
que el esta Reconociendolo que ha
Cometido errores y se que el Puede
Cambiar y mejorar Para bien ya que todos
aPrendemos de los errores el es un
buen hombre y se que el Siempre ba ser una
buena Persona Aunque aya cosas en Las
que el se ha equivocado

   Atentamente: Diana Rosales

Dear Judge good night

My name is : Humberto Tapia I will be very sincere in these words because I am Julio Cesar Rosales's friend. I have known him for 15 years he's always honest and very hardworking always looking honestly for a future for him and his family and working hard performing his work he works up to twelve hour shifts daily and from his home to work daily even on weekends. Your Honor in this life we all deserve a second opportunity to be better and overcome the past and to have a better life.

God bless you today and always Mister Judge these were my words Sir thank you for taking the time to look at my humble words.


Sinc. Humberto Tapia




Translated by Bea Rump

Federally Certified Interpreter

March 6, 2018

Querido Juez buenas noches
mi nombre es : humberto Tapia boy
a hacer muy onesto en mis palabras
ya que soy amigo de Julio Cesar Rosales
Tengo 15 años conociendolo siempre
muy onesto y muy travajador siempre
buscando un por benir para el y su
familia onestamente y Trabajando duro en
Lo que desenpeña en su lavor el travaja
Jornadas asta de 12 horas diarias y de
Su Casa al trabajo diario asta Los
fines de semana. senor Juez en esta
vida todos merecemos una segunda
oportunidad para ser mejores y superar
el pasado y tener una mejor vida
dios Lo bendiga hoy y siempre senor
Juez estas fueron mis palabras
senor Gracias por tomarse su tiempo
para mirar mis umildes palabras

   A t t. humberto Tapia

Armeria .Col  February 13 of 2018

Honorable Judge who handles my son Julio Saucedo Rosales's case during his stay with his father and

mother he was a great son as a student as a worker attentive in every respect  respectful with people

this is why I ask and I  beg you because all youth is exposed to mistakes but there are also young men

who learn from mistakes so they would never make them again and I have faith that Julio Saucedo is one

of them that the mistake he made will make him go forward to make him a better person in life and he

deserves to be given another opportunity.


Sincerely

Demetrio Rosales




Translated by Bea Rump
Federally  Certified Interpreter
March 6, 2018

ARMERIA.COL A 13 de Febrero del 2018
Hohorable Juez que lleva el caso de mi hijo
Julio Saucedo Rosales durante la estansia con
su padre y madre fue un Gran Hijo como
estudiante como Travajador atento
en Todo los sentidos Respetoso
de las personas Por lo cual le
pido y le Ruego ya que Todos los
jovenes estan espuestos a los errores
pero Tambien ay jovenes que de los

errores aprenden par no bolber

a cometerlos Y yo Tengo Fe que

Julio saucedo es uno de ellos

que ese error que cometio

Lo va a sacar adelante

para acer una mejor persona en la

vida y merece darle otra oportunidad

         atentamente
      DEMETRIO Rosales.

Armeria Col February 13 of 2018

Honorable Judge who hears my son Julio Saucedo Rosales's case. During the time he was with us he was a good son, a good brother a good friend, hardworking and honest. He was always obedient and well behaved and responsible at work and at school, he is a good hearted young man who made a mistake. I ask you, as a mother, to give my son another chance because he has to learn from his mistakes that is why I am writing these lines, he has to assess what happened to him to be better. He is a simple and noble young man, that is why I ask you to give him another chance I know he will value this to be better that is why I ask you Mister Judge not to forget the petition I make to you for my son Julio.

Sincerely

Evangelina Saucedo

Translated by: Bea Rump
Federally Certified Interpreter
03/03/2018

ARMERIA  Col a 13 de Febrero del 2018

Honorable Juez que lleva el Caso de mi
hijo Julio Saucedo Rosales
el tiempo que el estuvo con nosotros
Fue un buen hijo un buen Hermano un
buen amigo trabajador y honesto
Siempre Fue obediente y bien Portado
y rresponsable en el trabajo en la escuela
en la casa el es un muchacho de buen
Corazon y se equivoco yo como su madre
de el le pido que lede otra oportunidad
a mijo ya que tiene que aprender de los
errores es Por eso que le escribo estas
lineas el tiene que valorar esto que
Le Paso Para ser mejor eles un muchacho
sencillo y noble por eso Le Pido lede
la oportunidad yose que el valorara esto
Para ser mejor Por eso le pido
señor Juez nose olvide de la
Petición que le hago Para mi hijo
Julio

atentamente
Evangelina Saucedo

Good morning my Honor I write to you with much respect and sincerity since I know that you are a person who has very good sentiments and manners. The following words are written by Eduardo Lopez. I am Julio Cesar Rosales's friend. I met him at work about 8 years ago and we go to Church together.  We lived together his family and mine a very honest person very hard working always looking for opportunities for growth in work related areas and very intelligent and a fighter. Your Honor we all deserve a second chance in this life. We all make mistakes but we learn from them. Your Honor you can grant my friend a second chance, he is a good man and a very good person. Your Honor you can change my  friend's future, he desires his freedom. Thank you Mister Judge for taking a second to look at these words. May God bless you.

