1  RICHARD J. TROBERMAN, P.S.
   Attorney at Law
2  WSBA No. 6379
3  520 Pike Street, Suite 2500
   Seattle, WA 98101-1385
4  Telephone: (206) 343-1111
5  Facsimile: (206) 340-1936
6  E-Mail: tmanlaw@aol.com

7
   Attorney for Defendant
8  Adam Benjamin Goldring

9              UNITED STATES DISTRICT COURT
10        FOR THE EASTERN DISTRICT OF WASHINGTON

11 UNITED STATES OF AMERICA, )
12                           )
                             )
13           *Plaintiff*,    )   No. 4:15-cr-6049-EFS-12
                             )
14       vs.                 )   **DEFENDANT'S SUPPLEMENTAL**
                             )   **SENTENCING EXHIBIT**
15                           )
   ADAM BENJAMIN GOLDRING,   )
16                           )
                             )
17           *Defendant.*    )
                             )
18 _____)

19     Defendant Adam Goldring submits the following additional exhibit in

20 connection with his sentencing scheduled at 1:30 p.m. on March 27, 2018.
21
22     DATED this 14 day of March, 2018.

23                                  RICHARD J. TROBERMAN, P.S.
24
                                    By: /s/ Rich Troberman
25                                  _____
                                    RICHARD J. TROBERMAN
26                                  WSBA #6379
                                    Attorney for Defendant
27                                  Adam Benjamin Goldring
28

DEFENDANT'S SUPPLEMENTAL SENTENCING                RICHARD J. TROBERMAN, P.S.
EXHIBIT; Case No. 4:15-CR-6049-EJS - 1                    ATTORNEY AT LAW
                                                     520 PIKE STREET, SUITE 2500
                                                    SEATTLE, WASHINGTON 98101-1385
                                                            (206) 343-1111

March 1, 2018

The Honorable Edward Shea
United States District Court Judge
United States Courthouse
825 Jadwin Avenue
Richland, WA 99352

Dear Judge Shea:

    Most people who know me wouldn't believe that I would commit a criminal offense. This is the worst thing that has ever happened to me, and I brought it all on myself. I realize my actions have consequences, and how negatively this has affected the United States, my own community, and most of all, my family. My actions do not reflect the way I was raised, or who my parents are. What I did was selfish, self-centered, and down-right stupid.

    Had I known that my actions involved violations of United States laws, or that my conduct would inflict so much harm to so many people I would never have done it. As time goes by, there is not a day that passes without me thinking about the pain I have caused and the pain I am still causing.

    So I write to you today not as a man who is looking for sympathy, but rather as a man who recognizes his guilt, the suffering I have caused, and as a person who will live everyday with this experience as a reminder of how badly I have messed up.

                                             Sincerely,

                                             *Adam Goldring*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1𝑌, 2018, I electronically filed the foregoing "DEFEDANT'S SUPPLEMENTAL SENTENCING EXHIBIT" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

DEFENDANT'S SUPPLEMENTAL SENTENCING
EXHIBIT; Case No. 4:15-CR-6049-EJS - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111