

United States Federal Court
Washington Eastern District
920 West Riverside Avenue #840
Spokane, WA 99201-1010

D STATES DISTRICT COURT
HERN DISTRICT OF CALIFORINA

OFFICE OF THE CLERK
33 W. BROADWAY, SUITE 420
N DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS