# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | **Case No.** 4:15-CR-6049-EFS-12 |
| --- | --- |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 03/27/2018  **LOCATION:** Richland |
| ADAM BENJAMIN GOLDRING, | **SENTENCING HEARING** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | | |
| --- | --- | --- | --- |
| Cora Vargas | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Richard J. Troberman | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**                                    **[XX] US Probation Officer:** SanJuanita Coronado

Defendant present, in custody of the US Marshal

The Court rules on and accepts the Presentence Investigation Report

Argument and recommendation by Ms. Van Marter

Argument and recommendation by Mr. Troberman

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Cross-examination of witness by Ms. Van Marter
Cross-examination of witness by Mr. Troberman
Witness steps down

Defendant addresses the Court on his own behalf

**Imprisonment: 24 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at Taft Correctional Institution in California

**Supervised Release: 2 years** on standard conditions and the following special conditions:

1. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must not communicate, associate, or otherwise interact, with any codefendant or witnesses in this case, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter

Ms. Van Marter moves to dismiss Count 1
**Court**: **granted**

| CONVENED: 1:30 PM | ADJOURNED: 2:13 PM | TIME: 43 MINS | |
|---|---|---|---|
| | | | |