# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. ALEXIS JOEL GARCIA PALOMINO**      Case No. **4:15-CR-6049-EFS-4**

**Arraignment/Initial Appearance on 2nd Superseding Indictment:**     03/28/2018

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Stephanie Van Marter, US Atty [S/Video] |
| ☒ | Joanna Knutson, Courtroom Deputy [S/Video] | ☒ | Jeffrey Niesen, Defense Atty |
| ☒ | Erica Helms, Arturo Santana & Jon Barcom, US Probation / Pretrial Services Officer | ☒ | Interpreter – Carolina Hickey |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney Jeffrey Niesen | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.
    Court colloquy with U. S. Deputy Marshal Arik Coleman regarding Defendant's location in custody.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
*Waived by Defendant;*
USA's Motion for Detention is *granted.*
*Subject to right to return before the Court should circumstances change.*