AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>ALEXIS JOEL GARCIA PALOMINO<br><br>Defendant | Case No. 4:15-CR-6049-EFS-4 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXIS JOEL GARCIA PALOMINO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE

Date: Dec 07, 2016, 9:54 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/7/16, and the person was arrested on *(date)* 3/8/18
at *(city and state)* San Ysidro, CA.

Date: 3/8/18

Arrested within the S/CA
By: FBI
(Agency) *Arresting officer's signature*
Executed On: 3/8/18
Sign: [signature] USMS
*Printed name and title*