Law Office of Jeffrey S. Niesen
Jeffrey S. Niesen
1411 W. Pinehill Road
Spokane, Washington 99218
Tel: 509 822-7140
Jsniesen1@yahoo.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15 CR 6049-EFS-4 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| ALEXIS JOEL GARCIA PALOMINO | |
| Defendant. | |

_____/

Having been appointed to represent Defendant ALEXIS JOEL GARCIA PALOMINO the undersigned hereby appears as counsel.

Jeffrey S. Niesen (SBN 33850)
1411 W. Pinehill Road
Spokane, WA 99218
Tel:509-822-7140; jsniesen1@yahoo.com

Dated: April 4, 2018

Law Office of Jeffrey S. Niesen

s/Jeffrey S. Niesen for

ALEXIS JOEL GARCIA PALOMINO

Notice of Appearance - Niesen        1

Certificate of Service

I hereby certify that on April 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Allyson R. Edwards and Stephanie Van Marter Counsel for the United States of America.

> s/Jeffrey S. Niesen (33850),
> Law Office of Jeffrey S. Niesen
> 1411 W. Pinehill Rd.  Spokane WA,  99218
> 509-822-7140;
> jsniesen1@yahoo.com