1  NICHOLAS MARCHI
   Carney & Marchi, P.S.
2  7502 West Deschutes Place
   Kennewick WA 99336
3  (509) 545-1055
   Attorneys for Defendant
4

5           UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,          Case No. 4:15-CR-6049-EFS-18

8           Plaintiff,                NOTICE OF WITHDRAWAL AND
                                      SUBSTITUTION OF ATTORNEY
9       vs.                           FOR DEFENDANT

10 ALFREDO MAGANA GARIBAY,

11          Defendant

12     TO:   Clerk of the Court

13     TO:   Stephanie Van Marter, AUSA

14     PLEASE TAKE NOTICE that Michael V. Felice Lara, herby withdraws as attorney for
15 the defendant immediately and NICHOLAS MARCHI hereby substitutes as attorney for the
16 defendant any future communication exclusive of original process, should be delivered to:
17
   Nicholas Marchi
18 CARNEY & MARCHI, P.S.
   7502 West Deschutes Place
19 Kennewick, WA 99336
   (509)545-1055
20

21     DATED this 12th day of April 2018.

22     /s/ Michael V. Felice           s/Nicholas Marchi
       Michael V. Felice               Nicholas Marchi
23     Withdrawing Attorney            Substituting Attorney

24

25

NOTICE OF SUBSTITUTION OF ATTORNEY   1

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Substitution was e-mailed via ECF on 4/12/2018 4/15/2018 to S. Van Marter, Assistant United States Attorney, P.O. Box 1494, Spokane, WA 9910.

S/ Nicholas Marchi
CARNEY & MARCHI, P.S.
Attorneys for Defendant

NOTICE OF SUBSTITUTION OF ATTORNEY   2