NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.4:15-CR-6049-EFS-18 |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| ALFREDO MAGANA GARIBAY, | |
| Defendant | |

TO:        Clerk of the Court; and
TO:        United States Attorney's Office,

PLEASE TAKE NOTICE that Nicholas Marchi of CARNEY & MARCHI hereby enters a Notice of Appearance on behalf of the above-referenced defendant. All further communications, exclusive of original process, should be directed to:

Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055

DATED this 20th day of April 2018.

Respectfully Submitted,

*s/ Nicholas Marchi*
Nicholas Marchi
Attorneys for Defendant

NOTICE OF APPEARANCE - 1

**CERTIFICATE OF SERVICE**

    I certify that a copy of the Notice of Appearance was e-mailed via ECF /mailed first class, postage prepaid on 4/21/2018, to United States Attorney's office, 402 E. Yakima, Ave., Suite 210, Yakima, WA  98901.

    s/*Nicholas Marchi*
    CARNEY & MARCHI, P.S.
    Attorneys for Defendant

NOTICE OF APPEARANCE - 2