UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 4:15-CR--06049-EFS |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | UNOPPOSED MOTION |
| ) | TO CONTINUE THE |
| JESE DAVID CARILLO CASILLAS, ) | DEADLINES FOR FILING |
| ) | PRETRIAL MOTIONS |
| Defendant. ) | |
| _____ ) | |

Before the Court is Defendant's Unopposed Motion to Continue the Deadlines for Filing Pretrial Motions (ECF ___). After reviewing Defendant's Motion, **IT IS HEREBY ORDERED** that the Unopposed Motion to Continue the Deadlines for Filing Pretrial Motions, and the same is hereby, **GRANTED**.

The pretrial motions filing deadline will be vacated and reset at least sixty (60) days from today's date.

DATED this ____ day of April, 2018.

_____
EDWARD F. SHEA
United States District Judge

**ORDER**