**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**
**(The Honorable Edward F. Shea)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | **CASE NO. CR-15-06049-EFS-2** |
| **vs.**   ) | |
| ) | |
| **JESE DAVID CARILLO CASILLAS,** ) | **ORDER TO EXPEDITE** |
| ) | |
| **Defendant.**   ) | |
| _____ ) | |

The Court has before it Defendant's Motion to Expedite consideration of

Defendant Jese David Carillo Casillas' Unopposed Motion to Continue the

Deadlines for Filing Pretrial Motions.

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to

Expedite, (ECF ___), filed by the above Defendant be, and the same is hereby,

GRANTED.

DATED this ____ day of April, 2018.


_____
The Honorable Edward F. Shea
United States District Judge


**ORDER - 1**