FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JESE DAVID CARILLO CASILLAS (2),<br><br>                    Defendant. | No.  4:15-CR-06049-EFS-2<br><br>**ORDER EXTENDING PRETRIAL MOTIONS DEADLINE** |

Before the Court are Defendant Jese David Carillo Casillas' Unopposed Motion to Continue the Deadlines for Filing Pretrial Motions, ECF No. 754, and related Motion to Expedite, ECF No. 755. Defense counsel Nicolas Vieth moves the Court for a 60-day extension of the deadline to file pretrial motions, which is presently for April 27, 2018. Mr. Vieth states that he requires additional time to review the extensive discovery in this matter. He also notes that his client is housed far away from his law office and that the Court recently approved the expert services of his chosen private investigator. Mr. Vieth also avers that counsel for the Government does not object to an extension of the pretrial motions deadline.[1] ECF No. 754 at 3.

---

[1] To respect the Defendants' and the public's interest in a speedy trial, any future defendants that the Government seeks to add to this case will be subject to a different case management order and trial schedule.

ORDER - 1

The Court finds good cause to partially grant Defendant Carillo Casillas' motion and extend the pretrial motions deadline — **as to Defendant Carillo Casillas only** — by 45 days.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Jese David Carillo Casillas' Motion to Expedite, **ECF No. 755**, is **GRANTED.** Defendant Carillo Casillas' Unopposed Motion to Continue the Deadlines for Filing Pretrial Motions, **ECF No. 754,** is **GRANTED IN PART AND DENIED IN PART.**

2. Defendant Carillo Casillas may file pretrial motions on any subject[2] **by no later than Monday, June 11, 2018.** Likewise, the Government may file pretrial motions — as to Defendant Carillo Casillas only — **by no later than Monday, June 11, 2018.**

3. **All other defendants remain subject to the previously set pretrial motions deadline of April 27, 2018.** *See* ECF Nos. 712 & 740.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to Mr. Vieth and counsel for the Government.

**DATED** this   27th    day of April 2018.

                        s/Edward F. Shea_____
                          EDWARD F. SHEA
                Senior United States District Judge

---

[2] Pursuant to the Court's prior Orders, ECF Nos. 712 & 740, Mr. Vieth, counsel for Defendant Carillo Casillas, and Jeffrey Niesen, counsel for Defendant Alexis Joel Garcia Palomino, may file pretrial motions on any subject before the pretrial motions deadline.

Q:\EFS\Criminal\2015\15-CR-6049-EFS-2;Carillo.Casillas.ord.extend.pretrial.mot.lc02.docx

ORDER - 2