UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-06049-EFS-16 |
| vs. ) | |
| ) | Order Granting United States' |
| EDGAR OMAR HERRERA FARIAS, ) | Motion To Expedite Hearing |
| ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion for Extension of Time to Respond to Defendant's Motion in Limine, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____day of May 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1