Case 4:15-cr-06049-EFS ECF No. 764-1 filed 05/03/19 PageID.3545 Page 1 of 25
Case 2:18-mj-02800-MAT Document 1 Filed 04/27/18 Page 1 of 10
Case 4:15-cr-06049-EFS ECF No. 158 filed 12/06/16 PageID.550 Page 1 of 16

RULE 5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2018

SEAN F. McAVOY, CLERK

EP-18-M-2800-MAT

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:15-CR-6049-EFS |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ | Vio: 21 U.S.C. § 846 Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams or More of N-phenyl-N Propanamide (Count 1) |
| | Vio: 18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering (Count 2) |
| | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) Possession with the Intent to Distribute 5 Kilograms or more of Cocaine (Count 3) |

SECOND SUPERSEDING INDICTMENT – 1
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS ECF No. 764-1 filed 05/03/19 PageID.3546 Page 2 of 25
Case 8:18-mj-02800-MAP Document 1 filed 04/27/18 Page 2 of 20
Case 4:15-cr-06049-EFS ECF No. 158 filed 12/06/16 PageID.551 Page 2 of 16

| | |
|---|---|
| 1 | |
| 2 | Vio: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering |
| 3 | (Counts 4, 5, 6, 7, 10, 11, 12, 14) |
| 4 | MARCIAL BRAVO ZAMBRANO, |

Vio: 18 U.S.C. § 1956(a)(1)(B)(i)
Money Laundering
(Counts 4, 5, 6, 7, 10, 11, 12, 14)

Vio: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with the Intent to
Distribute 50 grams or more of
Actual Methamphetamine
(Count 8)

Defendants.

Vio: 18 U.S.C. 1956(a)(1)(B)(i)
International Money Laundering
(Counts 9, 13)

Vio:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(i), (vi)
Possession with the Intent to
Distribute 1 Kilogram or More of
a Mixture or Substance
Containing Heroin and
400 grams or More of a Mixture
or Substance Containing N-
phenyl-N Propanamide
(Count 15)

Notice of Criminal Forfeiture
Allegations

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing

until on or about December 6, 2016, in the Eastern District of Washington and

elsewhere, the Defendants,

**SECOND SUPERSEDING INDICTMENT – 2**
Second Superseding.Indictment.docx

1 ████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████

4 ███████████████████████████████████████

5 ████████████████████████████████████

6

7 ███████████████████████████████████████

8 ███████████████████████████████████████

9 ████████████████████████████████████████

10

11 ████████████████████████ MARCIAL BRAVO

12 ZAMBRANO, ███████████████████████████

13

14 ████████████████████████████████████████

15 did knowingly and intentionally combine, conspire, confederate and agree together

16

17 with each other and other persons, both known and unknown to the Grand Jury, to

18 commit the following offense against the United States, to wit:  distribution of 500

19

20 grams or more of a mixture or substance containing a detectable amount of

21 Methamphetamine, 5 kilograms or more of a mixture or substance containing a

22

23 detectable amount of Cocaine, 1 kilograms or more of a mixture or substance

24 containing a detectable amount of heroin and 400 grams or more of a mixture or

25 substance containing a detectable amount of N-phenyl-N Propanamide, all

26

27 Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1),

28 (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS   ECF No. 764-1   filed 05/03/19   PageID.3548   Page 4 of 25
Case 2:18-mj-02800-MAT   Document 1   Filed 04/27/18   Page 4 of 10
Case 4:15-cr-06049-EFS   ECF No. 158   filed 12/06/16   PageID.553   Page 4 of 16

1

**COUNT TWO**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**(1956(a)(1))**

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 4
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS   ECF No. 764-1   filed 05/03/19   PageID.3540   Page 5 of 25
Case 9:18-mj-02800-MAN   Document 1   filed 04/27/19   Page 5 of 20
Case 4:15-cr-06049-EFS   ECF No. 158   filed 12/06/16   PageID.554   Page 5 of 16

1 ████████████████████████████████
2 
3 ██████████████████████████████████████
4 ██████████

5           **(1956(a)(2))**
6 
7 ████████████████████████████████████

8 ████████████████████████████████████
9 
10 ██████████████████████████████████████
11 ████████████████████████████████████
12 
13 ████████████████████████████████
14 ████████████████████████████████

15 ██████████████████████████████████
16 
17 ████████████████████████
18 ████████████████

19 
20           **COUNT THREE**
21 
22 ██████████████████████████████████
23 ████████████████████████████████████████
24 
25 ████████████████████████████████████
26 ████████████████████████████████████████
27 ██████████████████
28 

