# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. SALVADOR GUDINO CHAVEZ, Defendant. | Case No. 4:15-CR-6049-EFS-11<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 05/08/2018   **LOCATION:** Richland<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| | **Senior Judge Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter appearing by video conference from Spokane | | Gregory Scott | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present, not in custody of the US Marshal, being assisted by the Court's interpreter

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty

Colloquy between Court and Defendant

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for September 25, 2018 at 2:00 pm in Richland**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDERS FORTHCOMING**

| CONVENED: 2:35 PM | ADJOURNED: 3:18 PM | TIME: 43 MINS | |
|---|---|---|---|