1  Law Office of Jeffrey S. Niesen
   Jeffrey S. Niesen
2  1411 W. Pinehill Road
   Spokane, Washington  99218
3  Tel: 509 822-7140
   Jsniesen1@yahoo.com
4
   Counsel for Defendant
5

6

7                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
8

9

10 | UNITED STATES OF AMERICA | Case No.  15 CR 6049-EFS-4

11 |          Plaintiff, | **MOTION TO CONTINUE TRIAL**

12 |     vs. | **May 29,  2018 at 9:00 am Richland**

13 | ALEXIS JOEL GARCIA PALOMINO | **Oral Argument Requested**

14 |          Defendant.

15 | _____/

16

17      Trial of the instant matter is currently scheduled to begin on October 10,

18 2018, in Richland, Washington. The defendant's Counsel hereby moves the Court

19 to reschedule the Trial and the final Pre-trial conference to commence 1 week later

20 on October 17th, 2014.  The continuance is requested to permit the attendance of

21 trial Counsel, who will be in Japan having attended his son's wedding from

22 October 3, 2018 through October 11, 2018, and allow him time to fully prepare for

23 trial. This motion is based on the declaration of the undersigned set forth below.

24

25 Dated:  May 14, 2018

26                                           Law Office of Jeffrey S. Niesen

27                                             s/Jeffrey S. Niesen for

28                                           ALEXIS JOEL GARCIA PALOMINO

## Declaration of Jeffrey S. Niesen

I, Jeffrey S. Niesen declare and state as follows:

1. On March 26, 2018, I was appointed as CJA counsel for the defendant Alexis Joel Garcia Palomino.

2. On April 4, 2018, I filed my Notice of Appearance.

3. On March 29, 2018, the Court filed its Case Management Order setting the trial for October 10, 2018. This Order was not served on me by the Court Clerk. I did not learn of the Order until late April 2018, when I reviewed the docket entries of filed documents.

4. Since March 2018, I have had travel tickets and hotel reservations – paid for in advance- for a trip to Tokyo, Japan. The reason for the travel is to attend and participate in my son's wedding. I am scheduled, with my wife, to be out of the Country from October 3 to October 11, 2018.

5. My travel conflicts with the Court's scheduled trial date of which I was not aware until I reviewed the Case Management Order (ECF. 740).

6. As a result of this conflict I am asking for a continuance of the final pre-trial and trial for 1 week until October 17, 2018. This is provide time for my return to the United States and time for my final preparations for trial.

7. On May 9th, 2018, I discussed the matter with my client. He has not given his consent to this requested continuance and has instead directed me to file a motion for a substitution of counsel.

8. On May 7th, 2018, I contacted the Court Clerk with my request for a continuance. I was advised that I was to file the motion noting that the requested dates could not be cleared without the Court's permission.

9. On May 7th 2018, I spoke with AUSA Stephanie Van Marter who advised that the government does not oppose this request.

The foregoing is submitted subject to penalty of perjury under the Laws of the United States.

Dated: May 14, 2018                                                s/Jeffrey S. Niesen

Certificate of Service

I hereby certify that on May 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Stephanie Van Marter Counsel for the United States of America.

                                              s/Jeffrey S. Niesen (33850),
                                              Law Office of Jeffrey S. Niesen
                                              1411 W. Pinehill Rd.  Spokane WA,  99218
                                              509-822-7140;
                                              jsniesen1@yahoo.com