1  Law Office of Jeffrey S. Niesen
   Jeffrey S. Niesen
2  1411 W. Pinehill Road
   Spokane, Washington  99218
3  Tel: 509 822-7140
   Jsniesen1@yahoo.com
4
   Counsel for Defendant
5

6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
8

9

10  UNITED STATES OF AMERICA          Case No.  15 CR 6049-EFS-4

11            Plaintiff,              **MOTION FOR NEW COUNSEL**

12       vs.                          **May 29,  2018 at 9:00 am Richland**

13  ALEXIS JOEL GARCIA PALOMINO       **Oral Argument Requested**

14            Defendant.

15
    _____/
16

17
        The defendant's Counsel hereby moves the Court at the direction of
18
    Defendant for the appointment of new counsel in place of Jeffrey S. Niesen. This
19
    motion is based on the declaration of the undersigned set forth below.
20

21

22  Dated:  May 14, 2018
                                      Law Office of Jeffrey S. Niesen
23
                                      s/Jeffrey S. Niesen for
24
                                      ALEXIS JOEL GARCIA PALOMINO
25

26

27

28
                      Declaration of Jeffrey S. Niesen

Motion to Substitute Counsel              1

I, Jeffrey S. Niesen declare and state as follows:

1. On March 26, 2018, I was appointed as CJA counsel for the defendant Alexis Joel Garcia Palomino.

2. On May 9th, 2018, I discussed the matter with my client, my conflicting travel with the existing trial date, and my need to request a 1 week continuance. He refused to give his consent to the requested continuance and instead directed me to file a motion for a substitution of counsel. As best as I can tell the reason for his request was his belief that because I failed to file motions challenging the sufficiency of the government's evidence or the fact that he was incarcerated in Canada for over two years for this conduct, he felt that I was not zealous in his defense and he would prefer another counsel appointed. I discussed the matter with him at length and told him that I would file the motion at his direction.

The foregoing is submitted subject to penalty of perjury under the Laws of the United States.

Dated: May 14, 2018                                    s/Jeffrey S. Niesen

Certificate of Service

I hereby certify that on May 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Stephanie Van Marter Counsel for the United States of America.

Motion to Substitute Counsel                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                    s/Jeffrey S. Niesen (33850),
                    Law Office of Jeffrey S. Niesen
                    1411 W. Pinehill Rd.  Spokane WA,  99218
                    509-822-7140;
                     jsniesen1@yahoo.com

Motion to Substitute Counsel            3