1  Rick Hernandez
2  Hernandez Law Offices, LLC.
   P.O. Box 1039
3  Sunnyside, WA 98944
   (509) 837-3184
4
5  Attorney for Gabriela Vasquez Mendoza

6
7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,                }
9                                            }
            Plaintiff,                       } No. 4:15-CR-6049-EFS-7
10                                           }
   vs.                                       }
11                                           } **MOTION AND DECLARATION**
                                             } **TO CONTINUE**
12 GABRIELA VASQUEZ MENDOZA,                 } **SENTENCING**
                                             }
13 Defendant.                                } Without Oral Argument
                                             } Monday May 21, 2018 @6:30pm
14                                           }

15

16      COMES NOW the Defendant, Gabriela Vasquez Mendoza, by and through her
17
   attorney of record, Ricardo Hernandez, and moves this court for an order continuing
18
   the sentencing date in the above matter.
19
        This motion is based upon the court file in the instant case, and the
20
21 accompanying declaration of counsel.

22
23
   DATED this 18th day of May 2018.
24
25                              s/ Ricardo Hernandez
                                Ricardo Hernandez
26                              Washington State bar #21463
                                Attorney for Gabriela Vasquez Mendoza
27                              Hernandez Law Office, LLC
                                440 S. 6th St. / P.O. Box 1039
28                              Sunnyside, WA 98944

MOTION TO
CONTINUE                        - 1 -
SENTENCING

RICARDO HERNANDEZ,
HERNANDEZ LAW OFFICE
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184

Telephone: (509) 837-3184
Fax- 509-515-2083
Email: rick@rickhernandez.lawyer

# **DECLARATION**

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and States as follows:

1. I am the attorney of record for the defendant Gabriela Vasquez Mendoza in the above matter.

2. The Sentencing date in this matter is set for Tuesday, June 12, 2018 @ 2:00pm.

3. The defendant was recently diagnosed with a very serious illness. The defendant had surgery last month.

4. Defense counsel has provided the government with a medical document signed by the defendant's doctor confirming the details of the defendant's medical issues.

5. For this reason we are requesting that sentencing on this matter be continued for 90 days.

6. Defense counsel is also requesting new deadlines for filing objections to PSIR and Sentencing Memorandum.

7. The government has no objection to continue sentencing for 90 days.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 18th day of May 2018

s/ Ricardo Hernandez
Ricardo Hernandez
Washington State bar #21463
Attorney for Gabriela Vasquez Mendoza
Hernandez Law Office, LLC
440 S. 6th St. / P.O. Box 1039
Sunnyside, WA 98944
Telephone: (509) 837-3184

MOTION TO CONTINUE SENTENCING - 2-

RICARDO HERNANDEZ,
HERNANDEZ LAW OFFICE
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184

Fax- 509-515-2083
Email: rick@rickhernandez.lawyer

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant U.S. Attorney.

s/ Ricardo Hernandez
Ricardo Hernandez
Washington State bar #21463
Attorney for Gabriela Vasquez Mendoza
Hernandez Law Office, LLC
440 S. 6th St. / P.O. Box 1039
Sunnyside, WA 98944
Telephone: (509) 837-3184
Fax- 509-515-2083
Email: rick@rickhernandez.lawyer