# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. VERONICA CORTEZ, Defendant. | **Case No.** 4:15-CR-6049-EFS-24<br>**CRIMINAL MINUTES**<br>**DATE:** 05/22/2018  **LOCATION:** Richland<br>**SENTENCING HEARING** |
|---|---|

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 02<br>**Law Clerk**    **Interpreter** | Kim Allen<br>**Court Reporter** |
| Stephanie Van Marter<br>**Plaintiff's Counsel** | Lee Edmond<br>**Defendant's Counsel** ||

**[XX] Open Court**                                   **[XX] US Probation Officer:** SanJuanita Coronado

Defendant present, not in custody of the US Marshal

The Court rules on and accepts the Presentence Investigation Report

Argument and recommendation by Ms. Van Marter

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Cross-examination of witness by Ms. Van Marter
Witness steps down

Argument and recommendation by Mr. Edmond

Defendant addresses the Court on her own behalf

**Probation: 3 years**, with 6 months home confinement, on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must attempt to be employed and complete community service for a combination of 20 hours per month while on home confinement. The probation officer will supervise the participation in the community service program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed community service hours to the probation officer.

**Special Penalty Assessment**: $100
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter

| CONVENED: 1:32 PM | ADJOURNED: 1:58 PM | TIME: 26 MINS | |
|---|---|---|---|