AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 22, 2018**

SEAN F. McAVOY, CLERK

United States of America )
v. )
)
Brittney Lee Zaragoza ) Case No. 4:15-CR-6049-EFS-10
*[signature]* )
Defendant )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of Court

**PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION**

| Place: | ☐ United States Courthouse<br>West 920 Riverside Avenue<br>Spokane, WA 99201 | ☐ United States Courthouse<br>25 South 3rd Street<br>Yakima, WA 98901 | ☑ United States Courthouse<br>825 Jadwin Avenue<br>Richland, WA 99352 |
|---|---|---|---|

Date: **Tuesday, May 29, 2018**   Time: **8:15 a.m.**   Courtroom 189 - Magistrate Judge Dimke

**Defendant's Address:** [redacted]

This offense is briefly described as follows:

See Petition/Order filed May 7, 2018

Date: May 07, 2018, 12:36 pm

CLERK OF COURT

By: *[signature]*
SEAN F. McAVOY, Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

*[signature]*
Server's signature

Date: 05/18/2018

M. Pietrzak DUSM
Printed name and title