FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GABRIELA MENDOZA VASQUEZ,<br><br>                Defendant. | No. 4:15-CR-06049-EFS-7<br><br>**AMENDED[1] ORDER CONTINUING SENTENCING**<br><br>**CLERK'S OFFICE ACTION REQUIRED** |

Before the Court is Defendant Gabriela Mendoza Vasquez's Motion to Continue Sentencing, ECF No. 778. Ricardo Hernandez, counsel for Ms. Vasquez, asserts that she was recently diagnosed with a serious illness and underwent surgery. As such, Mr. Hernandez moves the Court for a 90-day continuance of the currently scheduled June 12, 2018 sentencing hearing. Mr. Hernandez avers that he has provided proof of Ms. Vasquez's condition to counsel for the Government, who does not object to the continuance.

The Court finds good cause to continue Defendant Vasquez's sentencing hearing by 90 days. Counsel and the U.S. Probation Office are expected to carefully read and abide by this Order and such

---

[1] This Order amends and supersedes the Court's previous Order Continuing Sentencing, ECF No. 779.

AMENDED ORDER RESETTING SENTENCING - 1

provisions of the prior Order Regarding Schedule for Sentencing, ECF No. 698, that have not been superseded hereby.

Accordingly, **IT IS HEREBY ORDERED**:

1. **The Clerk's Office** is directed to enter a public notice **RESETTING** sentencing in this matter from June 12, 2018, to **Tuesday, September 25, 2018**, at **1:30 p.m.** in **Richland**.

2. If it believes it to be prudent, **the U.S. Probation Office** may supplement or amend the draft pre-sentence investigation report and disclose any changes to the Defendant, counsel for Defendant, and the Government by no later than **Tuesday, August 21, 2018**.

3. If applicable, **counsel** shall communicate in writing to the probation office any objections to the draft pre-sentence investigation report by no later than **Tuesday, September 4, 2018**.

4. **Counsel** shall file and serve all motions and memoranda pertaining to Defendant's sentence, including motions for downward or upward departures by no later than **Tuesday, September 4, 2018**.

///////
//////
/////
////
///
//
/

AMENDED ORDER RESETTING SENTENCING - 2

**5.** **The probation officer** shall submit the final presentence report and recommendations to the sentencing judge by no later than **Friday, September 14, 2018.** The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this ___22nd___ day of May 2018.

                    __s/Edward F. Shea_____
                         EDWARD F. SHEA
             Senior United States District Judge