# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
Spokane

**USA v. MARCIAL BRAVO ZAMBRANO**      Case No.   **4:15-CR-6049-EFS-20**

**Arraignment/Initial Appearance on Second Superseding Indictment:**     **05/25/2018**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | David Herzog, US Atty |
| ☒ | Cassie Lerch, US Probation / Pretrial Services Officer | ☒ | Walter Ayers, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Zachery Ayers, Defense Atty |
| | | ☒ | Interpreter – Bea Rump |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Acknowledgment of Rights filed |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Defendant received copy of Second Superseding Indictment |
| ☒ | PRE-Trial Services Report ordered | ☒ | Defendant waived reading of Second Superseding Indictment |
| | | ☒ | Second Superseding Indictment document reviewed in open court |

## REMARKS

    Defendant appeared with counsel and with the assistance of federally certified Spanish interpreter, Bea Rump.  Defendant was advised of his rights and the allegations contained in the Second Superseding Indictment.

    The Defendant acknowledged to the Court that his true and correct name is: MARCIAL BRAVO ZAMBRANO.

    "Not guilty" plea entered.

    Based on representations in the Financial Affidavit, the Court appointed counsel from the CJA Panel, Walter Ayers, to represent defendant in this matter.  If Defendant decides to retain private counsel, he was advised that he should do so as soon as possible.

    Government has filed a motion for detention.  Defendant requested a detention hearing be held on June 1.

**The Court ordered:**
1. Defendant remanded to custody of U. S. Marshal pending further order of the Court.
2. Detention hearing set for June 1, 2018 at 1:30 p.m.
3. Pretrial Services Report ordered..

**Detention Hearing:**
**06/01/2018 @ 1:30 p.m. [S/JTR]**