FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCIAL BRAVO ZAMBRANO,

Defendant.

No. 4:15-CR-006049-EFS-20

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT

At Defendant's May 25, 2018, initial appearance and arraignment based on an Indictment, Defendant appeared, in custody, counsel Zachary Ayers and Walter Lynn Ayers, and was assisted by federally-certified interpreter Bjelava Ana Rump. He was advised of, and acknowledged, his rights. Assistant U.S. Attorney David M. Herzog represented the United States.

Defendant, on his plea of not-guilty, is bound over to the United States District Court for trial.

A detention hearing is set for **June 1, 2018**, at **1:30 p.m.**, before the undersigned. Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the detention hearing, and shall notify defense counsel prior to interviewing Defendant.

**IT IS SO ORDERED.**

DATED May 25, 2018.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2