Walter L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509) 252-6005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff(s), | ) 4:15-CR-06049-EFS-20 |
| v. | ) NOTICE OF APPEARANCE |
| MARCIAL BRAVO ZAMBRANO, | ) |
| Defendant(s) | ) |

    WALTER L. AYERS, of Ayers Law Firm, P.L.L.C., hereby enters his notice of appearance on behalf of the above-named Defendant in the above entitled matter.

    Dated this 25th day of May 2018.

                                        Respectfully Submitted,

                                        s/Walter L. Ayers
                                        WSBA #19707
                                        Ayers Law Firm, P.L.L.C.
                                        1312 N. Monroe St., Ste. 133
                                        Spokane, WA 99201
                                        Telephone: (509) 252-6005
                                        Email: walter@ayerslawfirm.net

Notice of Appearance                1

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Stephanie Van Marter.

<u>s/Walter L. Ayers</u>
WSBA #19707
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509) 252-6005
Email: walter@ayerslawfirm.net