# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland (Video)

**USA v. Brittney Lee Zaragoza**          Case No.   **4:15-CR-06049-EFS-10**

**Initial Appearance on Pretrial Release Petition**          **05/29/2018**

| | |
|---|---|
| ☒ Angela Noel, Courtroom Deputy [Y] | ☒ Stephanie Van Marter, US Atty |
| ☒ Cora Vargas, Courtroom Deputy [R] | ☒ Victor Lara, Defense Atty |
| ☒ David McCary, US Probation / Pretrial Services Officer | ☒ Interpreter **NOT REQUIRED** |
| ☒ Defendant present ☐ in custody USM     ☒ out of custody | |

| | |
|---|---|
| ☐ USA Motion for Detention | ☒ Rights given |
| ☒ USA not seeking detention | ☒ Acknowledgment of Rights filed |
| ☐ Conditions of Release Imposed | ☒ Defendant received copy of charging document |
| ☒ Conditions of Release as Previously Imposed | ☒ Defendant waived reading of charging document |
| | ☐ Petition(s) reviewed in open court |
| | ☐ Supplemental Pre-Trial Services Report ordered |

## REMARKS

   Government request this case be set for Status hearing after Defendant makes her court appearance in Montana.
   Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the petition filed 05/07/2018 containing alleged violation 1, SC #1.
   Denial of the violations pending is entered on behalf of Defendant.

1. The Defendant shall be released on conditions as previously imposed.

**Status Hrg:**
**09/18/2018 @ 8:30 a.m. [R/MKD]**

FTR/Y-102          Time:  8:22 a.m. – 8:30 a.m.          Page 1