✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brittney Lee Zaragoza | Docket No. | 0980 4: 15-CR-06049- EFS-10 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

　　COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brittney Lee Zaragoza, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of January, 2017 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel with in one business day of any charge, arrest or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the above captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has violated her period of pretrial supervision by committing the offense of obstructing a peace officer or other public servant, on or prior to December 12, 2017.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: May 7, 2018 |
| by | s/David L. McCary |
|  | David L. McCary<br>U.S. Pretrial Services Officer |

Re: Zaragoza, Brittney Lee
May 7, 2018
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M.K. Dimke_
Signature of Judicial Officer

5/7/2018

Date