FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 29 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Brittney Zaragoza

Defendant's Printed Name.

No. 15-CR-6049-EFS-1

ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETITION – PRETRIAL RELEASE

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of Petition for Action on Conditions of Pretrial Release;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a detention hearing, if I am in custody;

6. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

arrest or detention.

_____   Date: 05/29/18
Interpreter Signature


_____   *Britne Zaragoza*
Interpreter Printed Name         Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2