# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO CASILLAS (2)<br>ALEXIS JOEL GARCIA PALOMINO (4)<br>BRITTNEY LEE ZARAGOZA (10)<br>EDGAR OMAR HERRERA FARIAS (16)<br>ALFREDO MAGANA GARIBAY (18)<br>JUAN BRAVO ZAMBRANO (19)<br>MARCIAL BRAVO ZAMBRANO (20)<br>MIGUEL REYES GARCIA (21)<br>JOSE ADRIAN MENDOZA(23)<br><br>                    Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 4, 10, 16, 18, 19, 20, 21, 23<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 05/29/2018  **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/MOTION HEARING** |

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas<br><br>**Courtroom Deputy** | 02<br><br>          Carolina Hickey<br>          Cristina Perez-Lopez<br><br>**Law Clerk**          **Interpreters** | Kim Allen<br><br>**Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsguard<br><br>**Plaintiff's Counsel** | Nicolas Vieth for Jese David Carillo Casillas (2)<br>Jeffrey Niesen for Alexis Joel Garcia Palomino (4)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Peter Schweda for Edgar Omar Herrera Farias (16)<br>Nicholas Marchi present for Alfredo Magana Garibay (18)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Walter Ayers and Zachery Ayers for Marcial Bravo Zambrano (20), defendant not present<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23)<br><br>**Defendant's Counsel** | |

**[XX]  Open Court**

Defendant Jese David Carillo Casillas (2) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alexis Joel Garcia Palomino (4) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Brittney Lee Zaragoza (10) present, not in custody of the US Marshal
Defendant Edgar Omar Herrera Farias (16) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alfredo Magana Garibay (18) present, in custody of the US Marshal
Defendant Juan Bravo Zambrano (19) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Marcial Bravo Zambrano (20), not present (attorneys present)
Defendant Miguel Reyes Garcia (21) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal

Ms. Van Marter provides status of discovery

Court advises counsel that the trial for newly arrested defendants will be held in March 2019

Colloquy between Court and Mr. Vieth regarding status of work done by investigator

**Defendant Edgar Omar Herrera Farias' Motions In Limine, ECF No. 617**
Mr. Schweda moves for an order in limine
Response by Ms. Van Marter
Rebuttal by Mr. Schweda
**Court**: Motions In Limine, ECF No. 617, are DENIED

**Defendant Edgar Omar Herrera Farias' Motions In Limine, ECF No. 757**
Mr. Schweda moves for an order in limine
Colloquy between Court, Mr. Schweda and Ms. Van Marter
**Court**: Motions In Limine, ECF No. 757, are DENIED

**Defendant Miguel Reyes Garcia's Motions In Limine, ECF No. 619**
Mr. Therrien moves for an order in limine
Mr. Smith joins in motion and argues in support
Response by Ms. Van Marter
**Court**: Motions In Limine, ECF No. 619, are DENIED

**Defendant Juan Bravo Zambrano's Motions In Limine, ECF No. 623**
Mr. Smith moves for an order in limine
Response by Ms. Van Marter
**Court**: Motions In Limine, ECF No. 623, are GRANTED IN PART and DENIED IN PART

**Court**: Pretrial Conference remains set for 09/18/2018 at 9:00 am in Richland; Jury Trial remains set for 10/10/2018, except for newly arrested defendants, including Alexis Joel Garcia Palomino (4) and Marcial Bravo Zambrano (20). Newly appointed counsel shall meet and confer and contact courtroom deputy for possible trial date in March 2019.

| CONVENED: 9:19 AM | ADJOURNED: 10:52 AM | TIME: 1 HR 33 MINS | |