FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 29 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESE DAVID CASILLAS CARRILLO (2);<br>ALEXIS JOEL GARCIA PALOMINO (4);<br>BRITTNEY LEE ZARAGOZA (10);<br>EDGAR OMAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18);<br>JUAN BRAVO ZAMBRANO (19);<br>MIGUEL REYES GARCIA (21); AND<br>JOSE ADRIAN MENDOZA (23),<br><br>  Defendants. | No.  4:15-CR-06049-EFS-2<br>     4:15-CR-06049-EFS-4<br>     4:15-CR-06049-EFS-10<br>     4:15-CR-06049-EFS-16<br>     4:15-CR-06049-EFS-18<br>     4:15-CR-06049-EFS-19<br>     4:15-CR-06049-EFS-21<br>     4:15-CR-06049-EFS-23<br><br>**ORDER REGARDING SHACKLING AT PRETRIAL CONFERENCE**<br><br>**\*\*U.S. Marshals Action Required\*\*** |

A pretrial conference will be held in this matter on May 29, 2018. The U.S. Marshals have requested permission to restrain in-custody defendants using leg shackles during that hearing. The Court finds that there is a compelling government interest in ensuring the safety of all individuals in the courtroom, including defendants, counsel, and courthouse staff. There will be six in-custody defendants present at the hearing, along with two out-of-custody defendants. The U.S. Marshals also expect that family members or other members of the public may be present.

In addition, all in-custody defendants are facing a mandatory minimum sentence of ten years based on the conspiracy charge reflected

ORDER - 1

1  in count one of the superseding indictment in this matter. Due to the
2  security risks presented by the many defendants and other individuals
3  who will be present in the courtroom and the nature of the charges in
4  this case, the Court finds that using leg shackles is the least
5  restrictive means possible for maintaining security and order in the
6  courtroom and accomplishing the Court's compelling interest in
7  ensuring the safety of everyone in the courtroom.

8      Accordingly, **IT IS HEREBY ORDERED: At the May 29, 2018 pretrial**
9  **conference, the U.S. Marshals shall place all in-custody defendants in**
10 **leg shackles during the hearing.**

11     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
12 Order and provide copies to all defense counsel.

13     **DATED** this 29th day of May 2018.

                _____
                EDWARD F. SHEA
           Senior United States District Judge

ORDER - 2