FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>　　　　　Defendant. | No. 4:15-CR-6049-EFS-10<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITION |

　　　On Tuesday, May 29, 2018, Defendant made her initial appearance for a pretrial release violation reported in a Petition dated May 7, 2018, (ECF No. 765, violation 1). Defendant appeared with her attorney Victor Lara. Assistant United States Attorney Stephanie Van Marter represented the United States.

　　　Defendant was advised of, and acknowledged the alleged violation and the penalties she faces.

　　　Defendant denied violating the conditions of her release.

　　　Defendant was advised of, and acknowledged Defendant's rights.

　　　A member of the Criminal Justice Act Panel was previously appointed to

ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE
PETITION - 1

represent Defendant.

Per the parties' joint request, a revocation hearing/status conference was set before **Judge Dimke in Richland, Washington, on Tuesday, September 18, 2018 at 8:30 AM.**

IT IS HEREBY ORDERED:

1. Defendant shall be released on her previously imposed conditions of release (ECF No. 277).

DATED May 29, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITION - 2