FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEXIS JOEL GARCIA PALOMINO (4); and MARCIAL BRAVO ZAMBRANO (20),<br><br>               Defendants. | No.  4:15-CR-06049-EFS-4<br>      4:15-CR-06049-EFS-20<br><br>**ORDER SEVERING DEFENDANTS AND DIRECTING PARTIES TO MEET AND CONFER** |

A pretrial conference was held in this matter on May 29, 2018. *See* ECF No. 798. At that hearing, the Court explained that any recently arrested Defendants, including Defendants Alexis Joel Garcia Palomino (4) and Marcial Bravo Zambrano (20), and any fugitive defendants that are arrested in the future, will proceed to trial in March 2019.[1]

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Alexis Joel Garcia Palomino (4) shall be **SEVERED** from the October 10, 2018 jury trial.

2. **Within three business days of this Order**, Counsel for the United States, Defendant Palomino (4), and Defendant Zambrano (20) shall **MEET AND CONFER** to discuss a timeline for discovery disclosures and filing of pretrial and trial-related documents.

---

[1] Provided, of course, that those Defendants and their counsel consent to that trial date and do not wish to be tried at the October 10, 2018 jury trial.

ORDER REQUIRING MEET-AND-CONFER AND SETTING PRETRIAL CONFERENCE AND TRIAL - 1

3. By no later than **two business days after that conference,** the parties shall **FILE a joint status report** on the outcome of that conference, including the following:

    a. Any agreements reached and/or any areas of disagreement regarding the scope and manner for the parties' discovery disclosures; and

    b. Recommended dates (either joint or individual) as to the following case management deadlines:

| | **Recommended Dates** |
|---|---|
| Reciprocal discovery provided and supplemented | (At least 7 days before pretrial motions deadline) |
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    USAO's Experts<br>    Defendant's/s' Experts<br>    USAO's Rebuttal Experts | (All before pretrial-motions deadline) |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | (At least 3 weeks prior to the PTC, unless the parties agree to an abbreviated briefing schedule. All briefing must be complete at least 7 days before the PTC) |
| **PRETRIAL CONFERENCE**<br>*(Deadline for motions to continue trial)* | **March 5, 2019<br>9:00 a.m. – Richland** |
| CIs' identities, and willingness to be interviewed disclosed to Defendant/s (if applicable) | |
| Grand jury transcripts disclosed to Defendant/s:<br>    Case Agent<br>    CIs (if applicable)<br>    Other Witnesses | |
| Exhibit and Witness lists filed and emailed to the Court | (At least 11 days prior to trial) |
| Notice of any witness likely to exercise Fifth Amendment rights and/or require appointed counsel filed with the Court | (At least 11 days prior to trial) |
| Trial briefs, requested voir dire, and proposed jury | (At least 11 days prior to trial) |

ORDER REQUIRING MEET-AND-CONFER AND SETTING PRETRIAL CONFERENCE AND TRIAL - 2

| | |
|---|---|
| instructions and verdict forms filed and emailed to the Court | |
| Trial notices filed with the Court | (At least 11 days prior to trial) |
| Exhibits delivered to all other parties | (At least 10 days prior to trial) |
| JERS-compatible digital evidence delivered to the Courtroom Deputy | (At least 10 days prior to trial) |
| Exhibit binders delivered to the Court | (At least 7 days prior to trial) |
| Technology readiness meeting (in-person) | (At least 7 days prior to trial) |
| **FINAL PRETRIAL CONFERENCE** | **9:00 a.m. first day of trial** |
| **JURY TRIAL**[2] | **March 25, 2019** |

Following receipt of counsel's joint status report, the Court will enter a Case Management Order to govern the parties in this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to defense counsel and counsel for the Government.

**DATED** this __30th__ day of May 2018.

_s/Edward F. Shea___
EDWARD F. SHEA
Senior United States District Judge

---

[2] If a new trial date is desired, counsel must contact the Courtroom Deputy at (509) 943-8170 to obtain new trial and pretrial conference dates. In addition, Defendant must sign a Statement of Reasons supporting the continuance request. The Court's Statement of Reasons template can be found at the following link: http://www.waed.uscourts.gov/sites/default/files/forms/efs_stmt_reasons_mot_to_cont_1.pdf

ORDER REQUIRING MEET-AND-CONFER AND SETTING PRETRIAL CONFERENCE AND TRIAL - 3