## **CERTIFICATE OF SERVICE**

    I hereby certify that I am over the age of eighteen and am not a party to this action.  On today's date, I filed a true and correct copy of the attached document through this Court's Electronic Filing System (ECF), and the system indicated that the filing had been received successfully.  By virtue of the ECF system, all interested parties were served electronically upon filing of this document.

    I declare under penalty of perjury that the foregoing is true and correct, dated: May 31, 2018.

*s/ Timothy A. Scott*

TIMOTHY A. SCOTT

Attorney at Law