# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF WASHINGTON

Plaintiff:   UNITED STATES OF AMERICA

Respondent: SALVADOR GUDINO CHAVEZ (11)- Case Number 4:15CR6049-EFS-11

I, the undersigned, am over the age of eighteen years and am local counsel licensed to practice law in the state of Washington; I am not a party to the above-entitled action; my address is 911 Pacific Avenue, Suite 200, Tacoma, WA 98402.

On May 31, 2018 I served the following document(s):

Motion for Admission Pro Hac Vice by Applicant Lupe Rodriguez, Jr., of the Law Office of Lupe Rodriguez, Jr. APC. to represent Defendant Salvador Gudino Chavez before this Court

Addressed to:

AUSA Stephanie Van Marter
United States Attorney's Office
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1294
USAWAE.SVanMarterECF@usdoj.gov

____ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand at _____ at ___:____ a.m. / p.m.

  X   **(BY ELECTRONIC MAIL)** I caused service on the above referenced parties by electronically filing the foregoing document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them.

Executed on May 31, 2018 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

S/ Timothy Scott

Associated Local Counsel