# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v.  MARCIAL BRAVO ZAMBRANO**  Case No.  4:15-CR-6049-EFS-20

## Detention Hearing:  06/01/2018

- ☒ Melissa Orosco, Courtroom Deputy
- ☒ Stephanie Cherney, US Probation / Pretrial Services
- ☒ Defendant present ☒ in custody USM
- ☒ Patrick Cashman, US Atty
- ☒ Zachary Ayers, Defense Atty
- ☒ Walter Ayers, Defense Atty
- ☒ Interpreter – Bea Rump

☒ Defendant continued detained

## REMARKS

Defendant appeared with counsel and with the assistance of federally certified Spanish interpreter, Bea Rump.

USA proffered the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Defense counsel argued why the Defendant should be released.

Rebuttal.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.