FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SALVADOR GUDINO CHAVEZ,<br><br>      Defendant. | No.  4:15-CR-06049-EFS-11<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

   Before the Court is a Motion for Admission Pro Hac Vice by counsel Lupe C. Rodriguez and local counsel Timothy Scott. ECF No. 804. The Court finds that counsel has made a showing of particular need to participate in this case and appear to have satisfied the requirements of LR 83.2(c)(1) and (2). The Court therefore grants counsel's motion.

   Accordingly, **IT IS HEREBY ORDERED:**

   **1.** The Motion for Admission Pro Hac Vice by counsel Lupe C. Rodriguez and local counsel Timothy Scott, **ECF No. 804**, is **GRANTED**.

   **2.** Mr. Lupez may replace CJA counsel Gregory Lee Scott and participate pro hac vice pursuant to Local Rule 83.2(c)(1) of the United States District Court, Eastern District of Washington for the purpose of representing Defendant Salvador Gudino Chavez at sentencing.

**3.** Counsel of record, Timothy Scott, shall sign all pleadings, motions and other papers prior to filing and shall meaningfully participate in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel.

**DATED** this __3rd__ day of June 2018.

                ___s/Edward F. Shea___
                EDWARD F. SHEA
        Senior United States District Judge

Q:\EFS\Criminal\2015\15-CR-6049-EFS-11.Grant.PHV.lc02.docx