FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>                    Defendant. | No.  4:15-CR-06049-EFS-20<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL** |

   Before the Court is an Ex Parte Motion to Appoint CJA Mentee from Walter Ayers, counsel for Defendant Marcial Bravo Zambrano (20). ECF No. 805. Mr. Ayers moves the Court to permit the appointment of Zachary Ayers as a CJA mentee in this matter. Having reviewed counsel's motion, the Court finds good cause to refer the motion to Magistrate Judge Rogers for the appointment of Zachary Ayers as CJA mentee counsel.

   Accordingly, **IT IS HEREBY ORDERED:** Defendant's Motion to Appoint CJA Mentee, **ECF No. 805**, is **REFERRED** to Magistrate Judge Rogers for the appointment of Zachary Ayers as CJA mentee counsel for Defendant Zambrano (20).

   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Magistrate Judge Rogers and counsel for the Government and for Defendant Zambrano (20).[1]

   **DATED** this  3rd   day of June 2018.

                            _____s/Edward F. Shea__ _ _____
                                   EDWARD F. SHEA
                         Senior United States District Judge

---

[1] Although Mr. Ayers filed his motion as ex parte, the Court finds no need for this issue to be private. As such, this Order is public.

Q:\EFS\Criminal\2015\15-CR-6049-EFS-20.Zambrano.ord.ref.mag.lc02..docx

ORDER - 1