JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 4:15-CR-6049-EFS |
| vs. | ) |
| | ) Joint Status Report and Proposed |
| ALEXIS PALOMINO, and | ) Scheduling Order |
| MARCIEL ZAMBRANO, | ) |
| Defendants. | ) |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Joint Status Report pursuant to the Court's Order Requiring Meet-and-Confer and Setting Pretrial Conference and Trial (ECF No. 802).

JOINT STATUS REPORT - 1
Status.docx

Here is the proposed scheduling Order subject to modification:

| | |
|---|---|
| Reciprocal Discovery | February 26, 2019 |
| Rule 16 expert summaries: | |
|     USAO's Experts | January 22, 2019 |
|     Defendant's Experts | January 29, 2019 |
|     USAO's Rebuttal Experts | February 5, 2019 |
| All pretrial motion, including discovery motion, Daubert motions, and motions in limine, filed | January 7, 2019<br>Replies January 30, 2019 |
| STATUS CONFERENCE | December 11, 2018 at 10:00 p.m. |
| PRETRIAL CONFERENCES | September 18, 2018 at 9:00 a.m.<br>March 5, 2019 at 9:00 a.m.<br>Richland |
| CI's identities, and willingness to be interviewed disclosed to Defendant | March 4, 2019 |
| Grand jury transcripts disclosed to Defendants: | March 4, 2019 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | March 15, 2019 |
| Exhibit Lists and Witness Lists filed and emailed to the Court | March 15, 2019 |

JOINT STATUS REPORT - 2
Status.docx

| Exhibit binders delivered to parties and to the Court | March 15, 2019 |
|---|---|
| Delivery of JERS – compatible digital evidence files to the Courtroom deputy | March 18, 2019 |
| Technology readiness meeting (in-person) | March 20, 2019 |
| JURY TRIAL | March 25, 2019 at 9:00 a.m. Richland |

The parties further acknowledge that due to the other trial in this cause number, several of these dislcosures will have been completed prior to the above proposed dates. If there are any issues with these disclosures, the parties agree to address them at the scheduled pretrial or status conference dates.

DATED this 5th day of June 2018.

                            Joseph H. Harrington
                            United States Attorney

                            *s/Stephanie Van Marter*
                            Stephanie Van Marter
                            Assistant United States Attorney

## CERTIFICATION

I hereby certify that on June 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Jeffrey Niesen, jsniesen1@yahoo.com
Walter Lynn Ayers, walter@ayerslawfirm.net
Zachary Lynn Ayers, zach@ayerslawfirm.net

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney