PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Veronica Cortez | Case Number: 0980 4:15CR06049-EFS-24 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: May 22, 2018 | Type of Supervision: Probation |
| Original Offense: Misprision of Felony, 18 U.S.C. § 4 | Date Supervision Commenced: May 22, 2018 |
| Original Sentence: Probation - 36 Months | Date Supervision Expires: May 21, 2021 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

4    The defendant shall participate in home confinement for six (6) months, and will participate in the location monitoring program with Radio Frequency (RF) technology. The defendant shall be restricted to her residence at all times except for case-related matters, court-ordered obligations, employment, or other activities as pre-approved by the probation officer. The defendant shall abide by all program requirements. The cost of the defendant's participation in the location monitoring program shall be waived.

## CAUSE

Veronica Cortez was sentenced to a term of probation on May 22, 2018. She is currently residing in Sedro-Woolley, Washington, and is being supervised by U.S. Probation in the Western District of Washington. Pursuant to Special Condition #4, Ms. Cortez was ordered to complete 6 months of home confinement. A form of location monitoring technology was not specified for this period of confinement. U.S. Probation is requesting a modification to include RF location monitoring in order to properly supervise Ms. Cortez and monitor her compliance with her home confinement requirement. The cost of the location monitoring shall be waived for Ms. Cortez.

|     |     |
|-----|-----|
|     | Respectfully submitted, |
| by  | s/SanJuanita B. Coronado |
|     | SanJuanita B. Coronado |
|     | U.S. Probation Officer |
|     | Date: June 5, 2018 |

Prob 12B
**Re: Cortez, Veronica**
**June 5, 2018**
**Page 2**

THE COURT ORDERS

[ ]     No Action

[ ]     The Extension of Supervision as Noted Above

[X]     The Modification of Conditions as Noted Above

[ ]     Other

_____
Signature of Judicial Officer

6/5/2018
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

4    The defendant shall participate in home confinement for six (6) months, and will participate in the location monitoring program with Radio Frequency (RF) technology. The defendant shall be restricted to her residence at all times except for case-related matters, court-ordered obligations, employment, or other activities as pre-approved by the probation officer. The defendant shall abide by all program requirements. The cost of the defendant's participation in the location monitoring program shall be waived.

Witness: _____  Signed: _____
                Tyler Muise                                   Veronica Cortez
          U.S. Probation Officer                       Probationer or Supervised Releasee

06/05/2018
Date