UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>        Plaintiff,                              )<br>                                                               )   CASE NO. CR-15-06049-EFS-2<br>vs.                                                        )<br>                                                               )<br>JESE DAVID CARILLO CASILLAS, )   ORDER TO EXPEDITE<br>                                                               )<br>        Defendant.                         )<br>_____ ) | |

The Court has before it Defendant's Motion to Expedite consideration of Defendant Jese David Carillo Casillas' Second Motion to Extend the Pretrial Motions Filing Deadline.

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to Expedite, (ECF ___), filed by the above Defendant be, and the same is hereby, GRANTED.

DATED this ____ day of June, 2018.

_____
The Honorable Edward F. Shea
United States District Judge

ORDER - 1