FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING PRETRIAL MOTIONS DEADLINE** |
| JESE DAVID CARILLO CASILLAS (2), | |
| Defendant. | |

Before the Court are Defendant Jese David Carillo Casillas' Second Motion to Continue the Deadlines for Filing Pretrial Motions, ECF No. 816, and related Motion to Expedite, ECF No. 817. For a second time, defense counsel Nicolas Vieth moves the Court for a 60-day extension of the deadline to file pretrial motions, which is presently for June 11, 2018. Mr. Vieth states that he requires additional time to review the extensive discovery in this matter and notes that his private investigator requires more time to prepare his investigative report. The position of counsel for the Government is unknown. ECF No. 816 at 2.

///

//

/

ORDER - 1

1    The Court finds good cause to partially grant Defendant Carillo
2 Casillas' motion and extend the pretrial motions deadline — **as to**
3 **Defendant Carillo Casillas only** — by 45 more days.
4    Accordingly, **IT IS HEREBY ORDERED:**
5    **1.** Defendant Jese David Carillo Casillas' Motion to Expedite, **ECF**
6        **No. 817**, is **GRANTED.** Defendant Casillas' Second Motion to
7        Continue the Deadlines for Filing Pretrial Motions, **ECF No. 816,**
8        is **GRANTED IN PART AND DENIED IN PART.**
9    **2.** Defendant Carillo Casillas may file pretrial motions on any
10       subject **by no later than Thursday, July 26, 2018.** Likewise, the
11       Government may file pretrial motions — as to Defendant Carillo
12       Casillas only — **by no later than Thursday, July 26, 2018.**
13   **3.** Absent a showing of exceptional circumstances, the Court will
14       deny any additional requests from Defendant Casillas for
15       extensions of the pretrial motions deadline.
16   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
17 Order and provide a copy to Mr. Vieth and counsel for the Government.
18   **DATED** this  12th   day of June 2018.

                        s/Edward F. Shea _____
                             EDWARD F. SHEA
                  Senior United States District Judge

Q:\EFS\Criminal\2015\15-CR-6049-EFS-2;Carillo.Casillas.ord.extend.pretrial.mot.II.lc02.docx

ORDER - 2