FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXIS JOEL GARCIA PALOMINO (4),<br><br>        Defendant. | No.  4:15-CR-06049-EFS-4<br><br>**ORDER DENYING MOTION FOR NEW COUNSEL AND MOTION TO CONTINUE** |

The Court held an ex parte hearing in this matter on May 29, 2018. *See* ECF No. 795. At that hearing, the Court heard argument on Defendant Palomino's Motion for New Counsel, ECF No. 775, and a Motion to Continue, ECF No. 774. The Court denied the motion for new counsel, explaining that defense counsel Jeffrey Niesen was qualified to represent him and that Defendant had failed to show any reason why he could not diligently do so. The Court also denied the motion to continue as moot, explaining that Defendant Palomino's case would be severed and set for trial in March 2019, which has since been done. *See* ECF Nos. 802 & 820. This Order memorializes the aforementioned oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Alexis Joel Garcia Palomino's Motion for New Counsel, **ECF No. 775**, is **DENIED**.

ORDER DENYING MOTION FOR NEW COUNSEL AND MOTION TO CONTINUE - 1

2. Defendant Alexis Joel Garcia Palomino's Motion to Continue, **ECF No. 774**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to defense counsel and counsel for the Government.

**DATED** this __26th__ day of June 2018.

                        s/Edward F. Shea____
                         EDWARD F. SHEA
                Senior United States District Judge