UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) | 4:15-CR-6049-EFS |
| vs. ) ) | Order Granting United States' |
| BRITTNEY LEE ZARAGOZA, ) ) | Motion for Dismissal of Petition |
| Defendant. ) | |

Leave of court is granted for the filing of the foregoing. The petition filed in this cause as ECF No. 765 is dismissed. The court makes no judgment as to merit or wisdom of this dismissal.

IT IS SO ORDERED this _____day of July 3, 2018.

_____
Mary K. Dimke
United States Magistrate Judge

Order Granting United States' Motion for Dismissal of Petition - 1