FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>  Defendant. | No. 4:15-CR-06049-EFS-10<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS PETITION<br><br>**ECF No. 825** |

Before the Court is the United States' Motion to Dismiss Petition (ECF No. 825).  For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1.   The Motion to Dismiss Petition (ECF No. 825) is GRANTED.

2.   The pending pretrial release violation petition dated May 7, 2017 (ECF No. 765) is DISMISSED.  The Court makes no judgment as to merit or wisdom of this dismissal.

   DATED July 3, 2018.

                        *s/Mary K. Dimke*
                    MARY K. DIMKE
              UNITED STATES MAGISTRATE JUDGE

ORDER - 1