VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA  98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-06049-EFS-10 |
| Plaintiff, | RESPONSE TO MOTION FOR DISMISSAL OF PETITION |
| vs. | |
| BRITTNEY LEE ZARAGOZA, | |
| Defendant. | |

COMES NOW BRITTNEY ZARAGOZA, by and through her attorney, VICTOR H. LARA of HURLEY & LARA, and responds to the Government's Motion for Dismissal of Petition as follows: Defendant has no objection to said Motion.

DATED: July 5, 2018.

s/ Victor H. Lara
VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza

RESPONSE TO MOTION FOR DISMISSAL
OF PETITION                              1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA  98901
(509)248-4282

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant U.S. Attorney STEPHANIE VAN MARTER, and counsel for co-defendants; I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): n/a.

                                           s/ Gail M. Kunz
                                           Gail M. Kunz
                                           Secretary to Victor H. Lara

                                           HURLEY & LARA, Attorneys at Law
                                           411 N 2nd Street, Yakima WA 98901
                                           (509)248-4282

RESPONSE TO MOTION FOR DISMISSAL
OF PETITION                                2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282