Zachary L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509) 252-6005
Email: zach@ayerslawfirm.net

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 4:15-CR-06049-EFS-20 |
| Plaintiff, ) | |
| ) | |
| v. ) | [Proposed] ORDER TO RELEASE |
| ) | THE DEFENDANT PURSUANT TO |
| MARCIAL BRAVO-ZAMBRANO, ) | CONDITIONS OF RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** having come Regularly before the Court on Defense Counsel's Motion to release the defendant.

**IT IS HEREBY ORDERED** that defense counsel's Motion to Release the Defendant Pursuant to Conditions of Release is hereby **GRANTED**.

**DONE OFF DOCKET** this _____day of July, 2018.

**U.S. Dist. Court/Eastern Dist. of WA**

_____
**HON. John T. Rogers**
**Eastern District Court Judge**