Zachary L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: zach@ayerslawfirm.net

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:15-CR-06049-EFS-20 |
|---|---|
| Plaintiff, | MOTION TO PERMIT SEALING DOCUMENTS SUPPORTING DEFENDANTS MOTION TO RELEASE |
| v. | |
| MARCIAL BRAVO-ZAMBRANO, | |
| Defendant(s). | |

MARCIAL BRAVO-ZAMBRANO, through counsel, Zachary L. Ayers and Walter L. Ayers, moves the Court to permit the filing of Sealed Attachments 1, 2, and 3 of the Motion to release. This document contains sensitive personal information regarding Mr. Bravo-Zambrano due to its relation to the motion. These documents will be forwarded to AUSA Stephanie Van Marter.

Therefore, it is requested that the Court permit the filing of the above referenced attachment under seal.

///

///

///

///

///

MOTION TO PERMIT SEALING DOCUMENTS          1

Dated this 23rd day of July 2018.

Respectfully Submitted,

s/Zachary L. Ayers
WSBA # 46496
Attorney for Marcial Bravo-Zambrano
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: zach@ayerslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant United States Attorney Stephanie Van Marter.

s/Zachary L. Ayers
WSBA # 46496
Attorney for Marcial Bravo-Zambrano
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: zach@ayerslawfirm.net