1  NICHOLAS MARCHI
   Carney & Marchi, P.S.
2  7502 West Deschutes Place
   Kennewick WA 99336
3  (509) 545-1055
   Attorneys for Defendant
4  ALFREDO MAGANA GARIBAY

5

6

7              UNITED STATES DISTRICT COURT
      IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,           Case No. 4:15-CR-6049-EFS-18

10              Plaintiff,              REPLY TO RESPONSE BY UNITED
                                        STATES TO MOTION TO REOPEN
11       vs.                            DETENTION HEARING

12 ALFREDO MAGANA GARIBAY,             Note: July 31, 2018 at 2:30 pm
                                        Before Magistrate Judge Dimke at Richland
13              Defendant

14

15       COMES NOW the defendant, ALFREDO MAGANA GARIBAY, by and through his

16 attorneys, CARNEY & MARCHI, and replies to the Government's Response to the Motion to

17 Reopen Detention Hearing. Mr. Magana-Garibay maintains that the only issue before this Court

18 is what relevance the weapon has at this time given the prior conditions of release. The

19 remaining issues raised by the government are moot as the government did not seek an appeal of

20 the initial Detention Order in June 2017.

21
       On June 23, 2017, this Court denied the Government's request for detention and granted
22
   conditions of release. See ECF 457. Mr. Magana-Garibay has now complied with the
23
   conditions, absent posting the required bond. He has quashed the warrant for the pending matter
24
25 in Sunnyside. See ECF 834, Exhibit A. He has further provided information that the weapon is

no longer in the storage unit nor in the possession of the residence which has been verified for release. ECF 834, Exhibit B.  The family is prepared to post the bond either through their own financial resources or through a bonding company.

The Government now raises the issue of an ICE detainer that they request should be addressed by this Court.  The defendant maintains that the Court should release Mr. Magana-Garibay even if there is an ICE detainer.  See *United States v. Santos-Flores,* 749 F.3d 1088 (9th Cir. 2015)

The Government cites to a recent decision out of this district that warrants detention based on an ICE detainer, *United States v. Rodrigues-Morales,* 2:18-CR-0085-TOR.  The problem with the Order of Detention in *United States v. Rodrigues-Morales* is the court seemed to focus on the fact that a defendant could seek an expeditious removal thus thwarting persecution.  It should be noted that ICE can initiate Removal Proceedings or not initiate proceedings.  They can also detain or not detain and individual.  The Enforcement and Removal Office (ERO) has the authority to release an individual under conditions on their own accord.  They can also commence removal proceedings by issuing a Notice to Appear (NTA) and filing it with the Immigration Court.  They also do not have to issue an NTA.

In the case at bar, Mr. Magana-Garibay did have employment authorization through DACA.  It appears to have been revoked by ICE once these charges were filed. He does appear to have relief from removal as he has not been convicted of the current charges.  The Order in *Rodrigues-Morales* seems to imply that there was the risk of immediate removal should ICE take custody of that defendant.  Further the court seemed to rely on the fact that removal was mandatory.  Here that is not the case, Mr. Magana Garibay does appear to have relief in removal and would be eligible for bond by ICE as he does not have a felony conviction.  Additionally, he

REPLY TO GOVERNMENT'S RESPONSE
TO MOTION TO REOPEN DETENTION HEARING  2

would be eligible to request bond be set by an Immigration Judge if removal proceedings were initiated. Mr. Magana-Garibay maintains that as this Court addressed ICE in its Order in 2017, the issue need not be raised now.

**B.      Conclusion.**

It appears that Mr. Magana-Garibay has complied with the conditions or will once he posts the bond, this Court should authorize release.

DATED this 27th day of July 2018.

                        Respectfully Submitted,

                        S/ *Nicholas Marchi*
                        Nicholas Marchi, WSBA 19982
                        CARNEY & MARCHI
                        Attorneys for Defendant

## **CERTIFICATE OFSERVICE**

I certify that a copy of this Reply was e-mailed via ECF on 7/27/2018, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Suite 210, Yakima, WA 98901.

*S/ Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant

REPLY TO GOVERNMENT'S RESPONSE
TO MOTION TO REOPEN DETENTION HEARING  4