# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. Alfredo Magana Garibay**            **Case No.    4:15-CR-6049-EFS-18**

**Defendant's Motion to Reopen Detention Hearing            07/31/2018
(ECF 829):**

| | | | |
|---|---|---|---|
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Nicholas Marchi, Defense Atty |
| ☒ | Linda Leavitt & Erica Helms, US Probation / Pretrial Services [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Additional Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

    Defense counsel advised, other than posting of the financial bond, all conditions have been met and proposes the bond be posted and Defendant be released.

    Court colloquy with Defense regarding the information Probation is receiving from the Defendant's family. Defense replied Defendant's family has no knowledge as to a gun that was contained in a storage unit.

    Government agrees with the Court of being concerned about the location of the missing gun and the Defendant's girlfriend's involvement. USA advised she has confirmed that ICE would take the Defendant into custody if he is released and ICE has said they would make the Defendant available for transport for further proceedings.

    Court colloquy with USA regarding ICE detainment and deportation issues.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention Hearing (ECF 829) is **granted**.
2. $50,000 Percentage Bond - with $5,000 to be posted with the District Court Clerk's Office - signed by the Defendant.
3. The Bond must be posted prior to the Defendant's release.
4. Conditions of release imposed upon Defendant which were read to him in Court from ECF NO. 457. Order forthcoming.