FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO MAGANA GARIBAY,<br><br>　　　　　　　Defendant. | No. 4:15-CR-06049-EFS-18<br><br>ORDER GRANTING DEFENDANT'S MOTION TO REOPEN DETENTION HEARING<br><br>**ECF No. 829** |

On Tuesday, July 31, 2018, the Court conducted a hearing on Defendant's Motion to Reopen Detention Hearing. Defendant appeared, in custody, with his attorney Nicholas Marchi. Assistant United States Attorney Stephanie Van Marter represented the United States.

The Court considered the parties' arguments and determined that Defendant has met the prerequisite conditions of the conditions of release ordered on June 23, 2017 (ECF No. 457). Accordingly

IT IS HEREBY ORDERED:

ORDER - 1

1.	The Motion to Reopen Detention Hearing (ECF No. 829) is GRANTED.

2.	Defendant shall complete and sign A.O. Form 199C and, upon release, abide by all previously-imposed conditions of release (ECF No. 457).

DATED August 1, 2018.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2