# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. MARCIAL BRAVO ZAMBRANO**      Case No. 4:15-CR-6049-EFS-20

## Defendant's Detention Review Hearing:     08/08/2018

| | | | |
|---|---|---|---|
| ☒ | Courtney Piazza, Courtroom Deputy | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services | ☒ | Zachary Ayers, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Walter Ayers, Defense Atty |
| | | ☒ | Interpreter – CAROLINA HICKEY |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defense addresses their motion to reopen detention hearing and asks for defendant's release.
USA addresses the Court.
Defense counsel rebuttal. The Defendant addressed the Court.

**The Court ordered:**
1. Defendant's Motion to Re-open Detention is **taken under advisement**.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.