Zachary L. Ayers
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: zach@ayerslawfirm.net

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE MAGISTRATE JOHN T. ROGERS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIAL BRAVO-ZAMBRANO,<br><br>Defendant(s). | 4:15-CR-06049-EFS-20<br><br>SUPPLEMENT RE:  MOTION TO RELEASE THE DEFENDANT PURSUANT TO CONDITIONS; AND REQUEST TO REOPEN THE DETENTION HEARING |

Marcial Bravo-Zambrano, through counsel, Zachary L. Ayers and Walter L. Ayers, hereby supplements the reopened detention hearing.

Counsel for Mr. Bravo-Zambrano contacted Vinagium, LLC post-hearing. The contact was made with supervisor Juaquin Alvarez. He indicated to Counsel that if Mr. Marcial Bravo-Zambrano is released, and showed up to Vinagium in the Tri-Cities, he would be employed. Vinagium is located at 1333 Columbia Park, Suite 210, Richland, Washington 99352. A message was left with United States Probation Officer Cassie Lerch regarding this information and that Counsel will update Probation as to further information. Counsel has searched for Vinagium, LLC and it is an approved LLC in the State of Washington's secretary of state's website. This company is a vineyard.

///

///

1    Dated this 8th day of August 2018.

2                                           Respectfully Submitted,

3                                           s/Zachary L. Ayers_____
                                            WSBA # 19707
4                                           Attorney for Marcial Bravo-Zambrano.
                                            Ayers Law Firm, P.L.L.C.
5                                           1312 N. Monroe Street, Suite 133
                                            Spokane, WA 99201
6                                           Telephone/Fax: (509) 252-6005
7                                           Email: zach@ayerslawfirm.net

8

9                           **SERVICE CERTIFICATE**

10       I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk

11   of the Court using the CM/ECF System which will send notification of such filing to the

12   following: Stephanie Van Marter, Assistant United States Attorney.

13

14

15                                          s/Zachary L. Ayers_____
                                            WSBA # 46496
16                                          Attorney for Marcial Bravo-Zambrano.
                                            Ayers Law Firm, P.L.L.C.
17                                          1312 N. Monroe Street, Suite 133
                                            Spokane, WA 99201
18                                          Telephone/Fax: (509) 252-6005
19                                          Email: zach@ayerslawfirm.net

20

21

22

23

24

25

26

27

28

SUPPLEMENT RE: MOTION TO RELEASE THE                2
DEFENDANT PURSUANT TO CONDITIONS