# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>-vs-<br>JUAN BRAVO ZAMBRANO,<br><br>                           Defendant. | Case No.      4:15-CR-6049-EFS-19<br>CRIMINAL MINUTES<br><br>DATE:      AUGUST 20, 2018<br>LOCATION:  RICHLAND<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| Hon. Edward F. Shea |||| 
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter || Richard A. Smith ||
| **Government's Counsel** || **Defendant's Counsel** ||

[ X ]  **Open Court**     [  ]  **Chambers**     [  ]  **Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty
Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for December 4, 2018 at 10:00 a.m. in Richland**

U.S. Probation Officer to prepare the PSIR

[ X ]  **ORDER FORTHCOMING**

| CONVENED: 9:33 A.M. | ADJOURNED: 10:12 A.M. | TIME: 0:39 MINS | CALENDARED [ X ] |
|---|---|---|---|