# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-vs-<br>JOSE ADRIAN MENDOZA,<br><br>                        Defendant. | **Case No.**    **4:15-CR-6049-EFS-23**<br>**CRIMINAL MINUTES**<br><br>**DATE:**    **AUGUST 24, 2018**<br>**LOCATION:   RICHLAND**<br><br>**CHANGE OF PLEA HEARING** |

| **Hon. Edward F. Shea** | | |
|---|---|---|
| Cora Vargas | 02 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie Van Marter appearing via video conference | | Scott Johnson |
| **Government Counsel** | | **Defendant's Counsel** |

[ X ] **Open Court**        [   ] **Chambers**        [   ] **Telecon**

Defendant present, in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty
Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for December 11, 2018 at 1:30 p.m. in Richland**

U.S. Probation Officer to prepare the PSIR

[ X ]   **ORDERS FORTHCOMING**

| **CONVENED:**  10:07 A.M. | **ADJOURNED:**  10:38 A.M. | **TIME:**  31 MINS | **CALENDARED**   [ X ] |
|---|---|---|---|