# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. | 4:15-CR-6049-EFS-2 |
|---|---|---|
| Plaintiff, | CRIMINAL MINUTES | |
| -vs- | DATE: | AUGUST 24, 2018 |
| JESE DAVID CARILLO CASILLAS, | LOCATION: | RICHLAND |
| Defendant. | CHANGE OF PLEA HEARING | |

| Hon. Edward F. Shea | | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter appearing via video conference | | Nicolas Vieth | |
| **Government Counsel** | | **Defendant's Counsel** | |

**[ X ]  Open Court**           **[   ]  Chambers**           **[   ]  Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Oath administered to defendant for change of plea

Notice of Intent to Plead Guilty (without a Plea Agreement) signed and filed

Colloquy between Court and Defendant
Defendant advises he does not wish to proceed with change of plea at this time
Colloquy between Court, Mr. Vieth and Defendant
Court: court will recess to allow Mr. Vieth and Defendant to discuss matter

Recess:  11:47 am
Reconvene:  12:34 pm

Oath administered to defendant for change of plea (second time)

Defendant advises his true name is Jese David Casillas Carillo

Court advises defendant of Constitutional Rights given up by plea of guilty
Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for December 11, 2018 at 11:00 a.m. in Richland**

U.S. Probation Officer to prepare the PSIR

**[ X ]  ORDERS FORTHCOMING**

| **CONVENED:** | **11:24 A.M.** **12:34 P.M.** | **ADJOURNED:** | **11:47 A.M.** **1:27 P.M.** | **TIME:** | **1:16 MINS** | **CALENDARED** | **[ X ]** |
|---|---|---|---|---|---|---|---|