# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 4:15-CR-6049-EFS-21 |
|---|---|---|---|
| | Plaintiff, | CRIMINAL MINUTES | |
| -vs- | | DATE: | AUGUST 24, 2018 |
| MIGUEL REYES GARCIA, | | LOCATION: | RICHLAND |
| | Defendant. | IN-COURT HEARING | |

| Hon. Edward F. Shea | | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| James Goeke appearing via video conference for Stephanie Van Marter | | Kenneth Therrien | |
| **Government Counsel** | | **Defendant's Counsel** | |

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Oath administered to defendant for change of plea

Plea Agreement signed and submitted to court for consideration

Court advises defendant of Constitutional Rights given up by plea of guilty

Colloquy between Court and Defendant re: alleged criminal conduct

**Court: declines acceptance of guilty plea** based on statements made by Defendant; case will proceed to trial as scheduled

**[  ]  ORDERS FORTHCOMING**

| **CONVENED:** 2:23 P.M. | **ADJOURNED:** 3:09 P.M. | **TIME:** 46 MINS | **CALENDARED** [  ] |
|---|---|---|---|