UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:15-CR-6049-EFS |
| ) | |
| vs. ) | Order Granting United States' |
| ) | Motion for Extension of Time to |
| BRITTNEY LEE ZARAGOZA (10), ) | File CI/CD Disclosures |
| ALFREDO MAGANA GARIBAY (18); ) | |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| ) | |
| Defendants. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order granting the United States Motion for Extension of Time to File CI/CS Disclosures, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States Motion for Extension of Time to Provide CI/CD Disclosures is granted.

IT IS SO ORDERED this _____day of August 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 1