UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-06049-EFS |
| vs. ) | |
| ) | Order Granting United States' |
| BRITTNEY LEE ZARAGOZA (10), ) | Motion To Expedite Hearing |
| ALFREDO MAGANA GARIBAY (18); ) | |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| ) | |
| Defendants. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion for Extension of Time to filed CI/CD Disclosures, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____ day of August 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1