# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    vs.<br><br><br>MIGUEL REYES GARCIA,<br>            Defendant. | NO.  4:15-CR-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S OBJECTION TO UNITED STATES MOTION FOR EXTENSION OF TIME**<br><br>(PROPOSED) |

Before the Court is Defendant's Objection to United States Motion for Extension of Time (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Objection to United States Motion for Extension of Time (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ____ day of _____, 2018.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER