VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-06049-EFS-10 |
| Plaintiff, | DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR EXTENSION OF TIME (ECF 869) |
| vs. | |
| BRITTNEY LEE ZARAGOZA, | AUGUST 30, 2018 |
| Defendant. | WITHOUT ORAL ARGUMENT |

COMES NOW the Defendant, BRITTNEY ZARAGOZA, by and through her attorney, VICTOR H. LARA of HURLEY & LARA, and hereby responds to the United States' Motion for Extension of Time to File CI/CD Disclosures (ECF 869) by stating that Defendant has no objection to said motion.

DATED: August 29, 2018.

_____
VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza

RESPONSE TO U.S.'S MOTION FOR
EXTENSION OF TIME (ECF 869)

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant U.S. Attorney STEPHANIE VAN MARTER, and counsel for co-defendants; I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): n/a.

Gail M. Kunz, Secretary to Victor H. Lara

HURLEY & LARA, Attorneys at Law
411 N 2nd Street, Yakima WA 98901
(509)248-4282

RESPONSE TO U.S.'S MOTION FOR
EXTENSION OF TIME (ECF 869)

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282