NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant
ALFREDO MAGANA GARIBAY

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALFREDO MAGANA GARIBAY,<br><br>        Defendant | Case No. 4:15-CR-6049-EFS-18<br><br>RESPONSE TO GOVERNMENT'S MOTION FOR EXTENSION (ECF 869)<br><br>Note: August 30, 2018 |

COMES NOW the defendant, ALFREDO MAGANA GARIBAY, by and through his attorneys, CARNEY & MARCHI, and responds to the Government's request for extension of time to disclose CI/CD information:  No objection

DATED this 29th  day of August 2018.

Respectfully Submitted,

S/ *Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

RESPONSE TO MOTION FOR EXTENSION OF TIME  1

## **CERTIFICATE OFSERVICE**

I certify that a copy of this Response was e-mailed via ECF on 8/29/2018, to S. Van Marter, Assistant United States Attorney, 402 E. Yakima, Suite 210, Yakima, WA 98901.

       *S/ Nicholas Marchi*
       CARNEY & MARCHI, P.S.
       Attorneys for Defendant

RESPONSE TO MOTION FOR EXTENSION OF TIME  2