Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                          )<br>     Plaintiff,                       )<br>                                          )<br> vs.                                     )<br>                                          )<br>                                          )<br> EDGAR OMAR HERRERA FARIAS, )<br>                                          )<br>      Defendant.                  )<br>                                          )<br> _____) | No. 4:15-cr-6049-EFS-16<br><br>DEFENDANT EDGAR OMAR HERRERA FARIAS' RESPONSE TO GOVERNMENT'S MOTION TO TO EXTEND TIME OF CI/CD DISCLOSURES |

Due to a significant change in the negotiating posture of the Government, Edgar Omar Herrera Farias is not able to respond to the Government's Motion to Extend Time, ECF No. 869, until after he meets with counsel. Due to counsel's schedule and distance from the detention facility housing Mr. Herrera Farias, the meeting cannot take place until the morning of August 31, 2018. It is intended that a Response will be filed during the noon hour on August 31, 2018.

RESPECTFULLY submitted this 30th day of August 2018.

*DEFENDANT'S ERSPONSE TO MOTION TO EXTEND TIME -1*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

WALDO, SCHWEDA
& MONTGOMERY, P.S.
By: /s/ Peter S. Schweda
PETER S. SCHWEDA
Attorney for Defendant Herrera Farias

*DEFENDANT'S ERSPONSE TO MOTION TO EXTEND TIME -2*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on August 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

                          By: /s/ KATHLEEN SCHROEDER
                              Legal Assistant to Peter S. Schweda

*DEFENDANT'S ERSPONSE TO MOTION TO EXTEND TIME -3*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*