FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRITTNEY LEE ZARGOZA (10);<br>ALFREDO MAGANA GARIBAY (18);<br>EDGAR OMAR HERRERA FARIAS (16); AND<br>MIGUEL REYES GARCIA (21),<br><br>                    Defendants. | No.  4:15-CR-06049-EFS<br><br>**ORDER DENYING THE GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE CI/CD DISCLOSURES** |

Before the Court, without oral argument, is the Government's Motion for Extension of Time to File CI/CD Disclosures to September 27, 2018, at 6:30 p.m., ECF No. 869. The Government acknowledges that there is a pretrial conference scheduled for September 18, 2018. ECF No. 869. The Government asserts that an extension is necessary because several defendants recently pleaded guilty, and the Government needs time to re-assess how many of the cooperating defendants/confidential sources it will now call. ECF No. 869. Defendant Miguel Reyes Garcia (21) opposes the Government' Motion. ECF No. 872.

ORDER - 1

The Court does not find good cause to grant the Government's motion. This Court must balance the Government's request for time to re-assessment with the Defendants' need to adequately prepare for trial, which is set for October 10, 2018. *See* ECF No. 712. The Government is correct in noting that this case has been pending for some period of time. ECF No. 869. The Government has been aware of the August 31, 2018 CI/CD disclosure date since the March 9, 2018 pretrial conference. *See* ECF No. 712.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Extension of Time to File CI/CDs, **ECF No. 869, is DENIED.**

2. **The Government**, by no later than **August 31, 2018,** shall **DISCLOSE** to Defendants the identity of any Confidential Informants used in the case as required by the applicable case management orders. *See* ECF Nos. 101 & 740.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this   30th   day of August 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\15-cr-6049. Ord. Deny. Mot. Extend CI CD DIsclosures. lc02.docx

ORDER **-** 2