FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO (19), AND MIGUEL REYES GARCIA (21),<br><br>Defendants. | No.  15-CR-06049-EFS<br><br>**ORDER REQUIRING REDACTION**<br><br>**Court Reporter Action Required** |

On August 20, 2018 and August 24, 2018, pretrial hearings were held for Defendants Juan Bravo Zambrano, ECF No. 849, and Miguel Reyes Garcia. ECF No. 864. During those hearings, sealed names of defendants were read on the record, prior to any transcripts being published. The Court requires the Court Reporter to redact the sealed names prior to publishing the transcripts.

**IT IS HEREBY ORDERED:**

**1.** The Court Reporter shall REDACT the six SEALED names from the August 20, 2018 transcript.

**2.** The Court Reporter shall REDACT the six SEALED names from August 24, 2018 transcript.

//

ORDER — Page **1** of 2

1    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and

2    provide copies to all counsel.

3    **DATED** this 10th day of September 2018.

4

5    s/Edward F. Shea<br>EDWARD F. SHEA<br>Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22