VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-15-06049-EFS-10 |
| ) | |
| Plaintiff, ) | *PROPOSED* |
| vs. ) | |
| ) | ORDER REQUIRING GOVERNMENT |
| BRITTNEY LEE ZARAGOZA, ) | TO REDACT DEFENDANT'S |
| ) | STATEMENT |
| Defendant. ) | |

Before the Court is Defendant's Motion for Order Redacting Statement, and the Court having considered the file and record herein and otherwise being advised, finds good cause to grant the Motion. Accordingly, it is

**ORDERED** that the Government is required to redact Defendant's statement if used in evidence in the Government's case-in-chief; and it is

**ORDERED** that the Court is directed to enter this order and provide copies to defense counsel.

DATED:

EDWARD F. SHEA, Senior Judge
United States District Court

ORDER GRANTING MOTION TO EXPEDITE
HEARING

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282