VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) | *PROPOSED* |
| vs. | ) | |
| BRITTNEY LEE ZARAGOZA, | ) | ORDER GRANTING MOTION TO EXPEDITE HEARING |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Expedite Time for Hearing Defendant's Motion for Order Redacting Statement, and the Court having considered the file and record herein and otherwise being advised, finds good cause to grant the Motion. Accordingly, it is

**ORDERED** that the date of September 18, 2018 is hereby set for hearing Defendant's Motion for Order Redacting Statement, with oral argument; and it is further

**ORDERED** that the Court is directed to enter this order and provide copies to defense counsel.

DATED:

EDWARD F. SHEA, Senior Judge
United States District Court

ORDER GRANTING MOTION TO EXPEDITE HEARING

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282