FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>BRITTNEY LEE ZARGOZA,<br><br>           Defendant. | No.   4:15-CR-06049-EFS-10<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE** |

Before the Court is Defendant Brittney Lee Zargoza's Motion for an Order Redacting Statement, ECF No. 883, and related Motion to Expedite, ECF No. 884. Ms. Zargoza asserts that she gave a recorded statement to the FBI, which the Government may offer in evidence in its case-in-chief. ECF No. 883. She further asserts that certain portions of that statement are inadmissible and/or prejudicial. *Id*. The Court grants Ms. Zargoza's Motion to Expedite, ECF No. 884, and directs the Government to respond to Ms. Zargoza's Motion for an Order Redacting Statement, ECF No, 883. The Court will rule on Ms. Zargoza's Motion for an Order Redacting Statement, ECF No. 883, during Ms. Zargoza's upcoming pretrial conference on September 18, 2018.

//

1 **IT IS HEREBY ORDERED:**

2     **1.**      Defendant's Motion to Expedite, **ECF No. 884,** is **GRANTED.**

3     **2.**      The Court **DIRECTS** the **Government** to RESPOND by no later than

4     **tomorrow, September 14, 2018 by 5:00 p.m.**

5     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and

6 to provide copies to all counsel.

7     **DATED** this  13th  day of September 2018.

        s/Edward F. Shea
        EDWARD F. SHEA
        Senior United States District Judge