Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-cr-6049-EFS-16 |
| Plaintiff, | |
| vs. | MOTION TO EXPEDITE HEARING |
| EDGAR OMAR HERRERA FARIAS, | |
| Defendant. | Hearing: September 18, 2018 at 9:00 a.m. at Richland |
| | WITH ORAL ARGUMENT |

Defendant, Edgar Omar Herrera Farias, submits the following Motion to Expedite with oral argument on the Defendant's Motion to Suppress Defendant's Seizure on September 6, 2013, Motion for Leave to File Motion to Suppress and Objections to Admission of Evidence and Motion in Limine and Objections to Admission of Evidence.

The Defendant requests that the Court determine a hearing dated to consider the Motion to Suppress Defendant's Seizure on September 6, 2013 and Motion in Limine and Objections to Admission of Evidence, so the Government has an opportunity to

MOTION TO EXPEDITE - 1

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

respond. It is not the intention of Mr. Herrera Farias to disturb the present trial setting.

AUSA Stephanie Van Marter has been contacted and Government objects to this Motion.

RESPECTFULLY submitted this 17th day of September 2018.

                          WALDO, SCHWEDA
                          & MONTGOMERY, P.S.
                   By: /s/ Peter S. Schweda
                          PETER S. SCHWEDA
                          Attorney for Defendant Herrera Farias

MOTION TO EXPEDITE - 2

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

                                                By: /s/ KATHLEEN SCHROEDER
                                                  Legal Assistant to Peter S. Schweda

MOTION TO EXPEDITE - 3

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196*