# *Waldo, Schweda & Montgomery, P.S.*

### *Attorneys at Law*

PETER S. SCHWEDA
JOHN MONTGOMERY
ROBERT D. WALDO (1940-2015)

TELEPHONE *(509) 924-3686*
FAX *(509) 922-2196*

August 29, 2018

SEP 0 4 2018

UNITED STATES ATTORNEY
SPOKANE, WA

Ms. Stephanie Van Marter
Ms. Caitlin Baunsgard
Assistant United States Attorneys
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane WA, 99210

*VIA EMAIL HARD COPY TO FOLLOW*

> **Re:**   *USA v. Edgar Omar Herrera Farias*
> *4:15-cr-6049-EFS-16*

Dear Ms. Van Marter and Ms. Baunsgard:

This will supplement the disclosure I made on January 30, 2018. Attached to the email that accompanies this letter are twelve exhibits my client intends to introduce at his trial. The following is a brief description of each Exhibit.

1.   Statement by the person in charge of order in San Juan De Alimia, Mpio. De Aquila Michoacan Mexico, dated February 6, 2018 attesting that the Defendant was a member of the community from October 2013 until August 2016, included is signatures of 28 citizens of this town.

2.   Receipt for payment of license plates for a 1972 Oldsmobile Cutlass, dated July 25, 2014.

3.   Money order for $1909.00 pesos for 1972 Oldsmobile Cutlass dated July 25, 2014.

4.   License plate charges for 1972 Oldsmobile Cutlass in the amount of $797.00 pesos dated March 31, 2014.

5.   Coppel receipt for eye glasses, $186.00 pesos, dated December 25, 2015, includes English translation.

6.   Picture identification of Notary, Judit Compos Duenas, who translated English pages, assistant to Notary.

7.   Guillermo Emmanuel Ruiz Contreras Notary dated February 16, 2018, notarizing the whole package.

8.   Proof of medical insurance dated March 19, 2014.

*2206 North Pines Road, Spokane, Washington 99206-4756*

8/29/2018
Page 2

9.    Medical record dated March 19, 2014.

10.    Passport issued April 11, 2015.

11.    1993 Jeep license plate documents dated February 13, 2015, February 6, 2016 and February 16, 2016.

12.    School enrollment documents dated August 28, 2014, May 22, 2015 and March 16, 2016.

I possess the original certified copies of these documents if you would like to inspect them.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

WALDO, SCHWEDA
& MONTGOMERY, P.S.

PETER S. SCHWEDA
Attorney at Law
PSS/ks

*2206 North Pines Road, Spokane, Washington 99206-4756*

# *EXHIBIT 1*

**ASUNTO: Constancia.**

San Juan de Alima, Mpio. de Aquila, Mich., 29 de Enero de 2018.

**A QUIEN CORRESPONDA:**
**P R E S E N T E**

El que suscribe **SR. JESUS VILLANUEVA DIAZ, Encargado del Orden** de la comunidad de **San Juan de Alima,  Mpio. de Aquila, Michoacàn.**

**H A C E   C O N S T A R**

Que el **SR. EDGAR OMAR HERRERA FARÍAS** es vecino de esta comunidad antes mencionada, por tal motivo le doy a conocer las fechas en las que radico, desde octubre de 2013 hasta agosto de 2016.

Se extiende la presente constancia para los efectos legales que al interesado convenga en la población de San Juan de Alima, Mpio. de Aquila, Michoacán, a los veintinueve días del mes de enero de dos mil dieciocho.

**Nota:** Anexo Nombre y Firmas de vecinos que lo conocen.

**A T E N T A M E N T E**
**EL ENCARGADO DEL ORDEN**

**SR. JESUS VILLANUEVA DIAZ**

H. AYUNTAMIENTO
ENCARGATURA DEL
ORDEN MUNICIPAL
SAN JUAN DE ALIMA
MPIO. DE AQUILA, MICH.
2015-2018



SIN TEXTO
NOTARÍA PÚBLICA No. 70

| NOMBRE | FIRMA |
|---|---|
| José Alberto Mendoza Salas | Alberto Mendoza S. |
| Leonardo Mendoza Salas | Leonardo Mendoza Salas |
| Rosa Elva Salas. | R. E. S. G. |
| M Guadalupe Pulido Sanchez | M. Guadalupe Pulido S. |
| Jesus medoza meras | jesus mendoza |
| Luis Alberto Gonzalez | Luis Alberto Gonzalez |
| Braulia Valencia Meraz | Braulia Valencia Meraz |
| Roberto carlos campos Cruz | Roberto C Campos |
| Eloisa mejia | Eloisa mejia |
| Valente Farias | |
| Natalio Aguilar Cffso | |
| Carlos Valencia Meraz | |
| + Guadalupe Cervantes Valecia | |
| José Chavez Alvarez | |
| Erica Rubi Tapia Gaitán | |
| Dora Vargas magallon | |
| Esteban Cervantes mendoza | |
| Francisco Herrera Alvarez | |
| José Bravo Acevedo | José Bravo A. |
| Josefina Valencia Sanchez | Josefina V S |
| Josefina Farías Rivera | Josefina Farias R. |
| socorro Guerrero A | |
| Fidelina Farias Rivera | |
| Genovevo Farías Rivera | Genovevo Farías R. |
| Ma Soledad Garcia C | |
| Estefania Mendoza Aguayo | Estefania Mendoza A. |
| Mª Eusebia Aguayo T. | Mª Eusebia Aguayo T. |
| Jose Guadalupe Juna A | Jose Guadalupe Juan A. |

# NOTARIA PÚBLICA | 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

## C O T E J O :

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 02 dos hojas útiles, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PÚBLICO No. 70

_____

LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-

# *EXHIBIT 2*



**GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE COLIMA**
PODER EJECUTIVO
SECRETARÍA GENERAL DE GOBIERNO    **64479**    **A**
DIRECCIÓN GENERAL DEL TRANSPORTE
Y DE LA SEGURIDAD VIAL





FORMATO ÚNICO
DE MOVIMIENTOS VEHICULARES

## DATOS DEL PROPIETARIO

CURP: HEFE870817HCMRRD09        RFC.

