# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>ALFREDO MAGANA GARIBAY,<br><br>                            Defendant. | Case No.    4:15-CR-6049-EFS-18<br>CRIMINAL MINUTES<br><br>DATE:    SEPTEMBER 18, 2018<br>LOCATION:   RICHLAND<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| | **Hon. Edward F. Shea** | |
|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Kim Allen<br>**Court Reporter** |
| Stephanie Van Marter<br>**Government Counsel** | | Nicholas Marchi<br>**Defendant's Counsel** |

[ X ]  Open Court          [   ]  Chambers          [   ]  Telecon

Defendant present, in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed
Court advises defendant of Constitutional Rights given up by plea of guilty
Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for December 12, 2018 at 10:30 a.m. in Richland**

U.S. Probation Officer to prepare the PSIR

**[ X ]  ORDERS FORTHCOMING**

| CONVENED:  1:59 P.M. | ADJOURNED:  2:33 P.M. | TIME:  34 MINS | CALENDARED   [ X ] |
|---|---|---|---|