## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>JESE DAVID CARILLO CASILLAS (1);<br>ALEXIS JOEL GARCIA PALOMINO (4);<br>BRITTANY LEE ZARAGOZA (10);<br>EDGAR OMAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18);<br>MARCIAL BRAVO ZAMBRANO (20); and<br>MIGUEL REYES GARCIA (21),<br>                              Defendants. | Case No.    4:15-CR-6049-EFS-2, 4, 10, 16, 18, 20, 21<br><br>CRIMINAL MINUTES<br><br>DATE:    SEPTEMBER 18, 2018<br>LOCATION:    RICHLAND<br><br>**PRETRIAL CONFERENCE/MOTION HEARING** |

|  | **Hon. Edward F. Shea** |
|---|---|---|---|
| Cora Vargas<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Carolina Hickey<br>Susan Evans<br>**Interpreter** | Kim Allen<br>**Court Reporter** |
| Stephanie Van Marter<br><br>**Government Counsel** | colspan="3" | Nicolas Vieth, telephonically for Defendant Carillo Casillas<br>Jeffrey Niesen for Defendant Garcia Palomino<br>Victor Lara for Defenadnt Zaragoza<br>Peter Schweda for Defendant Herrera Farias<br>Nicholas Marchi for Defendant Magana Garibay<br>Walter & Zachary Ayers for Defendant Bravo Zambrano<br>Kenneth Therrien for Defendant Reyes Garcia<br><br>**Defendant's Counsel** |

[ X ]  **Open Court**          [   ]  **Chambers**          [   ]  **Telecon**

Defendants Carillo Casillas, Garcia Palomino, Herrera Farias, Bravo Zambrano and Reyes Garcia all present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Magana Garibay present, in custody of the US Marshal
Defendant Zaragoza present, not in custody of the US Marshal

Colloquy between Court and Ms. Van Marter regarding status of remaining counts as to Defendant Jese David Carillo Casillas.
No objection by all defense counsel to admission of evidence surrounding alleged transactions involving Defendant Carillo Casillas and other co-defendants during trial
Ms. Van Marter advises that based on that information, a motion to dismiss remaining counts as to Defendant Carillo Casillas will be filed within a week

**[ X ]   ORDER FORTHCOMING**

| **Convened:** 9:13 A.M.<br>10:30 A.M. | **Adjourned:** 10:04 A.M.<br>10:43 A.M. | **Time:** 1:04 HRS | **Calendared** [ X ] |
|---|---|---|---|

*USA -vs- Carillo Casillas, et al.*   September 18, 2018
4:15-CR-6049-EFS-2, 4, 10, 16, 18, 20, 21   Page 2
Hearing Type

Argument by Ms. Van Marter in opposition to Defendant Zaragoza's Motion for Order Redacting Statement (ECF No. 883)
Argument by Mr. Lara in support of motion
**Court**: motion taken under advisement

Ms. Van Marter moves to extend JERS deadline by one day
Objection by Mr. Therrien
No objection by all other defense counsel
**Court**:  motion granted

Court and Ms. Van Marter discuss trial schedule, voir dire and opening statements

Court and all counsel agree to back-striking during jury selection

Court and Ms. Van Marter discuss trial schedule

Court and Mr. Lara, Mr. Therrien and Mr. Schweda discuss length of voir dire and opening statements

Court, Mr. Schweda, and Ms. Van Marter discuss briefing schedule on Defendant Herrera Farias' Motion to Suppress Defendant's Seizure on September 6, 2013
**Court**: Government's response shall be filed by October 3, 2018; Defendant's reply shall be filed by October 5, 2018.  Court will decide on possible sanctions for late filing at a later date

Ms. Van Marter informs the Court she received reciprocal discovery from Mr. Schweda and filed an objection on September 17, 2018

Court and counsel discuss reciprocal discovery

Court informs all defendants and defense counsel, except Mr. Schweda and Defendant Herrera Farias, they are excused for the remainder of this hearing, as it relates to Defendant Herrera Farias only

Recess: 10:04 am
Reconvene: 10:30 am

Defendant Edgar Omar Herrera Farias, Mr. Schweda and Ms. Van Marter present (all other defendants and counsel excused by Court)

Ms. Van Marter objects to reciprocal discovery submitted by Mr. Schweda
**Court**: Mr. Schweda shall file a response to the Government's objection no later than Monday, September 24, 2018; sanctions will be decided at a later date