Honorable Judge:

I am Aurelia Mendoza Ramos mother of Gabriela Mendoza Vazquez. Your honor you want to know my opinion of my daughter Gabriela. I will give you my opinion. She has been a victim of everything that is happening to her. She has suffered a lot. In our house hold she has suffered domestic violence when she was a child. It was hard for her to see us fight and not be able to do anything about it since she was just an innocent child and didn't understand what was going on. At that time, we did not realize the damage we were causing her psychologically. She did not deserve to live that way unfortunately we could not avoid it. When she became a teen, she passed another bad experience. She wanted for us her parents to hear her an understand her, when she knew she didn't have our support she was disoriented and disappointed, she had no one to count on, she made an incorrect decision. She did not know of another way out of our house. She was manipulated by a man that was not good for her and now she is suffering the consequences of her error. She thought that her life was going to be different than the one she had lived with us. That was not the case she was left with 3 kids form that relationship and now she is alone trying to support her kids. Which has not been easy for her being a mother and a father. I hope you understand the situation she has gone through. As her mother I know her suffering and it hurts me not being able to do anything to help her. I am very far away from her and I ask god to help her. We are all capable of making mistakes and deserve a second chance. Her kids need her as they are still very small and only have her. It would be very sad for them to be separated from their mother and has no one to look after them. I hope you understand her situation and that she is not in custody for very long.

Thank You for understanding your honor.


Aurelia Mendoza Ramos