FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESE DAVID CASILLAS CARILLO (2);<br>ALEXIS JOEL GARCIA PALOMINO (4);<br>EDGAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18);<br>MARCIAL BRAVO ZAMBRANO (20);<br>AND<br>MIGUEL REYES GARCIA (21),<br><br>　　　　　　　　Defendants. | No.　4:15-CR-06049-EFS<br><br>**ORDER MEMORIALIZING ORDER REGARDING SHACKLING AT PRETRIAL CONFERENCE** |

A pretrial conference was held on September 18, 2018. ECF No. 905. The United States Marshals requested permission to restrain the in-custody defendants using leg shackles during the hearing. This order memorializes the Court's oral ruling granting the United States Marshals permission to shackle the in-custody defendants during the pretrial conference. The Court found that there was compelling government interest in ensuring the safety of all individuals in the courtroom, including defendants, counsel, and courthouse staff. All in-custody defendants are facing a mandatory minimum sentence of ten years' imprisonment.

*See* ECF No. 105. Due to the security risks that were presented by the large number of defendants and other individuals who were present in the courtroom and the nature of the charges in this case, the Court found that using leg shackles was the least restrictive means possible for maintaining security and order in the courtroom and accomplishing the Court's compelling interest in ensuring the safety of everyone in the courtroom. In addition, because the hearing was a pretrial conference, there was no possibility of jurors being biased based on shackling, and the Court therefore found that any prejudice to Defendants' rights was limited and was justified by the compelling security interests at stake.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   21st   day of September 2018.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge