# *EXHIBIT 16013*

NOTARY PUBLIC

In care of
LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS
COAHUAYANA, MICHOACAN
Prol. Av. Constitucion 780, Centro, C.P. 60800

## COMPARISON

The licensed subscriber **Guillermo Emmanuel Ruiz Contreras**, Notary Public Number Seventy in the State of exercise and with residence in Coahuayana, Michoacan, **certifies and registers** that the preceding document which is a photostatic copy, is a true copy of the original from which it is reproduced, and I also acknowledge that I viewed it as it was presented to me by the interested party, for which I compare and issue this certification for this petition of the same, I so attest - - - - - - - - - - - - - - - - - - - - - - - - - Coahuayana de Hidalgo, Michoacan, on this12th twelfth of April of 2017 two thousand and seventeen. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Notary Public No. 70

**Licensed subscriber Guillermo Emmanuel Ruiz Contreras.-**



# GOBIERNO DEL ESTADO DE MICHOACÁN
## (MICHOACAN STATE GOVERNMENT)

# LIVESTOCK PATENT

GENERAL LOCAL LIVESTOCK
ASSOCIATION  FROM
AQUILA, MICHOACAN.



Maquili, Mpio. de Aquila, Mich.

A los 8 días del mes de abril de 2016

Asunto: Constancia

A quien corresponda:

Por medio de la presente el que suscribe C. Jesús Herrera Álvarez, presidente del comisariado del ejido Maquili,

HAGO CONSTAR QUE:

El C. Edgar Omar Herrera Farías es ejidatario de este ejido que represento, y tiene en posesión publica, pacífica y continua una parcela cuyo certificado está en trámite y además tiene en posesión 20 hectáreas aproximadamente del área de uso común de dicho ejido. Dicha superficie está dedicada para uso ganadero del poseedor.

Se extiende la presente a solicitud del interesado para los usos y fines legales que mejor convengan.



Atentamente:

C. Jesús Herrera Álvarez

Presidente del Comisariado del Ejido Maquili

Maquili, Municipality of Aquila, Michoacan.

November 8th 2016

Issue: Constancy

To whom it may concern:

Through the present that subscribe Mr. Jesus Herrera Alvarez, President of the Commission of Maquili common land.

### NOTES THAT:

Mr. Edgar Omar Herrera Farias is participant of this common land that I represent, and he has a piece of ground on peaceful and continuous possession, whose certificate is in process and he also has a possession of approximately 20 hectares of Common Use which is in this common land. This area is exclusively for livestock use by the owner.

The present application is extended to the interested party for the uses and legal purposes that best agree.

_____

Mr. Jesús Herrera Álvarez

President of the Commission of Maquili common land.



# H. Ayuntamiento Constitucional de
## Aquila, Michoacán

PATENTE NUM. 4127

EL Ciudadano ING. JOSE LUIS ARTEAGA OLIVARES

Presidente Municipal que actúa con el Secretario que autoriza CERTIFICA en el Libro Núm._____ de REGISTRO DE FIERROS, MARCAS, VENTAS, SEÑALES, TATUAJES Y ARETES, correspondientes a esta Municipalidad, a fojas _____ se encuentra asentado un registro cuyo tenor literal es el siguiente: REGISTRO NUM. 4127

Registro correspondiente al C. EDGAR OMAR HERRERA FARIAS

residente en SAN JUAN DE ALIMA, MICH. Clase de Animales 15 VACAS, 07 VAQUILLAS, 04 BE-CERRAS, 05 BECERROS Y 01 SEMENTAL.

lugar donde se encuentra el Ganado LA PLACITA, MPIO. AQUILA, MICH.

Descripción de Señales: FIERROS, MARCAS, VENTAS, ~~TATUAJES~~, ARETES

Observaciones _____

se presentó el interesado Solicitando a este Registro y la Asociación Ganadera Local dio su aprobación. Se pagaron los derechos correspondientes según derecho Núm. _____

él ___11___ de ___MAYO___ de 20 16.

