September 24, 2018

To Whom It May Concern:

I am Gabriela Mendoza Vasquez.  I was 16 years old when I got together with Mr. Calvillo.  I had just turned 18 years of age when I had my first child with Mr. Calvillo.

While we were together, I relied on child support from Mr. Calvillo.  All of the money that Mr. Calvillo-Hernandez deposited for me was for living expenses for my children and myself.

Many other people received money in this case and were not charged including Mr. Calvillo's wife in Mexico & at least one of other wife of one of the people charged in this case.

I have accepted responsibility for my actions in this case.  The fact that my children's father was murdered in Mexico was beyond my control.  The fact that I was diagnosed with cancer and I am now awaiting to see if I am cancer free is also beyond my control.

I deeply regret that my actions in this case have put my young children in such a sad and difficult situation.  I am very fearful of how traumatized they are going to be if I am sent to prison for a lengthy period of time.

Sincerely,

Gabriela Mendoza Vasquez