FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    4:15-CR-06049-EFS |
| Plaintiff, | |
| v. | **ORDER MEMORIALIZING RULINGS MADE AT THE SEPTEMBER 18, 2018 PRETRIAL CONFERENCE** |
| JESE DAVID CASILLAS CARILLO (2); ALEXIS JOEL GARCIA PALOMINO (4); BRITTNEY LEE ZARGOZA (10); EDGAR HERRERA FARIAS (16); ALFREDO MAGANA GARIBAY (18); MARCIAL BRAVO ZAMBRANO (20); AND MIGUEL REYES GARCIA (21), | |
| Defendants. | |

A pretrial conference was held on September 18, 2018. ECF No. 900. Before the Court were several motions filed by Counsel for Defendant Edgar Omar Herrera Farias: Motion in Limine and Objections, ECF No. 894, Motion for Leave to File, ECF No. 895, Motion to Suppress, ECF No. 896, and Motion to Expedite, ECF No. 897. The Government had also filed a Notice of Objection to the Admission of Foreign Documents as to Edgar Omar Herrera Farias, ECF No. 899. At the pretrial conference, the Government made an oral motion to extend the date to file their

1  electronic JERS information. The Court ruled on these motions,[1] and this Order

2  memorializes the Court's oral rulings.

3      The motions filed by Defense Counsel Peter Schweda on behalf of Defendant

4  Edgar Omar Herrera Farias were tardy. *See* ECF Nos. 894–897. The current

5  Amended Case Management Order, ECF No. 740, states that the deadline for all

6  pretrial motions was April 27, 2018. The Court granted the Government the

7  opportunity to respond to the tardy motions and set the deadline for October 3, 2018.

8  Mr. Schweda may file a reply by October 5, 2018.

9      The Court construed the Government's Notice of Objection to Admission of

10 Foreign Documents as to Edgar Omar Herrera Farias, ECF No. 899, as a motion in

11 limine. The Court directed Mr. Schweda to file a response by September 24, 2018.

12 The Court also set the Government's deadline to reply for September 26, 2018.

13     Counsel for the Government, Stephanie Van Marter, made an oral motion for

14 a one day extension to file the JERS-compatible digital evidence files. Defense

15 Counsel Kenneth Therrien orally objected to the Government's motion to extend.

16 Given Ms. Van Marter's current trial load, the Court found good cause to grant the

17 Government's motion for a one day extension, and reset the deadline from September

18 27, 2018, to September 28, 2018.

19     ///

20     /

21

22

---

[1] Defendant Brittney Lee Zargoza also filed a Motion for Order Requiring Government to Redact Statement by Brittney Lee Zargoza, ECF No. 883, and related Motion to Expedite, ECF No. 884, which the Court took under advisement.

**IT IS HEREBY ORDERED**:

1. The Government is **DIRECTED** to **respond** to Defendant Edgar Omar Herrera Farias' motions, **ECF Nos. 894, 895, 896, and 897, by no later than October 3, 2018**. Defendant Herrera Farias may file a **reply by no later than October 5, 2018.**

2. Defendant Herrera Farias is **DIRECTED** to **respond** to the Government's construed motion in limine, **ECF No. 899 by no later than September 24, 2018**. The Government may file a reply by September 26, 2018.

3. The Court **GRANTS** the Government's oral motion to extend the deadline to file JERS-compatible information. The deadline to deliver JERS-compatible digital evidence to the Courtroom Deputy is **RESET to September 18, 2018.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this __25th__ day of September 2018.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge