# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 4:15-CR-6049-EFS-7 |
| --- | --- | --- | --- |
| | Plaintiff, | **CRIMINAL MINUTES** | |
| -vs- | | DATE: | OCTOBER 2, 2018 |
| GABRIELA MENDOZA VASQUEZ, | | LOCATION: | RICHLAND |
| | Defendant. | **SENTENCING HEARING** | |

| | **Hon. Edward F. Shea** | |
| --- | --- | --- |
| Cora Vargas | 02 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie Van Marter | | Ricardo Hernandez |
| **Government Counsel** | | **Defendant's Counsel** |
| **United States Probation Officer:** | SanJuanita Coronado | |

[X] **Open Court**       [ ] **Chambers**       [ ] **Telecon**

Defendant present, not in custody of the US Marshal

Argument and recommendation by Ms. Van Marter

SanJaunita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Witness steps down

Argument and recommendation by Mr. Hernandez

The Court rules on and accepts the Presentence Investigation Report

**Imprisonment: 30 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Sheridan, Oregon

**Supervised Release: 3 years** on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any co-defendants or their affiliates, without first obtaining the permission of the probation officer.

**[ X ] ORDER FORTHCOMING**

| **CONVENED:** 1:38 P.M. | **ADJOURNED:** 2:19 P.M. | **TIME:** 41 MINS | **CALENDARED** [ ] |
| --- | --- | --- | --- |

*USA -vs- Mendoza Vasquez*                                             October 2, 2018
4:15-CR-6049-EFS-7                                                      Page 2
Sentencing Hearing

2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived
**Restitution**: not applicable

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter

Ms. Van Marter moves to dismiss Counts 1 and 6 of the Second Superseding Indictment
Court: granted

Defendant remanded to the custody of the US Marshal based on Defendant's request