VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR-15-06049-EFS-10 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S WITNESS LIST |
| ) | |
| BRITTNEY LEE ZARAGOZA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, BRITTNEY LEE ZARAGOZA, and herein identifies the following individuals as potential witnesses in her case-in-chief:

1. ELIAS ZARAGOZA, Kennewick, Washington;

2. HECTOR CHAVEZ, Kennewick, Washington;

3. GEORGINA RINCON, Kennewick, Washington;

4. LAURA GOFFENA, Round Up, Montana;

5. REPRESENTATIVE FOR CENTRAL PARKS APARTMENTS, Kennewick, Washington; and

6. BRITTNEY ZARAGOZA, Kennewick, Washington.

DEFENDANT'S WITNESS LIST
Page 1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

The Defendant reserves the right to call additional witnesses, should circumstances so dictate, upon notice to the Court and counsel.

Respectfully submitted this 21 day of September, 2018.

_____
VICTOR H. LARA
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: LAUREL J. HOLLAND, Assistant U.S. Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): N/A.

_____
Gail M. Kunz, Secretary to Victor H. Lara

HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
Phone: (509)248-4282
Fax:    (509)575-5661
Email Address: vh_lara@hotmail.com

DEFENDANT'S WITNESS LIST
Page 2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282