VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-06049-EFS-10 |
| Plaintiff, | |
| vs. | DEFENDANT'S TRIAL NOTICE |
| BRITTNEY LEE ZARAGOZA, | |
| Defendant. | |

The Defendant, BRITTNEY LEE ZARAGOZA, through her attorney of record, VICTOR H. LARA of HURLEY & LARA, submits her Trial Notice:

I. **OPENING**

The Defense anticipates delivering an opening statement of fifteen minutes or less.

II. **VOIR DIRE**

The Defense anticipates using the allotted twenty minutes for voir dire.

III. **SIDEBAR WAIVER**

The Defendant waives her right to be present at sidebar and jury questions.

Dated: September 26, 2018.

VICTOR H. LARA, WSBA #13017
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: LAUREL J. HOLLAND, Assistant U.S. Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): N/A.

Gail M. Kunz, Secretary to Victor H. Lara

HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
Phone: (509)248-4282
Fax:    (509)575-5661
Email Address: vh_lara@hotmail.com