UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,    ) <br> ) <br> vs.    ) <br> ) <br> BRITTNEY LEE ZARAGOZA (10),    ) <br> EDGAR OMAR HERERRA FARIAS    ) <br> (16), and    ) <br> MIGUEL REYES GARCIA (21),    ) <br> ) <br> Defendants.    ) <br> ) | No. 4:15-CR-6049-EFS <br><br> Order Granting United States' Motion for Extension of Time to File Trial Brief, Trial Notice and Jury Instructions |

THIS MATTER coming before the Court upon motion by the United States for an order granting the United States Motion for Extension of Time regarding the filing of its Exhibit List, Trial Brief, Trial Notice, and Jury Instructions, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States Motion for Extension of Time is granted.  The United States shall file its Exhibit List on September 28, 2018, at the same time as the required delivery of JERS.

IT IS FURTHER ORDERED that the United States shall file its Trial Brief, Trial Notice, and Jury Instructions in this cause on October 1, 2018.

Order Granting United States' Motion for Extension of Time to File Trial Brief, Trial Notice and Jury Instructions - 1

1    IT IS SO ORDERED this _____ day of September 2018.

2

3

4

5                                             _____
                                              Edward F. Shea
6                                             Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Order Granting United States' Motion for Extension of Time to File Trial Brief, Trial Notice and Jury Instructions - 2