Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRITTANY LEE ZARAGOZA (10),<br>EDGAR OMAR HERRERA FARIAS (16),<br>MIGUEL REYES GARCIA,<br><br>                    Defendants. | 4:15-CR-6049-EFS<br><br>Voir Dire Questions to Prospective Jurors Proposed by Plaintiff |

Plaintiff, United States of America, requests the Court to address the following voir dire questions to prospective jurors:

1) The participants in this case are as listed on the Government's Proposed Witness List. Do you know any of the participants in this case?

2) Do you have any physical impairments, such as eye or hearing problems, or back problems, that would make it difficult for you to be a juror in this case?

3) Have you ever sued the United States? Do you or any member of your family presently have any claim against the United States?

Voir Dire - 1
Casillas.VoirDire.docx

4) It is expected that your service may last 2-3 weeks. Is there anyone for whom this would be a hardship?

5) Have you, any member of your family, or any close friend, or any employer had any prior legal training? If so, please describe if you have had such training and the knowledge you gained in such training conflicts with the law that the judge will give you in this case, would you be able to put aside your previous training and accept the law as it is given to you in this case?

6) Have you or anyone in your family ever been a witness in a criminal case or the victim of a crime?

7) Do you or any member of your family believe in the legalization of controlled substances? Have you supported legislation or are you a part of any groups that support the legalization of controlled substances? Do any of you believe the government should not prosecute drug crimes?

8) Have you or any member of your family ever been treated for alcohol or drug addiction or abuse? If yes, does that involvement cause you to have feelings about drugs, which would interfere with your duties as a juror?

9) Have you or any member of your family ever been arrested for drug possession, use or sale? If yes, does that involvement cause you to have feelings about drugs or law enforcement which would interfere with your duties as a juror?

10) Has any potential juror here had a bad experience with law enforcement to the extent that it has impacted your opinion of the police?

11) Do any of you follow local or national stories accusing the police of any form of misconduct? Are you able to separate the information heard though those sources and develop you own opinion as to each witness based upon the evidence? Remain fair and impartial?

12) Do you have any philosophical, moral, or religious beliefs that would make it difficult for you to judge the guilty or innocence of another person or interfere with your ability to decide this case fairly and impartially?

Voir Dire - 2
Casillas.VoirDire.docx

13) Have you read or heard any media reports about this case? If so, what do you remember about what you've read or heard? Can and will you disregard what you have read or heard?

14) All possible defendants may not be on trial here. Will you promise that you will not speculate about the reason for the absence of a possible defendant?

15) During the course of the trial you might learn that some of the government witnesses are also defendants or persons who pled guilty to their involvement in the same or similar crime. These witnesses may also have prior criminal histories and may receive lighter sentences in exchange for their cooperation and agreement to testify. Do any of you have strong feeling that the government should not call such persons as witnesses?

   i) Do any of you have strong opinions about the government's ability to recommend lighter sentences to those people who agree to cooperate?

   ii) These witnesses may have also assisted in or participated in the crime as alleged. Will you be able to listen to their testimony and continue to evaluate the evidence as a whole? Remain fair and impartial?

16) Do you understand that the role of a juror is to decide whether or not the law was broken, and not whether the law is itself a good law or a bad law? You will be instructed that sentencing is for the Judge to decide. Will that impact your ability to be fair and impartial?

17) Since part of the role of a juror is to come to a verdict at the end of the case, do you have any qualms about attempting to come to a verdict?

18) Is there any reason at all that you would be unable to devote your full attention to this case for the next two to three weeks and render a verdict based solely

\\

upon the evidence in this case and the law you will be given, in a fair and impartial manner without bias or prejudice to either side?

Dated: September 27, 2018.

                                        Joseph H. Harrington
                                        United States Attorney

                                        *s/ Stephanie Van Marter*
                                        Stephanie Van Marter
                                        Assistant United States Attorney

                                        *s/ Caitlin Baunsgard*
                                        Caitlin Baunsgard
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Victor Lara, vh_lara@hotmail.com
Peter Steven Schweda, pschwed@wamattorneys.com
Kenneth D. Therrien, kentherrien@msn.com, jmora.ktlaw@outlook.com

                                        *s/*
                                        *s/ Stephanie Van Marter*
                                        Stephanie Van Marter
                                        Assistant United States Attorney