FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   vs.   GABRIELA MENDOZA VASQUEZ,   Defendant. | **ORDER DISBURSING BOND**   4:15-CR-6049-EFS-7 |

WHEREAS, it appearing to the Court that a percentage bond in the sum of ONE HUNDRED THOUSAND Dollars and NO/100 ($100,000) has heretofore been deposited in the above-entitled cause, and that by order of Court the bond in said cause has been released, NOW, THEREFORE, IT IS ORDERED that the Clerk of this Court disburse the money heretofore deposited as follows:

Jennifer L. Vazquez

Dated this 26th day of September, 2018 .

_____
EDWARD F. SHEA
Senior U.S. District Judge