FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRITTNEY LEE ZARGOZA (10);<br>EDGAR OMAR HERRERA FARIAS (16);<br>AND MIGUEL REYES GARCIA (21);,<br><br>    Defendant. | No.   4:15-CR-06049-EFS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO EXPEDITE AND MOTION FOR AN EXTENSION OF TIME TO FILE TRIAL BRIEF, TRIAL NOTICE, AND JURY INSTRUCTION** |

Before the Court, without oral argument, is the United States' Motion for an Extension of Time to File Trial Brief, Trial Notice, and Jury Instruction, ECF No. 925, and related Motion to Expedite. ECF No. 926. The Government moves the Court for an order extending the deadline to file its trial brief, trial notice, and jury instructions from September 27, 2018 to October 1, 2018. ECF No. 925. Counsel for the Government, Stephanie Van Marter, states that the date in the Court's Amended Case Management Order conflicted with the Court's criminal trial jury trial procedures letter. *Id.* Ms. Van Marter also states that the Government wishes to address several legal issues after reviewing Defendant Edgar Omar Herrera Farias' proposed jury instructions, and the Government would like to address those issues in their trial brief. *Id.*

The Court finds good cause to grant the Government's motion and extend the time for all parties to file their trial briefs, trial notices, and proposed jury instructions to Monday, October 1, 2018.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The Government's Motion to Expedite, **ECF No. 926**, is **GRANTED.**

**2.** The Government's Motion for an Extension of Time to File Trial Brief, Trial Notice, and Jury Instruction, **ECF No. 925**, is **GRANTED.**

3. **All parties SHALL** file their **trial briefs, trial notices, and jury instructions** by no later than **Monday, October 1, 2018.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of September 2018.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Criminal\2015\15-cr-6049.Order Granting Extend time to file trial brief, trial notice, and jury instructions.lc02.docx

ORDER - 2