KEN THERRIEN
413 NORTH 2ND STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
MIGUEL REYES-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MIGUEL REYES GARICA,<br><br>　　　　　　　　Defendant. | NO.   4:15-CR-6049-EFS-21<br><br>DEFENDANT'S CLARIFICATION TO UNITED STATES MOTION FOR EXTENSION OF TIME (ECF 928)<br><br>Date: September 27, 2018<br>Without Oral Argument |

COMES NOW, Ken Therrien the attorney for the defendant Miguel Reyes Garcia and clarifies its position to the Governments extension of time to file (ECF 928). This motion is based upon the files and records herein and the argument set forth below.

## ARGUMENT

The Government is correct that Counsel for Miguel Reyes-Garcia does not object to the extension to October 1, 2018 for the parties to file its trial briefs, trial notices and jury instructions. Counsel for Mr. Reyes-Garcia agreed  that the Government request to extend its time to file

OBEJCTION TO MOTION FOR EXTENSION OF TIME
Page 1 of 3

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

its trial exhibit list from the September 27, 2018 disclosure date to 9:00 a.m. Friday September 28, 2018. Counsel requested this time considering the amount of information which may be involved in the exhibit disclosures. Considering the anticipated number of exhibits that maybe disclosed this would give the defendant valuable time to review these exhibits in preparation for trial scheduled for October 10, 2018.

DATED this 27th day of September 2018.

*s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Miguel Reyes Garcia
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197

OBEJCTION TO MOTION FOR EXTENSION OF TIME
Page 2 of 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie Van Marter    U.S. Attorney's Office

          *s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Miguel Reyes Garcia

OBEJCTION TO MOTION FOR EXTENSION OF TIME
Page 3 of 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991