KEN THERRIEN
413 NORTH 2nd STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
Miguel Reyes Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　vs.<br>MIGUEL REYES GARCIA,<br>　　　　　　　Defendant. | NO.   4:15-CR-6049-EFS-21<br><br>DEFENDANT MIGUEL REYES GARCIA EXHIBIT LIST |

　　　The following exhibits will be used in defendant's case, there are no exhibits.

　　　There are no exhibits anticipated at this time. The defendant respectfully requests leave to amend his exhibit list should exhibits become known to him prior to trial.

　　　DATED: September 27, 2018.

　　　　　　　　　　　　　　　　　<u>s/ Ken Therrien</u>
　　　　　　　　　　　　　　　　　KEN THERRIEN, WSBA#20291
　　　　　　　　　　　　　　　　　Attorney for Miguel Reyes Garcia

DEFENDANT EXHIBIT LIST
Page 1 of 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Stephanie Van Marter, Assistant U.S. Attorney

    *s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Miguel Reyes Garcia
413 North Second Street
Yakima, Washington 98901
(509) 457-5991
Fax: (509) 457-6197

DEFENDANT EXHIBIT LIST
Page 2 of 2

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991