KEN THERRIEN
413 NORTH 2nd STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
Miguel Reyes Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                 Plaintiff,<br>  vs.<br>MIGUEL REYES GARCIA,<br>                 Defendant. | NO.   4:15-CR-6049-EFS-21<br><br>DEFENDANT MIGUEL REYES GARCIA WITNESS LIST |

    The following people, in addition to those persons named on the Government's List of Witnesses, may be called by the defense in the trial of the above Defendant:

    There are no witnesses anticipated at this time. The defendant respectfully requests leave to amend his witness list should witnesses become known to him prior to trial.

    DATED: September 27, 2018.

                                        <u>s/ Ken Therrien</u>
                                        KEN THERRIEN, WSBA#20291
                                        Attorney for Miguel Reyes Garcia

DEFENDANT WITNESS LIST
Page 1 of 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Stephanie Van Marter, Assistant U.S. Attorney

          *s/ Ken Therrien*
          KEN THERRIEN, WSBA#20291
          Attorney for Miguel Reyes Garcia
          413 North Second Street
          Yakima, Washington 98901
          (509) 457-5991
          Fax: (509) 457-6197

DEFENDANT WITNESS LIST
Page 2 of 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991