KEN THERRIEN
413 NORTH 2nd STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
Miguel Reyes Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>  vs.<br>MIGUEL REYES GARCIA,<br>              Defendant. | NO.   4:15-CR-6049-EFS-21<br><br>DEFENDANT'S TRIAL NOTICE |

The Defendant, MIGUEL REYES GARCIA, through her attorney of record, KEN THERRIEN, submits his Trial Notice:

I.    OPENING

The Defense anticipates delivering an opening statement of fifteen minutes or less.

II.    VOIR DIRE

The Defense anticipates using the allotted twenty minutes for voir dire.

III.    SIDEBAR WAIVER

The Defendant does not waive his right to be present at sidebar and jury questions.

MOTION    ******
Page 1 of 3

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

DATED: September 27, 2018.

          *s/ Ken Therrien*
          KEN THERRIEN, WSBA#20291
          Attorney for Miguel Reyes Garcia

MOTION  ******
Page 2 of 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Stephanie Van Marter, Assistant U.S. Attorney

                      *s/ Ken Therrien*
                        KEN THERRIEN, WSBA#20291
                        Attorney for Miguel Reyes Garcia
                        413 North Second Street
                        Yakima, WA  98901
                        (509) 457-5991
                        Fax: (509) 457-6197

MOTION   *****
Page 3 of 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991