Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (HONORABLE EDWARD F. SHEA)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 2:15-cr-06049-EFS-16 |
| | ) | AMENDED |
| Plaintiff, | ) | DEFENDANT EDGAR OMAR |
| | ) | HERRERA FARIAS' EXHIBIT LIST |
| vs. | ) | |
| | ) | |
| EDGAR OMAR HERRERA FARIAS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| Exhibit No. | Admitted | Brief Description |
|---|---|---|
| 16001 | | Statement by Persons in charge of order in San Juan De Alimia, Mpio, including signatures of 28 citizens of San Juan de Alimia, Mpio |
| 16002 | | Receipt for Payment of license plates for 1972 Oldsmobile Cutlass, dated July 25, 2014 |
| 16003 | | Money Order for $1,909.00 pesos for 1972 Oldsmobile Cutlass, dated July 25, 2014 |
| 16004 | | License plate charge for Oldsmobile Cutlass in the amount of $797.00 pesos, dated March 31, 2014 |

DEFENDANT EDGAR OMAR HERRERA
FARIAS' EXHIBIT LIST - 1-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

| Exhibit No. | Admitted | Brief Description |
|---|---|---|
| 16005 | | Coppel receipt for eye glasses in the amount of $186.00 pesos, dated December 25, 2015, includes English translation |
| 16006 | | Picture identification of Notary, Judit Compos Duenas, who translated English pages of Exhibit 1605 |
| 16007 | | Guillermo Emmanuel Ruiz Contreras Notary dated February 16, 2018 |
| 16008 | | Proof of medical insurance dated March 19, 2014 |
| 16009 | | Medical records dated March 19, 2014 |
| 16010 | | Passport issued April 11, 2015 |
| 16011 | | 1993 Jeep license plate documents dated February 13, 2015, June 2, 2016 and February 16, 2016 |
| 16012 | | School enrollment documents dated August 28, 2014, May 22, 2015 and March 16, 2016 |
| 16013 | | Cattle Ownership documents with some English translations |

Discovery and investigation are ongoing; therefore, Defendant reserves the right to amend this Exhibit List.

RESPECTFULLY Submitted this 21st day of September 2018.

Waldo, Schweda & Montgomery, P.S.


By: /s/PETER S. SCHWEDA
 Peter S. Schweda
Attorney for Defendant, Edgar Omar Herrera Farias

DEFENDANT EDGAR OMAR HERRERA FARIAS' EXHIBIT LIST - 2-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on September 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s).

Joseph P. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
P.O. Box 1494
Spokane, WA  99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant

DEFENDANT EDGAR OMAR HERRERA FARIAS' EXHIBIT LIST - 3-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196