Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR OMAR HERRERA FARIAS<br><br>Defendant. | NO. 2:15-cr-06049-EFS-16<br><br>DEFENDANT EDGAR OMAR HERRERA FARIAS' TRIAL NOTICE |

The Defendant, Edgar Omar Herrera Farias, gives notice:

1.  Mr. Herrera Farias requests 20 minutes for voir dire.

2.  Opening statement will be less than 30 minutes and may be reserved to the end of the Government's case.

3.  Mr. Herrera Farias will waive presence at sidebars if he may hear the sidebar conference through a headset and interpreter. Mr. Herrera Farias requests to be present for any jury questions.

*DEFENDANT EDGAR OMAR HERRERA FARIAS' TRIAL NOTICE - 1-*

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

4.  Mr. Herrera Farias continues to be willing to confer with the Government and other parties to develop joint proposed jury instructions and verdict form. Mr. Herrera Farias has filed proposed instructions that contain Ninth Circuit model cites and/or a brief memorandum setting forth the legal authority and justification why the instruction is necessary. Filing proposed instructions was done, in part, because there has been no contact from other counsel.

RESPECTFULLY Submitted this 27st day of September 2018.

Waldo, Schweda & Montgomery, P.S.

By:/s/PETER S. SCHWEDA
Peter S. Schweda
Attorney for Defendant, Edgar Omar Herrera Farias

*DEFENDANT EDGAR OMAR HERRERA FARIAS'*
*TRIAL NOTICE - 2-*

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s).

Joseph P. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
P.O. Box 1494
Spokane, WA  99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant

*DEFENDANT EDGAR OMAR HERRERA FARIAS'*
*TRIAL NOTICE - 3-*

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196