Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:15-cr-06049-EFS-16 |
| Plaintiff, ) | |
| ) | DEFENDANT EDGAR OMAR |
| vs. ) | HERRERA FARIAS' WITNESS LIST |
| ) | |
| EDGAR OMAR HERRERA FARIAS ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, Edgar Omar Herrera Farias, and herein identifies the following individuals as potential witnesses in his case-in-chief:

1. BERTA ALVEREZ, Wapato, Washington. Interpreter requested.

2. RAUL HINOJOSA HERRERA, Wapato, Washington. Interpreter requested.

3. GRACIELA CRUZ VALDOVINOS, Wapato, Washington. Interpreter requested.

DEFENDANT EDGAR OMAR HERRERA
FARIAS' WITNESS LIST - 1-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

4.     EDGAR OMAR HERRERA FARIAS, Kennewick, Washington. Interpreter requested if needed. A final decision has not yet been made as to whether he will be called as a witness.

The Defendant reserves the right to call additional witnesses, should circumstances so dictate, including law enforcement to prove any prior inconsistent statements made by witnesses in their direct testimony, upon notice to the Court and counsel.

RESPECTFULLY Submitted this 27st day of September 2018.

Waldo, Schweda & Montgomery, P.S.

By:/s/PETER S. SCHWEDA
 Peter S. Schweda
Attorney for Defendant, Edgar Omar Herrera Farias

DEFENDANT EDGAR OMAR HERRERA
FARIAS' WITNESS LIST - 2-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on September 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s).

Joseph P. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
P.O. Box 1494
Spokane, WA  99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant

DEFENDANT EDGAR OMAR HERRERA
FARIAS' WITNESS LIST - 3-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196