# Okanagan County Assessors

# OKANOGAN COUNTY
## WASHINGTON



**TAXSIFTER**

SIMPLE SEARCH | SALES SEARCH | REETSIFTER | COUNTY HOME PAGE | CONTACT | DISCLAIMER

 PAYMENT CART(0)

Scott D. Furman
Okanogan County Assessor 149 3rd North Avenue, Room 202 Okanogan, WA 98840

| Assessor | Treasurer | Appraisal | MapSifter |

## Parcel

| | | | |
|---|---|---|---|
| **Parcel#:** | 4027220072 | **Owner Name:** | WILDERMUTH, JASON & SANDRA |
| **DOR Code:** | 11 - Residential - Single Family | **Address1:** | |
| **Situs:** | 37 EASTLAKE RD | **Address2:** | PO BOX 71 |
| **Map Number:** | 40-27-22 | **City, State:** | OROVILLE WA |
| **Status:** | | **Zip:** | 98844 |
| **Description:** | TAX 72 PT NE LOT 4 (NE SW) | | |
| **Comment:** | HSE APPEARS GOOD COND | | |

| 2019 Market Value | | 2019 Taxable Value | | 2019 Assessment Data | |
|---|---|---|---|---|---|
| Land: | $65,000 | Land: | $65,000 | District: | 608 - District 608 |
| Improvements: | $111,800 | Improvements: | $111,800 | Current Use/DFL: | No |
| Permanent Crop: | $0 | Permanent Crop: | $0 | | |
| Total | $176,800 | Total | $176,800 | Total Acres: | 0.65000 |

## Ownership

| Owner's Name | Ownership % |
|---|---|
| WILDERMUTH, JASON & SANDRA | 100 % |

## Sales History

| Sale Date | Sales Document | # Parcels | Excise # | Grantor | Grantee | Price |
|---|---|---|---|---|---|---|
| 10/19/17 | 3221081 | 1 | 117981 | OROVILLE-TONASKET IRRIGATION | WILDERMUTH, JASON & SANDRA | $0 |
| 07/01/15 | 3201429 | 1 | 112686 | CARDENAS, ESTELA | SCHWARTZ, PAUL | $0 |
| 03/29/12 | 3171514 | 1 | 105698 | SCHWARTZ, PAUL & SCHWARTZ, AUDREY | CARDENAS, ESTELA | $180,000 |

http://okanoganwa.taxsifter.com/Assessor.aspx?keyId=1034060&parcelNumber=4027220072&typeID=1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Scott D. Furman**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **OKANOGAN COUNTY**, and my title is **ASSESSOR**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **OKANOGAN County Assessor**. The attached records consist of:

**[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**

Computer print out - page 1 parcel 4027220072 - OKANOGAN County Assessor's data base -

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **OKANOGAN County Assessor**, and they were made by

as a regular practice; and

    b.    such records were generated by [Internet Search] electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of [OK County Assessor] in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by [OK County Assessor], and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

[9-17-18]  [Scott D. ___]
Date       Signature