**KEN THERRIEN**
**413 N. 2nd STREET**
**YAKIMA, WA 98901**
**(509) 457-5991**

Attorney for Defendant
MIGUEL REYES-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              Plaintiff,         )<br>     vs.                              )<br>MIGUEL REYES-GARCIA       )<br>              Defendant.        )<br>                                         ) | 15-CR-6049-EFS-21<br><br>DEFENDANT'S TRIAL BRIEF |

MIGUEL REYES GARCIA, by and through his attorney, Ken Therrien, hereby submits the following trial brief:

On December 6, 2016, the Government filed a Second Superseding Indictment charging Miguel Reyes-Garcia, in Count 1: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams or More of N-phenyl-N Propanamide all in Violation of 21 U.S.C. §846. The Second Superseding Indictment alleges a time period for the Conspiracy beginning on or about January 2010 and continuing until on or about to December 6, 2016.

DEFENDANT'S TRIAL BRIEF
Page 1 of 5

KEN THERRIEN, PLLC
413 North 2nd Street,
Yakima, Washington 98901
(509) 457-5991

## STATEMENT OF CASE STATUS

The trial is scheduled to commence at 9:00 a.m. on October 10, 2018 and conclude sometime during the week of October 22, 2018. The defense anticipates it's opening statement will take 15 minutes, and should Miguel Reyes-Garcia decide to testify, then presentation of the defense case will take anywhere between one-two hours. The defense will not stipulate to any of the crime lab reports regarding the identity and purity of the alleged drugs seized and will hold the Government to it burden of proof as to each and every element of the crimes charged in Count 1. Mr. Reyes-Garcia will need the assistant of a Spanish speaking interpreter.

## SUMMARY OF THE CASE

On August 26, 2015 Mr. Reyes Garcia is arrested in Room 204 at the Ramada Inn Hotel in Grand Forks, British Columbia. Mr. Reyes-Garcia was arrested as part of an investigation of what has come to be known as the Ivan Cavillo Drug Trafficking Organization(Hereinafter referred to as the "Cavillo DTO"). The investigation of the Calvillo DTO was coordinated between the Royal Canadian Mounted Police(RCMP), the Boston Drug Enforcement Agency(Boston DEA), the Federal Bureau of Investigation(F.B.I.) and other drug enforcement agencies.

These various government agencies had placed undercover agents inside the Cavillo DTO who acted has Money Launderers for the Cavillo DTO. The investigating agencies working in concert were able to infiltrate the Cavillo DTO, arrest and turn various members of the Calvillo DTO as controlled informants for the investigating agencies and cooperating co-defendants who will be testifying at the time of trial.

DEFENDANT'S TRIAL BRIEF
Page 2 of 5

KEN THERRIEN, PLLC
413 North 2nd Street,
Yakima, Washington 98901
(509) 457-5991

The Ivan Cavillo DTO rise to power occurred as a result of Ivan Cavillo's ability to establish a business connection with the major drug distributor in the Vancouver and Toronto areas in Canada. This was a significant contact because of the considerable mark up in price for drugs being sold in Canada rather than being sold in the U.S. Ivan Cavillo made use of a trail system which ran through in the Oroville Washington area which bordered the Canada, Grand Forks area. According to the Government, the drugs were transported from Mexico to Washington State where they then were backpacked through the trail systems connecting Washington State to Canada by individuals working for the Cavillo DTO. According to the Government, drug proceeds generated by the drug sales in Canada were transported by backpack from Canada to Washington State using the same trail system. It is believed that the Government will allege that the trail system through Oroville, Washington to the Canadian border was controlled by the Cavillo DTO.

During the pre-trial conference held on March 6, 2018 the Government, in response to Mr. Reyes-Garcia's Motion for a Bill of Particulars, labeled Mr. Reyes-Garcia as a "Transporter". Mr. Reyes-Garcia denies being a member of the Cavillo DTO. Mr. Reyes-Garcia presence in Grand Forks, Canada on August 26, 2015 was not connected to the activities of the other individuals arrested on August 26, 2015 in Grand Forks, British Columbia.

## JURY INSTRUCTION

Miguel Reyes-Garcia has met and conferred with the Government and co-counsel regarding jury instructions and intends on proposing a Multiple Conspiracy Instruction at the end of the trial should the Court determine that the evidence and testimony support this instruction. Mr. Reyes Garcia respectfully

DEFENDANT'S TRIAL BRIEF
Page 3 of 5

KEN THERRIEN, PLLC
413 North 2nd Street,
Yakima, Washington 98901
(509) 457-5991

request that he be allowed to supplement this jury instruction before the end of trial should additional evidence and facts warrant it.

RESPECTFULLY SUBMITTED this 1st day of October 2018.

*s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Defendant
Miguel Reyes-Garcia

DEFENDANT'S TRIAL BRIEF
Page 4 of 5

**KEN THERRIEN, PLLC**
413 North 2nd Street,
Yakima, Washington 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Miguel Reyes-Garcia

DEFENDANT'S TRIAL BRIEF
Page 5 of 5

KEN THERRIEN, PLLC
413 North 2nd Street,
Yakima, Washington 98901
(509) 457-5991