UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS |
| vs. ) | |
| ) | Order Granting United States' |
| BRITTNEY LEE ZARAGOZA (10), ) | Motion for Overlength Brief |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| ) | |
| Defendants. ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing the filing of an overlength trial memorandum in this cause, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' motion to file overlength trial memorandum is granted.

IT IS SO ORDERED this _____day of October 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Overlength Brief - 1