KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

**Attorney for Defendant**
MIGUEL REYES GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-6049-EFS-21 |
| Plaintiff, | DEFENDANT JOINT AND PROPOSED JURY INSTRUCTIONS |
| vs. | |
| MIGUEL REYES GARCIA, | |
| Defendant. | |

The Defendant, Miguel Reyes Garcia, joins in the Proposed Jury Instructions, 3.4, 3.5, 3.7, 3.9, 3.10. of Defendant Herrera Farias. The defendant, also joins in with the Governments' proposed instructions to the extent they apply to the charges in Count 1 of the Second Superseding Indictment and do not conflict with the jury instructions previously agreed to in Mr. Herrera Farias' instruction. The defendant files his Proposed Jury Instruction 8.22: Multiple Conspiracy. The defendant respectfully requests leave to supplement his proposed jury instructions with permission of the Court.

DEFENDANT JOINT AND PROPOSED
JURY INSTRUCTIONS - 1

KEN THERRIEN, PLLC
413 North 2nd Street
Yakima, Washington 98901
(509) 457-5991

RESPECTFULLY submitted this 1ˢᵗ day of October, 2018.

>   *s/Ken Therrien*
>   KEN THERRIEN, WSBA #20291
>   Attorney for Miguel Reyes Garcia

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

>   s/ Ken Therrien
>   KEN THERRIEN, WSBA #20291
>   Attorney for Miguel Reyes-Garcia

DEFENDANT JOINT AND PROPOSED
JURY INSTRUCTIONS - 2

KEN THERRIEN, PLLC
413 North 2ⁿᵈ Street
Yakima, Washington 98901
(509) 457-5991

# JURY INSTRUCTION NO. ____

You must decide whether the conspiracy charged in the indictment existed, and, if it did, who at least some of its members were. If you find that the conspiracy charged did not exist, then you must return a not guilty verdict, even though you may find that some other conspiracy existed. Similarly, if you find that any defendant was not a member of the charged conspiracy, then you must find that defendant not guilty, even though that defendant may have been a member of some other conspiracy.

---

Manual of Model Criminal Jury Instructions – <u>Ninth Circuit</u> – 2010, Section 8.22