UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO-CASILLAS,<br><br>Defendant. | Case No.: 4:15-CR-06049-EFS-2<br><br>Order of Dismissal Without Prejudice |

THIS MATTER coming before the Court upon motion by the United States for an order to dismiss Counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second Superseding Indictment against the Defendant, JESE DAVID CARILLO-CASILLAS, in this cause, without prejudice, the Court having considered the motion being fully advised in the premises,

Leave of Court is granted for filing of the foregoing dismissal of Counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second Superseding Indictment against the Defendant, JESE DAVID CARILLO-CASILLAS, in this cause, without prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

Dated: this _____ day of October, 2018.

_____
Edward F. Shea
Senior United States District Judge

Order of Dismissal Without Prejudice