# Attachment A

```
                       RECEIVED  12/27/2016 17:32  5099427517     RICHLAND POLICE DEPT
   12/27/2016  18:22                                              NO.379  #002

12/27/16                                                                              838
08:54                                  LAW Incident Table:                    Page:     1

       Incident
       Incident Number: 13-TF030    Nature: DRUG PROBLEM
          Case Number:                Image:
              Address:
                 City:                  State:       ZIP:
                 Area:                                Contact:


       Complainant
     Numbr:       TASK
      Last: INTERLOCAL DRUG ENFORCEMENT Fst: ENFORCE UNIT    Mid:
       DOB:   /  /     SSN:    -   -      Adr= 600 S 3RD ST
      Race:     Sx:    Tel: (360)848-1165 Cty: MOUNT VERNON      ST: WA ZIP: 98273


       Details
        Offense Codes: CSSM ASST                Reported:          Observed:
        Circumstances:
      Rspndg Officers: SIGMAN L          FARRELL D        MARTINEZ A
      Rspnsbl Officer: RICHARDSON D      Agency: TASK          CAD Call ID:
          Received By: ROUTON L            Last RadLog:
         How Received: T TELEPHONE           Clearance:
        When Reported: 00:00:00 09/06/13   Disposition: TRA  Disp Date: 09/13/13
      Occurrd between: 00:00:00 09/06/13  Judicial Sts:
                  and: 00:00:00 09/06/13     Misc Entry:
                   MO:


       Narrative
        Narrative: (See below)
       Supplement: (See below)                      (See below)                      &

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type    Record #    Date     Description                         Relationship
  NM       TASK     /  /     INTERLOCAL DRUG ENFORCEMENT UN      *Complainant
  NM     371878     /  /     VILLALOBOS, ESTEVAN GUSTAVO          SUSPECT
  NM     518141     /  /     VALDOVINOS, CHRISTIAN MARTIN         SUSPECT
  NM     518159     /  /     HERRERA-FARIAS, EDGAR OMAR           SUSPECT
  VH     296977     /  /     RED 2005 CADI STS WA                 SUSPECT VEHICLE
  VH     297253     /  /     WHI 1998 FORD R10PU WA               SUSPECT VEHICLE
```

```
                RECEIVED  12/27/2016 17:32    5099427517           RICHLAND POLICE DEPT
12/27/2016  18:22                                                  NO.379  #003
```

LAW Incident Offenses Detail:
         Offense Codes
Seq Code                                         Amount
  1 CSSM Cont Subst/Sale/Manu/Marijuana     0.00
  2 ASST Agency Assist                       0.00

LAW Incident Responders Detail
    Responding Officers
Seq Name             Unit
  1 SIGMAN L         U42
  2 FARRELL D        D16
  3 MARTINEZ A       TF5

```
                RECEIVED  12/27/2016 17:32    5099427517           RICHLAND POLICE DEPT
12/27/2016  18:22                                                  NO.379  #003
```

2

```
                RECEIVED  12/27/2016 17:32    5099427517          RICHLAND POLICE DEPT
12/27/2016  18:23                                                 NO.379  #005
```

three subjects returned to Cadillac. The Cadillac was beginning to leave the parking lot when it met with a black BMW X5. After meeting the Cadillac left the

---

```
                RECEIVED  12/27/2016 17:32    5099427517          RICHLAND POLICE DEPT
12/27/2016  18:23                                                 NO.379  #004
```

Narrative:

^RICHARDSON/        9/6/13
13-TF030

| | |
|---|---|
| Nature | DRUG PROBLEM |
| Offense Code | CSSO (Meth)/ASST |
| Date& Time | 09/06/2013 1233 |
| Location | Mount Vernon |
| Suspect | Estevan Gustavo Villalobos |
| | Christian Martin Valdovinos, ▓▓▓ 522 N 24th Ave Yakima, WA |
| | Edgar Omar Herrera Farias, ▓▓▓ 811 S 6th St Apt A Yakima, WA |
| Suspect Vehicle | 2005 Cadillac STS Washington license registered to Sylvia Camarena |
| | 1998 White Ford Ranger Washington license B89821U registered to Rosa Granados |
| Evidence | FNH USA HANDGUN 5.7 X 28MM SN: 386117911 retained by DEA |
| Substance | Methamphetamine |
| Quantity | 1 POUND |
| Evidence | Retained by DEA |
| Detectives | Sigman, Martinez, Farrell SCIDEU Delacruz, Frakes, NWRDTF and DEA |
| Resp | Richardson |
| Dispo | TRA |

