FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>BRITTNEY LEE ZARGOZA (10);<br>EDGAR OMAR HERRERA FARIAS (16); AND<br>MIGUEL REYES GARCIA (21);<br>                              Defendants. | CASE NO. 4:15-CR-06049-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR OVERLENGTH BRIEF** |

Before the Court, without oral argument, is the Government's Motion for Over-Length Brief, ECF No. 952. The Government asks the Court to accept its filed 30-page Trial Memorandum, ECF No. 950, due to the complexity of the case and several disputes as to jury instructions. ECF No. 952. Defendants have not filed a response to this request. Having received no objection from the defendants, the Court finds good cause to accept the Government's over-length filing, for the reasons stated by the Government. The Court therefore grants the Government's Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.      The Government's Motion for Over-Length Brief, **ECF No. 952**, is **GRANTED.**

ORDER GRANTING MOTION FOR OVERLENGTH BRIEF - 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Plaintiff.

**DATED** this  _4th_  day of October 2018.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge