VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-06049-EFS-10 |
| Plaintiff, | DEFENDANT'S RESPONSE TO |
| vs. | ORDER RE: DRAFT SET OF |
| | JURY INSTRUCTIONS (ECF 964) |
| BRITTNEY LEE ZARAGOZA, | |
| Defendant. | |

COMES NOW BRITTNEY ZARAGOZA, by and through her attorney, VICTOR H. LARA of HURLEY & LARA, and hereby responds to the Order Requiring Parties to Respond to the Attached Draft Set of Preliminary Jury Instructions (ECF 964) as follows: Defendant has no objections or exceptions to the Court's Draft Set of Jury Instructions filed herein on October 4, 2018.

Respectfully submitted this _5_ day of October, 2018.

VICTOR H. LARA, WSBA #13017
Attorney for Brittney Zaragoza

DEFENDANT'S RESPONSE TO ORDER
RE: DRAFT SET OF JURY INSTRUCTIONS        1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant U.S. Attorney STEPHANIE VAN MARTER, and counsel for co-defendants; I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s): n/a.

*Gail M. Kunz* (signature)
Gail M. Kunz, Secretary to Victor H. Lara
HURLEY & LARA, Attorneys at Law
411 N 2nd Street, Yakima WA 98901
(509)248-4282

DEFENDANT'S RESPONSE TO ORDER
RE: DRAFT SET OF JURY INSTRUCTIONS    2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282