UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    vs.<br><br>BRITTNEY LEE ZARAGOZA (10),<br>EDGAR OMAR HERERRA FARIAS (16), and<br>MIGUEL REYES GARCIA (21),<br><br>                Defendants. | 4:15-CR-6049-EFS<br><br>[Proposed] Order Granting Motion & Supportive Memorandum for Order Compelling Washington State Employment Security Division to Appear and Testify Pursuant to Rev. Code Wash. § 50.13.070 |

Upon motion by the United States,

THE COURT HEREBY FINDS the need for the Washington State Employment Security Division information and/or records outweighs any reasons for privacy and confidentiality.

IT IS HEREBY ORDERED that the United States' Motion for Order Compelling Washington State Employment Security Division to Appear and Testify under RCW 50.13.070 is GRANTED.

Dated this _____ day of October 2018.

                                                        _____
                                                        Edward F. Shea
                                                        Senior United States District Judge