Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDGAR OMAR HERRERA FARIAS, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | No. 4:15-cr-6049-EFS-16 <br><br> DEFENDANT EDGAR OMAR HERRERA FARIAS' REPLY TO RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND MOTION IN LIMINE TO EXCLUDE EVIDENCE |

The Defendant, Edgar Omar Herrera Farias, replies to the Government's Consolidated Response, ECF No. 962.

The concedes that the evidence of Mr. Herrera Farias' seizure and arrest will not be presented. The officers called by the Government "will end their testimony as to this portion of the events with the red Cadillac driving away from the parking lot." *Id.,* at 6.

Mr. Herrera Farias continues his objection to the presentation of two photographs that depict a plastic bag containing a white powdery substance and a

*DEFENDANT'S REPLY TO ERSPONSE TO GOVERNMENT'S CONSOLIDATED RESPONSE -1*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

pistol. The Government maintains they portray "methamphetamine and firearm in a secret compartment in the vehicle." *Id.,* at 5. There are no pictures of the alleged secret compartment. There is no proper foundation to describe the substance as methamphetamine. The substance has not been tested and no expert has been identified to state what the substance is. FRE 702 and 703.

As to Mr. Herrera Farias, the photographs are irrelevant and prejudicial. FRE 401 and 403.

RESPECTFULLY submitted this 5th day of October 2018.

                                            WALDO, SCHWEDA
                                            & MONTGOMERY, P.S.
                                    By: /s/ Peter S. Schweda
                                            PETER S. SCHWEDA
                                            Attorney for Defendant Herrera Farias

*DEFENDANT'S REPLY TO ERSPONSE TO GOVERNMENT'S CONSOLIDATED RESPONSE -2*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant to Peter S. Schweda

*DEFENDANT'S REPLY TO ERSPONSE TO GOVERNMENT'S CONSOLIDATED RESPONSE -3*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196*