Joseph H. Harrington
United States Attorney
Stephanie Van Marter
Assistant U.S. Attorney
Caitlin Baunsgard
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS |
| v. ) | |
| ) | United States' Response to Court's |
| BRITTNEY LEE ZARAGOZA (10), ) | Order (ECF No. 964) |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| Defendants. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard and Stephanie Van Marter, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the following Response to the Court's Order Requiring Parties to Respond (ECF No. 964).

//

//

United States' Response to Court's Order - 1

The United States has reviewed the Court's draft set of Preliminary Jury Instructions and has no objections.

DATED October 2, 2018.

          Joseph H. Harrington
          United States Attorney

          *s/Caitlin Baunsgard*
          Caitlin Baunsgard
          Assistant United States Attorney

## **CERTIFICATION**

I hereby certify that on October 2, 2018, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

Victor Lara, vh_lara@hotmail.com
Peter Steven Schweda, pschwed@wamattorneys.com
Kenneth D. Therrien, kentherrien@msn.com, jmora.ktlaw@outlook.com

          *s/Caitlin Baunsgard*
          Caitlin Baunsgard
          Assistant United States Attorney

United States' Response to Court's Order - 2