VICTOR H. LARA
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) | [PROPOSED] |
| vs. | ) | ORDER GRANTING DEFENDANT'S |
| BRITTNEY LEE ZARAGOZA, | ) | MOTION IN LIMINE |
| Defendant. | ) | |

THIS MATTER having come to the Court's attention on the Defendant's Motion in Limine, and the Court being fully advised in this matter, now hereby

ORDERS that the Government is prohibited from introducing or attempting to introduce evidence of Defendant's income or lack thereof.

DATED: _____    _____
                                  Hon. Edward F. Shea, Senior Judge
                                  United States District Court

[PROPOSED]
ORDER GRANTING DEFENDANT'S
MOTION IN LIMINE

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282