UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-15-06049-EFS-10 |
| Plaintiff, | ) *PROPOSED* |
| vs. | ) ORDER GRANTING MOTION TO |
| BRITTNEY LEE ZARAGOZA, | ) ENLARGE TIME TO FILE PRETRIAL MOTIONS |
| Defendant. | ) |

BEFORE THE COURT is Defendant's Motion to Enlarge Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** that Defendant's Motion to Enlarge Time to File Pretrial Motions hereby **GRANTED**; and

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED this _____ day of October, 2018.

_____
Hon. Edward F. Shea, Senior Judge
United States District Court

ORDER