FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JESE DAVID CARILLO CASILLAS (2),<br><br>                Defendant. | No.   4:15-CR-06049-EFS-2<br><br>**ORDER GRANTING MOTION TO DISMISS COUNTS 4, 5, 7, 8, 9, 10, 11, 13, AND 15 OF THE SECOND SUPERSEDING INDICTMENT** |

      Before the Court is the Government's Motion to Dismiss Pursuant to Rule 48, ECF No. 959. Defendant Jese David Carillo Casillas was indicted on October 5, 2018, ECF No. 1, and an arrest warrant was issued, ECF No. 9. The Government filed the Superseding Indictment on September 7, 2016, ECF No. 55, and the Second Superseding Indictment on December 6, 2016, ECF No. 105. On August 24, 2018, Defendant Carillo Casillas pleaded guilty to Counts 1 and 2 of the Second Superseding Indictment. ECF No. 866. The Government now moves to dismiss counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second Superseding Indictment against Defendant Carillo Casillas, with prejudice. ECF No. 959. The Court allowed Defendant Carillo Casillas, as well as the remaining defendants in case number 4:15-CR-06049-EFS, the opportunity to respond. ECF No. 969. Based upon the Government's Motion and the absence of any objections by defendants the Court dismisses counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second Superseding Indictment, ECF No. 105, with prejudice, pursuant to Federal Rule of Criminal Procedure 48.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion to Dismiss Pursuant to Rule 48, **ECF No. 959**, is **GRANTED**.

**2.** All hearings and trial dates as to counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 are **STRICKEN as to Jese David Carillo Casillas**, and all pending motions are **DENIED AS MOOT**.

**3.** Jese David Carillo Casillas' sentencing hearing for Counts 1 and 2 of the Second Superseding Indictment remains SET for December 11, 2018 at 11:00 a.m. in Richland.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of October 2018.

_____s/ Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2