Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>　　　　Defendant. | No. 4:15-cr-6049-EFS-16<br><br>DEFENDANT EDGAR OMAR HERRERA FARIAS' EXCEPTION TO PRELIMINARY JURY INSTRUCTION NO. 5 |

Edgar Omar Herrera Farias takes exception to the Court's Preliminary Jury Instruction No. 5, ECF No. 964. The instruction should include a third element: Third, one of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy.

It is Mr. Herrera Farias' position that Count 1 of Second Superseding Indictment charges a general conspiracy under 18 U.S.C. § 371, not a drug conspiracy under 18 U.S.C. § 846.

Count 1 of the Second Superseding Indictment charges the Defendants "did

knowingly combine, conspire, confederate and agree with each other and with others … to commit the following offices against the United States." ECF No. 146. This is an element of the general federal conspiracy statute that makes it a crime to "conspire … to commit any crime against the United States." 18 U.S.C. # 371. It is not an element of conspiracy under 18 U.S.C. § 846. The en banc Ninth Circuit held in *United States v. Arlt,* 252 F.3d 1032 , 1036 (9th Cir. 2001), that the general conspiracy statute and the drug conspiracy statute are separate offenses.

Therefore, Count 1 charges are § 371 conspiracy that requires proof of an overt act. Accordingly, Preliminary Jury Instruction No. 5 should be changed to include the third element of a § 371 conspiracy, and overt act.

RESPECTFULLY submitted this 8th day of October 2018.

> WALDO, SCHWEDA
> & MONTGOMERY, P.S.
> By: /s/ Peter S. Schweda
> PETER S. SCHWEDA
> Attorney for Defendant Herrera Farias

*DEFENDANT'S EXCEPTION TO PRELIMINARY INSTRUCTION NO. 5 -2*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on October 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant to Peter S. Schweda

*DEFENDANT'S EXCEPTION TO PRELIMINARY INSTRUCTION NO. 5 -3*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*