KEN THERRIEN
413 NORTH 2nd STREET
YAKIMA, WA 98901
(509) 457-5991

<u>Attorney for Defendant</u>
Miguel Reyes Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MIGUEL REYES GARCIA,<br><br>    Defendant. | NO.  4:15-CR-6049-EFS-21<br><br>DEFENDANT'S RESPONSE TO ORDER REGARDING DRAFT SET OF JURY INSTRUCTIONS (ECF 964) |

 COMES NOW the defendant, MIGUEL REYES GARCIA, by and through his attorney of record, Ken Therrien, and hereby responds to the Order Requiring Parties to Respond to the Attached Draft Set of Preliminary Jury Instructions (ECF 964) as follows:

 Defendant has no objections to the Court's Draft Set of Jury Instructions filed herein on October 4, 2018, however, we join Defendant Herrera Farias's Exception to Preliminary Jury Instruction Number 5.

 Respectfully submitted this 8th of October, 2018.

            <u>s/ Ken Therrien</u>
            KEN THERRIEN, WSBA#20291
            Attorney for Miguel Reyes Garcia

DEFENDANT'S RESPONSE TO ORDER REGARDING
DRAFT SET OF JURY INSTRUCTIONS
Page 1 of 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991

413 North Second Street
Yakima, WA 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie Van Marter, Assistant U.S. Attorney

*s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Miguel Reyes Garcia
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197

DEFENDANT'S RESPONSE TO ORDER REGARDING DRAFT SET OF JURY INSTRUCTIONS
Page 2 of 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
Yakima, Washington 98901
(509) 457-5991