| ROYAL CANADIAN MOUNTED POLICE | |
|---|---|
| **Cpl. Tai Chang** | Royal Canadian Mounted Police |
| **Cpl. Eric Kimura** | Royal Canadian Mounted Police |
| **Cpl. Gurb Mondair** | Royal Canadian Mounted Police |
| **Cst. Cardinal** | Royal Canadian Mounted Police |
| **Cst. Jaime Forbes** | Royal Canadian Mounted Police |
| **Cst. Randy Ozaki** | Royal Canadian Mounted Police |
| **Cst. Rebecca Munn** | Royal Canadian Mounted Police |
| **Cst. Dustin Kerr** | Royal Canadian Mounted Police |
| **Cst. Chris David** | Royal Canadian Mounted Police |
| **Cst. Kelly Smith** | Royal Canadian Mounted Police |
| **Cst James Rowe** | Royal Canadian Mounted Police |
| **Cst. Rosanna Pedulla** | Royal Canadian Mounted Police |
| **Cst. Tim Cucheran** | Royal Canadian Mounted Police |
| **Cst. Steph Rogers** | Royal Canadian Mounted Police |
| **Sgt. Ferriera** | Royal Canadian Mounted Police |
| **Sgt. Gary Mehat** | Royal Canadian Mounted Police |
| **Sgt. Ivan Sabo** | Royal Canadian Mounted Police |
| **Sgt. Scott Burlow** | Royal Canadian Mounted Police |
| **C/M Lindsey Nowack** | Royal Canadian Mounted Police |
| **FEDERAL BUREAU OF INVESTIGATION (FBI)** | |
| **TFO Joseph Brazeau** | Federal Bureau of Investigation (FBI) |
| **TFO Alice Rogers** | Federal Bureau of Investigation (FBI) |
| **TFO Douglas Stanley** | Federal Bureau of Investigation (FBI) |
| **SA Michael Pratt** | Federal Bureau of Investigation (FBI) |
| **Kalyn K. Karlbert** | Federal Bureau of Investigation (FBI) |
| **William Leahy** | Federal Bureau of Investigation (FBI) |
| **FEDERAL LAW ENFORCEMENT** | |
| **SA Greg Willoughby** | Drug Enforcement Administration (DEA) |
| **SA Jacon Marconi** | Drug Enforcement Administration (DEA) |
| **SA John Satchell** | Drug Enforcement Administration (DEA) |
| **SA Joseph Pelz** | Drug Enforcement Administration (DEA) |
| **[State Police Officers]** | Drug Enforcement Administration (DEA) |
| **Minh Nguyen** | Drug Enforcement Administration (DEA) – Lab |
| **Christopher Bennintendo** | Drug Enforcement Administration (DEA) – Lab |
| **Suk Fullbright** | Drug Enforcement Administration (DEA) – Lab |

| RA T. Lance Wheeler | Drug Enforcement Administration (DEA) – Lab |
|---|---|
| Jaime Cepero, Jr. | Drug Enforcement Administration (DEA) – Lab; Task Force Officer (Massachusetts) |
| William Lacey | United States Border Patrol |
| Steve Martin | United States Border Patrol |
| **STATE LAW ENFORCEMENT** | |
| Cpl. Kimman | Pomona Police Department (CA) |
| Christopher Erhardt | Deschutes County Sherriff's Office (OR) |
| Stacey Crawford | Deschutes County Sherriff's Office (OR) |
| Sgt. David Pond | Oregon State Police (OR) |
| Jason Gilbert | Benton County Sheriff's Office (WA) |
| Sgt. Aaron Clem | Kennewick Police Department (WA) |
| Det. Brian Pochert | Kennewick Police Department (WA) |
| Jarin Whitby | Richland Police Department (WA) |
| Jim Ortiz | Sunnyside Police Department (WA) |
| Jason Trigg | Washington State Patrol – Lab (WA) |
| Sgt. Robert Tucker | Yakima County Sheriff's Office (WA) |
| **INDIVIDUALS** | |
| Laura Goffena | Round Up, MT |
| Juan Zambrano | Benton City, WA |
| Rosa Granados | Grandview, WA |
| Hector Chavez | Kennewick, WA |
| Edgar Omar Herrera Farias | Kennewick, WA |
| Georgina Rincon | Kennewick, WA |
| Brittney Zargoza | Kennewick, WA |
| Elias Zargoza | Kennewick, WA |
| Erika Solis | Pasco, WA |
| Berta Alvarez | Wapato, WA |
| Graciela Cruz Valdovinos | Wapato, WA |
| Raul Hinojosa Herrera | Wapato, WA |
| Estela Cardenas | |
| Hugh Correa | |
| Javier Flores | |
| Rancho Gijon Jimenez | |
| Juan Pablo Gonzales | |