UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS |
| vs. ) | |
| ) | Order Granting United States' |
| ) | Motion for Shackling of |
| EDGAR OMAR HERERRA FARIAS ) | Defendants at Trial |
| (16), and ) | |
| MIGUEL REYES GARCIA (21), ) | |
| ) | |
| Defendants. ) | |

    THIS MATTER coming before the Court upon motion by the United States for an order regarding the shackling of Defendants at trial, the Court having considered the motion and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the United States' motion for shackling of Defendants at trial is granted.

    IT IS SO ORDERED this _____day of October 2018.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Shackling of Defendants at Trial - 1