# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- BRITTANY LEE ZARAGOZA (10) EDGAR OMAR HERRERA FARIAS (16) MIGUEL REYES GARCIA (21), Defendants. | Case No. 4:15-CR-6049-EFS-10, 16, 21 CRIMINAL MINUTES DATE: OCTOBER 10, 2018 LOCATION: RICHLAND FINAL PRETRIAL CONFERENCE |
|---|---|

| Hon. Edward F. Shea ||||
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey Kenneth Barger | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter Caitlin Baunsgard || Victor Lara for Defenadnt Zaragoza Peter Schweda for Defendant Herrera Farias Kenneth Therrien for Defendant Reyes Garcia ||
| **Government Counsel** || **Defendant's Counsel** ||

**[ X ]  Open Court**        **[   ]  Chambers**        **[   ]  Telecon**

Defendants Herrera Farias and Reyes Garcia present, in custody of the US Marshal, being assisted by the Court's interpreters
Defendant Zaragoza present, not in custody of the US Marshal

Ms. Van Marter advises Defendants Herrera Farias and Reyes Garcia would like to change their pleas at this time
Mr. Schweda and Mr. Therrien confirm

Recess: 9:28 a.m.
Reconvene: 11:10 a.m.

Ms. Van Marter advises the government will not proceed to trial for Defendant Zaragoza, as Defendants Herrera Farias and Reyes Garcia have plead guilty.  The parties are in the process of drafting a Pretrial Diversion Agreement.

Ms. Van Marter advises the Court of the terms of the Pretrial Diversion Agreement and indicates it should be filed later today.

As part of the Pretrial Diversion Agreement, Defendant Zaragoza agrees to waive her speedy trial rights

# [   ]  ORDER FORTHCOMING

| CONVENED: 9:10 A.M. 11:10 A.M. | ADJOURNED: 9:28 A.M. 11:16 A.M. | TIME: 24 MINS | CALENDARED [   ] |
|---|---|---|---|