# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>-vs-<br><br>EDGAR OMAR HERRERA FARIAS (16),<br>                                   Defendant. | Case No.      4:15-CR-6049-EFS-16<br>**CRIMINAL MINUTES**<br><br>DATE:         OCTOBER 10, 2018<br>LOCATION:  RICHLAND<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

**Hon. Edward F. Shea**

| Cora Vargas | 02 | Carolina Hickey<br>Kenneth Barger | Kim Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Peter Schweda | |
| **Government Counsel** | | **Defendant's Counsel** | |

[ X ]  **Open Court**          [   ]  **Chambers**          [   ]  **Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreters

Oath administered to defendant for change of plea

Court advises defendant of Constitutional Rights given up by plea of guilty

Mr. Schweda and Defendant discuss matters off the record

Recess:           9:53 am
Reconvene:   10:22 am

Court continues to review facts of case and advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for March 12, 2019 at 10:00 a.m. in Richland**

U.S. Probation Officer to prepare the PSIR

[ X ]  **ORDERS FORTHCOMING**

| **CONVENED:**   9:28 A.M.<br>                            10:22 A.M. | **ADJOURNED:**   9:53 A.M.<br>                                10:48 A.M. | **TIME:**  51 MINS | **CALENDARED**   [ X ] |
|---|---|---|---|