FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR HERRERA FARIAS (16),<br><br>Defendant. | No.   4:15-CR-6049-EFS-16<br><br>**ORDER ACCEPTING GUILTY PLEA** |

**THE COURT** finds that the defendant's plea of guilty to Count(s) One of the Second Superseding Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion or ignorance.  The Court finds that this plea is given with knowledge of the charged crime(s), the essential elements of the charged crime(s), the Government's evidence of the charged crime(s), and the consequences thereof.  The Court further finds that the facts admitted to by the defendant in open court constitute the essential elements of the crime(s) charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and all pending motions are **DENIED AS MOOT.**  The Clerk's Office is hereby directed to enter this order and furnish copies to counsel.

**DATED** this    10th    day of October 2018.

                     s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge