IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUAN BRAVO ZAMBRANO,<br><br>           Defendant. | NO. 4:15-cr-06049-EFS-19<br><br>PROPOSED ORDER GRANTING MOTION TO EXPEDITE TIME OF HEARING |

**THIS MATTER** having come on regularly before the court on the Defendant's Motion to Expedite Time of Hearing, filed on behalf of the Defendant herein by RICHARD A. SMITH, of *Smith Law Firm*, in the above captioned case, therefore,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Expedite Time of Hearing, (Ct. Rec. \_\_\_) is hereby **GRANTED**.

**DONE IN OPEN COURT** this \_\_\_ day of November, 2018.

**U.S. Dist. Court/Eastern Dist. of WA**

_____
**HON. EDWARD F. SHEA**

ORDER GRANTING MOTION TO EXPEDITE TIME OF
HEARING - Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108