AO 245B (Rev. WAED 11/16) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment -- Page 2 of 7

DEFENDANT: GABRIELA MENDOZA VASQUEZ
Case Number: 4:15-CR-06049-EFS-7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a *total term of*: 30 months as to Count 2

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 07 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

☒ The court makes the following recommendations to the Bureau of Prisons:

Placement at FCI, Sheridan, Oregon

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  October 31, 2018  to  FDC SeaTac

at  Seatac, WA  , with a certified copy of this judgment.

I. Jacquez, Warden
UNITED STATES MARSHAL

By  R. Cady, CSO
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. WAED 11/16) Judgment in a Criminal Case
Sheet 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
Eastern District of Washington

Oct 02, 2018

SEAN F. MCAVOY, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | |
| GABRIELA MENDOZA VASQUEZ | Case Number: 4:15-CR-06049-EFS-7 |
| | USM Number: 20310-085 |
| | Ricardo Hernandez |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   Two of the Second Superseding Indictment
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
| --- | --- | --- |
| 18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING | 12/06/2016 | 2 |

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☒ Count(s)  One and Six    ☐ is  ☒ are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/25/2018
Date of Imposition of Judgment

*Edward F. Shea*
Signature of Judge

The Hon. Edward F. Shea    Senior Judge, U.S. District Court
Name and Title of Judge

10/02/2018
Date