FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO (19),<br><br>Defendant. | No.   4:15-CR-06049-19-EFS<br><br>**ORDER DENYING THE DEFENDANT'S MOTION TO CONTINUE AND MOTION TO EXPEDITE** |

Before the Court, without oral argument, is Defendant Juan Bravo Zambrano's Motion to Continue Sentencing to March 11, 2019, at 10:45 a.m., ECF No. 1007, and related Motion to Expedite, ECF No. 1008. Defense Counsel, Richard Smith, contends that additional time is needed for the United States Probation Office to interview Defendant, to prepare sentencing materials, and to draft the sentencing memorandum. *See* ECF No. 1007. Counsel for the Government, Stephanie Van Marter, does not object to Defendant's request. *Id.*

The Court was informed by the U.S. Probation Office that, despite their best efforts, Defendant would not schedule a timely interview with the U.S. Probation Office. The U.S. Probation Office also advised that this caused them to submit the Draft Presentencing

ORDER - 1

1  Investigation Report to this Court a week past the October 30, 2018 deadline. *See* ECF No.
2  1009. In light of these facts, the Court does not find good cause to grant the Defendant's
3  motions. Defendant has been aware of the October 30, 2018 deadline for U.S. Probation to
4  turn in its Draft Presentencing Investigation Report since August 20, 2018. ECF No. 853.

5  Accordingly, **IT IS HEREBY ORDERED**:

6  **1.** The Defendant's Motion to Continue Sentencing, **ECF No. 1007**, is **DENIED.**

7  **2.** The Defendant's Motion to Expedite, **ECF No. 1008**, is **DENIED.**

8  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide
9  copies to all counsel.

10  **DATED** this  9th  day of November 2018.

        s/Edward F. Shea
        EDWARD F. SHEA
    Senior United States District Judge

Q:\EFS\Criminal\2015\15-cr-6049-19.Zambrano.Deny Motion to Continue. lc02.docx

ORDER - 2