NICHOLAS MARCHI
Carney & Marchi, P.S.
7502  W. Deschutes Place
Kennewick, WA  99336
(509)545-1055

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.4:15-CR-6049-EFS-18 |
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| ALFREDO MAGANA GARIBAY, | |
| Defendant, | |

This matter having coming before the Court on the defendant's Motion for Extension of Date to File Objections to Draft PSR and Defendant's Sentencing Memorandum (ECF No.____) the Court have reviewed the files herein NOW AND THERFORE:

The Motion is GRANTED; any objections to the Draft PSR shall be filed by December 3, 2018.  Defendant's Sentencing Memorandum is now due on December 3, 2018.

Done this ____ day of _____, 2018.


_____
Edward F. Shea.
United States District Judge

ORDER                    - 1

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant