```
TERENCE M. RYAN
Attorney at Law
1304 West College Avenue
Spokane, WA 99201
(509) 325-5466
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | NO.  4:15-CR-6049-EFS-3 |
|---|---|---|
| Plaintiff, | ) | MOTION TO WITHDRAW AS ATTORNEY |
| vs. | ) | |
| ROSA ARACELI GRANADOS, | ) | |
| Defendant. | ) | |

MOTION

COMES NOW Terence M. Ryan, Co-Counsel with Adam Pechtel, Attorney at Law, representing the above-named defendant, and petitions this court to allow him to withdraw as co-counsel for Defendant.

Dated this 15th day of November 2018.

                                      /s/ Terence M. Ryan
                                      TERENCE M. RYAN
                                      Attorney at Law

DECLARATION IN SUPPORT OF MOTION

Terence M. Ryan declares under the penalty of perjury under

MOTION TO WITHDRAW - 1

the laws of the State of Washington that:

I was appointed by this court as a substitute for Jim Egan, Attorney at Law, who was acting as mentor for Adam Pechtel, mentee. (ECF 432) The appointment was on June 1, 2017. I have acted as mentor since that time. However, I believe that my services as mentor for Attorney Pechtel and as co-counsel for defendant are no longer needed. Rosa Araceli Granados has indicated that she has no objection my request for permission to withdraw.

Signed at Spokane County, Washington on this __15__ day of November, 2018.

<pre>
                              /s/ TERENCE M. RYAN
                              TERENCE M. RYAN
                              Attorney at Law
                              1304 West College Avenue
                              Spokane, WA 99201
                              WSBA # 4658
</pre>

**CERTIFICATE**

I hereby certify that on November 15, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie A. Vanmarter
Assistant United States Attorney
U.S. Attorney's Office
920 W. Riverside, Suite 300
Spokane, WA 99201

| | | |
|---|---|---|
| 11/15/18 | Spokane | /s/ Kami Ricco |
| DATE | PLACE | KAMI RICCO |

MOTION TO WITHDRAW - 2