UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 4:15-CR-06049-EFS |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING MOTION |
| JESE D. CARILLO CASILLAS, ) | TO PERMIT FILING OF |
| ) | OBJECTIONS UNDER SEAL |
| Defendant. ) | |
| _____) | |

Before the Court is Defendant's Motion to permit the filing of the Defendant's Objections to the Presentence Report and its attachment **under seal**.

For good cause shown;

**IT IS ORDERED** that the Defendant's motion (ECF ___) is **GRANTED.** Counsel is directed to file **under seal** the Defendant's Objections to the Presentence Report.

DATED this _____ day of November, 2018.

_____
EDWARD F. SHEA
United States District Judge

**ORDER GRANTING MOTION TO PERMIT FILING UNDER SEAL**