FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSA ARACELI GRANADOS (3)<br>    Defendant. | No. 4:15-CR-6049-EFS-3<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY** |

Before the Court, without oral argument, is Defendant Rosa Granados' Motion to Withdraw as Attorney, ECF No. 1021. The Court finds that good cause exists to allow Terence M. Ryan, co-counsel with Adam Pechtel, to withdraw as defense counsel because Mr. Ryan's services as mentor for Mr. Pechtel are no longer needed.

**IT IS HEREBY ORDERED:**

1.  Defendant's Motion to Withdraw, **ECF No. 1021** is **GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to counsel, including Mr. Ryan.

**DATED** this  20th  day of November 2018

                    s/Edward F. Shea
                EDWARD F. SHEA
        Senior United States District Judge

C:\Users\LISA_H~1\AppData\Local\Temp\notes952E43\15-6049.Granados. Order Granting Withdraw.lc02.docx

Order Granting Motion to Withdraw— Page **1** of **1**