AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 26, 2018
SEAN F. McAVOY, CLERK

United States of America
v.
Salvador Gudino Chavez

*Defendant*

Case No. 4:15-CR-6049-EFS-11

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Salvador Gudino Chavez, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Petition/Order filed October 6, 2018

Date: Nov 06, 2018, 2:47 pm

*Issuing officer's signature*

City and state: Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/6/18, and the person was arrested on *(date)* 11/9/18
at *(city and state)* Los Angeles, CA.

Date: 11/9/18

Arrested within the C/CA
By: USMS
*(Agency)*
Executed On: 11/9/18
Sign: Reagan K. Havey, USMS
*Arresting officer's signature*
*Printed name and title*