FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESSE DAVID CARILLO CASILLAS (2),<br><br>                    Defendant. | No.   4:15-CR-6049-EFS-2<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**<br><br>**Clerk's Office Action Required** |

Before the Court, without oral argument, is Defendant Jesse David Carillo Casillas' Motion to Seal, ECF No 1026. Defendant contends that the Defendant's Objections to the Presentence Report contains personal and sensitive information. *Id*. The Court finds that the protection or private information is a "compelling reason" to seal the exhibits, and therefore grants the motions to seal. *See Oliner v. Kontrabecki*, 745 F.3d 1024, 1025–26 (9th Cir. 2014).

Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant's Motion to Seal, **ECF No. 1026, is GRANTED.**

2.  **The Clerk's Office** is directed to file the proposed sealed document **UNDER SEAL.**

//

/

/

ORDER GRANTING MOTION TO SEAL - 1

1   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide

2   copies to all counsel.

3   **DATED** this  27th  day of November 2018.

4

5                                       s/Edward F. Shea
                                        EDWARD F. SHEA
                                Senior United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Q:\EFS\Criminal\2015\15-CR-6049. Carillo CAsillas. Order Granting Motion to Seal.docx

ORDER GRANTING MOTION TO SEAL - 2