1  NICHOLAS MARCHI
   Carney & Marchi, P.S.
2  7502 W. Deschutes Place
   Kennewick, WA 99336
3  (509)545-1055

4

5

6              UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,         Case No.4:15-CR-006049-EFS-18

9          Plaintiff,                ORDER (Proposed)

10     vs.

11 ALFEDO MAGANA-GARIBAY,

12         Defendant,

13

14

15     This matter having coming before the Court on the defendant's Motion to Continue

16 Sentencing and Extension to file Defendant's Sentencing Memorandum (ECF No.____) the

17 Court have reviewed the files herein NOW AND THERFORE:

18     The Motion is GRANTED; the Sentencing Hearing in this matter is set for _____

19 and Defendant's Sentencing Memorandum is now due on _____.

20     Done this ____ day of _____, 2018.

21

22

23                              _____
                                EDWARD F. SHEA
24                              United States District Judge

25

ORDER                                  - 1

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant