# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>-vs-<br>ALEXIS JOEL GARCIA PALOMINO (4); and<br>MARCIAL BRAVO ZAMBRANO (20),<br><br>                                Defendants. | Case No.       4:15-CR-6049-EFS-4, 20<br>**CRIMINAL MINUTES**<br><br>DATE:       DECEMBER 11, 2018<br>LOCATION:  RICHLAND<br><br>**STATUS HEARING** |

| Hon. Edward F. Shea | | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Jeffrey Niesen for Defendant Garcia Palomino<br>Walter and Zachary Ayers for Defendant Bravo Zambrano | |
| **Government Counsel** | | **Defense Counsel** | |

**[X]  Open Court**          **[  ]  Chambers**          **[  ]  Telecon**

Defendants present, in custody of the US Marshal, being assisted by the Court's Interpreters

Ms. Van Marter advises discovery has been provided and is not aware of any other matters pending at this time

Zachary Ayers advises they are reviewing discovery

Court and counsel discuss discovery and deadlines

Mr. Niesen informs the Court he has an outstanding discovery request
Response by Ms. Van Marter
Colloquy between Court and counsel

**Court**: Counsel shall meet and confer, and file a report regarding discovery within 7 days; trial remains set for March 25, 2019

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 10:07 A.M. | ADJOURNED: 10:19 A.M. | TIME: 12 MINS | CALENDARED   [ ] |
|---|---|---|---|