# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. | 4:15-CR-6049-EFS-2 |
|---|---|---|
| Plaintiff, | CRIMINAL MINUTES | |
| -vs- | DATE: | DECEMBER 11, 2018 |
| JESE DAVID CARILLO CASILLAS, | LOCATION: | RICHLAND |
| Defendants. | **SENTENCING HEARING – Day 1** | |

| | **Hon. Edward F. Shea** | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey<br>Jessica McBride | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Nicolas Vieth | |
| **Government Counsel** | | **Defense Counsel** | |

[X] **Open Court**          [ ] **Chambers**          [ ] **Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's Interpreters

Court and counsel discuss exhibits submitted by Government

Jaime Cepero, Massachusetts State Trooper, Sworn to Testify

    Direct examination by Ms. Van Marter

Ms. Van Marter and witness discuss Government's Identification No. 1
Ms. Van Marter moves to admit as Exhibit No. 1
No objection
**Court**: admitted as Government's Exhibit No. 1

Ms. Van Marter and witness discuss Government's Identification No. 2

**Recess:**      12:01 pm
**Reconvene:**   1:20 pm

Jaime Cepero resumes stand

    Direct examination by Ms. Van Marter continues

## [ ] ORDER FORTHCOMING

| CONVENED: 11:30 A.M.<br>1:20 P.M.<br>3:13 P.M.<br>3:58 P.M. | ADJOURNED: 12:01 P.M.<br>2:57 P.M.<br>3:30 P.M.<br>4:46 P.M. | TIME: 3 HRS 13 MINS | CALENDARED    [ ] |
|---|---|---|---|

*USA -vs- Carillo Casillas*                                                 December 11, 2018
4:15-CR-6049-EFS-2                                                 Page 2
Sentencing

Ms. Van Marter and witness discuss Government's Exhibit No. 1, previously admitted

Ms. Van Marter and witness discuss Government's Identification No. 2
Ms. Van Marter moves to admit as Exhibit No. 2
No objection
**Court**: admitted as Government's Exhibit No. 2

Ms. Van Marter and witness discuss Government's Identification No. 3

Ms. Van Marter and witness discuss Government's Identification No. 5
Ms. Van Marter moves to admit as Exhibit No. 5
No objection
**Court**: admitted as Government's Exhibit No. 5

Ms. Van Marter and witness discuss Government's Identification No. 6
Ms. Van Marter moves to admit as Exhibit No. 6
No objection
**Court**: admitted as Government's Exhibit No. 6

Ms. Van Marter and witness discuss Government's Identification Nos. 7, 8, 9 and 10

Ms. Van Marter and witness discuss Government's Exhibit No. 1, previously admitted

Ms. Van Marter and witness discuss Government's Identification No. 11

Ms. Van Marter and witness discuss Government's Exhibit No. 1, previously admitted

Ms. Van Marter moves to admit Government's Identification Nos. 3, 7, 8, 9, 10 and 11
No objection
**Court**: admitted as Government's Exhibit Nos. 3, 7, 8, 9, 10 and 11

| | |
|---|---|
| 2:21 pm | Cross examination of witness by Mr. Vieth |
| 2:40 pm | Re-direct by Ms. Van Marter |
| 2:50 pm | Re-cross by Mr. Vieth |

**Recess:**     **2:57 pm**
**Reconvene:**  **3:13 pm**

Court and Ms. Van Marter discuss schedule for witnesses

Mr. Vieth clarifies information contained within Government's Exhibit No. 11

3:17 pm        Scott Barlow, Royal Canadian Police, Sworn to Testify

                     Direct examination by Ms. Van Marter

3:29 pm        Cross examination by Mr. Vieth

3:30 pm        Re-direct by Ms. Van Marter

Witness steps down and is excused

**Recess:**     **3:30 pm**
**Reconvene:**  **3:58 pm**

*USA -vs- Carillo Casillas*  December 11, 2018
4:15-CR-6049-EFS-2  Page 3
Sentencing

William Leahy, Retired FBI Agent, Sworn to Testify

    Direct examination by Ms. Van Marter

Ms. Van Marter and witness discuss Government's Exhibit No. 1, previously admitted

        Direct by Ms. Van Marter continues

Ms. Van Marter and witness discuss Government's Identification Nos. 12 and 13

4:29 pm       Cross examination by Mr. Vieth

Ms. Van Marter moves to admit Government's Identification Nos. 12 and 13
No objection
**Court**: admitted as Government's Exhibit Nos. 12 and 13

4:40 pm       Witness steps down and is excused

Court and counsel discuss schedule

**Court**: sentencing hearing will continue on December 12, 2018 beginning at 2:45 pm