FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESE DAVID CASILLAS-CARILLO<br><br>　　　　　　Defendant. | No.　4:15-CR-6049-EFS-2<br><br>**ORDER DENYING CONTACT VISIT** |

On December 12, 2018, Defendant Jese David Casillas-Carillo was sentenced in case 4:15-CR-6049-EFS-2. ECF No. 1073. At sentencing, Defendant orally requested a contact visit with his wife and children so that he may say goodbye before he serves his term of imprisonment. The Court orally granted the Defendant's request. However, after sentencing, the United States Marshals Service informed the Court that contact visits are against its policy due to safety concerns. The Court defers to the United States Marshals Service regarding its need to secure the safety of inmates and its officers. Therefore, the Court rescinds its order granting a contact visit with Defendant's wife and children.

//

/

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to counsel and the U.S. Marshal's Service.

**DATED** this  13th  day of December 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
