Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:15-CR-6049-EFS |
| v. | ) | |
| | ) | Joint Status Report Re: Discovery |
| ALEXIS GARCIA PALOMINO (4), and | ) | |
| MARCIAL BRAVO ZAMBRANO (20), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Joint Status Report as to Discovery Issues Discussed at the last Pre-Trial Conference.

JOINT STATUS REPORT - 1
Status.docx

Counsel for the United States, Mr. Niesen and representatives from Behind the Gavel met on December 14, 2018, to discuss discovery related questions and/or requests. Although the RCMP reports have all been provided, there are physical exhibits noted with the reports that are in the possession of the RCMP. Counsel has requested copies of those physical exhibits. The request has been made to the RCMP and is pending. There were also references in the discovery to additional border contacts. The reports regarding those contacts have been provided however, counsel has inquired if there are any additional border patrol reports as well. The request has been relayed to border patrol.

Therefore, all issues have been addressed at this time. The parties will further update the Court if these issues are not resolved.

DATED this 18th day of December 2018.

                                      Joseph H. Harrington
                                      United States Attorney

                                      *s/Stephanie Van Marter*
                                      Stephanie Van Marter
                                      Assistant United States Attorney

JOINT STATUS REPORT - 2
Status.docx

CERTIFICATION

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Jeffrey Niesen, jsniesen1@yahoo.com
Walter Lynn Ayers, walter@ayerslawfirm.net
Zachary Lynn Ayers, zach@ayerslawfirm.net

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

JOINT STATUS REPORT - 3
Status.docx