# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v.  Salvador Gudino Chavez**             Case No.    4:15-CR-6049-EFS-11

**Initial Appearance on Pretrial Release Petition:**             12/20/2018

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty [Y] |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Paul Shelton, Defense Atty standing in for attorney Lupe Rodriguez, Jr.[R] |
| ☒ | Linda Leavitt, US Probation / Pretrial Services Officer [Y] | ☒ | Interpreter – Carolina Hickey |
| ☒ | Defendant present ☒in custody USM ☐out of custody | | |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Conditions of Release Imposed | ☒ | Defendant received copy of charging document |
| ☐ | Conditions of Release as Previously Imposed | ☐ | Defendant waived reading of charging document |
| | | ☒ | Petition reviewed in open court |
| | | ☐ | Supplemental Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention/Pretrial Release Revocation Hrg:**
**01/10/2019 @ 1:00 p.m. [R/JTR by video]**