FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SALVADOR GUDINO CHAVEZ,<br><br>　　　　　　　　Defendant. | No. 4:15-CR-06049-EFS-11<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITION<br><br>**ACTION REQUIRED** |

　　　On Thursday, December 20, 2018, Defendant made his initial appearance for pretrial release violations reported in a Petition dated November 6, 2018, (ECF No. 1010, violations 1-2). Defendant appeared with Assistant Federal Defender Paul Shelton and was assisted by federal court-certified interpreter Carolina Hickey. Assistant United States Attorney Thomas Hanlon represented the United States.

　　　Defendant was advised of, and acknowledged the alleged violations and the penalties he faces.

　　　Defendant denied violating the conditions of his release.

　　　Defendant was advised of, and acknowledged Defendant's rights.

ORDER - 1

The United States orally moved for detention (ECF No. 1078). A revocation and detention hearing was set before **Judge John T. Rodgers, presiding by video, in Richland, Washington, on Thursday, January 10, 2019 at 1:00 PM.**

Until further order of this Court, Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED December 20, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2