FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 0 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SALVADOR GUDINO CHAVEZ,<br><br>          Defendant's Printed Name. | No. 4:15-CR-6049-EFS-11<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS − PETITION − PRETRIAL RELEASE |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of Petition for Action on Conditions of Pretrial Release;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a detention hearing, if I am in custody;

6. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

arrest or detention.

_____    Date: 12/20/18

Interpreter Signature

CAROLINA HICKEY    Salvador Gustino

Interpreter Printed Name    Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2