FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2018

SEAN F. McAVOY, CLERK

1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6   UNITED STATES OF AMERICA,

No.    15-CR-06049-EFS-2

7                    Plaintiff,

8          v.

**AMENDED ORDER DISMISSING
COUNTS 4, 5, 7, 8, 9, 10, 11, 13, AND
15 OF THE SECOND
SUPERSEDING INDICTMENT**

9

10   JESE DAVID CASILLAS-CARILLO,
                    Defendant.

11

12

13       On October 5, 2018, the Court granted the Government's Motion to Dismiss

14   Pursuant to Rule 48. *See* ECF Nos. 959 & 977. The Government's Motion requested

15   that the Court dismiss counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second

16   Superseding Indictment against Defendant Jese David Casillas-Carillo without

17   prejudice. *See* ECF No. 959. The Court ordered the parties to respond with any

18   objections and received none. *See* ECF No. 967. The Court granted the Motion, but

19   incorrectly specified that dismissal was with prejudice. This Order amends the

20   Court's prior Order, ECF No. 977, and dismisses counts 4, 5, 7, 8, 9, 10, 11, 13, and

21   15 of the Second Superseding Indictment without prejudice.

22       /

Order— Page **1** of 2

1    **IT IS HEREBY ORDERED:**

2    **1.**    The Government's Motion to Dismiss Pursuant to Rule 48, ECF No. 959,

3            is granted, and counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second

4            Superseding Indictment are dismissed without prejudice.

5    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

6    provide a copy to all counsel and Defendant.

7    **DATED** this  26th  day of December 2018.

8

                  s/Edward F. Shea

9                      EDWARD F. SHEA
            Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22