FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2018

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE **EASTERN** DISTRICT OF **WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Jesé David Carrillo Casillas )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:15-CR-0649-EFS<br><br>**NOTICE OF APPEAL** |

COMES NOW the Defendant, **Jese D Carrillo Casillas**, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on **December 12**, 20**18**.

Respectfully submitted this **17** day of **December**, 20**18**.

*Jesé D Casillas C.*

Copy mailed this **17** day of **Dec**, 20**18**, to each of the following:

RECEIVED
Dec 21, 2018
CLERK, U.S. DISTRICT COURT