UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: USA v. Carillo Casillas, et al.
U.S. District Court, Eastern District of Washington   Senior Judge Edward F. Shea
Criminal and/or Civil Case No. 4:15-CR-06049-EFS-2
Date Civil Complaint/Petition Filed:
Date Appealed order/judgment was *entered*: 12/26/2018
Date NOA *filed*: 12/26/18
Date of Last Indictment: 12/06/2016   Plea   Hearing 08/24/18   Sentencing 12/12/18   Verdict

Court of Appeals No.

COA Status (check one):   ☐ granted in full   ☐ denied in full   Court Record No.
                          ☐ granted in part   ☐ pending

Court Reporter(s) Name & Phone Number:   Kimberly Allen, 509-943-8175   Lynette Walters, 509-573-6613   Electronic Recording, 509-458-3400

**FEE INFORMATION**

Date Docket Fee Paid:
Date IFP granted/Counsel Appointed: 08/30/16
Is IFP pending? ☐ yes ☒ no
US Attorney Appeal? ☐ yes ☒ no
Companion/Related Cases? Please list:

Date IFP denied:
Was IFP limited ☐? Revoked ☐?

**COUNSEL INFORMATION**

Appellate Counsel:
Nicolas Vieth
Vieth Law Offices
912 East Sherman Avenue
Coeur d'Alene, ID 83814
☐ Retained ☒ CJA ☐ FPD ☐ Pro Se ☐ Other

Appellee Counsel:
Caitlin Baunsgard and Stephanie Van Marter
U.S. Attorney's Office
P.O. Box 1494
Spokane, WA 99210-1494

**DEFENDANT INFORMATION - Criminal Cases**

Prisoner ID 20126-085
Custody ☒ yes ☐ no
Bail

Address: Benton County Correctional Center
7122 W Okanogan, Bldg B
Kennewick, WA 99336

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid            9th Circuit Docket Number

Name & Phone Number of Person Completing this Form   Lennie Rasmussen, Appeal Clerk
509-458-3400