UNITED STATES DISTRICT COURT ▪ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. 4:15-CR-06049-EFS-2
Short Case Title  USA v. Carillo Casillas_____
Date Notice of Appeal Filed by Clerk of the District Court  12/26/2018 _____

**1.    Name of Court Reporter/FTR**:_____

**Date of Hearing/Court Rec #**        **Type of Proceedings**
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

**2.    Name of Court Reporter/FTR**:_____

**Date of Hearing/Court Rec #**        **Type of Proceedings**
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

**3.    Name of Court Reporter/FTR**:_____

**Date of Hearing/Court Rec #**        **Type of Proceedings**
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

(Attach additional page for designations, if necessary)

☐    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐    As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand.  I further agree to pay for work done prior to cancellation of this order.
☐    As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United states has been, or within seven (7) days thereof will be, obtained and delivered to the reporter.  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____  Party you represent_____
Type or print name of attorney/pro se litigant _____
Signature of attorney/pro se litigant _____Phone No._____
Address_____

CA9-036 (10/82) EDWA 11/10