FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   15-CR-06049-EFS |
| Plaintiff, | |
| v. | **ORDER REGARDING SPEEDY TRIAL ACT TIME AND REQUIRING PARTIES TO SUBMIT BRIEFING** |
| ALEXIS JOEL GARCIA PALOMINO (4) AND MARCIAL BRAVO ZAMBRANO (20), | |
| Defendants. | |

After reexamining the record, the Court is concerned as to whether Defendants Alexis Joel Garcia Palomino and Marcial Bravo Zambrano adequately waived their right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. During the May 29, 2018 pretrial conference, the Court discussed the trial dates for Defendants Palomino and Marcial Zambrano,[1] who had recently been indicted and arraigned. *See* ECF Nos. 735 & 786. The Court asked counsel for Defendants to state their position regarding going to trial in October 2018 with the other codefendants. Defendant Zambrano was not in Court due to confusion from his recent arraignment

---
[1] The Court uses Mr. Zambrano's first name because he shares the last name of another codefendant.

and availability of transportation. Zachary Ayers, counsel for Defendant Marcial Zambrano, stated his client would agree to the continuance that other counsel was requesting. The Court clarified that no motion for a continuance was being considered, rather, the Court was simply setting an initial trial date. Mr. Ayers stated that his client anticipated a date in March 2019. The Court noted that if Defendant Marcial Zambrano disagreed with the March 2019 date, another hearing would be set to discuss further.

On May 30, 2018 the Court entered an Order Severing Defendants and Directing Parties to Meet and Confer. ECF No. 802. The parties filed a Joint Status Report on June 5, 2018. ECF No. 814. On June 14, 2018 the Court set the jury trial for March 2019. ECF No. 820. In light of the record before the Court, **IT IS HEREBY ORDERED:**

   **1.** The Government and defense counsel for Defendants Alexis Joel Garcia Palomino and Marcial Bravo Zambrano will file briefing as to whether there is a speedy trial issue with the Court **by no later than January 22, 2019.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel for the Government and Defendants Palomino and Marcial Zambrano.

**DATED** this  7th  day of January 7, 2019.

                       s/Edward F. Shea
                      EDWARD F. SHEA
                Senior United States District Judge

C:\Users\LISA_H~1\AppData\Local\Temp\notes952E43\15-cr-6049.Garcia Palonimo.Order Excluding Speedy Trial Act Time.lc02.docx

Order— Page **2** of 2