FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-11 |
| Plaintiff, | ORDER FOLLOWING REVOCATION HEARING ON PRETRIAL RELEASE PETITION, REVOKING RELEASE, AND GRANTING UNITED STATES' MOTION FOR DETENTION |
| vs. | |
| SALVADOR GUDINO CHAVEZ, | |
| Defendant. | |
| | ECF No. 1078 |

On Thursday, January 10, 2019, Defendant appeared for a pretrial release revocation hearing for pretrial release violations reported in a Petition dated November 6, 2018 (ECF No. 1010, violations 1-2). Defendant appeared with his attorney Lupe Rodriguez, Jr. and was assisted by federal court-certified interpreter Carolina Hickey. Assistant United States Attorneys Stephanie Van Marter and Caitlin Baunsgard represented the United States.

Defendant admitted to violations 1-2 of his conditions of pretrial release. The Court finds Defendant's admissions are knowing, voluntary, and intelligent.

ORDER - 1

The United States moved for detention (ECF No. 1078).  Defendant, personally and through counsel, waived his right to a detention hearing.

IT IS ORDERED:

1. Defendant's previously-imposed conditions of pretrial release (**ECF No. 326**) are hereby **REVOKED**.  Defendant's bond is EXONERATED.

2. The Government's Motion for Detention (**ECF No. 1078**) is **GRANTED**.

3. Defendant shall be held in detention pending disposition of this case or until further order of the Court.  Should circumstances change, Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney.

4. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

5. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 2

6. If Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

DATED this January 10, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3