# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. SALVADOR GUDINO CHAVEZ**     Case No.   4:15-CR-6049-EFS-11

**Revocation of Pretrial Release Hearing:**     01/10/2019

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Caitlin Baunsgard & Stephanie Van Marter, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Lupe Rodriguez, Jr., Defense Atty |
| ☒ | Linda Leavitt, US Probation / Pretrial Services [Tele] | ☒ | Interpreter – Carolina Hickey |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | AO 199C Advice of Penalties/Sanctions |

## REMARKS

Defense advises the Defendant is prepared to admit the pending violations and is stipulating to remaining in custody pending his sentencing.  Court colloquy with Defendant who admits violations #1 and 2.  The Court finds that Defendant's admissions are knowing, intelligent and voluntary.

Defense counsel orally motions to exonerate the property bond – granted.

**The Court ordered:**
1. USA's Motion for Detention is granted.
2. The Court ordered that Defendant's release previously ordered by this Court shall be revoked.
3. Defendant's property bonds will be exonerated.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.