FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-11 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXONERATE BOND |
| vs. | |
| SALVADOR GUDINO CHAVEZ, | **ECF No. 1096** |
| Defendant. | |

On Thursday, January 10, 2019, Defendant appeared for a pretrial release revocation hearing for pretrial release violations reported in a Petition dated November 6, 2018 (ECF No. 1010, violations 1-2).  Defendant appeared with his attorney Lupe Rodriguez, Jr. and was assisted by federal court-certified interpreter Carolina Hickey.  Assistant United States Attorneys Stephanie Van Marter and Caitlin Baunsgard represented the United States.

The Court revoked Defendant's conditions of pretrial release and granted the United States' motion for detention in another order.  Defendant moved orally to exonerate the bond posted in this case in the Central District of

ORDER - 1

1    California and transferred to the Eastern District of Washington.

2         IT IS HEREBY ORDERED:

3      1.  The Motion to Exonerate Bond (ECF No. 1096) is GRANTED.

4      2.  The titles to the 2008 Nissan Pathfinder and the 2009 Volvo 18-Wheeler

5         currently in the possession of the Clerk of Court in the Eastern District of

6         Washington shall be returned to the sureties at the address listed in the

7         Affidavit of Sureties.

8      DATED January 10, 2019.

9                          *s/Mary K. Dimke*
                         MARY K. DIMKE
10              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER - 2