UNITED STATES DISTRICT COURT ▪ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. __18-30252__   U.S. District Court Case No. __4:15-CR-6049-EFS__
Short Case Title __United States v. Jese Carillo Casillas__
Date Notice of Appeal Filed by Clerk of the District Court __December 21, 2018__

1.   Name of Court Reporter/FTR: __Kimberly Allen__

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| 12-11-18 / ECF 1071 | Sentencing Hearing Day 1 - Judge Edward F. Shea |
|  | (Transcript already filed at ECF 1102) |
| 12-12-18 / ECF 1073 | Sentencing Hearing Day 2 - Judge Edward F. Shea |

2.   Name of Court Reporter/FTR: _____

Date of Hearing/Court Rec #      Type of Proceedings

3.   Name of Court Reporter/FTR: _____

Date of Hearing/Court Rec #      Type of Proceedings

(Attach additional page for designations, if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☑ As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __01-14-19__   Party you represent __Jese Carillo Casillas__
Type or print name of attorney/pro se litigant __Nicolas V. Vieth__
Signature of attorney/pro se litigant __/s/ Nicolas V. Vieth__   Phone No. __208.664.9494__
Address __912 E. Sherman Ave. Coeur dAlene ID 83814__

CA9-036 (10/82) EDWA 11/10