# Attachment A

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        ) Case No.
                                 ) 4:15-CR-6049-EFS-2, 4, 10,
                     Plaintiff,  ) 16, 18, 19, 20, 21, 23
                                 )
v.                               ) May 29, 2018
                                 )
JESE DAVID CARILLO               ) Richland, Washington
CASILLAS (2), ALEXIS JOEL        )
GARCIA PALOMINO (4), BRITTNEY    ) Pretrial Conference/Motion
LEE ZARAGOZA (10), EDGAR OMAR    ) Hearing
HERRERA FARIAS (16), ALFREDO     )
MAGANA GARIBAY (18), JUAN BRAVO  )
ZAMBRANO (19), MARCIAL BRAVO     ) Pages 1 to 75
ZAMBRANO (20), MIGUEL REYES      )
GARCIA (21), JOSE ADRIAN         )
MENDOZA (23),                    )
                                 )
                     Defendants. )


              BEFORE THE HONORABLE EDWARD F. SHEA
         SENIOR UNITED STATES DISTRICT COURT JUDGE


                        APPEARANCES:

For the Plaintiff:          Stephanie A. Van Marter
                            Stephanie.Van Marter@usdoj.gov
                            Caitlin Baunsgard
                            US Attorney's Office-SPO
                            920 W Riverside, Suite 300
                            P.O. Box 1494
                            Spokane, WA 99210
                            509-353-2767

For the Defendant Carillo   Nicolas V. Vieth
Casillas (2):               Nick@viethlaw.com
                            Vieth Law Offices
                            505 West Riverside
                            Suite 200
                            Spokane, WA 99201
                            208-664-9448
```

KIMBERLY J. ALLEN, RMR, CRR, RPR, CCR
OFFICIAL COURT REPORTER

2

| | | |
|---|---|---|
| 1 | | |
| 2 | For the Defendant Alexis Joel Garcia Palomino (4): | Jeffrey Scott Niesen<br>Jsniesen1@yahoo.com<br>Jeffrey S. Niesen Law Office<br>1411 W. Pinehill Road<br>Spokane, WA  99218<br>509-822-7140 |
| 5 | | |
| 6 | For the Defendant Zaragoza (10): | Victor H. Lara<br>Vh_lara@hotmail.com<br>Hurley Lara & Hehir<br>411 North Second Street<br>Yakima, WA  98901<br>509-248-4282 |
| 9 | | |
| 10 | For the Defendant Herrera Farias (16): | Peter Steven Schweda<br>Pschweda@wsmattorneys.com<br>Waldo & Schweda, PS<br>2206 N Pines Road<br>Spokane, WA  99206<br>509-924-3686 |
| 13 | For the Defendant Magana Garibay (18): | Nicholas Wright Marchi<br>Nmarchi@carmarlaw.com<br>Carney & Marchi, PS<br>7502 W Deschutes Place<br>Kennewick, WA  99336<br>509-545-1055 |
| 16 | | |
| 17 | For the Defendant Bravo Zambrano (19): | Richard A. Smith<br>Rasmith@house314.com<br>Smith Law Firm<br>314 North Second Street<br>Yakima, WA 98901<br>509-457-5108 |
| 20 | | |
| 21 | | |
| 22 | For the Defendant Marcial Bravo Zambrano (20)- DEFENDANT NOT PRESENT: | Walter Lynn Ayers<br>Walter@ayerslawfirm.net<br>Zachary Lynn Ayers<br>Zach@ayerslawfirm.net<br>1312 N. Monroe Street, Ste. 133<br>Spokane, WA  99201<br>509-252-6005 |
| 25 | | |

3

| | | |
|---|---|---|
| 1 | For the Defendant Reyes Garcia (21): | Kenneth D. Therrien Kentherrien@msn.com |
| 2 | | Kenneth Therrien Law Office 413 North Second Street |
| 3 | | Yakima, WA  98901 509-457-5991 |
| 4 | | |
| 5 | For the Defendant Adrian Mendoza (23): | Scott W. Johnson Scott@johnsonorr.com |
| 6 | | Johnson & Orr PS 1038 Jadwin Avenue |
| 7 | | Richland, WA  99352 509-579-0080 |
| 8 | | |
| 9 | Court-Certified Interpreters: | Carolina Hickey, Cristina Perez-Lopez |
| 10 | Official Court Reporter: | Kimberly J. Allen, CCR #2758 United States District Courthouse |
| 11 | | P.O. Box 685 Richland, Washington 99352 |
| 12 | | (509) 943-8175 |
| 13 | Proceedings reported by mechanical stenography; transcript produced by computer-aided transcription. | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

4

## INDEX

**Proceedings:**                                                        **Page**

    Colloquy Re: ECF 617                                15
    Colloquy Re: ECF 757                                29
    Colloquy Re: ECF 619                                34
    Colloquy Re: ECF 623                                39

## WITNESS INDEX

**Plaintiff Witness:**                                                  **Page**

  None

*****

**Defense Witnesses:**                                                  **Page**

  None

## EXHIBITS ADMITTED

**Plaintiff Number**    **Description**                     **Page**

      None

**Defense Number**    **Description**                     **Page**

      None

5

**GENERAL INDEX**

                                                        **Page**

Reporter's Certificate.............................

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*  
*Pretrial Conference-Motion Hearing/May 29, 2018*

6

