# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>Defendant. | Case No.   4:15-CR-6049-EFS-20<br>**CRIMINAL MINUTES**<br><br>DATE: FEBRUARY 4, 2019<br>LOCATION: RICHLAND VIA VIDEO CONFERENCE<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| **Hon. Edward F. Shea appearing via video conference** ||||
|---|---|---|---|
| Cora Vargas/Sara Gore | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter || Walter Ayers<br>Zachery Ayers ||
| **Government Counsel** || **Defendant's Counsel** ||

[ X ] Open Court        [  ] Chambers        [  ] Telecon

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Court discusses speedy trial time with counsel
Ms. Van Marter concurs with Court's speedy trial calculation
Mr. Ayers concurs with Court's speedy trial calculation and advises the Defendant waives the necessary speedy trial time
Defendant has no objection to holding these proceedings before Judge Edward F. Shea via video conference

Oath administered to defendant for change of plea

Court discusses speedy trial calculation with Defendant
Defendant advises he would like to proceed with change of plea at this time

Plea Agreement signed and filed
Court advises Defendant of Constitutional Rights given up by plea of guilty
Court advises Defendant of elements that would need to be proven for the Government to obtain a conviction
Court discusses Plea Agreement with Defendant
Defendant's plea of guilty to Count One of the Second Superseding Indictment is accepted

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed
All pending motions denied as moot

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 9:43 A.M. | ADJOURNED: 10:38 A.M. | TIME: 0:55 HR. | CALENDARED    [ X ] |
|---|---|---|---|

*USA -vs- Bravo-Zambrano*  
4:15-CR-6049-EFS-20  
Change of Plea Hearing

February 4, 2019  
Page 2

Sentencing set for **May 7, 2019 at 10:00 AM in Richland**

U.S. Probation Officer to prepare the PSIR

[XX] ORDERS FORTHCOMING