# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>-vs-<br><br>ALEXIS JOEL GARCIA PALOMINO,<br><br>                                  Defendant. | Case No.      4:15-CR-6049-EFS-4<br>**CRIMINAL MINUTES**<br><br>DATE:        FEBRUARY 4, 2019<br>LOCATION: RICHLAND VIA VIDEO<br>                     CONFERENCE<br><br>**CHANGE OF PLEA HEARING** |

| **Hon. Edward F. Shea appearing via video conference** | | | |
|---|---|---|---|
| Cora Vargas/Sara Gore | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Jeffrey Scott Niesen | |
| **Government Counsel** | | **Defendant's Counsel** | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Telecon**

Court discusses speedy trial time with counsel
Ms. Van Marter concurs with Court's assessment of speedy trial calculation
Mr. Niesen concurs with Court's assessment of speedy trial calculation

Oath administered to defendant for change of plea

Defendant has no objection to holding these proceedings before Judge Edward F. Shea via video conference

Plea Agreement signed and filed
Court advises Defendant of Constitutional Rights given up by plea of guilty
Court advises Defendant of elements that would need to be proven for the Government to obtain a conviction
Court discusses Plea Agreement with Defendant
Defendant's plea of guilty to Count One of the Second Superseding Indictment is accepted

Order Accepting Guilty Plea signed and filed
Order Regarding Schedule for Guideline Sentencing signed and filed

All pending motions denied as moot

Sentencing set for **May 7, 2019 at 10:45 AM in Richland**

U.S. Probation Officer to prepare the PSIR


**[ X ]  ORDERS FORTHCOMING**

| **CONVENED:** 10:40 A.M. | **ADJOURNED:** 11:23 A.M. | **TIME:** 0:43 HR. | **CALENDARED** [ X ] |
|---|---|---|---|