IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>MIGUEL REYES GARCIA,<br>　　　　　　Defendant. | NO.  4:15-CR-6049-EFS-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSIR AND SENTENCING MEMORANDUM**<br><br>(PROPOSED) |

　　　　Before the Court is Defendant's Motion for Extension of Time to File Objections to PSIR and Sentencing Memorandum (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Defendant's Motion for Extension of Time to File Objections to PSIR and Sentencing Memorandum (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

　　　　DATED this ____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　　　　　　UNITED STATES JUDGE

ORDER