UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS-16 |
| vs. ) | |
| ) | Order Granting Joint Motion for |
| EDGAR OMAR HERRERA FARIAS, ) | Extension of Time to File |
| ) | Sentencing Documents |
| Defendant. ) | |

THIS MATTER coming before the Court upon a joint motion by the United States for an order extending the time to file sentencing documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Joint Motion for Extension of Time to File Sentencing Documents is granted. Sentencing materials from both parties shall be filed by no later than February 25, 2019.

IT IS SO ORDERED this _____day of February 20, 2019.

                                                               _____
                                                               Edward F. Shea
                                                               Senior United States District Judge