UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS-16 |
| vs. ) | |
| ) | Order Granting United States' |
| EDGAR OMAR HERRERA FARIAS, ) | Motion To Expedite Hearing |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: Joint Motion for Extension of Time to File Sentencing Documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____day of February 2019

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1