Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 2:15-cr-06049-EFS-16 |
| | ) | |
| Plaintiff, | ) | DEFENDANT EDGAR OMAR |
| | ) | HERRERA FARIAS' SENTENCING |
| vs. | ) | EXHIBITS |
| | ) | |
| EDGAR OMAR HERRERA FARIAS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached are Edgar Omar Herrera Faris' sentencing exhibits demonstrating Mr.

Herrera Faris was in Mexico from October 2013 to August 2016.

| Exhibit No. | Admitted | Brief Description |
|---|---|---|
| 16001 | | Statement by Persons in charge of order in San Juan De Alimia, Mpio, including signatures of 28 citizens of San Juan de Alimia, Mpio, Michoacán stating Defendant resided there from October 2013 to August 2016 |
| 16002 | | Receipt for Payment of license plates for 1972 Oldsmobile Cutlass, dated July 25, 2014 |

*DEFENDANT EDGAR OMAR HERRERA*
*FARIAS' SENTENCING EXHIBITS - 1-*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*

| Exhibit No. | Admitted | Brief Description |
|---|---|---|
| 16003 | | Money Order for $1,909.00 pesos for 1972 Oldsmobile Cutlass, dated July 25, 2014 |
| 16004 | | License plate charge for Oldsmobile Cutlass in the amount of $797.00 pesos, dated March 31, 2014 |
| 16005 | | Coppel receipt for eye glasses in the amount of $186.00 pesos, dated December 25, 2015, includes English translation |
| 16006 | | Picture identification of Notary, Judit Compos Duenas, who translated English pages of Exhibit 1605 |
| 16007 | | Guillermo Emmanuel Ruiz Contreras Notary dated February 16, 2018 |
| 16008 | | Proof of medical insurance dated March 19, 2014 |
| 16009 | | Medical records dated March 19, 2014 |
| 16010 | | Passport issued April 11, 2015 |
| 16011 | | 1993 Jeep license plate documents dated February 13, 2015, June 2, 2016 and February 16, 2016 |
| 16012 | | School enrollment documents dated August 28, 2014, May 22, 2015 and March 16, 2016 |
| 16013 | | Cattle Ownership documents with some English translations |

RESPECTFULLY Submitted this 20th day of February 2019.

Waldo, Schweda & Montgomery, P.S.


By:/s/PETER S. SCHWEDA
 Peter S. Schweda
Attorney for Defendant, Edgar Omar Herrera
Farias

*DEFENDANT EDGAR OMAR HERRERA FARIAS' SENTENCING EXHIBITS - 2-*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

1

### *CERTIFICATE OF SERVICE*

2

3    I HEREBY CERTIFY that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s).

4

5

6    Joseph P. Harrington
United States Attorney

7    Eastern District of Washington

8    Stephanie Van Marter
Assistant United States Attorney

9    Eastern District of Washington

10   300 United States Courthouse
P.O. Box 1494

11   Spokane, WA  99210

12

13

14                                      By: /s/ KATHLEEN SCHROEDER

15                                      Legal Assistant

16

17

18

19

20

21

22

23

24

25

26

*DEFENDANT EDGAR OMAR HERRERA FARIAS' SENTENCING EXHIBITS - 3-*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

# EXHIBIT 16001

**ASUNTO: Constancia.**

**San Juan de Alima, Mpio. de Aquila, Mich., 29 de Enero de 2018.**

**A QUIEN CORRESPONDA:**
**P R E S E N T E**

El que suscribe **SR. JESUS VILLANUEVA DIAZ, Encargado del Orden** de la comunidad de **San Juan de Alima,  Mpio. de Aquila, Michoacàn.**

**H A C E   C O N S T A R**

Que el *SR. EDGAR OMAR HERRERA FARÍAS* es vecino de esta comunidad antes mencionada, por tal motivo le doy a conocer las fechas en las que radico, desde octubre de 2013 hasta agosto de 2016.

Se extiende la presente constancia para los efectos legales que al interesado convenga en la población de San Juan de Alima, Mpio. de Aquila, Michoacán, a los veintinueve días del mes de enero de dos mil dieciocho.

**Nota:** Anexo Nombre y Firmas de vecinos que lo conocen.

H. AYUNTAMIENTO
ENCARGATURA DEL
ORDEN MUNICIPAL
SAN JUAN DE ALIMA
MPIO. DE AQUILA, MICH.
2015-2018

**A T E N T A M E N T E**
**EL ENCARGADO DEL ORDEN**

**SR. JESUS VILLANUEVA DIAZ**



SIN TEXTO
NOTARÍA PÚBLICA No. 70

| NOMBRE | FIRMA |
|---|---|
| José Alberto Mendoza Salas | Alberto Mendoza S. |
| Leonardo Mendoza Salas | Leonardo Mendoza Salas |
| RaSA ElVa SalaS. | R. E. S. G. |
| M. Guadalupe Pulido Sanchez | M. Guadalupe Pulido S. |
| Jesus medo zA merAS | Jesus mendoSA |
| Luis A/berto Gonzalez | Luis Alberto Gonzalez |
| Braulia Valencia Meraz | Braulia Valencia Meraz |
| Roberto carlos campos cruz | Roberto campos |
| Eloisa mejia | Eloisa mejia |
| Valente Farias | Valent Farias M. |
| Natalio Aguilar Gtoo | Magu |
| Carlor Valencia Mentz | |
| +Guadalupe Corrantes Valecia | Ti |
| Jose Chavez Alvarez | |
| Erica Rubi Tapia Gaitán | Euiunll |
| Jose vargas magallon | |
| Esteban Cervantes mendoza | L C 2 |
| Francisco Herrera Alvarez | Alfonso |
| Jose Bravo Acevedo | Jose Bravo A. |
| Josefina Valencia Sanchez | Josefina V S |
| Josefina Farías Rivera | Josefina Frias R. |
| Socorro Guerero A | |
| Fidelina Farias Rivera | Ifri R |
| Genoveva Farias Rivera | Genoveva Farias R. |
| Ma Soledad Garcia C | |
| Estefania Mendoza Aguayo | Estefania Mendoza A. |
| Ma Eusebia Aguayo B. | Ma Eusebia Aguayo B. |
| Jose Guadalupe Luna A. | Jose Guadalupe Luna. |

# NOTARIA PÚBLICA

# 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

C O T E J O:

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 02 dos hojas útiles, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

_____
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**

EXHIBIT 16002



# GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE COLIMA
## PODER EJECUTIVO
### SECRETARÍA GENERAL DE GOBIERNO    64479    A
### DIRECCIÓN GENERAL DEL TRANSPORTE
### Y DE LA SEGURIDAD VIAL




colima

FORMATO UNICO
DE MOVIMIENTOS VEHICULARES

---

## DATOS DEL PROPIETARIO

CURP: HEFE870817HCMRRD09          RFC.

HERRERA FARIAS EDGAR OMAR

TABACHIN #682      INT

FRACCIONAMIENTO VILLA DE ALBA          C.P.          28989

VILLA DE ALVAREZ, COL.                 TEL:    3131352820

## DATOS DEL MOVIMIENTO

FOLIO:    1770607

FECHA: 25/07/2014

ALTA DE VEHICULO REGULARIZADO POR DECRETO

OBSERVACIONES
COLIMA

---

## DATOS DEL VEHICULO

| | | |
|---|---|---|
| MODELO: 1972 | PLACA: FTH1376 | COMBUSTIBLE: 1 |
| MARCA: OLDSMOBILE | | CAPACIDAD: 5 |
| LINEA: CUTLASS | | CILINDROS: 8    CL |
| CLASE: AUTOMOVILES | COLOR: ROJO | |
| TIPO: CONVERTIBLE | ORIGEN: 2 | SITIO O: |
| SERIE: 3J67K2M140061 | USO: PARTICULAR | RUTA |
| MOTOR: SN | | NO. ECO: 0 |
| | SERVICIO: PRIVADO | AGRUPACION: |

SECCION GENERAL DEL TRANSPORTE
Y DE LA SEGURIDAD VIAL
DEPARTAMENTO DE PLACAS

ING. ARMANDO GONZALEZ MANZO
RECIBIO

ENTREGO

D. TARJETA 063510739

CAPTURO:    147
EXPEDICION:  25/07/2014



**FTH1376**



# NOTARIA PÚBLICA

## 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

### C O T E J O:

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**



GOVERMENT OF THE FREE AND SOVEREIGN STATE OF COLIMA
EXCECUTIVE POWER
GENERAL SECRETARY OF GOVERNMENT       **64479   A**
GENERAL DIRECTION OF TRANSPORTARTION

| OWNER`S INFORMATION | | MOVEMENTS INFORMATION |
|---|---|---|
| CURP: HEFEB70817HCMRRD07 | | FOLIO NUMBER:   1770607<br>DATE: 07/25/2014<br>VEHICLE REGISTRATION |
| HERRERA FARIAS EDGAR OMAR | | REGULARIZED BY DECREE. |
| | | OBSERVATIONS |
| TABACHIN Nº682 | | |
| FRACCIONAMIENTO VILLA DE ALBA | ZIP CODE 28989 | COLIMA |
| VILLA DE ALVAREZ, COL | TEL:3131352820 | |

| VEHICLE INFORMATION | | | SIGNATURES |
|---|---|---|---|
| MODEL :1972<br>BRAND: OLDSMOBILE<br>LINE:   CUTLASS | L PLATE: FTH1376 | GAS:              1<br>CAPACITY:  5<br>CYLINDERS: 8      CL | |
| CLASS: AUTOMOBILE<br>TIPE:   CONVERTIBLE<br>SERIAL: 3J67K2M140051<br>MOTOR:  SN | COLOR:   RED<br>ORIGIN: 2<br>USE:      PARTICULAR<br>SERVICE: PRIVATE 9 | SITE OR ROUTE:<br>Nº ECO:    0<br>GROUP: | ARMANDO GONZALEZ<br>MANZO<br><br>RECEIVED |
| CARD: 063510739 | | CAPTURATED: 147<br>EXPEDITION DATE:07/25/2014 | DELIVERED |

**FTH1376**

*EXHIBIT 16003*

# SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN
ORDEN DE PAGO UNIVERSAL

| FOLIO | Cantidad a pagar | Fecha límite de pago |
|---|---|---|
| 12 - 00319299 | $1,909.00 | 25/07/2014 |

Gobierno del Estado de Colima
GEC-850101415
Palacio de Gobierno, Planta Baja
Reforma e Hidalgo S/N
28000 Colima, Col.

