Lupe C. Rodriguez, Jr. (California State Bar No. 175449)
LAW OFFICE LUPE RODRIGUEZ, Jr. APC
444 West C Street, Suite 340
San Diego, California 92101
Telephone: (619) 241-2105
Facsimile: (619) 241-2106
LRodriguez@LRodLaw.com

Timothy Scott (Washington State Bar No. 30424)
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Telephone: (619) 794-0451
tas@scotttriallawyers.com

Attorneys for Defendant
SALVADOR GUDINO CHAVEZ (11)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 4:15-CR-6049-EFS-11 |
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO FILE SENTENCING DOCUMENTS |
| v. | |
| SALVADOR GUDINO CHAVEZ, | |
| Defendant. | |

Defendant, SALVADOR GUDINO CHAVEZ (11) (hereinafter referred to as "Defendant"), by and through counsel, Lupe C. Rodriguez, Jr. of the Law Office of Lupe Rodriguez, Jr. APC and local counsel Timothy Scott, of Scott Trial Lawyers, submits the following Motion for Extension of Time to File Sentencing Documents.

Defendant entered a plea of guilty on May 8, 2018. The Sentencing is currently set for March 11, 2019. The Court's Order requires a review of the Presentence Investigation Report (PSR) and all sentencing motions and memorandums to be filed within 14 days of the disclosure of the draft PSIR. (ECF 1022). The PSIR was filed on November 19, 2019.

1  Defense counsel suffered a family emergency which required the continuance of
2  the sentencing hearing in this case and which has taken much of Defense counsel's time
3  since October 2018 to the present.  As such, Defendant is respectfully requesting an
4  extension of time until February 25, 2019, in order to file the above referenced sentencing
5  related documents.  Defense counsel has discussed this schedule with counsel for the
6  Government in this cause.  Counsel for the Government has no objection to this request.

Law Office of Lupe Rodriguez, Jr. APC

Dated: February 21, 2019            s/Lupe Rodriguez, Jr.
                                    Lupe C. Rodriguez, Jr.
                                    Attorney for Defendant
                                    Salvador Gudino Chavez (11)

Dated: February 21, 2019            s/Timothy Scott
                                    Timothy Scott
                                    Associated Local Counsel and
                                    Attorney for Defendant
                                    Salvador Gudino Chavez (11)

## CERTIFICATION

I hereby certify that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

AUSA Stephanie Van Marter, stephanie.vanmarter@usdoj.gov

                                    s/Lupe Rodriguez, Jr.
                                    Lupe C. Rodriguez, Jr.
                                    Attorney for Defendant
                                    Salvador Gudino Chavez (11)