UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 4:15-CR-6049-EFS-11 |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT, SALVADOR GUDINO CHAVEZ' MOTION TO EXPEDITE HEARING |
| v. ) | |
| SALVADOR GUDINO CHAVEZ, ) | |
| Defendant. ) | |

THIS MATTER, coming before the Court upon Motion by Defendant, SALVADOR GUDINO CHAVEZ (11) (hereinafter referred to as "Defendant"), for an order allowing an expedited hearing re: Motion for Extension of Time to File Sentencing Documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's Motion to Expedite Hearing is granted.

IT IS SO ORDERED this_____ day of February 2019.

_____
Edward F. Shea
Senior United States District Judge