FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR OMAR HERRERA FARIAS, <br><br> Defendant. | No.   4:15-CR-6049-EFS-16 <br><br> **ORDER GRANTING THE GOVERNMENT'S MOTION TO EXTEND SENTENCING DEADLINES** <br><br> **USPO Action Required** |

Before the Court, without oral argument, is the Government's Joint Motion for extension of Time to File Sentencing Documents, ECF No. 1139, and related Motion to Expedite, ECF No. 1140. Counsel for the Government, Stephanie Van Marter, requests an extension of the sentencing filing deadlines and avers that the Defendant, Edgar Omar Herrera Farias, does not oppose this request. ECF No. 1139.

### I.    PROCEDURAL HISTORY

The Government filed the Second Superseding Indictment on December 6, 2016, charging Mr. Chavez with the following: Count 1, conspiracy to distribute 500 grams or more of methamphetamine, 5 kilograms or more of cocaine, 1 kilogrm or more of heroin, and 400 grams or more of N-phenyl-N Propanamide, in violation of

1  21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846. ECF No. 105. Defendant
2  plead guilty on October 10, 2018. ECF No. 991. Sentencing is set for March 12, 2019.
3  ECF No. 992. The Draft Presentence Investigation Report was filed on February 6,
4  2019. ECF No. 1128. Defendant has filed his objections and memorandum. See ECF
5  Nos. 1143 & 1147.

6  The Government states that an extension to February 25, 2019 is needed to
7  file objections to the PSIR and sentencing memorandum. ECF No. 1139. The
8  objections and memoranda were due on February 20, 2019. *See* ECF Nos. 993. The
9  Government states that Ms. Van Marter is currently conducting multiple interviews
10  and preparing for an upcoming trial to begin on February 15, 2019 and needs
11  additional time to prepare the sentencing documents. ECF No. 1139. The Defendant
12  has no objection to the Government's request for an extension. *Id*. Probation has
13  informed the Court that they do not oppose the request for an extension.

14  **II.    CONTINUANCE GRANTED: AMENDED SENTENCING SCHEDULE**

15  Having reviewed the pleadings and the file in this matter, the Court is fully
16  informed and grants the request for an extension. Counsel and the U.S. Probation
17  Office are expected to carefully read and abide by this Order and such provisions of
18  the prior Order Regarding Schedule for Sentencing, ECF No. 992, that have not been
19  superseded hereby.

20  **IT IS HEREBY ORDERED:**

21  **1.**    The Government's Joint Motion for an Extension of Time to File
22          Sentencing Documents, **ECF No. 1139, is GRANTED.**

    **2.**    The Government's Motion to Expedite, **ECF No. 1140, is GRANTED.**

    **3.**    **Counsel** shall **COMMUNICATE IN WRITING** to the Probation Office any objections to the presentence investigation report by no later than **Monday, February 25, 2019.**

    **4.**    **Counsel** shall **FILE AND SERVE** all motions and memoranda pertaining to Defendant's sentence, including motions for downward or upward departures and/or variances, by no later than **Monday, February 25, 2019.**

    **5.**    **The U.S. Probation Office** shall file the finalized presentence investigation report and sentencing recommendations to the Court by no later than **Monday, March 4, 2019.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this  22nd  day of February 2019.

                        s/Edward F. Shea
                        EDWARD F. SHEA
            Senior United States District Judge