Dear Judge Shea,

I am Salvador Gudino Chavez' wife. I am sending this letter to tell you that my children and I are greatly affected by everything that has happened with my husband. He is a hardworking man who has always tried to keep his family together. He has cared for his children and they need him a lot. We miss him and ask that you have mercy on him during his sentencing. Please allow him to be released from custody as soon as possible so that we can be a family again.

                                              Thank you,

                                              Claudia Franco