UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:15-CR-6049-EFS-21 |
| vs. | ) |
| | ) Order Granting Motion for |
| MIGUEL REYES-GARCIA, | ) Extension of Time to File |
| | ) Sentencing Documents |
| Defendant. | ) |

THIS MATTER coming before the Court upon a motion by the United States for an order extending the time to file sentencing documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion for Extension of Time to File Sentencing Documents is granted.  Sentencing materials from both parties shall be filed by no later than March 11, 2019.

IT IS SO ORDERED this _____day of February 26, 2019.

_____
Edward F. Shea
Senior United States District Judge

Order Granting Motion for Extension of Time to File Sentencing Documents - 1
Garcia.OrderE.docx