UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS-21 |
| vs. ) | |
| ) | Order Granting United States' |
| MIGUEL REYES-GARCIA, ) | Motion To Expedite Hearing |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: Motion for Extension of Time to File Sentencing Documents, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____day of February 2019

                                                    _____
                                                  Edward F. Shea
                                                  Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1