FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL REYES GARCIA,<br><br>　　　　Defendant. | No.　4:15-CR-6049-EFS-21<br><br>**ORDER GRANTING IN PART THE GOVERNMENT'S MOTION TO EXTEND SENTENCING DEADLINES**<br><br>**USPO Action Required** |

Before the Court, without oral argument, is the Government's Motion for Extension of Time to File Sentencing Documents, ECF No. 1157, and related Motion to Expedite, ECF No. 1158. The Government requests an extension of the sentencing filing deadlines to March 11, 2019 and avers that Defendant's counsel, Kenneth Therrien, does not oppose this request. ECF No. 1157.

### I.　P<small>ROCEDURAL</small> H<small>ISTORY</small>

The Government filed the Second Superseding Indictment on December 6, 2016, charging Mr. Garcia with the following: Count 1, conspiracy to distribute 500 grams or more of methamphetamine, 5 kilograms or more of cocaine, 1 kilogram or more of heroin, and 400 grams or more of N-phenyl-N Propanamide, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846. ECF No. 105. Defendant

plead guilty on October 10, 2018. ECF No. 993. Sentencing is set for March 20, 2019. ECF No. 1105. On February 14, 2019, the U.S. Probation Office filed the Draft Presentence Investigation Report. ECF No. 1130. On February 22, 2019, the Court granted the Defendant's request for an extension of the sentencing filing deadlines. *See* ECF Nos. 1136 & 1151.

The Government states that an extension of the sentencing filing deadline to March 11, 2019 is needed because counsel for the Government, Stephanie Van Marter, is in trial. ECF No. 1157. The deadline to file sentencing materials is currently March 4, 2019. ECF No. 1151. The Defendant has no objection to the Government's request for an extension. *Id*. However, the United States Probation Office has informed the Court that this extension will make it impossible to meet their deadline to file recommendations by March 12, 2019. The United States Probation Office therefore requests an extension of their deadline as well.

II.     <u>**Continuance Granted: Amended Sentencing Schedule**</u>

The Court is fully informed and grants the request for an extension, but only in part. The United States Probation Office and the Court also need adequate time to review the materials and prepare for the sentencing hearing. **Parties shall submit all sentencing materials by no later than March 8, 2019. The Court also extends the filing deadline for the United States Probation Office to March 14, 2019.** Counsel and the U.S. Probation Office are expected to carefully read and abide by this Order and such provisions of the prior Order Regarding Schedule for Sentencing, ECF No. 994, that have not been superseded hereby.

**IT IS HEREBY ORDERED:**

1. The Government's Motion for an Extension of Time to File Sentencing Documents, **ECF No. 1157, is GRANTED.**

2. The Government's Motion to Expedite, **ECF No. 1158, is GRANTED.**

3. **Counsel** shall **COMMUNICATE IN WRITING** to the Probation Office any objections to the presentence investigation report by no later than **Friday, March 8, 2019.**

4. **Counsel** shall **FILE AND SERVE** all motions and memoranda pertaining to Defendant's sentence, including motions for downward or upward departures and/or variances, by no later than **Friday, March 8, 2019.**

5. **The U.S. Probation Office** shall file the finalized presentence investigation report and sentencing recommendations to the Court by no later than **Thursday, March 14, 2019.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this  27th  day of February 2019.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Criminal\2015\15-6049. Reyes Garcia. SECOND Order Extending Sentencing Deadlines.lc02.docx

Order Granting Extension — Page **3** of 3