Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 4:15-cr-6049-EFS-16 |
| Plaintiff, ) | |
| ) | PROPOSED ORDER |
| vs. ) | GRANTING DEFENDANT'S |
| ) | MOTION TO EXTEND TIME |
| EDGAR OMAR HERRERA FARIAS, ) | FOR FILING REPLY |
| ) | SENTENCING MEMORANDUM |
| Defendant. ) | |
| _____ ) | |

Before the Court is the Defendant Edgar Omar Herrera Farias' Motion to Extend Time for Filing Reply Sentencing Memorandum, the Court finds good cause for granting said Motion and, does now,

ORDER that the Motion to Extend Time for Filing Reply Sentencing Memorandum, be and the same is hereby granted.

DONE BY THE COURT this ___day of _____ 2019.

_____
EDWARD F. SHEA
DISTRICT COURT JUDGE

*PROPOSED ORDER GRANTING MOTION TO EXTEND TIME FOR FLING REPLY MEMORANDUM -1*

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196*

1 Presented by:
2
3 WALDO, SCHWEDA & MONTGOMERY, P.S.
4 By: /s/ PETER S. SCHWEDA\_\_\_
5     PETER S. SCHWEDA
    Attorney for Defendant Edgar Omar
6    Herrera Farias

*PROPOSED ORDER GRANTING MOTION TO EXTEND TIME FOR FLING REPLY MEMORANDUM -2*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*