Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 4:15-cr-6049-EFS-16 |
| Plaintiff, ) | |
| ) | PROPOSED ORDER |
| vs. ) | GRANTING MOTION TO |
| ) | EXPEDITE |
| EDGAR OMAR HERRERA FARIAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Before the Court is the Defendant's Motion to Expedite, the Court finds good cause for granting said Motion and, does now,

ORDER that the Motion to Expedite consideration of the Motion to Extend Time for Filing Reply Sentencing Memorandum, ECF No. 1160, be and the same is hereby granted.

DONE BY THE COURT this ___day of _____ 2019.

_____
EDWARD F. SHEA
DISTRICT COURT JUDGE

*PROPOSED ORDER GRANTING MOTION TO EXPEDITE -1*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

Presented by:

WALDO, SCHWEDA & MONTGOMERY, P.S.

By: /s/ PETER S. SCHWEDA\_\_\_
 PETER S. SCHWEDA
 Attorney for Defendant Edgar Omar
 Herrera Farias

*PROPOSED ORDER GRANTING MOTION TO EXPEDITE* -2

*Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196*