# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

ALFREDO MAGANA GARIBAY

Defendant.

Case No.    4:15-CR-6049-EFS-18

CRIMINAL MINUTES

DATE:    MARCH 5, 2019
LOCATION:    RICHLAND

**SENTENCING HEARING**

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas/Sara Gore | 02 | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| James Goeke for Caitlin Baunsgard and Stephanie Van Marter | | Nicholas Marchi |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  SanJuanita Coronado | | |

**[ X ]  Open Court**

Defendant present, in custody of the US Marshal

The Court rules on Defendant's objections and accepts the Presentence Investigation Report

Recess:    11:50 am
Reconvene:    1:05 pm

Argument and recommendation by Counsel (both rely on briefing previously filed)

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Witness steps down

**Imprisonment: 120 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  11:38 A.M. 1:05 P.M. | ADJOURNED:  11:50 A.M. 1:19 P.M. | TIME:  0:26 HR. | CALENDARED  [ X ] |
|---|---|---|---|

*USA -vs- Magana Garibay*  March 5, 2019
4:15-CR-6049-EFS-18  Page 2
Sentencing Hearing

**Supervised Release: 5 years** on standard conditions and the following special conditions:

1. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must not communicate, associate, or otherwise interact, with any witness or codefendants in this case, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter

Defendant denied federal benefits