UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff,<br>-vs-<br>SALVADOR GUDINO CHAVEZ<br>Defendant. | Case No. 4:15-CR-6049-EFS-11<br>CRIMINAL MINUTES<br>DATE: MARCH 11, 2019<br>LOCATION: RICHLAND<br>SENTENCING HEARING |
|---|---|

| | Hon. Edward F. Shea | | |
|---|---|---|---|
| Cora Vargas/Sara Gore<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Carolina Hickey<br>**Interpreter** | Kim Allen<br>**Court Reporter** |
| Stephanie Van Marter<br>**Government Counsel** | | Lupe Rodriguez, Jr.<br>**Defense Counsel** | |
| **United States Probation Officer:** SanJuanita Coronado | | | |

[ X ]  Open Court          [ ]  Chambers          [ ]  Telecon

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Argument by counsel regarding Defendant's objections to the Presentence Investigation Report

Court rules on objections

The Court rules on the Presentence Investigation Report; Amended Presentence Investigation Report to be filed with modified rulings by the Court

Argument and recommendation by Ms. Van Marter

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Witness steps down

Argument and recommendation by Mr. Rodriguez

Defendant addresses the Court on his own behalf

**Imprisonment: 18 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Placement at a BOP facility closest to the Central District of California

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:** 1:39 P.M. | **ADJOURNED:** 2:19 A.M. | **TIME:** 0:40 HR. | **CALENDARED** [ ] |
|---|---|---|---|

*USA -vs- GUDINO CHAVEZ*            March 11, 2019
4:15-CR-6049-EFS-11            Page 2
Sentencing Hearing

**Supervised Release**: **3 years** on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact with any codefendants or witnesses in this case, without first obtaining the permission of the probation officer.

2. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter

Ms. Van Marter orally moves to dismiss Count 1 of the Second Superseding Indictment
**Court: GRANTED**