# EXHIBIT F

Juan Bravo Zambrano and Son



# EXHIBIT G





Juan Bravo Zambrano and Daughter

22

# EXHIBIT H



Juan Bravo Zambrano and Son

# EXHIBIT I





Juan Bravo Zambrano and Son

# EXHIBIT J





Juan Bravo Zambrano siblings and mother

28

# EXHIBIT K



Juan Bravo Zambrano Children

30

# EXHIBIT L

31



Son playing with Juan Bravo Zambrano

32

# EXHIBIT M



Juan Bravo Zambrano and Sibliings