# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff,<br><br>-vs-<br><br>MIGUEL REYES GARCIA,<br><br>Defendant. | Case No.   4:15-CR-6049-EFS-21<br>**CRIMINAL MINUTES**<br><br>DATE:        MARCH 26, 2019<br>LOCATION:   RICHLAND<br><br>**SENTENCING HEARING** |
|---|---|

**Hon. Edward F. Shea**

| Cora Vargas/Sara Gore | 01 | Carolina Hickey | Kim Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Kenneth Therrien | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**   SanJuanita Coronado ||||

**[ X ]  Open Court**         **[   ]  Chambers**         **[   ]  Telecon**

Defendant present, in custody of the US Marshal

Argument and recommendation by Ms. Van Marter

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Cross-examination by Ms. Van Marter
Cross-examination by Mr. Therrien
Witness steps down

Court rules on Defendant's objections to the Presentence Investigation Report

The Court rules on and accepts the Presentence Investigation Report

Argument and recommendation by Mr. Therrien

Defendant addresses the Court on his own behalf


**[ X ]  ORDER FORTHCOMING**

| **CONVENED: 2:17 P.M.** | **ADJOURNED: 3:13 P.M.** | **TIME: .56 HRS.** | **CALENDARED   [   ]** |
|---|---|---|---|

*USA -vs- REYES GARCIA*                                                 March 26, 2019
4:15-CR-6049-EFS-21                                                Page 2
Sentencing Hearing

## **SENTENCE**

**Imprisonment:  180 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Sheridan, Oregon

**Supervised Release: 5 years** on standard conditions and the following special conditions:

1. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must not communicate, associate, or otherwise interact, with any witnesses or codefendants in this case, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment**: $100.00
**Fine:** waived
**Restitution**: not applicable

Defendant denied federal benefits

Appeal rights given