# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>MIGUEL REYES GARCIA,<br><br>　　　　　　Defendant. | NO.  4:15-CR-6049-EFS-21<br><br>ORDER GRANTING MOTION AND DECLARATION TO WITHDRAW AS ATTORNEY AND APPOINTMENT OF APPELLATE COUNSEL<br><br>(PROPOSED) |

　　　Before the Court is Counsel' Motion and Declaration to Withdraw as Attorney and Appointment of Appellate Counsel (Ct. Rec.___). For the reasons set forth in the Counsel's motion, IT IS HEREBY ORDERED that the Counsel' Motion and Declaration to Withdraw as Attorney and Appointment of Appellate Counsel (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

　　　DATED this ____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　　　　　UNITED STATES JUDGE

ORDER