

Jese Carrillo-Casillas
Reg. No. 20126-085, Unit VP-A
Federal Correctional Institution II
P.O. Box 5010
Oakdale, Louisiana 71463

SHREVEPORT LA 710
18 MAR 2019 PM 2 L

RECEIVED
MAR 2 9 2019
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

◇20126-085◇
Eastern Dis Of Washington
920 W. Riverside, Suite 300
Spokane, WA 99201
United States