Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:15-cr-06049-EFS-16 |
| | ) | |
| Plaintiff, | ) | SUMMARY OF DEFENDANT |
| | ) | EDGAR OMAR HERRERA FARIAS' |
| vs. | ) | SENTENCING EXHIBITS |
| | ) | |
| EDGAR OMAR HERRERA FARIAS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached hereto is a summary of this Defendant's Sentencing Exhibits 160001-13

filed at ECF No. 1142.  The summary was prepared by Larry Valadez who will testify to

the grounds for admission of each exhibit at sentencing.

RESPECTFULLY Submitted this 3rd day of April 2019.

Waldo, Schweda & Montgomery, P.S.
By:/s/PETER S. SCHWEDA
Peter S. Schweda
Attorney for Defendant, Edgar Omar Herrera
Farias

DEFENDANT SUMMARY OF
SENTENCING EXHIBITS - 1-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on April 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s).

Joseph P. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
P.O. Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
Legal Assistant

DEFENDANT SUMMARY OF
SENTENCING EXHIBITS - 2-

Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196

# Summary of Documents Presented by Edgar Omar Herrera Farias

## Exhibit 16001

In the first document, Mr. Jesus Villanueva Diaz, in charge of the order of the community of San Juan de Alima, Municipality of Aquila, Michoacan, confirms that Mr. Edgar Omar Herrera Farias is a neighbor of the previously-mentioned community and has been from October of 2013 until August of 2016, including signatures of 26 citizens of the municipality affirming the same.

He lists the date of the document as January 29, 2018. He also attaches the names and signatures of the neighbors who know him.

Following the page with the names and signatures is a notice by Notary Public Guillermo Emmanuel Ruiz Contreras. According to this document, Mr. Ruiz Contreras, Notary Public number 70 who resides in Coahuayana, Michoacan, certifies and notes that the preceding document is a photostatic copy that is the same as the original that was reproduced which was presented to him for comparison. This document is dated February 6, 2018.

## Exhibit 16002

This document shows that Mr. Herrera Farias is the owner of a 1972 Oldsmobile Cutlass convertible. The cost of the license plates for this vehicle is not given on this form. The date on the form is July 25, 2014.

According to this document on the second page, Guillermo Emmanuel Ruiz Contreras, Notary Public number 70 who resides in Coahuayana, Michoacan, certifies and notes that the preceding document is a photostatic copy that is the same as the original that was reproduced and which was presented to him for comparison. This document is dated February 6, 2018.

The third page in this exhibit is an English translation of the first page.

## Exhibit 16003

According to the first document (page) in this exhibit, this is a description of the 1972 Oldsmobile Cutlass, along with a breakdown of fees for taxes, license plates and tabs in the sum of $1,909.00 (pesos). The bottom of this page shows a money order for $1,909.00 (pesos). This document is dated July 25, 2014.

The second page in this exhibit is an English translation of the first page.

## Exhibit 16004

This is a document that also pertains to the afore-mentioned 1972 Oldsmobile Cutlass.  It shows an additional payment of $797.00 (pesos) for the fiscal vehicle sticker and is dated March 31, 2015.

The second page in this exhibit is an English translation of the first page.

## Exhibit 16005

This document is a receipt for eyeglasses which Mr. Herrera Farias purchased on December 22, 2015 for $186.00 (pesos).  He made his last payment on March 23, 2016.

The second page in this exhibit is an English translation of the first page.

According to this document, which is the third page of this exhibit, Guillermo Emmanuel Ruiz Contreras, Notary Public number 70 who resides in Coahuayana, Michoacan, certifies and notes that the preceding document is a photostatic copy that is the same as the original that was reproduced and which was presented to him for comparison.  This document is dated February 6, 2018.

## Exhibit 16006

This document is a statement provided by Judit Campos Duenas attesting to the fact that she provided the translations from Spanish to English of three different documents.  She provides her identification information which also includes her photo.

## Exhibit 16007

According to this document which is signed by Jose Alfredo Alvarez Arteaga, Macario Corona Magellon, and Francisco Herrera Alvarez, it is noted that Mr. Herrera Farias has been a member of a group known as Common Land Maquili.  He was presented as a member of this assembly from October of 2013 until August of 2016.  This document is dated February 4, 2018.

