SCOTT W. JOHNSON
JOHNSON & ORR, P.S.
1038 JADWIN AVE.
RICHLAND, WA 99352
(509) 579-0080
scott@johnsonorr.com

Attorney for Defendant
JOSE MENDOZA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 4:15-CR-6049-EFS-23 |
|---|---|
| Plaintiff, | |
| VS. | PROPOSED ORDER GRANTING MOTION TO CONTINUE SENTENCING |
| JOSE MENDOZA, | |
| Defendant. | |

Before the court is Defendant, JOSE MENDOZA'S, Motion to Continue Sentencing and Memorandum in Support Without Oral Argument and Certificate of Service (Ct. Rec. __).

For the reasons set forth in Defendant's Motion and Memorandum, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and to provide copies to counsel.

Dated this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION     1
TO EXPEDITE

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington, that on, April 4, 2019. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephanie VanMarter, Assistant U.S. Attorney

DATED this 4th day of April , 2019.

"s/Scott W. Johnson"
SCOTT W. JOHNSON, #27839
Attorney for DATED this 4th day of April, 2019.
JOHNSON & ORR, P.S.
1038 JADWIN AVE.
RICHLAND, WA  99352
(509) 579-0080
scott@johnsonorr.com