DAN B. JOHNSON
Law Office of Dan B. Johnson, P. S.
1312 N. Monroe Street, Ste. 248
Spokane, WA  99201
(509) 483-5311

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO:  4:15-CR-06049-EFS-21 |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| MIGUEL REYES GARCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   Plaintiff and to your attorney, U. S. Attorney for Eastern District of Washington;

**PLEASE TAKE NOTICE** that Miguel Reyes Garcia, Defendant in the above action, does hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment and Sentence in a Criminal Case filed on the 3rd day of April, 2019.  On April 8th, 2019, Counsel was appointed for Defendant pursuant to the Criminal Justice Act.

Dated this 9th day of April, 2019.

s/DAN B. JOHNSON- Attorney for

1  **NOTICE OF APPEAL**

Defendant- WSBA #11257
Law Office of Dan B. Johnson, P. S.
1312 N. Monroe Street, Suite 248
Spokane, WA  99201
Telephone:  (509) 747-5646
E-Mail:  danbjohnsonlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  Caitlin A. Baunsgard, Assistant United States Attorney, and Stephanie A. Van Marter, Assistant United States Attorney.

s/DAN B. JOHNSON- Attorney for
Defendant- WSBA #11257
Law Office of Dan B. Johnson, P. S.
1312 N. Monroe Street, Suite 248
Spokane, WA  99201
Telephone:  (509) 747-5646
E-Mail:  danbjohnsonlaw@gmail.com