UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2019**

SEAN F. MCAVOY, CLERK

**CASE INFORMATION:**

Short Case Title: USA v. Miguel Reyes Garcia
U.S. District Court, Eastern District of Washington    Senior Judge Edward F. Shea
Criminal and/or Civil Case No. 4:15-CR-6049-EFS-21
Date Civil Complaint/Petition Filed:
Date Appealed order/judgment was *entered*: 4/3/2019
Date NOA *filed*: 04/09/19
Date of Last Indictment: 1/17/2017    Plea    Hearing 10/10/18    Sentencing 03/26/19    Verdict

Court of Appeals No.

COA Status (check one):   ☐ granted in full    ☐ denied in full    Court Record No.
                          ☐ granted in part    ☐ pending

Court Reporter(s) Name & Phone Number:    Kimberly Allen, 509-943-8175    Lynette Walters, 509-573-6613    Electronic Recording, 509-458-3400

**FEE INFORMATION**

Date Docket Fee Paid:
Date IFP granted/Counsel Appointed: 01/18/17
Is IFP pending? ☐ yes ☐ no
US Attorney Appeal? ☐ yes ☒ no
Companion/Related Cases? Please list:

Date IFP denied:
Was IFP limited ☐? Revoked ☐?

**COUNSEL INFORMATION**

Appellate Counsel:

Dan B. Johnson
1312 N. Monroe Street, Suite 248
Spokane, WA 99210-1494

☐ Retained ☒ CJA ☐ FPD ☐ Pro Se ☐ Other

Appellee Counsel:
Stephanie Van Marter & Caitlin Baunsgard
U.S. Attorney's Office
P.O. Box 1494
Spokane, WA 99210-1494

**DEFENDANT INFORMATION - Criminal Cases**

Prisoner ID 56319-408
Custody ☒ yes ☐ no
Bail

Address:

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid    9th Circuit Docket Number

Name & Phone Number of Person Completing this Form    Sara Gore, Appeal Clerk
                                                      509-943-8170