# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br>-vs-<br>EDGAR OMAR HERRERA FARIAS,<br>                                   Defendant. | Case No.      4:15-CR-6049-EFS-16<br>CRIMINAL MINUTES<br><br>DATE:      APRIL 10, 2019<br>LOCATION:  RICHLAND<br><br>IN-COURT HEARING |
|---|---|

| | Hon. Edward F. Shea | | |
|---|---|---|---|
| Cora Vargas/Sara Gore | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Peter Schweda | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**   SanJuanita Coronado | | | |

[ X ]  **Open Court**            [   ]  **Chambers**            [   ]  **Telecon**

Defendant present, in custody of the US Marshal

Mr. Schweda advises the Defendant would like new counsel appointed

Court: courtroom shall be closed for an ex parte hearing; Government counsel excused from courtroom

Courtroom closed at 10:07 a.m.
Public hearing reconvened at 10:24 a.m.

**Court**: Defendant's oral motion for appointment of new counsel is **GRANTED**; this matter is referred to the Magistrate Judge for appointment of new counsel; an order will issue that directs new defense counsel and Government counsel to meet and confer within 30 days to provide suggested dates for any motion to withdraw guilty plea and a backup sentencing date.

Court addresses violation of Amended Case Management Order by Mr. Schweda prior to trial
Comments by Mr. Schweda and Ms. Van Marter
Court: Mr. Schweda may file his written response; matter taken under advisement

[ X ]  **ORDER FORTHCOMING**

| **Convened:**  10:02 a.m.<br>                    10:24 a.m. | **Adjourned:**  10:07 a.m.<br>                        10:29 a.m. | **Time: .10 HR** | **Calendared**  [   ] |
|---|---|---|---|