# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- JUAN BRAVO ZAMBRANO, Defendant. | Case No. 4:15-CR-6049-EFS-19<br>**CRIMINAL MINUTES**<br>DATE: APRIL 10, 2019<br>LOCATION: RICHLAND<br>**SENTENCING HEARING** |
|---|---|

**Hon. Edward F. Shea**

| Cora Vargas/Sara Gore | 01 | Carolina Hickey | Kim Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Richard Smith | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:** SanJuanita Coronado

[ X ] Open Court        [  ] Chambers        [  ] Telecon

Defendant present, in custody of the US Marshal

Argument by Ms. Van Marter regarding Presentence Investigation Report and guideline calculations

Argument and recommendation by Mr. Smith

**SENTENCE**

**Imprisonment: 40 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FDC Seatac, Washington

**Supervised Release: 5 years** on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any codefendants or witnesses in this case, without first obtaining the permission of the probation officer.

**[ X ]   ORDER FORTHCOMING**

| **CONVENED:** 1:31 P.M.<br>2:21 P.M. | **ADJOURNED:** 1:36 P.M.<br>2:34 P.M. | **TIME:** :18 HR. | **CALENDARED** [   ] |
|---|---|---|---|

*USA -vs- BRAVO ZAMBRANO*   April 10, 2019
4:15-CR-6049-EFS-19   Page 2
Sentencing Hearing

2. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

3. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

4. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived
**Restitution**: not applicable

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter