Law Office of Jeffrey S. Niesen
Jeffrey S. Niesen
1411 W. Pinehill Road
Spokane, Washington  99218
Tel: 509 822-7140
Jsniesen1@yahoo.com

Counsel for Defendant
Alexis Joel Garcia Palomino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  15 CR 06049-EFS-4 |
| Plaintiff, | **CORRECTION TO** |
| vs. | **DEFENDANT'S SENTENCING MEMORANDUM & MOTION FOR VARIANCE** |
| ALEXIS JOEL GARCIA PALOMINO | |
| Defendant. | |

_____/

Comes now defendant  ALEXIS JOEL GARCIA PALOMINO  by and through his attorney Jeffrey S. Niesen,  to correct his Sentencing Memorandum filed  4-12-2019 ECF 1229.   Page 3, line 14 should read ". . . (ECF 1206 filed 4/2/2019 . . ."  rather then (ECF 58 filed 10/05/2018).

Dated 4-15-2019            Law Office of Jeffrey S. Niesen

s/Jeffrey S. Niesen for

Alexis Joel Garcia Palomino

Correction to Defendant's Sentencing Memorandum
 1

## Certificate of Service

I hereby certify that April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Stephanie Van Mater, Counsel for the United States of America.

        s/Jeffrey S. Niesen (33850)
        Law Office of Jeffrey S. Niesen
        1411 W. Pinehill Rd.  Spokane WA,  99218
        509-822-7140

        jsniesen1@yahoo.com