UNITED STATES DISTRICT COURT ▪ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. ___19-30065___ U.S. District Court Case No. _15-CR-06049-EFS-21_
Short Case Title _United States vs. Miguel Reyes Garcia_
Date Notice of Appeal Filed by Clerk of the District Court _April 9th, 2019_

**1.    Name of Court Reporter/FTR:** _Kimberly Allen_

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| 10-10-18    988 | Plea hearing |
| 3-26-19     1196 | Sentencing hearing |

**2.    Name of Court Reporter/FTR:** _____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|

**3.    Name of Court Reporter/FTR:** _____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|

(Attach additional page for designations, if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☑ As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _4-18-19_  Party you represent _Miguel Reyes Garcia_
Type or print name of attorney/pro se litigant _DAN B. JOHNSON_
Signature of attorney/pro se litigant _Dan B JO_    Phone No. _509 483 5311_
Address _1312 N. Monroe Street, Suite 248, Spokane, WA 99201_

CA9-036 (10/82) EDWA 11/10