FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2019

SEAN F. MCAVOY, CLERK

1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3

4

| UNITED STATES OF AMERICA, | No.   4:15-CR-06049-EFS-16 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUIRING COUNSEL TO MEET AND CONFER** |
| EDGAR OMAR HERRERA FARIAS, | |
| Defendant. | |

5

6

7

8

9

10

11

12

13

14

At Defendant Edgar Omar Herrera Farias' scheduled sentencing hearing on April 10, 2019, Defendant informed the Court that he wished to withdraw his guilty plea. The sentencing hearing was concluded in light of this issue. New counsel, Shea Meehan, was subsequently appointed for Defendant. ECF No. 1234.

15

16

17

**By no later than Monday, May 20, 2019, counsel shall <u>meet and confer.</u> By no later than Wednesday, May 22, 2019, counsel shall <u>file a joint status report</u>** addressing the following:

18

19

20

21

22

23

1. Whether Defendant wishes to proceed with withdrawing his guilty plea.

2. Whether counsel have a preferred date for a hearing on a motion to withdraw Defendant's guilty plea. In the event that Defendant decides not to withdraw his guilty plea, that date will be used as his sentencing hearing date. **The Court encourages Mr. Meehan to consider the**

ORDER - 1

**time it may take to become familiar with Defendant's case and effectively counsel his client.**

The hearing date <u>will not be moved</u> absent extenuating circumstances. If the parties anticipate needing more time to propose a realistic schedule, or if Mr. Meehan anticipates needing more time to counsel his client regarding withdrawal of his guilty plea, they shall promptly notify the Court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd  day of April 2019.


_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2