# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>-vs-<br>Plaintiff,<br><br>ALEXIS JOEL GARCIA PALOMINO<br>Defendant. | Case No.  4:15-CR-6049-EFS-4<br>CRIMINAL MINUTES<br><br>DATE:  MAY 7, 2019<br>LOCATION:  RICHLAND<br><br>SENTENCING HEARING |
|---|---|

| | Hon. Edward F. Shea | | |
|---|---|---|---|
| Sara Gore<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Carolina Hickey<br>**Interpreter** | Lynette Walters<br>**Court Reporter** |
| Stephanie Van Marter<br>**Government Counsel** | | Jeffrey Niesen<br>**Defense Counsel** | |
| **United States Probation Officer:**  SanJuanita Coronado | | | |

**[X] Open Court**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Argument and recommendation by Ms. Van Marter

The Court rules on and accepts the Presentence Investigation Report

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Witness steps down

Argument and recommendation by Mr. Niesen

Defendant addresses the Court on his own behalf

Letter read to the Court by the Defendant

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  11:02 A.M. | ADJOURNED:  11:43 A.M. | TIME:  0:41 HR. | CALENDARED  [   ] |
|---|---|---|---|

*USA-vs-Alexis Joel Garcia Palomino*  May 7, 2019
4:15-CR-6049-EFS-4  Page 2
Sentencing Hearing

**SENTENCE**

**Imprisonment:** 60 months

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

**Supervised Release**:  5 years on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact with any codefendants or witnesses in this case without first obtaining the permission of the probation officer.

2. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter.