# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                                  Plaintiff,<br>-vs-<br>MARCIAL BRAVO ZAMBRANO<br>                                                  Defendant. | Case No.      4:15-CR-6049-EFS-20<br>CRIMINAL MINUTES<br><br>DATE:        MAY 7, 2019<br>LOCATION:   RICHLAND<br><br>SENTENCING HEARING |

| | | | |
|---|---|---|---|
|  | **Hon. Edward F. Shea** | | |
| Sara Gore | 02 | Carolina Hickey | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
|  | Stephanie Van Marter |  | Walter Ayers<br>Zachary Ayers |
|  | **Government Counsel** |  | **Defense Counsel** |
|  | **United States Probation Officer:**   SanJuanita Coronado | | |

**[ X ]  Open Court**

Defendant present, in custody of the US Marshal, being assisted by the Court's interpreter

Argument and recommendation by Ms. Van Marter

Argument and recommendation by Zachary Ayers

The Court rules on and accepts the Presentence Investigation Report

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Cross-examination of witness by Ms. Van Marter
Cross-examination of witness by Mr. Ayers

Witness steps down

Additional argument and recommendation by Zachary Ayers

Defendant's wife addresses the Court on Defendant's behalf

Defendant addresses the Court on his own behalf

**[ X ]  ORDER FORTHCOMING**

| Convened: 10:06 A.M. | Adjourned: 10:51 A.M. | Time: 0:45 hr. | Calendared [ ] |
|---|---|---|---|

*USA-vs-Marcial Bravo Zambrano*  May 7, 2019
4:15-CR-6049-EFS-20  Page 2
Sentencing Hearing

**SENTENCE**

**Imprisonment:** 28 months

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Sheridan, Oregon or FDC SeaTac, Washington.

**Supervised Release**: 3 years on standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact with any codefendants or witnesses in this case, without first obtaining the permission of the probation officer.

2. If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

3. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

4. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter