Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 4:15-CR-6049-EFS |
| EDGAR OMAR HERERRA FARIAS (16), | ) ) Joint Proposed Case Management Order |
| Defendants. | ) ) ) ) |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Proposed Case Management Order pursuant to the Court's Order. *See,* ECF 1238.

Pursuant to the Court's Order, the parties met and conferred as to the status of the case. Counsel for the Defendant advised that they were going to pursue a

United States' Proposed Case Management Deadlines - 1
Casillas.Status.Deadlines.docx

motion to withdraw his guilty plea and request a hearing. As a result, the parties have agreed upon the following proposed schedule:

- <u>Hearing as to Motion to Withdraw Guilty Plea: August 6, 2019</u>-

    Motion to Withdraw to be Filed – July 1, 2019

    Response to Motion to Withdraw- July 17, 2019

    Reply- July 24, 2019

It is the Government's position that any additional scheduling matters should be addressed at the hearing August 6, 2019. It is the Defendant's position, that should he prevail on his motion to withdraw, he intends to request a PTC date of October 1, 2019 and a new Jury Trial date of November 18, 2019.

DATED this 22nd day of May 2019.

                                    Joseph H. Harrington
                                    United States Attorney

                                    *s/Stephanie Van Marter,*

                                    Stephanie Van Marter
                                    Assistant United States Attorney

# CERTIFICATION

I hereby certify that on May 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Shea Meehan: smeehan@walkerheye.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

United States' Proposed Case Management Deadlines - 3
Casillas.Status.Deadlines.docx