Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Edward F. Shea

| United States of America, | |
|---|---|
| Plaintiff; | No. 4:15-CR-6049-EFS-3 |
| v. | Notice of Unavailability |
| Rosa Granados, | |
| Defendant. | |

The undersigned attorney of record, Adam R. Pechtel, for Defendant notifies the Court and all counsel in this matter that he will be out of the office and unavailable to respond to motions, depositions, or other formal actions from Friday, July 12, 2019 at 12:00 PM through Monday, July 22 at 9:00 AM. The undersigned requests, therefore, that no formal action nor hearings in this matter be noted during said dates.

Notice of Unavailability - 1

1  Dated: May 29, 2019						Respectfully Submitted,

2										s/Adam R. Pechtel
										Adam R. Pechtel/ WSBA #43743
3										Attorney for Defendant
										Pechtel Law PLLC
4										21 N Cascade St
										Kennewick, WA 99336
5										Telephone: (509) 586-3091
										Email: adam@pechtellaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Notice of Unavailability - 2

SERVICE CERTIFICATE

I certify that May 29, 2019, I electronically filed the foregoing Notice of Unavailability with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff;

Caitlin Baunsgard, Attorney for Plaintiff.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com