FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br><br>EDGAR OMAR HERRERA FARIAS,<br><br>　　　　　　　　　Defendant. | No.  4:15-CR-06049-EFS-16<br><br>**ORDER REGARDING SCHEDULING FOR MOTION TO WITHDRAW HEARING** |

Before the Court is the parties' Joint Status Report, ECF No. 1267. Defendant has advised that he will be pursuing a motion to withdraw his guilty plea and requests a hearing. ECF No. 1267. Having considered the parties' proposed deadlines the Court now enters the following Scheduling Order. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

**IT IS HEREBY ORDERED:**

1. **Defendant shall FILE** his motion to withdraw his guilty plea by no later than **Monday, July 1, 2019.**

2. The **Government** shall **FILE** a response by no later than **Wednesday, July 17, 2019.**

SCHEDULING ORDER -- 1

3. **Defendant may submit** any reply by no later than **Wednesday, July 24, 2019.**

4. **The Clerk's Office** shall **SET** a hearing for **Tuesday, August 6, 2019 at 10:00 a.m. in Richland.**

**IT IS SO ORDERED**. The Clerk's Office is directed to file this Order and provide a copy to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED this 30th day of May 2019.

　　　　　　　　　s/Edward F. Shea　　　　　　
　　　　　　　　EDWARD F. SHEA
　　　　　　United States Magistrate Judge