Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>    Defendant. | No. 4:15-cr-6049-EFS-16<br><br>PROPOSED AMENDED ORDER IMPOSING SANCTIONS |

THIS MATTER is before the Court on the motion of Peters S. Schweda for an order reconsidering the Court's findings in the Order Imposing Sanctions, ECF No. 1268, and based upon the Motion for Reconsideration or, in the Alternative, for a Show Cause Hearing, ECF No. _____, the Court,

FINDS Peter S. Schweda violated the Amended Case Management Order, ECF NO. 532 and 740 by filing a Motion to Suppress, ECF No. 896 on September 17, 2018, after the pre-trial motion deadline of February 6, 2018 and providing 12 exhibits of discovery to the Government on August 29, 2018, which was after the reciprocal

*PROPOSED AMENDED ORDER IMPOSING SANCTIONS -1*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

discovery deadline of January 30, 2018, being advised in the premises, the Court does now,

IT IS HEREBY ORDERED:

1. The Court assesses a $100.00 sanction against counsel for Defendant Edgar Omar Herrera Farias, Peter S. Schweda.

2. Mr. Schweda has paid the sanction in the form of a check made payable to United States, District Court for Eastern District of Washington, which satisfies the sanction imposed.

3. The Motion for Reconsideration, ECF No. ___ is granted.

4. This Order amends and supersedes the Order Imposing Sanctions, ECF No. 1268, entered May 23, 2019.

IT IS SO ORDERED. The Clerks Office is directed to enter this Order and provide copies to counsel and to Peter S. Schweda.

DATED this ___day of _____ 2019.

_____
EDWARD F. SHEA
Senior United States District Judge

Presented by:

WALDO, SCHWEDA & MONTGOMERY, P.S.

By: /s/ PETER S. SCHWEDA___
    PETER S. SCHWEDA

*PROPOSED AMENDED ORDER IMPOSING SANCTIONS -2*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*