1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
2
    UNITED STATES OF AMERICA,        ) Case No.
3                                    ) 4:15-CR-6049-EFS-16
                          Plaintiff, )
4                                    ) April 10, 2019
    v.                               )
5                                    ) Richland, Washington
    EDGAR OMAR HERRERA FARIAS,       ) In Court Hearing
6                                    )
                         Defendant.  ) Pages 1 to 10
7   _____ )

8                 BEFORE THE HONORABLE EDWARD F. SHEA
                 SENIOR UNITED STATES DISTRICT COURT JUDGE
9

10
                             APPEARANCES:
11
    For the Plaintiff:            Stephanie A. Van Marter
12                                Stephanie.Van Marter@usdoj.gov
                                  Caitlin Baunsgard
13                                US Attorney's Office-SPO
                                  920 W Riverside, Suite 300
14                                P.O. Box 1494
                                  Spokane, WA 99210
15                                509-353-2767

16  For the Defendant:           Peter Steven Schweda
                                  Pschweda@wsmattorneys.com
17                                Waldo & Schweda, PS
                                  2206 N Pines Road
18                                Spokane, WA 99206
                                  509-924-3686
19

20  Court-Certified Interpreter:  Carolina Hickey

21  Official Court Reporter:      Kimberly J. Allen, CCR #2758
                                  United States District Courthouse
22                                P.O. Box 685
                                  Richland, Washington 99352
23                                (509) 943-8175

24  Proceedings reported by mechanical stenography; transcript
    produced by computer-aided transcription.
25

                 KIMBERLY J. ALLEN, RMR, CRR, RPR, CCR
                        OFFICIAL COURT REPORTER

2

## INDEX

## WITNESS INDEX

<u>**Plaintiff Witness:**</u>                                                    <u>**Page**</u>

   None

*****

<u>**Defense Witnesses:**</u>                                                    <u>**Page**</u>

   None

## EXHIBITS ADMITTED

**Plaintiff**
 <u>**Number**</u>        <u>**Description**</u>                                      <u>**Page**</u>
              None

 **Defense**
 <u>**Number**</u>        <u>**Description**</u>                                      <u>**Page**</u>
              None

## GENERAL INDEX

                                                              <u>**Page**</u>

   Reporter's Certificate............................10

1    (April 10, 2019; 10:02 a.m.)

2              THE COURTROOM DEPUTY:  Matter before the Court is *United*

3    *States of America v. Edgar Omar Herrera Farias*, Cause

4    No. 4:15-CR-6049-EFS, Defendant No. 16.  Time set for

10:02:40  5    sentencing.

6              Counsel, please state your presence for the Court and

7    record.

8              MS. VAN MARTER:  Stephanie Van Marter and Caitlin

9    Baunsgard on behalf of the United States.  Good morning again.

10:02:48  10              THE COURT:  Good morning.

11              MR. SCHWEDA:  Pete Schweda with Mr. Herrera Farias, Your

12    Honor.

13              THE COURT:  Good morning to you both.  Okay.  Let's get

14    started.

10:02:58  15              MR. SCHWEDA:  Your Honor, my client has indicated he

16    wants to -- wants me discharged as his counsel, and we would ask

17    the Court to --

18              THE COURT:  You need to come to the podium.

19              MR. SCHWEDA:  We would ask the Court to take that up in

10:03:15  20    an ex parte proceeding before we go any further.

21              THE COURT:  When was the plea entered in this case?  Was

22    it October?

23              MR. SCHWEDA:  I don't recall.

24              THE COURTROOM DEPUTY:  October 10th.

10:03:28  25              THE COURT:  October 10th.  Give me a moment.

1          (Pause in proceedings.)

2                THE COURT:  It looks like the initial appearance in this

3     case was 12-16-16, and at that time Mr. Swanberg was appointed,

4     I believe.  Okay.  And then sometime later, in August of '17,

10:04:35   5     August 22nd of '17, Mr. Schweda, you were appointed.

6                Does that ring a bell?

7                MR. SCHWEDA:  That's correct, and that's because

8     Mr. Swanberg was appointed to -- as a county superior court

9     judge.

10:04:49  10                THE COURT:  Right.  I recall that.

11                Let's see.  Okay.  And then I recall there were hearings

12     throughout the fall, and that was in '17, so all of '18; and

13     then preparation for trial.  And I've reviewed your vouchers, so

14     I know what you were doing by way of preparation for trial,

10:05:11  15     which was scheduled for October, and my recollection is your

16     client pled the day of trial.

17                Is that correct?

18                MR. SCHWEDA:  That's correct.  And I might add --

19                THE COURT:  And that was October 10th.  So you were his

10:05:24  20     attorney from August of '17 right through the present time.

21                MR. SCHWEDA:  Correct.

22                THE COURT:  Okay.  It looks like about 20 months to me,

23     19 or 20 months.

24                Is that right?

10:05:59  25                MR. SCHWEDA:  Sounds right.

1        THE COURT:  Okay.  We'll have a hearing.  If you're not

2   related to the case, please step out.

3            MS. VAN MARTER:  Are you excluding --

4            THE COURT:  No, yes, the Government has to leave.

10:06:11  5            MS. VAN MARTER:  Yes.  Just making sure.

6            THE COURT:  It's an ex parte hearing; the courtroom is

7   closed.

8            MR. SCHWEDA:  If I may introduce Bertha Alvarez and

9   Margarita Alvarez, who are my client's aunts, and they have been

10:06:26  10   attempting to secure counsel for Mr. Herrera Farias.

11            THE COURT:  For the last 20 months?

12            MR. SCHWEDA:  Well, you can ask them as to whether --

13            THE COURT:  I don't need to ask them anything.  They're

14   not part of the case.

