Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax:  509/922-2196
pschweda@wsmattorneys.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>   Defendant | No. 4:15-CR-6049-EFS-16<br><br>NOTICE OF APPEAL<br>TO THE NINTH CIRCUIT<br>COURT OF APPEALS |

TO: UNITED STATES DISTRICT COURT CLERK

TO: STEPHANIE VAN MARTER, ASST. UNITED STATES ATTORNEY

NOTICE IS HEREBY GIVEN that Peter S. Schweda, the pro se sanctioned

prior attorney for the Defendant, does hereby appeal to Court of Appeals, Ninth

Circuit, the finding and the Order Imposing Sanctions, ECF No. 1268, entered May

23, 2019 and Order Denying Reconsideration of Sanctions, ECF No. 1277, entered

June 25, 2019.

*NOTICE OF APPEAL*     *- 1*
*TO THE NINTH CIRCUIT*
*COURT OF APPEALS*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax:  509/922-2196*

1    Review is sought in good faith and not for undue purpose.

2    Dated this 3rd day of July 2019.

3

4

5                              By:/s/PETER S. SCHWEDA_____
                               PETER S. SCHWEDA
6                              Appearing Pro Se as the sanctioned former counsel
7                              For the above Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

### *CERTIFICATE OF SERVICE:*

2

        I HEREBY CERTIFY that on July 3, 2019, I electronically filed the
3
foregoing with the Clerk of the Court using the CM/ECF System which will send
notification of such filing to the following, and/or I hereby certify that I have
4
mailed by United States Postal Service the document to the following non-CM/ECF
5
participants(s).

6

Joseph H. Harrington
7
Acting United States Attorney
Eastern District of Washington
8
Stephanie Van Marter
Caitlin Baunsgard
9
Assistant United States Attorney
Eastern District of Washington
10
300 United States Courthouse
11
PO Box 1494
12
Spokane, WA 99210

13

14

15                                    By: /s/ KATHLEEN SCHROEDER
                                           Legal Assistant to Peter S. Schweda
16

17

18

19

20                                    By:/s/PETER S. SCHWEDA
21                                    PETER S. SCHWEDA
                                      Attorney for Defendant, Rudy Martin Garcia
22

23

24

25

26