Peter S. Schweda
Waldo, Schweda & Montgomery, P.S.
2206 North Pines Road
Spokane, WA 99206
509/924-3686
Fax: 509/922-2196
pschweda@wsmattorneys.com

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>EDGAR OMAR HERRERA FARIAS,<br>　　　　Defendant | No. 4:15-CR-6049-EFS-16<br><br>NOTICE OF APPEAL<br>TO THE NINTH CIRCUIT<br>COURT OF APPEALS |

TO:   UNITED STATES DISTRICT COURT CLERK

TO:   STEPHANIE VAN MARTER, ASST. UNITED STATES ATTORNEY

　　　NOTICE IS HEREBY GIVEN that Peter S. Schweda, the pro se sanctioned prior attorney for the Defendant, does hereby appeal to Court of Appeals, Ninth Circuit, the finding and the Order Imposing Sanctions, ECF No. 1268, entered May 23, 2019 and Order Denying Reconsideration of Sanctions, ECF No. 1277, entered June 25, 2019.

*NOTICE OF APPEAL*　　　- 1
*TO THE NINTH CIRCUIT*
*COURT OF APPEALS*

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

Review is sought in good faith and not for undue purpose.

Dated this 3rd day of July 2019.

By: /s/PETER S. SCHWEDA
PETER S. SCHWEDA
Appearing Pro Se as the sanctioned former counsel
For the above Defendant

*NOTICE OF APPEAL*     - 2     *Waldo, Schweda & Montgomery, P.S.*
*TO THE NINTH CIRCUIT*     *2206 North Pines Road*
*COURT OF APPEALS*     *Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*

## *CERTIFICATE OF SERVICE:*

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants(s).

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
300 United States Courthouse
PO Box 1494
Spokane, WA 99210

By: /s/ KATHLEEN SCHROEDER
　　　Legal Assistant to Peter S. Schweda


By:/s/PETER S. SCHWEDA
PETER S. SCHWEDA
Attorney for Defendant, Rudy Martin Garcia

NOTICE OF APPEAL
TO THE NINTH CIRCUIT
COURT OF APPEALS

- 3 -

*Waldo, Schweda & Montgomery, P.S.*
*2206 North Pines Road*
*Spokane, WA 99206*
*509/924-3686*
*Fax: 509/922-2196*