UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 03, 2019**

SEAN F. McAVOY, CLERK

**CASE INFORMATION:**
Case Title: USA v. Omar Edgar Omar Herrera Farias
U.S. District Court, Eastern District of Washington    Senior Judge Edward F. Shea
Criminal and/or Civil Case No. 4:15-CR-6049-EFS-16
Date Civil Complaint/Petition Filed:
Date Appealed order/judgment was *entered*: 5/23/2019 and 6/25/2019
Date NOA *filed*: 07/03/19
Date of Last Indictment:

Court of Appeals No.

| | Plea | Hearing | Sentencing | Verdict |

This is an appeal of an order imposing attorney sanctions

COA Status (check one):    ☐ granted in full    ☐ denied in full    Court Record No.
☐ granted in part    ☐ pending

Court Reporter(s)    Kimberly Allen, 509-943-8175    Electronic Recording, 509-458-3400
Name & Phone Number: Lynette Walters, 509-573-6613

**FEE INFORMATION**
Date Docket Fee Paid: 7/3/2019
Date IFP granted/Counsel Appointed:
Is IFP pending? ☐ yes ☒ no
US Attorney Appeal?    ☐ yes ☒ no
Companion/Related Cases? Please list:

Date IFP denied:
Was IFP limited ☐? Revoked ☐?

**COUNSEL INFORMATION**
Appellate Counsel:
Peter Steven Schweda
Waldo & Schweda PS
2206 N Pines Road
Spokane, WA 99206-4721

Appellee Counsel:
Stephanie A Van Marter & Caitlin A Baunsgard
U.S. Attorney's Office
P.O. Box 1494
Spokane, WA 99210-1494

☐ Retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other

**DEFENDANT INFORMATION - Criminal Cases**
Prisoner ID N/A                    Address:
Custody ☐ yes ☐ no
Bail

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                    9th Circuit Docket Number

Name & Phone Number of Person Completing this Form    Cora Vargas, Appeal Clerk
509-943-8170