

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br>  v.<br><br>MIGUEL REYES GARCIA,<br><br>       Defendant-Appellant. | No.   19-30065<br><br>D.C. No.<br>4:15-cr-06049-EFS-21<br>Eastern District of Washington,<br>Richland<br><br>ORDER |

Appellant's motion (Docket Entry No. 3) for leave to file a supplemental Transcript Designation Order Form is granted.

Appellant shall order the transcripts by July 19, 2019.  The transcripts are due August 19, 2019.  The opening brief is due October 1, 2019.  The answering brief is due October 31, 2019.  The optional reply brief is due 21 days after service of the answering brief.

Appellant's motion (Docket Entry No. 4) for an extension of time to file the opening brief is denied as unnecessary.

The Clerk will serve this order on the court reporter at the district court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo