William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR OMAR HERRERA FARISA,<br><br>Defendant. | 4:15-CR-06049-EFS-16<br><br>United States Motion to Continue Hearing and Additional Time to File Memorandums<br><br>Without Oral Argument 8/9/19 @ 6:30 pm |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney, for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following United States Motion to Continue Hearing and Additional Time to File Memorandums.

The United States respectfully requests the Court to continue the hearing currently set for Monday August 12, 2019 at 9:00 am, to the following week. This request is due to a family emergency of undersigned counsel outside of the district.

United States to Continue Hearing and for Additional Time to File Memorandum- 1

The United States has contacted the Court and was given the date of August 20, 2019 to reset the hearing. The undersigned also requests until August 14, 2019, to file its memorandum.

Dated: August 8, 2019.

William D. Hyslop
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shea Meehan: smeehan@walkerheye.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States to Continue Hearing and for Additional Time to File Memorandum- 2