FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR OMAR HERRERA FARIS<br><br>　　　　　Defendant. | No.　4:15-CR-6049-EFS-16<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO CONTINUE HEARING AND FOR ADDITIONAL TIME TO FILE MEMORANDUM** |

　　　　Before the Court is the United States' Motion to Continue Hearing and for Additional Time to File Memorandum. ECF No. 1307. Counsel for the United States seeks a one-week continuance due to an out-of-district family emergency. Defense counsel previously advised that he was unavailable until the current date of the hearing on August 12, 2019. ECF No. 1306. Because of the emergent circumstances, the Court finds good cause to continue the hearing on Defendant's Motion to Withdraw Guilty Plea by one week and extend the United States' filing deadline, without a formal response from Defendant.

　　　　**IT IS HEREBY ORDERED:**

　　　　1. The United States' Motion to Continue Hearing and for Additional Time to File Memorandum, **ECF No. 1307**, is **GRANTED.**

2. The hearing on Defendant's Motion to Withdraw Guilty Plea, ECF No. 1278, is **RESET** to **August 20, 2019, at 9:00 a.m. in RICHLAND**.

3. The United States shall file its memoranda (limited to three pages) related to Defendant's Motion to Withdraw Guilty Plea, ECF No. 1278, and the Court's August 5, 2019 Order, ECF No. 1305, no later than **August 14, 2019**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Office.

**DATED** this __9th__ day of August 2019.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Order— Page **2** of 2