Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>Defendant. | Cause No. 4:18-CR-06031-EFS-2<br><br>[*PROPOSED*] ORDER GRANTING DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTION TO CONTINUE |

The Court has reviewed Edgar Omar Herrera Farias's Motion to Continue, and finding good cause, **GRANTS** the motion.

Dated: _____, 2019.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER GRANTING MOTION TO CONTINUE - 1