Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>Defendant. | Cause No. 4:15-CR-06049-EFS-16<br><br>DECLARATION OF SHEA MEEHAN IN SUPPORT OF DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTION TO CONTINUE |

The undersigned states as follows:

1. I, Shea C. Meehan, am over 18 years of age and competent to testify to the following from personal knowledge.

2. I am the court appointed counsel for Edgar Omar Herrera Farias. This declaration is made in support of Mr. Herrera Farias's motion to continue the hearing currently set for August 20, 2019 at 9:00 a.m. or to reset the hearing to August 19, 2019 at 10:00 a.m.

3. I was without e-mail access or cellular reception when attempts were

DECLARATION OF SHEA MEEHAN - 1

1  made to contact me about rescheduling the hearing from August 12, 2019 at 9:00

2  a.m. to August 20, 2019 at 9:00 a.m.

3

4      4.    I have a long-scheduled mediation set for August 20, 2019 in Yakima,

5  Washington that requires my attendance. As such, I would request the court move

6  the hearing for August 20, 2019 to a later time or reset it for August 19, 2019 at

7  10:00 a.m.

8

9      I certify the foregoing to be true and correct under the penalty of perjury

10  under the laws of the State of Washington.

11      Dated: August 13, 2019 at Richland, Washington.

*s/ Shea C. Meehan*
Shea C. Meehan, WSBA #34087

DECLARATION OF SHEA MEEHAN - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER PLLC

## CERTIFICATE OF SERVICE

I certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following: *Caitlin A. Baunsgard* and *Stephanie A. Van Marter*.

<u>s/ Shea C. Meehan</u>
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

DECLARATION OF SHEA MEEHAN - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER