FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR OMAR HERRERA FARIS<br><br>　　　　　　Defendant. | No.　4:15-CR-6049-EFS-16<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE AND RELATED MOTION TO EXPEDITE, AND REQUIRING THE PARTIES TO MEET AND CONFER AND FILE A JOINT STATEMENT** |

　　　　Before the Court is Defendant Edgar Omar Herrera Faris' Motion to Continue, ECF No. 1309, and related Motion to Expedite, ECF No. 1311. Defense counsel Shea Meehan asks the Court to reset the hearing on Defendant's Motion to Withdraw Guilty Plea, ECF No. 1278, as Mr. Meehan has a full-day mediation on the currently set hearing date.  The Court finds good cause to reset the hearing on Defendant's Motion to Withdraw Guilty Plea.

　　　　In addition, the Court directs the parties to meet and confer and file a joint statement by noon on Friday, August 16, 2019, as to the matters listed below.

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue, **ECF No. 1309**, and related Motion to Expedite, **ECF No. 1311**, are **GRANTED.**

2. The August 20, 2019 hearing on Defendant's Motion to Withdraw Guilty Plea, **ECF No. 1278**, is **RESET** to **August 19, 2019, at 10:00 a.m. in RICHLAND**.

3. Counsel are directed to meet and confer and file a joint statement about the following matters by **noon on Friday, August 16, 2019**:

   a. Whether a party needs access to prior defense counsel's communications with the U.S. Attorney's Office about plea negotiations and potential penalties;

   b. Whether a party needs a joint interview or deposition with a proposed witness;

   c. Whether the hearing on Defendant's Motion to Withdraw Guilty Plea is ripe and, if not, provide proposed dates for the hearing.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Office.

**DATED** this ___15th___ day of August 2019.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
