FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERRERA FARIS<br><br>Defendant. | No.   4:15-CR-6049-EFS-16<br><br>**ORDER GRANTING THE GOVERNMENT'S REQUEST TO CONTINUE HEARING** |

The parties filed the required joint notice relating to Defendant's Motion to Withdraw Guilty Plea. ECF No. 1278, 1315. The Government requests additional time to properly investigate the ineffective assistance of counsel claims raised by Defendant, including obtaining information from prior defense counsel Peter Schweda and Sam Swanberg and defense investigator Larry Valadez. ECF No. 1315. Given the seriousness of the allegations raised in Defendant's Motion to Withdraw Guilty Plea and the motion's potential significant ramifications, the Court finds good cause to continue the hearing on Defendant's Motion to Withdraw Guilty Plea to September 9, 2019.

The parties advised that discovery is likely to be conducted, given the continuance of the hearing. The parties did not state whether there is disagreement about the nature and scope of the discovery that may be conducted pursuant to the Court's August 15, 2019 Order Regarding the Scope of Defendant's Waiver of the Attorney-Client Privilege. ECF Nos. 1314–1315. If a discovery issue or other matter related to Defendant's Motion to Withdraw Guilty Plea arises, any such motion shall be filed by August 21, 2019.

**IT IS HEREBY ORDERED:**

1. The Government's request, **ECF No. 1315**, to continue the hearing on Defendant's Motion to Withdraw Guilty Plea is **CONSTRUED** as a motion and is **GRANTED.**

2. The August 19, 2019 hearing on Defendant's Motion to Withdraw Guilty Plea, **ECF No. 1278**, is **RESET** to **September 9, 2019, at 10:00 a.m. in RICHLAND**.

3. Any motion relating to Defendant's Motion to Withdraw Guilty Plea, ECF No. 1278, must be filed by **August 21, 2019**, and noted for hearing without oral argument on **August 28, 2019**. Any response shall be filed

//
//
//
//
//

by **August 23, 2019**.  Any reply shall be filed by **noon on August 26, 2019**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Office.

**DATED** this ___16th___ day of August 2019.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
