FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>      Defendant. | No. 4:15-CR-06049-EFS-16<br><br>**ORDER REQUIRING COUNSEL TO FILE A JOINT STATUS REPORT** |

  At Defendant Edgar Omar Herrera Farias' scheduled sentencing hearing on April 10, 2019, Defendant informed the Court that he wished to withdraw his guilty plea. On July 1, 2019, Defendant filed a Motion to Withdraw Guilty Plea. ECF No. 1278. On August 15, 2019, the Court outlined the scope of Defendant's waiver of attorney client-client privilege. ECF No. 1314. On August 16, 2019, the parties filed the required joint notice relation to Defendant's Motion to Withdraw Guilty Plea, ECF No. 1315, requesting a continuance. The Court continued the hearing until September 9, 2019. ECF No. 1316.

  **By no later than Noon on Friday, August 30, 2019, counsel shall <u>file a joint status report</u>** informing the Court on how they plan to proceed at the hearing set for September 9, 2019. This status report filing date <u>will not be moved</u> absent extenuating circumstances.

ORDER - 1

1

2      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4

5      **DATED** this 29th day of August 2019.

6

7                   _____s/Edward F. Shea_____
                          EDWARD F. SHEA
8                  Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23