William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERERRA FARIAS (16),<br><br>Defendant. | 4:15-CR-6049-EFS-16<br><br>Status Report |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Status Report pursuant to the Court's Order. *See,* ECF 1318.

United States' Status Report - 1

Pursuant to the Court's Order, the parties are meeting Thursday, September 5, 2019, to review possible testimony from Mr. Schweda and Mr. Valadez. The United States anticipates they both will be needed to testify.

DATED this 30th day of August 2019.

                              William D. Hyslop
                              United States Attorney

*s/Stephanie Van Marter,*

Stephanie Van Marter
Assistant United States Attorney

United States' Status Report - 2

CERTIFICATION

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Shea Meehan: smeehan@walkerheye.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

United States' Status Report - 3