Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>   Defendant. | Cause No. 4:15-CR-06049-EFS-16<br><br>STATUS REPORT |

    Defendant, Edgar Omar Herrera Farias, by and through his attorney Shea C. Meehan, hereby submits the following Status Report pursuant to the Court's order. *See*, ECF 1318.

    Mr. Herrera Farias is ready to proceed to hearing on September 9, 2019 at 10:00 a.m. It is anticipated that the United States will call Mr. Schweda and Mr. Valadez to testify. It is also anticipated that Mr. Herrera Farias will testify.

STATUS REPORT - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

Dated: August 30, 2019.

*s/ Shea C. Meehan*
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

STATUS REPORT - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following: *Caitlin A. Baunsgard* and *Stephanie A. Van Marter*.

<u>s/ Shea C. Meehan</u>
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

STATUS REPORT - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER