1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff,         )    CASE NO. 4:15-CR-6049-EFS-16
                                    )
vs.                                 )
                                    )    RECEIPT FOR IDENTIFICATIONS
                                    )    AND EXHIBITS
EDGAR OMAR HERRERA FARIAS           )
                 Defendant.         )


Plaintiff's Identifications and Exhibits were returned for retention pursuant to Local Court Rule 79.1 on the 9th day of September, 2019.

Signature: _____
            Stephanie Van Marter,
            Attorney for the Plaintiff


Defendant's Identifications and Exhibits were returned for retention pursuant to Local Court Rule 79.1 on the 9th day of September, 2019.

Signature: _____
            Shea Meehan,
            Attorney for the Defendant