FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br><br>EDGAR OMAR HERRERA FARIAS,<br><br>        Defendant. | No. 4:15-CR-06049-EFS-16<br><br>**ORDER DIRECTING BRIEFING** |

On September 9, 2019, the Court held a motion hearing. Defendant Edgar Omar Herrera Farias was present and represented by Shea Meehan. Stephanie Van Marter appeared on behalf of the Government. Before the Court is Defendant's Motion to Withdraw Guilty Plea. ECF No. 1278. At the motion hearing, the Court heard argument from the parties and testimony from witnesses Mr. Peter Schweda, Mr. Larry Valadez, and the Defendant. The Court sets the following deadline directing further briefing.

**IT IS HEREBY ORDERED:**

Order— Page 1 of 2

1. **The parties** shall file a brief, of **no more than 20 pages**, of their final arguments as to Defendant's Motion to Withdraw his Guilty Plea, **no later than Wednesday October 9, 2019.**

**IT IS SO ORDERED**.  The Clerk's Office is directed to file this Order and provide a copy to all counsel.

DATED this 11th day of September 2019.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge