Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Edward F. Shea

United States of America,

    Plaintiff;

  v.

Rosa Granados,

    Defendant.

No. 4:15-CR-6049-EFS-3

Notice of Unavailability

The undersigned attorney of record, Adam R. Pechtel, for Defendant notifies the Court and all counsel in this matter that he will be out of the office and unavailable to respond to motions, depositions, or other formal actions from Friday, October 25, 2019 through Monday, November 4, 2019 at 9:00 AM. The undersigned requests, therefore, that no formal action nor hearings in this matter be noted during said dates.

Notice of Unavailability - 1

1 | Dated: September 20, 2019      Respectfully Submitted,

2 |                                s/Adam R. Pechtel
                                   Adam R. Pechtel/ WSBA #43743
3 |                                Attorney for Defendant
                                   Pechtel Law PLLC
4 |                                21 N Cascade St
                                   Kennewick, WA 99336
5 |                                Telephone: (509) 586-3091
                                   Email: adam@pechtellaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Notice of Unavailability - 2

SERVICE CERTIFICATE

I certify that September 20, 2019, I electronically filed the foregoing Notice of Unavailability with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff;

Caitlin Baunsgard, Attorney for Plaintiff.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Unavailability - 3