**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> JESE DAVID CARILLO CASILLAS, AKA Jese David Casillas Carillo, <br><br> Defendant - Appellant. | No. 18-30252 <br><br> D.C. No. 4:15-cr-06049-EFS-2 <br> U.S. District Court for Eastern Washington, Richland <br><br> **MANDATE** |

The judgment of this Court, entered December 16, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7