FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>　　　　　　　Defendant. | No.　4:15-CR-06049-EFS<br><br>**ORDER GRANTING MOTION TO SEAL** |

Before the Court, without oral argument, is the United States' Motion to Seal. ECF No. 1325. The United States requests the Court seal the United States' Supplemental Briefing as to Defendant's Motion to Withdraw Guilty Plea. The Court is in receipt of the Proposed Sealed Documents, ECF No. 1326, and finds good cause to seal them as they contain sensitive information.

**IT IS HEREBY ORDERED:**

1. The United States' Motion to Seal, **ECF No. 1325**, is **GRANTED.**

2. The Clerk's Office is directed to **file ECF NO. 1326** under seal.

3. If the Defendant's supplemental briefing also contains sensitive information, Defendant is given leave to file the supplemental briefing under seal.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to all counsel.

**DATED** this  22nd   day of January 2020.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge