UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>PETER STEVEN SCHWEDA,<br><br>    Movant-Appellant,<br><br> and<br><br>EDGAR OMAR HERRERA FARIAS, AKA Burro,<br><br>    Defendant-Appellant. | No. 19-30158<br><br>D.C. No. 4:15-cr-06049-EFS-16<br>Eastern District of Washington, Richland<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The government's unopposed motion (Docket Entry No. 10) for an extension of time to file the answering brief is granted. The answering brief is due February 20, 2020. The optional reply brief is due within 21 days after service of the answering brief.

LBS 1-13-2020/Pro Mo