Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>                              Defendant. | Cause No.  4:18-CR-06031-EFS-2<br><br>**[*PROPOSED*]** ORDER GRANTING MOTION TO EXPEDITE HEARING ON DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTION REGARDING ACCESS TO DISCOVERY |

The Court has reviewed Edgar Omar Herrera Farias's Motion to Expedite, and finding good cause, **GRANTS** the motion.

Dated: _____, 2020.

_____
EDWARD F. SHEA
UNITED STATES JUDGE

ORDER GRANTING MOTION TO EXPEDITE - 1