William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR OMAR HERERRA FARIAS (16),<br><br>  Defendants. | 4:15-CR-6049-EFS<br><br>Joint Status Report and Proposed Scheduling Order |

Plaintiff, United States of America, by and through Joseph Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submit the following Joint Status Report after receiving the Court's Order granting motion to withdraw guilty plea and new case management Order. (ECF No. 1343 and 1345).

Counsel was recently appointed in order to address the Motion to Withdraw Guilty plea. However, counsel has not had sufficient time, given the

Joint Status Report and Proposed Scheduling Order - 1
FariasStatus.docx

complexity of the case, to view discovery in light of a potential trial. Defense counsel will be filing a motion to continue this matter for the period requested and has indicated Mr. Farias is in agreement with the new proposed case management order. As a result, the parties propose the following new dates:

| | |
|---|---|
| Rule 16 expert summaries:<br><br>    USAO's Experts<br>    Defendant's Experts<br>    USAO's Rebuttal Experts | <br><br>Have been provided<br>April 1, 2020<br>April 10, 2020 |
| Reciprocal Discovery by Defense | April 1, 2020 |
| All pretrial motions, including discovery motions, Daubert motions, and motions in limine filed | April 10, 2020 |
| PRETRIAL CONFERENCE<br><br>*Deadline for motions to continue trial* | TBD |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | June 12, 2020 |
| Exhibits delivered to all other parties | June 15, 2020 |
| Delivery of JERS – compatible digital evidence files to the Courtroom Deputy | June 15, 2020 |
| Exhibit binders delivered to the Court | June 17, 2020 |
| Technology readiness meeting (in-person) | June 19, 2020 |
| JURY TRIAL | June 22, 2020 |

DATED this 10th day of February, 2020.

William D. Hyslop
United States Attorney

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Joint Status Report and Proposed Scheduling Order - 2
FariasStatus.docx

# CERTIFICATION

I hereby certify that on 10th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Shea Meehan: smeehan@walkerheye.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney