Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>　　　　　　　　　　Defendant. | Cause No.  4:15-CR-06049-EFS-16<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTION TO CONTINUE TRIAL DATE |

A motion to continue trial was filed by Defendant Edgar Omar Herrera Farias on February 14, 2020.  The government did not object to the proposed continuance.

Good cause appearing and there being no objection from the Government, Defendant Herrera Farias's Motion to Continue Trial Date is GRANTED. Defendant has executed a waiver of speedy trial.

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE  - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

1  The Court finds that the ends of justice served by granting a continuance in
2  this matter outweigh the best interest of the public and the Defendant in a speedy
3  trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B).
4
5  Accordingly, IT IS SO ORDERED. The District Court Executive is directed
6  to enter this order and to issue an amended scheduling order setting trial in this
7  matter for August 17, 2020 and setting the pretrial conference for July 14, 2020.
8  The Court will set other dates and deadlines in accordance with its usual and
9  customary practices.
10
11  Dated: _____, 2020.
12
13
14  _____
    Edward F. Shea
15  Senior United States District Judge
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE  - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER