Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>                              Defendant. | Cause No.  4:15-CR-06049-EFS-16<br><br>DECLARATION OF SHEA C. MEEHAN IN SUPPORT OF DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTION TO CONTINUE TRIAL DATE |

The undersigned states as follows:

1.   I, Shea C. Meehan, am over 18 years of age and competent to testify to the following from personal knowledge.

2.   I am counsel for defendant Edgar Omar Herrera Farias.  I was appointed as counsel for Mr. Herrera Farias on April 17, 2019 after his prior counsel was granted leave to withdraw.

DECLARATION OF SHEA C. MEEHAN - 1     1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

3.  While I drafted and filed Mr. Herrera Farias's motion to withdraw his guilty plea, I had not been involved in preparing the case to that point.

4.  I am in the early stages of reviewing discovery and beginning investigation of this matter. I did not believe it was prudent to begin a complete review of discovery in the case until the court had decided Mr. Herrera Farias's motion to withdraw his guilty plea.

5.  The discovery consists of 10,279 documents and/or files containing 18,536 pages of information and 29 hours 34 minutes and 30 seconds of audio and video recording.

6.  August 17, 2020 is the next available trial date when counsel for the government and I are both available for trial. Mr. Herrera Farias has agreed to continue the trial until the proposed trial date.

I certify the foregoing to be true and correct under the penalty of perjury under the laws of the State of Washington.

DATED this 14th day of February, 2020 at Richland, Washington.

*s/ Shea C. Meehan*
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias

DECLARATION OF SHEA C. MEEHAN - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following:

*Adam R. Pechtel, Caitlin A. Baunsgard, Dan Bruce Johnson, Jeffrey Scott Niesen, Lee Edmond, Lupe Rodriguez, Jr., Nicholas Wright Marchi, Nicolas V. Vieth, Ricardo Hernandez, Richard J. Troberman, Richard A. Smith, Scott W. Johnson, Stephanie A. Van Marter, Timothy A. Scott, Troy Joseph Lee, Victor H. Lara, Walter Lynn Ayers* and *Zachary Lynn Ayers.*

And I certify that I have mailed by United States Postal Service a copy of the document to the following non-CM/ECF participant:

Rick Lee Hoffman
Federal Defenders - YAK
306 East Chestnut Avenue
Yakima, WA 98901

          <u>s/ Shea C. Meehan</u>
          Shea C. Meehan, WSBA #34087
          Attorney for Edgar Omar Herrera Farias
          Walker Heye Meehan & Eisinger, PLLC
          1333 Columbia Park Trail, Ste 220
          Richland, WA 99352
          Telephone: (509) 735-4444
          Fax: (509) 735-7140
          E-mail: smeehan@walkerheye.com

DECLARATION OF SHEA C. MEEHAN - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER