FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE ADRIAN MENDOZA, ) <br> ) <br> Defendant. ) <br> ) | **ORDER DISBURSING BOND** <br><br> 4:15-CR-6049-EFS-23 |

WHEREAS, it appearing to the Court that a percentage bond in the sum of ONE THOUSAND Dollars and NO/100 ($1,000.00) has heretofore been deposited in the above-entitled cause, and that by order of Court the bond in said cause has been released, NOW, THEREFORE, IT IS ORDERED that the Clerk of this Court disburse the money heretofore deposited, and any interest earned on said deposited funds, as follows:

Maria Isabel Camacho

DATED this 31st day of March, 2020 .

                                  _s/Edward F. Shea_
                                    EDWARD F. SHEA
                          Senior United States District Court Judge