Case 4:15-cr-06049-EFS    ECF No. 1362-1   filed 04/22/20    PageID.8587    Page 1 of 2

**FILED**

APR 22 2020



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30158 |
| Plaintiff-Appellee, | D.C. No. 4:15-cr-06049-EFS-16 |
| v. | Eastern District of Washington, Richland |
| PETER STEVEN SCHWEDA, | |
| Movant-Appellant, | ORDER |
| and | |
| EDGAR OMAR HERRERA FARIAS, AKA Burro, | |
| Defendant. | |

Before: MURGUIA, OWENS, and BENNETT, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 16) is granted. *See* 28 U.S.C. § 1291; *Cunningham v. Hamilton Cnty., Ohio*, 527 U.S. 198, 210 (1999) (disallowing immediate appeal of a sanctions order imposed on an attorney because it was not a final decision under 28 U.S.C. § 1291); *Stanley v. Woodford*, 449 F.3d 1060, 1065 (9th Cir. 2006) (relying upon *Cunningham* in concluding that the court lacks jurisdiction over an attorney's interlocutory appeal of a sanctions order).

sz/MOATT

Appellant's motion to construe this appeal as a petition for a writ of mandamus (contained within Docket Entry No. 19) is denied. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

Appellant's alternative request to stay appellate proceedings (contained within Docket Entry No. 19) is denied.

All other pending motions are denied as moot.

**DISMISSED.**