```
                                                FILED IN THE
                                             U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF WASHINGTON

                                              May 01, 2020

                                              SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MIGUEL REYES GARCIA,<br><br>      Defendant. | CASE NO. 4:15-CR-6049-EFS-21<br><br>**ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S CONSTRUED EX PARTE MOTION FOR COMPASSIONATE RELEASE** |

   Defendant Miguel Reyes Garcia filed a Construed Ex Parte Motion[1] asking to be released due to COVID-19 and the related health concerns given that he is in Bureau of Prisons' custody at a BOP facility with several positive COVID-19 inmates and staff.[2] Defendant did not identify what legal authority he relies on, but the Court anticipates he seeks compassionate relief pursuant to 18 U.S.C. § 3582(c)(1). Before a prisoner may seek court relief under § 3582(c)(1), the prisoner must exhaust his administrative rights through the Bureau of Prisons. In his pro se motion, Defendant did not advise if he exhausted his administrative remedies.

---

[1] ECF No. 1364.

[2] See https://www.bop.gov/coronavirus/ (last visisited April 30, 2020).

Order- 1

Accordingly, the Court denies Defendant's motion with leave to renew after his administrative remedies have been exhausted or waived.

If Defendant desires to file a new motion with this Court for compassionate release, Defendant is encouraged to seek the assistance of his previously appointed former counsel, Dan Johnson (509-483-5311). In addition, Defendant is encouraged to provide the Court with the following information and *supporting documentation* if he files a subsequent motion for compassionate release: 1) Defendant's administrative request for sentence reduction submitted to the warden of the institution in which Defendant is housed and the action taken by the warden on such request; 2) Defendant's medical conditions and related medical needs and medications; 3) his projected release date, 4) Defendant's proposed release plans[3]; and 5) any other information to aid the Court in assessing whether compassionate relief is appropriate.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's Construed Ex Parte Motion, **ECF No. 1364**, is **DENIED with leave to renew**.

---

[3] The Court recognizes that in the instant motion, Defendant is asking to be deported to Mexico if he is released.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to Defendant, all counsel (including Dan Johnson), and the U.S. Probation Office.

**DATED** this   1st   day of May 2020.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
