MIGUEL REYES GARCIA
REG. NO. 56319-408
FCI OAKDALE II  AL-A
P.O. BOX 5010
OAKDALE, LA. 71463

RECEIVED
MAY 06 2020
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

99352-368649

CLERK OF THE COURT
U.S. DISTRICT COURTHOUSE
FOR THE EASTERN DISTRICT OF WASHINGTON
825 JADWIN AVENUE
SUITE 174
RICHLAND, WASHINGTON [99352][3589]