UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> PETER STEVEN SCHWEDA, <br><br> Movant - Appellant, <br><br> and <br><br> EDGAR OMAR HERRERA FARIAS, AKA Burro, <br><br> Defendant - Appellant. | No. 19-30158 <br><br> D.C. No. 4:15-cr-06049-EFS-16 <br> U.S. District Court for Eastern Washington, Richland <br><br> **MANDATE** |

The judgment of this Court, entered April 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7