William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:15-CR-6049-EFS-16 |
| EDGAR OMAR HERRERA FARIAS (16), | ) ) Joint Status Report ) |
| Defendants. | ) ) ) |

    Plaintiff, United States of America, by and through Joseph Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submit the following Joint Status Report after receiving the Court's Text Order. (ECF No. 1368).

    The Court has asked the parties to address the following: (1) Anticipated length of trial; (2) Anticipated number of witnesses; (3) status of paper copies of exhibits; and (3) Counsel's position as to the trial date.

Joint Status Report - 1

Although Mr. Meehan understands and is aware of the current restraints due to the COVID-19 epidemic, on behalf of his client, he objects to a continuance and is requesting the trial date to remain as scheduled, August 17, 2020. The assigned AUSA is aware of this Court's previous rulings and Orders as to other cases currently scheduled over the summer of 2020. Understanding that the Tri-Cities, WA area is still under Phase 1 restrictions, the assigned AUSA understands there is not an ability to call in a petit jury. Given the existing General Orders in place, this Court can exclude all time under the Speedy Trial Act due to the COVID-19 epidemic and move the current trial date. That appears to be the best and most practical course of action. Due to the backlog of trials and cases because of COVID-19, the United States requests a trial date in early November.

As to the length of trial, the parties agree that 13 days is reasonable, understanding that is not an exact estimate.

As to number of witnesses, the United States anticipates 30 to 35 depending upon the nature of stipulations at the time of trial.

As far as trial exhibits, although most can be submitted electronically, numerous physical exhibits will need to be brought into Court. It is also the assigned AUSA's experience, that providing paper copies of exhibits is necessary for ease of presentation to counsel and the Court, as well as an ability to have a backup method of presentation should an issue arise with electronic presentation. As the Court is also aware, this case was prepared for trial previously; therefore, exhibit binders were previously provided to the Defendant and would involve

Joint Status Report - 2

much of the same exhibits now for trial.  Therefore, the parties believe paper exhibits should also be provided.

The parties believe that has addressed the Court's questions but can certainly provide more information if needed.

DATED this 18th day of June, 2020.

William D. Hyslop
United States Attorney

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

## CERTIFICATION

I hereby certify that on 10th day of June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Shea Meehan: smeehan@walkerheye.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

Joint Status Report - 3