Shea C. Meehan, WSBA #34087
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444

Attorney for Edgar Omar Herrera Farias

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR OMAR HERRERA FARIAS, <br><br> Defendant. | Cause No. 4:15-CR-06049-EFS-16 <br><br> DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTIONS IN LIMINE <br><br> **WITH ORAL ARGUMENT** <br><br> July 14, 2020 at 10:00 a.m. <br> Richland, Washington |

COMES NOW defendant Edgar Omar Herrera Farias, by and through his undersigned counsel, and renews his motions in limine previously filed under ECF 894 and 896 requesting suppression of all evidence related to his seizure on or about September 6, 2013 and objecting to the admission of K-9 alert evidence and photographic evidence. Said motions were filed with the court shortly before the entry of Mr. Herrera Farias's guilty plea which was subsequently withdrawn by order of the court. See ECF 1348. These motions were denied as moot at the time

DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTIONS IN LIMINE - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

of the plea.  ECF 991.  Consequently, Mr. Herrera Farias renews ECF 894 and 896 and requests resolution of the issues stated therein.

In addition, Mr. Herrera Farias moves for an order prohibiting the government from introducing evidence or eliciting any expert testimony not previously disclosed to the defense.  Fed. R. Crim. P. 16(d)(2).

Lastly, other than as described above, Mr. Herrera Farias intends to proceed to trial based on the court's prior rulings related to ECF 629, joining the motions in limine brought by his co-defendants under ECF 618, 619, 620 and 623, which were ruled on by the court in ECF 818.

Dated: June 26, 2020.

*s/ Shea C. Meehan*
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

**DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTIONS IN LIMINE - 2**

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following: *Caitlin A. Baunsgard* and *Stephanie A. Van Marter*.

<u>s/ Shea C. Meehan</u>
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

DEFENDANT EDGAR OMAR HERRERA FARIAS'S MOTIONS IN LIMINE - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER