Jose A Mendoza
FCI Sheridan
P.O. Box 6000
Sheridan, OR, 97378

United States District Court
Eastern District of Washington
825 Jadwin Ave
Richland, WA, 99352

RECEIVED
AUG -5 2020
CLERK U.S. DISTRICT COURT
RICHLAND, WASHINGTON