≊PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA

v.

Erica Maria Solis

Crim. No.    0980 4:15CR06049-EFS-15

On    December 12, 2018,    the above-named was placed on supervision for a period of  36  months.  The supervised releasee has complied with the rules and regulations of supervision and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Daniel M. Manning
Daniel M. Manning, U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

DATED this 12th day of August, 2020.

Edward F. Shea, Senior U.S. District Judge