1  Shea C. Meehan, WSBA #34087
2  Walker Heye Meehan & Eisinger, PLLC
   1333 Columbia Park Trail, Ste 220
3  Richland, WA  99352
   Telephone: (509) 735-4444
4
5  Attorney for Edgar Omar Herrera Farias

6

7
                UNITED STATES DISTRICT COURT
8
                EASTERN DISTRICT OF WASHINGTON
9

10 | UNITED STATES OF AMERICA,        Cause No.  4:15-CR-06049-EFS-16
11 |                    Plaintiff,    NOTICE OF CONSENT TO
                                      APPEAR FOR PRE-TRIAL
12 | v.                               CONFERENCE BY VIDEO
13 | EDGAR OMAR HERRERA FARIAS,
14 |                    Defendant.
15

16     Shea C. Meehan, as attorney for defendant Edgar Omar Herrera Farias,

17 hereby notifies the Court that he and Mr. Herrera Farias have met and conferred

18 and Mr. Herrera Farias consents to appearance at the pre-trial conference by video.

19     Dated: August 27, 2020.
20

21              *s/ Shea C. Meehan*
                Shea C. Meehan, WSBA #34087
22              Attorney for Edgar Omar Herrera Farias
                Walker Heye Meehan & Eisinger, PLLC
23              1333 Columbia Park Trail, Ste 220
24              Richland, WA 99352
                Telephone: (509) 735-4444
25              Fax: (509) 735-7140
                E-mail: smeehan@walkerheye.com

NOTICE OF CONSENT TO APPEAR BY VIDEO - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



**CERTIFICATE OF SERVICE**

I certify that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following: *Caitlin A. Baunsgard* and *Stephanie A. Van Marter*.

<u>*s/ Shea C. Meehan*</u>
Shea C. Meehan, WSBA #34087
Attorney for Edgar Omar Herrera Farias
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com

NOTICE OF CONSENT TO APPEAR BY VIDEO - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER