MENDOZA, JOSE #20307-085
SHERIDAN FEDERAL PRISON CAMP
P.O. BOX 6000
SHERIDAN, OR 97378

— LEGAL MAIL —

RECEIVED
AUG 28 2020
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

99352-365999

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
825 Jadwin Ave.
Richland, WA, 99352