# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br>EDGAR OMAR HERRERA FARIAS (16),<br><br>Defendant. | Case No.    4:15-CR-6049-EFS- 16<br>**CRIMINAL MINUTES**<br><br>DATE:    SEPTEMBER 1, 2020<br>LOCATION:  RICHLAND<br><br>**PRETRIAL CONFERENCE**<br>**VIDEOCONFERENCE** |

| | Hon. Edward F. Shea | | |
|---|---|---|---|
| Sara Gore | 02 | Natalia Rivera | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter | | Shea Meehan | |
| **Government Counsel** | | **Defense Counsel** | |

[ ] **Open Court**            [ ] **Chambers**            [XX] **Videoconference/Teleconference**

Defendant present, appearing via videoconference from the Benton County Jail and being assisted by the Court's interpreter

Defendant consents to hearing proceeding via videoconference

Colloquy between Court and counsel regarding trial date and Covid-19 issues

Mr. Meehan addresses renewed motions (ECF Nos. 894 & 896) along with excluding expert testimony that has not been properly disclosed.

Ms. Van Marter argues all the information has been properly enclosed to counsel

Colloquy between Court and counsel regarding motions, alibi defense, and witnesses

Mr. Meehan asks the court for some time to consider witness presentation by videoconference

Ms. Van Marter responds, asking for confirmed trial dates to prepare for possible witnesses via videoconference before this can be addressed.

**Court:** Parties shall meet and confer within fourteen days and submit a status report within twenty-one days.

[ ] **ORDER FORTHCOMING**

| **Convened:** 9:22 A.M. | **Adjourned:** 9:49 A.M. | **Time:** 0:27 HR. | **Calendared** [ ] |
|---|---|---|---|