FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JESE DAVID CARILLO CASILLAS,<br><br>            Defendant. | CASE NO. 4:15-CR-06049-EFS-2<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR DOCUMENTARY MATTER** |

      Before the Court is Defendant Jese David Carillo Casillas' Motion for Documentary Matter, pursuant to 5 U.S.C. § 552. ECF No. 1381. Defendant requests the following documents pertaining to his case: 1) a "certified copy of his Pre-sentence report," 2) a "copy of his original indictment and attached affidavit," and 3) a "copy of his plea colloquy." *Id*. Defendant seeks these documents in anticipated of "filing prospective petitions." On December 16, 2019, the Ninth Circuit affirmed Defendant's sentence. ECF No. 1337. Having reviewed the pleadings and file in this matter, the Court denies Defendant's motion.

      Defendant is instead encouraged to seek the assistance from his former counsel, Nicolas Vieth (208-664-9494; 912 E Sherman Ave., Coeur d'Alene, ID 83814), to obtain the necessary documents needed to file "prospective petitions."

Accordingly, **IT IS HEREBY ORDERED**: Defendant's Motion for Documentary Matter, **ECF No. 1381**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant and all counsel (including Nicolas Vieth).

**DATED** this 10th day of September 2020.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge