Anselmo Ulyana Garibay # 20510-085
C.P.C.F.
P.O. Box 400
Hinton, OK 73047

RECEIVED
SEP 15 2020
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

OKLAHOMA CITY OK 730
11 SEP 2020 PM 6 L

Judge Edward F. Shea
825 Jadwin Ave
Suite 330
Richland, WA 99352