# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>-vs-<br><br>EDGAR OMAR HERRERA FARIAS,<br>                                  Defendant. | Case No.      4:15-CR-6049-EFS-16<br>CRIMINAL MINUTES<br>DATE:      OCTOBER 6, 2020<br>LOCATION:  RICHLAND<br><br>**CHANGE OF PLEA HEARING** |

| | | |
|---|---|---|
| | **Senior Judge Edward F. Shea** | |
| Sara Gore<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Kimberly Allen<br>**Court Reporter** |
| Stephanie Van Marter, appearing via videoconference<br>**Government Counsel** | | Shea Meehan<br>**Defense Counsel** |
| **United States Probation Officer:** Sanjuanita Coronado, telephonically | | |

**[XX] Open Court**         **[ ] Chambers**         **[XX] Videoconference/Telephonic**

Defendant present, in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed

Court advises defendant of Constitutional Rights given up by plea of guilty

Statements by Defendant regarding elements of charged crime

Order Accepting Guilty Plea signed and filed

Order Regarding Schedule for Guideline Sentencing signed and filed

All pending motions denied as moot

**Sentencing set for December 8, 2020 at 11:00 a.m. in Richland**

U.S. Probation Officer to prepare the PSIR

**[ XX ] ORDERS FORTHCOMING**

| CONVENED: 10:07 A.M. | ADJOURNED: 10:42 A.M. | TIME: 0:35 HR. | CALENDARED [ XX ] |
|---|---|---|---|