William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERRERA FARIAS<br>Defendant. | 4:15-CR-06049-EFS-16<br><br>INFORMATION SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846.<br><br>Conspiracy to Distribute 50 grams or More of a Mixture or Substance Containing Methamphetamine |

The United States Attorney charges:

Beginning on a date unknown, but by January 2010, and continuing until on or about December 6, 2016, in the Eastern District of Washington and elsewhere, the Defendant EDGAR OMAR HERRERA FARIAS (a.k.a. Burro), did knowingly and intentionally combine, conspire, confederate and agree together with Jese David Carillo Casillas, Rosa Araceli Granados (a.k.a. la china), Alexis Joel Garcia Palomino, Francisco Duarte Figueroa, Gabriela Mendoza Vasquez, Julio Cesar Rosales Saucedo, Salvador Gudino Chavez, Adam Benjamin Goldring, Juvenal Landa, Erica Maria Solis, Gerardo Villanueva Cardenas ( a.k.a.

INFORMATION SUPERSEDING INDICTMENT – 1

Koke), Alfredo Magana Garibay (a.k.a. freddy), Juan Bravo Zambrano, Marcial Bravo Zambrano, Miguel Reyes Garcia, Jose Adrian Mendoza, Veronica Elvira Cortez, and other individuals, both known and unknown, to commit the following offense against the United States: distribution of 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846.

DATED this 6th day of ~~June~~ 2020.  October

William D. Hyslop
United States Attorney

*[signature]*

Stephanie Van Marter
Assistant United States Attorney

INFORMATION SUPERSEDING INDICTMENT – 2