PENALTY SLIP

DEFENDANT:  **EDGAR OMAR HERRERA FARIAS**

TOTAL NO. COUNTS:  1

VIO:  **21 U.S.C. § 846**
        **Conspiracy to Distribute 50 Grams or More of a Mixture or Substance**
        **Containing Methamphetamine**

PENALTY:  **CAG not less than 5 nor more than 40 years;**
            **and/or $8,000,000 fine;**
            **not less than 4 years nor more than life supervised release;**
            **a $100 special penalty assessment;**
            **denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and**
            **862a**
            **Deportation**

CASE
NO. _____4:15-CR-6049-EFS-16____

AUSA        SAV
INITIAL_____