FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>               Defendant. | No. 4:15-CR-6049-EFS-16<br><br>**ORDER ACCEPTING GUILTY PLEA** |

**THE COURT** finds that Defendant's plea of guilty to Count One of the Information Superseding Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and all pending motions are **DENIED AS MOOT.** The Clerk's Office is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 6th day of October 2020.

*Edward F. Shea*
_____
EDWARD F. SHEA
United States District Judge

ORDER - 1