FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>  Defendant. | No.  4:15-CR-6049-EFS-16<br><br>**ORDER CONTINUING SENTENCING DEADLINE** |

Before the Court is Defendant Edgar Omar Herrera Farias' Motion for Extension of Time to File Sentencing Memorandum, ECF No. 1405, and related Motion to Expedite, ECF No. 1406. Defendant asks the Court to extend the deadline for filing a sentencing memorandum to November 25, 2020. The Government does not oppose this request. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Extension of Time to File Sentencing Memorandum, **ECF No. 1405**, and related Motion to Expedite, **ECF No. 1406**, are **GRANTED.**

2. By **Wednesday, November 25, 2020**, counsel shall file all motions and memoranda pertaining to Defendant's sentencing, including motions for downward or upward departures and/or variances.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 16th day of November 2020.

<u>s/Edward F. Shea</u>
EDWARD F. SHEA
Senior United States District Judge