UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>-vs-<br>EDGAR OMAR HERRERA FARIAS,<br><br>              Defendant. | Case No.      4:15-CR-6049-EFS-16<br>CRIMINAL MINUTES<br><br>DATE:         DECEMBER 8, 2020<br>LOCATION:  RICHLAND<br><br>**SENTENCING HEARING** |
|---|---|

| | Hon. Edward F. Shea | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie Van Marter, appearing via videoconference | | Shea Meehan |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    SanJuanita Coronado | | |

**[XX] Open Court**          **[  ] Chambers**          **[XX] Videoconference/Telephonic**

Defendant present, in the custody of the U.S. Marshal

Argument and recommendations by Mr. Meehan

The Court rules on and accepts the Pre-Sentence Report

US Probation Officer, SanJuanita Coronado, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Cross-examination by Ms. Van Marter
Witness steps down

Recommendations Ms. Van Marter

Argument and Recommendations by Mr. Meehan

Colloquy between Court and Ms. Coronado regard recommendations

Mr. Meehan states the Defendant does not wish to address the Court

Order Accepting Rule-11(c)(1)(C) Plea Agreement signed and filed

## [XX]   ORDER FORTHCOMING

| **Convened:** 11:03 a.m. | **Adjourned:** 11:51 a.m. | **Time:** :48 hr. | **Calendared** [ ] |
|---|---|---|---|

*USA -vs-Farias* December 8, 2020
4:15-CR-6049-EFS-16 Page 2
Sentencing Hearing

**SENTENCE:**

**Imprisonment:** 72 months

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter

Court recommends placement in California or a location near the Mexico border

**Supervised Release**: 4 years on standard conditions and the following special conditions:

1. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must not communicate, associate, or otherwise interact, with any witnesses or codefendants in this case, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment**: $100.00
**Fine:** Waived

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed with the Court.