FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>EDGAR OMAR HERRERA FARIAS,<br><br>                Defendant. | No.   4:15-CR-6049-EFS-16<br><br>**ORDER ACCEPTING RULE-11(c)(1)(C) PLEA AGREEMENT** |

       On Tuesday, December 08, 2020, the Court conducted a sentencing hearing in the above-captioned matter. Assistant U.S. Attorney Stephanie Van Marter appeared on behalf of the Government. Defendant Edgar Omar Herrera Farias was present, represented by Shea Meehan. The Court previously found Defendant's plea of guilty to Count One of Information Superseding Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance. ECF No. 1397. The Court therefore accepted Defendant's guilty plea and deferred ruling on whether to accept the parties' Rule 11(c)(1)(C) plea agreement.

       After reviewing the presentence investigation report and hearing from counsel, the Court **ACCEPTS** the parties' Rule 11(c)(1)(C) plea agreement and sentences Defendant consistent with the agreement.

1    **IT IS SO ORDERED**.  The Clerk's Office is directed to enter this order and
2 provide copies to all counsel.
3    **DATED** this 8th day of December 2020.

_Edward F. Shea_
EDWARD F. SHEA
Senior United States District Judge