# United States District Court
## Eastern District of Washington

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Rosa Granados, <br><br> Defendant. | No. 4:15-CR-6049-EFS-3 <br><br> Order Continuing Sentencing Hearing and Related Deadlines <br><br> [Proposed] |

Before the court is Defendant Rosa Granados' Motion to Continue Sentencing, ECF No. ___. The Court has reviewed the materials submitted by the parties and is fully informed. Defendant Granados requests an order continuing the sentencing hearing and resetting related case deadlines. The Government does not object to a continuance. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause to grant a continuance.

Order - 1

For the reasons set forth in Defendant's motion, accordingly,

**IT IS HEREBY ORDERED:**

1. Defendant Rosa Granados' Motion to Continue the Sentencing Hearing, **ECF No. \_\_\_** is **GRANTED**.

2. The March 30, 2021 sentencing hearing is **RESET** to **Tuesday, June 8, 2021,** at **10:00 a.m.** in **Richland.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this \_\_\_\_ day of February 2021.

_____
EDWARD F. SHEA
United States District Court Senior Judge

Order - 2