FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA GRANADOS,<br><br>Defendant. | No.   4:15-cr-6049-EFS-3<br><br>**ORDER CONTINUING SENTENCING TO JUNE 2021** |

Before the Court is Defendant Rosa Granados' unopposed Motion for an Order Continuing the Sentencing Hearing and Related Deadlines.[1] On February 10, 2021, the Eastern District of Washington issued General Order 2021-4 which discourages in-person court hearings in Richland before March 31, 2021.[2] Sentencing was scheduled for March 30, 2021. Defendant requests a continuance of the sentencing hearing due to the current status of COVID 19 in Washington so she can appear in person at the hearing. The Government does not oppose a

---

[1] ECF No. 1418.

[2] https://www.waed.uscourts.gov/sites/default/files/general-ordes/General%20Order%202021-4.pdf (last viewed February 12, 2021).

Order Continuing Sentencing — Page 1 of 5

continuance of the sentencing hearing. The Court finds it necessary and in the interest of justice to continue the sentencing.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue the Sentencing Hearing, **ECF No. 1418**, is **GRANTED**.

2. The March 30, 2021 sentencing hearing is **RESET** to **Tuesday, June 08, 2021,** at **10:00 a.m.** in **Richland**.

3. By **Tuesday, May 11, 2021**, counsel shall communicate in writing to the U.S. Probation Office any objections to the Presentence Investigation Report.

4. By **Tuesday, May 11, 2021**, counsel shall file/update all motions and memoranda pertaining to Defendant's sentence, including motions for downward or upward departures and/or variances.

5. By **Friday, May 28, 2021**, the U.S. Probation Office shall file the **finalized PSIR** and **sentencing recommendations** to the Court.

6. **Call-in Information**. Non-parties may call the Court's public conference line at **1-888-363-4749** and use access code **7621230**, five minutes before the scheduled conference time and must MUTE their phones.

7. **No recording**. Hearing content **MUST NOT be recorded**.

8. **Social Distancing Requirements**. If social-distancing requirements are still in place by the Governor, people attending the hearing in person shall abide by the following:

    a.    Each person shall abide by social distancing requirements, including defense counsel and their clients when inside the courthouse. The Court will make accommodations when necessary to permit private discussion between Defendant and defense counsel.

    b.    All counsel and others addressing the Court will do so from counsel table, rather than from the podium. Only two people are permitted per counsel table.

    c.    Each person shall wear a face covering while inside the courthouse.

    d.    Counsel are reminded to clearly enunciate as face coverings may have a muffling affect on audibility of speech.

    e.    Parties and witnesses reporting for in person hearings without a mask will be provided a mask by the Court Security Officer at the courthouse entrance. Family members and other gallery members reporting without a face covering will not be permitted to enter the courthouse and will be redirected to call the public telephone conference line (call-in information is above).

1        f.    To effectuate proper social distancing measures, public seating in the courtroom is limited. Seating is limited in the courtroom to those with an interest in the immediate case. Access to the limited seats is first come/first served.

      g.    Any participant experiencing symptoms of COVID-19, or who has been in contact with a person known or suspected of contracting COVID-19, shall contact the courtroom deputy at **509-943-8174** to discuss alternative arrangements. There is no obligation to disclose private health or personal information, but the Court asks the parties to weigh the health and safety of all participants.

9.    **Exhibits**. **Seven days before the hearing** each party's exhibit list shall be filed and emailed to the Court at **SheaOrders@waed.uscourts.gov**.  Exhibit lists shall be provided in the following format:

| Ex. # | Admitted | Description |
|---|---|---|
| 1 |  | Photograph of items seized |
| 2 |  | Aerial video surveillance from 1/1/2011. Start Time: 01:03:23  End Time:     01:09:54 |

For all exhibits consisting of an audio or video file, the exhibit list must designate the precise beginning and ending time of the portion of the file the party intends to use.

10. **Witnesses. Seven days before the hearing**, the party wishing to present the testimony of a witness at the hearing shall so notify the courtroom deputy at **509-943-8174**, email a copy of the witness list to SheaOrders@waed.uscourts.gov, and file the witness list. The witness list must identify the existence, but need not include the name, of any confidential informant the Government intends to call to testify.

11. **Sealed Hearings**.  Any party who anticipates requesting to seal all or part of the hearing shall so notify the courtroom deputy by **seven days** before the scheduled hearing.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Office.

**DATED** this 18th day of February 2021.

*Edward F. Shea*

EDWARD F. SHEA
Senior United States District Judge