Edward F. Shea
825 Jadwin Ave
Suite 320
Richland, WA 99352

RECEIVED
MAR 30 2021
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON


