AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 15, 2021**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Juan Bravo Zambrano<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 4:15-CR-6049-EFS-19 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Juan Bravo Zambrano ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed on 4/14/2021.

Date: Apr 14, 2021, 11:10 am

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 04/14/2021, and the person was arrested on *(date)* 04/14/2021
at *(city and state)* Richland, WA.

Date: 04/14/2021

*Arresting officer's signature*

Dusty Hernandez 4838
*Printed name and title*