# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. Juan Bravo Zambrano**          **Case No.   4:15-CR-06049-EFS-19**

Spokane Video Conference
The Defendant consented to appear via video conference

**Initial Appearance on Supervised Release Petition and Detention Hearing on Supervised Release Petition:**          **04/16/2021**

| | | | |
|---|---|---|---|
| ☒ | Courtney Piazza, Courtroom Deputy | ☒ | Richard Barker, US Atty (VTC) |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer (Telephonic) | ☒ | Ben Hernandez, Defense Atty (VTC) |
| ☒ | Defendant present ☒ in custody USM (VTC/BCJ) | ☒ | Spanish Interpreter, **REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

**INITIAL APPEARANCE – PETITION (2:32-2:42):**
   Defendant appeared, in custody, with counsel and with the assistance of federally certified Spanish interpreter, Natalia Rivera. All parties appeared by VTC/telephonic due to COVID-19 precautions.
   The Defendant acknowledged to the Court that his true and correct name is: JUAN BRAVO ZAMBRANO.
   Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 1425).
   Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

   Government has filed a motion for detention.
   Defendant requested preliminary and detention hearings.

| | |
|---|---|
| Digital Recording/S-740 | Time:  2:32 p.m. – 2:56 p.m. and 3:05-3:13 pm |

**DETENTION HEARING (2:42-2:56 and 3:05-3:13):**
    Defense counsel argued as to why defendant should be released.

    USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

    **The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. The Defendant shall be detained by the U.S. Marshal pending the revocation hearing or until further order of the Court.

**RECESS (2:56-3:05)**

    The Defendant would like to proceed with a Preliminary Hearing. USPO Elizabeth Lee is sworn. Counsel and the Court discuss heresay. The Court will set the Preliminary Hearing for next Wednesday, 4/21/2021 at 2:30 p.m. in order for witnesses and reports to be ready.

| **Detention Hrg on Petition:** 04/15/2021 @ 2:30 p.m. [S/JTR] (Video Conf) | **Preliminary Hrg:** 4/21/2021 @ 2:30 p.m.[S/JTR] (Video Conf) | **Revocation Hrg:** 05/04/2021 @ 1:15 p.m. [R/EFS] |
|---|---|---|