FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-06049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND DETENTION HEARING ON VIOLATION PETITION<br><br>**MOTION GRANTED**<br>**(ECF No. 1428)** |

At Defendant's April 15, 2021, initial appearance based on a petition for action, post-conviction, filed April 14, 2021, **ECF No. 1425**, alleging violation No. 1, Defendant appeared via video while in custody at the Benton County Jail. The Defendant was assisted by federally certified Spanish interpreter Natalia Rivera. Assistant Federal Defender Benjamin Hernandez represented the Defendant and appeared by video from another location. Assistant U.S. Attorney Richard Barker represented the United States and also appeared by video. United States Probation Officer Elizabeth Lee was present telephonically. At the time of the hearing, Defendant consented to proceeding by video.

Defendant was advised of, and acknowledged, his rights.

The Court held a detention hearing and considered the argument of counsel.

Pursuant to 18 U.S.C. § 3142, this Court has evaluated the evidence, testimony and information produced at this hearing concerning (1) the nature and circumstances of the offense charged, (2) the weight of the evidence against the

ORDER - 1

Defendant, (3) Defendant's history and characteristics to include character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, record concerning appearance at court proceedings, and (4) the nature and seriousness of the danger to the community posed by Defendant's release.

The Court finds that, pursuant to FED. R. CRIM. P. 32.1(a)(6), Defendant has not met the burden of establishing conditions or combination of conditions that would reasonably assure Defendant's presence at trial or the safety of other persons or the community. Accordingly, **IT IS ORDERED** the United States' motion for detention, **ECF No. 1428**, is **GRANTED.** Defendant shall be held in detention pending the preliminary hearing, or until further order of the court.

A **preliminary hearing** is set <u>**April 21, 2021 at 2:30 p.m.**</u> by video in Spokane, Washington before the undersigned. The Defendant will appear by video from the Benton County Jail.

A **supervised release revocation hearing** is set before Judge Shea, in Richland, Washington, on <u>**May 4, 2021 at 1:15 p.m.**</u>

**IT IS SO ORDERED.**

DATED April 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2