Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable John T. Rodgers

| | |
|---|---|
| United States of America,<br><br>                           Plaintiff,<br><br>  v.<br><br>Juan Bravo Zambrano,<br><br>                          Defendant. | No. 4:15-CR-6049-EFS-19<br><br>**Notice of Certification** |

Please take notice that undersigned counsel mailed copies of the following documents to the defendant on April 16, 2021. Counsel mailed the documents due to current restrictions on social contacts.

Petition and Violation Report Violation #1

Dated: April 16, 2021.

                                       s/Alex B. Hernandez, III
                                       Alex B. Hernandez III, 21807
                                       Federal Defenders of Eastern
                                       Washington and Idaho
                                       306 East Chestnut Avenue
                                       Yakima, Washington 98901
                                       (509) 248-8920
                                       (509) 248-9118 fax
                                       Ben_Hernandez@fd.org

Notice of Certification: 1

## Certificate of Service

I hereby certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Caitlin Baunsgard, Assistant United States Attorney.

<u>s/Alex B. Hernandez, III</u>
Alex B. Hernandez III, 21807

Notice of Certification: 2