Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Juan Bravo Zambrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

United States of America,

                Plaintiff,

v.

Juan Bravo Zambrano,

                Defendant.

No.  4:15-CR-6049-EFS-19

Notice of Appearance

       Please take notice that Alex B. Hernandez, III, of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter.   All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

Notice of Appearance - 1

DATED:  April 16, 2021.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Juan Bravo Zambrano
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System which

will send notification of such filing to the following:  Caitlin Baunsgard,

Assistant United States Attorney

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Juan Bravo Zambrano

Notice of Appearance - 2