Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Juan Bravo Zambrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(The Honorable Edward F. Shea)

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>  v.<br><br>Juan Bravo Zambrano,<br><br>                      Defendant. | No. 4:15-CR-6049-EFS-19<br><br>Order Granting Motion to Continue Supervised Release Revocation Hearing<br><br>(PROPOSED) |

BEFORE THE COURT is Defendant's Motion to Continue Supervised Release Revocation Hearing (ECF No. __). For the reasons set forth in Defendant's motion, IT IS HEREBY ORDERED that Defendant's Motion to Continue Supervised Release Revocation

ORDER - 1

1
2   Hearing (ECF No. __) is GRANTED.  The district court executive is
3   directed to enter this order and provide copies to counsel.
4   Dated this ___ day of _____, 20__.
5
6   _____
    Edward F. Shea
7   SENIOR UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER - 2