Docket_Sheet.pdf

1  Alex B. Hernandez, III
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Juan Bravo Zambrano

6

7             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
8

9

| 10 | United States of America, | No. 4:15-CR-6049-EFS-19 |
|----|---------------------------|-------------------------|
| 11 | Plaintiff, | **Order Granting Motion to Expedite** |
| 12 | v. | |
| 13 | Juan Bravo Zambrano, | (Proposed) |
| 14 | Defendant. | |
| 15 | | |

16      Before the Court is the Defendant's Motion to Expedite Hearing

17  (ECF No. __).  For the reasons set forth in the motion, IT IS HEREBY
18
    ORDERED that the Defendant's Motion (ECF No. __) is GRANTED.  The
19
    district court executive is directed to enter this order.
20
21  DATED this ___ day of _____, 20__.
22
23                              _____
                                         Edward F. Shea
24                              Senior United States District Judge
25

Order: 1