FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No.   4:15-CR-6049-EFS-19<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPERVISED RELEASE HEARING AND RELATED MOTION TO EXPEDITE** |

Defendant Juan Zambrano asks the Court to continue the May 4, 2021 supervised release hearing to June 15, 2021, so that defense counsel can have additional time to complete review and investigation of the case.[1] Defense counsel avers that counsel for the United States has no objection to the continuance. The Court finds good cause to continue the supervised release hearing to allow defense counsel additional time to prepare and communicate with his client.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue the Supervised Release Revocation Hearing and related Motion to Expedite Hearing, **ECF Nos. 1442 & 1443**, are **GRANTED**.

---

[1] ECF No. 1442. *See also* Motion to Expedite, ECF No. 1443.

ORDER - 1

2. The May 4, 2021 supervised release (SR) hearing is **RESET** to **Tuesday, June 15, 2021,** at **2:15 p.m.** in **Richland**.

3. The SR hearing is scheduled to last for **thirty** minutes. If counsel believes that the hearing will last longer, counsel shall contact the Courtroom Deputy at 509-943-8174 within **seven (7) days** of the date of this Order to request additional time.

4. The U.S. Probation Office shall file its recommendation, disclosure limited to the Court, by **June 7, 2021**.

5. Supervised release memoranda, and witness and exhibit lists, shall be filed by **May 28, 2021**, and not exceed ten pages.

6. Responsive memoranda shall be filed by **June 4, 2021**, and not exceed ten pages.

7. No other pleadings shall be filed without the permission of the Court.

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 26th day of April 2021.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2