AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Bravo Zambrano | ) | Case No. 4:15-CR-6049-EFS-19 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4-23-21

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name and bar number of defendant's attorney*
Ben Hernandez, #21807

*Address of defendant's attorney*
306 East Chestnut Ave, Yakima, WA 98901

*E-mail address of defendant's attorney*
ben_hernandez@fd.org

*Telephone number of defendant's attorney*
509-248-8920

*FAX number of defendant's attorney*

L. Faviala Gutierrez
Interpreter