Case 4:15-cr-06049-EFS    ECF No. 1446    filed 04/27/21    PageID.9103    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-06049-EFS-19 |
|---|---|
| Plaintiff, | ORDER STRIKING PRELIMINARY HEARING |
| v. | |
| JUAN BRAVO ZAMBRANO, | |
| Defendant. | |

At Defendant's April 15, 2021, initial appearance based on a violation petition, the Court set a preliminary hearing for April 21, 2021, before the undersigned, **ECF No. 1435.** On April 19, 2021, the Court continued the preliminary hearing to April 23, 2021, at the Government's request, **ECF No. 1439.** On April 22, 2021, the Court continued the hearing at defense counsel's request to April 29, 2021, **ECF No. 1440.**

On April 27, 2021, Defendant filed a waiver of preliminary hearing, **ECF No. 1445**. Based on Defendant's waiver, the Court **FINDS** probable cause to hold Defendant to respond to the violation set forth in the petition, **ECF No. 1425**.

**IT IS ORDERED** the **April 29, 2021, preliminary hearing** scheduled before the undersigned is **STRICKEN.**

**IT IS SO ORDERED.**

DATED April 27, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1