UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>　　　　　　Defendant. | Case No.: 4:15-cr-06049-EFS-19<br><br>Order Granting Joint Motion to Release Defendant to State Custody |

　　THIS MATTER coming before the Court upon motion by the United States for an order Granting Joint Motion to Release Defendant to State Custody, the Court having considered the motion and the Court being fully advised in the premises,

　　IT IS HEREBY ORDERED that the Joint Motion to Release Defendant to State Custody is granted.

　　IT IS SO ORDERED this _____day of May 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edward F. Shea
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Order Granting Joint Motion to Release Defendant to State Custody - 1