

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Alfredo M. Garibay

United States District Court
Eastern District of Washington
Honorable Edward F. Shea

| United States of America, | No. 4:15-CR-6049-EFS-18 |
|---|---|
| Plaintiff, | Order Granting Motion to Discontinue Limited Representation |
| v. | |
| Alfredo Magana Garibay, | Proposed |
| Defendant. | |

Before the Court is the Federal Defenders' Motion to Discontinue Limited Representation.[1] After reviewing the submitting material and relevant authority, the Court is fully informed and hereby grants the motion.

Accordingly, IT IS HEREBY ORDERED: The Federal Defenders' Motion[2] is GRANTED.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and distribute copies to counsel.

Dated: July \_\_\_\_\_, 2021

_____
Hon. Edward F. Shea
Senior U.S. District Judge

---

[1] ECF No. \_\_\_\_.
[2] ECF No. \_\_\_\_.