FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFREDO MAGANA GARIBAY,<br><br>    Defendant. | No.   4:15-CR-6049-EFS-18<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO DISCONTINUE LIMITED REPRESENTATION** |

  In March 2021, Defendant Alfredo Magana Garibay filed a pro se Motion for Compassionate Release under 18 U.S.C. § 3582(c)(2).[1] The Federal Defenders of Eastern Washington and Idaho ("Federal Defenders") were appointed in a limited capacity to screen the case for eligibility and conflicts.[2] After reviewing the case, the Federal Defenders request leave to withdraw as counsel and ask the Court to lift the current stay and resolve the pro se motion after full briefing.[3]

---

[1] ECF No. 1421.

[2] ECF No. 1422.

[3] ECF No. 1456.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Federal Defenders' Motion to Discontinue Limited Representation, **ECF No. 1456**, is **GRANTED**. The Federal Defenders are granted leave to **withdraw as counsel**.

2. Defendant is now proceeding pro se with his Motion for Compassionate Release, ECF Nos. 1421 & 1422. If he wishes to supplement his Motion for Compassionate Release, he is to file the additional materials by **July 30, 2021**. Alternatively, if Defendant wishes not to proceed with his pro se Motion for Compassionate Release, he is to file a notice striking his motion by **July 30, 2021**.

3. The United States is to file a response to Defendant's Motion for Compassionate Release by **August 13, 2021**.

4. Defendant may file a pro se reply to his Motion for Compassionate Release by **September 10, 2021**.

5. Defendant's pro se Motion for Compassionate Release, **ECF No. 1421**, will be heard by the Court without oral argument on **September 29, 2021**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and Defendant.

**DATED** this 10th day of June 2021.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge