# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

July 19, 2021

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Richland

Honorable Edward F. Shea
Senior U.S. District Judge
825 Jadwin Avenue, Suite 320
Richland, WA 99352

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2021

SEAN F. McAVOY, CLERK

**RE: Juan Bravo Zambrano**
**Docket No. 4:15CR06049-EFS-19**
**STATUS REPORT**

Dear Judge Shea:

On April 10, 2019, Mr. Zambrano was sentenced to 40 months confinement followed by 5 years of supervised release, after having pled guilty to the offense of conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 5 grams or more of cocaine, 1 kilogram or more of heroin, and 400 grams or more of N-Phenyl-N Propenamide.

On October 18, 2019, after serving his term of imprisonment, Mr. Zambrano was released from the Federal Bureau of Prison to the custody of the United States Immigration and Customs Enforcement (ICE). Mr. Zambrano released from the custody of ICE and reported to the U.S. Probation office on June 24, 2020.

On April 13, 2021, (docketed on April 14, 2021) a violation report was submitted to the Court requesting a warrant as Mr. Zambrano was considered to be in violation of his term of supervised release by committing an offense of harassment and threats to kill on or about April 9, 2021. A warrant was issued by Your Honor on April 14, 2021.

On May 4, 2021, after the parties joint request, Your Honor ordered the defendant's federal detainer be removed, and Mr. Zambrano was released to state custody to resolve his pending criminal state court matter. His supervised release hearing was stricken, and the order indicated upon resolution of the state court matter, defense counsel or the U.S. Probation Office was to notify the Court of the disposition and the need to renew the federal detainer and/or reset the supervised release hearing.

This status report is to inform the Court that on July 16, 2021, the Benton County prosecutor, Kristin McRoberts, advised the defendant's pending state matter was dismissed without prejudice due to the victim's non-responsiveness. The defendant was subsequently released from custody.

RE: Zambrano, Juan Bravo
July 19, 2021
Page 2

As this was the only alleged violation and with the state matter being dismissed, there is insufficient information to proceed. The U.S. Probation Office respectfully requests the violation petition to be stricken. Should Your Honor have any further questions, please contact the undersigned officer.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Elizabeth Lee          07/19/2021
Elizabeth Lee                      Date
U.S. Probation Officer

APPROVED BY:

s/SanJuanita B. Coronado     07/19/2021
SanJuanita B. Coronado           Date
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Concur - Strike Allegation
[ ] Other

_____
Signature of Judicial Officer

_July 20, 2021_____
Date