Alfredo Magana Gaaiby #20510-085
Federal Correctional Institution
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

AUGUSTA GA 310
25 OCT 2021 PM 2 L

4:15-CR06049-EFS-18

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 28 2021

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

Clerk's Office
U.S. District Court
Eastern District of Washington
825 Jadwin Avenue, Suite 174
Richland, Washington 99352