UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>        Defendant's Printed Name. | No.  4:15-CR-6049-EFS-20<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETITION – POST JUDGMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Petition for Warrant or Summons for Offender Under Supervision;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a bail hearing, if I am in custody.

6. My right to a preliminary hearing, if I am in custody.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____   Date: _____11-04-2021_____
Interpreter Signature

_____L. Faviola Gutierrez_____   _____
Interpreter Printed Name            Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2