# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

| | |
|---|---|
| USA v.  MARCIAL BRAVO ZAMBRANO | Case No.   4:15-CR-6049-EFS-20 |

The Defendant consented to appear via video conference

## Initial Appearance on Supervised Release Petition: 11/04/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Michael Ellis, US Atty |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer (VTC) | ☒ | Craig Webster, Defense Atty (VTC) |
| ☒ | Defendant present ☒ in custody USM (VTC/BCJ) | ☒ | Natalia Rivera, Interpreter (VTC) |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental  Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared, in custody, with counsel and with the assistance of federally certified Spanish interpreter, Natalia Rivera.  Some parties appeared by video conference due to COVID 19 restrictions.

Defendant acknowledged to the Court that his true and correct name is MARCIAL BRAVO ZAMBRANO.

Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 1459).

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

A denial of the violations pending on the petition is entered on behalf of Defendant.

Government has filed a motion for detention.

Defendant waived a preliminary hearing and requested a detention hearing be set the following week.  All parties in agreement with November 9, 2021, at 1:30 p.m.

**The Court ordered:**
1. Detention hearing set on November 9, 2021, at 1:30 p.m.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg on Petition:** 11/09/2021 @ 1:30 p.m. [S/JAG] (Video Conf) | **Preliminary Hrg:** *Waived by Defendant* | **Revocation Hrg:** 11/30/2021 @ 10:00 a.m. [R/EFS] |
|---|---|---|