FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-06049-EFS-20<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON PETITION |

On November 4, 2021, the Court held a hearing for Defendant MICHAEL BRAVO ZAMBRANO's initial appearance based on a petition for action, post-conviction, filed July 29, 2021, ECF No. 1459, alleging violations, Nos. 1 through 3. Defendant appeared while in custody via video from the Benton County Jail and was represented by Assistant Federal Defender Craig Webster.  Defendant was also assisted by federally certified Spanish interpreter Natalia Rivera. Assistant U.S. Attorney Michael Ellis represented the United States.  U.S. Probation Officer Elizabeth Lee was also present telephonically.  Defendant consented to proceed via video teleconference.

Defendant was advised of, and acknowledged, his rights.

Defendant did not dispute that probable cause exists for purposes of scheduling a supervised release revocation hearing.  Accordingly, the Court finds **PROBABLE CAUSE** to hold Defendant to respond to the violations set forth in the Petition, ECF No. 1459.

The United States is seeking detention.  **ECF No. 1469**. Defendant requested a detention hearing.

ORDER - 1

A **detention hearing is scheduled for November 9, 2021, at 1:00 p.m.**, before the undersigned. **Defendant shall appear from the Benton County Jail.**

Defendant shall remain in custody pending the hearing and shall be afforded reasonable opportunity for private consultation with counsel.

A **supervised release revocation hearing** is set before Senior Judge Shea, in person in Richland, Washington, on **November 30, 2021, at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED November 5, 2021.



JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2