FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>                    Defendant. | No.   4:15-cr-6049-EFS-20<br><br>**SCHEDULING ORDER FOR SUPERVISED RELEASE HEARING** |

On November 4, 2021, Defendant Marcial Bravo Zambrano appeared before Magistrate Judge Goeke regarding the U.S. Probation Office's allegation that Defendant violated conditions of supervised release. Defendant is represented by Nick Mirr. Assistant U.S. Attorney Stephanie A. Van Marter has appeared on behalf of the U.S. Attorney's Office. Defendant was ordered to appear before this Court for a supervised release (SR) hearing on November 30, 2021. Accordingly, the Court now enters the following scheduling Order.

**IT IS HEREBY ORDERED:**

1. The SR hearing **REMAINS** set for **Tuesday, November 30, 2021**, at **10:00 a.m.**, in **Richland**.

2. The SR hearing is scheduled to last up to **45 minutes**. If counsel believes that the hearing will last longer, counsel shall contact the

ORDER RE: SR-HEARING SCHEDULE – 1

Courtroom Deputy at (509) 943-8172 within **seven days** of the date of this Order to request additional time.

3. Counsel shall file any material to be considered at the supervised release hearing by **Tuesday, November 16, 2021.** Counsel are limited a single memorandum of points and authorities, not to exceed 5 pages.

4. Counsel shall file any responsive memorandum, not to exceed 5 pages, **by Friday, November 19, 2021**.

5. The U.S. Probation Office shall file its recommendation, with disclosure limited to the Court only, **Tuesday, November 23, 2021**.

6. No other pleadings shall be filed without the advance permission of the Court.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  8th  day of November 2021.

                s/Edward F. Shea
                EDWARD F. SHEA
          Senior United States District Judge