FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>  Defendant. | No. CR-15-6049-EFS-20<br><br>WAIVER OF DETENTION HEARING |

I acknowledge that the Judge has informed me of my right to a detention hearing, pursuant to 18 U.S.C. § 3142, and that I understand that right.

☐ **I WAIVE** my right to a detention hearing.

☐ **I WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

☑ **I WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_/s/ NBZ_          11/8/21                    Marcial Bravo Zambrano
Defendant Signature        Date                 Printed Name

**Nick Mirr** (Digitally signed by Nick Mirr, Date: 2021.11.08 16:59:15 -08'00')
Counsel for Defendant Signature                 **Nick Mirr**
                                                 Printed Name

                                                 L. Faviola Gutierrez-Interpreter

WAIVER OF DETENTION HEARING         1