FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-06049-EFS-20<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DETENTION<br><br>**MOTION GRANTED**<br>**(ECF No. 1469)** |

At Defendant's November 4, 2021, initial appearance based on a petition for action, post-conviction, the Court set a detention hearing for November 9, 2021 at 1:00 p.m. before the undersigned, ECF No. 1477.

On November 9, 2021, Defendant filed a waiver of Detention Hearing, ECF No. 1480. Based on Defendant's waiver, **IT IS HEREBY ORDERED:**

1. The United States' Motion for Detention, **ECF No. 1469**, is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the Court.

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

4.	If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

5.	**The November 9, 2021, detention hearing is STRICKEN.**

**IT IS SO ORDERED.**

DATED November 9, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2