Federal Correctional Institution
Alfredo Magana Garibay
#20510-085
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

4:15-cr-6049-EFS-18

AUGUSTA GA 300
24 NOV 2021 PM 1 L

United States District Court
Eastern District of Washington
Office of the Clerk
625 JADWIN AVENUE, SUITE 174
Richland, Washington 99352

RECEIVED
NOV 29 2021
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON