# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>Defendant. | Case No.    4:15-CR-6049-EFS-20<br>**CRIMINAL MINUTES**<br><br>DATE:    NOVEMBER 30, 2021<br>LOCATION:    RICHLAND/VIDEOCONFERENCE<br><br>**REVOCATION OF SUPERVISED RELEASE HEARING** |

| | | |
|---|---|---|
| | **Hon. Edward F. Shea** | |
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie Van Marter, appearing by video | | Nick Mirr |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Elizabeth Lee | | |

**[XX] Open Court**          **[ ] Chambers**          **[XX] Videoconference/telephonic**

Defendant present, in custody of the US Marshal. Defendant was assisted by Federally Court Certified Interpreter Natalia Rivera.

Ms. Van Marter advises Mr. Mirr has informed her that Defendant is prepared to admit alleged violation numbers 1 through 3.
Mr. Mirr concurs

Oath administered to defendant for admission of alleged violations.
Defendant admits alleged violation numbers 1-3.
Court finds based on admission by defendant that alleged violation numbers 1-3 have been proven.

US Probation Officer, Elizabeth Lee, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Cross Examination by Ms. Van Marter
Cross Examination by Mr. Mirr
Examination of witness by Court
Witness steps down

Argument and recommendations by Mr. Mirr

Argument by Ms. Van Marter

**Court:** Has no objection for the Defendant to participate in the STEP program if he qualifies.

# [XX]    ORDER FORTHCOMING

| **CONVENED:** 9:34 A.M. | **ADJOURNED:** 10:14 A.M. | **TIME:** :40 HR. | **CALENDARED** [ ] |
|---|---|---|---|

*USA -vs- Zambrano*  
4:15-CR-6049-EFS-20  
Revocation of Supervised Release

November 30, 2021  
Page 2

Defendant addresses the Court on his own behalf

## SENTENCE:

**Imprisonment:** Time served

**Supervised Release:** 35 months on the same conditions of release previously imposed. In addition, the Defendant shall:

1. Defendant shall complete a new substance-abuse evaluation.
2. Defendant shall report to U.S. probation office on Friday, December 3, 2021.
3. Defendant shall report to his supervising officer weekly and submit a urinalysis/seat patch testing.

Defendant advised re: right of appeal.