FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCIAL BRAVO ZAMBRANO,<br><br>　　　　　　Defendant | No.　4:15-cr-6049-EFS-20<br><br>**ORDER DIRECTING THE U.S. MARSHALS SERVICE TO RELEASE DEFENDANT**<br><br>**U.S. Marshals Action Required** |

On November 30, 2021, the Court held a supervised-release hearing in this matter. Defendant Marcial Bravo Zambrano was present, represented by Nick Mirr. Assistant U.S. Attorney Stephanie A. Van Marter appeared on behalf of the United States. At the hearing, Defendant admitted alleged violations 1–3, and the Court sentenced Defendant to time served and ordered additional requirements regarding reporting, drug tests, and a new substance-abuse evaluation.

Accordingly, **IT IS HEREBY ORDERED:**

1. The **U.S. Marshals Service** shall **RELEASE** Defendant Marcial Bravo Zambrano from custody.

2. Defendant shall report to his supervising officer with the U.S. Probation Office on **Friday, December 3, 2021**.

3. Consistent with the requirements of Special Condition No. 5, Defendant must undergo a new substance-abuse evaluation and comply with any substance abuse treatment program indicated by the licensed/certified provider.

4. Until Defendant completes the new substance-abuse evaluation, Defendant shall report to his supervising officer weekly, as directed by the supervising officer.

5. Once per week from the date of this Order until **January 1, 2022**, Defendant shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, to confirm continued abstinence from illegal controlled substances.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 30th day of November 2021.

               s/Edward F. Shea
              EDWARD F. SHEA
       Senior United States District Judge