1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7           UNITED STATES DISTRICT COURT
8       FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10
11         Plaintiff,
                                      Case No.: 4:15-cr-06049-EFS-19
12         v.
13
   JUAN BRAVO ZAMBRANO,              Motion for Detention
14
15         Defendant.

16
17      The United States, by and through Vanessa R. Waldref, United States

18  Attorney for the Eastern District of Washington, and Stephanie Van Marter,

19
20  Assistant United States Attorney for the Eastern District of Washington, move the

21  Court, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and

22
23  18 U.S.C. § 3143(a), for an order directing that the defendant, JUAN BRAVO

24  ZAMBRANO, be held without bail pending a preliminary hearing and revocation

25  hearing regarding the terms and conditions of his probation/supervised release and
26
27  the alleged violations contained in the petition filed by the United States Probation

28  Office.

Motion for Detention- 1

A person arrested for a violation of supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings. FED R. CRIM. P. 32.1(a)(6). Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released. 18 U.S.C. § 3143(a). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." FED. R. CRIM. P. 32.1(a)(6).

WHEREFORE, the Government requests the Court enter an Order ordering the Defendant be detained without bail pending a Probation and Revocation Hearing.

Dated: January 26, 2022.

Vanessa R. Waldref
United States Attorney

s/ *Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion for Detention- 2

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

s/ *Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney
