AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 26, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Juan Bravo Zambrano<br><br>*Defendant* | ) ) ) Case No. 4:15-CR-06049-EFS-19 ) ) ) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Juan Bravo Zambrano,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed on 1/21/2022.

Date: Jan 21, 2022, 5:31 pm

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 01/21/2022, and the person was arrested on *(date)* 01/25/2022
at *(city and state)* Richland, WA.

Date: 01/26/2022

*Arresting officer's signature*

J. Hernandez 4838 DUSM
*Printed name and title*