Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Brittney Lee Zaragoza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Senior Edward F. Shea

| United States of America, | No. 4:15-CR-6049-EFS-10 |
|---|---|
| Plaintiff, | **Order Granting Motion for Early Termination of Pre-Trial Diversion Agreement** |
| v. | |
| Brittney Lee Zaragoza, | (Proposed) |
| Defendant. | |

Before the Court is Defendant's Motion for Early Termination of Pre-Trial Diversion Agreement (ECF No. __). For the reasons set forth in Defendant's motion, IT IS HEREBY ORDERED that the Motion (ECF No. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ___ day of _____, 2022.

_____
Edward F. Shea
SENIOR UNITED STATES DISTRICT JUDGE

Order: 1