Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Brittney Lee Zaragoza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| United States of America, | No. 4:15-CR-6049-EFS-10 |
|---|---|
| Plaintiff, | **Order Granting Motion to Expedite** |
| v. | (Proposed) |
| Brittney Lee Zaragoza, | |
| Defendant. | |

Before the Court is the Defendant's Motion to Expedite Hearing (ECF No. __). For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Defendant's Motion (ECF No. __) is GRANTED. The district court executive is directed to enter this order.

DATED this ___ day of _____, 2022.

_____
Edward F. Shea
SENIOR UNITED STATES DISTRICT JUDGE

Order: 1