FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>                Defendant. | No.   4:15-cr-6049-EFS-19<br><br>**SCHEDULING ORDER FOR SUPERVISED RELEASE HEARING** |

On January 26, 2022, Defendant Juan Bravo Zambrano appeared before Magistrate Judge Hutton regarding the U.S. Probation Office's allegation that Defendant violated conditions of supervised release. At the hearing, Defendant was represented by Craig Webster; Assistant U.S. Attorney Alison Gregoire appeared on behalf of the U.S. Attorney's Office. Defendant was ordered to appear before this Court for a supervised release (SR) hearing on February 15, 2022. Accordingly, the Court now enters the following scheduling Order.

**IT IS HEREBY ORDERED:**

1. The SR hearing **REMAINS** set for **Tuesday, February 15, 2022**, at **11:00 a.m.**, in **Richland via videoconference.**

2. The SR hearing is scheduled to last up to **45 minutes**. If counsel believes that the hearing will last longer, counsel shall contact the

ORDER RE: SR-HEARING SCHEDULE – 1

Courtroom Deputy at (509) 943-8174 within **seven days** of the date of this Order to request additional time.

3. Counsel shall file any material to be considered at the supervised release hearing by **Tuesday, February 1, 2022.** Counsel are limited a single memorandum of points and authorities, not to exceed 5 pages.

4. Counsel shall file any responsive memorandum, not to exceed 5 pages, **by Friday, February 4, 2022**.

5. The U.S. Probation Office shall file its recommendation, with disclosure limited to the Court only, **Tuesday, February 8, 2022**.

6. No other pleadings shall be filed without the advance permission of the Court.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  27th   day of January 2022.

                 s/Edward F. Shea
                 EDWARD F. SHEA
            Senior United States District Judge