FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>BRITTNEY LEE ZARAGOZA,<br><br>              Defendant. | No.   4:15-cr-6049-EFS-10<br><br>**ORDER GRANTING MOTION TO EXPEDITE, SETTING BRIEFING SCHEDULE, AND RESETTING HEARING DATE FOR ECF NO. 1505** |

On January 26, 2022, Defendant Brittney Lee Zaragoza filed a Motion for Early Termination of Pre-Trial Diversion Agreement,[1] ECF No. 1505, as well as a corresponding Motion to Expedite, ECF No. 1506. In her substantive motion, Defendant states that during her more than 30 months of supervision she has fully complied with the Pretrial Diversion Agreement's requirements, including completing the mandated community service. According to Defendant's counsel, the U.S. Probation Office reports that Defendant has done exemplary while under supervision. However, Defendant's counsel also states that he has not yet received a response from the United States regarding the two motions.

---

[1] The Pretrial Diversion Agreement is on file at ECF No. 995.

ORDER RE: SR-HEARING SCHEDULE – 1

The Court finds good cause exists to accelerate consideration of this matter.[2] Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite, **ECF No. 1506**, is **GRANTED**.

2. The United States and the U.S. Probation Office, by **February 1, 2022**, shall each **FILE** a position statement regarding whether the Court should grant Defendant's request for early termination of the Pretrial Diversion Agreement.

3. Plaintiff, by **February 3, 2022**, may **FILE** an optional reply brief.

4. The February 25, 2022 hearing date for Defendant's motion, **ECF No. 1505**, is **RESET** to **Tuesday, February 8, 2022**, without oral argument.

5. If any party desires either oral argument or additional time to address the issue, that party shall immediately so notify the Court.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this  27th  day of January 2022.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

---

[2] *See* LCrR 12(c)(3) (governing expedited motions).