UNITED STATES DISTRICT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTNEY LEE ZARAGOZA (10),<br><br>Defendant. | No.: 4:15-CR-6049-EFS<br><br>PROPOSED ORDER GRANTING UNITED STATE'S MOTION FOR DISMISSAL OF SECOND SUPERSEDING INDICTMENT FOR SUCCESSFUL COMPLETION OF PRE-TRIAL DIVERSION AGREEMENT<br><br>MOTION GRANTED<br>(ECF NO. \_\_\_\_) |

This matter comes before the Court upon motion by the United States requesting counts 12 and 14 of the Second Superseding Indictment, be dismissed with prejudice pursuant to the Defendant ZARAGOZA's successful completion of her Pre-Trial Diversion Agreement (ECF 995).

The Court, being fully advised, hereby **GRANTS** the motion and **ORDERS** counts 12 and 14 of the Second Superseding Indictment be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED this February _____, 2022.

_____
EDWARD F. SHEA
Senior United States District Judge