Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 4:15-cr-06049-EFS |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL FOR THE UNITED STATES |
| vs. | |
| JESE DAVID CARILLO CASILLAS, ROSA ARACELI GRANADOS, ALEXIS JOEL GARCIA PALOMINO, FRANCISCO DARTE FIGUEROA, GABRIELA MENDOZA VASQUEZ, JULIO CESAR ROSEALES SAUCEDO, BRITTNEY LEE ZARAGOZA, SALVADOR GUDINO CHAVEZ, ADAM BENJAMIN GOLDRING, JUVENAL LANDA SOLANO, ERICA MARIA SOLIS, EDGAR OMAR HERRERA FARIAS, ALFREDO MAGANA GARIBAY, JUAN BRAVO ZAMBRANO, MARCIL BRAVO ZAMBRANO, MIGUE REYES GARCIA, JOSE ADRIAN MENDOZA, VERONICA CORTEZ, | |
| Defendant. | |

Notice Of Withdrawal Of Counsel For The United States – 1

  Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Withdrawal of Caitlin A. Baunsgard on behalf of the United States of America.  Please remove AUSA Baunsgard from the case, and from the recipient list for electronic filings in this matter.

Dated:  February 2, 2022    Vanessa R. Waldref
                United States Attorney

                *s/ Caitlin A. Baunsgard*
                Caitlin A. Baunsgard
                Assistant United States Attorney