1
2
3
4
5

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

6
7
8
9
10
11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>Juan Bravo Zambrano<br>           Defendant's Printed Name. | No.  4:15-CR-6049-EFS<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS –  PETITION – POST JUDGMENT |

12
13
14

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

15
16
17

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Petition for Warrant or Summons for Offender Under Supervision;

18
19

2. Of the maximum penalty provided by law;

20
21

3. My right to remain silent at all times and if  I make a statement it can be used against me;

22
23

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

24
25

5. My right to a bail hearing, if I am in custody.

26

6. My right to a preliminary hearing, if I am in custody.

27
28

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.



_____
Interpreter Signature

Date: _____
02/08/2022

L. Faviola Gutierrez
_____
Interpreter Printed Name

_____ L. Faviola Gutierrez
Defendant Signature

I reviewed this document with
Mr. Bravo Zambrano on February 08, 2022.
He consents on me signing on his behalf.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2