# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. JUAN BRAVO ZAMBRANO    Case No.    4:15-CR-6049-EFS-19**

Video Conference
The Defendant agreed to appear via video conference.

**Initial Appearance on Additional Supervised Release Petition:**    02/08/2022

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Stephanie Van Marter, US Atty (video) |
| | | ☒ | Craig Webster, Defense Atty (video) |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer (video) | ☒ | Interpreter – Natalia Rivera (video) |
| ☒ | Defendant present ☒ in custody USM appearing from Benton County Jail ☐ out of custody | | |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petitions |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Due to the current public health crisis, all parties including Defendant, appeared via video or teleconference.

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: JUAN BRAVO ZAMBRANO.

A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg on Petition:** *Waived by Defendant*; *USA's Motion for Detention is granted. Subject to right to return before the Court should circumstances change.* | **Preliminary Hrg:** *Waived by Defendant* | *Previously set* **Revocation Hrg:** 02/15/2022 @ 11:00 a.m. [R/EFS] (Video Conf) |
|---|---|---|