PROB 12C
(6/16)

Report Date: January 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Bravo Zambrano | Case Number: 0980 4:15CR06049-EFS-19 |
| Address of Offender: , Benton City, Washington 99320 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. § § 841 (a)(1), (b)(1)(A) and 846 |
| Original Sentence: | Prison - 40 months         Type of Supervision: Supervised Release |
|  | TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard        Date Supervision Commenced: October 18, 2019 |
| Defense Attorney: | Alex B. Hernandez, III         Date Supervision Expires: October 17, 2024 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/21/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | **Violations 4-6 preface, combined for brevity:** |
| | On October 18, 2019, after serving his term of imprisonment, Mr. Zambrano was released from the Federal Bureau of Prisons to the custody of the United States Immigration and Customs Enforcement (ICE). Mr. Zambrano released from the custody of ICE and reported to the U.S. Probation Office on June 24, 2020. |
| | Per COVID-19 procedures, Mr. Zambrano's conditions of supervised release were verbally reviewed with him on June 24, 2020. He verbally acknowledged an understanding of his conditions, which included mandatory condition number 1 and standard condition numbers 8 and  9, as noted below. |
| | On July 22, 2021, the undersigned officer reviewed with Mr. Zambrano all of his conditions of supervised release, which he signed acknowledging a full understanding. Mr. Zambrano was given a signed copy of his conditions of release. |

Prob12C
**Re: Zambrano, Juan Bravo**
**January 27, 2022**
**Page 2**

| | | |
|---|---|---|
| 4 | | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by committing the offense of failure to transfer title within 45 days on or about January 21, 2022.

On January 21, 2022, a Benton County Sheriff's Deputy issued Mr. Zambrano a criminal citation for failing to transfer a vehicle title within 45 days.

5        **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by having contact with a convicted felon without prior permission of the probation officer on or about January 21, 2022.

On January 21, 2022, Mr. Zambrano was pulled over for a routine traffic stop by a Benton County Sheriff's Deputy. Mr. Zambrano was the driver and the Benton County Sheriff's Deputy recognized the passenger in the vehicle to be Yesenia Hernandez, who had a non-bookable warrant out of the Department of Corrections (DOC).

In a previous office visit that occurred on July 22, 2021, Mr. Zambrano had specifically asked the undersigned officer if he was allowed to have contact with anyone under the DOC supervision. Mr. Zambrano was advised then that he does not have permission to have contact with individuals who are under the DOC supervision.

6        **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report law enforcement contact to his probation officer within 72 hours after being cited for failure to transfer title on January 21, 2022.

On January 21, 2022, Mr. Zambrano was pulled over for a routine traffic stop by a Benton County Sheriff's Deputy. As a result of this traffic stop, Mr. Zambrano was issued a criminal citation for failure to transfer title within 45 days. Mr. Zambrano failed to report this law enforcement contact to the probation officer within 72 hours.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Zambrano, Juan Bravo
January 27, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 27, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

February 3, 2022

Date