## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         Plaintiff,<br>   -vs-<br><br>JUAN BRAVO ZAMBRANO,<br><br>                                      Defendant. | Case No.      4:15-CR-6049-EFS-19<br>CRIMINAL MINUTES<br><br>DATE:        FEBRUARY 15, 2022<br>LOCATION:  RICHLAND/VIDEOCONFERENCE<br><br>**REVOCATION OF SUPERVISED RELEASE HEARING** |

| | | |
|---|---|---|
| | **Hon. Edward F. Shea** | |
| Sara Gore | 02 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Patrick Cashman, appearing by videoconference<br>**Government Counsel** | | Craig Webster<br>**Defense Counsel** |
| **United States Probation Officer:**   Elizabeth Lee, appearing by videoconference | | |

**[XX] Open Court**             **[ ] Chambers**            **[XX] Videoconference/telephonic**

Defendant in custody of the US Marshal, appearing by videoconference from the Benton County Jail. Defendant was assisted by Federally Court Certified Interpreter Natalia Rivera.

Mr. Cashman advises Mr. Webster has informed him that Defendant is prepared to admit alleged violation numbers 1-3, 5 and 6.
Mr. Webster concurs

Government would move to dismiss alleged violation number 4.

**Court:** Motion to Dismiss alleged violation number 4 is **GRANTED**.

Oath administered to defendant for admission of alleged violations.
Defendant admits alleged violation numbers 1-3, 5 and 6.
Court finds based on admission by defendant that alleged violation numbers 1-3, 5 and 6 have been proven.

Recommendations by Mr. Cashman

Recommendations by Mr. Webster

US Probation Officer, Elizabeth Lee, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Witness steps down

**[XX] ORDER FORTHCOMING**

| **Convened:** 11:46 a.m. | **Adjourned:** 12:10 p.m. | **Time:** :24 hr. | **Calendared** [ ] |
|---|---|---|---|

*USA -vs- Zambrano*  
4:15-CR-6049-EFS-19  
Revocation of Supervised Release

February 15, 2022  
Page 2

Defendant addresses the Court on his own behalf

Recommendations by Mr. Webster

**SENTENCE:**

**Imprisonment:** 3 months

**Supervised Release:** 57 months on the same conditions of release previously imposed. In addition, Defendant shall:

- Undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider

Defendant advised re: right of appeal.