UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROSA ARACELI GRANADOS,<br><br>　　　　　　Defendant. | No. 2:12-CR-06053-EFS-14<br><br>Order Granting Motion To Continue Sentencing |

THIS MATTER coming before the Court upon motion by the United States for an order to continue Sentencing, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Sentencing be continued until May 17, 2022 at 11:00 am.

IT IS SO ORDERED this _____ day of April, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Edward F. Shea
　　　　　　　　　　　　　　　　United States District Judge

Order Granting United States' Motion To Continue Sentencing