FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROSA GRANADOS,<br><br>  Defendant. | No.   4:15-cr-6049-EFS-3<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE SENTENCING** |

The United States asks the Court to continue Defendant Rosa Granados' sentencing from April 26, 2022, to May 17, 2022, because the assigned Assistant U.S. Attorney has a scheduling conflict.[1]  Counsel for the United States avers that defense counsel has no objection to the requested continuance.  Having reviewed the record, the Court finds good cause to continue the sentencing.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Continue Sentencing, **ECF No. 1529**, is **GRANTED**.

---

[1] ECF No. 1529.

2. The April 26, 2022 sentencing hearing is **RESET** to **Tuesday, May 17, 2022,** at **11:00 a.m.** in **Richland**.

3. By **Thursday, May 05, 2022**, the U.S. Probation Office shall file the finalized PSIR and sentencing recommendations.

4. **Exhibits**. **Seven days before the hearing** each party's exhibit list shall be filed and emailed to the Court at SheaOrders@waed.uscourts.gov. Exhibit lists shall be provided in the following format:

| Ex. # | Admitted | Description |
|---|---|---|
| 1 | | Photograph of items seized |
| 2 | | Aerial video surveillance from 1/1/2011. Start Time: 01:03:23 End Time: 01:09:54 |

For all exhibits consisting of an audio or video file, the exhibit list must designate the precise beginning and ending time of the portion of the file the party intends to use.

5. **Witnesses. Seven days before the hearing**, the party wishing to present the testimony of a witness at the hearing shall so notify the courtroom deputy at **509-943-8174**, email a copy of the witness list to SheaOrders@waed.uscourts.gov, and file the witness list. The witness list must identify the existence, but need not include the name, of any confidential informant the Government intends to call to testify.

6. **Sealed Hearings**. Any party who anticipates requesting to seal all or part of the hearing shall so notify the courtroom deputy by **seven days** before the scheduled hearing.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Office.

**DATED** this 12th day of April 2022.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge