Alfredo Garibay

Federal Correctional Institution

P.O. Box 725

Edgefield, SC 29824

Legal
Mail

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 2970 0002 2529 0546

4:15-cr-6049 EFS

RECEIVED

APR 2 8 2022

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

Estern District Court

Sean F. McAvoy

(Clerk Yof Courts)

825 Jadwin Ave.

Richland, WA 99352

993E283589  C005

Federal Prison
P.O. Box 725
Edgefield. SC 29824

LEGAL/SPECIAL MAIL:    The enclosed letter
forwarded to you was processed using special
mail procedures. The letter was neither opened/
inspected. If the writer has a question problem
over which this facility has jurisdiction you may
return the materials for further information/clarification.
If the writer encloses correspondence for forwarding
to another addressee, please return enclosure to the
above address.

Initials CV_____ Date 7-25-22