# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. JUAN BRAVO ZAMBRANO    Case No.    4:15-CR-6049-EFS-19**

Richland Video Conference (ACE @ Yakima; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Initial Appearance on Supervised Release Petition:**    06/16/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | David Herzog, US Atty (video) |
| ☒ | Tonia Ramirez, Courtroom Deputy [Y] | ☒ | Ben Hernandez, Defense Atty [R] |
| ☒ | SanJuanita Coronado, US Probation / Pretrial Services Officer (video) | ☒ | Interpreter – Natalia Rivera [R] |
| ☒ | Defendant present ☒in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |

## REMARKS

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 4/27/2022 regarding alleged violation numbers 1-3.
The Defendant acknowledged to the Court that his true and correct name is: Juan Bravo Zambrano.
A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hearing on Petition:** *Waived by Defendant* | **Preliminary Hearing:** *Waived by Defendant* | **Revocation Hearing:** 07/05/2022 @ 1:15 p.m. [R/EFS] |
|---|---|---|