FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-6049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE PETITION<br><br>**ECF No. 1544** |

On Thursday, June 16, 2022, Defendant made an initial appearance for a supervised release violation reported in a Petition dated April 27, 2022 (ECF No. 1531, violations 1-3). Defendant was represented by Assistant Federal Defender Alex B. Hernandez III and assisted by federal court-certified interpreter Natalia Rivera. With Defendant's consent, Defendant appeared by video from Richland, Washington. Assistant United States Attorney David Herzog represented the United States.

Defendant was advised of and acknowledged Defendant's rights.

Defendant denied violating the conditions of Defendant's release.

The Office of the Federal Defenders was appointed to represent Defendant.

Defendant, personally and through counsel, waived the right to a detention hearing.

Defendant, personally and through counsel, waived the right to a preliminary hearing.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Detention (**ECF No. 1544**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the Court.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

3. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. A revocation hearing was set before **Judge Edward F. Shea in Richland, Washington, on Tuesday, July 05, 2022, at 1:15 P.M.**

**IT IS SO ORDERED.**

DATED June 16, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2