PROB 12C
(6/16)

Report Date: April 27, 2022

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Eastern District of Washington**

Apr 27, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Bravo Zambrano                Case Number: 0980 4:15CR06049-EFS-19

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. §§ 841 (a)(1), (b)(1)(A) and 846

Original Sentence:  Prison - 40 months;             Type of Supervision: Supervised Release
                    TSR - 60 months

Revocation Sentence: Prison-3 months
(February 15, 2022)  TSR- 57 months

Asst. U.S. Attorney: Stephanie A Van Marter          Date Supervision Commenced: March 3, 2022

Defense Attorney: Craig D. Webster                   Date Supervision Expires: December 2, 2026

## PETITIONING THE COURT

To issue a **warrant**.

On March 9, 2022, all the conditions of supervised release were reviewed with Mr. Zambrano, which he signed acknowledging a full understanding. Mr. Zambrano was given a signed copy of his conditions of release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about April 18 and 20, 2022. |

Prob12C
**Re: Zambrano, Juan Bravo**
**April 27, 2022**
**Page 2**

On March 9, 2022, Mr. Zambrano was referred to participate in the color line program for random drug testing at Merit Resource Services (Merit). Mr. Zambrano was instructed to call the color line daily, Monday through Friday, and to report to Merit for drug testing when his assigned color, gold, was called. Mr. Zambrano verbalized understanding these instructions.

On April 18, 2022, the color gold was called on the Merit color line. Mr. Zambrano failed to report to Merit for drug testing and did not contact the undersigned officer to advise of the missed drug test.

On April 20, 2022, the undersigned made telephonic contact with Mr. Zambrano and instructed him to report to Merit on that same date for drug testing. Mr. Zambrano verbalized understanding. Mr. Zambrano failed to report for drug testing as instructed on April 20, 2022.

2    **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of term of supervised release by failing to comply with completing a substance abuse evaluation on or about April 18, 2022.

On April 15, 2022, Mr. Zambrano reported to the probation office and reported he scheduled a substance abuse assessment at Comprehensive Healthcare (Comprehensive) for April 18, 2022, but he was not sure of the time. Mr. Zambrano, while at the probation office, called Comprehensive and confirmed his assessment was scheduled for April 18, 2022 at 9 a.m. The undersigned officer instructed Mr. Zambrano to attend this appointment and reminded him of this appointment as he was leaving the probation office.

On April 18, 2022, Mr. Zambrano failed to attend the scheduled substance abuse assessment at Comprehensive.

On April 20, 2022, Mr. Zambrano, during a phone conversation, admitted he did not attend this assessment and provided various reasons for why he did not attend, such as he was sick and later stated that he did not have time because he had been out with a friend on that day taking a load to the recycling center. The undersigned officer instructed Mr. Zambrano to make contact with Comprehensive on that same date to reschedule the assessment. Mr. Zambrano did not contact Comprehensive to reschedule the assessment that same date as instructed. To date, Comprehensive staff reported Mr. Zambrano has not contacted them to reschedule the substance abuse assessment.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Zambrano, Juan Bravo**
**April 27, 2022**
**Page 3**

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report to the probation officer as instructed on or about April 19, and 22, 2022.

On April 19, 2022, the undersigned officer called Mr. Zambrano, after Merit had reported he did not report for drug testing on April 18, 2022, to discuss the missed drug test. Mr. Zambrano did not answer and the undersigned officer left Mr. Zambrano a voice message instructing him to report by telephone to the undersigned officer on this same date. Mr. Zambrano did not make any effort to contact the undersigned officer as instructed on April 19, 2022.

On April 20, 2022, the undersigned officer again called Mr. Zambrano in an effort to make contact with him as he had not reported by telephone as instructed the previous day. Mr. Zambrano did not answer and the undersigned officer left Mr. Zambrano a voice message instructing him to report to the probation office on April 22, 2022, by 10 a.m. The undersigned officer also sent Mr. Zambrano the reporting instructions in a text message. Later that same date, Mr. Zambrano called the undersigned officer. During that phone contact, the undersigned officer instructed Mr. Zambrano to report to the probation office on April 22, 2022, by 10 a.m., which he verbalized understanding. On April 22, 2022, Mr. Zambrano failed to report to the probation office as instructed by 10 a.m. and did not make any effort to contact the undersigned officer. To date, Mr. Zambrano has not reported to the probation office or has made any effort to contact the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 27, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

April 27, 2022
Date