FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 22, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>　　　　　　　　Defendant. | No.　4:15-cr-6049-EFS-19<br><br>**SCHEDULING ORDER FOR SUPERVISED-RELEASE HEARING** |

On June 17, 2022, Defendant Juan Bravo Zambrano appeared before Magistrate Judge Ekstrom regarding the U.S. Probation Office's allegation that Defendant violated conditions of supervised release (SR). Defendant was represented by Alex B. Hernandez, III. Assistant U.S. Attorney David Herzog appeared on behalf of the U.S. Attorney's Office. Defendant was ordered to appear before this Court for a SR hearing on July 5, 2022. Accordingly, the Court now enters the following scheduling Order.

**IT IS HEREBY ORDERED:**

1. The SR hearing **REMAINS** set for **Tuesday, July 5, 2022**, at **1:15 p.m.**, in **Richland**.

2. The SR hearing is scheduled to last up to **30 minutes**. If counsel believes that the hearing will last longer, counsel shall contact the

ORDER RE: SR HEARING SCHEDULE – 1

Courtroom Deputy at (509) 943-8172 within **7 days** of the date of this Order to request additional time.

3. Counsel shall file any material to be considered at the supervised release hearing by **Thursday, June 23, 2022.** Counsel are limited a single memorandum of points and authorities, not to exceed 5 pages.

4. Counsel shall file any responsive memorandum, not to exceed 5 pages, by **Monday, June 27, 2022**.

5. The U.S. Probation Office shall file its recommendation, with disclosure limited to the Court only, **Wednesday, June 29, 2022**.

6. No other pleadings shall be filed without the advance permission of the Court.

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 22nd day of June 2022.

          s/Edward F. Shea
         EDWARD F. SHEA
  Senior United States District Judge