Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Juan Bravo Zambrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>                            Plaintiff,<br><br>     v.<br><br>Juan Bravo Zambrano,<br><br>                            Defendant. | No.  4:15-CR-6049-EFS-19<br><br>**Notice of Appearance** |

Please take notice that Craig D. Webster of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

Notice of Appearance:  1

Dated: June 22, 2022.

By s/ Craig D. Webster
Craig D. Webster, 40064
Attorney for Juan Bravo Zambrano
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on June 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster

Notice of Appearance: 2