Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Juan Bravo Zambrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br> v.<br><br>Juan Bravo Zambrano,<br><br>       Defendant. | No. 4:15-CR-6049-EFS-19<br><br>**Declaration of Counsel in Support of Revocation of Supervised Release Hearing** |

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the following is true and correct:

1. My name is Craig D. Webster, and I am an attorney employed by the Federal Defenders of Eastern Washington and Idaho.

2. In support of Mr. Zambrano's Revocation of Supervised Release Hearing, I am attaching the following letter from Miguel Chavez,

Declaration of Counsel: 1

Mr. Zambrano's former supervisor, as Exhibit A. Included is a translated version by Lourdes Gutierrez, Interpreter.

Dated: July 1, 2022.

>By s/ Craig D. Webster
>Craig D. Webster,
>WSBA #40064
>Attorney for Juan Bravo Zambrano
>Federal Defenders of Eastern Washington and Idaho
>306 East Chestnut Avenue
>Yakima, Washington 98901
>(509) 248-8920
>(509) 248-9118 fax
>Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

>s/ Craig D. Webster
>Craig D. Webster

Declaration of Counsel: 2