I, Lourdes F. Gutierrez, Interpreter with the Federal Defenders of Eastern Washington & Idaho, certify that I have translated the following letter from Spanish to English to the best of my ability. The letter is regarding Juan Bravo Zambrano.

*Lourdes F. Gutierrez*

Benton city Wa
06/30/22

A quien corresponda:
Me permito hacer de su conocimiento que el Sr. Juan Bravo Zambrano laboró en nuestra compañia desde mayo 2022 hasta junio del presente año.
Como mayordomo Supervisor, puedo garantizar y ser testigo de su responsabilidad y competencia en su trabajo desempeñado, por ello no tengo inconveniente en recomendarlo y resivirlo de nuevo al trabajo

extiendo la presente para los efectos que al interesado crea convenientes.

agradesco su atención y quedo a su disposición para cualquier pregunta

ATENTAMENTE      Miguel Chavez

Benton City, WA

06/30/22

To whom it may concern:

Allow me to inform you that Mr. Juan Bravo Zambrano worked in our company from May 2022 to June of this year. As a manager and supervisor, I can guarantee and attest to his responsibility and competence in the work he performed. For this reason, I have no problem recommending him and hiring him back to work.

I extend this for the purposes that the interested party deems convenient.

I appreciate your attention and remain at your service for any questions.

Sincerely /s/

█████████