PROB 12A
(6/16)

# United States District Court

for the

Eastern District of Washington

## Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Marcial Bravo Zambrano | Case Number: 0980 4:15CR06049-EFS-20 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: May 7, 2019 | Type of Supervision:  Supervised Release |
| Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-Phenyl-N Propanamide 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 | Date Supervision Commenced: November 30, 2021 |
| Original Sentence:   Prison - 28 months   TSR - 36 months | Date Supervision Expires: October 29, 2024 |
| Revocation Sentence: (November 30, 2021)   Prison - 27 days   TSR - 35 months | |

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Marcial Bravo Zambrano is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about May 18, 2022.

On November 30, 2021, Mr. Zambrano began his current term of supervised release. On December 20, 2021, all the conditions of supervised release were reviewed with Mr. Zambrano which he signed a copy of his conditions of supervision acknowledging a full understanding, to include special condition number 3, as noted above.  Mr. Zambrano was provided with a signed copy of his conditions of supervised release.  The offender was referred to Merit Resource Services (Merit) for drug testing.

On May 18, 2022, Mr. Zambrano reported to Merit for random drug testing as required and completed a drug test, which was presumptive positive for amphetamine and methamphetamine.  Mr. Zambrano denied any drug use and Merit staff sent this drug test to

Prob12A
**Re: Zambrano, Marcial Bravo**
**July 5, 2022**
**Page 2**

Abbott Laboratory for confirmation. The drug test report was later received, confirming a positive drug test result for amphetamine and methamphetamine.

**U.S. Probation Officer Action**:

Mr. Zambrano completed a substance abuse evaluation at Comprehensive Healthcare on March 4, 2022, and treatment services were not recommended at that time. Mr. Zambrano has not been referred to complete an updated substance abuse assessment because treatment services would not be recommended, as he is not admitting to the drug use. However, Mr. Zambrano has maintained housing with family, stable employment at Terra Blanca Vineyards, and is reporting to the probation office as instructed. At this time, it is respectfully recommended no action be taken for the aforementioned violation as Mr. Zambrano has been placed on increased reporting to the probation office, to include increased drug testing. To date, Mr. Zambrano's drug tests have been negative and he is aware any additional violations will be reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: July 5, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

July 5, 2022

Date