FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>            Defendant. | No.   4:15-cr-6049-EFS-19<br><br>**ORDER REQUIRING<br>MEMORANDA RE:<br>TIME REPORTEDLY OVER-<br>SERVED BY DEFENDANT** |

On July 5, 2022, Defendant Juan Bravo Zambrano appeared before this Court and admitted to violating certain conditions of his supervised release. During the hearing, the United States Probation Office (USPO) relayed that the Bureau of Prisons (BOP)'s calculations showed Defendant as having approximately 46 days of overserved time, which would be credited toward any period of incarceration ordered as part of the revocation judgment.[1]  However, neither the USPO nor the parties were certain how the BOP made its determination regarding Defendant overserving time in custody.

---

[1] As part of the revocation judgment resulting from Defendant's violations, the Court sentenced him to 7 months' imprisonment with credit for time served.

ORDER REQURING MEMOS – 1

Accordingly, consistent with the Court's oral rulings at the July 5, 2022 hearing, **IT IS HEREBY ORDERED** that the USPO, the United States, and Defendant shall each, by **Thursday, August 4, 2022**, file a memorandum addressing whether—and, if so, how—Defendant overserved any time in custody for which he should receive credit toward the sentence imposed in this matter. Absent prior permission from the Court, each memorandum shall not exceed **5 pages** in length.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 11th day of July 2022.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge