Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Juan Bravo Zambrano

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  v.<br><br>Juan Bravo Zambrano,<br><br>       Defendant. | No. 4:15-CR-6049-EFS-19<br><br>**Status Report** |

  Juan Bravo Zambrano hereby provides the Court with an update RE: ECF 1560. Defense counsel concurs with Supervisory U.S. Probation Officer Coronado's analysis in ECF 1563. Defense counsel reached the same conclusion prior to ECF 1563 being filed based on communication with former U.S. Probation Supervisory Probation Officer Jose Zepeda who is now employed with the Federal Defenders of Eastern Washington & Idaho as a Social Worker/Mitigation Specialist. Mr. Zepeda provided

Status Report: 1

counsel with the same analysis which defense counsel believes is correct. Finally, defense counsel reached out to BOP Grand Prairie-Designation & Sentence Computation Center. As of July 29, 2022, BOP's system was not yet updated and could not provide new information regarding the defendant's case/computation.

In sum, defense counsel concurs with Probation's analysis in ECF 1563 and believes that BOP will credit the defendant accordingly.

Dated: July 29, 2022.

By s/ Craig D. Webster
Craig D. Webster
WSBA #40064
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

Status Report: 2

## Certificate of Service

I hereby certify that on July 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster