AO 245D  (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | Judgment — Page 2 of 5 |
|---|---|
| DEFENDANT: JUAN BRAVO ZAMBRANO<br>CASE NUMBER: 4:15CR06049-EFS-19 | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>DEC 0 2 2022<br><br>SEAN F. McAVOY, CLERK<br>_____ DEPUTY<br>SPOKANE, WASHINGTON |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :   7 month(s)

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _08-09-22_   to   _FDC SET_
at   _Seattle, WA_   with a certified copy of this judgment.

_Warden, J. Jacquez_
UNITED STATES MARSHAL

By   _G. Leunde_
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 9/19) Judgment in a Criminal Case for Revocations
Sheet 1   Revised by WAED - 9/19

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2022
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Washington

UNITED STATES OF AMERICA
v.
JUAN BRAVO ZAMBRANO

*Amended Judgment in a Criminal Case
(For **Revocation** of Probation or Supervised Release)

Case No.  4:15CR06049-EFS-19
USM No. 20305-085

Craig D. Webster
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  SpC3; SpC5; SC2  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failing to Report for Drug Testing | 04/20/2022 |
| 2 | Failing to Complete Drug Abuse Evaluation | 04/18/2022 |
| 3 | Failing to Report to U.S. Probation as Instructed | 04/22/2022 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5963

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:
Benton City, WA

07/05/2022
Date of Imposition of Judgment

*Edward F. Shea* (signature)
Signature of Judge

Edward F. Shea          Senior Judge, U.S. District Court
Name and Title of Judge

07/15/2022
Date