U.S. Department of Justice

United States Marshals Service
Eastern District of Washington

P.O. Box 1463
Spokane, WA 99210-1463

Official Business
Penalty for Private Use $300

SEATTLE WA 980

29 NOV 2022 PM 7 L

$000.81

United States District Court
Eastern District of Washington
P.O. Box 1493
Spokane, WA 99210-1493

RECEIVED
DEC 02 2022
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

99210-149393