AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 15, 2023**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. **4:15-CR-06049-EFS-19** |
| Juan Bravo Zambrano | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

***PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION***

Place:
☐ United States Courthouse, West 920 Riverside Avenue, Spokane, WA 99201
☒ United States Courthouse, 25 South 3rd Street, Yakima, WA 98901
☒ United States Courthouse, 825 Jadwin Avenue, Richland, WA 99352

Date: **July 6th, 2023**    Time: **11:00 a.m.**    Courtroom **326 - Richland**

**Defendant's Address:** ▮▮▮▮▮▮ Benton City, Washington 99320

This offense is briefly described as follows:

See Petition and Order filed 6/5/2023.

Date: Jun 05, 2023, 4:47 pm

CLERK OF COURT
By: _SEAN F. McAVOY, Clerk_

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 6/14/2023

Server's signature

Isaac Del Angel
*Printed name and title*

Deputy U.S. Marshal