# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v.  JUAN BRAVO ZAMBRANO    Case No.    4:15-CR-6049-EFS-19**

**Initial Appearance on Supervised Release Petitions:**                 07/06/2023

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Alexandra Jensen , US Atty [S] |
| ☒ | Courtney Piazza, Courtroom Deputy [S] | ☒ | Jennifer Barnes, Defense Atty |
| ☒ | Elizabeth Lee and Jose Valencia, US Probation / Pretrial Services Officer | ☒ | Interpreter – Susan Evans (video) |
| ☒ | Defendant present ☒ out of custody | | |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☒ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☒ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petitions filed on 6/5/2023 and 7/6/2023 regarding alleged violation numbers 1-9.
    The Defendant acknowledged to the Court that his true and correct name is: Juan Bravo Zambrano.
    A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**
1. The Defendant shall be released on conditions as previously imposed.

| **Detention Hrg on Petitions:** | **Preliminary Hearing:** | **Revocation Hearing:** |
|---|---|---|
| *USA Not Seeking Detention* | *USA Not Seeking Detention* | 08/15/2023  @ 11:30 a.m. [R/EFS] |