FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-06049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE PETITIONS |

On Thursday, July 6, 2023, Defendant made an initial appearance for supervised release Violations in Petitions filed on June 5, 2023 (ECF No. 1571, Violation Nos. 1–6) and July 6, 2023 (ECF No. 1577, Violation Nos. 7–9). Defendant was represented by Assistant Federal Defender Jennifer Barnes and assisted by federal court-certified interpreter Susan Evans. Special Assistant United States Attorney Allie Jensen represented the United States.

Defendant was advised of and acknowledged Defendant's rights.

The Court entered denials of the alleged Violations on behalf of Defendant.

The Office of the Federal Defenders was appointed to represent Defendant.

The United States did not move for detention.

Accordingly, **IT IS ORDERED:**

1. A **revocation hearing** was set **before Judge Edward F. Shea in Richland, Washington, on Tuesday, August 15, 2023, at 11:30 AM.**

ORDER - 1

2. Defendant shall be released on the previously imposed conditions of supervised release pending the revocation hearing. Said conditions are further expressly reimposed under 18 U.S.C. § 3142(c), pursuant to this Court's authority to grant pre-revocation hearing release under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED.**

DATED July 6, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2