PROB 12C
(6/16)

Report Date: June 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Bravo Zambrano                    Case Number: 0980 4:15CR06049-EFS-19

Address of Offender: ███████████  Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 10, 2019

| | |
|---|---|
| Original Offense: | Conspiracy To Distribute 500 Grams or More of a Mixture or Substance Containing A Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 Grams or More of N-PHENYL-N Propanamide, 21 U.S.C. §§ 841 (a)(1), (b)(1)(A) and 846 |
| Original Sentence: | Prison - 40 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 15, 2022) | Prison - 3 months<br>TSR - 57 months |
| Revocation Sentence:<br>(July 5, 2022) | Prison - 7 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: December 1, 2022 |
| Defense Attorney: | Craig D. Webster |
| | Date Supervision Expires: January 31, 2027 |

## PETITIONING THE COURT

To issue a summons.

On April 6, 2023, the undersigned officer reviewed the conditions of supervised release with Mr. Zambrano, to which he verbalized a full understanding and signed a copy of his conditions. Mr. Zambrano was referred to Merit Resource Services (Merit) for substance abuse treatment services and for drug testing. Mr. Zambrano was instructed to call the colorline at Merit daily, Monday through Friday, and to report in person to Merit, for drug testing when his assigned color, gold, was called.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Zambrano, Juan Bravo
June 2, 2023
Page 2

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 6, 2023.

On May 10, 2023, Mr. Zambrano reported to the probation office as previously instructed. During this office visit, the undersigned officer instructed him to complete a drug test. At first, Mr. Zambrano provided a urine sample that was very clear, water-like, which indicated the sample was diluted; making this sample invalid for drug testing. Mr. Zambrano was allowed a second opportunity to complete a valid drug test and this drug test was presumptive positive for methamphetamine. Mr. Zambrano denied any drug use when questioned by the undersigned officer. This drug test was packaged and sent to Abbott Laboratory for confirmation.

On May 15, 2023, Mr. Zambrano, while at the probation office, admitted to the undersigned officer to having used methamphetamine previously on or about May 6, 2023, and this is why the drug test completed on May 10, 2023, had a positive result. Mr. Zambrano signed a drug use admission form.

2   **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by not being truthful to the probation officer on or about May 10, 2023.

On May 15, 2023, as mentioned in the above violation, Mr. Zambrano admitted to the undersigned officer to not being truthful to this officer previously on May 10, 2023, when questioned about any drug use.

3   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 12, 2023.

On May 15, 2023, Mr. Zambrano reported to the probation office as instructed. During this office visit, he was instructed to complete a drug test. Mr. Zambrano was questioned about any new drug use before the drug test was collected, and he denied any drug use since his last use being on May 6, 2023. Mr. Zambrano completed the drug test and the results were presumptive positive for methamphetamine. After the drug test was collected he continued to deny any new drug use, and later admitted to using methamphetamine on or about May 12, 2023. It should be noted, he reported he thought this day's drug test would be negative. Mr. Zambrano signed a drug use admission form.

Prob12C
Re: Zambrano, Juan Bravo
June 2, 2023
Page 3

| | |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about May 18, 2023. |
| | On May 19, 2023, Merit staff reported Mr. Zambrano failed to report for drug testing when his assigned color, gold, was called on May 18, 2023. Mr. Zambrano did not contact the undersigned officer to report he missed a drug test. |
| | On this same date, the undersigned officer made telephonic contact with Mr. Zambrano and questioned him about this drug test he failed to complete. Mr. Zambrano reported he did not call the colorline the day before on May 18, 2023, because he did not think his assigned color was going to be called. |
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Juan Bravo Zambrano is considered to be in violation of his term of supervised release by having used suboxone, without a valid prescription, on or about May 19, 2023. |
| | On May 19, 2023, the undersigned officer instructed Mr. Zambrano to report to Merit on this same date for drug testing. Later that same date, Merit staff called the probation office to report Mr. Zambrano completed a drug test that was presumptive positive for suboxone. Mr. Zambrano signed a drug use admission form while at the office at Merit. |
| | The undersigned officer made telephonic contact with Mr. Zambrano on that same date and questioned him about this test results. He admitted to the undersigned officer to having used suboxone, and he also admitted to not having a valid prescription. |
| 6 | **Standard Condition #3:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |
| | **Supporting Evidence:** Juan Bravo Zambrano is considered to be in violation of his term of supervised release by leaving the federal judicial district without prior permission on or about May 23, 2023. |
| | On June 1, 2023, while at the probation office Mr. Zambrano disclosed to the undersigned officer that he went to Seattle, Washington, on May 23, 2023, to help his brother drive to an immigration appointment. Mr. Zambrano did not contact the undersigned officer prior to his travel and did not obtain or have permission to travel outside the federal judicial district. |

Prob12C
**Re: Zambrano, Juan Bravo**
**June 2, 2023**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 2, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 5, 2023

Date