UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-vs-          Plaintiff,<br><br><br>JUAN BRAVO ZAMBRANO,<br><br>          Defendant. | Case No.      4:15-CR-6049-EFS-19<br>CRIMINAL MINUTES<br><br>DATE:      AUGUST 29, 2023<br>LOCATION:  RICHLAND<br><br>SUPERVISED RELEASE VIOLATION HEARING |

| | | | |
|---|---|---|---|
| | **Hon. Edward F. Shea** | | |
| Sara Gore<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Natalia Rivera<br>**Interpreter** | Kimberly Allen<br>**Court Reporter** |
| Laurel Holland<br>**Government Counsel** | | Craig Webster<br>**Defense Counsel** | |
| **United States Probation Officer:**   Elizabeth Lee | | | |

**[XX] Open Court**          **[  ] Chambers**          **[  ] Videoconference/Telephonic**

Defendant present, not in custody of the U.S. Marshal

Ms. Holland informs the Court the Defendant intends to admit alleged violation number 1-9.
Mr. Craig Webster concurs.

Oath administered to defendant for admission of alleged violations.
Defendant admits alleged violation numbers 1-9.
Court finds based on admission by defendant that alleged violation numbers 1-9 has been proven.

US Probation Officer, Elizabeth Lee, Sworn to Testify
Examination of witness by Court
Recommendation by US Probation Officer
Cross-examination by Ms. Holland
Witness steps down

Recommendation by Ms. Holland

Recommendation by Mr. Webster

Defendant addresses the Court on his own behalf.

# [XX]   ORDER FORTHCOMING

| **Convened:**   10:05 a.m. | **Adjourned:** 10:22 a.m. | **Time:**    17: hr. | **Calendared**   [  ] |
|---|---|---|---|

*USA -vs- Zambrano*  
4:15-CR-6049-EFS-19  
Revocation of Supervised Release

August 29, 2023  
Page 2

## **SENTENCE:**

**Imprisonment:** Not imposed

**Supervised Release:** January 31, 2027, on the same conditions of release previously imposed.

Defendant advised re: right of appeal.