Sinc.
Eduardo Lopez



Translated by Bea Rump
Federally Certified Interpreter
March 7, 2018

buenos dias mi senoria me dirijo a usted
con mucho Respeto y onestidad Ya Que
se Que usted es una persona Que Tiene
sentimientos y modales muy buenos Las
siguientes palabras son Escritas por
Eduardo Lopez, soy un amigo de
Julio cesar Rosales Lo conoci hane como
8 anos en el trabajo y llamos jontos
ala Iglesia Combiviamos con La Familia
de el y la mia una persona muy onesta y
muy Trabajadora siempre buscando una
oportonidad de crecer en Lo Laboral y
muy Inteligente y Luchista senor juez
Todos merecemos una Segunda oportunidad
en esta vida Todos Tenemos errores
pero aprendemos de ellos senor
juez usted puede brindarle una Segunda
oportunidad a mi amigo el es un
hombre de bien y muy buena persona senor
juez usted puede Cambiar el Futuro de mi
amigo el desea su Libertad. Gracias
senor Juez por tomar un segundo para
mirar estas palabras Dios me lo bendiga

Att Eduardo Lopez

Dear Judge, good afternoon.

Myname is: Glendy Santizo

I want to be brief with a few words about what I know of: Julio Rosales.

I have known him for years he is an honest person. Very hard working  good friend in a word an honest human being. We all deserve second opportunities. Hopefully he will be provided a second opportunity to change his life and a new life that he longs for. Thank you.


Sinc. Glendy Santizo




Translated by Bea Rump

Federally Certified Interpreter

March 7, 2018

Querido Juez, buenas tardes.
Mi nombre es: Glendy Santizo.
Quiero ser breve con pocas palabras.
de lo que conozco de: Julio Rosales.
Lo conozco hace años el es una
persona Honesta, muy trabajador.
buen amigo en todas las palabras un
Ser humano Honesto. Todos merecemos
Segundas oportunidades. Osala se le
brinde a el una segunda Oportunidad.
Para cambiar la vida y una nueva
que el anehla Gracias Atn. Glendy Santizo

To Whom it may concern,

02-26-18

I write to you most respectfully to let you know that I know Julio Rosales since he was born and he is a serious and respectful person and hardworking and I ask with all due respect that you realize that he is a very helpful person and that his family and all of his loved ones miss him and we ask you with all our hearts to take this into account for his freedom because he is a young man who made a mistake influenced by bad company for which he is very sorry

I thank you beforehand for your fine attention and I certify that he is a good person.

This is hereby submitted for any effects and legal purposes best suited for the interested party.

Sincerely

Mª Dolores Saucedo C

Thank you

Translated by Bea Rump
Federally Certified Interpreter
March 8, 2018

A quien Corresponda:
02-26-18

De la manera, mas atenta me
dirijo a usted y hacer de su
conocimiento que yo conozco
a Julio Rosales desde que
nacio, y es una persona seria
respetuosa y trabajador, y le
pide con todo respeto que sea
conciente de que es una
persona muy servicial y que su
familia y todos sus seres
queridos lo extrañamos y le
pedimos de todo corazon que
tome en cuenta para su
liberacion ya que es un joven
que cometio un error influenciado
por las malas compañias y del
cual el esta muy arrepentido

De antemano le agradezco por
su fina atencion y hago constar
que es una buena persona

Se extiende la presente para,
efectos y fines legales que el
interesado convengan

Atentamente
Mª Dolores Saucedo C

Gracias

To whom it may concern

2/28/2018

I, Aurora Acevedo declare that I know Julio Saucedo since he was 15 years old and he is a very humble good natured young man. He is hardworking and responsible about his family and his job. He is very regretful for what he did and he understands that he was led by bad company who induced him to do what he did. I ask you Mister Judge to be considerate with him please,

Aurora Acevedo



Translated by: Bea Rump
Federally Certified Interpreter
03/03/2018

A, quien, Corresponda

2/28/2018 -

Yo, AURORA. Acevedo

digo que conosco.

A Julio Saucedo. des Los 15. años y
Es, un Jaben - umilde o

buenos Sentimientos EL - ES
muy trobajador y Responsable
en, su Familia y En su trabajo
EL Esta muy Arrepentido de
b0, que Hiso. y compvende que
Se dejo llevar por los malas,
Amistades - que lo Induciéron A Ser
lo que Hiso. yo lu pido Señor.
y Jues que tengo consideracion de EL
por favor, Aurora Acevedo