**SECOND SUPERSEDING INDICTMENT – 5**
Second Superseding.Indictment.docx

1

## COUNT FOUR

2
3    ██████████████████████████████████████████████████████████,
4    ███████████████████████████████████████████████████████████
5    ███████████████████████████████████████████████████████████
6
7    ████████████████████████████████████████████████████████
8    ████████████████████████████████████████████████████████
9
10   █████████████████████████████████████████████████████████
11   ████████████████████████████████████████████████
12
13   ███████████████████████████████████████████████████████████
14   ███████████████████████████████████████████████████████████
15   ███████████████████████████████████████████████████████
16
17   ████████████████████████████████████████████████████
18   █████████████████████████████████████████████████████████
19
20   █████████████████████████████████████████████████████████
21   ████████████████████████████████████████████████████
22

23   ## COUNT FIVE

24   ████████████████████████████████████████████████████████
25
26   ██████████████████████████████████████████████████████,
27   ████████████████████████████████████████████████████
28   █████████████████████████████████████████████████████

**SECOND SUPERSEDING INDICTMENT – 6**
Second Superseding.Indictment.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17     **COUNT SIX**

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 7

Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS    ECF No. 764-1    filed 05/03/19    PageID.3552    Page 8 of 25
Case 9:18-mj-02800-MAN    Document 1    Filed 04/27/18    Page 8 of 20
Case 4:15-cr-06049-EFS    ECF No. 158    filed 12/06/16    PageID.557    Page 8 of 16

1 ████████████████████████████████
2 ████████████████████████████████████
3 ████████████████████████████████████
4 ██████████████████████████████████
5 ██████████████████████████████████████
6
7 ██████████████████████████████████████
8 ████████████████████████████████████
9
10 ██████████

11                    **COUNT SEVEN**

12        ████████████████████████████████████
13
14 ████████████████████████████████████████
15 ████████████████████████████████████
16
17 ████████████████████████████████████
18 ██████████████████████████████████████
19
20 ██████████████████████████████████████
21 ████████████████████████████████████████
22
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████
26
27 ████████████████████████████████████
28 ████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 8

Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS    ECF No. 764-1    filed 05/03/19    PageID.3558    Page 9 of 25
Case 9:18-mj-02800-MAN    Document 1    filed 04/27/19    PageID.9    Page 9 of 16
Case 4:15-cr-06049-EFS    ECF No. 158    filed 12/06/16    PageID.558    Page 9 of 16

1

2

3

4

5

**COUNT EIGHT**

6

7

8

9

10

11

12

13

14

**COUNT NINE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 9

Second Superseding.Indictment.docx

1 ▬▬▬▬ ▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬
2
3 ▬▬▬▬▬▬
4                    **COUNT TEN**
5
6      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12
13 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
14 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
15 ▬▬▬▬▬▬▬▬▬▬▬▬ ▬ ▬▬▬
16
17 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
18 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19
20 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22
23 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25 ▬▬▬▬▬ ▬ ▬▬▬▬▬▬▬
26
27
28

**SECOND SUPERSEDING INDICTMENT – 10**
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS   ECF No. 764-1   filed 05/03/19   PageID.3555   Page 11 of 25
Case 2:15-mj-02800-MAN   Document 1   Filed 04/27/18   Page 11 of 25
Case 4:15-cr-06049-EFS   ECF No. 158   filed 12/06/16   PageID.560   Page 11 of 16

1

## COUNT ELEVEN

2

██████████████████████████████████████████

3

██████████████████████████████████████████████

4

████████████████████████████████████████████████

5

██████████████████████████████████████████████

6

█████████████████████████████████████████████

7

███████████████████████████████████████

8

████████████████████████████████████████████

9

████████████████████████████████████████████

10

██████████████████████████████████████████████

11

████████████████████████████████████████████

12

█████████████████████████████████████████████

13

█████████████████████████████████████████████

14

██████████████████████████████████████████████

15

████████████████████████████████████

16

█████████████████████████████████████████████

17

██████████████████████████████████████████████████

18

███████████████████████████████████████████

19

## COUNT TWELVE

20

████████████████████████████████████████████████,

21

██████████████████████████████████████████

22

███████████████████████████████████████

23

██████████████████████████████████████

24

**SECOND SUPERSEDING INDICTMENT – 11**
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS    ECF No. 764-1    filed 05/03/19    PageID.3556    Page 12 of 25
Case 2:19-mj-02800-MAN    Document 1    Filed 04/27/19    Page 12 of 16
Case 4:15-cr-06049-EFS    ECF No. 158    filed 12/06/16    PageID.561    Page 12 of 16

1 ████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████████████████████████