HERRERA FARIAS EDGAR OMAR

TABACHIN #682        INT
FRACCIONAMIENTO VILLA DE ALBA        C.P.        28989
VILLA DE ALVAREZ, COL.        TEL:    3131352820

## DATOS DEL MOVIMIENTO

FOLIO:    1770607

FECHA: 25/07/2014
ALTA DE VEHICULO REGULARIZADO POR DECRETO
OBSERVACIONES
COLIMA

## DATOS DEL VEHICULO

MODELO:    1972        PLACA:  FTH1376        COMBUSTIBLE:    1
MARCA:  OLDSMOBILE        CAPACIDAD:    5
LINEA:  CUTLASS        CILINDROS:    8    CL

CLASE: AUTOMOVILES        COLOR:    ROJO        SITIO O:
TIPO:  CONVERTIBLE        ORIGEN:    2        RUTA
SERIE:  3J67K2M140061        USO:    PARTICULAR        NO. ECO:    0
MOTOR: SN        SERVICIO:    PRIVADO        AGRUPACION:

D. TARJETA 063510739        CAPTURO:    147
        EXPEDICION:    25/07/2014

SECCION GENERAL DEL TRANSPORTE
Y DE LA SEGURIDAD VIAL
DEPARTAMENTO DE PLACAS

RECIBO

ENTREGO

**FTH1376**



# NOTARIA PÚBLICA

## 70

A CARGO DEL

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

C O T E J O:

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PÚBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**



GOVERMENT OF THE FREE AND SOVEREIGN STATE OF COLIMA
EXCECUTIVE POWER
GENERAL SECRETARY OF GOVERNMENT        64479    A
GENERAL DIRECTION OF TRANSPORTARTION

| OWNER`S INFORMATION | MOVEMENTS INFORMATION |
|---|---|
| CURP: HEFEB70817HCMRRD07 | FOLIO NUMBER:   1770607 |
|  | DATE: 07/25/2014 |
| HERRERA FARIAS EDGAR OMAR | VEHICLE REGISTRATION |
|  | REGULARIZED BY DECREE. |
| TABACHIN Nº682 | OBSERVATIONS |
| FRACCIONAMIENTO VILLA DE ALBA    ZIP CODE 28989 | COLIMA |
| VILLA DE ALVAREZ, COL    TEL:3131352820 |  |

**VEHICLE INFORMATION**

SIGNATURES

MODEL :1972        L PLATE: FTH1376        GAS:        1
BRAND: OLDSMOBILE                          CAPACITY: 5
LINE:   CUTLASS                            CYLINDERS: 8    CL

ARMANDO GONZALEZ MANZO

CLASS: AUTOMOBILE        COLOR:   RED
TIPE:  CONVERTIBLE       ORIGIN: 2          SITE OR ROUTE:
SERIAL: 3J67K2M140051    USE:      PARTICULAR   Nº ECO:   0
MOTOR:  SN               SERVICE: PRIVATE 9   GROUP:

RECEIVED

CARD: 063510739                    CAPTURATED: 147
                      EXPEDITION DATE:07/25/2014

DELIVERED

# FTH1376

# EXHIBIT 3

# SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN
### ORDEN DE PAGO UNIVERSAL

| FOLIO | Cantidad a pagar | Fecha límite de pago |
|---|---|---|
| 12 - 00319299 | $1,909.00 | 25/07/2014 |

Gobierno del Estado de Colima
GEC-850101415
Palacio de Gobierno, Planta Baja
Reforma e Hidalgo S/N
28000 Colima, Col.

### Referencia del pago

P A G O   V E H I C U L A R

Placa: FTH1376         Modelo: 1972
No. Serie: 3J67K2M140061
Clase: AUTOMÓVIL   Tipo: SEDÁN
Marca: GENERAL MOTORS DE MEXICO, S. DE R.L.
DE C.V.
Línea: CUTLASS 2 PUERTAS
Origen: EXTRANJERO    Servicio: PARTICULAR
Cap.: 5  Cil.: 8 Peso V.: 2  C.C.:
Valor Fact.:              1.00 Fec. Fact.: 01/01/1972
Cve. Vehi.: 00030301   PAQ. "B" TR. AUT. A/A

### Datos del Contribuyente

HERRERA FARIAS EDGAR OMAR
TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL.
VILLA DE ALVAREZ
28989

### Conceptos de Pago

| | |
|---|---|
| IMPUESTO A LA TRANSMISION DE LA PROP. DE VEH. AUTOM. USADOS | $ 187.00 |
| DOTACION PLACAS DE CIRCULACION | $ 957.00 |
| DOT. PLACAS SERV. PART. AUTOMOVILES 2014 | |
| CALCOMANIA FISCAL VEHICULAR | $ 765.00 |
| CALCOMANIA FISCAL VEHICULAR 2014 | |



### Referencias bancarias

LINEA: 01120031929998827254          Importe:          $1,909.00



| | | | |
|---|---|---|---|
| **Banamex** PA1485 | **BANORTE** EMPRESA: 103322 | **AFIRME** El Banco de Hoy CTA: 11111000087 | **OXXO** |
| **HSBC** CONVENIO 8477 | **Santander** CONVENIO 1785 | **BANCO DEL BAJIO** | |
| **Bancomer** CONVENIO 787531 | **Scotiabank** CONVENIO 1106 | **Kiosko** | |