El Presidente Municipal ING. JOSE LUIS ARTEAGA OLIVARES     Rubricado
El Secretario Municipal LIC. EBENEZER VERDIA RUIZ     Rubricado

Es copia fielmente tomada de su original que se expide en cumplimiento a lo dispuesto por los artículos 89 y 41 de la Ley de Ganadería del Estado, vigente para que surta efecto legal de PATENTE.

Aquila, Michoacán., a ___11___ de ___MAYO___ de 20 16

EL PRESIDENTE MUNICIPAL     EL SECRETARIO MUNICIPAL

ING. JOSE LUIS ARTEAGA OLIVARES     LIC. EBENEZER VERDIA RUIZ



# H. AYUNTAMIENTO CONSTITUCIONAL DE AQUILA, MICHOACAN.

### (CONSTITUTIONAL CITY HALL FROM AQUILA, MICHOACAN.)

## PATENT Nº   4127

The Mexican citizen <u>ING. JOSE LUIS ARTEAGA OLIVARES,</u>  municipal Mayor and the Secretay, CERTIFY in the book nº _____  who registers the IRONS, BRANDS, SALES, SIGNALS, TATOOS AND EARRINGS, corresponding to this municipality,  is setting a register  which  literal  tenor  is  the  following.  REGISTRATION  Nº <u>4127</u>
Registration corresponding to <u>Mr. EDGAR OMAR HERRERA FARIAS</u>

Resident in <u>SAN JUAN DE ALIMA,  MICHOACAN.</u>    Kind of animals:  <u>15 COWS, 07 VEALS, 04 CALVES,  05 CALVES, 01 STALLION</u>

Place where the cattle is located: <u>LA PLACITA,  MUNICIPALITY OF AQUILA, MICHOACAN</u>

Signal description:          IRONS, BRANDS, SALES, SIGNALS, TATOOS AND EARRINGS

Observations:_____

The interested party was presented requesting to this Registration office and the Local Cattle Association gave its approval. The corresponding feeds were paid on <u>May  10 2016.</u>

The Mayor:    <u>ING. JOSE LUIS ARTEAGA OLIVARES</u>                    RUBRICATED

The Secretary,  <u>LIC. EBENEZER VERDIA RUIZ.</u>                            RUBRICATED

It is a copy faithfully taken from its original which is issued in compliance with the provisions of articles 39 and 41 of the State's cattle law, in order to have legal effect of PATENT.

Aquila, Michoacan. <u>MAY 11ᵗʰ 2016</u>

The Mayor:                                    The Secretary:

_____          _____

NG. JOSE LUIS ARTEAGA OLIVARES            LIC. EBENEZER VERDIA RUIZ

Se certifica que las presentes traducciones de documentos ORIGINALES, de EDGAR OMAR HERRERA FARIAS, traducidos del español al idioma Inglés; que soy competente para traducir como lo acredita mi cédula Profesional 2984328 Expedida por la Secretaría de Educación Pública del Gobierno del Estado de Colima.

Los documentos originales traducidos son los siguientes:

- Registro del fierro de la Patente nº 4127
- Constancia de que pertenece al ejido de Maquili, Michoacan.
- Recibo oficial de inscripción al CBTA 140 (2015)
- Recibo oficial de inscripción al CBTA 140 (2016)
- Recibo del refrendo anual de patente.
- Patente de Ganado (3 hojas)

**MC. JUDIT CAMPOS DUEÑAS**
**CEDULA PROFESIONAL: 2984328**
**DOMICILIO ABASOLO Nº 101, EL RANCHITO, MICHOACAN**
**CEL.31332 93896**