On 9/6/2013 I was contacted by Special Agent Wheeler with the Drug Enforcement Administration. Wheeler advised that there may be a white Ford Ranger at a local hotel containing drugs. I then located a white Ford Ranger Washington license B89821U registered to Rosa Granados. Detectives began surveillance of this

parking lot southbound. The vehicle then travelled eastbound on College Way. While it was travelling eastbound a Skagit County Deputy performed a traffic stop on the vehicle. The driver of the vehicle was identified as Estevan Gustavo Villalobos, his driving status was suspended. A narcotics K9 was called to the scene and conducted a sniff of the vehicle. The dog alerted to the vehicle. It was determined that the vehicle was going to be transported to a secure location and searched under DEA's federal authority.
The two other subjects in the vehicle were identified as Christian Martin Valdovinos and Edgar Omar Herrera Farias. DEA advised all three subjects were going to be detained during this investigation. The three subjects were transported to the Mount Vernon Police Department where they were placed in holding cells and interviewed.

Agents searched the vehicle and located a small amount of marijuana. While the Cadillac was being searched a K9 sniff was conducted on the white Ford Ranger. The K9 alerted to this vehicle. Agents determined that this vehicle would be transported to a secure location and searched. Agents searched the Ranger and located 1pound of suspected methamphetamine and a FNH USA HANDGUN 5.7 X 28MM SN: 386117911. Once the search of the vehicle was complete, Agents returned the vehicle to the tow company to be taken to their lot.

Two of the subjects were released and the third subject, Edgar Omar Herrera Farias was taken into custody by Border Patrol.

On 9/7/2013 I was contacted by a MVPD officer who stated that some items had been left at the police department that belonged to the subjects that were there on Friday. I made contact at the Police department and took possession of $2,766.63. The money was counted by me and verified by Officer McClaughry. There were also id cards for Villalobos and Valdovinos as well as a social security card for Valdovinos and a bank of America card. I took these items and placed them into temporary evidence. I later spoke with Special Agent Wheeler and it was determined the money belonged to Valdovinos. I then contacted Officer Jones of the MVPD who impounded these items on 9/11/2013 for safekeeping to be returned to the owners.

APPROVED BY RICHARDSON
9/13/13

5

Law Supplemental Narrative:
                    Supplemental Narratives
Seq Name            Date                Narrative
  1 ROUTON L        11:54:23 01/17/14
^SIGMAN/ls
13-TF030

On 9/06/13 SCIDEU detectives assisted DEA agents on surveillance of a white Ford Ranger, license B89821U in the city limits of Mt. Vernon that were believed to contain a significant quantity of drugs.

While on surveillance detectives observed a tow truck hook onto the vehicle and transport it to the Cedar Apartments in Sedro Woolley.

Meanwhile other surveillance units saw two Hispanic males leave the Days Inn hotel and look in the parking lot. One of the men made a phone call. They were associated with a maroon Cadillac license ALJ4507. The Cadillac left the hotel and a traffic stop was conducted on the vehicle. A police K9 (Swinomish Officer Stucker & K9 partner Chaz) did an exterior sniff on the car. The dog alerted to the vehicle.

The vehicle was taken to a secure facility where DEA Agents searched it subject to their authority. DEA asked the local officers to temporarily detain the three men in the car. They were identified by local law enforcement officers as ESTEVAN VILLALOBOS, CHRISTIAN VALDOVINOS and EDGAR HERRERA-FARIAS. HERRERA-FARIAS was released to the custody of Border Patrol and the other two people were released after speaking with DEA Agents.

The police K9 team responded to the Cedar Apartments in Sedro Woolley and conducted an exterior sniff of the white Ford Ranger. The K9 alerted to the vehicle. DEA agents transported the vehicle to a secure facility where they conducted a search on it subject to their federal authority. DEA Agents located a handgun and one pound of methamphetamine. They booked this into their federal system. No further state assistance was requested or provided.

APPROVED BY SIGMAN
1/17/14

```
                 RECEIVED  12/27/2016 17:32   5099427517         RICHLAND POLICE DEPT
    12/27/2016  18:24                                            NO.379  #008
```

Law Supplemental Narrative:
```
                          Supplemental Narratives
   Seq Name              Date                Narrative
    2 ROUTON L           14:30:57 01/23/14
  ^MARTINEZ/lrr       9/6/13
  13-TF030
```

On 9/06/13 SCIDEU detectives assisted DEA agents on surveillance of a white Ford Ranger, license B89821U in the city limits of Mt. Vernon that were believed to contain a significant quantity of drugs.