```
09:18:34
09:19:04
09:19:14
09:19:25
09:19:36
```

1  (May 29, 2018; 9:18 a.m.)
2         THE COURTROOM DEPUTY:  All rise.
3      (Call to Order of the Court.)
4         THE COURT:  Good morning to you all.  Please be seated.
5         THE COURTROOM DEPUTY:  Matter before the Court is United
6  States of America v. Jese David Carillo Casillas, et al., Cause
7  No. 4:15-CR-6049-EFS, Defendant Nos. 2, 4, 10, 16, 18, 19, 21,
8  and 23.  And the attorneys for Defendant No. 20, Marcial Bravo
9  Zambrano, are also present, but the defendant is not present.
10        Counsel, please state your presence for the record.
11 We'll start with the Government first, and then we'll move to
12 the top row in the box and then over to counsel at counsel
13 table.
14        MS. VAN MARTER:  Good morning, Your Honor.  Stephanie
15 Van Marter and Caitlin Baunsgard, along with case agent Joe
16 Brazeau, present for the United States.
17        THE COURT:  Thank you.
18        MR. SCHWEDA:  Your Honor, Pete Schweda with Mr. Herrera
19 Farias.
20        MR. NIESEN:  Good morning, Your Honor.  Jeffrey Niesen
21 with Mr. Palomino.
22        MR. VIETH:  Good morning, Judge.  Nick Vieth for
23 Mr. Casillas.
24        MR. MARCHI:  Good morning, Your Honor.  Nicholas Marchi
25 on behalf of Mr. Garibay.

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*  7
*Pretrial Conference-Motion Hearing/May 29, 2018*

1  MR. THERRIEN: Good morning, Your Honor. Ken Therrien
2  for Miguel Reyes Garcia.
3  MR. SMITH: Rick Smith on behalf of Juan Zambrano, Your
4  Honor.
09:19:45  5  MR. JOHNSON: Scott Johnson on behalf of Jose Mendoza.
6  MR. LARA: Victor Lara for Brittany Zaragoza.
7  MR. ZACHARY AYERS: Zachary Ayers and Walter Ayers on
8  behalf of Mr. Zambrano.
9  THE COURT: Mr. Zambrano was arraigned sometime on
09:20:00  10  Friday --
11  MR. ZACHARY AYERS: Correct.
12  THE COURT: -- and an order to that effect was entered
13  at about 4:45 on Friday, and as a result of that entry at that
14  time, on this weekend there was a lack of communication about
09:20:12  15  providing transportation for him to be here today.
16  MR. ZACHARY AYERS: I believe so.
17  THE COURT: And as a result, he's not here in court.
18  But I invite you to make any motions or request any hearings you
19  want on anything that goes on, including your case.
09:20:27  20  Okay?
21  MR. ZACHARY AYERS: Understood, Your Honor.
22  THE COURT: We can bring him back -- so nothing that
23  occurs today will prejudice him. We will take up the issue
24  right now of trial dates in your client's case and in the case
09:20:40  25  that we heard this morning, Mr. Palomino.

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*  8
*Pretrial Conference-Motion Hearing/May 29, 2018*

1    Okay. Have a seat. Thanks.

2    MR. ZACHARY AYERS: Thank you, Your Honor.

3    THE COURT: Ms. Van Marter, let's talk about that right
4 at the outset.

09:20:53  5    And consistent with that, one of the attorneys is
6 telling me there's rolling discovery, a pejorative term in my
7 court, especially when the indictment is December 16th of 2015,
8 with a second superseding indictment 12-6 of '16.

9    Please tell me that that's not so; that that is
09:21:16 10 inaccurate; that there is no rolling discovery.

11    MS. VAN MARTER: There is no rolling discovery, Your
12 Honor. What was last disclosed to counsel of -- new counsel of
13 record is the majority of the discovery. That's the most recent
14 disclosure. So that's for the Ayerses -- obviously they didn't