## Referencia del pago

P A G O    V E H I C U L A R

```
    Placa: FTH1376          Modelo: 1972
No. Serie: 3J67K2M140061
    Clase: AUTOMÓVIL  Tipo: SEDÁN
    Marca: GENERAL MOTORS DE MEXICO, S. DE R.L.
DE C.V.
    Línea: CUTLASS 2 PUERTAS
    Origen: EXTRANJERO     Servicio: PARTICULAR
    Cap.: 5  Cil.: 8  Peso V.: 2  C.C.:
Valor Fact.:          1.00 Fec. Fact.: 01/01/1972
Cve. Vehi.: 00030301  PAQ. "B" TR. AUT. A/A
```

## Datos del Contribuyente

HERRERA FARIAS EDGAR OMAR
TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL.
VILLA DE ALVAREZ
28989

## Conceptos de Pago

| | | |
|---|---|---|
| IMPUESTO A LA TRANSMISION DE LA PROP. DE VEH. AUTOM. USADOS | $ | 187.00 |
| DOTACION PLACAS DE CIRCULACION | | |
| DOT. PLACAS SERV. PART. AUTOMOVILES 2014 | $ | 957.00 |
| CALCOMANIA FISCAL VEHICULAR | | |
| CALCOMANIA FISCAL VEHICULAR 2014 | $ | 765.00 |

## Referencias bancarias

LINEA: 01120031929998827254          Importe:          $1,909.00





Banamex
PA1485

GRUPO FINANCIERO BANORTE
EMPRESA: 103322

AFIRME
El Banco de Hoy
CTA: 11111000087

OXXO



HSBC
CONVENIO 8477

Santander
CONVENIO 1785

BANCO DEL BAJIO

BBVA Bancomer
CONVENIO 787531

Scotiabank
CONVENIO 1106

Kiosko







0212003192992014072501909001

Generó: DI12VH04        VERSION 0 EMISION 22/11/12 FO-03-02-01



# SECRETARIAT OF FINANCE AND ADMINISTRATION

## PAY ORDER

| FOLIO | AMOUN TO PAY | PAY DAY LIMIT |
|---|---|---|
| 12-00319299 | $1,909.00 | 07/25/2014 |

GOVERMENRT FROM THE STATE OF COLIMA
GEC-850101415
CITY HALL
REFORMA E HIDALGO S/N
28000 COLIMA, COL

### TAXPAYER INFORMATION

HERRERA FARIAS EDGAR OMAR

TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL
VILLA DE ALVAREZ
28989

### PAYMENT REFERENCE

VEHICULAR PAYMENT

L. PLATE:     FHT1376    MODEL: 1972
SERIAL Nº: 3J67K2M140061
CLASS: AUTOMOBILE     TIPE: SEDAN
BRAND: GENERAL MOTORS DE MEXICO. S. DE R. L. DE C. V.
LINE: CUTLASS    2 DOORS
ORIGIN: FOREIGN    SERVICE: PARTICULAR
CAP.   5   CYL: 8   WEIGHT: 2   C.C..:
INVOIVE VALUE:    1.00   DATE:01/01/1972
VEHICULAR KEY:00030301 PAQ: "B" TR. AUT. /A

### PAYMENT CONCEPTS

TAXES ON THE TRANSMISSION OF THE PROPERTY OF USED VEHICLES    $ 187.00

PLATE SERVICE FOR A PARTICULAR CAR 2014                       $ 957.00

FISCAL VEHICULAR  STICKER  2014                               $ 765.00

### BANK REFERENCES

LINE:01120031929998827254            AMOUNT:$1,909.00

*EXHIBIT 16004*

# SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN
## ORDEN DE PAGO UNIVERSAL

| FOLIO | Cantidad a pagar | Fecha límite de pago |
|---|---|---|
| 12 - 00376704 | $797.00 | 31/03/2015 |

Gobierno del Estado de Colima
GEC-850101415
Palacio de Gobierno, Planta Baja
Reforma e Hidalgo S/N
28000 Colima, Col.

### Datos del Contribuyente

HERRERA FARIAS EDGAR OMAR
TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL.
VILLA DE ALVAREZ
28989

### Referencia del pago

P A G O   V E H I C U L A R

Placa: FTH1376      Modelo: 1972
No. Serie: 3J67K2M140061
Clase: AUTOMÓVIL  Tipo: SEDÁN
Marca: GENERAL MOTORS DE MEXICO, S. DE R.L. DE C.V.
Línea: CUTLASS 2 PUERTAS
Origen: EXTRANJERO    Servicio: PARTICULAR
Cap.: 5  Cil.: 8  Peso V : : : C C :
Valor Fact.:      1.00 Fec. Fact.: 01/01/19 L
Cve. Vehi : 00030301  PAQ. "B" TR. AUT. A/A

### Conceptos de Pago

CALCOMANIA FISCAL VEHICULAR
CALCOMANIA FISCAL VEHICULAR 2015                           $    797.00



### Referencias bancarias

LINEA: 01120037670408361215        Importe:        $797.00








Banamex PA1485
GRUPO FINANCIERO BANORTE EMPRESA: 103322
AFIRME CTA: 11111000087
 OXXO
HSBC CONVENIO 8477
Santander CONVENIO 1785
BANCO DEL BAJIO
Scotiabank CONVENIO 1106
Kiosko


0212003767042015033100797004

Generó: DI12PM08      VERSION 6 EMISION 22:11/12 FO-03-02-01



# SECRETARIAT OF FINANCE AND ADMINISTRATION

PAY ORDER

| FOLIO Nº | AMOUN TO PAY | PAY DAY LIMIT |
|---|---|---|
| 12-00376704 | $ 797.00 | 03/31/2015 |

GOVERMENRT FROM THE STATE OF COLIMA
GEC-850101415
CITY HALL
REFORMA E HIDALGO S/N
28000 COLIMA, COL

| TAXPAYER INFORMATION |
|---|

HERRERA FARIAS EDGAR OMAR

TABACHIN 682
VILLA DE ALBA
VILLA DE ALVAREZ, COL
VILLA DE ALVAREZ
28989

| PAYMENT REFERENCE |
|---|

VEHICULAR PAYMENT

L. PLATE:    FTHT1376    MODEL: 1972
SERIAL Nº: 3J67K2M140061
CLASS: AUTOMOBILE    TIPE: SEDAN
BRAND: GENERAL MOTORS DE MEXICO. S. DE R. L.
DE C. V.
LINE: CUTLASS    2 DOORS
ORIGIN: FOREIGN    SERVICE: PARTICULAR
CAP.  5  CYL: 8  WEIGHT: 2  C.C..:
INVOIVE VALUE:    1.00  DATE:01/01/1972
VEHICULAR KEY:00030301 PAQ: "B" TR. AUT. A/A

| PAYMENT CONCEPTS |
|---|

FISCAL VEHICULAR STICKER 2015                          $ 797.00

| BANK REFERENCES |
|---|

**LINE:01120031929998827254**          **AMOUNT:$ 797.00**

# *EXHIBIT 16005*

 Coppel    Estado de Cuenta    TOTAL A PAGAR

**$ 186**

**EDGAR OMAR HERRERA FARIAS**
SAN JUAN DE ALIMA # 1  N  N LOC SAN JUAN DE ALIMA
TELEFONO:313139-02-34 SN JUAN DE LIMA COAHUAYANA
COMPRA VENTA DE GANA
FRANCISCO HERRERA ALVAREZ

Favor de pagar antes de: 20-Mayo-2016

Solo incluye abonos hasta: 20-Abril-2016

### DINERO ELECTRÓNICO

| Saldo anterior | Movimientos | Saldo actual |
|---|---|---|

CTE: 381739601  NASPM041587    94439923 96274212  3221   5071-01
KARLA GUADALUPE  CORR                802326   TCMN  093-0318      S50

### SUS COMPRAS AL DETALLE

| Artículos | Fecha de compra | Usted debía | Menos abonos | Más sus compras | Interés adicional | Usted debe | Páguela con sólo | Abono mensual | Atrasado | Pase a pagar | Fecha de último abono |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LENTE SO | 22-Dic-15 | 1,421 | 300 | | | 1,121 | 952 | 186 | | 186 | 23-Mar-16 |
| **TOTALES $** | | 1,421 | 300 | | | 1,121 | **952** | 186 | | **186** | |

146530970*1

**AVISO IMPORTANTE:**
CON EL TIEMPO, SER UN CLIENTE CUMPLIDO LE TRAERA
INTERESANTES BENEFICIOS. SIGA PAGANDO DE MANERA
PUNTUAL.