In the second page of this exhibit, Guillermo Emmanuel Ruiz Contreras, Notary Public number 70 who resides in Coahuayana, Michoacan, certifies and notes that the preceding document is a photostatic copy that is the same as the original that was reproduced and which was presented to him for comparison.  This document is dated February 6, 2018.

## Exhibit 16008

This document is titled Popular Insurance, Policy of Affiliation.  This document shows it was issued to Edgar Omar Herrera Farias and that the medical policy was good for three years following the date of March 18, 2017.  The policy further notes that his family is also covered as long as the payments are current.

## Exhibit 16009

This is a report of a medical examination that was given to Mr. Farias on March 19, 2014.  The report notes that his glucose level was above normal parameters and that his body mass index was compatible with obesity.  It then gives recommendations for overcoming this including physical exercise, drinking water, eating vegetables and fruits, and a good diet.  Last, it noted that this evaluation is not the equivalent of a medical visit.

## Exhibit 16010

This is Mr. Herrera Farias' Mexican passport.  It was issued on November 4, 2015 and will expire on November 4, 2025.  It shows he was born on August 17, 1987.

## Exhibit 16011

According to these three documents which are shown on two pages and issued by the Secretary of Finance and Administration, Mr. Herrera Farias is listed as the owner of a 1993 Jeep Grand Cherokee.  The document also shows that he paid $635.00 (pesos) toward this vehicle on February 13, 2015, another $1,477.50 (pesos) on June 2, 2016, and a third payment of $819.00 (pesos) on February 16, 2016.  The first and third payments were for annual window decals and the second payment was for license plates.  In Mexico, a window decal matching the license plate is required on vehicles.

## Exhibit 16012

The receipts shown in this exhibit pertain to Mr. Herrera Farias's enrollment in classes.  He paid $750.00 (pesos) on August 28 2014, and another $750.00 (pesos) on May 27, 2015.  The second receipt is shown again (repeated) on the second page of the exhibit.  The third page of the exhibit is a translation from Spanish to English of the receipt shown on the preceding page.  The final page in this exhibit shows that Mr. Herrera Farias enrolled in classes again on March 16, 2016 and that he again paid $750.00 (pesos).  All three semesters were for enrollment in a technological high school in Coahuayana de Hidalgo, Michoacan.

3

## Exhibit 16013

The first page of this exhibit (in English) shows that this is a Livestock Patent registered with the Michoacan State Government.  The following page is in Spanish, but an English translation is provided on the following page.  The document verifies that Mr. Herrera Farias has participant rights and that he is in possession of approximately 20 hectares.  This land is to be used exclusively for livestock use by the owner.  The document was prepared by Jesus Herrera Alvarez, President of the Commission of Maquili common land.  It should be noted that in the original document, the date is given as April 8, 2016, while the English version shows a date of November 8, 2016.

This following document states that Jose Luis Arteaga Olivares, Municipal President in accordance with the secretary, certifies that Edgar Omar Herrera Farias, a resident of San Juan de Alima, Michoacan, is owner of 15 cows, 7 heifers, 4 female calves, 5 male calves and 1 bull. The cattle were located in La Placita, Municipality of Aquila, Michoacan.  There is also the brand used on the cattle superimposed on this sheet.  The date this document was issued was May 11, 2016.  An English translation is again provided on the following page.

Following those documents is a statement provided by Judit Campos Duenas attesting to the fact that she provided the translations from Spanish to English of six different documents.  She provides her identification information which also includes her photo.

The following pages show the brand that Mr. Herrera Farias is authorized to use on his cattle of mixed breed, verification that he is allowed to pasture his cattle at a location called La Placita, and that his cattle are meat cattle, rather than milk cattle.

The next document is provided by the Local Cattle Association of Aquila and is dated May 11, 2016.  According to this document, Mr. Farias pastures his cattle in an area known as La Placita. It states that this is pasture land and that he is a shareholder of common land and owner of mixed breed, beef cattle.  This page again lists 15 cows, 7 heifers, 4 female calves, 1 bull, and 5 male calves.  The brand for his cattle is again shown on this page in the box near the upper right-hand corner.

There is an English translation on the following page.

The next page is a receipt for a new Registry of Patent in the amount of $159.00 (pesos), dated May 12, 2016.  It bears the signature of the tax collector, but there is no printed name and the signature is indecipherable.

The last six pages pertain to ownership of the cattle and contain the same information that is found in previous pages and exhibits.

4

**Larry Valadez**
**Azteca Investigations and Interpreting**
**April 2, 2019**