10:06:42  15            Thank you for being here.

16            MR. SCHWEDA:  Okay.

17            THE COURT:  They need to step out.

18            MR. SCHWEDA:  Okay.  And then my investigator, who

19   is also --

10:06:47  20            THE COURT:  He can stay.

21            MR. SCHWEDA:  Okay.

22            THE COURT:  Unless he wants his aunts here.  If he wants

23   his aunts here, that's up to him.

24            MR. SCHWEDA:  No, that's fine.  I'd prefer them to be

10:07:05  25   here, Your Honor.

1          (Courtroom closed; proceedings filed under seal.)

2          (Courtroom opened.)

3             THE COURT:  Well, I've heard the ex parte hearing with

4    Mr. Schweda and Mr. Farias, and on the basis of the record made

10:24:45  5    at that hearing, the Court's informed that Mr. Farias is going

6    to file a motion to withdraw his plea through a new attorney,

7    and that the Court is going to refer the matter back to the

8    magistrate judge for the appointment of counsel.  And we'll set

9    a -- I'm going to have the parties meet and confer.  I'll enter

10:25:11  10    an order that requires the parties to meet and confer, Counsel,

11    within 30 days of counsel's appointment, and to provide the

12    Court with a scheduling order, suggestions on any motions for

13    withdrawal of plea, and then a new sentencing date as a backup.

14             So I will then -- that's the order that I will enter

10:25:42  15    today.  I'll say no more about the merits of any of that, except

16    that that's how I'm going to proceed.

17             Is there anything further before I move to another

18    issue?

19             MR. SCHWEDA:  Not from me, Your Honor.

10:26:00  20             MS. VAN MARTER:  Not -- not from the United States, Your

21    Honor.

22             THE COURT:  Okay.  I'm going to move to the issue of

23    your violation of the amended case management order.

24             The Court recalls that shortly before October 10th,

10:26:12  25    Mr. Schweda, you filed motions that were well beyond the motion

1    filing deadline date; that you provided certain material and

2    filed motions and took actions that were technical and both

3    violated the letter and the spirit of the case management

4    orders.

10:26:32    5        And based on what I reviewed, your vouchers and the

6    timing when you did that, the Court believes it was an

7    intentional violation to determine to get you a strategic

8    advantage for trial, and that it was a willful violation of the

9    case management order; that you did not ask for permission; you

10:26:54   10    simply started filing things that you knew were beyond the

11    deadlines; and were -- it was so late in the case, that the

12    Government was put in a difficult position to try to get ready

13    for trial with those -- with that material.

14        MR. SCHWEDA:  Your Honor, I've -- and I didn't know we

10:27:13   15    would go into this right now.  I have prepared a response that

16    I'm ready to -- I just have to call my assistant to file it

17    electronically.  I brought hard copies.  I'd ask the Court, and

18    I'll give a copy to the Government, to at least consider this

19    response before you impose sanctions, if you feel that they're

10:27:38   20    still necessary.

21        THE COURT:  Ms. Van Marter, do you have any position on

22    this?

23        MS. VAN MARTER:  Your Honor, I think that the Court

24    has -- I -- my recollection has first touched upon this prior to

10:27:51   25    the trial date, which is prior to the October time period.  At

1    that point in time, some of those issues are hard for the United

2    States to comment on because there are some billing references

3    and other requests that we are not a party to, but I certainly

4    think there's been sufficient time to address this matter prior

10:28:07    5    to today's date.  I obviously haven't seen Mr. Schweda's motion,

6    so upon that it's hard to comment, but I certainly think --

7             THE COURT:  You can file whatever you want, Mr. Schweda.

8    I'll take it under advisement.  I'll read it before I impose

9    sanctions.

10:28:22    10            Anything else?

11            MR. SCHWEDA:  No, Your Honor.

12            THE COURT:  Okay.  That has nothing to do with the

13    merits of today's hearing, my decision to have new counsel

14    appointed.  That's based solely on Mr. Schweda's actions in

10:28:36    15    trying to, in my mind, get his client a strategic advantage in

16    violation of both the letter and spirit of the case management

17    order, and nothing more.  It doesn't inform in any way this

18    issue about whether his client has a basis to withdraw his

19    guilty plea, in spite of the lengthy and pointed inquiries made

10:29:00    20    during the plea colloquy while he was under oath, sworn to tell

21    the truth.

22            Is there anything more before we conclude today's

23    hearing?

24            MS. VAN MARTER:  No, Your Honor.  Thank you.

10:29:09    25            MR. SCHWEDA:  No, Your Honor.

1          THE COURT:  Okay.  The matter will be referred to the

2    magistrate for appointment, and you can file your materials at

3    your leisure.

4               Anything further?

10:29:17   5          MS. VAN MARTER:  No.

6          THE COURT:  Court's in recess until the next case in the

7    afternoon.  You may go about your business.

8          (Hearing concluded at 10:29 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

1                    C E R T I F I C A T E

2

3        I, KIMBERLY J. ALLEN, do hereby certify:

4            That I am an Official Court Reporter for the United

5  States District Court for the Eastern District of Washington in

6  Richland, Washington;

7            That the foregoing proceedings were taken on the date

8  and at the time and place as shown on the first page hereto; and

9            That the foregoing proceedings are a full, true and

10 accurate transcription of the requested proceedings, duly

11 transcribed by me or under my direction.

12            I do further certify that I am not a relative of,

13 employee of, or counsel for any of said parties, or otherwise

14 interested in the event of said proceedings.

15            DATED this 17th day of June, 2019.

16

17

18

19    _____

20    Kimberly J. Allen, CRR, RMR, RPR, CCR(WA)
      Washington CCR No. 2758
21    Official Court Reporter
      Richland, Washington

22

23

24

25