4 ██████████████████████████████████████

5

6 ██████████████████████████████████████

7 ████████████████████████████████████████

8 ██████████████████████████████████

9 ████████████████████████████████████████

10

11 ████████████████████████████████████████████

12

13 █████████████████████████████████████████

14

15 **COUNT THIRTEEN**

16

17 ████████████████████████████████████████████

18 ███████████████████████████████████████

19 ██████████████████████████████████

20

21 ███████████████████████████████████

22 ███████████████████████████████████████

23

24 ████████████████████████████████████

25 █████████████████████████████████ █

26

27 ████████████████████████████████████

28 █████████████████████████████████████████,

**SECOND SUPERSEDING INDICTMENT – 12**
Second Superseding.Indictment.docx

Case 4:15-cr-06049-EFS   ECF No. 764-1   filed 05/03/19   PageID.3557   Page 13 of 25
Case 9:19-mj-02800-MAN   Document 1   Filed 04/27/18   Page 13 of 16
Case 4:15-cr-06049-EFS   ECF No. 158   filed 12/06/16   PageID.562   Page 13 of 16

1 ████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ██████████ ██████████

5

6 **COUNT FOURTEEN**

7 ███████████████████████████████████████████████

8

9 ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15

16 ██████████████████████████████████████

17 ████████████████████████████████████████████

18

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ████████████████████████████████████████

22

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25

26 ████████████████████████████████████████

27

28

**SECOND SUPERSEDING INDICTMENT – 13**
Second Superseding Indictment.docx

1

## COUNT FIFTEEN

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17 ## <u>NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS</u>

18 The allegations contained in this Indictment are hereby re-alleged and

19
20 incorporated by reference for the purpose of alleging forfeitures.

21 Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of

22
23 21 U.S.C. § 846,

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 14
Second Superseding.Indictment.docx

███████████████████████████████████████████,

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████),

███████████████████████████████████████████

███████████████████████████████████████████, MARCIAL BRAVO

ZAMBRANO, ███████████████████████████████

██████████████████████████████. and, shall forfeit to the United

States of America, any property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such offense(s) and any property

used or intended to be used, in any manner or part, to commit or to facilitate the

commission of the offense(s).

   If any forfeitable property, as a result of any act or omission of the

Defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided

   without difficulty;

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

1  the United States of America shall be entitled to forfeiture of substitute property

2  pursuant to 21 U.S.C. § 853(p).

3

4     DATED this _____ day of December 2016.

5

6                          A TRUE BILL

7

8     ████████████████████████████

9                          _____
                          Foreperson

10

11

12  MICHAEL C. ORMSBY
    United State Attorney

13

14

15

16  Stephanie A. Van Marter
17  Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MARCIAL BRAVO ZAMBRANO | ) | Case No.   4:15-CR-6049-EFS-20 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      MARCIAL BRAVO ZAMBRANO      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 - CONSPIRACY TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A
DETECTABLE AMOUNT OF METHAMPHETAMINE, 5 KILOGRAMS OR MORE OF COCAINE, 1 KILOGRAM OR MORE
OF HEROIN AND 400 GRAMS OR MORE OF N-PHENYL-N PROPANAMIDE

Date:   Dec 07, 2016, 10:17 am

                                             *Issuing officer's signature*

City and state:    Spokane, Washington

                              Sean F. McAvoy, Clerk of Court/DCE
                                   *Printed name and title*

| Return |
|---|
|      This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                            _____ |
|                                                *Arresting officer's signature* |
|                                                *Printed name and title* |

FILED

APR 27 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. EP-18- M-2800-MAT |
| v. | § | **(EASTERN DISTRICT OF** |
| | § | **WASHINGTON** |
| **MARCIAL BRAVO ZAMBRANO,** | § | **Case No. 4:15-cr-6049-EFS-20)** |
| | § | |
| Defendant. | § | |
| | § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT
## WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.     The Defendant has been charged by indictment for a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years in Case No. 4:15-cr-6049-EFS.

2.     The Defendant was arrested on a warrant out of the Eastern District of Washington, charging Defendant with a violation of Title 21, United States Code, Section 846 – Conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 5 kilograms or more of cocaine, 1 kilogram or more of heroin, and 400 grams or more of N-phenyl-N Propanamide.

3.     The Defendant has a prior criminal history.

4.     The Defendant is a United States citizen, who is an absconder, with strong ties to Mexico, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

5.      There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

6.      There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:      _____ for
RICHARD D. WATTS
Assistant U.S. Attorney
New Mexico Bar #9059
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Filed: 04/29/2018
Clerk, U.S. District Court
Western District of Texas

By:_____ **RRV** _____

Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: **EP:18-M -02800(1)** |
| | § | |
| **(1) MARCIAL BRAVO ZAMBRANO** | § | |
| *Defendant* | | |

# ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender, of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so ORDERED this 29th day of April, 2018.