Generó: DI12VH04        VERSION 0 EMISION 22/11/12 FO-03-02-01



# SECRETARIAT OF FINANCE AND ADMINISTRATION

### PAY ORDER

| FOLIO | AMOUN TO PAY | PAY DAY LIMIT |
|---|---|---|
| 12-00319299 | $1,909.00 | 07/25/2014 |

GOVERMENRT FROM THE STATE OF COLIMA
GEC-850101415
CITY HALL
REFORMA E HIDALGO S/N
28000 COLIMA, COL

### TAXPAYER INFORMATION

HERRERA FARIAS EDGAR OMAR

TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL
VILLA DE ALVAREZ
28989

### PAYMENT REFERENCE

VEHICULAR PAYMENT

L. PLATE:   FHT1376   MODEL: 1972
SERIAL Nº: 3J67K2M140061
CLASS: AUTOMOBILE   TIPE: SEDAN
BRAND: GENERAL MOTORS DE MEXICO. S. DE R.
L. DE C. V.
LINE: CUTLASS    2 DOORS
ORIGIN: FOREIGN    SERVICE: PARTICULAR
CAP.  5  CYL: 8  WEIGHT: 2   C.C.:
INVOIVE VALUE:  1.00  DATE:01/01/1972
VEHICULAR KEY:00030301 PAQ: "B" TR. AUT. /A

### PAYMENT CONCEPTS

TAXES ON THE TRANSMISSION OF THE PROPERTY OF USED VEHICLES     $ 187.00

PLATE SERVICE FOR A PARTICULAR CAR 2014                        $ 957.00

FISCAL VEHICULAR  STICKER  2014                                $ 765.00

### BANK REFERENCES

LINE:01120031929998827254          AMOUNT:$1,909.00

# EXHIBIT 4



## SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN
### ORDEN DE PAGO UNIVERSAL

| FOLIO | Cantidad a pagar | Fecha límite de pago |
|---|---|---|
| 12 - 00376704 | $797.00 | 31/03/2015 |

Gobierno del Estado de Colima
GEC-850101415
Palacio de Gobierno, Planta Baja
Reforma e Hidalgo S/N
28000 Colima, Col.

### Referencia del pago

P A G O   V E H I C U L A R

Placa: FTH1376          Modelo: 1972
No. Serie: 3J67K2M140061
Clase: AUTOMÓVIL   Tipo: SEDÁN
Marca: GENERAL MOTORS DE MEXICO, S. DE R.L.
DE C.V.
Línea: CUTLASS 2 PUERTAS
Origen: EXTRANJERO   Servicio: PARTICULAR
Cap.: 5  Cil.: 8  Peso V.: 2  C.C.:
Valor Fact.:           1.00  Fec. Fact.: 01/01/1972
Cve. Vehi.: 00030301    PAQ. "E" TR. AUT. A/A

### Datos del Contribuyente

HERRERA FARIAS EDGAR OMAR
TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL.
VILLA DE ALVAREZ
28989

### Conceptos de Pago

CALCOMANIA FISCAL VEHICULAR
CALCOMANIA FISCAL VEHICULAR 2015                          $       797.00



### Referencias bancarias

LINEA: 0112003767040836121 5          Importe:          $797.00



Banamex
PA1485

BANORTE
EMPRESA: 103322

AFIRME
CTA: 11111000087

OXXO

HSBC
CONVENIO 8477

Santander
CONVENIO 1785

BANCO DEL BAJIO
CONVENIO

Scotiabank
CONVENIO 1106

Kioskos


0212003767042015033100797004

Generó: DI12PM08          VERSION 0 EMISION 22/11/12 FO-03-02-01



# SECRETARIAT OF FINANCE AND ADMINISTRATION
### PAY ORDER

| FOLIO Nº | AMOUN TO PAY | PAY DAY LIMIT |
|---|---|---|
| 12-00376704 | $ 797.00 | 03/31/2015 |

GOVERMENRT FROM THE STATE OF COLIMA
GEC-850101415
CITY HALL
REFORMA E HIDALGO S/N
28000 COLIMA, COL

| TAXPAYER INFORMATION |
|---|
| HERRERA FARIAS EDGAR OMAR |
| TABACHIN 682 |
| VILLA DE ALBA |
| VILLA DE ALVAREZ, COL |
| VILLA DE ALVAREZ |
| 28989 |

| PAYMENT REFERENCE |
|---|
| VEHICULAR PAYMENT |
| L. PLATE:    FTHT1376    MODEL: 1972 |
| SERIAL Nº: 3J67K2M140061 |
| CLASS: AUTOMOBILE    TIPE: SEDAN |
| BRAND: GENERAL MOTORS DE MEXICO. S. DE R. L. DE C. V. |
| LINE: CUTLASS    2 DOORS |
| ORIGIN: FOREIGN    SERVICE: PARTICULAR |
| CAP.  5  CYL: 8  WEIGHT: 2  C.C..: |
| INVOIVE VALUE:   1.00  DATE:01/01/1972 |
| VEHICULAR KEY:00030301 PAQ: "B" TR.  AUT. A/A |

| PAYMENT CONCEPTS | |
|---|---|
| FISCAL VEHICULAR STICKER 2015 | $ 797.00 |

| BANK REFERENCES | |
|---|---|
| LINE:01120031929998827254 | AMOUNT:$ 797.00 |

# EXHIBIT 5

# Coppel

## Estado de Cuenta *

**$ 186**

**EDGAR OMAR HERRERA FARIAS**
SAN JUAN DE ALIMA # 1  N  N LOC SAN JUAN DE ALIMA
TELEFONO:313139-02-34 SN JUAN DE LIMA COAHUAYANA
COMPRA VENTA DE GANA
FRANCISCO HERRERA ALVAREZ

Favor de pagar antes de: 20-Mayo-2016

Solo incluye abonos hasta: 20-Abril-2016

### DINERO ELECTRÓNICO

| Saldo anterior | Movimientos | Saldo actual |
|---|---|---|

CTE: 381739601  NASPM041587   94439923  96274212  3221  5071-01
KARLA GUADALUPE  CORR              802326  TCMN  093-0318    S50

### SUS COMPRAS AL DETALLE

| Artículos | Fecha de compra | Usted debía | Menos abonos | Más sus compras | Interés adicional | Usted debe | Páguela con sólo | Abono mensual | Atrasado | Pase a pagar | Fecha de último abono |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LENTE SO | 22-Dic-15 | 1,421 | 300 | | | 1,121 | 952 | 186 | | 186 | 23-Mar-16 |
| **TOTALES $** | | **1,421** | 300 | | | 1,121 | **952** | 186 | | **186** | |

146530970*1

**AVISO IMPORTANTE:**
CON EL TIEMPO, SER UN CLIENTE CUMPLIDO LE TRAERA
INTERESANTES BENEFICIOS. SIGA PAGANDO DE MANERA
PUNTUAL.