# IDENTIFICACION

## CLAVE 16  MICHOACAN

## ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.

NOMBRE HERRERA FARIAS EDGAR OMAR

DIRECCION CONOCIDO

POBLACION SAN JUAN DE ALIMA

MUNICIPIO AQUILA

CREDENCIAL No. 0759          R.F.C. HEFE 870817

CURP. HEFE 870817HCMRRD09

LUGAR DONDE PASTA EL GANADO LA PLACITA

### TIPO DE EXPLOTACION

ESTABULADO:_____ SEMIESTABULADO:_____ LIBRE PASTOREO: X

### TIPO DE TENENCIA

EJIDAL: X  PEQUEÑA PROPIEDAD:_____ COMUNAL:_____ RENTADA:_____

CLASE Y RAZA DE GANADO: CRUZADO

PRODUCE: CARNE ( X )    LECHE (    )    DOBLE PROPOSITO (    )

No.- DE CABEZAS, A LA FECHA DE EXPEDICION DE ESTA PATENTE: 35  CABEZAS

_Edgar Varas HF_

FIRMA DEL SOCIO GANADERO

El C. Presidente Municipal

hace CONSTAR que el FIERRO que se diseña en esta PATENTE, quedo registrado en el Libro Número _____ a fojas _____

H. AYUNTAMIENTO
2015 — 2018
TRABAJANDO LA SECRETARIA

PRESIDENCIA MUNICIPAL

SECRETARIA MUNICIPAL No. 0759

M. _____ B. S
ASOCIACION GANADERA LOCAL
AQUILA, MICH.
R.F.C. AGL650424...

## IDENTIFICATION
## CODE 16 MICHOACAN.
## AQUILA GENERAL LOCAL LIVESTOCK ASSOCIATION.

NAME:  HERRERA FARIAS EDGAR OMAR

ADDRESS:  KNOWN

TOWN: SAN JUAN DE ALIMA

CITY HALL:  AQUILA

ID. NUMBER:      0759                    R.F.C. HGFE 870817

CURP: HEF870817HCMRAD09

PLACE WHERE LIVESTOCK GRAZES: LA PLACITA

### OPERATION TYPE

STABULATED: ____   HALF STABULATED _____   FREE GRAZING:___X____

### HOLDING TYPE

EJIDAL __X____    SMALL PROPERTY_____COMMUNAL_____ RENTED:_____

CATTLE'S CLASS AND RACE:  CRUSADE RACE

PRODUCE:   MEAT (  X  )    MILK (    )    DOUBLE PURPOSE (    )

Nº  HEADS OF CATTLE OF THIS PATENT :      35

_____
LIVESTOCK PARTNER SIGNATURE

THE MAYOR:   ING. JOSE LUIS ARTEAGA OLIVARES
States that the "FIERRO" (iron design) designed in this PATENT was registered  in the book nº _____

| CITY HALL | Nº  0759 | LOCAL  LIVESTOCK ASSOCIATION |
|-----------|----------|------------------------------|

# Asociación Ganadera
# Local de Aquila

**FOLIO**

REFRENDO ANUAL DE PATENTE 20 _16_

| DIA | MES | AÑO | |
|-----|-----|-----|---|
| 11 | 05 | 20 16 | No. de Patente: 0759 |

Diseño del Fierro

Nombre: HERRERA FARIAS EDGAR OMAR

Domicilio: CONOCIDO          Población: SAN JUAN DE ALIMA

R.F.C. HEEE-870817     Clave: 008-669          Credencial: 0759

Lugar donde pasta el ganado: La Placita          Municipio: Aquila

Tipo de Explotación:  Estabulado ☐ 1   Semiestabulado ☐ 2          Pastoreo ☒ 3   Corral de Engorda ☐ 4

Tipo de Tenencia:  Ejidatario ☒ 1   P. Propietario ☐ 2          Comunero ☐ 3   Renta Predio ☐ 4

Clase de Ganado  Registro ☐ 1   Criollo ☐ 2          Cruzado ☒ 3

Raza _____          Raza CRUZADO

Produce:  Leche ☐ 1   Carne ☒ 2   Becerro de Engorda ☐ 3   Pie de Cría ☐ 4

**Número de Cabezas de Ganado que da de alta, conforme al Reglamento Vigente:**

| Vacas | Vaquillas o Terneras | Becerras | Toros | Toretes | Becerros |
|-------|---------------------|----------|-------|---------|----------|
| 15 | 7 | 4 | 1 | — | 5 |
| Bueyes | Caballos | Burros | Mulas | Caprinos | Ovinos |
| | | | | | |