While on surveillance, Agents observed a tow truck pick up the white Ford Ranger and transport it to an apartment complex in Sedro Woolley.

Agents conducting surveillance on the Days Inn then observed two Hispanic males exit the hotel and look around almost as if they had misplaced their vehicle. One of the males was seen talking on his cell phone after discovering that their vehicle was not there. After placing the phone call the two Hispanic males were picked up by an unknown Hispanic male driving a maroon Cadillac bearing Washington license ALJ4507. After the Cadillac departed the hotel, a traffic stop was conducted on the vehicle. The three occupants of the vehicle were later identified as Estevan Villalobos, Christian Valdovinos and Edgar Herrera-Farias. Swinomish Officer Tucker and his K9, Chaz conducted an exterior narcotics sniff on the Cadillac to which Chaz alerted positive for the presence of the odor of narcotics.

All three occupants were taken into temporary custody pending a search of the Cadillac. All three occupants were also questioned by DEA. Search of the Maroon Cadillac revealed no narcotics or any other type of illegal contraband. Herrera-Farias was released to the custody of Border Patrol as he self admitted to being illegally present in the United States without documentation allowing him to stay. The other two subjects were released with no further incident.

An exterior sniff of the Ford Ranger also came back positive for the presence of the odor of narcotics. The Ford Ranger was transported to a secure location where DEA conducted a search. A handgun and one pound of methamphetamine were located inside the white Ford Ranger by DEA Agents. DEA took possession of the handgun and meth and was processed into their Federal System.

No further action was taken by this Detective.

APPROVED BY MARTINEZ
1/23/14

7

# SKAGIT COUNTY SHERIFF
## Incident Report



**Incident #:** 13-12845
**Incident:** AGENCY ASSISTANCE
**Location:** 1499 E COLLEGE WAY & BUCK WAY
**When Reported:** 12:33:16 09/06/13

**Area:** SCSO AREA- MOUNT VERNON
**Occurred Between:** 12:31:04 09/06/13
**And:** 12:31:04 09/06/13

### COMPLAINANTS:
1) **Name:** INTERLOCAL DRUG ENFORCEMENT UN, ENFORCE UNIT
   **DOB:** \*\*/\*\*/\*\*   **Race/Sex:** /
   **Address:** 600 S 3RD ST
   MOUNT VERNON, WA 98273
   **Home Phone:** (360)848-1165 PBLC   **Work Phone:** (360)424-3244 unl
   **Employer:**

### VEHICLE INFORMATION:
1) **Status:** VEHICLE INVOLVED   **License:** ALJ4507   **State:** WA
   **VIN:** 1G6DC67A650219212   **Expires:** 03/15/14   **Year:** 2005
   **Make:** CADI   **Model:** STS   **Type:** PCAR
   **Color:** RED/   **Doors:** 4   **Value:** $
   **Description:**

### NARRATIVE:
**Name:** HOLMES B
CORRECT NATURE: AGENCY ASSIST

### SUPPLEMENTAL NARRATIVE:
**Name:** HOLMES B
**Date:** 15:26:51 09/08/13
DEP B HOLMES/CP, Transcribed September 8, 2013

On 09/06/13 at approximately 12:30 p.m. I was asked to assist SERGEANT MEYER on a traffic stop at the intersection of East College Way and Buck Way in Mount Vernon. When contacting SERGEANT MEYER, he advised that the traffic stop was part of a detective investigation and that I needed to stand by with the vehicle and its occupants, pending contact from detectives. While out with the vehicle I was contacted on scene by the K-9 officer from the Swinomish Tribal Police Department. I was advised that he was in direct contact with the detectives involved in the case and he had been asked to do a drug dog search of the vehicle. I was advised that probable cause had already been established by the detectives and that we were to stand by after the search for further instructions.

This copy was prepared by the Skagit County Sheriff for Official Use and may not be revealed to any other individual and/or agency or used for any other purpose than stated without the consent of the Skagit County Sheriff's Office

rplwdir4.x1                                                                10/02/18

While the dog was walking the vehicle, I identified the driver as ESTEVAN VILLALOBOS. In running VILLALOBOS through our system, Dispatch advised that he was Suspended/Revoked 3rd Degree for Unpaid tickets. While waiting for detectives to arrive on scene I did issue VILLALOBOS a Criminal Citation for Driving While License Suspended 2nd Degree. I then stood by while I was advised that all three subjects in the vehicle needed to be taken into custody for an investigative hold. At that time VILLALOBOS was in custody in the back of my patrol vehicle and the other two occupants were taken into custody and held on the side of the road for transportation units. A short time later transportation units arrived on scene and all three subjects were transported to the Mount Vernon Police Department where they were turned over to federal custody. At that time there was no further action taken by myself.