09:21:30 15 have it previously -- as well as Mr. Niesen on behalf of
16 Mr. Palomino.

17    THE COURT: So that's discovery already provided --

18    MS. VAN MARTER: Yes.

19    THE COURT: -- to all the other counsel?

09:21:40 20    MS. VAN MARTER: Correct.

21    THE COURT: So it should be in their files.

22    MS. VAN MARTER: Correct.

23    THE COURT: Did anybody call you and tell you that there
24 was new discovery?

09:21:46 25    MS. VAN MARTER: No.

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*
*Pretrial Conference-Motion Hearing/May 29, 2018*

9

1  THE COURT: Okay.

2  MS. VAN MARTER: Nobody contacted the United States to
3  that effect at all.

4  THE COURT: Okay.

5  MS. VAN MARTER: As to new counsel, we've had
6  conversations about the discovery that they've received. I've
7  only had one conversation with Mr. Vieth about any questions
8  that he may have or any additional information that he may like,
9  and I believe we've worked that through.

10  The only other discovery that was produced was pursuant
11  to the hearing that this Court was already -- we already
12  presided over; that had to do with Mr. Schweda's requests, and
13  we already went over that issue. And the only outstanding thing
14  is the CI disclosures that I have a court date -- or a date set
15  by this Court in August for those disclosures, which we've
16  already discussed in front of this Court a number of times.

17  THE COURT: Okay. Well, Mr. Niesen, I don't know
18  what -- Mr. -- the Ayerses, what is your position on going to
19  trial in October, given your client's charges? What charge is
20  your client charged with? You can speak from there.

21  MR. ZACHARY AYERS: Your Honor, he is charged with a
22  conspiracy in Count 1.

23  THE COURT: So Count 1.

24  MR. ZACHARY AYERS: We would agree to the continuance
25  that the other counsel is moving for as well today.

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*  
*Pretrial Conference-Motion Hearing/May 29, 2018*

10

| | |
|---|---|
| 1 | THE COURT:  This is not a continuance. |
| 2 | MR. ZACHARY AYERS:  Or I mean -- |
| 3 | THE COURT:  This is a separate trial date.  Nobody is |
| 4 | getting a continuance at this point. |
| 09:23:00  5 | MR. ZACHARY AYERS:  Okay. |
| 6 | THE COURT:  You can have a -- because the amended case |
| 7 | management order in Palomino set his trial for October.  There's |
| 8 | been no amended case management order dealing with your client. |
| 9 | So as I put in a footnote, flagging it to the people who |
| 09:23:15  10 | received all of that, all of the counsel, anybody arrested |
| 11 | recently is going to trial in March of 2019. |
| 12 | MR. ZACHARY AYERS:  Understood, Your Honor. |
| 13 | THE COURT:  Okay. |
| 14 | MR. ZACHARY AYERS:  That was the date we were |
| 09:23:25  15 | anticipating. |
| 16 | THE COURT:  Thank you. |
| 17 | MR. ZACHARY AYERS:  Thank you. |
| 18 | THE COURT:  But if something arises -- let me know if |
| 19 | your client has different views. |
| 09:23:32  20 | Have you been able to talk with your client yet? |
| 21 | MR. ZACHARY AYERS:  Only since last Friday, Your Honor. |
| 22 | We hadn't had a chance to talk with him about the dates yet. |
| 23 | THE COURT:  Okay.  Well, then if that develops, set a |
| 24 | hearing, and we'll deal with the issues -- |
| 09:23:43  25 | MR. ZACHARY AYERS:  Okay. |

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*
*Pretrial Conference-Motion Hearing/May 29, 2018*

11