GANATE UNA RENOVACION TOTAL DE TU CASA MAS UN AUTO
Y UN CAMBIO DE LOOK. POR CADA $650 DE COMPRAS O
ABONOS EN COPPEL, PAGOS O DEPOSITOS EN BANCOPPEL Y
ENVIOS O COBROS EN MONEYGRAM, PARTICIPAS EN EL
CONCURSO RENUEVA TU HOGAR, QUE TIENE 50 MIL
PREMIOS. VALIDO HASTA EL 15 DE MAYO DEL 2016.

HC 0 AM-0 AM

**El Teléfono de su Tienda Coppel es: 3252253**

COTEJADO



**ACCOUNT STATUS**

| TO PAY |
|---|
| **$ 186** |
| PAY BEFORE: MAY 20 2016 |
| ONLY INCLUDES TICKETS UNTIL APRIL20, 2016 |
| **ELECTRONIC MONEY** |

EDGAR OMA R HERRERA FARIAS
SAN JUAN DE ALIMA Nº 1 N N LOC. SAN JUAN DE ALIMA
PHONE Nº:313139-02-34 SAN JUAN DE ALIMA COAHUAYANA.
BUYING AND SELLING LIVESTOCK
FRANCISCO HERRERA ALVAREZ

CLIENT:361739601  NASPM041587  94439923  96274212  3221 5071-01
KARLA GUADALUPE CORR        802326  TCMN  093-0318  S50

## YOUR DETAILED PURCHASES

| ARTICLES | DATE OF PURCHASE | DEBIT | LESS PAYMENTS | YOU MUST PAY | PAY TOTAL WITH | MONTHHLY PAYMENT | LATE | GO TO PAY | DATE LAST PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| GLASSES | DECEMBER 22 2015 | 1,421 | 300 | 1,121 | 952 | 186 | | 186 | MARCH 23,2016 |
| TOTAL$ | | 1421 | 300 | 1,121 | 952 | 186 | | 186 | |

| IMPORTANT ANNOUNCEMENT OVER TIME, BEING A FULFILLED CLIENT WILL BRING YOU INTERESTING BENEFITS. CONTINUE PAYING IN A TIMELY MANNER. | WIN A TOTAL RENOVATION OF YOUR HOUSE. A CAR AND A LOOK CHANGE.ONLY FOR $650 OF YOUR PURCHASES OR PAYMENTS AT COPPEL, PAYMENTS OR DEPOSITS IN BANCOPPEL. |
|---|---|

# NOTARIA PÚBLICA

# 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

C O T E J O:

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**

*EXHIBIT 16006*

Se certifica que las presentes traducciones de documentos ORIGINALES, de EDGAR OMAR HERRERA FARIAS, traducidos del español al idioma Inglés; que soy competente para traducir como lo acredita mi cédula Profesional 2984328 Expedida por la Secretaría de Educación Pública del Gobierno del Estado de Colima.

Los documentos originales traducidos son los siguientes:

- Estado de cuenta de Coppel.
- Alta de vehículo regularizado por decreto en el estado de Colima.
- Orden de pago universal 2014 y 2015 en la Secretaría de Fnanzas y Administración del estado de Colima.

**MC. JUDIT CAMPOS DUEÑAS**
**CEDULA PROFESIONAL: 2984328**
**DOMICILIO ABASOLO Nº 101, EL RANCHITO, MICHOACAN**
**CEL.31332 93896**









*EXHIBIT 16007*

Maquili, Aquila, Mich. a 04 de febrero de 2018

Asunto: Constancia

A quien corresponda:

Por medio de la presente, los que suscriben CC. José Alfredo Álvarez Arteaga, Macario Corona Magallón y Francisco Herrera Álvarez, en calidad de Presidente, Secretario y Tesorero respectivamente del comisariado ejidal del Ejido Maquili,

HACEMOS CONSRAR

Que el C. Edgar Omar Herrera Farías es miembro de este núcleo ejidal que representamos y se estuvo presentando a las asambleas que se convocaron desde octubre de 2013 hasta agosto de 2016, haciendo las aportaciones correspondientes.

Se extiende la presente para los usos legales que se juzguen convenientes. A los cuatro días del mes de febrero de 2018

Atentamente:

C. José Alfredo Álvarez Arteaga
Presidente

Macario·corona-M
C. Macario Corona Magallón
Secretario

P. a.
C. Francisco Herrera Álvarez
Tesorero

# NOTARIA PÚBLICA

## 70

A CARGO DEL
**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS**
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800
Tel. 01 (313) 32 700 50 notariapub70@msn.com

### C O T E J O:

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Numero Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática y que va en 01 una hoja útil, concuerda fielmente con su original del que se reproduce, mismo que doy fe tuve a la vista, ya que me fue mostrado por la interesada, por lo que cotejo y expido la presente certificación a petición de la señora Josefina Farias Rivera.- Doy fé. - - - - - - - - - - Coahuayana de Hidalgo, Municipio de Coahuayana, Michoacán, a 06 seis de febrero del 2018 dos mil dieciocho.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**

*EXHIBIT 16008*

## SEGURO POPULAR
COMISIÓN NACIONAL DE
PROTECCIÓN SOCIAL EN SALUD

**PÓLIZA DE AFILIACIÓN**

`* 1 6 1 0 8 1 9 5 0 3 *`

VALIDEZ DE LA PÓLIZA: 19-Mar-2014 al 18-Mar-2017
MES DE REAFILIACIÓN: Marzo 2017

FOLIO: 1610819503

FECHA DE EXPEDICIÓN:  19-Mar-2014     9:26:50 am

CENTRO DE SALUD:     HI COAHUAYANA

MÓDULO  COAHUAYANA

ESTADO:  MICHOACAN

| DATOS DEL TITULAR: | | APORTACIÓN FAMILIAR: | |
|---|---|---|---|
| **Nombre:** HERRERA FARIAS EDGAR OMAR<br>**CURP:** HEFE870817HCMRRD09<br>**Domicilio:** CONOCIDO SN INTERIOR SN, PUERTO SAN JUAN DE ALIMA, C.P. 60870, SAN JUAN DE ALIMA, AQUILA, MICHOACAN | | **DECIL:** | 2 |
| | | **Régimen** | No Contributiva |

| RELACIÓN DE BENEFICIARIOS | | | | |
|---|---|---|---|---|
| Folio Integrante | Nombre | Sexo | Fecha Nacimiento | Parentesco |
| 1610819503-1 | HERRERA FARIAS EDGAR OMAR | HOMBRE | 17-Ago-1987 | TITULAR |

- ESTA PÓLIZA AMPARA LOS SERVICIOS Y MEDICAMENTOS DEL CATÁLOGO UNIVERSAL DE SERVICIOS DE SALUD Y DEL FONDO DE PROTECCIÓN CONTRA GASTOS CATASTRÓFICOS.

- LA VALIDEZ DE LA INFORMACIÓN DE LA CECASOEH ES DE TRES AÑOS FINALIZANDO EL 18 - MARZO - 2017. POSTERIORMENTE, PARA EFECTOS DE REAFILIACIÓN DEBERÁ APLICARSE OTRA CECASOEH. POR LO QUE DEBERÁ PRESENTARSE PARA LLEVAR A CABO SU REAFILIACIÓN, DEL 19-FEBRERO AL 18-MARZO DE 2017 EN EL MÓDULO DE AFILIACIÓN Y ORIENTACIÓN.

- DURANTE LA VALIDEZ DE LA INFORMACIÓN DE LA CECASOEH, LAS FAMILIAS DEL RÉGIMEN NO CONTRIBUTIVO GOZARÁN DE LA REAFILIACIÓN ANUAL DE MANERA AUTOMÁTICA; LAS FAMILIAS DEL RÉGIMEN CONTRIBUTIVO DEBERÁN ESTAR AL CORRIENTE EN EL PAGO DE SU CUOTA FAMILIAR PARA MANTENER SUS DERECHOS VIGENTES, GOZANDO DE LA REAFILIACIÓN ANUAL SIMPLIFICADA.