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

|   |   |   |
|---|---|---|
| USA | § | |
| | § | |
| | § | Case Number:   EP:18-M -02800(1) MAT |
| vs. | § | 21:841 & 21:846 |
| | § | |
| (1) MARCIAL BRAVO ZAMBRANO | § | |
| *Defendant* | | |

## INITIAL APPEARANCE

On **April 27, 2018**, the defendant appeared in Open Court before U.S. Magistrate Judge **MIGUEL A. TORRES.  The defendant affirmed being the person named in the charging document.**

**The defendant was advised as follows:**

1) The nature of the charge against him/her;

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4) The right to a preliminary examination if not indicted;

5) The right to consideration of bail;

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   Counsel Appointed / Retained:    **534-6525, Federal Public Defender**

**Next Hearing Date/Time: Before U.S. Magistrate Miguel A. Torres**

( X )   **IDENTITY / DETENTION HEARING    May 02, 2018  at  09:30 AM**

   **525 Magoffin Avenue, El Paso, TX 79901        Magistrate Courtroom, Room 712**

**Bond**

( X )   No Bond Set.  Temporary Detention Ordered.

**Interpreter Needed:** _____**Interpreter:Spanish**_____        **Record FTR Gold**

**Time:  2:45 - 3:06  = 00 mins**_____        **Arrest Date:** _____
                                                                          County

Arresting Agency:   FBI -
Courtroom Deputy: Rita R Velez - (915) 834-0519

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  EP:18-M -02800(1) |
| | § | |
| (1) MARCIAL BRAVO ZAMBRANO | § | |

### ORDER SETTING IDENTITY / DETENTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **IDENTITY / DETENTION HEARING**, **May 02, 2018 at 09:30 AM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **04/27/2018.**

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

DONNA F. COLTHARP
DEPUTY DEFENDER

DARREN L. LIGON
JOSEPH A. CORDOVA
REGINALDO TREJO, JR.
CHRISTOPHER J. CARLIN
HORATIO R. ALDREDGE
BLANCA ROCHA DEL RIO
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534
_____
SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

April 30, 2018

U.S. District Clerk
Albert Armendariz, Sr.
U.S. Courthouse
525 Magoffin Avenue
El Paso, TX 79901

> **RE: Assignment of Defense Counsel In**
> **USA vs. Marcial Bravo Zambrano**
> **Cause No.: EP-18-M-02800-MAT**

Dear Sir/Madam:

    Please be advised that I, Assistant Federal Public Defender, Sergio Garcia, am Assigned to the above-referenced case.

Very truly yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/

SERGIO GARCIA
Assistant Federal Public Defender

SG:sr



**Department of Justice**

*United States Attorney's Office*
*Western District of Texas*
*El Paso Division*

| | |
|---|---|
| *700 E. San Antonio Ave, Suite 200* | *Phone: (915) 534-6884* |
| *El Paso, Texas 79901* | *Facsimile: (915) 534-6024* |

April 30, 2018

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:   U.S. v. MARCIAL BRAVO ZAMBRANO**
              **Case No.:  EP-18-M-2800-MAT**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                   Respectfully submitted,

                   JOHN F. BASH
                   UNITED STATES ATTORNEY

By:       /s/
                   RICHARD D. WATTS
                   Assistant U.S. Attorney
                   New Mexico Bar #9059
                   700 E. San Antonio, Suite 200
                   El Paso, Texas  79901

(Rule 5)

Filed 5/2/18

Clerk, U. S. District Court
Western District of Texas

By _____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA, §
§
§
vs. Marcial Bravo Zambrano § CAUSE NO. EP:18-M-2800-MAT
§
§
Defendant. §

## WAIVER OF RULE 5(c)(3) HEARINGS

I, Marcial Bravo Zambrano understand that charges are pending against me

in another district. I have been arrested in this district and taken before a United States Magistrate

Judge who informed me of those charges(s), the applicable penalties, and of my right to: (1) retain

counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer

of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3)

an identity hearing, and or (4) a hearing (unless an indictment has been returned or an information

filed) to determine whether there is probable cause to believe the charged offense(s) has/have been

committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

~~Preliminary hearing~~

X Preliminary hearing in El Paso but I request that a preliminary hearing be held in the
prosecuting district

X Identity hearing

~~Detention Hearing~~

X Detention hearing in El Paso but I request that a detention hearing be held in the
prosecuting district

_____ Government withdrew Motion to Detain Defendant Without Bond and agreed
to a bond in the amount of: _____.

X _____
Defendant

5-2-18                      _____
Date                        Defense Counsel