HC 0 AM-0 AM

GANATE UNA RENOVACION TOTAL DE TU CASA MAS UN AUTO
Y UN CAMBIO DE LOOK. POR CADA $650 DE COMPRAS O
ABONOS EN COPPEL, PAGOS O DEPOSITOS EN BANCOPPEL Y
ENVIOS O COBROS EN MONEYGRAM, PARTICIPAS EN EL
CONCURSO RENUEVA TU HOGAR, QUE TIENE 50 MIL
PREMIOS. VALIDO HASTA EL 15 DE MAYO DEL 2016.

**El Teléfono de su Tienda Coppel es: 3252253**



# NOTARIA PÚBLICA | 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

C O T E J O :

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**

 **ACCOUNT STATUS**

| TO PAY |
|---|
| **$ 186** |
| PAY BEFORE: MAY 20 2016 |
| ONLY INCLUDES TICKETS UNTIL APRIL20, 2016 |
| **ELECTRONIC MONEY** |

EDGAR OMA R HERRERA FARIAS
SAN JUAN DE ALIMA Nº 1 N N LOC. SAN JUAN DE ALIMA
PHONE Nº:313139-02-34 SAN JUAN DE ALIMA COAHUAYANA.
BUYING AND SELLING LIVESTOCK
FRANCISCO HERRERA ALVAREZ

CLIENT:361739601  NASPM041587  94439923  96274212  3221 5071-01
KARLA GUADALUPE CORR        802326  TCMN  093-0318  S50

**YOUR DETAILED PURCHASES**

| ARTICLES | DATE OF PURCHASE | DEBIT | LESS PAYMENTS | YOU MUST PAY | PAY TOTAL WITH | MONTHHLY PAYMENT | LATE | GO TO PAY | DATE LAST PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| GLASSES | DECEMBER 22 2015 | 1,421 | 300 | 1,121 | 952 | 186 | | 186 | MARCH 23,2016 |
| TOTAL$ | | 1421 | 300 | 1,121 | 952 | 186 | | 186 | |

| IMPORTANT ANNOUNCEMENT OVER TIME, BEING A FULFILLED CLIENT WILL BRING YOU INTERESTING BENEFITS. CONTINUE PAYING IN A TIMELY MANNER. | WIN A TOTAL RENOVATION OF YOUR HOUSE. A CAR AND A LOOK CHANGE.ONLY FOR $650 OF YOUR PURCHASES OR PAYMENTS AT COPPEL, PAYMENTS OR DEPOSITS IN BANCOPPEL. |
|---|---|

# *EXHIBIT 6*

Se certifica que las presentes traducciones de documentos ORIGINALES, de EDGAR OMAR HERRERA FARIAS, traducidos del español al idioma Inglés; que soy competente para traducir como lo acredita mi cédula Profesional 2984328 Expedida por la Secretaría de Educación Pública del Gobierno del Estado de Colima.

Los documentos originales traducidos son los siguientes:

- Estado de cuenta de Coppel.
- Alta de vehículo regularizado por decreto en el estado de Colima.
- Orden de pago universal 2014 y 2015 en la Secretaría de Finanzas y Administración del estado de Colima.

MC. JUDIT CAMPOS DUEÑAS
CEDULA PROFESIONAL: 2984328







# *EXHIBIT 7*

Maquili, Aquila, Mich. a 04 de febrero de 2018

Asunto: Constancia

A quien corresponda:

Por medio de la presente, los que suscriben CC. José Alfredo Álvarez Arteaga, Macario Corona Magallón y Francisco Herrera Álvarez, en calidad de Presidente, Secretario y Tesorero respectivamente del comisariado ejidal del Ejido Maquili,

HACEMOS CONSRAR

Que el C. Edgar Omar Herrera Farías es miembro de este núcleo ejidal que representamos y se estuvo presentando a las asambleas que se convocaron desde octubre de 2013 hasta agosto de 2016, haciendo las aportaciones correspondientes.

Se extiende la presente para los usos legales que se juzguen convenientes. A los cuatro días del mes de febrero de 2018

atentamente:

Macario·corona·M
C. Macario Corona Magallón
Secretario

C. José Alfredo Álvarez Arteaga
MPIO. DE AQUILA
EDO. Mich. Presidente

P. a. C. Francisco Herrera Álvarez
Tesorero

# NOTARIA PÚBLICA | **70**

**A CARGO DEL**
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

C O T E J O :

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PÚBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**

# *EXHIBIT 8*



**SEGURO POPULAR**
COMISIÓN NACIONAL DE
PROTECCIÓN SOCIAL EN SALUD

*PÓLIZA DE AFILIACIÓN*



\* 1 6 1 0 8 1 9 5 0 3 \*

VALIDEZ DE LA PÓLIZA: 19-Mar-2014 al 18-Mar-2017
MES DE REAFILIACIÓN: Marzo 2017

FOLIO: 1610819503

FECHA DE EXPEDICIÓN: 19-Mar-2014    9:26:50 am

MÓDULO   COAHUAYANA

CENTRO DE SALUD:    HI COAHUAYANA

ESTADO:   MICHOACAN

| DATOS DEL TITULAR: | APORTACIÓN FAMILIAR: | |
|---|---|---|
| | **DECIL:** | 2 |
| **Nombre:** HERRERA FARIAS EDGAR OMAR<br>**CURP:** HEFE870817HCMRRD09<br>**Domicilio:** CONOCIDO SN INTERIOR SN, PUERTO SAN JUAN DE ALIMA, C.P. 60870, SAN JUAN DE ALIMA, AQUILA, MICHOACAN | **Régimen** | No Contributiva |

| RELACIÓN DE BENEFICIARIOS | | Sexo | Fecha Nacimiento | Parentesco |
|---|---|---|---|---|
| Folio integrante | Nombre | HOMBRE | 1987 | TITULAR |
| 1610819503-1 | HERRERA FARIAS EDGAR OMAR | | | |

- ESTA PÓLIZA AMPARA LOS SERVICIOS Y MEDICAMENTOS DEL CATÁLOGO UNIVERSAL DE SERVICIOS DE SALUD Y DEL FONDO DE PROTECCIÓN CONTRA GASTOS CATASTRÓFICOS.