A.G.L.A. $ _____          TOTAL $ 58

_Edgar Omar H F_
FIRMA DEL SOCIO

FIRMA Y SELLO DE LA ASOCIACIÓN

COPIA AZUL: GANADERO   COPIA AMARILLA: ASOCIACIÓN

# COTEJADO

Case 4:15-cr-06049-EFS   ECF No. 912-1   filed 09/21/18   PageID.4478   Page 13 of 20

# LOCAL LIVESTOCK ASSOCIATION
## FROM AQUILA
## ANNUAL PATENT ENDORSING 2016



| DAY | MONTH | YEAR | PATENT Nº |
|-----|-------|------|-----------|
| 11  | 05    | 2016 | 0759      |

FOLIO Nº

IRON'S DESIGN

| NAME: HERRERA FARIAS EDGAR OMAR | |
|---|---|
| ADDRESS: KNOWN | TOWN: SAN JUAN DE ALIMA |
| RFC. HEFE870817 | CODE: 008-669 | ID. Nº 0759 |

PLACE WHERE LIVESTOCK GRAZES : LA PLACITA      CITY HALL: AQUILA

OPERATION TYPE: STABULATED: ____ HALF STABULATED ___FREE GRAZING: X  CORRAL FATTENIGN ____

HOLDING TYPE: EJIDAL  X__ SMALL PROPERTY___COMMUNAL_____ RENTED:_____

CATTLE'S CLASS AND RACE: REGISTRY ____ CREOLLE _____ CROSSED X
                     RACE _____   RACE: CROSSED

PRODUCE:  MEAT ___X____    MILK _____   FATTENING _____CALVES FOOT____

Number of heads of cattle that discharge, according to the current regulation:

| COWS 15 | HERFER OR VEALS 7 | CALVES 4 | BULLS 1 | SMALL BULLS 0 | CALVES 5 |
|---------|-------------------|----------|---------|---------------|----------|
| OXEN    | HORSES            | DONKEY   | MULES   | GOATS         | OVINE    |

_____                    total $ 50.00

Partner signature                     _____
                                      Asociation's signature and seal.



. CONGRESO DEL ESTADO DE MICHOACÁN

AUDITORÍA SUPERIOR DE MICHOACÁN

MUNICIPIO DE AQUILA, MICHOACÁN

AV. INDEPENDENCIA S/N COL. CENTRO
C.P. 60870 AQUILA, MICHOACÁN.
MAM850101KD4

RECIBO

N° 3365

CLAVE 074

DÍA MES AÑO
12 / 05 / 16

IMP. AÑOS ANTERIORES $

CUENTA CORRIENTE $ 159. 00

Edgar Omar Herrera Farias
CUENTA

CONCEPTO
Nuevo Registro
de Patente

REZAGOS $

RAMO
CLAVE — ENTERO

25% ADICIONAL $

RECARGOS $

Ciento Cincuenta y nueve
Pesos 00/100 M. N.

OTROS $

V.A. $

TOTAL $ 159. 00

ESTADO DE MICHOACAN
MUNICIPIO DE AQUILA
TESORERÍA
SELLO DE LA TESORERÍA MUNICIPAL

FIRMA DEL RECAUDADOR

IMPRESIÓN MÁQUINA REGISTRADORA

IMPORTANTE: ESTE RECIBO NO ES VÁLIDO SI PRESENTA RASPADURAS, ENMENDADURAS O SI FALTA EL SELLO DE LA OFICINA O FIRMA RESPECTIVA