09/07/13, 7:40 a.m., DEPUTY BRAD HOLMES

CP

**SUPPLEMENTAL NARRATIVE:**
**Name:** MEYER T
**Date:** 12:27:53 09/23/13
SGT T MEYER, Transcribed September 23, 2013

On 9/6/2013 at about 1200 hours I received a phone call from a Skagit County Drug Task Force Detective requesting that I proceed to Riverside Drive near College Way in Skagit County to be ready to assist in stopping a maroon Cadillac involved in a Drug Task Force operation. I was advised that Mount Vernon Police declined to assist due to call load at the time.

I responded from the Mount Vernon Sheriff's Office and I arrived at the intersection of College Way and Riverside Drive facing northbound on Riverside Drive at about 1215 hours. The Skagit County Drug Task Force Detective advised that the Cadillac had just turned eastbound on College Way from southbound Riverside Drive. As the Skagit County Drug Task Force Detective advised me of this information, I observed a single Maroon Cadillac pass in front of me. I positioned my patrol vehicle behind the Maroon Cadillac and confirmed with the Skagit County Drug Task Force Detective that I was behind the correct vehicle.

The Skagit County Drug Task Force Detective requested that I stop the vehicle. I had not observed a moving violation and advised The Skagit County Drug Task Force Detective of such and asked if there was probable cause to stop the vehicle. I was advised that there was probable cause to stop the vehicle and was told to stop the vehicle. Simultaneously, I observed that the rear window of the Cadillac was tinted to a darkness that did not allow for me to see into the vehicle at all.

I activated my emergency lights and the vehicle continued eastbound on College Way and then turned southbound onto Buck Way and stopped at the end of Buck Way. I contacted the driver who identified himself as ESTEVAN VILLALOBOS. I observed two additional males inside of the vehicle. One in the front passenger seat and one in the right rear passenger seat. I advised the driver that I stopped him for the tint on his vehicle windows not wanting to disclose his involvement in a Drug Task Force Investigation and would let the Detectives inform him upon their arrival of information pertaining to their case.

I advised DEPUTY HOLMES to come to my location to stand by until Drug Task Force Detectives could respond to take the scene and he arrived a short time later.

I then cleared the scene with no further action taken.

END OF REPORT

SERGEANT TOBIN MEYER

Printed: 15:03:14 10/02/18

```
09/25/18                    SWINOMISH POLICE DEPARTMENT                        2700
11:41                          LAW Incident Table:                    Page:     1

    Incident
    Incident Number    13-SP1313    Nature  AGENCY ASSIST
         Case Number                           Image
             Address   ;W/TASK
                City   SEDRO WOOLLEY      State   WA    ZIP  98284
                Area                              Contact


    Complainant
  Numbr        TASK
   Last   INTERLOCAL DRUG ENFORCEMENTFst  ENFORCE UNIT     Mid
   DOB      /  /     SSN       -   -     Adr✓ 600 S 3RD ST
   Race      Sx      Tel  (360)848-1165  Cty  MOUNT VERNON      ST  WA ZIP  98273


    Details
           Offense   ASST                  Reported  ASST   Observed
     Circumstances   DRUG K9
  Rspndg Officers    STUCKER J
  Rspnsbl Officer    STUCKER J         Agency   TPD          CAD Call ID  C13090274
       Received By   RUSCH J                Last RadLog  15:23:14 09/06/13    CMPLT
      How Received   T  TELEPHONE           Clearance    CR   CLEARED BY RESPONSIBL
     When Reported   10:45:06 09/06/13      Disposition  INA  Disp Date  09/06/13
   Occurrd between   10:44:49 09/06/13      Judicial Sts
               and   10:44:49 09/06/13      Misc Entry
                MO


    Narrative
       Narrative   (See below)
      Supplement   (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

INVOLVEMENTS:
 Type   Record #     Date       Description                      Relationship
 NM        TASK       /  /      INTERLOCAL DRUG ENFORCEMENT UN   *Complainant
 CA     C13090274   09/06/13    10:45 09/06/13 AGENCY ASSIST     *Initiating Call

LAW Incident Offenses Detail:
                                      Offense and Statute Codes
 Seq  Code                                Statute Code                Amount
   1  ASST  Agency Assist                                              0.00
```