```
09:23:57   1              THE COURT:  -- at your convenience.
           2              Okay.  So that takes care of those two individuals.
           3   They'll go to trial in March of next year, which gives them more
           4   than adequate -- gives them adequate time to prepare, given the
           5   amount of time every other attorney has had.
           6              Mr. Vieth, you suggested that there was a need for more
           7   Behind the Gavel analysis, and I'm perplexed because I don't get
           8   why that is so.
           9              MR. VIETH:  Your Honor, do you want me to go to --
09:24:14  10              THE COURT:  No, you're fine.
          11              MR. VIETH:  All right.  In speaking with Behind the
          12   Gavel -- and I did put a call in, I believe it was on Thursday
          13   or Friday, my office, to Behind the Gavel to have them available
          14   by phone if the Court has any questions.  But the need, as I
09:24:34  15   understand it, was to continue to give counsel, not only myself
          16   but everybody else, because I am now the lead attorney on
          17   getting all of their budgets in order, making sure that they
          18   have the proper funds, to give not only my office the ability to
          19   call them, pinpoint potential discovery that is valuable to
09:24:59  20   me --
          21              THE COURT:  Sorry, Counsel.  You're going to have to
          22   repeat that again.  Why is there additional work needed from
          23   Behind the Gavel?  I think I approved something over $40,000 for
          24   that.
09:25:09  25              MR. VIETH:  I believe so, Judge.
```

1    THE COURTROOM DEPUTY:  I'm sorry, Judge.  The
2 interpreter needs the microphone -- can you speak into the
3 microphone, please, so she can pick it up in the headset?
4    THE COURT:  Okay.
5    MR. VIETH:  Oh.  Sorry about that.
6    Do I need to start over, Ms. Interpreter?
7    Okay.  And so, Your Honor, as I understand it and the
8 request from Behind the Gavel was to continue to provide the
9 same expertise that they have provided, to other counsel,
10 previous counsel to the more recent appointed counsels.
11    THE COURT:  Define most -- "more recent appointed
12 counsel."
13    MR. VIETH:  Well, Mr. Ayers, I believe, was just
14 appointed.  I believe there was one or two --
15    THE COURT:  Mr. Niesen.
16    MR. VIETH:  Mr. Jeff Niesen as well.
17    Sorry, Jeff.
18    And so it's my understanding that it's their request
19 that they be able to provide the same assistance that they have
20 given my office and other offices in the past with their same
21 expertise in pinpointing certain discovery and helping those
22 members of the defense with the same opportunities that we've
23 received.
24    THE COURT:  Well, why would that motion come through you
25 rather than through Mr. Niesen or Mr. Ayers?

*USA vs. Carillo Casillas, et al./4:15-CR-6049-EFS*  13
*Pretrial Conference-Motion Hearing/May 29, 2018*

| | |
|---|---|
| 1 | MR. VIETH:  It's my understanding, Your Honor, that when |
| 2 | I received the case, that the lead counsel that ended up having |
| 3 | to withdraw and I took over, I was the point for the Ninth |
| 4 | Circuit budgeting coordinator Blair Pearlman, and then it was my |
| 09:26:46  5 | responsibility to put together the budget for Behind the Gavel. |
| 6 | THE COURT:  Okay.  That makes more sense to me.  Thanks |
| 7 | for that clarification. |
| 8 | MR. VIETH:  Thank you, Judge. |
| 9 | THE COURT:  Okay.  All right.  Let's talk about what |
| 09:27:00  10 | motions we have. |
| 11 | What are we doing today? |
| 12 | For the record, the same rulings I've made in the past |
| 13 | regarding shackling remain in place, given the number of |
| 14 | defendants, the stakes, and the public interest in safety for |
| 09:27:27  15 | the defendants, counsel, and the courtroom staff; six in custody |
| 16 | defendants will be permitted to be shackled by the United States |
| 17 | for this hearing. |
| 18 | Okay.  What's next? |
| 19 | MS. VAN MARTER:  Are you asking me?  I'm sorry, Your |
| 09:27:44  20 | Honor.  I'm aware of only one pending motion thus far before the |
| 21 | Court, and that is on behalf of Mr. Herrera Farias in regard to |
| 22 | his motion in limine to exclude reference to his prior 2012 drug |
| 23 | conviction that was -- |
| 24 | THE COURT:  Okay.  Let's argue that.  Stay at the |
| 09:28:02  25 | podium. |