- CUALQUIER MODIFICACION A LOS DATOS CONTENIDOS EN LA PRESENTE PÓLIZA, FAVOR DE DIRIGIRSE AL MÓDULO DE AFILIACIÓN Y ORIENTACIÓN UBICADO EN _____

"EL SEGURO POPULAR ES PUBLICO, AJENO A CUALQUIER PARTIDO POLITICO, QUEDA PROHIBIDO EL USO PARA FINES DISTINTOS AL DESARROLLO SOCIAL"
ATENDEMOS TUS DUDAS EN EL 01800 7172 583 SERVICIO GRATUITO

Representante de familia de conformidad con el Artículo 77 Bis 4,
Fracción I, II, o III de la Ley General de Salud

Firma de Conformidad y
Acuse de recibo

POLIZA DE AFILIACION VALIDA
AL ___ DE _____ DE 20___

Los datos personales recabados serán protegidos, incorporados y tratados en el Sistema de Administración del Padrón, con fundamento en el artículo 77 Bis 5, inciso A, fracción X e inciso B, fracción II de la Ley General de Salud, artículos 49, 50 y 51 del Reglamento de la Ley General de Salud en Materia de Protección Social en Salud y Capítulo VII, numerales 1 y 15 de los Lineamientos para la afiliación, operación, integración del padrón nacional de beneficiarios y determinación de la cuota familiar del Sistema de Protección Social en Salud, cuya finalidad es contar con un padrón nominal que contenga la relación de familias afiliadas al Sistema de Protección Social en Salud, incluida la información socioeconómica derivada de su incorporación, el cual fue registrado en el listado de Sistemas de Datos Personales ante el Instituto Federal de Acceso a Información Pública (www.ifai.org.mx) <http://www.ifai.org.mx/>), mismo que de igual forma podrán ser transmitidos a otras dependencias e instituciones de Salud, con la finalidad de realizar el Cotejo de Padrones a que se refiere el artículo 77 Bis 5, inciso A, fracción XI de la Ley General de Salud, además de otras transmisiones previstas en la Ley. La unidad administrativa responsable del Sistema de Administración del Padrón en la Comisión Nacional de Protección Social en Salud; la dirección donde el interesado podrá ejercer los derechos de acceso y corrección en términos del último párrafo del artículo 66 del Reglamento de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental es en el domicilio de la Unidad de Enlace que se ubica en Reforma, No. 98, Planta baja, Colonia Tabacalera, Delegación Cuauhtémoc, México, D.F., así como en el Módulo de Afiliación y Orientación señalado en la presente Póliza. Lo anterior se informa en cumplimiento al trigésimo de los Lineamientos de Protección de Datos Personales, publicados en el Diario Oficial de la Federación el 30 de Septiembre de 2005.

*EXHIBIT 16009*

  

## EDGAR OMAR HERRERA FARIAS, MASCULINO, 26 AÑOS

**Folio: 16108195031**

19 marzo 2014

### RESULTADOS

**Glucosa en sangre capilar:** En ayunas no. Arriba de parámetros normales [144].
**Perímetro abdominal:** Riesgo [102].
**Índice de masa corporal:** Dato compatible con obesidad I [30.32].
**Tensión arterial:** Límite superior normal [120 / 80].
**Evaluación cartilla:** NO PRESENTA CARTILLA.

### RECOMENDACIONES

#### Glucosa en sangre capilar

Su glucosa se encuentra por arriba de parámetros normales, por lo que es necesario que acuda a su unidad de salud para valoración.

#### Perímetro abdominal

Su perímetro abdominal indica un exceso de grasa, lo cual incrementa el riesgo de padecimientos cardiacos por lo que es necesario que acuda a su unidad de salud para valoración.

#### Índice de masa corporal

Su Índice de Masa Corporal es compatible con obesidad. Pregunte a su médico respecto a los riesgos para la salud los alimentos que le recomienda así como la forma de preparación y frecuencia de consumo. Realice ejercicio diariamente por 30 minutos o más. Se recomienda seguir los 5 pasos: Muévete – Realiza actividad física. Toma agua – Hidrátate adecuadamente. Come verduras y frutas– Sigue una alimentación correcta. Mídete – Conoce cómo estás y cómo avanzas. Comparte – Disfruta con la familia y amigos todos los pasos.

#### Tensión arterial

Su tensión arterial se encuentra en el límite superior normal, por lo que es necesario que acuda a su unidad de salud para valoración cuando su médico lo indique.

#### Evaluación cartilla

Acuda a su unidad de salud con la Cartilla Nacional de Salud para que verifiquen su esquema de vacunación. En caso de haber extraviado la cartilla solicite reposición de la misma.

La evaluación que acaba de recibir no es el equivalente a una consulta médica, se recomienda acudir a su unidad de salud para valoración integral y determinación de la conducta a seguir.

**Este formato no equivale ni sustituye a una nota médica, ni forma parte del expediente clínico.**

Página 1 de 1



*EXHIBIT 16010*





*EXHIBIT 16011*



**Secretaría
de Finanzas
y Administración**

**MICHOACÁN**
DE OCAMPO
GOBIERNO DEL ESTADO

Gobierno del Estado
2014-2015


TRABAJO Y
DESARROLLO
GOBIERNO DE MICHOACÁN
2014-2019

Formato múltiple de pago de contribuciones estatales y/o federales

| GOBIERNO DEL ESTADO DE MICHOACÁN | | Tipo de Comprobante | RECIBO | |
|---|---|---|---|---|
| R.F.C | GEM850101C99 | Folio/Serie | **0496949/V** |  |
| Domicilio | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | Fecha y hora de emisión | 13/02/2015 12:50:51 | |
| | | Metodo de pago | EFECTIVO | |
| Régimen | PERSONAS MORALES CON FINES NO LUCRATIVOS | Forma de pago | UNA SOLA EXHIBICIÓN | |
| | | Moneda | MXP | |
| SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN (443) 313 40 20, 317 28 06, 312 43 67 | | Tipo de cambio | 1.00 | |

| Oficina recaudadora | 2201 COAHUAYANA | RFC / CURP | HEFE870817 |
|---|---|---|---|
| Modulo | | Contribuyente | EDGAR OMAR HERRERA FARIAS |
| Domicilio | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO | | |
| | | Domicilio | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |
| Lo atendió | 526 | | |

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PRN6050, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: 2015,0072786



CEDULA DE IDENTIFICACION FISCAL

**GEM850101C99**

CONSEJO DEL ESTADO DE MICHOACAN

C0334636

| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020402 | REFRENDO ANUAL DE CALCOMANIA (2015) | $ 635.00 | $ 635.00 |
| SEISCIENTOS TREINTA Y CINCO PESOS 00/100 M.N. | | Total | $ 635.00 |

Cadena original:
||3.2|2015-02-13T12:50:51|ingreso|PAGO EN UNA SOLA EXHIBICION|635|0|635|EFECTIVO|COAHUAYANA, MICHOACAN DE OCAMPO|GEM850101C99|GOBIERNO DEL ESTADO DE MICHOACAN|FRANCISCO I MADERO PONIENTE|63|CENTRO|MORELIA|MICHOACAN|MEXICO|58000|AV. RAYON|S/N|null|COAHUAYANA DE HIDALGO|COAHUAYANA|MICHOACAN DE OCAMPO|Mexico|60800|PERSONAS MORALES CON FINES NO LUCRATIVOS|XAXX010101000|COBRO AL PUBLICO EN GENERAL.|FRANCISCO I. MADERO PONIENTE|63|CENTRO|0496949|MORELIA|MICHOACAN|México|58000|1|SERVICIO|020402|REFRENDO ANUAL DE CALCOMANIA(2015)|635|635|IVA|0.00|0.00||

Sello digital:
IFng8YMA0CNHV7+TbBX8b0/11iDpTxAv4KYZR8KGwJCjkVVrDoXnTaRAG6rKzUBVmazmlnoRvAM44D7CsxWfBsY51Z+y3YnxuqhCKrgZq1Wn0ZLFGGQJAnzPgRC6j+rYpDJJHsxaJMe+ClaeN/MLOfO1d2QW6WDFfZrJsGpF7AWY~

Documento no deducible para efectos fiscales. Descargue su CFDI desde www.facturacion.michoacan.gob.mx con un UUID: e64f4196-f7bb-4fbf-a80c-a5dba13c6e9c
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitaria.



## Secretaría de Finanzas y Administración
Gobierno del Estado de Michoacán

2015 - 2021

Formato múltiple de pago de contribuciones estatales y/o federales.
Documento no deducible para efectos fiscales.