- LA VALIDEZ DE LA INFORMACIÓN DE LA CECASOEH ES DE TRES AÑOS FINALIZANDO EL 18 - MARZO - 2017. POSTERIORMENTE, PARA EFECTOS DE REAFILIACIÓN DEBERÁ APLICARSE OTRA CECASOEH. POR LO QUE DEBERÁ PRESENTARSE PARA LLEVAR A CABO SU REAFILIACIÓN, DEL 19-FEBRERO AL 18-MARZO DE 2017 EN EL MÓDULO DE AFILIACIÓN Y ORIENTACIÓN.

- DURANTE LA VALIDEZ DE LA INFORMACIÓN DE LA CECASOEH, LAS FAMILIAS DEL RÉGIMEN NO CONTRIBUTIVO GOZARÁN DE LA REAFILIACIÓN ANUAL DE MANERA AUTOMÁTICA; LAS FAMILIAS DEL RÉGIMEN CONTRIBUTIVO DEBERÁN ESTAR AL CORRIENTE EN EL PAGO DE SU CUOTA FAMILIAR PARA MANTENER SUS DERECHOS VIGENTES, GOZANDO DE LA REAFILIACIÓN ANUAL SIMPLIFICADA.

- CUALQUIER MODIFICACION A LOS DATOS CONTENIDOS EN LA PRESENTE PÓLIZA, FAVOR DE DIRIGIRSE AL MÓDULO DE AFILIACIÓN Y ORIENTACIÓN UBICADO EN _____

"EL SEGURO POPULAR ES PUBLICO, AJENO A CUALQUIER PARTIDO POLITICO, QUEDA PROHIBIDO EL USO PARA FINES DISTINTOS AL DESARROLLO SOCIAL"
ATENDEMOS TUS DUDAS EN EL 01800 7112 583 SERVICIO GRATUITO
Representante de familia de conformidad con el Artículo 77 Bis 4,
Fracción I, II o III de la Ley General de Salud

Firma de Conformidad y
Acuse de recibo

Salud
**Seguro Popular**
NUEVA GENERACIÓN

POLIZA DE AFILIACION VALIDA
AL _____ DE _____ DE 20___

Los datos personales recabados serán protegidos, incorporados y tratados en el Sistema de Administración del Padrón, con fundamento en el artículo 77 Bis 5, inciso A, fracción X e inciso B, fracción II de la Ley General de Salud, artículos 49, 50 y 51 del Reglamento de la Ley General de Salud en Materia de Protección Social en Salud y Capítulo VII, numerales 1 y 15 de los Lineamientos para la afiliación, operación, integración del padrón nacional de beneficiarios y determinación de la cuota familiar del Sistema de Protección Social en Salud, cuya finalidad es contar con un padrón nominal que conserve la relación de familias afiliadas al Sistema de Protección Social en Salud, incluida la información socioeconómica derivada de su incorporación, el cual fue registrado en el listado de Sistemas de Datos Personales ante el Instituto Federal de Acceso a Información Pública (www.ifai.org.mx <http://www.ifai.org.mx/>), mismo que de igual forma podrán ser transmitidos a otras dependencias e instituciones de Salud, con la finalidad de realizar el Cotejo de Padrones a que se refiere el artículo 77 Bis 5, inciso A, fracción XI de la Ley General de Salud, además de otras transmisiones previstas en la Ley. La unidad administrativa responsable del Sistema de Administración del Padrón es la Comisión Nacional de Protección Social en Salud, la dirección donde el interesado podrá ejercer los derechos de acceso y corrección en términos del último párrafo del artículo 60 del Reglamento de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental es en el domicilio de la Unidad de Enlace que se ubica en Reforma, No. 99, Planta baja, Colonia Tabacalera, Delegación Cuauhtémoc, México, D.F., así como en el Módulo de Afiliación y Orientación señalado en la presente Póliza. Lo anterior se informa en cumplimiento al trigésimo de los Lineamientos de Protección de Datos Personales, publicados en el Diario Oficial de la Federación el 30 de Septiembre de 2005.

  

**EDGAR OMAR HERRERA FARIAS, MASCULINO, 26 AÑOS**

**Folio: 16108195031**

19 marzo 2014

### RESULTADOS

**Glucosa en sangre capilar:** En ayunas no. Arriba de parámetros normales [144].
**Perímetro abdominal:** Riesgo [102].
**Índice de masa corporal:** Dato compatible con obesidad I [30.32].
**Tensión arterial:** Límite superior normal [120 / 80].
**Evaluación cartilla:** NO PRESENTA CARTILLA.

### RECOMENDACIONES

**Glucosa en sangre capilar**

Su glucosa se encuentra por arriba de parámetros normales, por lo que es necesario que acuda a su unidad de salud para valoración.

**Perímetro abdominal**

Su perímetro abdominal indica un exceso de grasa, lo cual incrementa el riesgo de padecimientos cardiacos por lo que es necesario que acuda a su unidad de salud para valoración.

**Índice de masa corporal**

Su Índice de Masa Corporal es compatible con obesidad. Pregunte a su médico respecto a los riesgos para la salud los alimentos que le recomienda así como la forma de preparación y frecuencia de consumo. Realice ejercicio diariamente por 30 minutos o más. Se recomienda seguir los 5 pasos: Muévete – Realiza actividad física. Toma agua – Hidrátate adecuadamente. Come verduras y frutas– Sigue una alimentación correcta. Mídete – Conoce cómo estás y cómo avanzas. Comparte – Disfruta con la familia y amigos todos los pasos.

**Tensión arterial**

Su tensión arterial se encuentra en el límite superior normal, por lo que es necesario que acuda a su unidad de salud para valoración cuando su médico lo indique.