## CONSTANCIA DE ACTUALIZACIÓN DEL PADRÓN GANADERO NACIONAL (PGN)

**DATOS PRODUCTOR UPP: 16-008-1153-001**

**INFORMACIÓN de la UPP**

| | |
| --- | --- |
| Razón Social | |
| Nombre | EDGAR OMAR HERRERA FARIAS |
| C.U.R.P. | HEFE670817HCMRRD09    R F C |
| Estado | Michoacan de Ocampo |
| Municipio | Aquila |
| Cd. o Poblacion | SAN JUAN DE ALIMA |
| Colonia | CENTRO |
| Calle y Numero | CONDCIDO |
| C.P. | 60870                Telefono(s) |
| Correo-E | |

| | |
| --- | --- |
| Nombre (del Rancho) | LA PLACITA |
| Superficie (ha) | 20.00Parcial |
| Localidad/Paraje | SAN JUAN DE ALIMA |
| Municipio | Aquila |
| Tipo de Tenencia | Ejidal - No Ejidatarios: 0 |
| Como llegar al predio | POR LA PLACITA A 1KM DEL CRUCERO |
| Patente de Fierro | \0759 |
| Registro UMA | Cert. rastreabilidad de la Miel |
| Fecha Alta | 2016-05-12 |
| Fecha Actualizacion | 2016-05-12 14:35:12 |
| FOLIO HOLOGRAMA | |
| FOLIO. - 381777 | |

### SUPERFICIE de la UPP

| En Hectareas | Estabulado/Traspatio | Agostadero | Agricola | CONCEPTO Forestal Maderable | Praderas | Cultivos Forrajeros | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Riego | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Temporal | | 0.00 | 5.00 | 0.00 | 15.00 | 0.00 | 20.00 |
| TOTALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### FINALIDAD ZOOTÉCNICA del GANADO

| | Leche | Carne | Doble P. | Toros de Lidia | Pie de Cria | Engorda | Lana | Caantos | Miel | Polinizacion | Reina | Polen |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bovinos | | √ | | | | | | | | | | |
| Ovinos | | | | | | | | | | | | |
| Caprinos | | | | | | | | | | | | |
| Colmenas | | | | | | | | | | | | |

| | Comercial | Carne | Piel | Pie de Cria | Mascota | Autoconsumo | Deporte | Trabajo | Huevo | Reproductoras | Progenitoras | Otra |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Porcinos | • | | | | | | | | | | | |
| Equidos | | | | | | | | | | | | |
| Aves | | | | | | | | | | | | |
| Conejos | | | | | | | | | | | | |

### ESPECIES de GANADO EXISTENTES en la UPP

| ESPECIE | Vientres | Crias | Sementales | Vaquillas | Novillos | Engorda | Otras | (Especifique) TOTAL | Razas o Cruzas |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BOVINO | 15 | 9 | 1 | 7 | 0 | 0 | 0 | 32 | Cruza Europeo/Cebu |
| OVINO | Vientres 0 | Crias 0 | Sementales 0 | 0 | 0 | Engorda 0 | Triponta 0 | 0 | |
| CAPRINO | 0 | 0 | 0 | | | 0 | 0 | 0 | |
| COLMENAS | Colmenas 0 | Nucleos de Fecundacion 0 | | | | | | 0 | |
| PORCINOS | 0 | | 0 | | | 0 | 0 | 0 | |
| EQUIDO | Caballos 0 | Burros 0 | Mulas y Machos 0 | Yeguas 0 | Sementales 0 | Otros 0 | | 0 | |
| AVES | Pollos y Gallinas 0 | Guajolotes 0 | Codornices 0 | Avestruces 0 | | | | 0 | |
| CONEJOS | Vientres 0 | Crias 0 | Sementales 0 | Engorda 0 | Reemplazos 0 | | | 0 | |

M.V.Z. JOSE ANTONIO ZARAGOZA RAUDA
Jefe de
VENTANILLA AUTORIZADA LOCAL COALCOMAN

EDGAR OMAR HERRERA FARIAS
Productor
Firma de Conformidad

**FOLIO HOLOGRAMA: - 381777**

Se extiende la presente para los fines que al interesado convenga
La presente se extiende sin costo alguno.
La presente constancia no tendrá validez si no presenta el sello de la Ventanilla, firma del emisor y holograma de Siniiga