11

```
LAW Incident Circumstances:
            Contributing Circumstances
Seq Code                                    Comments
  1 DRUG   DRUG INFO/INVOLVEMENT
  2 K9     K-9 INVOLVEMENT


LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 STUCKER J         I5


Main Radio Log Table:
Time/Date            Typ Unit   Code  Zone  Agnc Description
15:23:14 09/06/13    1   I5     CMPLT CTK9  TPD
14:53:56 09/06/13    1   I5     7     CTK9  TPD  incid#=13-SP1313 SW W/TASK cal
12:38:43 09/06/13    1   I5     7     CTK9  TPD  incid#=13-SP1313 W/VEH, TASK,
12:17:34 09/06/13    1   I5     VHREG CTK9  TPD  MDC: pl=303XIK st=WA
12:17:33 09/06/13    1   I5     VHINQ CTK9  TPD  MDC: pl=303XIK st=WA
10:45:22 09/06/13    1   I5     ASSGN CTK9  TPD  incid#=13-SP1313 ASSIGNED TO A
```

12

Narrative:

CORRECT NATURE:AGENCY ASSIST STUCKER Fri Sep 06 20:37: 3 PDT 2013

On 9/6/13 at approximately 1030 hours Deputy Sigman from the Skagit County Sheriffs Officer called and requested my assistance with my assigned and accredited narcotics K9. I responded to the area that she had requested. While waiting for Deputy Sigman I was contacted by her and requested to respond to Mount Vernon at Buck Way and College Way.

I responded to that location and contacted Deputy Holmes who had a red Cadillac bearing Washington license plate ALJ4507 stopped for a traffic violation. I was requested to conduct a free air sniff of the vehicle. I deployed K9 CHAZ around the exterior of the vehicle. K9 CHAZ alerted/responded positive for the presence of an odor of an illegal narcotic on the right rear and right front passenger door seams and the door handles, the driver's door seam and door handle, the driver's side rear passenger door seam and door handle and the trunk seam. I advised Deputy Sigman of the results of the free air sniff.

I then was requested by Deputy Sigman to respond back to Sedro Wooley for a free air sniff of a White Ford Ranger P/U bearing Washington license plate B69821U. This vehicle was located at an apartment complex off of Wicker Road. I deployed K9 CHAZ around the exterior of the vehicle for a free air sniff. K9 CHAZ alerted/responded positive for the presence of an odor of an illegal narcotic on the passenger door seams and the driver's door seams. I contacted Deputy Sigman and advised her of the results of the free air sniff of the Ford Ranger P/U.

I departed the area as it was still under surveillance. Later I was advised by Deputy Sigman that TASK had done a search of the Ford Ranger and discovered a hidden compartment on the passenger side door that contained two pounds of Methamphetamine and a loaded FN 5.57 handgun. I gave Deputy Sigman a signed and dated copy of my K9 Affidavit. Nothing Further at this time.

I certify under penalty of perjury under the laws of the State of Washington and the Swinomish Indian Tribal Community that the foregoing is true and correct. General Authority granted under RCW 10.92 and RCW 10.93. Letter of consent signed by SCSO and on file. Signed in Skagit County, Washington.

SIGNED:_____   DATE:_____
         Cpl. J E Stucker    I-5

```
Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date                  Narrative
  1 STUCKER J         18:45:47 09/06/13
                              SWINOMISH POLICE DEPARTMENT

                              SUPPLEMENTAL REPORT
```

{State of Washington}

K-9 AFFIDAVIT

I, James E. Stucker, depose and say; I am a commissioned Police Officer for the Swinomish Indian Tribe, La Conner, WA and a limited commission Deputy for the County of Skagit and a General Authority Officer granted under RCW 10.92 and RCW 10.93. I have been employed by the Swinomish Indian Tribe for over four years. I have been a Law Enforcement Officer for over 19 years. During my time as a Law Enforcement Officer, I worked over 13 years as a K-9 Officer and K-9 Supervisor and Trainer.

K9 CHAZ has been with the Swinomish Police Department since May 13, 2010. Previously K-9 CHAZ served with the Clatsop County Sheriff's Department from February 2009 until February 2010. K-9 CHAZ was returned to the Washington State Department of Corrections (DOC) due to funding issues and the Clatsop County K-9 handler transferring to another agency.