Descargue su CFDI con el UUID: 6152e037-ffd3-4801-8c18-fd23b7e15fb4
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitarla desde www.facturacion.michoacan.gob.mx

| | | | |
|---|---|---|---|
| R.F.C | GOBIERNO DEL ESTADO DE MICHOACAN GEM850101C99 | Tipo de Comprobante | RECIBO |
| Domicilio | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | Folio/Serie | 2024952/V |
| | | Fecha y hora de emisión | 02/06/2016 11:51:49 |
| Régimen | PERSONAS MORALES CON FINES NO LUCRATIVOS SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN (443) 313 40 20, 317 28 06, 312 43 67 | Metodo de pago | EFECTIVO |
| | | Forma de pago | UNA SOLA EXHIBICIÓN |
| | | Moneda | MXP |
| | | Tipo de cambio | 1.00 |

| | | | |
|---|---|---|---|
| Oficina recaudadora 2201 COAHUAYANA | | RFC / CURP | HEFE870817 |
| Modulo | | Contribuyente | EDGAR OMAR HERRERA FARIAS |
| Domicilio | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACAN | Domicilio | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |
| Lo atendió | 526 | | |

Sello digital:
RjOcDHqIK5ocvCmQane6OMejYczaUgcrHpI1KkkvBB gNpMOegZgkmKRlup6sYMn9ddrP5ZZKDJWZxlmrl5q XWy0mh/RGQtJrCny5Rq97eU0VatSKZz2+7LJxt43TK5J MYR5R0cBsaUlORc1PQ5l2BFSRazrspP6GAJ85t1vUN 5A=

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PFA463S, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: N/A



| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020412 | CANJE DE PLACAS (2016) | $ 1,477.50 | $ 1,477.50 |
| 100369 | SUBSIDIO CANJE GENERAL DE PLACAS (2016) (2016) | -$ 1,477.50 | -$ 1,477.50 |
| **CERO PESOS 0/100 M.N.** | | **Total** | **$ 0.00** |

3.2 2016-06-02T11:51:49 ingreso PAGO EN UNA SOLA EXHIBICION 1477.5 -1477.5 0.0 EFECTIVO COAHUAYANA, MICHOACAN DE OCAMPO GEM850101C99 GOBIERNO DEL ESTADO DE MICHOACAN FRANCISCO I MADERO PONIENTE 63 CENTRO MORELIA MICHOACAN MEXICO 58000 AV. RAYON S/N null COAHUAYANA DE HIDALGO COAHUAYANA MICHOACAN DE OCAMPO Mexico 60800 PERSONAS MORALES CON FINES NO LUCRATIVOS XAXX010101000 COBRO AL PUBLICO EN



---

1/1



## Secretaría de Finanzas y Administración
Gobierno del Estado de Michoacán

2015 - 2021

Formato múltiple de pago de contribuciones estatales y/o federales.
Documento no deducible para efectos fiscales.

Descargue su CFDI con el UUID: 3e84eccc-17bc-40cf-bc26-9608bb71149b
Si no proporcionó su RFC al cajero cuenta con un termino improrrogable de 24 horas a partir de la fecha de su pago para solicitarla desde www.facturacion.michoacan.gob.mx

| | | | |
|---|---|---|---|
| R.F.C | GOBIERNO DEL ESTADO DE MICHOACAN GEM850101C99 | Tipo de Comprobante | RECIBO |
| Domicilio | FRANCISCO I. MADERO PONIENTE No. 63 COL. CENTRO, CP.58000, MORELIA, MICHOACAN | Folio/Serie | 1300218/V |
| | | Fecha y hora de emisión | 16/02/2016 10:07:40 |
| Régimen | PERSONAS MORALES CON FINES NO LUCRATIVOS SECRETARÍA DE FINANZAS Y ADMINISTRACIÓN (443) 313 40 20, 317 28 06, 312 43 67 | Metodo de pago | EFECTIVO |
| | | Forma de pago | UNA SOLA EXHIBICIÓN |
| | | Moneda | MXP |
| | | Tipo de cambio | 1.00 |

| | | | |
|---|---|---|---|
| Oficina recaudadora 2201 COAHUAYANA | | RFC / CURP | HEFE870817 |
| Modulo | | Contribuyente | EDGAR OMAR HERRERA FARIAS |
| Domicilio | AV. RAYON S/N, COAHUAYANA DE HIDALGO C.P.60800, COAHUAYANA, MICHOACAN | Domicilio | LIBERTAD 7, C.P.60800, COAHUAYANA, MICHOACAN DE OCAMPO |
| Lo atendió | 526 | | |

Sello digital:
vR036+3vOc5OfsCV5U5997+QrGfg08yxTxoEpfIDZNP bPqJFSYMyOu9qlssyxGlnOp5/oFUR+OYPpxS6TKAg AP3z4HoZ1FT2LhQrrTMVmQWMkqvT7plaM9walBi0S 0dkGE063JOs/pE00xNGa9s6lvb/FFPF7lRY2tjfgJnH4

Concepto:
SERIE: 1J4GZ78Y4PC552885, PLACA: PRN6050, VEHICULO: 0011006 - JEEP - GRAND CHEROKEE, MODELO: 1993, VALOR FACTURA: $10,204.00, CALCOMANIA: 2016,0089020

 

| Clave | Descripción | Importe | Subtotal |
|---|---|---|---|
| 020402 | REFRENDO ANUAL DE CALCOMANIA (2016) | $ 819.00 | $ 819.00 |
| **OCHOCIENTOS DIECINUEVE PESOS 00/100 M.N.** | | **Total** | **$ 819.00** |

3.2 2016-02-16T10:07:40 ingreso PAGO EN UNA SOLA EXHIBICION 819.0 819 EFECTIVO COAHUAYANA, MICHOACAN DE OCAMPO GEM850101C99 GOBIERNO DEL ESTADO DE MICHOACAN FRANCISCO I MADERO PONIENTE 63 CENTRO MORELIA MICHOACAN MEXICO 58000 AV. RAYON S/N null COAHUAYANA DE HIDALGO COAHUAYANA MICHOACAN DE OCAMPO Mexico 60800 PERSONAS MORALES CON FINES NO LUCRATIVOS XAXX010101000 COBRO AL PUBLICO EN



# EXHIBIT 16012



**SEP**
SECRETARÍA DE
EDUCACIÓN PÚBLICA

SUBSECRETARÍA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

| U.R. | RECIBO No. |
|---|---|
| 610 | 7110741 |

**RECIBO OFICIAL DE COBRO**
R.F.C. SEP-210905-778

| AÑO | MES | DIA | ENT. FEDERATIVA |
|---|---|---|---|
| 25 | 05 | 13 | 16 |

CALLE NEZAHUALCOYOTL 127 CENTRO (ÁREA 8) DISTRITO FEDERAL 06080

**RECIBÍ DE**

| HERRERA | FARIAS | EDGAR OMAR | R. F. C. y/o MATRICULA |
|---|---|---|---|
| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRE(S) | |

DOM. CONOCIDO COAHUAYANA DE HGO., MICH.

DOMICILIO

| GENERACION 22 | 1 |
|---|---|
| SEMESTRE | |
| GRADO | GRUPO | TURNO |

LA CANTIDAD DE $ 750.00    (SETECIENTOS CINCUENTA PESOS 00/100 M.N.)

| CANTIDAD | CLAVE | CONCEPTO | | CUOTA $ | IMPORTE $ |
|---|---|---|---|---|---|
| 1 | | INSCRIPCION | B001 | | 670.00 |
| 1 | | CREDENCIAL | A002 | | 30.00 |
| 1 | | A.C.D.P. | B002 | | 50.00 |
| | | | | TOTAL | 750.00 |

FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA

NOMBRE DEL CAJERO
CP. GABRIELA SÁNCHEZ GABRIEL
SAGG820514G46

NOTA: CARECE DE VALIDEZ COMO COMPROBANTE DE PAGO SI NO TIENE SELLO DE LA ESCUELA Y FIRMA DEL CAJERO
EXENTO DE I.V.A. CONFORME AL ART. 15 FRACC. IV DE LA LEY DE IMPUESTO AL VALOR AGREGADO

---

**SEP**
SECRETARÍA DE EDUCACIÓN PÚBLICA
NEZAHUALCOYOTL No. 127, COL. CENTRO, DELG. CUAUHTÉMOC, C.P. 050800

SUBSECRETARÍA DE EDUCACIÓN MEDIA SUPERIOR
DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**
R. F. C. SEP 210905778

| UR | RECIBO No. |
|---|---|
| 610 | 7434679 |
| FECHA | ENTIDAD FEDERATIVA |
| 27/05/2015 | MICHOACÁN |

**RECIBÍ DE**

| HERRERA | FARIAS | EDGAR OMAR | R.F.C. y/o MATRICULA |
|---|---|---|---|
| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRES (S) | |

| CONOCIDO COAHUAYANA DE HGO., MICH. | GRADO | GRUPO | TURNO |
|---|---|---|---|
| DOMICILIO | II GEN. 22 | A | M |

LA CANTIDAD DE $    $750.00

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | Credencial | $30.00 | $30.00 |
| 1 | B002 | A.C.D.P.A cooperación de padres de Familia | 720 | $720.00 |
| | | | TOTAL | $750.00 |

NOMBRE Y FIRMA DEL CAJERO

SELLO Y DATOS IMPRESOS DE LA ESCUELA
CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO, MICH.