**Evaluación cartilla**

Acuda a su unidad de salud con la Cartilla Nacional de Salud para que verifiquen su esquema de vacunación. En caso de haber extraviado la cartilla solicite reposición de la misma.

La evaluación que acaba de recibir no es el equivalente a una consulta médica, se recomienda acudir a su unidad de salud para valoración integral y determinación de la conducta a seguir.

**Este formato no equivale ni sustituye a una nota médica, ni forma parte del expediente clínico.**

Página 1 de 1



# *EXHIBIT 9*

# EXHIBIT 10



En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda que acuda a la representación diplomática o consular mexicana más cercana.

Baja California, Sur

EN CASO DE EMERGENCIA NOTIFICAR A
IN CASE OF AN EMERGENCY PLEASE NOTIFY
EN CAS D'URGENCE, PRIERE DE NOTIFIER A

Nombre:

Dirección:

Entidad Federativa:

C.P.                    Teléfono:

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS
ADRESSE DU TITULAIRE

Dirección:

Entidad Federativa:

C.P.                    Teléfono:

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSPORT EST VALABLE POUR TOUS LES PAYS

PASAPORTE *Passport*

00159714

**Estados Unidos Mexicanos**

Tipo          Clave del país de expedición
*Type*        *Issuing state code*
Categoría **P** / *Code du pays Emetteur* **MEX**

Pasaporte No.
*Passport No /*
*No. du Passeport*

Apellidos / *Surname / Nom*
**HERRERA FARIAS**
Nombres / *Given names / Prénoms*
**EDGAR OMAR**
Nacionalidad / *Nationality / Nationalité*
**MEXICANA**

Observaciones / *Remarks / Observations*

Fecha de nacimiento / *Date of birth / Date de naissance*
**1987**

CURP

CURP / *Personnel*

Sexo / *Sex / Sexe*         Lugar de nacimiento / *Place of birth / Lieu de naissance*
**M**          **COLIMA**

Fecha de expedición / *Issue date / Date de délivrance*
**04 11 2015**

Fecha de caducidad / *Expiry date / Date d'expiration*
**04 11 2025**

Firma del titular / *Holder's signature / Signature du titulaire*

*Edgar Omar H. F.*

Autoridad / *Authority / Autorité*

**COLIMA**

*EXHIBIT 11*



**Secretaría
de Finanzas
y Administración**

Gobierno del Estado
2014-2015

**MICHOACÁN**
DE OCAMPO



**TRABAJO Y
DESARROLLO**
GOBIERNO DE MICHOACÁN
2014 • 2015

Formato múltiple de pago de contribuciones estatales y/o federales



| GOBIERNO DEL ESTADO DE MICHOACÁN | | Tipo de Comprobante | RECIBO |
|---|---|---|---|
| **R.F.C.** | GEM850101C99 | **Folio/Serie** | **0496949/V** |
| **Domicilio** | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | **Fecha y hora de emisión** | 13/02/2015 12:50:51 |
| | | **Metodo de pago** | EFECTIVO |
| **Régimen** | PERSONAS MORALES CON FINES NO LUCRATIVOS | **Forma de pago** | UNA SOLA EXHIBICION |
| | | **Moneda** | MXP |
| **SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN** (443) 313 40 20, 317 28 06, 312 43 67 | | **Tipo de cambio** | 1.00 |

| Oficina recaudadora | 2201 COAHUAYANA | **RFC / CURP** | HEFE870817 |
|---|---|---|---|
| **Modulo** | | **Contribuyente** | EDGAR OMAR HERRERA FARIAS |
| **Domicilio** | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO | | |
| **Lo atendió** | 526 | **Domicilio** | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PRN6050, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: 2015,0072786



| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020402 | REFRENDO ANUAL DE CALCOMANIA (2015) | $ 635.00 | $ 635.00 |
| | | **Total** | **$ 635.00** |

SEISCIENTOS TREINTA Y CINCO PESOS 00/100 M.N.



CÉDULA DE IDENTIFICACIÓN FISCAL

**GEM850101C99**

C0336636

Cadena original:
||3.2|2015-02-13T12:50:51|Ingreso|PAGO EN UNA SOLA EXHIBICION|635|0|635|EFECTIVO|COAHUAYANA, MICHOACAN DE OCAMPO|GEM850101C99|GOBIERNO DEL ESTADO DE MICHOACAN|FRANCISCO I MADERO PONIENTE|63|CENTRO|MORELIA|MICHOACAN|MEXICO|58000|AV. RAYON|S/N|null|COAHUAYANA DE HIDALGO|COAHUAYANA|MICHOACAN DE OCAMPO|Mexico|60800|PERSONAS MORALES CON FINES NO LUCRATIVOS|XAXX010101000|COBRO AL PUBLICO EN GENERAL.|FRANCISCO I. MADERO PONIENTE|63|CENTRO|0496949|MORELIA|MICHOACAN|México|58000|1|SERVICIO|020402|REFRENDO ANUAL DE CALCOMANIA(2015)|635|635|IVA|0.00|0.00||

Sello digital:
iFng8YMA0CNHV7+TbBX8b0/11lDpTxAv4KYZR8KGwJCjkVv\DoXnTaRAG6rKzUBVmazmlnoRvAM44D7CsxWf6sY51Z+yGYnxuqhCKrgZq1Wn0ZLFGQJAnzPgRC6j+rYpDJ JHsxaJMe+ClaeN/MLOfO1d2QW6WDFfZrJsGpF7AWY=

Documento no deducible para efectos fiscales. Descargue su CFDI desde www.facturacion.michoacan.gob.mx con el UUID: e64f4196-f7bb-4fbf-a80c-a5dba13c6e9c
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitarla.

1/1



**Secretaría de Finanzas y Administración**
Gobierno del Estado de Michoacán
2015 - 2021

Formato múltiple de pago de contribuciones estatales y/o federales.
Documento no deducible para efectos fiscales.