Este programa es de caracter público, no es patrocinado ni promovido por partido político alguno y sus recursos provienen de los impuestos que pagan todos los contribuyentes. Esta prohibido el uso de este programa con fines politicos, electorales, de lucro y otros distintos a los establecidos. Quien haga uso indebido de los recursos de este programa deberá ser denunciado y sancionado de acuerdo con la ley aplicable y ante la autoridad competente

Este programa es publico, ajeno a cualquier partido político. Queda prohibido el uso para fines distintos a los establecidos en el programa

cep Archivo

# DISEÑO DEL FIERRO Y MARCA



SEÑAL DE SANGRE _____

TATUAJES O ARETE _____

**No.**   0759

## 2016

| FECHA | FACTURA | ALTA O BAJA | VACAS | VAQUILLAS | BECERRAS | TOROS | TORETES | BECERROS | BUEYES |
|-------|---------|-------------|-------|-----------|----------|-------|---------|----------|--------|
| | | | 15 | 7 | 4 | 1 | — | 5 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Refrenda en el H. Ayuntamiento de _____

el día _____ de _____ AQUILA _____.

H. AYUNTAMIENTO
2015 — 2018
SEMBRANDO LA ESPERANZA

No. 0759

PRESIDENCIA MUNICIPAL  SECRETARIA MUNICIPAL

ASOCIACION GANADERA LOCAL
AQUILA, MICH.
R.F.C. AGL6504243...



**2014 - 2017**



# GOBIERNO DEL ESTADO DE MICHOACAN

# PATENTE DE GANADO

**ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.**



# NOTARIA PÚBLICA

# 70

A CARGO DEL
LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800

### C O T E J O :

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Número Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática, concuerda fielmente con el original del que se reproduce, mismo que doy fé tuve a la vista ya que me fue mostrado por el interesado, por lo que cotejo y expido la presente certificación a petición del mismo.- Doy fé. - - - - - - - - - - - - - - - - - - - - - - - - - - - - Coahuayana de Hidalgo, Michoacán, a 12 doce de abril del 2017 dos mil diecisiete.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70



**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**
RUCG-830329-KA8

# IDENTIFICACION

## CLAVE 16 MICHOACAN

## ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.

NOMBRE HERRERA FARIAS EDGAR OMAR

DIRECCION CONOCIDO

POBLACION SAN JUAN DE ALIMA

MUNICIPIO AQUILA

CREDENCIAL No. 0759    R.F.C. HEFE 870817

CURP. HEFE 870817HCMRRD09

LUGAR DONDE PASTA EL GANADO LA PLACITA

### TIPO DE EXPLOTACION

ESTABULADO:_____ SEMIESTABULADO:_____ LIBRE PASTOREO: X

### TIPO DE TENENCIA

EJIDAL: X _____ PEQUEÑA PROPIEDAD:_____ COMUNAL:_____ RENTADA:_____

CLASE Y RAZA DE GANADO: CRUZADO

PRODUCE: CARNE ( X )    LECHE ( )    DOBLE PROPOSITO ( )

No.- DE CABEZAS, A LA FECHA DE EXPEDICION DE ESTA PATENTE: 35 CABEZA

FIRMA DEL SOCIO GANADERO

El C. Presidente Municipal ING. JOSE LUIS ARTEAGA OLIVARES

hace CONSTAR que el FIERRO que se diseña en esta PATENTE, quedó registrado en el Libro Número_____ a fojas_____

2019 — 2015

PRESIDENCIA MUNICIPAL
SECRETARIO MUNICIPAL    No. 0759

ASOCIACION GANADERA LOCAL
AQUILA, MICH.
R.F.C. AGL850404...

---

# DISEÑO DEL FIERRO Y MARCA



COTEJADO

SEÑAL DE SANGRE _____

TATUAJES O ARETE _____

No.    0759