K-9 CHAZ is a purebred male Labrador retriever, born on January 14, 2007. K-9 CHAZ is a narcotic detector dog trained at the Department of Corrections (DOC) facility located on McNeil Island. K-9 CHAZ and I received our training at the McNeil Island Correctional Center, which consisted of six weeks (240 Hours) of training ending with an initial Accreditation on May 13, 2010, by Master Trainer John Munson of the Pierce County Sheriff's Department. K-9 CHAZ and I re-accredited on January 23, 2013 by Master Trainer Paula Lewis of the Washington State Department of Corrections and Master Trainer Jason Nyhus of the Whatcom County Sheriff's Department. I also attained Master Handler during the accreditation. The K-9 training and Accreditation process were completed within the guidelines set forth by the Washington Administrative Code (WAC) 139-05-915 and the Washington State Police Canine Association (WSPCA) standards. The six weeks of training was conducted by Barbara Davenport, Head Trainer for the Washington State Department of Corrections. On May 17, 2013 K9 CHAZ and I certified at the Pacific Northwest Police Detection Dog Association by Certifying Official Sgt David Beck of the Oregon State Police and Fred Helfers, the President of the Pacific Northwest Police Detection Dog Association. This certification included single blind and double blind components.

Accreditation requires that all learned narcotic odors be tested in the following areas: Building searches, Vehicle searches (interior and exterior), Luggage and/or Packages, and Open areas.

K-9 CHAZ is trained to detect the odors of Marijuana, Cocaine, Crack Cocaine, Black Tar Heroin, and Methamphetamine. He is trained to alert/respond on the odor of the above controlled substances/illegal narcotics by giving a passive response. This means he gives a sit response after locating the specific area where the odor of the controlled substance/illegal narcotic is being emitted. This response is accepted by current narcotics canine standards. The handler is trained to watch for changes of behaviors that are exhibited by the canine when

14

the odor of controlled substance/illegal narcotics is detected.

K-9 CHAZ and I train together on a weekly basis. This training is conducted by Master Trainer Shan Hanon of the Bellingham Police Department. Training consist of varied search scenarios, times, and varied quantities and types of narcotics as well as distractions. K-9 CHAZ has proven reliable and consistent in all phases of training.

I have attended the following courses related to canine training and narcotics training; 1986- Patrol Dog School (240 hours) Department of Defense, 1987- Canine Drug Detection School (148 hours) Department of Defense, 1988- United States Police Canine Association Certification Narcotic Detection Level I and Level II, 1989- 239th Drug Enforcement (40 hours) New Jersey State Police, 1992- Military Working Dog Trainer/Supervisor Course (237.5 hours) Department of Defense, 1992- What's New in Street Drugs (7 hours) Department of Public Safety State of Alaska, 1992- Narcotic Detector Canine Training (40 hours) Anchorage Police Department, 2010- State of Washington Department of Corrections Narcotic Detection Dog School (240 hours), 2010- Washington State police Canine Association (24 hours) Police Canine Training, 2010- Drug Law Enforcement Training Program (24 hours) Federal Law Enforcement Training Center, 2011- Abuse & Diversion of Prescription Drugs (6 hours) Bellevue Police Department. 2012- Police Canine Training Interdiction Seminar which included Narcotics Interdiction, Hidden Compartments Training, and K9 First Aid (40 hours) PNW Police Detection Dog Association. 2013- Police Canine Training, WSPCA (24 hours). Police Canine Training Interdiction Seminar which included K9 Problem Solving, and Chemistry of Scent, PNW Police Detection Dog Association, (40 Hours).

Currently we have approximately 1994 training finds and approximately 122 narcotic detection applications in the field. As a result, 115.7 grams of Cocaine, 116.1 grams of Methamphetamine, 391.9 grams of Black Tar Heroin, 4200.8 grams of Marijuana, 204 Live Marijuana Plants, 8 Ecstasy pills, $6375.00 US Currency, approximately 245 items of drug paraphernalia, 835 pills from illegal prescriptions, 12 handguns, 7 rifles, approximately 20 vehicles seized, and items related Narcotic intelligence have been seized.

I certify under penalty of perjury under the laws of the State of Washington and the Swinomish Indian Tribal Community that the foregoing is true and correct. General Authority granted under RCW 10.92 and RCW 10.93. Letter of consent signed by SCSO and on file. Signed in Skagit County, Washington.

SIGNED:_____   DATE:_____
        Cpl.   J E Stucker   I-5

15