C.P. GABRIELA SÁNCHEZ GABRIEL

NOTA: CARECE DE VALIDEZ COMO COMPROBANTE DE PAGO SI NO TIENE SELLO DE LA ESCUELA Y FIRMA DEL CAJERO EXENTO DE I.V.A. CONFORME AL ART. 15 FRACC. IV DE LA LEY DE IMPUESTO AL VALOR AGREGADO

SEP

SECRETARIA DE EDUCACION PUBLICA

DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

| | RECIBO No. |
|---|---|
| 610 | 7434679 |

## RECIBO OFICIAL DE COBRO

R. F. C. SEP-210905778

SECRETARIA DE EDUCACION PUBLICA
NETZAHUALCOYOTL No. 127 COL. CENTRO DELG. CUAUHTEMOC, C.P. 060800

| FECHA | ENTIDAD FEDERATIVA |
|---|---|
| 27/05/2015 | MICHOACÁN |

### RECIBÍ DE

| HERRERA | FARIAS | EDGAR OMAR | R.F.C. y/o MATRICULA |
|---|---|---|---|
| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRES (S) | |

| CONOCIDO COAHUAYANA DE HGO., MICH. | GRADO | GRUPO | TURNO |
|---|---|---|---|
| DOMICILIO | II GEN. 22 | A | M |

| LA CANTIDAD DE $ | $750.00 |
|---|---|

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | Credencial | $30.00 | $30.00 |
| | B002 | A.C.P.F. cooperación de padres de familia | 720 | $720.00 |
| | | | TOTAL | $750.00 |

NOMBRE Y FIRMA DEL CAJERO

C.P. GABRIELA SÁNCHEZ GABRIEL

SELLO Y DATOS IMPRESOS DE LA ESCUELA

CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO, MICH.

| SUBSECRETARIA DE EDUCACIÓN MEDIA SUPERIOR<br>DIRECCIÓN GENERAL DE EDUCACION TECNOLOGICA AGROPECUARIA | | | UR | RECEIPT Nº |
|---|---|---|---|---|
| | | | 610 | 7434679 |
| **OFFICIAL COLLECTION  RECEIPT** | | | DATE | FEDERAL ENTITY |
| | | | 27/05/2015 | MICHOACAN |

NETZAHUATCOYOTL Nº127, COLONIA CENTRO.DELEGACION CUAUHTEMOC C.P. 60800

_____ I RECEIBED FROM_____

| HERRERA | FARIAS | EDGAR OMAR | | REGISTRATION Nº |
|---|---|---|---|---|
| | LAST NAME | NAME | | |

| COAHUAYANA MICHOACAN | | GRADE | GROUP | SHIFT |
|---|---|---|---|---|
| PLACE | | II   GEN 22 | A | M |

| THE AMOUNT OF $ | $750.00 | |
|---|---|---|

| TOTAL | CODE | CONCEPT | FEE | AMOUNT |
|---|---|---|---|---|
| 1 | A002 | SCHOOL ID CARD | $ 30.00 | $ 30.00 |
| 1 | B002 | VOLUNTARY COOPERATION FEE | $720.00 | $720.00 |
| | | | TOTAL | $750.00 |

| CASHIER'S NAME AND SIGNATURE | SCHOOL'S SEAL ANDA DATA |
|---|---|
| | |
| CERTIFIED PUBLIC ACCOUNTANT | |

**SEP**

SECRETARÍA DE
EDUCACIÓN PÚBLICA

SECRETARIA DE EDUCACIÓN PÚBLICA
NEZAHUACÓYOTL No. 127, COL. CENTRO, DELG. CUAUHTÉMOC, C.P. 060800

DIRECCIÓN GENERAL DE EDUCACIÓN TECNOLÓGICA AGROPECUARIA

**RECIBO OFICIAL DE COBRO**

R. F. C. SEP 210905778

| U.R. | RECIBO No. |
|---|---|
| 610 | 7435908 |

| FECHA | ENTIDAD FEDERATIVA |
|---|---|
| 16/03/2016 | MICHOACÁN |

**RECIBI DE**

| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRES (S) | R.F.C. y/o MATRICULA |
|---|---|---|---|
| HERRERA | FARIAS | EDGAR OMAR | |

| DOMICILIO | GRADO | GRUPO | TURNO |
|---|---|---|---|
| COAHUAYANA, MICH. | IV "A" | SAETA | M |

| LA CANTIDAD DE $ | $750.00 | | |
|---|---|---|---|

| CANT | CLAVE | CONCEPTO | CUOTA | IMPORTE |
|---|---|---|---|---|
| 1 | A002 | EXPEDICION Y OTORGAMIENTO DE DOCUMENTOS OFICIALES | $30.00 | $30.00 |
| 1 | B001 | CUOTAS DE COOPERACION VOLUNTARIA | 720 | $720.00 |
| | | | TOTAL | $750.00 |

NOMBRE Y FIRMA DEL CAJERO

C.P. GABRIELA SÁNCHEZ GABRIEL

SELLO Y DATOS IMPRESOS DE LA ESCUELA

SEP SEMS
DGETA
CENTRO DE BACHILLERATO TECNOLÓGICO
AGROPECUARIO No. 140
CLAVE: 16DTA0091S
COAHUAYANA DE HGO. MICH.

NOTA: CARECE DE VALIDEZ COMO COMPROBANTE DE PAGO SI NO TIENE SELLO DE LA ESCUELA Y FIRMA DEL CAJERO EXENTO DEL V.A. CONFORME AL ART. 15 FRACC. IV DE LA LEY DE IMPUESTO AL VALOR AGREGADO.

# EXHIBIT 16013



# GOBIERNO DEL ESTADO DE MICHOACÁN
## (MICHOACAN STATE GOVERNMENT)

# LIVESTOCK PATENT

GENERAL LOCAL LIVESTOCK
ASSOCIATION FROM
AQUILA, MICHOACAN.



Maquili, Mpio. de Aquila, Mich.

A los 8 días del mes de abril de 2016

Asunto: Constancia

A quien corresponda:

Por medio de la presente el que suscribe C. Jesús Herrera Álvarez, presidente del comisariado del ejido Maquili,

HAGO CONSTAR QUE:

El C. Edgar Omar Herrera Farías es ejidatario de este ejido que represento, y tiene en posesión publica, pacífica y continua una parcela cuyo certificado está en trámite y además tiene en posesión 20 hectáreas aproximadamente del área de uso común de dicho ejido. Dicha superficie está dedicada para uso ganadero del poseedor.

Se extiende la presente a solicitud del interesado para los usos y fines legales que mejor convengan.

Atentamente:

C. Jesús Herrera Álvarez

Presidente del Comisariado del Ejido Maquili

Maquili, Municipality of Aquila, Michoacan.

November 8th 2016

Issue: Constancy

To whom it may concern:

Through the present that subscribe Mr. Jesus Herrera Alvarez, President of the Commission of Maquili common land.

## NOTES THAT:

Mr. Edgar Omar Herrera Farias is participant of this common land that I represent, and he has a piece of ground on peaceful and continuous possession, whose certificate is in process and he also has a possession of approximately 20 hectares of Common Use which is in this common land. This area is exclusively for livestock use by the owner.

The present application is extended to the interested party for the uses and legal purposes that best agree.

_____

Mr. Jesús Herrera Álvarez

President of the Commission of Maquili common land.



# H. Ayuntamiento Constitucional de Aquila, Michoacán

PATENTE NUM. 4127

EL Ciudadano ING. JOSE LUIS ARTEAGA OLIVARES

Presidente Municipal que actúa con el Secretario que autoriza CERTIFICA en el Libro Núm. _____ de REGISTRO DE FIERROS, MARCAS, VENTAS, SEÑALES, TATUAJES Y ARETES, correspondientes a esta Municipalidad, a fojas _____ se encuentra asentado un registro cuyo tenor literal es el siguiente: REGISTRO NUM. 4127 Registro correspondiente al C. EDGAR OMAR HERRERA FARIAS residente en SAN JUAN DE ALIMA, MICH. Clase de Animales 15 VACAS, 07 VAQUILLAS, 04 BE-CERRAS, 05 BECERROS Y 01 SEMENTAL.

lugar donde se encuentra el Ganado LA PLACITA, MPIO. AQUILA, MICH.

Descripción de Señales:      FIERROS, MARCAS, VENTAS, TATUAJES, ARETES

Observaciones _____

se presentó el interesado, Solicitando a este Registro y la Asociación Ganadera Local dio su aprobación. Se pagaron los derechos correspondientes según derecho Núm. _____
él __11__ de __MAYO__ de 2016

El Presidente Municipal ING. JOSE LUIS ARTEAGA OLIVARES     Rubricado
El Secretario Municipal LIC. EBENEZER VERDIA RUIZ     Rubricado

Es copia fielmente tomada de su original que se expide en cumplimiento a lo dispuesto por los artículos 39 y 41 de la Ley de Ganadería del Estado, vigente para que surta efecto legal de PATENTE.

Aquila, Michoacán., a __11__ de __MAYO__ de 2016

EL PRESIDENTE MUNICIPAL        EL SECRETARIO MUNICIPAL

ING. JOSE LUIS ARTEAGA OLIVARES     LIC. EBENEZER VERDIA RUIZ

H. AYUNTAMIENTO 2015 — 2018



# H. AYUNTAMIENTO CONSTITUCIONAL DE
# AQUILA, MICHOACAN.

(CONSTITUTIONAL CITY HALL FROM AQUILA, MICHOACAN.)