Descargue su CFDI con el UUID: 6152e037-ffd3-4801-8c18-fd23b7e15fb4
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitarla desde www.facturacion.michoacan.gob.mx

| R.F.C | GOBIERNO DEL ESTADO DE MICHOACÁN GEM850101C99 | Tipo de Comprobante | RECIBO |
|---|---|---|---|
| Domicilio | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | Folio/Serie | 2024952/V |
| | | Fecha y hora de emisión | 02/06/2016 11:51:49 |
| Régimen | PERSONAS MORALES CON FINES NO LUCRATIVOS SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN (443) 313 40 20, 317 28 06, 312 43 67 | Metodo de pago | EFECTIVO |
| | | Forma de pago | UNA SOLA EXHIBICIÓN |
| | | Moneda | MXP |
| | | Tipo de cambio | 1.00 |

| Oficina recaudadora 2201 COAHUAYANA Modulo | | RFC / CURP | HEFE870817 |
|---|---|---|---|
| Domicilio | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACÁN | Contribuyente | EDGAR OMAR HERRERA FARIAS |
| | | Domicilio | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |
| Lo atendió | 526 | | |

Sello digital:
RjOcDHgK5ocnCmQam8DMajYczaUgziHp1IXkkvBBgNjAtOeg2gkmKRIupIGoYMrdx0P5ZZKOJWZxInw5qXWy0mh9cGQkAcny5Fc97eU9Vct5KZz2+7LIxt43TK5JMYR5R0cBsaUIORc1P05t29FSRszrspP6GAJft5VuN5Ax

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PFA463S, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: N/A





| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020412 | CANJE DE PLACAS (2016) | $1,477.50 | $1,477.50 |
| 100389 | SUBSIDIO CANJE GENERAL DE PLACAS (2016) (2016) | -$1,477.50 | -$1,477.50 |
| CERO PESOS 0/100 M.N. | | | $0.00 |

3.2 2016-06-02T11:51:49 Ingreso PAGO EN UNA SOLA EXHIBICION 1477.5 -1477.5 0.0 EFECTIVO Coahuayana, MICHOACAN DE-OCAMPO GEM850101C99 GOBIERNO DEL ESTADO DE MICHOACAN FRANCISCO I MADERO PONIENTE 63 CENTRO MORELIA MICHOACAN MEXICO 58000 AV. RAYON S/N nu4 COAHUAYANA DE HIDALGO COAHUAYANA MICHOACAN DE OCAMPO México 60800 PERSONAS MORALES CON FINES NO LUCRATIVOS XAXX010101000 COBRO AL PUBLICO EN

---



**Secretaría de Finanzas y Administración**
Gobierno del Estado de Michoacán
2015 - 2021

t/1

Formato múltiple de pago de contribuciones estatales y/o federales.
Documento no deducible para efectos fiscales.

Descargue su CFDI con el UUID: 3e84eccc-17bc-40cf-bc26-9608bb71149b
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitarse desde www.facturacion.michoacan.gob.mx

| R.F.C | GOBIERNO DEL ESTADO DE MICHOACÁN GEM850101C99 | Tipo de Comprobante | RECIBO |
|---|---|---|---|
| Domicilio | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | Folio/Serie | 1300218/V |
| | | Fecha y hora de emisión | 16/02/2016 10:07:40 |
| Régimen | PERSONAS MORALES CON FINES NO LUCRATIVOS SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN (443) 313 40 20, 317 28 06, 312 43 67 | Metodo de pago | EFECTIVO |
| | | Forma de pago | UNA SOLA EXHIBICIÓN |
| | | Moneda | MXP |
| | | Tipo de cambio | 1.00 |

| Oficina recaudadora 2201 COAHUAYANA Modulo | | RFC / CURP | HEFE870817 |
|---|---|---|---|
| Domicilio | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACÁN | Contribuyente | EDGAR OMAR HERRERA FARIAS |
| | | Domicilio | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |
| Lo atendió | 526 | | |

Sello digital:
vR038+3vOc8OfaCV5U5597+OrGfg08yxTxoEpf02NPbPgJFSYMyOu9cjsxyxGknOpD/eFUR+OYFpxS8TKAgAP3z4HeZ1FT2LhQmTMVnQWhAkqvT7plaMBvaBjtSOdkC6063JOs/pE00xtG1a8x5vb/PFPF7lRYZq7IqJnH4

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PRN6050, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: 2016,0089020





| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020402 | REFRENDO ANUAL DE CALCOMANIA (2016) | $819.00 | $819.00 |
| | | Total | $819.00 |
| OCHOCIENTOS DIECINUEVE PESOS 00/100 M.N. | | | |

3.2 2016-02-16T10:07:40 Ingreso PAGO EN UNA SOLA EXHIBICION 819.0 819.0 EFECTIVO Coahuayana, MICHOACAN DE OCAMPO GEM850101C99 GOBIERNO DEL ESTADO DE MICHOACAN FRANCISCO I MADERO PONIENTE 63 CENTRO MORELIA MICHOACAN MEXICO 58000 AV. RAYON S/N nu4 COAHUAYANA DE HIDALGO COAHUAYANA MICHOACAN DE OCAMPO México 60800 PERSONAS MORALES CON FINES NO LUCRATIVOS XAXX010101000 COBRO AL PUBLICO EN

# *EXHIBIT 12*






SUBSECRETARIA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**
R.F.C. SEP-210905-778

U.R. 610

7110741

AÑO 22 MES 05 DIA 16   ENT. FEDERATIVA 16

CALLE NEZAHUALCOYOTL 127 CENTRO (ÁREA 8) DISTRITO FEDERAL 06080

**RECIBI DE**

R. F. C. y/o MATRICULA

HERRERA — FARIAS — EDGAR OMAR

APELLIDO PATERNO   APELLIDO MATERNO   NOMBRE(S)

GENERACION 22
SEMESTRE

DOM. CONOCIDO COAHUAYANA DE HGO., MICH.

DOMICILIO

GRADO   GRUPO   TURNO

$ 750.00   (SETECIENTOS CINCUENTA PESOS 00/100   M.N.)