## PATENT Nº __4127__

The Mexican citizen <u>ING. JOSE LUIS ARTEAGA OLIVARES,</u>  municipal Mayor and the Secretay, CERTIFY in the book nº _____ who registers the IRONS, BRANDS, SALES, SIGNALS, TATOOS AND EARRINGS, corresponding to this municipality,  is setting a register which literal tenor is the following. REGISTRATION Nº _4127_
Registration corresponding to <u>Mr. EDGAR OMAR HERRERA FARIAS</u>
Resident in <u>SAN JUAN DE ALIMA,  MICHOACAN.</u>     Kind of animals:  <u>15 COWS, 07 VEALS, 04 CALVES,  05 CALVES, 01 STALLION</u>
Place where the cattle is located: <u>LA PLACITA,  MUNICIPALITY OF AQUILA, MICHOACAN</u>

Signal description:       IRONS, BRANDS, SALES, SIGNALS, TATOOS AND EARRINGS

Observations:_____
The interested party was presented requesting to this Registration office and the Local Cattle Association gave its approval. The corresponding feeds were paid on <u>May  10 2016.</u>
The Mayor:     ING. JOSE LUIS ARTEAGA OLIVARES                              RUBRICATED
The Secretary,  LIC. EBENEZER VERDIA RUIZ.                                     RUBRICATED
It is a copy faithfully taken from its original which is issued in compliance with the provisions of articles 39 and 41 of the State's cattle law, in order to have legal effect of PATENT.
Aquila, Michoacan. <u>MAY 11th 2016</u>

The Mayor:                                              The Secretary:

_____          _____
NG. JOSE LUIS ARTEAGA OLIVARES               LIC. EBENEZER VERDIA RUIZ

Se certifica que las presentes traducciones de documentos ORIGINALES, de EDGAR OMAR HERRERA FARIAS, traducidos del español al idioma Inglés; que soy competente para traducir como lo acredita mi cédula Profesional 2984328 Expedida por la Secretaría de Educación Pública del Gobierno del Estado de Colima.

Los documentos originales traducidos son los siguientes:

- Registro del fierro de la Patente nº 4127
- Constancia de que pertenece al ejido de Maquili, Michoacan.
- Recibo oficial de inscripción al CBTA 140 (2015)
- Recibo oficial de inscripción al CBTA 140 (2016)
- Recibo del refrendo anual de patente.
- Patente de Ganado (3 hojas)

**MC. JUDIT CAMPOS DUEÑAS**
**CEDULA PROFESIONAL: 2984328**
**DOMICILIO ABASOLO Nº 101, EL RANCHITO, MICHOACAN**
**CEL.31332 93896**

 





IRON AND BRANDING DESIGN

BLOOD SIGNAL:_____
TATTOOS OR EARRING:_____

Nº 0759

# IDENTIFICACION

## CLAVE 16  MICHOACAN

## ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.

NOMBRE  HERRERA  FARIAS  EDGAR  OMAR

DIRECCION  CONOCIDO

POBLACION  SAN  JUAN  DE  ALIMA

MUNICIPIO  AQUILA

CREDENCIAL No.  0759     R.F.C.  HEFE 870817

CURP.  HEFE 870817HCMRRD09

LUGAR DONDE PASTA EL GANADO  LA  PLACITA

### TIPO DE EXPLOTACION

ESTABULADO:_____ SEMIESTABULADO:_____  LIBRE PASTOREO:___✗_____

### TIPO DE TENENCIA

EJIDAL:___✗____ PEQUEÑA PROPIEDAD:_____ COMUNAL:_____ RENTADA:_____

CLASE Y RAZA DE GANADO:  CRUZADO

PRODUCE:  CARNE ( ✗ )     LECHE ( )     DOBLE PROPOSITO ( )

No.- DE CABEZAS, A LA FECHA DE EXPEDICION DE ESTA PATENTE:  35  CABEZA

FIRMA DEL SOCIO GANADERO

El C. Presidente Municipal hace CONSTAR que el FIERRO que se describe en esta PATENTE, quedo registrado en el Libro Número _____ a fojas _____

AYUNTAMIENTO
2015 — 2018
TENDREMOS LA ESPERANZA

PRESIDENCIA MUNICIPAL
SECRETARIA No.     0759

ASOCIACION GANADERA LOCAL
AQUILA, MICH.
R.F.C. AGL6504213D

# IDENTIFICATION
## CODE 16 MICHOACAN.
## AQUILA GENERAL LOCAL LIVESTOCK ASSOCIATION.

NAME:  HERRERA FARIAS EDGAR OMAR

ADDRESS:  KNOWN

TOWN: SAN JUAN DE ALIMA

CITY HALL:  AQUILA

ID. NUMBER:     0759                              R.F.C. HGFE 870817

CURP: HEF870817HCMRAD09

PLACE WHERE LIVESTOCK GRAZES: LA PLACITA

### OPERATION TYPE

STABULATED: _____   HALF STABULATED _____   FREE GRAZING:___X____

### HOLDING TYPE

EJIDAL   X_____   SMALL PROPERTY_____COMMUNAL_____ RENTED:_____

CATTLE'S CLASS AND RACE:  CRUSADE RACE

PRODUCE:   MEAT (   X   )   MILK (     )   DOUBLE PURPOSE (     )
Nº  HEADS OF CATTLE OF THIS PATENT :        35

_____
LIVESTOCK PARTNER SIGNATURE

THE MAYOR:   ING. JOSE LUIS ARTEAGA OLIVARES
States that the "FIERRO" (iron design) designed in this PATENT was registered in the book nº _____

| | | |
|---|---|---|
| CITY HALL | Nº   0759 | LOCAL  LIVESTOCK ASSOCIATION |

# Asociación Ganadera
## Local de Aquila

REFRENDO ANUAL DE PATENTE 20 _16_

| DIA | MES | AÑO | No. de Patente: 0759 |
|-----|-----|-----|----------------------|
| 11  | 05  | 20 16 | |

Diseño del Fierro

Nombre: HERRERA FARIAS EDGAR OMAR

Domicilio: CONOCIDO          Población: SAN JUAN DE ALIMA

R.F.C. HEFE-870817     Clave: 008-669          Credencial: 0759

Lugar donde pasta el ganado: La Placita          Municipio: Aquila

Tipo de Explotación: Estabulado ☐ 1   Semiestabulado ☐ 2   Pastoreo ☒ 3   Corral de Engorda ☐ 4

Tipo de Tenencia: Ejidatario ☒ 1   P. Propietario ☐ 2   Comunero ☐ 3   Renta Predio ☐ 4

Clase de Ganado: Registro ☐ 1   Criollo ☐ 2   Cruzado ☒ 3

Raza _____   Raza CRUZADO

Produce: Leche ☐ 1   Carne ☒ 2   Becerro de Engorda ☐ 3   Pie de Cría ☐ 4

Número de Cabezas de Ganado que da de alta, conforme al Reglamento Vigente:

| Vacas | 15 | Vaquillas o Terneras | 7 | Becerras | 4 | Toros | 1 | Toretes | | Becerros | 5 |
|-------|-----|----------------------|---|----------|---|-------|---|---------|---|----------|---|
| Bueyes | | Caballos | | Burros | | Mulas | | Caprinos | | Ovinos | |

A.G.L.A. $ _____          TOTAL $ _____

Edgar Omar H F
FIRMA DEL SOCIO

COPIA AZUL: GANADERO   COPIA AMARILLA: ASOCIACION

FIRMA Y SELLO DE LA ASOCIACION

COTEJADO

# LOCAL LIVESTOCK ASSOCIATION
## FROM AQUILA
## ANNUAL PATENT ENDORSING 2016

FOLIO Nº

| DAY | MONTH | YEAR | PATENT Nº |
|-----|-------|------|-----------|
| 11  | 05    | 2016 | 0759      |

IRON'S DESIGN

| NAME: HERRERA FARIAS EDGAR OMAR | |
|---|---|
| ADDRESS: KNOWN | TOWN: SAN JUAN DE ALIMA |
| RFC. HEFE870817 | CODE: 008-669 | ID. Nº 0759 |

PLACE WHERE LIVESTOCK GRAZES : LA PLACITA    CITY HALL: AQUILA

OPERATION TYPE: STABULATED: ____ HALF STABULATED ___ FREE GRAZING: X  CORRAL FATTENIGN _____

HOLDING TYPE: EJIDAL  X  SMALL PROPERTY___COMMUNAL_____ RENTED:_____

CATTLE'S CLASS AND RACE: REGISTRY ____ CREOLLE _____ CROSSED X
                         RACE_____ RACE: CROSSED

PRODUCE: MEAT ___X_____ MILK_____ FATTENING _____ CALVES FOOT____

Number of heads of cattle that discharge, according to the current regulation:

| COWS 15 | HERFER OR VEALS 7 | CALVES 4 | BULLS 1 | SMALL BULLS 0 | CALVES 5 |
|---------|-------------------|----------|---------|---------------|----------|
| OXEN    | HORSES            | DONKEY   | MULES   | GOATS         | OVINE    |

total $ 50.00

_____
Partner signature

_____
Asociation's signature and seal.



CONGRESO DEL ESTADO DE MICHOACÁN

AUDITORÍA SUPERIOR DE MICHOACÁN

MUNICIPIO DE AQUILA, MICHOACÁN

AV. INDEPENDENCIA S/N COL. CENTRO
C.P. 60870 AQUILA, MICHOACÁN.
MAM850101KD4

RECIBO

Nº 3365

CLAVE 074

DÍA 12  MES 05  AÑO 16

IMP. AÑOS ANTERIORES $

CUENTA CORRIENTE $ 159. 00

Edgar Omar Herrera Farias

CUENTA

CONCEPTO  Nuevo Registro de Patente

RAMO
CLAVE — ENTERO

REZAGOS $

25% ADICIONAL $

RECARGOS $

Ciento Cincuenta y nueve
Pesos 00/100 M. N.