LA CANTIDAD DE $

| CANTIDAD | CLAVE | CONCEPTO | | CUOTA | IMPORTE |
|---|---|---|---|---|---|
| 1 | | INSCRIPCION | B001 | $ | 670.00 |
| 1 | | CREDENCIAL | A002 | $ | 30.00 |
| 1 | | A.C.D.P. | B002 | $ | 50.00 |
| | | | TOTAL | | 750.00 |

FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA

NOMBRE DEL CAJERO

C.P. GABRIELA SÁNCHEZ GABRIEL
SAGG820514G46

NOTA: CARECE DE VALIDEZ COMO COMPROBANTE DE PAGO SI NO TIENE SELLO DE LA ESCUELA Y FIRMA DEL CAJERO
EXENTO DE I.V.A. CONFORME AL ART. 15 FRACC. IV DE LA LEY DE IMPUESTO AL VALOR AGREGADO



SUBSECRETARÍA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**
R.F.C. SEP 210905778

SECRETARIA DE EDUCACIÓN PÚBLICA
NEZAHUALCOYOTL No. 127, COL. CENTRO, DELG. CUAUHTÉMOC, C.P. 050800

UR 610   RECIBO No. 7434679

FECHA 27/05/2015   ENTIDAD FEDERATIVA MICHOACÁN

**RECIBI DE**

R.F.C. y/o MATRICULA

HERRERA   FARIAS   EDGAR OMAR
APELLIDO PATERNO   APELLIDO MATERNO   NOMBRES (S)

CONOCIDO COAHUAYANA DE HGO., MICH.
DOMICILIO

GRADO   GRUPO   TURNO
II GEN. 22   A   M

LA CANTIDAD DE $   $750.00

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | Credencial | $30.00 | $30.00 |
| 1 | B002 | A.C.D.P. Asociación de padres de Familia | 720 | $720.00 |
| | | | TOTAL | $750.00 |

SEP   SEMS

NOMBRE Y FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA
CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO., MICH.

C.P. GABRIELA SÁNCHEZ GABRIEL

SUBSECRETARÍA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**

R = : SEP 210305776

| UR | RECIBO No. |
|---|---|
| 610 | 7434679 |

| FECHA | ENTIDAD FEDERATIVA |
|---|---|
| 27/05/2015 | MICHOACÁN |

SECRETARIA DE EDUCACIÓN PUBLICA
NEZAHUALCOYTL No 127 COL CENTRO DELG CUAUHTEMOC, CP 060800

**RECIBÍ DE**

R.F.C. y/o MATRICULA

| HERRERA | FARIAS | EDGAR OMAR |
|---|---|---|
| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRES (S) |

| CONOCIDO COAHUAYANA DE HGO., MICH. | | |
|---|---|---|
| DOMICILIO | | |

| GRADO | GRUPO | TURNO |
|---|---|---|
| II GEN. 22 | A | M |

LA CANTIDAD DE $     $750.00

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | Credencial | $30.00 | $30.00 |
| | B002 | A.C.P.F. Cooperación de padres de familia | 720 | $720.00 |
| | | | TOTAL | $750.00 |

NOMBRE Y FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA

CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO, MICH.

C.P. GABRIELA SANCHEZ GABRIEL

SUBSECRETARIA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACION TECNOLOGICA AGROPECUARIA

| UR | RECEIPT Nº |
|---|---|
| 610 | 7434679 |

## OFFICIAL COLLECTION  RECEIPT

| DATE | FEDERAL ENTITY |
|---|---|
| 27/05/2015 | MICHOACAN |

NETZAHUATCOYOTL Nº127, COLONIA CENTRO.DELEGACION CUAUHTEMOC C.P. 60800

_____ I RECEIBED FROM_____

| HERRERA | FARIAS | EDGAR OMAR | REGISTRATION Nº |
|---|---|---|---|
| LAST NAME | | NAME | |

| COAHUAYANA MICHOACAN | GRADE | GROUP | SHIFT |
|---|---|---|---|
| PLACE | II   GEN 22 | A | M |

| THE AMOUNT OF $ | $750.00 | | |
|---|---|---|---|

| TOTAL | CODE | CONCEPT | FEE | AMOUNT |
|---|---|---|---|---|
| 1 | A002 | SCHOOL ID CARD | $ 30.00 | $ 30.00 |
| 1 | B002 | VOLUNTARY COOPERATION FEE | $720.00 | $720.00 |
| | | | TOTAL | $750.00 |

CASHIER'S NAME AND SIGNATURE

SCHOOL'S SEAL ANDA DATA

CERTIFIED PUBLIC ACCOUNTANT

**SEP**
SECRETARÍA DE
EDUCACIÓN PÚBLICA

SUBSECRETARÍA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**

R`F. C. SEP 210905778

SECRETARÍA DE EDUCACIÓN PÚBLICA
NEZAHUACÓYOTL No. 127, COL. CENTRO, DELG. CUAUHTÉMOC, C.P. 060800

| UR | RECIBO No. |
|---|---|
| 610 | 7435908 |
| FECHA | ENTIDAD FEDERATIVA |
| 16/03/2016 | MICHOACÁN |

**RECIBI DE**

| HERRERA | FARIAS | EDGAR OMAR | R.F.C. y/o MATRICULA |
|---|---|---|---|
| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRES (S) | |

| COAHUAYANA, MICH. | GRADO | GRUPO | TURNO |
|---|---|---|---|
| DOMICILIO | IV "A" | SAETA | M |

| LA CANTIDAD DE $ | $750.00 |
|---|---|

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | EXPEDICION Y OTORGAMIENTO DE DOCUMENTOS OFICIALES | $30.00 | $30.00 |
| 1 | B001 | CUOTAS DE COOPERACION VOLUNTARIA | 720 | $720.00 |
| | | | TOTAL | $750.00 |

SEMS

NOMBRE Y FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA

SEP
DGETA
CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO. MICH.

C.P. GABRIELA SÁNCHEZ GABRIEL

NOTA: CARECE DE VALIDEZ COMO COMPROBANTE DE PAGO SI NO TIENE SELLO DE LA ESCUELA Y FIRMA DEL CAJERO EXENTO DEL I.V.A. CONFORME AL ART. 15 FRACC. IV DE LA LEY DE IMPUESTO AL VALOR AGREGADO.