OTROS $

I.V.A. $

TOTAL $ 159. 00

ESTADO DE MICHOACAN
MUNICIPIO DE AQUILA
TESORERIA
SELLO DE LA TESORERÍA MUNICIPAL

FIRMA DEL RECAUDADOR

IMPRESIÓN MÁQUINA REGISTRADORA

IMPORTANTE: ESTE RECIBO NO ES VÁLIDO SI PRESENTA RASPADURAS, ENMENDADURAS O SI FALTA EL SELLO DE LA OFICINA O FIRMA RESPECTIVA

CONSTANCIA DE ACTUALIZACIÓN DEL PADRÓN GANADERO NACIONAL (PGN)

## DATOS PRODUCTOR UPP:16-008-1153-001

| | | INFORMACIÓN de la UPP | |
|---|---|---|---|
| Razón Social | | Nombre (del Rancho) | LA PLACITA |
| Nombre | EDGAR OMAR HERRERA FARIAS | Superficie (ha) | 20.00Parcial |
| C.U.R.P. | HEFE870817HCMRRD09   R F C | Localidad/Paraje | SAN JUAN DE ALIMA |
| Estado | Michoacan de Ocampo | Municipio | Aquila |
| Municipio | Aquila | Tipo de Tenencia | Ejidal - No Ejidatarios: 0 |
| Cd. o Poblacion | SAN JUAN DE ALIMA | Como llegar al predio | POR LA PLACITA A 1KM DEL CRUCERO |
| Colonia | CENTRO | Patente de Fierro | b758 |
| Calle y Numero | CONDCIJO | Registro UMA | Cert. responsabilidad de la Miel |
| C.P. | 60870   Telefono(s) | Fecha Alta | 2016-05-12 |
| Correo-E | | Fecha Actualizacion | 2016-05-12 14:36:12 |
| | | FOLIO HOLOGRAMA | |
| | | FOLIO - 381777 | |

### SUPERFICIE de la UPP

| En Hectareas | Estabulado/Traspatio | Agostadero | Agricola | CONCEPTO Forestal Maderable | Praderas | Cutivos Forrajeros | Total |
|---|---|---|---|---|---|---|---|
| Riego | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Temporal | 0.00 | 0.00 | 5.00 | 0.00 | 15.00 | 0.00 | 20.00 |
| TOTALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### FINALIDAD ZOOTÉCNICA del GANADO

| | Leche | Carne | Doble P | Toros de Lidia | Pie de Cria | Engorda | Lana | Caprinos | Miel | Polinizacion | Remo | Pelon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bovinos | | | | | | | | | | | | |
| Ovinos | | | | | | | | | | | | |
| Caprinos | | | | | | | | | | | | |
| Colmenas | | | | | | | | | | | | |

| | Comercial | Carne | Piel | Pie de Cria | Mascota | Autoconsumo | Deporte | Trabajo | Huevo | Reproductores | Progenitores | Otra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porcinos | • | | | | | | | | | | | |
| Equidos | | | | | | | | | | | | |
| Aves | | | | | | | | | | | | |
| Conejos | | | | | | | | | | | | |

### ESPECIES de GANADO EXISTENTES en la UPP

| ESPECIE | Vientres | Crias | Sementales | Vaquillas | Novillos | Engorda | Otras | (Especifique) | TOTAL | Razas o Cruzas |
|---|---|---|---|---|---|---|---|---|---|---|
| BOVINO | 15 | 9 | 1 | 7 | 0 | 0 | 0 | | 32 | Cruza Europeo/Cebu |
| OVINO | Vientres 0 | Crias 0 | Sementales 0 | | | Engorda 0 | Tripona 0 | | 0 | |
| CAPRINO | 0 | 0 | 0 | | | 0 | 0 | | 0 | |
| COLMENAS | Colmenas 0 | Nucleos de Fecundacion 0 | | | | | | | 0 | |
| PORCINOS | 0 | | 0 | | | 0 | 0 | | 0 | |
| EQUIDO | Caballos 0 | Burros 0 | Mulas y Machos 0 | Yeguas 0 | Sementales 0 | Otros 0 | | | 0 | |
| AVES | Pollos y Gallinas 0 | Guajolotes 0 | Codornices 0 | Avestruces 0 | | | | | 0 | |
| CONEJOS | Vientres 0 | Crias 0 | Sementales 0 | Engorda 0 | Reemplazos 0 | | | | 0 | |

M.V.Z. JOSE ANTONIO ZARAGOZA RAUDA
Jefe de
VENTANILLA AUTORIZADA LOCAL COALCOMAN

EDGAR OMAR HERRERA FARIAS
Productor
Firma de Conformidad

FOLIO HOLOGRAMA: - 381777

Se extiende la presente para los fines que al interesado convenga
La presente se extiende sin costo alguno.
La presente constancia no tendrá validez si no presenta el sello de la Ventanilla, firma del emisor y holograma de Siniiga

Este programa es de caracter publico, no es patrocinado ni promovido por partido politico alguno y sus recursos provienen de los impuestos que pagan todos los contribuyentes. Esta prohibido el uso de este programa con fines politicos, electorales, de lucro y otros distintos a los establecidos. Quien haga uso indebido de los recursos de este programa deberá ser denunciado y sancionado de acuerdo con la ley aplicable y ante la autoridad competente

Este programa es publico, ajeno a cualquier partido politico. Queda prohibido el uso para fines distintos a los establecidos en el programa

ccp Archivo

# DISEÑO DEL FIERRO Y MARCA



SEÑAL DE SANGRE _____

TATUAJES O ARETE _____

No.    0759

**2016**

| FECHA | FACTURA | ALTA O BAJA | VACAS | VAQUILLAS | BECERRAS | TOROS | TORETES | BECERROS | BUEYES |
|-------|---------|-------------|-------|-----------|----------|-------|---------|----------|--------|
|       |         |             | 15    | 7         | 4        | 1     | —       | 5        |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |
|       |         |             |       |           |          |       |         |          |        |

Refrenda en el H. Ayuntamiento

el día _____ de _____ AQUILA _____ .

H. AYUNTAMIENTO
2015 — 2018
SEMBRANDO LA ESPERANZA

P A
PRESIDENCIA MUNICIPAL

SECRETARIA
MUNICIPAL

0759

ASOCIACIÓN GANADERA LOCAL
AQUILA, MICH.
R.F.C. AGL6804243N4





# GOBIERNO DEL ESTADO DE MICHOACAN

# PATENTE DE GANADO

**ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.**



**2014 - 2017**

# NOTARIA PÚBLICA | 70

A CARGO DEL
LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS
COAHUAYANA, MICHOACÁN.-
Prol. Av. Constitución 780, Centro, C.P. 60800

### C O T E J O :

El suscrito Licenciado **GUILLERMO EMMANUEL RUIZ CONTRERAS**, Notario Público Número Setenta en el Estado en ejercicio y con residencia en Coahuayana, Michoacán, **CERTIFICA y HACE CONSTAR** Que el documento que antecede en copia fotostática, concuerda fielmente con el original del que se reproduce, mismo que doy fé tuve a la vista ya que me fue mostrado por el interesado, por lo que cotejo y expido la presente certificación a petición del mismo.- Doy fé. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Coahuayana de Hidalgo, Michoacán, a 12 doce de abril del 2017 dos mil diecisiete.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL NOTARIO PUBLICO No. 70

**LIC. GUILLERMO EMMANUEL RUIZ CONTRERAS.-**
RUCG-830329-KA8

## IDENTIFICACION
### CLAVE 16   MICHOACAN
### ASOCIACION GANADERA LOCAL GENERAL DE AQUILA, MICH.

NOMBRE HERRERA FARIAS EDGAR OMAR

DIRECCION CONOCIDO

POBLACION SAN JUAN DE ALIMA

MUNICIPIO AQUILA

CREDENCIAL No. 0759      R.F.C. HGFE 870817

CURP HGFE 870817HCHRRD09

LUGAR DONDE PASTA EL GANADO LA PLACITA

TIPO DE EXPLOTACION

ESTABULADO:_____ SEMIESTABULADO:_____ LIBRE PASTOREO: X

TIPO DE TENENCIA

EJIDAL: X    PEQUEÑA PROPIEDAD:_____ COMUNAL:_____ RENTADA:_____

CLASE Y RAZA DE GANADO: CRUZADO

PRODUCE: CARNE ( X )   LECHE ( )      DOBLE PROPOSITO ( )

No. DE CABEZAS, A LA FECHA DE EXPEDICION DE ESTA PATENTE: 35   CABEZA

FIRMA DEL SOCIO GANADERO

El C. Presidente Municipal C. JOSE LUIS ARTEAGA GONZALES

hace CONSTAR que el FIERRO que se diseña en esta PATENTE, quedo registrado en el Libro Numero ____ a fojas ____

PRESIDENCIA MUNICIPAL
SECRETARI No. 0759
MUNICIPAL

ASOCIACION GANADERA LOCAL
AQUILA, MICH
A.Ec. AGLG...

## DISEÑO DEL FIERRO Y MARCA



SEÑAL DE SANGRE _____

TATUAJES O ARETE _____

No.   0759